| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____Southern_____   District of   _____New York_____
                                    (State)

Case number (*If known*): _____   Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | Westinghouse Electric Company LLC |
| --- | --- | --- |

| 2. | **All other names debtor used in the last 8 years** | |
| --- | --- | --- |
| | Include any assumed names, trade names, and *doing business as* names | |

| 3. | **Debtor's federal Employer Identification Number** (EIN) | 52-2140933 |
| --- | --- | --- |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 1000   Westinghouse Drive | |
| Number   Street | Number   Street |
| | P.O. Box |
| Cranberry Township   Pennsylvania   16066 | |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Butler | |
| County | |
| | Number   Street |
| | |
| | City   State   ZIP Code |

| 5. | **Debtor's website** (URL) | www.westinghousenuclear.com |
| --- | --- | --- |

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- | --- |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other.  Specify: _____ |

WEIL:\96075787\6\80768.0015

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax- entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5413 – Architectural, Engineering, and Related Services;
5419 – Other Technical Services

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes

District _____ When _____ Case number _____

                       MM/ DD/ YYYY

District _____ When _____ Case number _____

                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes    Debtor \_\_\_\_See attached Schedule 1\_\_\_\_ Relationship _____

            District _____ When _____

            Case number, if known _____    MM / DD / YYYY

WEIL:\96075787\6\80768.0015

Debtor    Westinghouse Electric Company LLC                                          Case number (if known)
          Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other    See attached Schedule 2

**Where is the property?**    See attached Schedule 2

Number        Street

City                    State            ZIP Code

**Is the property insured?**

☐ No

☒ Yes. Insurance agency    See attached Schedule 2

Contact Name    _____

Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

WEIL:\96075787\6\80768.0015

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** — Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and  correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/29/2017
            MM / DD  / YYYY

✗   /s/ Lisa J. Donahue                            Lisa J. Donahue
   Signature of authorized representative of debtor      Printed name

   Chief Transition and Development Officer
   Title

**18. Signature of attorney**

✗   /s/ Gary T. Holtzer                      Date   03/29/2017
   Signature  of attorney for  debtor                MM / DD / YYYY

   Gary T. Holtzer
   Printed Name

   Weil, Gotshal & Manges LLP
   Firm Name

   767 Fifth Avenue
   Number          Street

   New York, NY 10153
   City/State/Zip

   (212) 310-8000
   Contact phone

   Gary.Holtzer@weil.com
   Contact email address

   2401859                    NY

   Bar Number          State

WEIL:\96075787\6\80768.0015

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the **"Court"**).  A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.  Additional information about the relationship between each entity is contained in the *Declaration of Lisa J. Donahue Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York*, which has been filed contemporaneously herewith.

| COMPANY | CASE NUMBER | DATE FILED | DISTRICT | JUDGE |
|---|---|---|---|---|
| Toshiba Nuclear Energy Holdings (UK) Limited | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| Westinghouse Electric Company LLC | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| CE Nuclear Power International, Inc. | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| Fauske and Associates LLC | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| Field Services, LLC | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| Nuclear Technology Solutions LLC | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| PaR Nuclear Holding Co., Inc. | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| PaR Nuclear, Inc. | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| PCI Energy Services LLC | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| Shaw Global Services, LLC | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| Shaw Nuclear Services, Inc. | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| Stone & Webster Asia Inc. | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| Stone & Webster Construction Inc. | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| Stone & Webster International Inc. | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| Stone & Webster Services LLC | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| TSB Nuclear Energy Services Inc. | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| WEC Carolina Energy Solutions, Inc. | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| WEC Carolina Energy Solutions, LLC | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| WEC Engineering Services Inc. | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| WEC Equipment & Machining Solutions, LLC | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| WEC Specialty LLC | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| WEC Welding and Machining, LLC | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |
| WECTEC Contractors Inc. | 17-_____(  ) | March 29, 2017 | S.D.N.Y. | Pending |

| COMPANY | CASE NUMBER | DATE FILED | DISTRICT | JUDGE |
|---|---|---|---|---|
| WECTEC Global Project Services Inc. | 17-_____( ) | March 29, 2017 | S.D.N.Y. | Pending |
| WECTEC LLC | 17-_____( ) | March 29, 2017 | S.D.N.Y. | Pending |
| WECTEC Staffing Services LLC | 17-_____( ) | March 29, 2017 | S.D.N.Y. | Pending |
| Westinghouse Energy Systems LLC | 17-_____( ) | March 29, 2017 | S.D.N.Y. | Pending |
| Westinghouse Industry Products International Company LLC | 17-_____( ) | March 29, 2017 | S.D.N.Y. | Pending |
| Westinghouse International Technology LLC | 17-_____( ) | March 29, 2017 | S.D.N.Y. | Pending |
| Westinghouse Technology Licensing Company LLC | 17-_____( ) | March 29, 2017 | S.D.N.Y. | Pending |

WEIL:\96075787\6\80768.0015

## Schedule 2

### Property Requiring Attention

The Debtors own and lease certain real property and personal property at sites that (i) are or have been used in connection with nuclear materials or for other activities that require, or in the future will require, remediation or decommissioning, or (ii) are otherwise used to produce and/or store potentially hazardous materials used in the production of nuclear fuel, including uranium.  Accordingly, out of an abundance of caution, the Debtors have identified below such sites as holding real property or personal property that may require immediate attention.

For the avoidance of doubt, the Debtors do not believe that such property poses, or is alleged to pose, any threat of imminent and identifiable hazard to public health or safety. To the best of their knowledge and belief, the Debtors are in full compliance with all applicable environmental laws and regulations, and only possess and utilize in their operations radiological or other hazardous materials for which they have acquired the necessary permits and/or licenses pursuant to the applicable laws and regulations.

Each of the properties listed herein is insured by one or more of the following insurance providers:

i.    American Nuclear Insurers ("**ANI**") provides nuclear liability insurance.

ii.   NRI Insurance Services ("**NRI**"), Northcourt Limited ("**Northcourt**"), and the European Mutual Association for Nuclear Insurers ("**EMANI**") insure real or personal property under the Debtors' care, custody, or control.

iii.  A number of insurance providers provide general liability coverage ("**General Liability**"), including American International Group, Mitsui Sumitomo Insurance USA, Inc. and others.

The point of contact for the insurance providers listed above is Andrew Ainscough, Senior Client Executive at Marsh & McLennan, (617) 838-5413, andrew.ainscough@marsh.com.  Below is a list of the applicable sites and relevant insurers.

| Properties Needing Immediate Attention | | |
|---|---|---|
| **Site** | **Address** | **Insurance** |
| Columbia Fuel Fabrication Facility | 5801 Bluff Road Hopkins, SC 29061 | ANI, NRI, Northcourt, EMANI, and General Liability providers |
| Western Zirconium Project | 10,000 West 900 South Ogden, Utah 84404 | NRI, Northcourt, EMANI, and General Liability providers |
| Blairsville Specialty Metals Plant | 559 Westinghouse Road, Blairsville, PA 15717 | NRI, Northcourt, EMANI, and General Liability providers |
| Hematite Decommissioning Project | 3300 State Road P Festus, MO 63028 | ANI, NRI, Northcourt, EMANI, and General Liability  providers |
| Materials Center of Excellence, Chemistry Center of Excellence, Technical Services Center | 1332 Beulah Road Pittsburgh, PA 15235 | ANI, NRI, Northcourt, EMANI, and General Liability providers |
| Waltz Mill Decommissioning Site | 680 Waltz Mill Road Madison, PA 15663 | ANI, NRI, Northcourt, EMANI, and General Liability providers |
| Richland Service Center | 2939 Richardson Road Richland, WA 99354 | ANI, NRI, Northcourt, EMANI, and General Liability providers |

## PROPOSED RESOLUTIONS FOR
## CONSIDERATION AT A MEETING OF THE BOARD OF DIRECTORS OF
## <u>WESTINGHOUSE ELECTRIC COMPANY LLC</u>

To be considered at a meeting of the Board of Directors (the "**Board of Directors**") of Westinghouse Electric Company LLC (the "**Company**") on March 29, 2017 at 1:30 am ET:

  **WHEREAS**, the Board of Directors has reviewed and had the opportunity to ask questions about the materials presented by the management and advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's businesses;

  **WHEREAS**, the Board of Directors has had the opportunity to consult with the management and the legal and financial advisors of the Company to fully consider, and has considered, the strategic alternatives available to the Company;

  **WHEREAS**, the Board of Directors has been advised by representatives of Toshiba Corporation ("**Toshiba**") that the Owner Board (as defined in the Company's Limits of Authority Policy, adopted by the Board of Directors on February 15, 2007, and last updated November 1, 2016) has approved the actions contemplated by the below resolutions; and

  **WHEREAS**, the Board of Directors desires to approve the following resolutions.

## II. <u>Commencement of Chapter 11 Case</u>

  **NOW, THEREFORE, BE IT RESOLVED**, that, the Board of Directors has determined, after consultation with the management and the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and be it further

  **RESOLVED**, that, each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file, in the name and on behalf of the Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, and other documents (the "**Chapter 11 Filings**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it further

  **RESOLVED**, that, each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to take and perform any and all further acts and deeds which such Authorized Person deems necessary, appropriate, or desirable in connection with the Company's chapter 11 case (the "**Chapter 11 Case**") or Chapter 11

Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all documents, motions, pleadings, applications, declarations, affidavits, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

## III.    Commencement of Chapter 11 Cases of Subsidiaries

**RESOLVED**, that, the Board of Directors has determined, after consultation with the management and the legal and financial advisors of the Company, that, in connection with the Chapter 11 Case, it is desirable and in the best interests of the Company for each of its wholly owned subsidiaries (the "**Subsidiaries**") to file a petition seeking relief under the provisions of the Bankruptcy Code (the "**Subsidiary Chapter 11 Cases**") and to negotiate, execute, deliver, and file all plans, petitions, schedules, motions, lists, applications, pleadings, and other documents (the "**Subsidiary Chapter 11 Filings**") in the Bankruptcy Court; and be it further

**RESOLVED**, that each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, in its capacity as a member, shareholder or partner, as the case may be, of each of its Subsidiaries, to consent to, authorize and/or approve any such Subsidiary Chapter 11 Cases and/or the Subsidiary Chapter 11 Filings which such Authorized Person deems necessary, appropriate, or desirable in connection with the Subsidiary Chapter 11 Cases (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

**RESOLVED**, that each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to take and perform any and all actions, including the negotiation, execution, delivery, and filing of all documents, agreements, resolutions, motions and pleadings as are necessary, appropriate, or advisable to enable each such Subsidiary to carry out its Subsidiary Chapter 11 Cases and the Subsidiary Chapter 11 Filings (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery thereof by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it further

## IV.    Debtor-in-Possession Financing

**RESOLVED**, that in connection with the Chapter 11 Case, it is in the best interest of the Company to engage in, and the Company will obtain benefits from, the lending transactions, under that certain superpriority secured debtor-in-possession credit facility in an aggregate principal amount of approximately $800,000,000 to be evidenced by that certain Commitment Letter, dated on or about March 28, 2017, to be entered into by and among the Company and the commitment parties thereto  (together with the attached Indicative Debtor-in-

2

Possession Credit Facility Term Sheet and any other Annexes annexed thereto, the "**DIP Commitment Letter**") and a senior secured superpriority debtor-in-possession credit agreement, to be entered into by and among the Company, as borrower, certain of the Company's wholly-owned subsidiaries as guarantors, the lenders from time to time party thereto (the "**Lenders**"), and Citibank, N.A., as administrative agent (in such capacity, including any successor thereto, the "**Administrative Agent**") for the Lenders (together with any Annexes annexed thereto, the "**DIP Credit Agreement**") (capitalized terms used in this section with respect to debtor-in-possession financing and not otherwise defined herein shall have the meanings ascribed to such terms in the DIP Commitment Letter or the DIP Credit Agreement, as applicable); in each case subject to approval by the Bankruptcy Court, which is necessary and appropriate to the conduct, promotion and attainment of the business of the Company (the "**Debtor-in-Possession Financing**"); and be it further

RESOLVED, that the form, terms and provisions of each of (i) the DIP Commitment Letter, including the use of proceeds to provide liquidity for the Company throughout the Chapter 11 Case, substantially in the form presented to the Board of Directors, (ii) the DIP Credit Agreement, including the use of proceeds to provide liquidity for the Company throughout the Chapter 11 Case, substantially on the terms and conditions set forth in the Commitment Letter, (iii) the Liquidity Facility Agreement, substantially in the form presented to the Board of Directors, (iv) the Pledge, Assignment and Control Agreement to be entered into among Citibank, N.A. and the Company and (v) any and all of the other agreements, including, without limitation, any guarantee and security agreement, certificates, documents and instruments authorized, executed, delivered, reaffirmed, verified and/or filed in connection with the Debtor-in-Possession Financing (together with the DIP Commitment Letter and the DIP Credit Agreement, collectively, the "**DIP Financing Documents**") and the Company's performance of its obligations thereunder, including the borrowings of funds, the on-lending of such funds to subsidiaries of Westinghouse Electronic Company UK Holdings Limited ("**WEC UK**") and the granting of security interests contemplated thereunder, are hereby, in all respects confirmed, ratified and approved; and be it further

RESOLVED, that any Authorized Person is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to negotiate and approve the terms, provisions of and performance of, and to prepare, execute and deliver the DIP Financing Documents to which it is a party, in the name and on behalf of the Company under its corporate seal or otherwise, and such other documents, agreements, instruments and certificates as may be required by the Agent or required by the DIP Commitment Letter, the DIP Credit Agreement and any other DIP Financing Documents; and be it further

RESOLVED, that the Company be, and hereby is, authorized to incur the obligations and to undertake any and all related transactions contemplated under the DIP Financing Documents including the borrowing of funds, the on-lending of such funds to subsidiaries of WEC UK and the granting of security thereunder (collectively, the "**DIP Financing Transactions**"); and be it further

RESOLVED, that any Authorized Person is hereby authorized to grant security interests in, and liens on, any and all property of the Company as collateral pursuant to the DIP Financing Documents to secure all of the obligations and liabilities of the Company thereunder

3

to the Lenders and the Agent, and to authorize, execute, verify, file and/or deliver to the Agent, on behalf of the Company, all agreements, documents and instruments required by the Lenders in connection with the foregoing; and be it further

**RESOLVED**, that any Authorized Person is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take all such further actions including, without limitation, to pay all fees and expenses, in accordance with the terms of the DIP Financing Documents, which shall, in such Authorized Person's sole judgment, be necessary, proper or advisable to perform the Company's obligations under or in connection with the DIP Financing Documents and the transactions contemplated therein and to carry out fully the intent of the foregoing resolutions; and be it further

**RESOLVED**, that any Authorized Person is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the DIP Commitment Letter, the DIP Credit Agreement and/or any of the DIP Financing Documents which shall, in such Authorized Person's sole judgment, be necessary, proper or advisable; and be it further

## V.    Retention of Advisors

**RESOLVED**, that, in connection with the Chapter 11 Case, each Authorized Person, acting singly or jointly, be, and each hereby is, authorized, empowered and directed to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, on behalf of the Company and its subsidiaries, which such Authorized Person deems necessary, appropriate, or desirable in connection with, or in furtherance of, the Chapter 11 Case, with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

**RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153, is hereby retained as attorneys for the Company and its subsidiaries in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of AlixPartners, LLP, located at 909 Third Avenue, New York, New York 10022, is hereby retained as financial advisor for the Company and its subsidiaries in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of PJT Partners Inc., located at 280 Park Avenue, New York, New York 10017, is hereby retained as investment banker for the Company and its subsidiaries in its Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to take and perform any and all further acts and deeds, including, without limitation, (i) the payment of any consideration, (ii) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (iii) negotiating, executing, delivering, performing, and filing any and all documents, motions, pleadings, applications, declarations, affidavits, schedules, statements, lists,

4

papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with the engagement of professionals contemplated by the foregoing resolutions (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

## VI.    <u>General</u>

RESOLVED, that each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to take and perform any and all further acts or deeds, including, but not limited to, (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (ii) the execution, delivery and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to be so necessary, appropriate or desirable; and

RESOLVED, that any and all past actions heretofore taken by any Authorized Person, any director, or any member of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

5

<div style="border:1px solid black">

**Fill in this information to identify the case:**

Debtor name: <u>Westinghouse Electric Company LLC</u>

United States Bankruptcy Court  for the: <u>Southern</u> District of <u>New York</u>
(State)

Case number (*If known*): _____

</div>

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | FLUOR ENTERPRISES INC (FEI) 100 Fluor Daniel Drive Greenville, SC 29607 | Name: Pat Selvaggio Tel: Email: Pat.Selvaggio@Fluor.com | Trade Debts | | | | $193,891,735 |
| 2 | CB&I One CB&I Plaza, 2103 Research Forest Drive The Woodlands, TX 77380 | Name: Lee Pressley Tel: (815) 342-3905 Email: lpresley@CBI.com | Deferred Purchase Price | Contingent | | | $145,000,000 |
| 3 | CB&I LAURENS INC 366 Old Airport Rd Laurens, SC 29360 | Name: Rick Crow Tel: 864-683-3962 Email: Rick.crow@cbi.com | Trade Debts | | | | $32,806,489 |
| 4 | NEWPORT NEWS INDUSTRIAL CORP 182 Enterprise Dr Newport News, VA 23603-1368 | Name: Steve Napiecek Tel: 757-870-2463 Email: Steve.Napiecek@hii-nns.com | Trade Debts | | | | $18,463,053 |
| 5 | NUCLEAR FUEL SERVICES INC 1205 Banner Hill Rd Erwin, TN 37650-9318 | Name: Frank Masseth Tel: 423-735-5661 Email: fxmasseth@nuclearfuelservices.com | Trade Debts | | | | $10,086,210 |
| 6 | VIGOR 9460 SE Lawnfield Rd. Clackamas, OR 97015 | Name: Corey Yraguen Tel: 503-314-0859 Email: Corey.Yraguen@vigor.net | Trade Debts | | | | $8,345,458 |
| 7 | THOMPSON CONSTRUCTION GROUP INC. 100 North Main Street Sumter, SC 29150 | Name: William Gryant Tel: 864-643-9592 Email:  bbryant@thompsonind.com | Trade Debts | | | | $8,027,241 |

Official Form 204   Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims       page 1

WEIL:\96075787\6\80768.0015

Debtor    Westinghouse Electric Company LLC                                    Case number (if known)

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| 8   RSCC WIRE & CABLE LLC<br>20 Bradley Park Rd<br>East Granby, CT 06026-9789 | Name: Mark St. Onge<br>Tel: 203-645-2275<br>Email: Mark.stonge@r-scc.com | Trade Debts | | | | $7,931,485 |
| 9   CURTISS WRIGHT<br>13925 Ballantyne Corporate Place, Suite 400<br>Charlotte, NC 28277 | Name: David C. Adams<br>Tel: 704-869-4667<br>Email: dadams@CURTISSWRIGHT.com | Trade Debts | | | | $7,782,122 |
| 10   SSM INDUSTRIES INC<br>3401 Grand Ave<br>Pittsburgh, PA 15225-1507 | Name: Matt Gorman<br>Tel: 412-777-2101, ext 320<br>Email: mgorman@ssmi.biz | Trade Debts | | | | $5,479,722 |
| 11   AECON INDUSTRIAL<br>150 Sheldon Drive<br>Cambridge, UK N1R7K9 | Name: Ian Turnbull<br>Tel: 519-240-5487<br>Email: iturnbull@aecon.com | Trade Debts | | | | $5,465,543 |
| 12   WILLIAMS SPECIALTY SERVICES LLC<br>100 Crescent Centre Parkway<br>Tucker, GA 30084 | Name: Douglas Page<br>Tel: 770-595-7691<br>Email: dpage@wisgrp.com | Trade Debts | | | | $5,153,942 |
| 13   GEXPRO<br>1000 Bridgeport Ave<br>Shelton, CT 06484 | Name: Dan Collins<br>Tel: 412-877-0267<br>Email: Dan.Collins@gexpro.com | Trade Debts | | | | $5,087,626 |
| 14   SMCI<br>4015 Drane Field Rd<br>Lakeland, FL 33811-1290 | Name: Bob Marshall<br>Tel: 423-413-1582<br>Email: Bob.marshall@metaltek.com | Trade Debts | | | | $5,012,335 |
| 15   RESEARCH COTTRELL COOLING INC<br>58 East Main Street<br>Somerville, NJ 08876 | Name: John Urbaniak<br>Tel:<br>Email: John.urbaniak@rc-cooling.com | Trade Debts | | | | $4,386,505 |
| 16   GARNEY COMPANIES INC<br>5895 Shiloh Road, Suite 114<br>Alpharetta, GA 30004 | Name: Greg Harris<br>Tel: (770) 754-4141<br>Email: gharris@garney.com | Trade Debts | | | | $3,762,101 |
| 17   ACCENTURE LLP<br>K&L Gates Center<br>210 6th Ave. 25th Floor<br>Pittsburg, PA 15222-2614 | Name: Mark Sobota<br>Tel: 724-787-9807<br>Email: mark.sobota@accenture.com | Trade Debts | | | | $3,494,139 |
| 18   OWEN INDUSTRIES INC<br>501 Avenue H.<br>Carter Lake, IA 51510 | Name: Tyler Owen<br>Tel: 402-290-1481<br>Email: towen@owenind.com | Trade Debts | | | | $3,410,946 |
| 19   DUBOSE NATIONAL ENERGY SERVICE<br>900 Industrial Dr<br>Clinton, NC 28328-8068 | Name: Richard Rogers<br>Tel: 910-590-2151<br>Email: Richard.rogers@dubosenes.com | Trade Debts | | | | $3,358,718 |
| 20   STEELFAB INC<br>8623 Old Dowd Rd.<br>Charlotte, NC 28214 | Name: Glen Sherrill<br>Tel: 704-604-6603<br>Email: GSherrill@steelfab-inc.com | Trade Debts | | | | $3,151,617 |

WEIL:\96075787\6\80768.0015

| Debtor | Westinghouse Electric Company LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br><br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | | |
|---|---|---|---|---|---|---|---|
| 21  CSC COMPUTER SCIENCES CORP<br>1775 Tysons Blvd<br>McLean, VA 22102-4284 | Name: Rick Beroth<br>Tel: 336-399-9825<br>Email: rberoth@csc.com | Trade Debts | | | | | $3,090,237 |
| 22  ENVIROVAC HOLDINGS LLC<br>486 Old Louisville Road<br>Garden City, GA 31408 | Name: Ann Brown<br>Tel: 912-964-0660<br>Email: ann@envirovac.us | Trade Debts | | | | | $3,040,135 |
| 23  AMERICAN EQUIPMENT CO<br>2106 Anderson Road<br>Greenville, SC 29611 | Name: Dean Smith<br>Tel: 864.354.9520<br>Email: dean.smith@ameco.com | Trade Debts | | | | | $3,018,565 |
| 24  VALLEN<br>900 Sunset Blvd<br>West Columbia, SC 29169-6860 | Name: Cantey Haile<br>Tel:<br>Email: Cantey.Haile@vallen.com | Trade Debts | | | | | $2,948,212 |
| 25  HERC RENTALS<br>6230 S Loop E<br>Houston, TX 75265 | Name: James Fiscus<br>Tel: 832-414-0236<br>Email: james.fiscus@hercrentals.com | Trade Debts | | | | | $2,846,014 |
| 26  SIEMENS INDUSTRY INC<br>4620 Forest Ave<br>Cincinnati, OH 45212-3306 | Name: Scott Conner<br>Tel: 540-314-7009<br>Email: scott.conner@siemens.com | Trade Debts | | | | | $2,824,817 |
| 27  CALVERT COMPANY INCORPORATED<br>3100 West 7th Street, Suite 500<br>Fort Worth, TX 76107 | Name: Douglas Calvert<br>Tel: (912) 293-2278<br>Email: sambarr@azz.com | Trade Debts | | | | | $2,614,441 |
| 28  JONES LANG LASALLE AMERICAS INC<br>200 E Randolph St Ste. 4300<br>Chicago, IL 60601-6519 | Name: Matt Gonterman<br>Tel: 312 228 2142<br>Email: matt.gonterman@am.jll.com | Trade Debts | | | | | $2,582,841 |
| 29  EATON CORP<br>8609 Six Forks Rd<br>Raleigh, NC 27615-2966 | Name: Heath B. Monesmith<br>Tel: (440) 523-4488<br>Email: heathbmonesmith@eaton.com | Trade Debts | | | | | $2,475,281 |
| 30  MARTIN MARIETTA MATERIALS<br>Dba Martin Marietta Aggregates<br>Columbia, SC 29033 | Name: Roselyn R. Bar<br>Tel: (919) 783-4603<br>Email: roselyn.bar@martinmarietta.com | Trade Debts | | | | | $2,434,753 |

WEIL:\96075787\6\80768.0015

**Fill in this information to identify the case:**

Debtor name: <u>Westinghouse Electric Company LLC</u>

United States Bankruptcy Court for the: <u>Southern</u> District of <u>New York</u>
(State)

Case number (*If known*): _____

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☑ Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: <u>03/29/2017</u>            × <u>/s/ Lisa J. Donahue</u>
MM/DD/YYYY                      Signature of individual signing on behalf of debtor

<u>Lisa J. Donahue</u>
Printed name

<u>Chief Transition and Development Officer</u>
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
*In re:*                                          :     **Chapter 11**
                                                  :
**WESTINGHOUSE ELECTRIC COMPANY**                 :     **Case No. 17– _____ (      )**
**LLC,** *et al.,*                                :
                                                  :
                                                  :
         **Debtors.**[1]                          :     **(Joint Administration Requested)**
                                                  :
------------------------------------------------------------ x

### CONSOLIDATED LIST OF EQUITY SECURITY HOLDERS PURSUANT TO RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

| Debtor | Equity Holder | Percentage of Ownership | Last Known Address of Equity Holder |
|---|---|---|---|
| Westinghouse Electric Company LLC | TSB Nuclear Energy Services Inc. | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| CE Nuclear Power International, Inc. | Westinghouse Electric Company LLC | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| Fauske and Associates LLC | Westinghouse Electric Company LLC | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (2348), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

| Debtor | Equity Holder | Percentage of Ownership | Last Known Address of Equity Holder |
|---|---|---|---|
| Field Services, LLC | WECTEC Global Project Services Inc. | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| Nuclear Technology Solutions LLC | WECTEC Global Project Services Inc. | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| PaR Nuclear Holding Co., Inc. | Westinghouse Electric Company LLC (100%) | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| PaR Nuclear, Inc. | PaR Nuclear Holding Co., Inc. | 100% | 899 Highway 96 West, Shoreview, Minnesota 55126, United States |
| PCI Energy Services LLC | WEC Welding & Machining, LLC | 100% | One Energy Drive, Lake Bluff, Illinois 60044, United States |
| Shaw Global Services, LLC | WECTEC Global Project Services Inc. | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| Shaw Nuclear Services, Inc. | WECTEC Global Project Services Inc. | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| Stone & Webster Asia Inc. | WECTEC Global Project Services Inc. | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| Toshiba Nuclear Energy Holdings (UK) Limited | IHI Corporation | 3% | 1, Shin-Nakahara-cho, Isogo-ku, Yokohama 235-8501, Japan |
| | National Atomic Company Kazatomprom | 10% | 168, Bogenbai batyr st. 050012, Almaty, Republic of Kazakhstan |
| | Toshiba Corporation | 87% | [1-1, Shibaura 1-chome,, Minato-ku,Tokyo 105-8001, Japan] |
| TSB Nuclear Energy Services Inc. | TSB Nuclear Energy USA Group Inc. | 100% | 1105 N. Market Street, Suite 1126,Wilmington, Delaware 19801, United States |
| Stone & Webster Construction Inc. | WECTEC Global Project Services Inc. | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |

WEIL:\96075929\4\80768.0015

| Debtor | Equity Holder | Percentage of Ownership | Last Known Address of Equity Holder |
|---|---|---|---|
| Stone & Webster International Inc. | WECTEC Global Project Services Inc. | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| Stone & Webster Services LLC | WECTEC Global Project Services Inc. | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| WEC Carolina Energy Solutions, LLC | WEC Welding & Machining, LLC | 100% | One Energy Drive, Lake Bluff, Illinois 60044, United States |
| WEC Carolina Energy Solutions, Inc. | WEC Carolina Energy Solutions, LLC | 100% | 244 East Mount Gallant Road, Rock Hill, South Carolina 29730, United States |
| WEC Engineering Services Inc. | Westinghouse Electric Company LLC | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| WEC Equipment & Machining Solutions, LLC | WEC Welding & Machining, LLC | 100% | One Energy Drive, Lake Bluff, Illinois 60044, United States |
| WEC Specialty LLC | Westinghouse Electric Company LLC | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| WEC Welding and Machining, LLC | Westinghouse Electric Company LLC | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| WECTEC Contractors Inc. | WECTEC Global Project Services Inc. | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| WECTEC Global Project Services Inc. | WECTEC LLC | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| WECTEC LLC | Westinghouse Electric Company LLC | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| WECTEC Staffing Services LLC | WECTEC LLC | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |

WEIL:\96075929\4\80768.0015

| Debtor | Equity Holder | Percentage of Ownership | Last Known Address of Equity Holder |
|---|---|---|---|
| Westinghouse Energy Systems LLC | Westinghouse Electric Company LLC | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| Westinghouse Industry Products International Company LLC | Westinghouse Electric Company LLC | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| Westinghouse International Technology LLC | Westinghouse Electric Company LLC | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |
| Westinghouse Technology Licensing Company LLC | Westinghouse Electric Company LLC | 100% | 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066, United States |

4

---

**Fill in this information to identify the case:**

Debtor name: <u>Westinghouse Electric Company LLC</u>

United States Bankruptcy Court  for the: <u>Southern</u> District of <u>New York</u>
                                                    (State)

Case number (*If known*):   _____

---

<u>Official Form 202</u>

**Declaration Under Penalty of Perjury for Non-Individual Debtors**                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## ▉ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑ Other document that requires a declaration <u>Consolidated List of Equity Security Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: <u>03/29/2017</u>            ×  <u>/s/ Lisa J. Donahue</u>
              MM/DD/YYYY                   Signature of individual signing on behalf of debtor

                                            <u>Lisa J. Donahue</u>
                                            Printed name

                                            <u>Chief Transition and Development Officer</u>
                                            Position or relationship to debtor

---

WEIL:\96075787\6\80768.0015