**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Robert J. Lemons
Garrett A. Fail

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                     :     **Chapter 11**
                                                           :
**WESTINGHOUSE ELECTRIC**                                  :     Case No. 17– _____ (      )
**COMPANY LLC,**                                           :
              Debtor.                                      :
                                                           :
Fed. Tax Id. No. 52-2140933                                :
------------------------------------------------------------ x
In re:                                                     :     **Chapter 11**
                                                           :
**CE NUCLEAR POWER INTERNATIONAL,**                        :     Case No. 17– _____ (      )
**INC.,**                                                  :
              Debtor.                                      :
                                                           :
Fed. Tax Id. No. 06-1548833                                :
------------------------------------------------------------ x
In re:                                                     :     **Chapter 11**
                                                           :
**FAUSKE AND ASSOCIATES LLC,**                             :     Case No. 17– _____ (      )
                                                           :
              Debtor.                                      :
                                                           :
Fed. Tax Id. No. 27-1028538                                :
------------------------------------------------------------ x

WEIL:\96075928\8\80768.0015

| | | |
|---|---|---|
| ------------------------------------------------------ x | | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **FIELD SERVICES, LLC,** | : | Case No. 17– _____ (    ) |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 72-1482550** | : | |
| ------------------------------------------------------ x | | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **NUCLEAR TECHNOLOGY SOLUTIONS LLC,** | : | Case No. 17– _____ (    ) |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 20-2061921** | : | |
| ------------------------------------------------------ x | | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **PAR NUCLEAR HOLDING CO., INC.,** | : | Case No. 17– _____ (    ) |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 32-0007944** | : | |
| ------------------------------------------------------ x | | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **PAR NUCLEAR, INC.,** | : | Case No. 17– _____ (    ) |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 36-3606586** | : | |
| ------------------------------------------------------ x | | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **PCI ENERGY SERVICES LLC,** | : | Case No. 17– _____ (    ) |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 37-1589100** | : | |
| ------------------------------------------------------ x | | |

```
------------------------------------------------- x
In re:                                           :    Chapter 11
                                                 :
SHAW GLOBAL SERVICES, LLC,                       :    Case No. 17– _____ (    )
                                                 :
               Debtor.                           :
                                                 :
Fed. Tax Id. No. 35-2410436                      :
------------------------------------------------- x
In re:                                           :    Chapter 11
                                                 :
SHAW NUCLEAR SERVICES, INC.,                     :    Case No. 17– _____ (    )
                                                 :
               Debtor.                           :
                                                 :
Fed. Tax Id. No. 26-1966250                      :
------------------------------------------------- x
In re:                                           :    Chapter 11
                                                 :
STONE & WEBSTER ASIA INC.,                       :    Case No. 17– _____ (    )
                                                 :
               Debtor.                           :
                                                 :
Fed. Tax Id. No. 72-1481348                      :
------------------------------------------------- x
In re:                                           :    Chapter 11
                                                 :
STONE & WEBSTER CONSTRUCTION                     :    Case No. 17– _____ (    )
INC.,                                            :
               Debtor.                           :
                                                 :
Fed. Tax Id. No. 72-1481673                      :
------------------------------------------------- x
In re:                                           :    Chapter 11
                                                 :
STONE & WEBSTER INTERNATIONAL                    :    Case No. 17– _____ (    )
INC.,                                            :
               Debtor.                           :
                                                 :
Fed. Tax Id. No. 35-2451586                      :
------------------------------------------------- x
```

3

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **STONE & WEBSTER SERVICES LLC,** | : | Case No. 17– _____ (    ) |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 72-1515448** | : | |
| ------------------------------------------------------------ x | | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **TOSHIBA NUCLEAR ENERGY HOLDINGS (UK) LIMITED,** | : | Case No. 17– _____ (    ) |
| | : | |
| Debtor. | : | |
| | : | |
| **No Fed. Tax Id.** | : | |
| ------------------------------------------------------------ x | | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **TSB NUCLEAR ENERGY SERVICES INC.,** | : | Case No. 17– _____ (    ) |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 52-1672348** | : | |
| ------------------------------------------------------------ x | | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **WEC CAROLINA ENERGY SOLUTIONS, INC.,** | : | Case No. 17– _____ (    ) |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 27-0998735** | : | |
| ------------------------------------------------------------ x | | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **WEC CAROLINA ENERGY SOLUTIONS, LLC,** | : | Case No. 17– _____ (    ) |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 27-1032002** | : | |
| ------------------------------------------------------------ x | | |

4

```
------------------------------------------------------ x
In re:                                                 :    Chapter 11
                                                       :
WEC ENGINEERING SERVICES INC.,                         :    Case No. 17– _____ (     )
                                                       :
            Debtor.                                    :
                                                       :
Fed. Tax Id. No. 25-1846759                            :
------------------------------------------------------ x
In re:                                                 :    Chapter 11
                                                       :
WEC EQUIPMENT & MACHINING                              :    Case No. 17– _____ (     )
SOLUTIONS, LLC,                                        :
            Debtor.                                    :
                                                       :
                                                       :
Fed. Tax Id. No. 27-1033135                            :
------------------------------------------------------ x
In re:                                                 :    Chapter 11
                                                       :
WEC SPECIALTY LLC,                                     :    Case No. 17– _____ (     )
                                                       :
            Debtor.                                    :
                                                       :
No Fed. Tax Id.                                        :
------------------------------------------------------ x
In re:                                                 :    Chapter 11
                                                       :
WEC WELDING AND MACHINING, LLC,                        :    Case No. 17– _____ (     )
                                                       :
            Debtor.                                    :
                                                       :
Fed. Tax. Id. No. 27-1028771                           :
------------------------------------------------------ x
In re:                                                 :    Chapter 11
                                                       :
WECTEC CONTRACTORS INC.,                               :    Case No. 17– _____ (     )
                                                       :
            Debtor.                                    :
                                                       :
Fed. Tax. Id. No. 72-0944168                           :
------------------------------------------------------ x
```

```
------------------------------------------------------- x
In re:                                                  :    Chapter 11
                                                        :
WECTEC GLOBAL PROJECT SERVICES                          :    Case No. 17– _____ (    )
INC.,                                                   :
                    Debtor.                             :
                                                        :
Fed. Tax. Id. No. 72-1478572                            :
------------------------------------------------------- x
In re:                                                  :    Chapter 11
                                                        :
WECTEC LLC,                                             :    Case No. 17– _____ (    )
                                                        :
                    Debtor.                             :
                                                        :
Fed. Tax. Id. No. 47-5576222                            :
------------------------------------------------------- x
In re:                                                  :    Chapter 11
                                                        :
WECTEC STAFFING SERVICES LLC,                           :    Case No. 17– _____ (    )
                                                        :
                    Debtor.                             :
                                                        :
Fed. Tax. Id. No. 81-0854135                            :
------------------------------------------------------- x
In re:                                                  :    Chapter 11
                                                        :
WESTINGHOUSE ENERGY SYSTEMS                             :    Case No. 17– _____ (    )
LLC,                                                    :
                    Debtor.                             :
                                                        :
Fed. Tax. Id. No. 47-5240328                            :
------------------------------------------------------- x
In re:                                                  :    Chapter 11
                                                        :
WESTINGHOUSE INDUSTRY PRODUCTS                          :    Case No. 17– _____ (    )
INTERNATIONAL COMPANY LLC,                              :
                    Debtor.                             :
                                                        :
Fed. Tax. Id. No. 46-4923909                            :
------------------------------------------------------- x
```

WEIL:\96075928\8\80768.0015

```
------------------------------------------------------------ x
In re:                                          :    Chapter 11
                                                :
WESTINGHOUSE INTERNATIONAL                      :    Case No. 17– _____ (    )
TECHNOLOGY LLC,                                 :
                    Debtor.                     :
                                                :
No Fed. Tax Id.                                 :
------------------------------------------------------------ x
In re:                                          :    Chapter 11
                                                :
WESTINGHOUSE TECHNOLOGY                         :    Case No. 17– _____ (    )
LICENSING COMPANY LLC,                          :
                    Debtor.                     :
                                                :
Fed. Tax. Id. No. 51-0395961                    :
------------------------------------------------------------ x
```

## DEBTORS' CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO FED. R. BANKR. P. 1007(a)(1) AND 7007.1 AND LOCAL RULE 1007-3

Pursuant to the Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York, Westinghouse Electric Company LLC and certain of its subsidiaries and affiliates, as debtors and debtors in possession in the above captioned chapter 11 cases (the "**Debtors**"), respectfully represent:

1. Toshiba Corporation ("**Toshiba**"), National Atomic Company KazAtomProm ("**KazAtomProm**"), and IHI Corporation ("**IHI**") collectively own one hundred percent (100%) of the ownership interests in Toshiba Nuclear Energy Holdings (US) Inc. ("**TNEH U.S.**") and Toshiba Nuclear Energy Holdings (UK) Limited ("**TNEH U.K.**").[1]

---

[1] Toshiba has an 87% ownership interest, KazAtomProm has a 10% ownership interest, and IHI has a 3% ownership interest. On February 16, 2017, Toshiba filed a press release noting that on February 15, 2017, IHI notified Toshiba that it would be exercising a put option to sell its ownership interests in TNEH U.S. and TNEH U.K. to Toshiba pursuant to a certain put option agreement between Toshiba and IHI. Based on Toshiba's press release, the Debtors understand that the purchase of IHI's ownership interest by Toshiba is expected to close on May 17, 2017, at which point Toshiba would own 90% of both TNEH U.S and TNEH U.K.

7

2. TNEH U.K. owns one hundred percent (100%) of the ownership interest in Westinghouse Electric UK Holdings Limited, a holding company for certain international entities.

3. TNEH U.S. indirectly owns one hundred percent (100%) of the ownership interest in TSB Nuclear Energy Services Inc.

   i. TNEH U.S. has a one hundred percent (100%) ownership interest in TSB Nuclear Energy USA Group Inc.

   ii. TSB Nuclear Energy USA Group Inc. has a one hundred percent (100%) ownership interest in TSB Nuclear Energy Services Inc.

4. TSB Nuclear Energy Services Inc. has a one hundred percent (100%) ownership interest in Westinghouse Electric Company LLC.

5. Westinghouse Electric Company LLC has a one hundred percent (100%) ownership interest in the following entities:

   i. CE Nuclear Power International, Inc.;

   ii. Fauske and Associates LLC;

   iii. PaR Nuclear Holding Co., Inc.;

   iv. WEC Engineering Services Inc.;

   v. WEC Specialty LLC;

   vi. WEC Welding and Machining, LLC;

   vii. WECTEC LLC;

   viii. Westinghouse Energy Systems LLC;

   ix. Westinghouse Industry Products International Company LLC;

   x. Westinghouse International Technology LLC; and

        xi. Westinghouse Technology Licensing Company LLC.

6. WECTEC LLC has a one hundred percent (100%) ownership interest in the following entities:

        i. WECTEC Staffing Services LLC; and

        ii. WECTEC Global Project Services Inc.

7. WECTEC Global Project Services Inc. has a one hundred percent (100%) ownership interest in the following entities:

        i. Field Services, LLC;

        ii. Nuclear Technology Solutions LLC;

        iii. Shaw Global Services, LLC;

        iv. Shaw Nuclear Services, Inc.;

        v. Stone & Webster Asia Inc.;

        vi. Stone & Webster Construction Inc.;

        vii. Stone & Webster International Inc.;

        viii. Stone & Webster Services LLC; and

        ix. WECTEC Contractors Inc.

8. WEC Welding and Machining, LLC has a one hundred percent (100%) ownership interest in the following entities:

        i. PCI Energy Services LLC;

        ii. WEC Carolina Energy Solutions, LLC; and

        iii. WEC Equipment & Machining Solutions, LLC.

9. WEC Carolina Energy Solutions, LLC has a one hundred percent (100%) ownership interest in WEC Carolina Energy Solutions, Inc.

10. PaR Nuclear Holding Co., Inc. has a one hundred percent (100%) ownership interest in PaR Nuclear, Inc.

11. Attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests of the Debtors and certain of their non-Debtor affiliates.

# Exhibit A

## Corporate Ownership Chart



**Fill in this information to identify the case:**

Debtor name: Westinghouse Electric Company LLC

United States Bankruptcy Court  for the:  Southern District of New York
(State)

Case number (*If known*): _____

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**                            12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☐ Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration  Consolidated Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/29/2017          x   /s/ Lisa J. Donahue
MM/DD/YYYY                          Signature of individual signing on behalf of debtor

                                    Lisa J. Donahue
                                    Printed name

                                    Authorized Person
                                    Position or relationship to debtor