**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Robert J. Lemons
Garrett A. Fail

**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Albert Togut
Brian F. Moore
Kyle J. Ortiz

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

*Proposed Attorneys for Debtor*
*Toshiba Nuclear Energy Holdings (UK)*
*Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **WESTINGHOUSE ELECTRIC** | : | **Case No. 17– _____ (    )** |
| **COMPANY LLC,** | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 52-2140933** | : | |

------------------------------------------------------------ x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CE NUCLEAR POWER INTERNATIONAL,** | : | **Case No. 17– _____ (    )** |
| **INC.,** | | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 06-1548833** | : | |

------------------------------------------------------------ x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **FAUSKE AND ASSOCIATES LLC,** | : | **Case No. 17– _____ (    )** |
| | : | |
| Debtor. | : | |
| | : | |
| **Fed. Tax Id. No. 27-1028538** | : | |

------------------------------------------------------------ x

```
---------------------------------------------- x
In re:                                        :        Chapter 11
                                              :
FIELD SERVICES, LLC,                          :        Case No. 17– _____ (    )
                                              :
              Debtor.                         :
                                              :
Fed. Tax Id. No. 72-1482550                   :
---------------------------------------------- x
In re:                                        :        Chapter 11
                                              :
NUCLEAR TECHNOLOGY SOLUTIONS                   :        Case No. 17– _____ (    )
LLC,                                          :
              Debtor.                         :
                                              :
Fed. Tax Id. No. 20-2061921                   :
---------------------------------------------- x
In re:                                        :        Chapter 11
                                              :
PAR NUCLEAR HOLDING CO., INC.,                :        Case No. 17– _____ (    )
                                              :
              Debtor.                         :
                                              :
Fed. Tax Id. No. 32-0007944                   :
---------------------------------------------- x
In re:                                        :        Chapter 11
                                              :
PAR NUCLEAR, INC.,                            :        Case No. 17– _____ (    )
                                              :
              Debtor.                         :
                                              :
Fed. Tax Id. No. 36-3606586                   :
---------------------------------------------- x
In re:                                        :        Chapter 11
                                              :
PCI ENERGY SERVICES LLC,                      :        Case No. 17– _____ (    )
                                              :
              Debtor.                         :
                                              :
Fed. Tax Id. No. 37-1589100                   :
---------------------------------------------- x
```

2

```
----------------------------------------------------------- x
In re:                                        :      Chapter 11
                                              :
SHAW GLOBAL SERVICES, LLC,                    :      Case No. 17– _____ (   )
                                              :
                    Debtor.                   :
                                              :
Fed. Tax Id. No. 35-2410436                   :
----------------------------------------------------------- x
In re:                                        :      Chapter 11
                                              :
SHAW NUCLEAR SERVICES, INC.,                  :      Case No. 17– _____ (   )
                                              :
                    Debtor.                   :
                                              :
Fed. Tax Id. No. 26-1966250                   :
----------------------------------------------------------- x
In re:                                        :      Chapter 11
                                              :
STONE & WEBSTER ASIA INC.,                    :      Case No. 17– _____ (   )
                                              :
                    Debtor.                   :
                                              :
Fed. Tax Id. No. 72-1481348                   :
----------------------------------------------------------- x
In re:                                        :      Chapter 11
                                              :
STONE & WEBSTER CONSTRUCTION                  :      Case No. 17– _____ (   )
INC.,                                         :
                    Debtor.                   :
                                              :
Fed. Tax Id. No. 72-1481673                   :
----------------------------------------------------------- x
In re:                                        :      Chapter 11
                                              :
STONE & WEBSTER INTERNATIONAL                 :      Case No. 17– _____ (   )
INC.,                                         :
                    Debtor.                   :
                                              :
Fed. Tax Id. No. 35-2451586                   :
----------------------------------------------------------- x
```

| | | |
|---|---|---|
| ------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| **STONE & WEBSTER SERVICES LLC,** | : | Case No. 17– _____ (    ) |
| | : | |
| **Debtor.** | : | |
| | : | |
| Fed. Tax Id. No. 72-1515448 | : | |
| ------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| **TOSHIBA NUCLEAR ENERGY HOLDINGS (UK) LIMITED,** | : | Case No. 17– _____ (    ) |
| | : | |
| **Debtor.** | : | |
| | : | |
| No Fed. Tax Id. | : | |
| ------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| **TSB NUCLEAR ENERGY SERVICES INC.,** | : | Case No. 17– _____ (    ) |
| | : | |
| **Debtor.** | : | |
| | : | |
| Fed. Tax Id. No. 52-1672348 | : | |
| ------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| **WEC CAROLINA ENERGY SOLUTIONS, INC.,** | : | Case No. 17– _____ (    ) |
| | : | |
| **Debtor.** | : | |
| | : | |
| Fed. Tax Id. No. 27-0998735 | : | |
| ------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| **WEC CAROLINA ENERGY SOLUTIONS, LLC,** | : | Case No. 17– _____ (    ) |
| | : | |
| **Debtor.** | : | |
| | : | |
| Fed. Tax Id. No. 27-1032002 | : | |
| ------------------------------------------------------ x | | |

4

```
------------------------------------------------ x
In re:                              :        Chapter 11
                                    :
WEC ENGINEERING SERVICES INC.,      :        Case No. 17– _____ (    )
                                    :
                 Debtor.            :
                                    :
Fed. Tax Id. No. 25-1846759         :
------------------------------------------------ x
In re:                              :        Chapter 11
                                    :
WEC EQUIPMENT & MACHINING           :        Case No. 17– _____ (    )
SOLUTIONS, LLC,                     :
                 Debtor.            :
                                    :
Fed. Tax Id. No. 27-1033135         :
------------------------------------------------ x
In re:                              :        Chapter 11
                                    :
WEC SPECIALTY LLC,                  :        Case No. 17– _____ (    )
                                    :
                 Debtor.            :
                                    :
No Fed. Tax Id.                     :
------------------------------------------------ x
In re:                              :        Chapter 11
                                    :
WEC WELDING AND MACHINING, LLC,     :        Case No. 17– _____ (    )
                                    :
                 Debtor.            :
                                    :
Fed. Tax. Id. No. 27-1028771        :
------------------------------------------------ x
In re:                              :        Chapter 11
                                    :
WECTEC CONTRACTORS INC.,            :        Case No. 17– _____ (    )
                                    :
                 Debtor.            :
                                    :
Fed. Tax. Id. No. 72-0944168        :
------------------------------------------------ x
```

```
------------------------------------------------- x
In re:                                           :     Chapter 11
                                                 :
WECTEC GLOBAL PROJECT SERVICES                   :     Case No. 17– _____ (    )
INC.,                                            :
                        Debtor.                  :
                                                 :
Fed. Tax. Id. No. 72-1478572                     :
------------------------------------------------- x
In re:                                           :     Chapter 11
                                                 :
WECTEC LLC,                                      :     Case No. 17– _____ (    )
                                                 :
                        Debtor.                  :
                                                 :
Fed. Tax. Id. No. 47-5576222                     :
------------------------------------------------- x
In re:                                           :     Chapter 11
                                                 :
WECTEC STAFFING SERVICES LLC,                    :     Case No. 17– _____ (    )
                                                 :
                        Debtor.                  :
                                                 :
Fed. Tax. Id. No. 81-0854135                     :
------------------------------------------------- x
In re:                                           :     Chapter 11
                                                 :
WESTINGHOUSE ENERGY SYSTEMS                      :     Case No. 17– _____ (    )
LLC,                                             :
                        Debtor.                  :
                                                 :
Fed. Tax. Id. No. 47-5240328                     :
------------------------------------------------- x
In re:                                           :     Chapter 11
                                                 :
WESTINGHOUSE INDUSTRY PRODUCTS                   :     Case No. 17– _____ (    )
INTERNATIONAL COMPANY LLC,                       :
                        Debtor.                  :
                                                 :
Fed. Tax. Id. No. 46-4923909                     :
------------------------------------------------- x
```

```
-------------------------------------------------- x
In re:                                   :          Chapter 11
                                         :
WESTINGHOUSE INTERNATIONAL               :          Case No. 17– _____ (      )
TECHNOLOGY LLC,                          :
                        Debtor.          :
                                         :
No Fed. Tax Id.                          :
-------------------------------------------------- x
In re:                                   :          Chapter 11
                                         :
WESTINGHOUSE TECHNOLOGY                   :          Case No. 17– _____ (      )
LICENSING COMPANY LLC,                   :
                        Debtor.          :
                                         :
Fed. Tax. Id. No. 51-0395961             :
-------------------------------------------------- x
```

## MOTION OF DEBTORS PURSUANT TO
## FED. R. BANKR. P. 1015(b) FOR ENTRY OF ORDER
## DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Westinghouse Electric Company LLC and its debtor affiliates, as debtors and

debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**")

respectfully represent as follows in support of this motion (the "**Motion**"):

### Background

1.    On the date hereof (the "**Petition Date**"), each Debtor commenced with

this Court a voluntary case under chapter 11 of title 11 of the United States Code (the

"**Bankruptcy Code**").   The Debtors continue to operate their businesses and manage their

properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy

Code.   No trustee, examiner, or statutory committee of creditors has been appointed in these

chapter 11 cases.

2.    Additional information regarding the Debtors' business, capital structure,

and the circumstances leading to the commencement of these chapter 11 cases is set forth in the

7

*Declaration of Lisa J. Donahue Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York*, sworn to on the date hereof (the "**Donahue Declaration**"), which has been filed with the Court contemporaneously herewith and is incorporated herein by reference.

## Jurisdiction

3.    The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

4.    By this Motion, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Debtors request entry of an order directing joint administration of these chapter 11 cases for procedural purposes only.  In addition, the Debtors respectfully request that the Court maintain one file and one docket for all of the jointly administered cases under the case number assigned to the Debtors, and that these chapter 11 cases be jointly administered under the following caption:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re                                          :
                                               :        **Chapter 11**
**WESTINGHOUSE ELECTRIC**                      :
**COMPANY LLC, *et al.*,**                     :        **Case No. 17-_____ (___)**
                                               :
                  **Debtors.[1]**              :        **(Jointly Administered)**
---------------------------------------------------------x

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

      5.    The Debtors further request the Court's direction that a notation

substantially similar to the following language be entered on the docket maintained by the Clerk

of the Court to reflect the joint administration of the Debtors' chapter 11 cases:

> An Order has been entered in accordance with Rule 1015(b) of the Bankruptcy Rules directing the procedural consolidation and joint administration of the chapter 11 cases of Westinghouse Electric Company LLC, CE Nuclear Power International, Inc., Fauske and Associates LLC, Field Services, LLC, Nuclear Technology Solutions LLC, PaR Nuclear Holding Co., Inc., PaR Nuclear, Inc., PCI Energy Services LLC, Shaw Global Services, LLC, Shaw Nuclear Services, Inc., Stone & Webster Asia Inc., Stone & Webster Construction Inc., Stone & Webster International Inc., Stone & Webster Services LLC, Toshiba Nuclear Energy Holdings (UK) Limited, TSB Nuclear Energy Services Inc., WEC Carolina Energy Solutions, Inc., WEC Carolina Energy Solutions, LLC,

WEC Engineering Services Inc., WEC Equipment & Machining Solutions, LLC, WEC Specialty LLC, WEC Welding and Machining, LLC, WECTEC Contractors Inc., WECTEC Global Project Services Inc., WECTEC LLC, WECTEC Staffing Services LLC, Westinghouse Energy Systems LLC, Westinghouse Industry Products International Company LLC, Westinghouse International Technology LLC, and Westinghouse Technology Licensing Company LLC.  The docket in Case No. 17-10751 (___) should be consulted for all matters affecting this case.

6.    Finally, the Debtors seek authority to file the monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the Executive Office of the U.S. Trustee (revised November 27, 2013) on a consolidated basis.

7.    The Debtors reserve all rights to file a subsequent motion seeking authority to jointly administer their cases with additional cases if the circumstances warrant doing so.

8.    A proposed form of order granting the relief requested herein is annexed hereto as **Exhibit A** (the "**Proposed Order**").

### Relief Requested Should Be Granted

9.    On the date hereof, the Debtors commenced the above-captioned chapter 11 cases by filing the appropriate petitions with this Court.  As set forth in the Donahue Declaration, there are 30 Debtors, with approximately 35,000 creditors on a consolidated basis in these chapter 11 cases.  Joint administration will allow for the efficient and convenient administration of the Debtors' interrelated chapter 11 cases, will yield significant cost savings, and will not prejudice the substantive rights of any party in interest.

10.    Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against… a debtor and an affiliate, the court may order a joint administration of the estates." FED. R. BANKR. P. 1015(b).  As set forth in the

Donahue Declaration, the Debtors in these chapter 11 cases are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code.  Accordingly, this Court is authorized to grant the relief requested herein.

11.     As set forth in the Donahue Declaration, joint administration of these cases will save the Debtors and their estates substantial time and expense because it will remove the need to prepare, replicate, file, and serve duplicative notices, applications, and orders in each of the 30 Debtor cases.  Further, joint administration will relieve the Court of entering duplicative orders and maintaining duplicative files and dockets.  The United States Trustee for Region 2 (the "**U.S. Trustee**") and other parties in interest will similarly benefit from joint administration of these chapter 11 cases, sparing them the time and effort of reviewing duplicative pleadings and papers.

12.     Moreover, joint administration will not adversely affect the Debtors' respective constituencies because this Motion only requests administrative—and not substantive—consolidation of the Debtors' estates.  For example, any creditor still may file a claim against a particular Debtor or its estate (or against multiple Debtors and their respective estates) and intercompany claims among the Debtors will not be affected.

## Notice

13.     Notice of this Motion will be provided to (i) the Office of the U.S. Trustee for Region 2; (ii) the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis); (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney's Office for the Southern District of New York; (vi) proposed counsel to Debtor Toshiba Nuclear Energy Holdings (UK) Limited, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119 (Attn: Albert Togut, Esq.); (vii) counsel to Toshiba Corporation, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South

Grand Avenue, Suite 3400, Los Angeles, CA 90071 (Attn: Van C. Durrer II, Esq. and Annie Z. Li, Esq.); (viii) counsel to the Debtors' prepetition agent under that certain Second Amended and Restated Credit Agreement, dated as of October 7, 2009 (as amended), Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611 (Attn: Zulfiqar Bokhari, Esq.); (ix) counsel to the lenders under the Debtors' proposed DIP Facility, (a) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064 (Attn: Jeffrey D. Saferstein, Esq.) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street, NW, Washington, DC 20006-1047 (Attn: Claudia R. Tobler, Esq.); and (x) counsel to the agents and letter of credit issuer under the Debtors' proposed DIP Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Fredric Sosnick, Esq. and Ned S. Schodek, Esq.) (collectively, the "**Notice Parties**"). The Debtors submit that, in view of the facts and circumstances, such notice is sufficient and no other or further notice need be provided.

14.    No previous request for the relief sought herein has been made by the Debtors to this or any other court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: March 29, 2017
        New York, New York

/s/ Gary T. Holtzer
Gary T. Holtzer
Robert J. Lemons
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: gary.holtzer@weil.com
Email: robert.lemons@weil.com
Email: garrett.fail@weil.com

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

-and-

Albert Togut
Brian F. Moore
Kyle J. Ortiz
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Email: altogut@teamtogut.com
Email: bmoore@teamtogut.com
Email: kortiz@teamtogut.com

*Proposed Attorneys for Debtor*
*Toshiba Nuclear Energy Holdings (UK)*
*Limited*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **WESTINGHOUSE ELECTRIC** | : | Case No. 17– _____ (    ) |
| **COMPANY LLC,** | : | |
| Debtor. | : | |
| | : | |
| Fed. Tax Id. No. 52-2140933 | : | |

------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **CE NUCLEAR POWER INTERNATIONAL,** | : | Case No. 17– _____ (    ) |
| **INC.,** | : | |
| Debtor. | : | |
| | : | |
| Fed. Tax Id. No. 06-1548833 | : | |

------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **FAUSKE AND ASSOCIATES LLC,** | : | Case No. 17– _____ (    ) |
| | : | |
| Debtor. | : | |
| | : | |
| Fed. Tax Id. No. 27-1028538 | : | |

------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **FIELD SERVICES, LLC,** | : | Case No. 17– _____ (    ) |
| | : | |
| Debtor. | : | |
| | : | |
| Fed. Tax Id. No. 72-1482550 | : | |

------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **NUCLEAR TECHNOLOGY SOLUTIONS** | : | Case No. 17– _____ (    ) |
| **LLC,** | : | |
| Debtor. | : | |
| | : | |
| Fed. Tax Id. No. 20-2061921 | : | |

------------------------------------------------------- x

```
-------------------------------------------------------- x
In re:                                  :        Chapter 11
                                        :
PAR NUCLEAR HOLDING CO., INC.,          :        Case No. 17– _____ (    )
                                        :
                    Debtor.             :
                                        :
Fed. Tax Id. No. 32-0007944             :
-------------------------------------------------------- x
In re:                                  :        Chapter 11
                                        :
PAR NUCLEAR, INC.,                      :        Case No. 17– _____ (    )
                                        :
                    Debtor.             :
                                        :
Fed. Tax Id. No. 36-3606586             :
-------------------------------------------------------- x
In re:                                  :        Chapter 11
                                        :
PCI ENERGY SERVICES LLC,                :        Case No. 17– _____ (    )
                                        :
                    Debtor.             :
                                        :
Fed. Tax Id. No. 37-1589100             :
-------------------------------------------------------- x
In re:                                  :        Chapter 11
                                        :
SHAW GLOBAL SERVICES, LLC,              :        Case No. 17– _____ (    )
                                        :
                    Debtor.             :
                                        :
Fed. Tax Id. No. 35-2410436             :
-------------------------------------------------------- x
In re:                                  :        Chapter 11
                                        :
SHAW NUCLEAR SERVICES, INC.,            :        Case No. 17– _____ (    )
                                        :
                    Debtor.             :
                                        :
Fed. Tax Id. No. 26-1966250             :
-------------------------------------------------------- x
```

2

```
------------------------------------------------ x
In re:                                          :        Chapter 11
                                                :
STONE & WEBSTER ASIA INC.,                      :        Case No. 17– _____ (    )
                                                :
                           Debtor.              :
                                                :
Fed. Tax Id. No. 72-1481348                     :
------------------------------------------------ x
In re:                                          :        Chapter 11
                                                :
STONE & WEBSTER CONSTRUCTION                    :        Case No. 17– _____ (    )
INC.,                                           :
                           Debtor.              :
                                                :
Fed. Tax Id. No. 72-1481673                     :
------------------------------------------------ x
In re:                                          :        Chapter 11
                                                :
STONE & WEBSTER INTERNATIONAL                   :        Case No. 17– _____ (    )
INC.,                                           :
                           Debtor.              :
                                                :
Fed. Tax Id. No. 35-2451586                     :
------------------------------------------------ x
In re:                                          :        Chapter 11
                                                :
STONE & WEBSTER SERVICES LLC,                   :        Case No. 17– _____ (    )
                                                :
                           Debtor.              :
                                                :
Fed. Tax Id. No. 72-1515448                     :
------------------------------------------------ x
In re:                                          :        Chapter 11
                                                :
TOSHIBA NUCLEAR ENERGY HOLDINGS                 :        Case No. 17– _____ (    )
(UK) LIMITED,                                   :
                           Debtor.              :
                                                :
No Fed. Tax Id.                                 :
------------------------------------------------ x
```

3

```
-------------------------------------------------- x
In re:                                             :        Chapter 11
                                                   :
TSB NUCLEAR ENERGY SERVICES INC.,                  :        Case No. 17– _____ (      )
                                                   :
                    Debtor.                        :
                                                   :
Fed. Tax Id. No. 52-1672348                        :
-------------------------------------------------- x
In re:                                             :        Chapter 11
                                                   :
WEC CAROLINA ENERGY SOLUTIONS,                     :        Case No. 17– _____ (      )
INC.,                                              :
                    Debtor.                        :
                                                   :
Fed. Tax Id. No. 27-0998735                        :
-------------------------------------------------- x
In re:                                             :        Chapter 11
                                                   :
WEC CAROLINA ENERGY SOLUTIONS,                     :        Case No. 17– _____ (      )
LLC,                                               :
                    Debtor.                        :
                                                   :
Fed. Tax Id. No. 27-1032002                        :
-------------------------------------------------- x
In re:                                             :        Chapter 11
                                                   :
WEC ENGINEERING SERVICES INC.,                     :        Case No. 17– _____ (      )
                                                   :
                    Debtor.                        :
                                                   :
Fed. Tax Id. No. 25-1846759                        :
-------------------------------------------------- x
In re:                                             :        Chapter 11
                                                   :
WEC EQUIPMENT & MACHINING                          :        Case No. 17– _____ (      )
SOLUTIONS, LLC,                                    :
                    Debtor.                        :
                                                   :
Fed. Tax Id. No. 27-1033135                        :
-------------------------------------------------- x
```

```
----------------------------------------------------------- x
In re:                                    :        Chapter 11
                                          :
WEC SPECIALTY LLC,                        :        Case No. 17– _____ (      )
                                          :
                          Debtor.         :
                                          :
No Fed. Tax Id.                           :
----------------------------------------------------------- x
In re:                                    :        Chapter 11
                                          :
WEC WELDING AND MACHINING, LLC,           :        Case No. 17– _____ (      )
                                          :
                          Debtor.         :
                                          :
Fed. Tax. Id. No. 27-1028771              :
----------------------------------------------------------- x
In re:                                    :        Chapter 11
                                          :
WECTEC CONTRACTORS INC.,                  :        Case No. 17– _____ (      )
                                          :
                          Debtor.         :
                                          :
Fed. Tax. Id. No. 72-0944168              :
----------------------------------------------------------- x
In re:                                    :        Chapter 11
                                          :
WECTEC GLOBAL PROJECT SERVICES            :        Case No. 17– _____ (      )
INC.,                                     :
                          Debtor.         :
                                          :
Fed. Tax. Id. No. 72-1478572              :
----------------------------------------------------------- x
In re:                                    :        Chapter 11
                                          :
WECTEC LLC,                               :        Case No. 17– _____ (      )
                                          :
                          Debtor.         :
                                          :
Fed. Tax. Id. No. 47-5576222              :
----------------------------------------------------------- x
```

5

```
-------------------------------------------------- x
In re:                                  :       Chapter 11
                                        :
WECTEC STAFFING SERVICES LLC,           :       Case No. 17– _____ (    )
                                        :
                    Debtor.             :
                                        :
Fed. Tax. Id. No. 81-0854135            :
-------------------------------------------------- x
In re:                                  :       Chapter 11
                                        :
WESTINGHOUSE ENERGY SYSTEMS             :       Case No. 17– _____ (    )
LLC,                                    :
                    Debtor.             :
                                        :
Fed. Tax. Id. No. 47-5240328            :
-------------------------------------------------- x
In re:                                  :       Chapter 11
                                        :
WESTINGHOUSE INDUSTRY PRODUCTS          :       Case No. 17– _____ (    )
INTERNATIONAL COMPANY LLC,              :
                    Debtor.             :
                                        :
Fed. Tax. Id. No. 46-4923909            :
-------------------------------------------------- x
In re:                                  :       Chapter 11
                                        :
WESTINGHOUSE INTERNATIONAL              :       Case No. 17– _____ (    )
TECHNOLOGY LLC,                         :
                    Debtor.             :
                                        :
No Fed. Tax Id.                         :
-------------------------------------------------- x
In re:                                  :       Chapter 11
                                        :
WESTINGHOUSE TECHNOLOGY                 :       Case No. 17– _____ (    )
LICENSING COMPANY LLC,                  :
                    Debtor.             :
                                        :
Fed. Tax. Id. No. 51-0395961            :
-------------------------------------------------- x
```

6

**ORDER PURSUANT TO FED. R. BANKR. P. 1015(b)**
**<u>DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES</u>**

Upon the motion (the "**Motion**"),[1] dated March 29, 2017, of Westinghouse Electric Company LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to Rule 1015(b) of the Federal Rules, for entry of an order directing the joint administration of the Debtors' related chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "**Hearing**"); and upon the Donahue Declaration, filed contemporaneously with the Motion, and the record of the Hearing; and the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the Debtors' chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' chapter 11 cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **WESTINGHOUSE ELECTRIC** | : | |
| **COMPANY LLC, *et al.*,** | : | **Case No. 17-_____ (___)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

--------------------------------------------------------x

; and it is further

ORDERED that a docket entry shall be made in the chapter 11 cases of Westinghouse Electric Company LLC, CE Nuclear Power International, Inc., Fauske and Associates LLC, Field Services, LLC, Nuclear Technology Solutions LLC, PaR Nuclear Holding Co., Inc., PaR Nuclear, Inc., PCI Energy Services LLC, Shaw Global Services, LLC, Shaw Nuclear Services, Inc., Stone & Webster Asia Inc., Stone & Webster Construction Inc., Stone & Webster International Inc., Stone & Webster Services LLC, Toshiba Nuclear Energy Holdings (UK) Limited, TSB Nuclear Energy Services Inc., WEC Carolina Energy Solutions, Inc., WEC Carolina Energy Solutions, LLC, WEC Engineering Services Inc., WEC Equipment & Machining Solutions, LLC, WEC Specialty LLC, WEC Welding and Machining, LLC,

WECTEC Contractors Inc., WECTEC Global Project Services Inc., WECTEC LLC, WECTEC Staffing Services LLC, Westinghouse Energy Systems LLC, Westinghouse Industry Products International Company LLC, Westinghouse International Technology LLC, and Westinghouse Technology Licensing Company LLC substantially as follows:

> An Order has been entered in accordance with Rule 1015(b) of the Bankruptcy Rules directing the procedural consolidation and joint administration of the chapter 11 cases of Westinghouse Electric Company LLC, CE Nuclear Power International, Inc., Fauske and Associates LLC, Field Services, LLC, Nuclear Technology Solutions LLC, PaR Nuclear Holding Co., Inc., PaR Nuclear, Inc., PCI Energy Services LLC, Shaw Global Services, LLC, Shaw Nuclear Services, Inc., Stone & Webster Asia Inc., Stone & Webster Construction Inc., Stone & Webster International Inc., Stone & Webster Services LLC, Toshiba Nuclear Energy Holdings (UK) Limited, TSB Nuclear Energy Services Inc., WEC Carolina Energy Solutions, Inc., WEC Carolina Energy Solutions, LLC, WEC Engineering Services Inc., WEC Equipment & Machining Solutions, LLC, WEC Specialty LLC, WEC Welding and Machining, LLC, WECTEC Contractors Inc., WECTEC Global Project Services Inc., WECTEC LLC, WECTEC Staffing Services LLC, Westinghouse Energy Systems LLC, Westinghouse Industry Products International Company LLC, Westinghouse International Technology LLC, and Westinghouse Technology Licensing Company LLC. The docket in Case No. 17-10751 (___) should be consulted for all matters affecting this case.

; and it is further

ORDERED that the Debtors may file their monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the Executive Office of the U.S. Trustee (revised November 27, 2013), by consolidating the information required for each Debtor in one report; and it is further

ORDERED that the Debtors are authorized to take all action necessary to the relief granted in this Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2017
          New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE