| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| 767 Fifth Avenue | One Penn Plaza, Suite 3335 |
| New York, New York 10153 | New York, New York 10119 |
| Telephone: (212) 310-8000 | Telephone: (212) 594-5000 |
| Facsimile: (212) 310-8007 | Facsimile: (212) 967-4258 |
| Gary T. Holtzer | Albert Togut |
| Robert J. Lemons | Brian F. Moore |
| Garrett A. Fail | Kyle J. Ortiz |
| | |
| *Proposed Attorneys for Debtors* | *Proposed Attorneys for Debtor* |
| *and Debtors in Possession* | *Toshiba Nuclear Energy Holdings (UK)* |
| | *Limited* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re                                              :
                                                   :    **Chapter 11**
**WESTINGHOUSE ELECTRIC**                          :
**COMPANY LLC,** *et al.*,                         :    **Case No. 17-10751 (MEW)**
                                                   :
        Debtors.[1]                                :    **(Joint Administration Pending)**
---------------------------------------------------------x

## AMENDED NOTICE OF COMMENCEMENT OF CHAPTER 11
## CASES AND AGENDA FOR FIRST DAY HEARING

**PLEASE TAKE NOTICE** that on **March 29, 2017**, Westinghouse Electric Company LLC and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtor**s"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961).  The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") has been scheduled for <u>March 30, 2017 at 11:00 a.m. (**Prevailing Eastern Time**</u>) before the Honorable Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 617, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that an agenda with respect to the First Day Hearing is set forth below. Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at One Bowling Green, New York, New York 10004, or (iii) ) from the Debtors' proposed claims and noticing agent, Kurtzman Carson Consultants LLC ("KCC"), at www.kccllc.net/Westinghouse or by calling (877) 634-7177 (toll free) for U.S.-based parties; or +1 (424) 236-7223 for international parties or by e-mail at WestinghouseInfo@kccllc.com. Note that a PACER password is needed to access documents on the Court's website
.

### HEARING AGENDA FOR MARCH 30, 2017 AT 11:00 A.M.

**I.**    **Introduction**

        Introduction –Weil, Gotshal & Manges LLP

**II.**    **Motions and Applications to Be Heard at the First-Day Hearing**

1. Motion of Debtors Pursuant to Fed R. Bankr. P. 1015(b) for Entry of Order Directing Joint Administration of Chapter 11 Cases **[ECF No. 3]**

2. Motion of Debtors Pursuant to 11 U.S.C. §§ 362, 363, 364, 507, and 105 and Fed. R. Bankr. P. 2002, 4001, 6003, 6004 and 9014 for Interim and Final Orders (I) Authorizing the Debtors to Obtain Senior Secured, Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, and (III) Scheduling a Final Hearing **[ECF No. 19]**

3. Motion of Debtors Pursuant to 11 U.S.C. § 105(a) for Entry of an Order Approving Interim Assessment Agreements **[ECF No. 5]**

4. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363(c), 364(a), 503(b)(1) and 507 and Fed. R. Bankr. P. 6003 and 6004 for (I) Interim and Final Authority to (A) Continue Existing Cash Management System, (B) Continue Existing Intercompany Transactions, (C) Honor Certain Prepetition Obligations Related Thereto, and (D) Maintain Business Forms and Existing Bank Accounts; (II) an Extension of Time to Comply with, or Seek Waiver of, 11 U.S.C. § 345(b); and (III) Related Relief **[ECF No. 6]**

5. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), and 507 and Fed. R. Bankr. P. 4001, 6003, and 6004 for Interim and Final Authority to (I) Pay Prepetition Wages, Salaries, and Other Compensation and Benefits, (II) Maintain Employee Benefit Programs and Pay Related Administrative

2

        Obligations, and (III) to Authorize Banks to Honor and Process Related Checks and Transfers **[ECF No. 7]**

6. Motion Of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(b)(9) for Interim and Final Authorization (I) to Pay Prepetition Obligations to Critical Vendors, Shippers, Warehousemen, other Lien Claimants, and Foreign Creditors, (II) Confirming Administrative Status for Certain Goods Delivered and Services Provided Postpetition, and (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers **[ECF No. 8]**

7. Motion of Debtors Pursuant to Sections 105(a), 363(b), 507(a), and 541 and Fed. R. Bankr. P. 6003 and 6004 Authorizing (I) Payment of Certain Prepetition Taxes and (II) Banks to Honor and Process Related Checks and Transfers **[ECF No. 9]**

8. Motion of Debtors Pursuant to 11 U.S.C. § 105 for Entry of an Order Enforcing the Protections of 11 U.S.C. §§ 362, 365, 525, and 541(c) **[ECF No. 10]**

9. Application of Debtors Pursuant to 28 U.S.C. § 156(c), 11 U.S. C. § 105(a), and Local Rule 5075-1 for Entry of an Order Appointing Kurtzman Carson Consultants LLC, as Claims and Noticing Agent for the Debtors **[ECF No. 11]**

10. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 521, Fed. R. Bankr. P. 1007(c) and 9006(b), and Local Rule 1007-1 for Entry of Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs **[ECF No. 12]**

11. Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 342(a) and Fed. R. Bankr. P. 1007(a)(3) and 2002(a), (d), (f), and (l) for Entry of Order (I) Waiving Requirement to File A List of Creditors and (II) Granting Debtors Authority to Establish Procedures for Notifying Creditors of Commencement of Chapter 11 Cases **[ECF No. 13]**

      **PLEASE TAKE FURTHER NOTICE** that the following documents have also been filed pursuant to the Local Bankruptcy Rules for the Southern District of New York or in connection with the relief requested:

12. Declaration of Lisa J. Donahue Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York **[ECF No. 4]**

13. Debtors' Consolidated Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1 and Local Rule 1007-3 **[ECF No. 2]**

14. Declaration of Mark Buschmann In Support of Motion of Debtors for Interim and Final Orders (I) Authorizing The Debtors to Obtain Senior Secured,

Superpriority, Postpetition Financing, (II) Granting Liens and Superpriority Claims, and (III) Scheduling A Final Hearing **[ECF No. 20]**

Dated: March 29, 2017
      New York, New York

      /s/ Robert J. Lemons
      Gary T. Holtzer
      Robert J. Lemons
      Garrett A. Fail
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007
      Email: gary.holtzer@weil.com
      Email: robert.lemons@weil.com
      Email: garrett.fail@weil.com

      *Proposed Attorneys for Debtors*
      *and Debtors in Possession*

      -and-

      Albert Togut
      Brian F. Moore
      Kyle J. Ortiz
      TOGUT, SEGAL & SEGAL LLP
      One Penn Plaza, Suite 3335
      New York, New York 10119
      Telephone: (212) 594-5000
      Facsimile: (212) 967-4258
      Email: altogut@teamtogut.com
      Email: bmoore@teamtogut.com
      Email: kortiz@teamtogut.com

      *Proposed Attorneys for Debtor*
      *Toshiba Nuclear Energy Holdings (UK)*
      *Limited*

WEIL:\96077411\4\80768.0015