To:
**Westinghouse Electric Company, LLC**
c/o PJT Partners LP
280 Park Ave., 16th Floor
New York, NY 10017
**Attention: Tim Coleman, Mark Buschmann, John Singh, Harold Kim**

March 29, 2017

Re: Offer to Provide DIP Financing

Gentlemen:

  As you are aware, by letter dated March 24, 2017 Goldman Sachs Bank USA ("Goldman Sachs"), HPS Investment Partners, LLC ("HPS") and Silver Point Finance, LLC ("SP", and together with HPS and Goldman Sachs, the "Commitment Parties" or "we") offered a commitment to provide an $800 million DIP facility to Westinghouse Electric Company LLC (the "Company").

  Since we exited the bid process on Sunday evening, it has come to our attention that Toshiba Corporation is prepared to provide a backstop guarantee of up to $200 million of the Company's currently proposed DIP facility.  Subject to our reviewing the terms of such guarantee commitment, we are prepared to materially reduce the funded spread on the DIP facility and provide other concessions to be discussed.  We would also be willing to reimburse the Company's estates for any additional costs arising from the Company pursuing our DIP proposal up to an appropriate amount.  In addition to our improved pricing, we expect to offer otherwise the same terms as the Company's current DIP proposal, including the Company's 9/30/2017 budget proposal raised on Sunday, as soon as we have the opportunity to review those documents.

  Please let us know when you are available to discuss.  We believe we can provide a much more favorable financing than the alternative currently being considered.

  We look forward to your response.

Very truly yours,

GOLDMAN SACHS BANK USA

By: _____
Authorized Signatory

THOMAS A. TORMEY
PMD

HPS INVESTMENT PARTNERS, LLC

By: _____
    Name: JEFFREY FITTS
    Title: MANAGING DIRECTOR

3

SILVER POINT FINANCE, LLC

By: _____ AA
Name: MICHAEL GATTO
Title: AUTHORIZED SIGNATORY