**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Robert J. Lemons
Garrett A. Fail

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **WESTINGHOUSE ELECTRIC** | : | |
| **COMPANY LLC,** *et al.*, | : | **Case No. 17-_____ (___)** |
| | : | |
| **Debtors.**[1] | : | **(Joint Administration Pending)** |

------------------------------------------------------x

## MOTION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a) AND 366 FOR INTERIM AND FINAL ORDERS (I) APPROVING PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO UTILITY COMPANIES, (II) ESTABLISHING PROCEDURES FOR RESOLVING OBJECTIONS BY UTILITY COMPANIES, AND (III) PROHIBITING UTILITY COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Westinghouse Electric Company LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows in support of this motion (the "**Motion**"):

## Background

1. On the date hereof (the "**Petition Date**"), each Debtor commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

2. Contemporaneously herewith, the Debtors have filed a motion requesting joint administration of the chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

3. Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the *Declaration of Lisa J. Donahue Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York*, sworn to on the date hereof (the "**Donahue Declaration**"), which has been filed with the Court contemporaneously herewith and is incorporated herein by reference.

## Jurisdiction

4. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

WEIL:\96027638\9\80768.0015

## Relief Requested

5.      By this Motion, pursuant to sections 105(a) and 366 of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004, the Debtors request entry of interim and final orders (i) approving the Debtors' proposed form of adequate assurance of payment for postpetition Utility Services (as hereinafter defined); (ii) establishing procedures for resolving objections by Utility Companies (as hereinafter defined) relating to the adequacy of the proposed adequate assurance; and (iii) prohibiting the Utility Companies from altering, refusing, or discontinuing service to, or discriminating against, the Debtors on the basis of the commencement of these chapter 11 cases or that a debt owed by the Debtors for Utility Services rendered before the Petition Date was not paid when due.

6.      Proposed forms of order granting the relief requested herein on an interim basis and a final basis are annexed hereto as **Exhibit A** (the "**Proposed Interim Order**") and **Exhibit B** (the "**Proposed Final Order**"), respectively.

## The Utility Companies

7.      To operate their businesses and manage their properties, the Debtors obtain telecommunications, waste disposal, water, gas, electricity, and other utility services (collectively, the "**Utility Services**") from a number of utility companies (collectively, the "**Utility Companies**").    A nonexclusive list of Utility Companies that provide Utility Services to the Debtors as of the Petition Date is provided on **Exhibit 1** annexed to both the Interim Order and Final Order (the "**Utility Services List**").[2]

---

[2] The inclusion of any entity in, or omission of any entity from, the Utility Services List is not an admission by the Debtors that such entity is, or is not, a utility within the meaning of section 366 of the Bankruptcy Code, and the Debtors reserve all rights and defenses with respect thereto.

WEIL:\96027638\9\80768.0015

8.      Historically, the Debtors have a good payment record with the Utility Companies.  To the best of the Debtors' knowledge, there are no defaults or arrearages of any significance for the Debtors' undisputed invoices for prepetition Utility Services, other than payment interruptions that may be caused by the commencement of these chapter 11 cases.  Based on their monthly average for the 12 months before the Petition Date, the Debtors estimate that their cost of Utility Services for the next 21 days will be approximately $1.7 million.

9.      Uninterrupted Utility Services are essential to the Debtors' ongoing operations and, therefore, the success of the Debtors' reorganization.    The Debtors' plants and other facilities require electricity, internet access, telecommunications, and other standard utility services.  Should any Utility Company alter, refuse, or discontinue service, even briefly, the Debtors' business operations could be severely disrupted.   Furthermore, the Debtors coordinate their business operations through their headquarters in Cranberry Township, Pennsylvania, and their 26 regional offices.   Interruption of the Utility Services provided at these locations would disrupt the Debtors' ability to communicate with, and provide the necessary support to, their employees, vendors, customers, and various regulatory authorities.   Such interruption would negatively impact the Debtors' reorganization efforts and all parties in interest.

**Proposed Adequate Assurance Deposit**

10.      Pursuant to section 366(c)(2) of the Bankruptcy Code, a utility may alter, refuse, or discontinue a debtor's utility service if the utility does not receive "adequate assurance of payment" for postpetition utility services from the debtor within 30 days after the commencement of the debtor's chapter 11 case.  Section 366(c)(1) of the Bankruptcy Code defines "assurance of payment" of postpetition charges as "(i) a cash deposit; (ii) a letter of credit; (iii) a certificate of deposit; (iv) a surety bond; (v) a prepayment of utility consumption; or (vi) another form of security that is mutually agreed on between the utility and the debtor or the trustee."

4

11.     The Debtors intend to pay all postpetition obligations owed to the Utility Companies in a timely manner and have sufficient funds to do so.  Nevertheless, to provide the Utility Companies with adequate assurance pursuant to sections 366(b) and 366(c) of the Bankruptcy Code, the Debtors propose to deposit cash in an amount equal to two (2) weeks' payment for Utility Services, calculated using the historical average for such payments during the past 12 months (the "**Adequate Assurance Deposit**") into a newly created segregated account for the benefit of the Utility Companies (the "**Utility Deposit Account**").  The Adequate Assurance Deposit may be adjusted by the Debtors if the Debtors terminate any of the Utility Services provided by a Utility Company, make other arrangements with certain Utility Companies for adequate assurance of payment, determine that an entity listed on the Utility Services List is not a utility company as defined by section 366 of the Bankruptcy Code, or supplement the Utility Services List to include additional Utility Companies.  The Adequate Assurance Deposit will be placed into the Utility Deposit Account within 20 days after the Petition Date.  Based on the foregoing, the Debtors estimate that the total amount of the Adequate Assurance Deposit will be approximately $1.108 million.  The Adequate Assurance Deposit will be held by the Debtors in the Utility Deposit Account for the benefit of the Utility Companies on the Utility Services List during the pendency of these chapter 11 cases.

12.     The Debtors further request that the Adequate Assurance Deposit will automatically, without further Court order, be available to the Debtors upon the effective date of a chapter 11 plan of the Debtors.  Additionally, if the Debtors terminate any of the Utility Services provided by a Utility Company, the Debtors request that they immediately be permitted to reduce the Adequate Assurance Deposit to reflect the termination of such Utility Services.

WEIL:\96027638\9\80768.0015

13.     The Adequate Assurance Deposit, in conjunction with the Debtors' ability to pay for future Utility Services in the ordinary course of business (collectively, the "**Proposed Adequate Assurance**"), constitutes adequate assurance to the Utility Companies under section 366 of the Bankruptcy Code.

**Objections to the Proposed Adequate Assurance**

14.     To balance the right of each Utility Company to evaluate the Proposed Adequate Assurance for itself and the harm to the Debtors' businesses that would result from any interruption in services provided by the Utility Companies, the Debtors propose the following objection procedures (the "**Objection Procedures**") in the event that any Utility Company is not satisfied with the Proposed Adequate Assurance:

a.     Within two (2) business days after entry of the Interim Order, the Debtors will mail a copy of the Interim Order and the Motion (including the Proposed Final Order) to the Utility Companies on the Utility Services List.

b.     If a Utility Company is not satisfied with the Proposed Adequate Assurance, it must serve a written request (a "**Request**") upon the proposed counsel to the Debtors:  (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn:  Garrett Fail, Esq. and Charles Persons, Esq.), (ii) counsel to the lenders under the Debtors' proposed DIP Faciltiy, (a) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064 (Attn: Jeffrey D. Saferstein, Esq.) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street, NW, Washington, DC 20006-1047 (Attn: Claudia R. Tobler, Esq.); and (iii) counsel to the agents and letter of credit issuer under the Debtors' proposed DIP Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Fredric Sosnick, Esq. and Ned S. Schodek, Esq.), and the Request must set forth: (1) the location(s) for which Utility Services are provided, (2) the account number(s) for such location(s), (3) the outstanding balance for each account, and (4) an explanation of why the Utility Company believes the Adequate Assurance Deposit is not adequate assurance of payment.

c.     If the Debtors, in consultation with the DIP Lenders, determine that a Request or any consensual agreement reached in connection therewith is reasonable, the Debtors, without further order of the Court, may enter into agreements granting additional adequate assurance to the Utility Company serving such Request and, in connection with such agreements, provide the

6

Utility Company with additional adequate assurance of payment, including payments on prepetition amounts owing, cash deposits, prepayments, or other forms of security.

d.      If the Debtors, in consultation with the DIP Lenders, determine that a Request is unreasonable, then they will, within 30 days after receipt of such Request, or such longer period as may be agreed to between the Debtors and the Utility Company, file a motion (the "**Determination Motion**") pursuant to section 366(c)(3) of the Bankruptcy Code seeking a determination from the Court that the Proposed Adequate Assurance, plus any additional consideration offered by the Debtors, constitutes adequate assurance of payment. Pending notice and a hearing on the Determination Motion, the Utility Company that is the subject of the unresolved Request may not alter, refuse, or discontinue services to the Debtors.

15.     The Debtors request that the Proposed Adequate Assurance, taken together with the Objection Procedures, will be deemed adequate assurance of payment for any Utility Company that fails to make a Request. Any Utility Company that does not make a Request or otherwise comply with the Objection Procedures will be prohibited from altering, refusing, or discontinuing Utility Services, including as a result of the Debtors' failure to pay charges for prepetition Utility Services or on account of any perceived inadequacy of the Proposed Adequate Assurance.

## Subsequent Modifications of Utility Services List

16.     Although the Debtors have made an extensive and good faith effort to identify on the Utility Services List all of the Utility Companies that provide Utility Services, certain Utility Companies inadvertently may not be listed therein. To the extent that the Debtors identify additional Utility Companies, the Debtors will promptly file amendments to the Utility Services List and serve copies of the orders granting this Motion on any newly identified Utility Companies, provided that the Debtors shall give prior notice of any such amendment to counsel to the DIP Lenders. In addition, the Debtors will increase the amount of the Adequate Assurance Deposit to account for any newly identified Utility Companies. The Debtors request that both the

Proposed Interim Order and Proposed Final Order approving this Motion will be binding on all

Utility Companies, regardless of when the Utility Companies are added to the Utility Services List.

## Relief Requested Should Be Granted

17.    The relief requested will ensure the continuation of the Debtors' businesses

at this critical juncture as the Debtors transition into chapter 11.  The relief requested also provides

the Utility Companies with a fair and orderly procedure for determining requests for additional

adequate assurance, without which the Debtors could be forced to address multiple requests by

Utility Companies in a disorganized manner at a critical period in these chapter 11 cases when the

Debtors' efforts should be focused on restructuring their business for the benefit of all parties in

interest.

**A.    The Proposed Adequate Assurance Is Sufficient**

18.    Section 366 of the Bankruptcy Code is designed with the dual purpose of

protecting debtors from being cut off from utility services and providing utility companies with

adequate assurance that the debtor will be able to pay for postpetition services.  *See* H.R. Rep. No.

95-595, at 350 (1978), *reprinted in* 1978 U.S.C.C.A.N 5963, 6306.  To that end, pursuant to

section 366(c), during the first 30 days of a chapter 11 case, a utility company may not alter,

refuse, or discontinue service to a debtor solely because of unpaid prepetition amounts, but after

the first 30 days, a utility company may alter, refuse or discontinue service if a debtor does not

provide "adequate assurance" of payment for postpetition services in satisfactory form.

19.    Section 366(c)(3)(B) provides a list of factors that courts are *not* to consider

when evaluating whether a proposed adequate assurance payment is in fact adequate.  These

factors are: (i) the absence of security before the petition date, (ii) the debtor's history of timely

payments, and (iii) the availability of an administrative expense priority.  Although section 366(c)

clarifies what does and does not constitute "assurance of payment" and what can be considered in

determining whether such assurance is adequate, Congress, in enacting that section, did not divest the Court of its power to determine what amount, if any, is necessary to provide adequate assurance of payment to a Utility Company.  *See* 11 U.S.C. § 366(c)(3)(A).  Specifically, section 366(c)(3)(A) states that, "[o]n request of a party in interest and after notice and a hearing, the court may order modification of the amount of an assurance of payment . . . ."  *Id.*  Thus, there is nothing to prevent a court from deciding that, on the facts of the case before it, the amount required of the debtor to provide adequate assurance of payment to a utility company should be nominal or even zero.  *See, e.g.*, *In re Pac-West Telecomm., Inc.*, Case No. 07-10562 (BLS) (Bankr. D. Del. May 2, 2007) (Docket No. No. 39) (approving adequate assurance in the form of one-time supplemental prepayment to each utility company equal to prorated amount of one week's charges).

20.    Although section 366(c)(2) of the Bankruptcy Code allows a utility to take action if the debtor fails to provide adequate assurance of payment that is "satisfactory" to the utility, it is the Court and not the utility that is the ultimate arbiter of what is "satisfactory" assurance after taking into consideration the needs of the debtor as well as the utility.  *See, e.g.*, *In re Penn. Cent. Transp. Co.*, 467 F.2d 100, 103–04 (3d Cir. 1972) (affirming the bankruptcy court's decision that no utility deposit was necessary where such deposits would "jeopardize the continuing operation of the [debtor] merely to give further security to suppliers who already [were] reasonably protected").  Indeed, section 366 only requires that assurance of payment be "adequate" and courts have not construed section 366 to require an absolute guarantee of the debtor's ability to pay.  *See, e.g.*, *In re Caldor, Inc. – N.Y.*, 199 B.R. 1, 3 (S.D.N.Y. 1996) ("Section 366(b) requires the Bankruptcy Court to determine whether the circumstances are sufficient to provide a utility with 'adequate assurance' of payment.  The statute does not require an 'absolute guarantee of payment.'" (citation omitted)), *aff'd sub nom. Va. Elec. & Power Co. v. Caldor, Inc. – N.Y.*, 117

WEIL:\96027638\9\80768.0015

F.3d 646 (2d Cir. 1997); *In re New Rochelle Tel. Corp.*, 397 B.R. 633, 639 (Bankr. E.D.N.Y. 2008) ("Adequate assurance, however, is not a guarantee of payment; rather, it is intended to guard against the utility assuming an unreasonable risk of non-payment."); *In re Adelphia Bus. Solutions, Inc.*, 280 B.R. 63, 80 (Bankr. S.D.N.Y. 2002) ("In determining adequate assurance, a bankruptcy court is not required to give a utility company the equivalent of a guaranty of payment . . . .").

21.     Further, courts consider what is "need[ed] of the utility for assurance, and . . . require that the debtor supply *no more than that*, since the debtor almost perforce has a conflicting need to conserve scarce financial resources." *Va. Elec. & Power Co. v. Caldor, Inc. – N.Y.*, 117 F.3d at 650 (emphasis in original); *see also In re Penn Cent.*, 467 F.2d at 103–04. Indeed, "[c]ourts will approve an amount that is adequate enough to insure against unreasonable risk of nonpayment, but are not required to give the equivalent of a guaranty of payment in full." *In re The Great Atl. & Pac. Tea Co.*, No. 11-1338 (CS), 2011 WL 5546954, at *5 (S.D.N.Y. Nov. 14, 2011).

**B.     The Objection Procedures Are Reasonable and Appropriate**

22.     If a Utility Company does not believe the Proposed Adequate Assurance is "satisfactory," such Utility Company may file an objection pursuant to the Objection Procedures described above.  The proposed Objection Procedures are reasonable because they will ensure that the Debtors' Utility Services continue while providing a streamlined process for Utility Companies to challenge the adequacy of the Proposed Adequate Assurance or seek an alternative form of adequate assurance.  The Court has the power to approve these Objection Procedures pursuant to section 105(a) of the Bankruptcy Code, which provides that a bankruptcy court may "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code.

WEIL:\96027638\9\80768.0015

23.    In light of the foregoing, the Proposed Adequate Assurance and the Objection Procedures are reasonable, and the relief requested herein is necessary and appropriate in the best interests of the Debtors' estates and creditors, and should be granted in full.

24.    Courts in this District have granted similar requests for relief. *See In re The Great Atl. & Pac. Co., Inc.*, Case No. 15-23007 (Bankr. S.D.N.Y. Jul. 28, 2015) (Docket No. 203) (finding that the debtors' two week cash deposit adequately assured its utility providers); *In re Chassix Holdings, Inc.*, Case No. 15-10578 (Bankr. S.D.N.Y. Apr. 4, 2015) (Docket No. 274) (same); *In re The Great Atl. & Pac. Co., Inc.*, 2011 WL 5546954, at *6 (S.D.N.Y. Nov. 14, 2011) ("The [bankruptcy] court weighed the evidence and did not clearly err in determining that, in light of the low risk of default given the DIP Facility, the utility providers were adequately assured payment through the [two-week] cash deposit."); *see also In re J & B Partners Mgmt., LLC,* Case No. 15-22017 (Bankr. S.D.N.Y. Jan. 21, 2015) (Docket No. 56) (approving the issuance of security deposits equal to two weeks of average utility consumption to each utility provider as adequate assurance of payment for postpetition utility services); *In re dELiA*s, Inc.*, Case No. 14-23678 (Bankr. S.D.N.Y. Dec. 24, 2014) (Docket No. 105) (approving as adequate assurance separate deposits made into an interest-bearing, segregated account equal to the projected charge for approximately 14 days of utility service); *In re MPM Silicones, LLC*, Case No. 14-22503 (Bankr. S.D.N.Y. May 16, 2014) (Docket No. 220) (same).

**Debtors Have Satisfied Bankruptcy Rule 6003(b)**

25.    Bankruptcy Rule 6003(b) provides that, to the extent relief is necessary to avoid immediate and irreparable harm, a bankruptcy court may issue an order granting "a motion to use, sell, lease, or otherwise incur an obligation regarding property of the estate, including a motion to pay all or part of a claim that arose before the filing of the petition" before 21 days after filing of the petition. As described in the Donahue Declaration, any lapse in Utility Services could

severely disrupt the Debtors' business operations, essentially bringing their operations to a standstill, and thus seriously jeopardize the Debtors' ability to successfully reorganize. Should any Utility Company refuse or discontinue service, even for a brief period, the Debtors' estates would suffer immediate and irreparable harm if the relief sought herein is not promptly granted. Accordingly, the Debtors submit that the relief requested herein is necessary to avoid immediate and irreparable harm, and, therefore, Bankruptcy Rule 6003 is satisfied.

### Request for Bankruptcy Rule 6004(a) and (h) Waivers

26.     To implement the foregoing successfully, the Debtors seek a waiver of the notice requirements under Bankruptcy Rule 6004(a) and the 14 day stay of an order authorizing the use, sale, or lease of property under Bankruptcy Rule 6004(h). As explained above and in the Donahue Declaration, the relief requested herein is necessary to avoid immediate and irreparable harm to the Debtors. Accordingly, ample cause exists to justify the waiver of the notice requirements under Bankruptcy Rule 6004(a) and the 14 day stay imposed by Bankruptcy Rule 6004(h), to the extent such notice requirements and such stay apply.

### Reservation of Rights

27.     Nothing contained herein is intended or shall be construed as (i) an admission as to the validity of any claim or lien against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors, (iii) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (iv) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code. Likewise, if the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended to be and should not be construed as

WEIL:\96027638\9\80768.0015

an admission to the validity of any claim or a waiver of the Debtors' rights to dispute such claim subsequently.

## **Notice**

28.     Notice of this Motion will be provided to (i) the Office of the U.S. Trustee for Region 2; (ii) the holders of the 30 largest unsecured claims against the Debtors (on a consolidated basis); (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney's Office for the Southern District of New York; (vi) proposed counsel to Debtor Toshiba Nuclear Energy Holdings (UK) Limited, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119 (Attn: Albert Togut, Esq.); (vii) counsel to Toshiba Corporation, Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071 (Attn: Van C. Durrer II, Esq. and Annie Z. Li, Esq.); (viii) counsel to the Debtors' prepetition agent under that certain Second Amended and Restated Credit Agreement, dated as of October 7, 2009 (as amended), Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611 (Attn: Zulfiqar Bokhari, Esq.); (ix) counsel to the lenders under the Debtors' proposed DIP Faciltiy, (a) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064 (Attn: Jeffrey D. Saferstein, Esq.) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street, NW, Washington, DC 20006-1047 (Attn: Claudia R. Tobler, Esq.); (x) counsel to the agents and letter of credit issuer under the Debtors' proposed DIP Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Fredric Sosnick, Esq. and Ned S. Schodek, Esq.); and (viii) the Utility Companies (collectively, the "**Notice Parties**").    The Debtors submit that, in view of the facts and circumstances, such notice is sufficient and no other or further notice need be provided.

13

29.    No previous request for the relief sought herein has been made by the Debtors to this or any other court.

WHEREFORE the Debtors respectfully request entry of the Proposed Interim Order and Proposed Final Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: March 29, 2017
      New York, New York

          /s/ Robert J. Lemons
          Gary T. Holtzer
          Robert J. Lemons
          Garrett A. Fail
          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007
          Email: gary.holtzer@weil.com
          Email: robert.lemons@weil.com
          Email: garrett.fail@weil.com

          *Proposed Attorneys for Debtors*
          *and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Interim Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                               :
                                                    :    Chapter 11
WESTINGHOUSE ELECTRIC                               :
COMPANY LLC, *et al.*,                              :    Case No. 17-_____ (___)
                                                    :
              Debtors.[1]                           :    (Joint Administration Pending)
---------------------------------------------------------x

## INTERIM ORDER PURSUANT
## TO 11 U.S.C. §§ 105(a) and 366 (I) APPROVING
## PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO
## UTILITY COMPANIES, (II) ESTABLISHING PROCEDURES FOR RESOLVING
## OBJECTIONS BY UTILITY COMPANIES, AND (III) PROHIBITING UTILITY
## COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE

Upon the motion (the "**Motion**"),[2] dated March 29, 2017, of Westinghouse

Electric Company LLC and its debtor affiliates, as debtors and debtors in possession in the

above-captioned chapter 11 cases, pursuant to sections 105(a) and 366 of title 11 of the

Bankruptcy Code and Bankruptcy Rules 6003 and 6004, for an interim order (the "**Interim

Order**") (i) approving the Debtors' proposed form of adequate assurance of payment to Utility

Companies, (ii) establishing procedures for resolving objections by Utility Companies, and

(iii) prohibiting Utility Companies from altering, refusing, or discontinuing Utility Services, all

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

[2] All capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion

and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended

Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of

the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and

venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and

proper notice of the Motion having been provided to the Notice Parties; and such notice having

been adequate and appropriate under the circumstances, and it appearing that no other or further

notice need be provided; and the Court having reviewed the Motion; and the Court having held a

hearing to consider the relief requested in the Motion on an interim basis (the "**Hearing**"); and

upon the Donahue Declaration, filed contemporaneously with the Motion, and the record of the

Hearing; and the Court having determined that the legal and factual bases set forth in the Motion

establish just cause for the relief granted herein; and it appearing that the relief requested in the

Motion is necessary to avoid immediate and irreparable harm to the Debtors and their estates as

contemplated by Bankruptcy Rule 6003, and is in the best interests of the Debtors, their estates,

creditors, and all parties in interest; and upon all of the proceedings had before the Court and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted on an interim basis to the extent set forth

herein; and it is further

ORDERED that until such time as the Final Order is entered, all Utility

Companies listed on **Exhibit 1** attached hereto are prohibited from altering, refusing, or

discontinuing Utility Services or otherwise discriminating against the Debtors on account of any

unpaid prepetition charges or any perceived inadequacy of the Debtors' Proposed Adequate

Assurance; and it is further

2

ORDERED that the Debtors shall deposit the Adequate Assurance Deposit in the amount of $1.108 million in a newly segregated account for the benefit of the Utility Companies (the "**Utility Deposit Account**") within 20 days after the Petition Date.  The Utility Deposit Account shall be maintained at a bank or financial institution that is a party to a Uniform Depository Agreement (a "**UDA**") with the office of the United States Trustee or that is immediately willing to execute such a UDA; and it is further

ORDERED that the following Objection Procedures are approved on an interim basis:

a.     Within two (2) business days after entry of this Interim Order, the Debtors will mail a copy of the Interim Order and the Motion (including the Proposed Final Order) to the Utility Companies on the Utility Services List.

b.     If a Utility Company is not satisfied with the Proposed Adequate Assurance, it must serve a written request (a "**Request**") upon the proposed counsel to the Debtors:  (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn:  Garrett Fail, Esq. and Charles Persons, Esq.), (ii) counsel to the lenders under the Debtors' proposed DIP Faciltiy, (a) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064 (Attn: Jeffrey D. Saferstein, Esq.) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street, NW, Washington, DC 20006-1047 (Attn: Claudia R. Tobler, Esq.); and (iii) counsel to the agents and letter of credit issuer under the Debtors' proposed DIP Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Fredric Sosnick, Esq. and Ned S. Schodek, Esq.), and the Request must set forth: (1) the location(s) for which Utility Services are provided, (2) the account number(s) for such location(s), (3) the outstanding balance for each account, and (4) an explanation of why the Utility Company believes the Adequate Assurance Deposit is not adequate assurance of payment.

c.     If the Debtors, in consultation with the DIP Lenders, determine that a Request or any consensual agreement reached in connection therewith is reasonable, the Debtors, without further order of the Court, may enter into agreements granting additional adequate assurance to the Utility Company serving such Request and, in connection with such agreements, provide the Utility Company with additional adequate assurance of payment,

WEIL:\96027638\9\80768.0015

including payments on prepetition amounts owing, cash deposits, prepayments, or other forms of security.

d.    If the Debtors, in consultation with the DIP Lenders, determine that a Request is unreasonable, then they will, within 30 days after receipt of such Request, or such longer period as may be agreed to between the Debtors and the Utility Company, file a motion (the "**Determination Motion**") pursuant to section 366(c)(3) of the Bankruptcy Code seeking a determination from the Court that the Proposed Adequate Assurance, plus any additional consideration offered by the Debtors, constitutes adequate assurance of payment. Pending notice and a hearing on the Determination Motion, the Utility Company that is the subject of the unresolved Request may not alter, refuse, or discontinue services to the Debtors; and it is further

ORDERED that the Adequate Assurance Deposit shall be deemed adequate assurance of payment, and any Utility Company that does not make a Request or otherwise comply with the Objection Procedures shall be prohibited from altering, refusing, or discontinuing Utility Services, including as a result of the Debtors' failure to pay charges for prepetition Utility Services or to provide adequate assurance of payment in addition to the Proposed Adequate Assurance; and it is further

ORDERED that the Adequate Assurance Deposit shall automatically, without further Court order, be available to the Debtors upon the effective date of a chapter 11 plan of the Debtors; and it is further

ORDERED that the inclusion of any entity in, as well as any omission of any entity from, the Utility Services List shall not be deemed an admission by the Debtors that such entity is, or is not, a utility within the meaning of section 366 of the Bankruptcy Code, and the Debtors reserve all rights and defenses with respect thereto; and it is further

ORDERED that the Debtors are authorized to amend the Utility Services List to the extent the Debtors terminate the services of any Utility Company or identify additional Utility Companies. This Interim Order shall apply to any such Utility Company that is added to

WEIL:\96027638\9\80768.0015

the Utility Services List, provided that the Debtors shall (i) file any such amendment on the Court's docket and serve such amendment on any affected Utility Company and all other parties entitled to notice pursuant to Bankruptcy Rule 2002 and (ii) give prior written notice of any such amendment to counsel to the DIP Lenders; and it is further

ORDERED that the Debtors shall increase the amount of the Adequate Assurance Deposit in the event an additional Utility Company is added to the Utility Services List by an amount equal to two (2) weeks of Utility Services provided by such additional Utility Company, calculated using the historical average for such payments during the past 12 months; and it is further

ORDERED that the Debtors may terminate the services of any Utility Company and are authorized immediately to reduce the Adequate Assurance Deposit by the amount held on account of such terminated services; and it is further

ORDERED that the Debtors shall serve a copy of this Interim Order and the Motion upon any Utility Company added to the Utility Services List; and it is further

ORDERED that nothing contained in the Motion or this Interim Order, nor any payment made pursuant to the authority granted by this Interim Order is intended to be or shall be construed as (i) an admission as to the validity of any claim or lien against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors, (iii) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (iv) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code; and it is further

WEIL:\96027638\9\80768.0015

ORDERED that notwithstanding entry of this Interim Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by, any party; and it is further

ORDERED that the requirements of Bankruptcy Rule 6003(b) have been satisfied; and it is further

ORDERED that under the circumstances of these chapter 11 cases, notice of the Motion is adequate under Bankruptcy Rule 6004(a); and it is further

ORDERED that notwithstanding Bankruptcy Rule 6004(h), this Interim Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that the Debtors are authorized to take all action necessary to the relief granted in this Interim Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Interim Order; and it is further

ORDERED that the Debtors shall serve this Interim Order within 48 hours of its entry via first class U.S. mail on the Notice Parties; and it is further

WEIL:\96027638\9\80768.0015

ORDERED that the Final Hearing to consider the relief requested in the Motion shall be held on_____, **2017 at** _____ **(Prevailing Eastern Time)** and any objections or responses to the Motion shall be in writing, filed with the Court, and served upon (i) proposed counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Gary T. Holtzer, Esq., Robert J. Lemons, Esq., and Garrett A. Fail, Esq.); and (ii) the Notice Parties, in each case, so as to be actually received on or prior to **4:00 p.m. (Prevailing Eastern Time) on** _____**, 2017**.

Dated: _____, 2017
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

WEIL:\96027638\9\80768.0015

**Exhibit 1**

**Utility Services List**

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Arizona Public Service Company | 4159540897 121000248 | 400 N 5th Street MS 8657 Phoenix, AZ, 85004 US | Electric | $91,208.33 | $41,980.82 |
| Arm Energy Management, LLC | 4811606  4789331 4789273  4163842 4163586  4163693 | 20329 State Highway 249 Ste. 450, Houston, TX, 77070-2748 US | Natural Gas | $3,721.54 | $1,712.93 |
| Armstrong | 0497749-01 | PO Box 37749 Philadelphia, PA, 19101-5049 US | Communications | $1,368.98 | $630.10 |
| AT&T | 630 230 9364 449 7 1328334 803 749-6301 002 1895 803 822-5476 933 1899 831-000-5246 893 171-794-5442 001 | 1150 S Olive St 14th Fl. Los Angeles, CA, 90015-2211 US | Communications Local Voice Service Analog | $33,817.91 | $15,565.41 |
| AT&T | | 1452 Edinger Avenue Room1710 Tustin, CA, 92780-6246 US | | | |
| AT&T | | PO Box 13148 Newark, NJ, 07101-5648 US | | | |
| AT&T | | PO Box 33009 Charlotte, NC 28233-3009 US | | | |

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| AT&T | | PO Box 105068<br>Atlanta, GA  30348-5503<br>US | | | |
| AT&T | | PO Box 105262<br>Atlanta, GA  30348-5503<br>US | | | |
| AT&T | | PO Box 105503<br>Atlanta, GA  30348-5503<br>US | | | |
| AT&T | | d/b/a AT&T Kansas<br>Carol Stream, IL 60197-5001<br>US | | | |
| AT&T | | PO Box 5001<br>Carol Stream, IL 60197-5001<br>US | | | |
| AT&T | | PO Box 5017<br>Carol Stream, IL 60197-5017<br>US | | | |
| AT&T | | PO Box 5019<br>Carol Stream, IL 60197-5019<br>US | | | |
| AT&T | | PO Box 5025<br>Carol Stream, IL 60197-5025<br>US | | | |
| AT&T | | PO Box 5080<br>Carol Stream, IL 60197-5080<br>US | | | |
| AT&T | | PO Box 5091<br>Carol Stream, IL 60197-5091<br>US | | | |

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| AT&T | | PO Box 6463 Carol Stream, IL 60197-6463 US | | | |
| AT&T | | PO Box 9013 Atlanta, GA 60197-9013 US | | | |
| BP Energy Co. | 90157101 | One Chase Manhattan Plaza New York, NY 10005-1401 US | Natural Gas | $32,616.39 | $15,012.48 |
| Cascade Natural Gas | 123-611-8605-4 776-381-0000-6 886-381-0000-3 | 8113 W Grandridge Blvd Kennewick, WA 99336-7166 US | Natural Gas | $931.65 | $428.81 |
| Century Link | 623-535-8665-281B 0-801-387-1443 470M 801-399-3969 524B 612-Z25-0138 065 | 100 Centurylink Drive Monroe, LA, 71203-2041 US | Telephone - Circuits Telephone - Local Voice Service | $12,622.38 | $5,809.75 |
| Century Link | | PO Box 29040 Phoenix, AZ, 85038-9040 US | | | |
| Century Link | | PO Box 91154 Seattle, WA 98111-9255 US | | | |
| Chattanooga Gas | 0052043071 9255274302 0052043074 | PO Box 5408 Carol Stream, IL 60197-5408 US | Natural Gas | $2,781.58 | $1,280.29 |
| Chestnut Communications | N/A | | Communications | $0.00 | $0.00 |
| CIMCO | PCIE0100 | 2001 York Road Oak Brook, IL 60523 US | Telephone - Services | $0.00 | $0.00 |

3

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| City of Chattanooga, TN | 22687801 | PO Box 591 Chattanooga, TN 37401-0591 US | Sewage | $2,168.37 | $998.04 |
| City of Columbia | 0163303275-1116607-4 | PO BOX 7997 Columbia, SC 29202-7997 US | Water | $14,671.44 | $6,752.88 |
| City of Hutchinson | 3-505-9000-5-00 | 111 Hassan Street SE Hutchinson, MN 55350-2522 US | Water/Sewage | $6,869.19 | $3,161.71 |
| City of Portsmouth | 2541100000-00 7102000000-01 2537000000-02 | PO Box 6660 Portsmouth, NH 03802-6660 US | Water | $661.90 | $304.65 |
| City of Richland | 00014380-00000092 | PO Box 190 Richland, WA 99352-0190 US | Electric/Water/ Sewage/Refuse | $2,664.80 | $1,226.54 |
| City of Rock Hill | 1255850 1580550 1408430 | PO BOX 63039 Charlotte, NC 28263-3039 US | Electric /Water/ Sewage/Refuse | $9,989.22 | $4,597.78 |
| Comcast | 09529 500633-01-3 939737032 8772 10 531 0180365 8771 20 114 0308563 8771 20 114 0318910 8773 40 024 0531285 | 16333 Collections Center Dr. Chicago, IL, 60693-0163 US | Cable/ Internet/Telephone | $4,017.62 | $1,849.20 |
| Comcast | | 222 New Park Dr. Berlin, CT 06037-3741 US | | | |

4

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Comcast | | One Comcast Center 32nd Fl. Philadelphia, PA 19103-2855 US | | | |
| Comcast | | PO Box 100495 Atlanta, GA, 30384-0495 US | | | |
| Comcast | | PO Box 1577 Newark, NJ 07101-1577 US | | | |
| Comcast | | PO Box 3001 Southeastern, PA 19398-3001 US | | | |
| Comcast | | PO Box 3002 Southeastern, PA 19398-3002 US | | | |
| Comcast | | PO Box 3005 Southeastern, PA, 19398-3005 US | | | |
| Comcast | | PO Box 35170 Seattle, WA 98124-5170 US | | | |
| Comcast | | PO Box 930814 Atlanta, GA 31193-0814 US | | | |
| COMED | 1773334009 0474293000 7494082037 7494081049 7494083070 | PO Box 6111 Carol Stream, IL 60197-6111 US | Electric Power | $10,430.89 | $4,801.06 |

5

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Connecticut Natural Gas Corporation | 040-00150575-7492 040-0010730-2032 040-0010647-6365 | PO Box 9245 Chelsea, MA 02150-9245 US | Natural Gas | $2,546.50 | $1,172.09 |
| Consolidated Communications | 797942 724-7769005/0 | 4008 Gibsonia Rd Gibsonia, PA 15044-9311 US | Telephone - Local voice service | $18,394.14 | $8,466.34 |
| Consolidated Communications | | PO Box 66523 Saint Louis, MO 63166-6523 US | | | |
| Consolidated Communications | | PO Box 747100 Pittsburgh, PA, 15274-7100 US | | | |
| Constellation Energy Nuclear Group | N/A | 100 Constellation Way Ste. 200C Baltimore, MD, 21202-6302 US | Natural Gas | $1,705.01 | $784.77 |
| Constellation Energy Nuclear Group | | 14217 Collections Center Dr. Chicago, IL, 60693-0142 US | | | |
| Constellation Energy Nuclear Group | | 15246 Collections Ctr. Dr. Chicago, IL 60693-0001 US | | | |
| Cranberry Township | 00015133 00015134 00015103 | PO Box 6075 Hermitage, PA 16148-1075 US | Water/Sewage/Trash | $11,230.08 | $5,168.91 |
| Diamond Mulch Inc. | 98-0001205 7 | PO Box 432 Mars, PA 16046-0432 US | Trash | $1,242.50 | $571.89 |
| Diamond Springs | 1013800-CNC | 1840 Lindbergh St, Charlotte, NC 28208-3768 | Water | $143.77 | $66.18 |

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| | | US | | | |
| DQE Communications LLC | 1202 | 411 7th Avenue Pittsburgh, PA 15219-1919 US | Communications | $38,289.83 | $17,623.81 |
| Dupage County Public Works | 30504652-01 | P O Box 4751 Carol Stream, IL 60197-4751 US | Sewage | $58.68 | $27.01 |
| Duquesne Light Company | 3107320000 9834910000 | Box 10 Pittsburgh, PA 15230-0010 US | Electric Power | $20,031.46 | $9,219.96 |
| Earthlink Business | 5231999 | PO Box 88104 Chicago, IL 60680-1104 US | Internet | $27.54 | $12.67 |
| Electric Power Board of Chattanooga | 154-1104.000 C10167957 157-0436.002 | 10 W M L King Blvd Chattanooga, TN 37422 US | Electric Power / Communications | $11,920.27 | $5,486.59 |
| Electric Power Board of Chattanooga | | PO Box 182251 Chattanooga, TN 37422-7251 US | | | |
| Eversource | 80007210224 80008990196 8000721-03-0-7 56913501052 8000721-01-4-1 51768322075 51260942099 51017942079 | PO Box 650032 Dallas, TX 75265-0032 US | Electric Power | $61,800.70 | $28,445.25 |

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Eversource | | PO Box 650047<br>Dallas, TX 75265-0047<br>US | | | |
| Fairpoint Communications | 158 105 1794<br>144 463 9852 | PO Box 11021<br>Lewiston, ME 04243-9472<br>US | Communications Telephone - Local Voice Service | $6,367.17 | $2,930.64 |
| First Communications | PCIE0100 | 3340 W Market St<br>Fairlawn, OH 44333-3381<br>US | Telephone - Local Voice Service | $4,162.87 | $1,916.06 |
| Frontier Communications | 860-731-4000-032404-5 | 3 High Ridge Park<br>Stamford, CT 06905-1337<br>US | Telephone - eFax Telephone - Local Voice Service | $7,742.00 | $3,563.44 |
| Frontier Communications | | PO Box 20550<br>Rochester, NY 14602-0550<br>US | | | |
| Frontier Communications | | PO Box 92713<br>Rochester, NY 14692-8813<br>US | | | |
| Granite Telecommunications LLC | 2911103 | 100 Newport Ave. Ext. Quincy, MA 02171-1759<br>US | POTS service (analog) Communications | $9,845.77 | $4,531.75 |

8

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Groot Industries, Inc. | 585900000 | PO Box 92257 Elk Grove Village, IL 60009-2257 US | Waste Management | $151.59 | $69.77 |
| Highridge Water Authority | 050345 050344 | 17 Maple Ave. Blairsville, PA 15717-1283 US | Water | $9,266.38 | $4,265.07 |
| Hinckley Springs | 16087658976146 | PO Box 660579 Dallas, TX 75266-0579 US | Water | $207.66 | $95.58 |
| Hudson Energy Services, LLC | 100048529 100407239 | 24919 Network Pl. Chicago, IL 60673-1249 US | Electric Power | $3,538.47 | $1,628.66 |
| Hutchinson Utilities Commission | 1000530067890 | 225 Michigan St. SE Hutchinson, MN 55350-1905 US | Electric Power Natural Gas | $5,591.45 | $2,573.60 |
| Lake County Public Works | 30040165 0267162-030040165 | P.O. Box 547 Bedford Park, IL 60499-0547 US | Water / Sewage | $127.23 | $58.56 |
| Level 3 Communications LLC | 205216562 1-8S5C5U | 1025 Eldorado Blvd. Broomfield, CO 80021-8254 US | Communication Telephone - Audio, Web & Event Center conferencing services | $103,326.50 | $47,558.50 |
| Municipal Authority of Westmoreland County | S-321-051-00 S-321-052-00 S-450-109-00 S-450-110-00 S-450-111-00 | PO Box 800 Greensburg, PA 15601-0800 US | Water | $4,421.85 | $2,035.26 |

9

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Newington Sewer Commission | N/A | 115 Gosling Rd. Portsmouth, NH 03801-3328 US | Sewage | $2,019.66 | $929.60 |
| Nicor Gas | 05-06-94-7941 4 09-21-67-0000 6 17-88-53-3111 0 59-65-94-5312 6 73-39-35-5478 4 78-75-57-5775 0 98-67-59-7934 2 11-51-91-2665 7 | PO Box 5407 Carol Stream, IL 60197-5407 US | Natural Gas | $1,164.31 | $535.90 |
| North Shore Gas | 3500013991641 | PO Box 19083 Green Bay, WI 54307-9083 US | Natural Gas | $702.22 | $323.21 |
| North Shore Sanitary District | 90930700-042486 | PO Box 2140 Bedford Park, IL 60499-2140 US | Waste Water | $23.20 | $10.68 |
| North Shore Sanitary District | | PO Box 750 WM Koepsel Dr. Gurnee, IL 60031-0750 US | | | |
| Nu Telecom | 1192862 1197602 | 235 Franklin St SW Hutchinson, MN, 55350-2469 US | Telephone - Local voice service Communications | $896.69 | $412.72 |
| Nu-Telecom | | PO Box 697 New Ulm, MN 56073-0697 US | | | |

10

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Penelec | 100 002 203 196 | PO Box 3687<br>Akron, OH 44309-3687<br>US | Electric Power | $35.52 | $16.35 |
| Penn Power | 210-000-833-041 | PO Box 3687<br>Akron, OH 44309-3687<br>US | Electric Power | $95,833.37 | $44,109.61 |
| Peoples Natural Gas | 200004163693<br>200004163842<br>200004789331<br>200004789273<br>200004811606<br>200004163586<br>210000671425 | PO Box 644760<br>Pittsburgh, PA 15264-4760<br>US | Natural Gas | $10,982.46 | $5,054.94 |
| Questar Gas | 6226500000 | 333 S State St.<br>Salt Lake City, UT 84111<br>US | Natural Gas | $5,352.42 | $2,463.58 |
| REA Energy Cooperative Inc. | 41015860<br>54006670<br>41006670-001<br>40002370 | 75 Airport Rd.<br>PO Box 70<br>Indiana, PA 15701-1463<br>US | Electric Power | $2,825.36 | $1,300.44 |
| Rocky Mountain Power | 440330460013<br>44033046-001 3 | PO Box 26000<br>Portland, OR 97256-0001<br>US | Electric Power | $247,946.03 | $114,123.11 |
| Scana Energy Marketing Inc. | 9151200023401<br>2079900429118 | PO Box 751684<br>Charlotte, NC 28275-1684<br>US | Electric Power<br>Natural Gas | $6,002.44 | $2,762.77 |

11

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| SCE&G | 9151200023401 9210078946546 5-2101-0798-9189 | PO Box 100255 Columbia, SC 29202-3255 US | Electric Power | $490,831.95 | $225,917.17 |
| Southern Linc | 10921674 | PO Box 931581 Atlanta, GA 31193-0531 US | Telephone - Cellular Service | $119,683.00 | $55,086.97 |
| Spok Inc. | 5713517-O | 6910 Richmond Hwy Alexandria, VA 22306-1849 US | Telephone - Pager Service | $1,666.17 | $766.90 |
| Spok Inc. | | PO Box 660324 Dallas, TX 75266-0324 US | | | |
| Sprint | 923664778 928138905 | 875 Greentree Rd. Pittsburgh, PA 15220-3508 US | Communications Telephone - Long Distance | $183,767.23 | $84,583.27 |
| Sprint | | PO Box 1769 Newark,  NJ  07101-1769 US | | | |
| Sprint | | PO Box 219100 Kansas City, MO 64121-9100 US | | | |
| Sprint | | PO Box 219623 Kansas City, MO 64121-9623 US | | | |
| Sprint | | PO Box 4181 Carol Stream, IL 60197-4181 US | | | |
| Sprint | | PO Box 600607 Jacksonville, FL 32260-0607 US | | | |

12

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Sprint | | PO Box 8077<br>London, KY 40742-8077<br>US | | | |
| Tennessee American Water | 1026-21005497687<br>1026-210016737869 | P O Box 371880<br>Pittsburgh, PA 15250-7880<br>US | Water | $1,406.97 | $647.59 |
| Terminix Processing Center | 8929778 | Box 742592<br>Cincinnati, OH 45274-2592 US | Pest Control | $118.00 | $54.31 |
| The Metropolitan District | 7078189 | PO Box 990092<br>Hartford, CT 06199-0092<br>US | Water | $68.77 | $31.65 |
| Time Warner Cable | 202-845345903-001<br>202-021994801-001 | PO Box 223085<br>Pittsburgh, PA 15251-2085 US | Communications<br>In Home Internet | $846.10 | $389.44 |
| Time Warner Cable | | PO Box 27908<br>New York, NY 10087-7908 US | | | |
| Time Warner Cable | 202-845345903-001<br>202-021994801-001 | PO Box 70872<br>Charlotte, NC  28272-0872 US | | | |
| Time Warner Cable | 202-845345903-001<br>202-021994801-001 | PO Box 77169<br>Charlotte, NC 28271-7004S | | | |
| T-Mobile | 943316285 | 12920 SE 38th St.<br>Bellevue, WA 98006-1350 US | Telephone - Cellular Service | $7,488.09 | $3,446.57 |

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| T-Mobile | | PO Box 742596<br>Cincinnati, OH 45274-2596<br>US | | | |
| Town & Country Transfer, Inc. | N/A | 29221 River Ridge Rd NW<br>Isanti, MN 55040-6100<br>US | Trash | $211.67 | $97.42 |
| Transcanada Power Marketing Ltd | 56913501052-466670003<br>80007210307<br>80007210141<br>80007210224 | 110 Turnpike Rd. Ste. 300<br>Westborough, MA 01581-2808<br>US | Electric Power | $34,435.11 | $15,849.58 |
| Tri-County Electric | 4456001  4456003<br>4456002  4456004<br>4456005 | PO Box 217<br>Saint Matthews, SC 29135-0217<br>US | Electric Power | $601.63 | $276.91 |
| Unitil | 4091161-4042106<br>4091161-4065198<br>4091161-4029864<br>4091161-4055514 | PO Box 981010<br>Boston, MA 02298-1010<br>US | Natural Gas | $7,453.88 | $3,430.83 |
| Verizon | Multiple<br>(Available Upon Request) | 500 Technology Dr.<br>Ste. 870<br>Saint Charles, MO 63304-2225<br>US | Telephone - VoIP<br>Telephone - Toll Free<br>Telephone - Circuits<br>Telephone - Long<br>Voice Service<br>High Speed Internet | $343,581.75 | $158,141.74 |

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Verizon | | One Verizon Way Basking Ridge, NJ 07920-1025 US | | | |
| Verizon | | PO Box 15124 Albany NY 12212-5124 US | | | |
| Verizon | | PO Box 25505 Lehigh Valley, PA 18002-5505 US | | | |
| Verizon | | PO Box 371355 Pittsburgh, PA 15250-7355 US | | | |
| Verizon | | PO Box 371873 Pittsburgh, PA 15250-7873 US | | | |
| Verizon | | PO Box 382040 Pittsburgh, PA 15251-8040 US | | | |
| Verizon | | PO Box 660072 Dallas, TX 75266-0072 US | | | |
| Verizon | | PO Box 660108 Dallas, TX 75266-0108 US | | | |
| Verizon | | PO BOX 660720 Dallas, TX 75266-0720 US | | | |
| Verizon | | PO Box 660794 Dallas, TX 75266-0794 US | | | |

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Village of Burr Ridge | 5208316070-00 | 7660 County Line Rd. Burr Ridge, IL, 60527-4722 US | Waste Management | $148.85 | $68.51 |
| Village of Green Oaks | 501-033-039 | 2020 O'Plaine Rd. Libertyville, IL 60048-1547 US | Sewage | $55.58 | $25.58 |
| Waste Management | 16-84384-83009 8-38514-13008 8-41537-83002 16-82775-23003 1-31923-74002 16-84313-13000 16-45829-33004 15-11311-12007 5-2101-0798-9189 16-82775-23003 1-31923-74002 16-84313-13000 16-45829-33004 15-11311-12007 | 1611 S Washington Kennewick, WA 99337 US | Sewage/Trash | $90,596.14 | $41,699.05 |
| Waste Management | | 700 E Butterfield Rd. Ste. 400 Lombard, IL, 60148 US | | | |
| Waste Management | | PO Box 105453 Atlanta, GA 30348 US | | | |

16

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Waste Management | | PO Box 13648 Philadelphia, PA 19101-3648 US | | | |
| Waste Management | | PO Box 43350 Phoenix, AZ 85062-8251 US | | | |
| Waste Management | | PO Box 4648 Carol Stream, IL 60197-4648 US | | | |
| Waste Management | | PO Box 9001054 Louisville, KY 40290-1054 US | | | |
| Waste Management | | W 132 N 10487 Grant Dr. Germantown, WI 53022-4445 US | | | |
| West Penn Power | 100 094 240 270 100 093 370 409 100 120 449 424 100 096 600 547 | PO Box 3615 Akron, OH 44309-3615 US | Electric Power | $172,191.69 | $79,255.35 |
| Wilkinsburg-Penn Joint Water Authority | 171779-92178 | 2200 Robinson Blvd. Pittsburgh, PA 15221-1112 US | Water / Sewage | $4,618.95 | $2,125.98 |

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Xcel Energy | 51-8226688-6 | P O Box 9477<br>Minneapolis, MN 55484-9477<br>US | Electric / Natural Gas | $9,785.67 | $4,504.09 |
| York County Natural Gas | 51388-001<br>51388-002 | P O Box 11907<br>Rock Hill, SC 29731-1907<br>US | Natural Gas | $507.12 | $233.41 |
| Yukon-Waltz Telephone Co. | 00047426-2<br>00040806-8<br>00047682-2<br>0048450-4<br>00039270-7 | PO Box 168<br>Stahlstown, PA 15687-0168<br>US | Telephone | $8,628.56 | $3,971.50 |
|  |  |  | **TOTAL** |  |  |

18

## Exhibit B

## Proposed Final Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------x
In re                                    :
                                         :    Chapter 11
WESTINGHOUSE ELECTRIC                    :
COMPANY LLC, et al.,                     :    Case No. 17-_____ (___)
                                         :
            Debtors.¹                    :    (Joint Administration Pending)
-----------------------------------------------------x
```

**FINAL ORDER PURSUANT
TO 11 U.S.C. §§ 105(a) and 366 (I) APPROVING
PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO
UTILITY COMPANIES, (II) ESTABLISHING PROCEDURES FOR RESOLVING
OBJECTIONS BY UTILITY COMPANIES, AND (III) PROHIBITING UTILITY
COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE**

Upon the motion (the "**Motion**"),[2] dated March 29, 2017, of Westinghouse

Electric Company LLC and its debtor affiliates, as debtors and debtors in possession in the

above-captioned chapter 11 cases, pursuant to sections 105(a) and 366 of the Bankruptcy Code

and Bankruptcy Rules 6003 and 6004, for a final order (the "**Final Order**") (i) approving the

Debtors' proposed form of adequate assurance of payment to Utility Companies, (ii) establishing

procedures for resolving objections by Utility Companies, and (iii) prohibiting Utility Companies

from altering, refusing, or discontinuing Utility Services, all as more fully set forth in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

[2] All capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

2

Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion and the Interim Order (as defined herein) having been provided to the Notice Parties as set forth in the affidavits of service filed at Docket Nos. [_] and [_], respectively; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing on [_____] [_], 2017 to consider the relief requested in the Motion on an interim basis (the "**Interim Hearing**"); and the Court having entered an order granting the relief requested in the Motion on an interim basis (Docket No. [_]) (the "**Interim Order**") and scheduling a final hearing on the Motion for [_____] [_], 2017 (the "**Final Hearing**"); and the Final Hearing having been held, if necessary, to consider the relief requested in the Motion on a final basis; and upon the Donahue Declaration, filed contemporaneously with the Motion, and the record of the Interim Hearing and the Final Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as set forth herein, and it is further

ORDERED that the Proposed Adequate Assurance satisfies the requirements set forth in section 366 of the Bankruptcy Code; and it is further

WEIL:\96027638\9\80768.0015

ORDERED that any Utility Company not in compliance with the below Objection Procedures shall not be permitted to alter, refuse, or discontinue service or demand adequate assurance other than as provided in this Final Order. The Utility Deposit Account shall be maintained at a bank or financial institution that is a party to a Uniform Depository Agreement (a "**UDA**") with the office of the United States Trustee or that is immediately willing to execute such a UDA.

 e. If a Utility Company is not satisfied with the Proposed Adequate Assurance, it must serve a written request (a "**Request**") upon the proposed counsel to the Debtors: (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Garrett Fail, Esq. and Charles Persons, Esq.), (ii) counsel to the lenders under the Debtors' proposed DIP Faciltiy, (a) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064 (Attn: Jeffrey D. Saferstein, Esq.) and (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street, NW, Washington, DC 20006-1047 (Attn: Claudia R. Tobler, Esq.); and (iii) counsel to the agents and letter of credit issuer under the Debtors' proposed DIP Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: Fredric Sosnick, Esq. and Ned S. Schodek, Esq.), and the Request must set forth: (1) the location(s) for which Utility Services are provided, (2) the account number(s) for such location(s), (3) the outstanding balance for each account, and (4) an explanation of why the Utility Company believes the Adequate Assurance Deposit is not adequate assurance of payment.

 f. If the Debtors, in consultation with the DIP Lenders, determine that a Request or any consensual agreement reached in connection therewith is reasonable, the Debtors, without further order of the Court, may enter into agreements granting additional adequate assurance to the Utility Company serving such Request and, in connection with such agreements, provide the Utility Company with additional adequate assurance of payment, including payments on prepetition amounts owing, cash deposits, prepayments, or other forms of security.

 g. If the Debtors, in consultation with the DIP Lenders, determine that a Request is unreasonable, then they will, within 30 days after receipt of such Request, or such longer period as may be agreed to between the Debtors and the Utility Company, file a motion (the "**Determination Motion**") pursuant to section 366(c)(3) of the Bankruptcy Code seeking a determination from the Court that the Proposed Adequate Assurance, plus any additional consideration offered by the Debtors, constitutes adequate

assurance of payment.  Pending notice and a hearing on the Determination Motion, the Utility Company that is the subject of the unresolved Request may not alter, refuse, or discontinue services to the Debtors; and it is further

ORDERED that the Adequate Assurance Deposit shall be deemed adequate assurance of payment, and any Utility Company that does not make a Request or otherwise comply with the Objection Procedures shall be prohibited from altering, refusing, or discontinuing Utility Services, including as a result of the Debtors' failure to pay charges for prepetition Utility Services or to provide adequate assurance of payment in addition to the Proposed Adequate Assurance; and it is further

ORDERED that the Adequate Assurance Deposit shall automatically, without further Court order, be available to the Debtors upon the effective date of a chapter 11 plan of the Debtors; and it is further

ORDERED that the inclusion of any entity in, as well as any omission of any entity from, the Utility Services List shall not be deemed an admission by the Debtors that such entity is, or is not, a utility within the meaning of section 366 of the Bankruptcy Code, and the Debtors reserve all rights and defenses with respect thereto; and it is further

ORDERED that the Debtors are authorized to amend the Utility Services List to the extent the Debtors terminate the services of any Utility Company or identify additional Utility Companies.  This Order shall apply to any such Utility Company that is added to the Utility Services List, provided that the Debtors shall (i) file any such amendment on the Court's docket and serve such amendment on any affected Utility Company and all other parties entitled to notice pursuant to Bankruptcy Rule 2002 and (ii) give prior written notice of any such amendment to counsel to the DIP Lenders; and it is further

WEIL:\96027638\9\80768.0015

ORDERED that the Debtors shall increase the amount of the Adequate Assurance Deposit in the event an additional Utility Company is added to the Utility Services List by an amount equal to two (2) weeks of Utility Services provided by such additional Utility Company, calculated using the historical average for such payments during the past 12 months; and it is further

ORDERED that the Debtors may terminate the services of any Utility Company and are immediately authorized to reduce the Adequate Assurance Deposit by the amount held on account of such terminated Utility Services; and it is further

ORDERED that the Debtors shall serve a copy of the Motion and this Final Order upon any Utility Company added to the Utility Services List; and it is further

ORDERED that nothing contained in the Motion or this Final Order, nor any payment made pursuant to the authority granted by this Interim Order is intended to be or shall be construed as (i) an admission as to the validity of any claim or lien against the Debtors, (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors, (iii) a waiver of any claims or causes of action which may exist against any creditor or interest holder, or (iv) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code; and it is further

ORDERED that notwithstanding entry of this Final Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by, any party; and it is further

ORDERED that under the circumstances of these chapter 11 cases, notice of the Motion is adequate under Bankruptcy Rule 6004(a); and it is further

ORDERED that notwithstanding Bankruptcy Rule 6004(h), this Final Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that the Debtors are authorized to take all action necessary to the relief granted in this Final Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Final Order.

Dated: _____, 2017
      New York, New York

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

WEIL:\96027638\9\80768.0015

**Exhibit 1**

**Utility Services List**

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Arizona Public Service Company | 4159540897 121000248 | 400 N 5th Street MS 8657 Phoenix, AZ, 85004 US | Electric | $91,208.33 | $41,980.82 |
| Arm Energy Management, LLC | 4811606  4789331 4789273  4163842 4163586  4163693 | 20329 State Highway 249 Ste. 450, Houston, TX, 77070-2748 US | Natural Gas | $3,721.54 | $1,712.93 |
| Armstrong | 0497749-01 | PO Box 37749 Philadelphia, PA, 19101-5049 US | Communications | $1,368.98 | $630.10 |
| AT&T | 630 230 9364 449 7 1328334 803 749-6301 002 1895 803 822-5476 933 1899 831-000-5246 893 171-794-5442 001 | 1150 S Olive St 14th Fl. Los Angeles, CA, 90015-2211 US | Communications Local Voice Service Analog | $33,817.91 | $15,565.41 |
| AT&T | | 1452 Edinger Avenue Room1710 Tustin, CA, 92780-6246 US | | | |
| AT&T | | PO Box 13148 Newark, NJ, 07101-5648 US | | | |
| AT&T | | PO Box 33009 Charlotte, NC 28233-3009 US | | | |

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| AT&T | | PO Box 105068<br>Atlanta, GA  30348-5503<br>US | | | |
| AT&T | | PO Box 105262<br>Atlanta, GA  30348-5503<br>US | | | |
| AT&T | | PO Box 105503<br>Atlanta, GA  30348-5503<br>US | | | |
| AT&T | | d/b/a AT&T Kansas<br>Carol Stream, IL 60197-5001<br>US | | | |
| AT&T | | PO Box 5001<br>Carol Stream, IL 60197-5001<br>US | | | |
| AT&T | | PO Box 5017<br>Carol Stream, IL 60197-5017<br>US | | | |
| AT&T | | PO Box 5019<br>Carol Stream, IL 60197-5019<br>US | | | |
| AT&T | | PO Box 5025<br>Carol Stream, IL 60197-5025<br>US | | | |
| AT&T | | PO Box 5080<br>Carol Stream, IL 60197-5080<br>US | | | |
| AT&T | | PO Box 5091<br>Carol Stream, IL 60197-5091<br>US | | | |

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| AT&T | | PO Box 6463 Carol Stream, IL 60197-6463 US | | | |
| AT&T | | PO Box 9013 Atlanta, GA  60197-9013 US | | | |
| BP Energy Co. | 90157101 | One Chase Manhattan Plaza New York, NY 10005-1401 US | Natural Gas | $32,616.39 | $15,012.48 |
| Cascade Natural Gas | 123-611-8605-4 776-381-0000-6 886-381-0000-3 | 8113 W Grandridge Blvd Kennewick, WA 99336-7166 US | Natural Gas | $931.65 | $428.81 |
| Century Link | 623-535-8665-281B 0-801-387-1443 470M 801-399-3969 524B 612-Z25-0138 065 | 100 Centurylink Drive Monroe, LA, 71203-2041 US | Telephone - Circuits Telephone - Local Voice Service | $12,622.38 | $5,809.75 |
| Century Link | | PO Box 29040 Phoenix, AZ, 85038-9040 US | | | |
| Century Link | | PO Box 91154 Seattle, WA 98111-9255 US | | | |
| Chattanooga Gas | 0052043071 9255274302 0052043074 | PO Box 5408 Carol Stream, IL 60197-5408 US | Natural Gas | $2,781.58 | $1,280.29 |
| Chestnut Communications | N/A | | Communications | $0.00 | $0.00 |
| CIMCO | PCIE0100 | 2001 York Road Oak Brook, IL  60523 US | Telephone - Services | $0.00 | $0.00 |

3

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| City of Chattanooga, TN | 22687801 | PO Box 591 Chattanooga, TN 37401-0591 US | Sewage | $2,168.37 | $998.04 |
| City of Columbia | 0163303275-1116607-4 | PO BOX 7997 Columbia, SC 29202-7997 US | Water | $14,671.44 | $6,752.88 |
| City of Hutchinson | 3-505-9000-5-00 | 111 Hassan Street SE Hutchinson, MN 55350-2522 US | Water/Sewage | $6,869.19 | $3,161.71 |
| City of Portsmouth | 2541100000-00 7102000000-01 2537000000-02 | PO Box 6660 Portsmouth, NH 03802-6660 US | Water | $661.90 | $304.65 |
| City of Richland | 00014380-00000092 | PO Box 190 Richland, WA 99352-0190 US | Electric/Water/ Sewage/Refuse | $2,664.80 | $1,226.54 |
| City of Rock Hill | 1255850 1580550 1408430 | PO BOX 63039 Charlotte, NC 28263-3039 US | Electric /Water/ Sewage/Refuse | $9,989.22 | $4,597.78 |
| Comcast | 09529 500633-01-3 939737032 8772 10 531 0180365 8771 20 114 0308563 8771 20 114 0318910 8773 40 024 0531285 | 16333 Collections Center Dr. Chicago, IL, 60693-0163 US | Cable/ Internet/Telephone | $4,017.62 | $1,849.20 |
| Comcast | | 222 New Park Dr. Berlin, CT 06037-3741 US | | | |

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Comcast | | One Comcast Center 32nd Fl. Philadelphia, PA 19103-2855 US | | | |
| Comcast | | PO Box 100495 Atlanta, GA, 30384-0495 US | | | |
| Comcast | | PO Box 1577 Newark, NJ  07101-1577 US | | | |
| Comcast | | PO Box 3001 Southeastern, PA 19398-3001 US | | | |
| Comcast | | PO Box 3002 Southeastern, PA 19398-3002 US | | | |
| Comcast | | PO Box 3005 Southeastern, PA, 19398-3005 US | | | |
| Comcast | | PO Box 35170 Seattle, WA 98124-5170 US | | | |
| Comcast | | PO Box 930814 Atlanta, GA 31193-0814 US | | | |
| COMED | 1773334009 0474293000 7494082037 7494081049 7494083070 | PO Box 6111 Carol Stream, IL 60197-6111 US | Electric Power | $10,430.89 | $4,801.06 |

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Connecticut Natural Gas Corporation | 040-00150575-7492 040-0010730-2032 040-0010647-6365 | PO Box 9245 Chelsea, MA 02150-9245 US | Natural Gas | $2,546.50 | $1,172.09 |
| Consolidated Communications | 797942 724-7769005/0 | 4008 Gibsonia Rd Gibsonia, PA 15044-9311 US | Telephone - Local voice service | $18,394.14 | $8,466.34 |
| Consolidated Communications | | PO Box 66523 Saint Louis, MO 63166-6523 US | | | |
| Consolidated Communications | | PO Box 747100 Pittsburgh, PA, 15274-7100 US | | | |
| Constellation Energy Nuclear Group | N/A | 100 Constellation Way Ste. 200C Baltimore, MD, 21202-6302 US | Natural Gas | $1,705.01 | $784.77 |
| Constellation Energy Nuclear Group | | 14217 Collections Center Dr. Chicago, IL, 60693-0142 US | | | |
| Constellation Energy Nuclear Group | | 15246 Collections Ctr. Dr. Chicago, IL 60693-0001 US | | | |
| Cranberry Township | 00015133 00015134 00015103 | PO Box 6075 Hermitage, PA 16148-1075 US | Water/Sewage/Trash | $11,230.08 | $5,168.91 |
| Diamond Mulch Inc. | 98-0001205 7 | PO Box 432 Mars, PA 16046-0432 US | Trash | $1,242.50 | $571.89 |
| Diamond Springs | 1013800-CNC | 1840 Lindbergh St, Charlotte, NC 28208-3768 | Water | $143.77 | $66.18 |

6

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| | | US | | | |
| DQE Communications LLC | 1202 | 411 7th Avenue Pittsburgh, PA 15219-1919 US | Communications | $38,289.83 | $17,623.81 |
| Dupage County Public Works | 30504652-01 | P O Box 4751 Carol Stream, IL 60197-4751 US | Sewage | $58.68 | $27.01 |
| Duquesne Light Company | 3107320000 9834910000 | Box 10 Pittsburgh, PA 15230-0010 US | Electric Power | $20,031.46 | $9,219.96 |
| Earthlink Business | 5231999 | PO Box 88104 Chicago, IL 60680-1104 US | Internet | $27.54 | $12.67 |
| Electric Power Board of Chattanooga | 154-1104.000 C10167957 157-0436.002 | 10 W M L King Blvd Chattanooga, TN 37422 US | Electric Power / Communications | $11,920.27 | $5,486.59 |
| Electric Power Board of Chattanooga | | PO Box 182251 Chattanooga, TN 37422-7251 US | | | |
| Eversource | 80007210224 80008990196 8000721-03-0-7 56913501052 8000721-01-4-1 51768322075 51260942099 51017942079 | PO Box 650032 Dallas, TX 75265-0032 US | Electric Power | $61,800.70 | $28,445.25 |

7

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Eversource | | PO Box 650047 Dallas, TX 75265-0047 US | | | |
| Fairpoint Communications | 158 105 1794 144 463 9852 | PO Box 11021 Lewiston, ME 04243-9472 US | Communications Telephone - Local Voice Service | $6,367.17 | $2,930.64 |
| First Communications | PCIE0100 | 3340 W Market St Fairlawn, OH 44333-3381 US | Telephone - Local Voice Service | $4,162.87 | $1,916.06 |
| Frontier Communications | 860-731-4000-032404-5 | 3 High Ridge Park Stamford, CT 06905-1337 US | Telephone - eFax Telephone - Local Voice Service | $7,742.00 | $3,563.44 |
| Frontier Communications | | PO Box 20550 Rochester, NY 14602-0550 US | | | |
| Frontier Communications | | PO Box 92713 Rochester, NY 14692-8813 US | | | |
| Granite Telecommunications LLC | 2911103 | 100 Newport Ave. Ext. Quincy, MA 02171-1759 US | POTS service (analog) Communications | $9,845.77 | $4,531.75 |

8

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Groot Industries, Inc. | 585900000 | PO Box 92257 Elk Grove Village, IL 60009-2257 US | Waste Management | $151.59 | $69.77 |
| Highridge Water Authority | 050345 050344 | 17 Maple Ave. Blairsville, PA 15717-1283 US | Water | $9,266.38 | $4,265.07 |
| Hinckley Springs | 16087658976146 | PO Box 660579 Dallas, TX 75266-0579 US | Water | $207.66 | $95.58 |
| Hudson Energy Services, LLC | 100048529 100407239 | 24919 Network Pl. Chicago, IL 60673-1249 US | Electric Power | $3,538.47 | $1,628.66 |
| Hutchinson Utilities Commission | 1000530067890 | 225 Michigan St. SE Hutchinson, MN 55350-1905 US | Electric Power Natural Gas | $5,591.45 | $2,573.60 |
| Lake County Public Works | 30040165 0267162-030040165 | P.O. Box 547 Bedford Park, IL 60499-0547 US | Water / Sewage | $127.23 | $58.56 |
| Level 3 Communications LLC | 205216562 1-8S5C5U | 1025 Eldorado Blvd. Broomfield, CO 80021-8254 US | Communication Telephone - Audio, Web & Event Center conferencing services | $103,326.50 | $47,558.50 |
| Municipal Authority of Westmoreland County | S-321-051-00 S-321-052-00 S-450-109-00 S-450-110-00 S-450-111-00 | PO Box 800 Greensburg, PA 15601-0800 US | Water | $4,421.85 | $2,035.26 |

9

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Newington Sewer Commission | N/A | 115 Gosling Rd.<br>Portsmouth, NH 03801-3328<br>US | Sewage | $2,019.66 | $929.60 |
| Nicor Gas | 05-06-94-7941 4<br>09-21-67-0000 6<br>17-88-53-3111 0<br>59-65-94-5312 6<br>73-39-35-5478 4<br>78-75-57-5775 0<br>98-67-59-7934 2<br>11-51-91-2665 7 | PO Box 5407<br>Carol Stream, IL 60197-5407<br>US | Natural Gas | $1,164.31 | $535.90 |
| North Shore Gas | 3500013991641 | PO Box 19083<br>Green Bay, WI 54307-9083<br>US | Natural Gas | $702.22 | $323.21 |
| North Shore Sanitary District | 90930700-042486 | PO Box 2140<br>Bedford Park, IL 60499-2140<br>US | Waste Water | $23.20 | $10.68 |
| North Shore Sanitary District | | PO Box 750<br>WM Koepsel Dr.<br>Gurnee, IL 60031-0750<br>US | | | |
| Nu Telecom | 1192862<br>1197602 | 235 Franklin St SW Hutchinson, MN, 55350-2469<br>US | Telephone - Local voice service Communications | $896.69 | $412.72 |
| Nu-Telecom | | PO Box 697<br>New Ulm, MN 56073-0697<br>US | | | |

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Penelec | 100 002 203 196 | PO Box 3687 Akron, OH 44309-3687 US | Electric Power | $35.52 | $16.35 |
| Penn Power | 210-000-833-041 | PO Box 3687 Akron, OH 44309-3687 US | Electric Power | $95,833.37 | $44,109.61 |
| Peoples Natural Gas | 200004163693 200004163842 200004789331 200004789273 200004811606 200004163586 210000671425 | PO Box 644760 Pittsburgh, PA 15264-4760 US | Natural Gas | $10,982.46 | $5,054.94 |
| Questar Gas | 6226500000 | 333 S State St. Salt Lake City, UT 84111 US | Natural Gas | $5,352.42 | $2,463.58 |
| REA Energy Cooperative Inc. | 41015860 54006670 41006670-001 40002370 | 75 Airport Rd. PO Box 70 Indiana, PA 15701-1463 US | Electric Power | $2,825.36 | $1,300.44 |
| Rocky Mountain Power | 440330460013 44033046-001 3 | PO Box 26000 Portland, OR 97256-0001 US | Electric Power | $247,946.03 | $114,123.11 |
| Scana Energy Marketing Inc. | 9151200023401 2079900429118 | PO Box 751684 Charlotte, NC 28275-1684 US | Electric Power Natural Gas | $6,002.44 | $2,762.77 |

11

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| SCE&G | 9151200023401 9210078946546 5-2101-0798-9189 | PO Box 100255 Columbia, SC 29202-3255 US | Electric Power | $490,831.95 | $225,917.17 |
| Southern Linc | 10921674 | PO Box 931581 Atlanta, GA 31193-0531 US | Telephone - Cellular Service | $119,683.00 | $55,086.97 |
| Spok Inc. | 5713517-O | 6910 Richmond Hwy Alexandria, VA 22306-1849 US | Telephone - Pager Service | $1,666.17 | $766.90 |
| Spok Inc. | | PO Box 660324 Dallas, TX 75266-0324 US | | | |
| Sprint | 923664778 928138905 | 875 Greentree Rd. Pittsburgh, PA 15220-3508 US | Communications Telephone - Long Distance | $183,767.23 | $84,583.27 |
| Sprint | | PO Box 1769 Newark,  NJ  07101-1769 US | | | |
| Sprint | | PO Box 219100 Kansas City, MO 64121-9100 US | | | |
| Sprint | | PO Box 219623 Kansas City, MO 64121-9623 US | | | |
| Sprint | | PO Box 4181 Carol Stream, IL 60197-4181 US | | | |
| Sprint | | PO Box 600607 Jacksonville, FL 32260-0607 US | | | |

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Sprint | | PO Box 8077 London, KY 40742-8077 US | | | |
| Tennessee American Water | 1026-21005497687 1026-210016737869 | P O Box 371880 Pittsburgh, PA 15250-7880 US | Water | $1,406.97 | $647.59 |
| Terminix Processing Center | 8929778 | Box 742592 Cincinnati, OH 45274-2592 US | Pest Control | $118.00 | $54.31 |
| The Metropolitan District | 7078189 | PO Box 990092 Hartford, CT 06199-0092 US | Water | $68.77 | $31.65 |
| Time Warner Cable | 202-845345903-001 202-021994801-001 | PO Box 223085 Pittsburgh, PA 15251-2085 US | Communications In Home Internet | $846.10 | $389.44 |
| Time Warner Cable | | PO Box 27908 New York, NY 10087-7908 US | | | |
| Time Warner Cable | 202-845345903-001 202-021994801-001 | PO Box 70872 Charlotte, NC 28272-0872 US | | | |
| Time Warner Cable | 202-845345903-001 202-021994801-001 | PO Box 77169 Charlotte, NC 28271-7004S | | | |
| T-Mobile | 943316285 | 12920 SE 38th St. Bellevue, WA 98006-1350 US | Telephone - Cellular Service | $7,488.09 | $3,446.57 |

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| T-Mobile | | PO Box 742596 Cincinnati, OH 45274-2596 US | | | |
| Town & Country Transfer, Inc. | N/A | 29221 River Ridge Rd NW Isanti, MN 55040-6100 US | Trash | $211.67 | $97.42 |
| Transcanada Power Marketing Ltd | 56913501052-466670003 80007210307 80007210141 80007210224 | 110 Turnpike Rd. Ste. 300 Westborough, MA 01581-2808 US | Electric Power | $34,435.11 | $15,849.58 |
| Tri-County Electric | 4456001 4456003 4456002 4456004 4456005 | PO Box 217 Saint Matthews, SC 29135-0217 US | Electric Power | $601.63 | $276.91 |
| Unitil | 4091161-4042106 4091161-4065198 4091161-4029864 4091161-4055514 | PO Box 981010 Boston, MA 02298-1010 US | Natural Gas | $7,453.88 | $3,430.83 |
| Verizon | Multiple (Available Upon Request) | 500 Technology Dr. Ste. 870 Saint Charles, MO 63304-2225 US | Telephone - VoIP Telephone - Toll Free Telephone - Circuits Telephone - Long Voice Service High Speed Internet | $343,581.75 | $158,141.74 |

14

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Verizon | | One Verizon Way Basking Ridge, NJ 07920-1025 US | | | |
| Verizon | | PO Box 15124 Albany NY 12212-5124 US | | | |
| Verizon | | PO Box 25505 Lehigh Valley, PA 18002-5505 US | | | |
| Verizon | | PO Box 371355 Pittsburgh, PA 15250-7355 US | | | |
| Verizon | | PO Box 371873 Pittsburgh, PA 15250-7873 US | | | |
| Verizon | | PO Box 382040 Pittsburgh, PA 15251-8040 US | | | |
| Verizon | | PO Box 660072 Dallas, TX 75266-0072 US | | | |
| Verizon | | PO Box 660108 Dallas, TX 75266-0108 US | | | |
| Verizon | | PO BOX 660720 Dallas, TX 75266-0720 US | | | |
| Verizon | | PO Box 660794 Dallas, TX 75266-0794 US | | | |

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Village of Burr Ridge | 5208316070-00 | 7660 County Line Rd. Burr Ridge, IL, 60527-4722 US | Waste Management | $148.85 | $68.51 |
| Village of Green Oaks | 501-033-039 | 2020 O'Plaine Rd. Libertyville, IL 60048-1547 US | Sewage | $55.58 | $25.58 |
| Waste Management | 16-84384-83009 8-38514-13008 8-41537-83002 16-82775-23003 1-31923-74002 16-84313-13000 16-45829-33004 15-11311-12007 5-2101-0798-9189 16-82775-23003 1-31923-74002 16-84313-13000 16-45829-33004 15-11311-12007 | 1611 S Washington Kennewick, WA 99337 US | Sewage/Trash | $90,596.14 | $41,699.05 |
| Waste Management | | 700 E Butterfield Rd. Ste.  400 Lombard, IL, 60148 US | | | |
| Waste Management | | PO Box 105453 Atlanta, GA 30348 US | | | |

16

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Waste Management | | PO Box 13648 Philadelphia, PA 19101-3648 US | | | |
| Waste Management | | PO Box 43350 Phoenix, AZ 85062-8251 US | | | |
| Waste Management | | PO Box 4648 Carol Stream, IL 60197-4648 US | | | |
| Waste Management | | PO Box 9001054 Louisville, KY 40290-1054 US | | | |
| Waste Management | | W 132 N 10487 Grant Dr. Germantown, WI 53022-4445 US | | | |
| West Penn Power | 100 094 240 270 100 093 370 409 100 120 449 424 100 096 600 547 | PO Box 3615 Akron, OH 44309-3615 US | Electric Power | $172,191.69 | $79,255.35 |
| Wilkinsburg-Penn Joint Water Authority | 171779-92178 | 2200 Robinson Blvd. Pittsburgh, PA 15221-1112 US | Water / Sewage | $4,618.95 | $2,125.98 |

WEIL:\96027638\9\80768.0015

| Company Name | Account Number | Address | Description of Utility Services | Average Monthly Expense | Amount of Deposit to be Provided |
|---|---|---|---|---|---|
| Xcel Energy | 51-8226688-6 | P O Box 9477 Minneapolis, MN 55484-9477 US | Electric / Natural Gas | $9,785.67 | $4,504.09 |
| York County Natural Gas | 51388-001 51388-002 | P O Box 11907 Rock Hill, SC 29731-1907 US | Natural Gas | $507.12 | $233.41 |
| Yukon-Waltz Telephone Co. | 00047426-2 00040806-8 00047682-2 0048450-4 00039270-7 | PO Box 168 Stahlstown, PA 15687-0168 US | Telephone | $8,628.56 | $3,971.50 |
| | | | **TOTAL** | | |

WEIL:\96027638\9\80768.0015