UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                    :     Case No. 17-10751 (MEW)
                                                         :
Westinghouse Electric Company LLC, *et al.,* :     Jointly Administered
                                                         :
                                       Debtor.           :
------------------------------------------------------------x

# NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

     William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Westinghouse Electric Company LLC, and its affiliated debtors-in-possession:

1. Fluor Enterprises Inc.
   6700 Las Colinas Boulevard
   Irving, TX  75039
   Contact: James M. Lucas, Senior Vice President
   Telephone:  (469) 398-7060

2. SSM Industries, Inc.
   3401 Grand Avenue
   Pittsburgh, PA  15225
   Contact: Peter Gorman, General Counsel
   Telephone:  (412) 777-5100 x 339

3. Dastech International Inc.
   10 Cutter Mill Road
   Great Neck, NY  11021
   Contact: Shahram Eshaghoff, Account Executive
   Telephone:  (516) 466-7676

4. South Carolina Electric and Gas Company
   220 Operation Way
   Cayce, SC  29033
   Contact: Jimmy E. Addison, CFO
   Telephone (803) 217-9391

5. Georgia Power Company
   241 Ralph McGill Boulevard
   Atlanta, GA  30308
   Contact: Meredith M. Lakey, SVP, General Counsel and
   Corporate Secretary
   Telephone:  (404) 506-2702

6. Jones Lang LaSalle Americas, Inc.
   Tower 260
   260 Forbes Avenue, Suite 1200
   Pittsburgh, PA  15222
   Contact: J.C. Pelusi, Managing Director
   Telephone: (412) 208-1400

7. Pension Benefit Guaranty Corporation
   1200 K Street, NW
   Washington, DC  20005
   Contact: Cynthia Wong
   Telephone: (202) 326-4000

Dated: New York, New York
       April 7, 2017

                              Sincerely,

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE

                              By:    */s/ Paul K. Schwartzberg*
                                     Paul K. Schwartzberg
                                     Trial Attorney
                                     U.S. Department of Justice
                                     Office of the United States Trustee
                                     U.S. Federal Office Building
                                     201 Varick Street, Room 1006
                                     New York, NY 10014
                                     Tel. (212) 510-0500
                                     Fax (212) 668-2255