# EXHIBIT 1

**General Cable Industries, Inc.**
**Accounts Receivable**
**WECTEC GLOBAL PROJECT SERVICES, Account X15044**
**As of March 31, 2017**

| Document Type | Document | Invoice Date | Due Date | Invoice Amount | Customer PO | State | CCP# | Bill of Lading |
|---|---|---|---|---|---|---|---|---|
| Invoice | 3850939 | 2/13/2017 | 3/30/2017 | 260,907.20 | 132175-EW21.02 R | GA | | 6339590001 |
| Invoice | 3850938 | 2/13/2017 | 3/30/2017 | 45,690.30 | 132175-EW00.01 R | GA | | 6339590001 |
| Invoice | 3852893 | 2/15/2017 | 4/1/2017 | 31,684.12 | 132175-EW21.02 R | GA | | 6339970001 |
| Invoice | 3853888 | 2/16/2017 | 4/2/2017 | 76,276.12 | 132175-EW00.01 R | GA | | 6340140001 |
| Invoice | 3853890 | 2/16/2017 | 4/2/2017 | 202,267.92 | 132175-EW70.01 R | GA | | 6339970001 |
| Invoice | 3853889 | 2/16/2017 | 4/2/2017 | 173,548.84 | 132175-EW21.02 R | GA | | 6340140001 |
| Invoice | 3859904 | 2/24/2017 | 4/10/2017 | 6,593.40 | 132175-EW21.02 R | GA | | 6342750001 |
| Invoice | 3875547 | 3/17/2017 | 5/1/2017 | 53,437.00 | 132175-EW70.01 R | GA | | 6346970000 |
| Invoice | 3875545 | 3/17/2017 | 5/1/2017 | 142,116.04 | 132175-EW00.01 R | GA | | 6346970000 |
| Invoice | 3875544 | 3/17/2017 | 5/1/2017 | 54,794.40 | 132175-EW00.01 R | GA | | 6346970000 |
| Invoice | 3875546 | 3/17/2017 | 5/1/2017 | 36,940.06 | 132175-EW21.02 R | GA | | 6346970000 |
| Invoice | 3876549 | 3/20/2017 | 5/4/2017 | 24,468.48 | 132176-EW70.01 R | GA | | 6346970000 |
| Invoice | 3876550 | 3/20/2017 | 5/4/2017 | 35,096.16 | 132176-EW00.01 R | GA | | 6346970000 |
| Invoice | 3877585 | 3/21/2017 | 5/5/2017 | 125,471.20 | 132175-EW00.01 R | GA | | 6347510001 |
| Invoice | 3877587 | 3/21/2017 | 5/5/2017 | 73,660.32 | 132176-EW00.01 R | GA | | 6347510001 |
| Invoice | 3877584 | 3/21/2017 | 5/5/2017 | 68,943.84 | 132175-EW00.01 R | GA | | 6347510001 |
| Invoice/ DebitMemo | 3879337 3883102 | 3/29/2017 | 5/13/2017 | 376,228.48 | 132176-EW40.01 R | GA | 795725 | 8253690001 |
| Invoice/ DebitMemo | 3879334 3883103 | 3/29/2017 | 5/13/2017 | 408,591.18 | 132175-EW40.01 R | GA | 795726 | 8253650001 |
| Invoice/ DebitMemo | 3877586 3883105 | 3/29/2017 | 5/13/2017 | 16,956.68 | 132175-EW21.02 R | GA | 795728 | 6347510001 |
| Invoice/ DebitMemo | 3879335 3883104 | 3/29/2017 | 5/13/2017 | 266,267.92 | 132175-EW40.01 R | GA | 795727 | 8253660001 |
| **Total Due** | | | | **2,479,939.66** | | | | |