# INVOICE

TP Electric & Power
3252 State Route 31
Acme, PA  15610
724-593-7046

|  |  |
|---|---|
| Customer Number: | WES003 |
| Invoice Number: | 402332-01 |
| Invoice Date: | 03-10-2017 |
| PO Number: | 4500714919 |

Westinghouse
PO Box 3700
Pittsburgh, PA 15230

Job Reference:
Remote Panel

| Description | Amount |
|---|---|
| Westinghouse<br>PO# 4500714919<br>Scope of Work:  GCWM Remote Panel<br>TP Electric & Power provided labor, material and equipment for the following:<br>　>  Construct one remote interconnecting cables.<br>　>  Install one master panel box connectors and connect.<br>　>  Construct one remote display panel.<br>　>  Supply HMI.<br>　>  Breaker. | 4,680.00 |

|  |  |  |
|---|---|---|
|  | Total Billed | $4,680.00 |
|  | Retainage Held |  |
| DATE DUE: 04-09-2017 | Amount Due | $4,680.00 |

# Purchase order

TP ELECTRIC INC
3252 RTE 31
Acme PA   15610-2405

*PO number/PO date*
4500714919   Feb 21 2017

*Page*
2 of   7

| Item | Material Order qty. | Unit | Rv Description Price per unit | Net value |
|---|---|---|---|---|

Scope : GCWM Remote Panel / Stand

1. Construct one remote interconnecting cables
2. Install one master panel box connectors and connect
3. Construct one remote display panel
4. Supply HMI
5. Breaker

Total: $4,250
w/ Aluminum Stand for Railing $430

Total : $4,680

Refer to drawing SK-10003816

Items included herein are not nuclear Safety-Related; however, supplier shall fully comply with the specific Quality assurance requirements as shown in this Purchase Order

**Total net value excl. tax USD        4,680.00**

Supplemental texts are listed below:

Acknowledgement

The Seller shall acknowledge this purchase order through the method below. By acknowledging this purchase order, Seller agrees that the scope of the work required is understood by Seller and that Seller will apply additional effort, including premium effort, at its own expense if necessary to maintain negotiated purchase order delivery schedules.

Seller shall acknowledge this purchase order by signing and returning this acknowledgement copy of the purchase order to the Buyer.

Acknowledged for (Seller) by: _____ 3-8-17

or

WESTINGHOUSE PROPRIETARY CLASS 2

# Purchase order

TP ELECTRIC INC
3252 RTE 31
Acme PA   15610-2405

*PO number/PO date*  4500714919   Feb 21 2017

*Page*  3 of  7

Seller shall send an email to jamiestm@westinghouse.com to acknowledge receipt of the purchase order and acceptance of all the requirements therein.

REPORTS

The following reporting requirement applies to this purchase order.

The Buyer shall establish, implement and maintain a reporting system to identify open Purchase Orders and statuses with Seller. The reporting tool that will be utilized is in the form of an Excel spreadsheet that will be sent to a predetermined contact with Seller. The Seller shall receive reports on a weekly basis and return updated reports within 3 days of receipt. The instructions for the reporting criteria will be included on the email with the spreadsheet attached. The Seller agrees to update the report with current statuses and delivery dates on open Purchase Orders as required.

DELIVERY

The following delivery requirements apply to this purchase order.

1. All materials delivered to Buyer are required to be exact part numbers that are negotiated on Purchase Order. Supplier is not to substitute any parts without previous acknowledgment from Buyer. Buyer will indicate approval of substitute part through a Change Notice to the Purchase Order.

No refurbished parts will be accepted without acknowledgement from the Buyer or otherwise specified in the Purchase Order.

2. All delivery requirements in this purchase order are material obligations of the Seller.  Seller agrees that delays which would cause delivery to extend beyond contractual delivery date(s), and which are the responsibility of Seller, must be made up by Seller at its expense through the use of whatever means are necessary. It is noted that the contractual delivery date is representative of the contractual date of receipt at the ship-to location, and is not to be construed as a ship date.  The Seller agrees that the ship date will be scheduled in order to support the delivery date noted herein.

If Seller anticipates or is encountering difficulty in complying with the delivery schedule specified in this purchase order, Seller shall immediately notify the Buyer, and provide all necessary details to enable the Buyer to assess the severity of the situation.  However,

# Purchase order

TP ELECTRIC INC
3252 RTE 31
Acme PA  15610-2405

*PO number/PO date*
4500714919  Feb 21 2017

*Page*
4 of  7

that notification shall be for information purposes only and shall not be construed as a waiver by Buyer of any delivery date or other material obligation.

Should the Buyer determine that an extension in the purchase order delivery dates set forth herein is advisable; the extension will be accomplished under a bilateral change notice at no increase in purchase order price.

3. Partial shipments are not authorized as part of this purchase order.

4. Packing lists shall be included with all shipments. The information contained in the packing list shall directly correspond to the material contained in the purchase order for each line item shipped.

5. Although delivery is allowed up to fifteen (15) days before the contract delivery date, the Seller is not authorized to deliver an item within the last five business days of a month if the contract delivery date is scheduled for the following month. This requirement may be waived only through written permission of the Buyer.

6. For shipments under 150 lbs, please use UPS account number EW5627 and utilize UPS ground, unless specified otherwise. The account is set up under the following address:

1000 Westinghouse Dr, Cranberry Township, PA 16066

7. For shipments over 151-10,000 lbs and less than 100" high and 90" wide, please use XPO Logistics Freight, Inc. (formerly known as "Conway") account WEHCH991000 (227563847)


Terms and Conditions and Administrative Specifications:

The following documents and all referenced therein form a part of this purchase order.

1. NEW TERMS : Westinghouse Terms and Conditions for Goods and Services CTR-PO-2013-011 Rev 3
(https://supply.westinghousenuclear.com/TermsConditions.aspx)

2. Administrative Specification Form BMS-SCM-10 Rev 0.10

Seller is responsible for ensuring that all documents meet all contract requirements and are submitted in time to support the contract delivery

# Purchase order

TP ELECTRIC INC
3252 RTE 31
Acme PA   15610-2405

*PO number/PO date*
4500714919   Feb 21 2017

*Page*
5 of   7

dates specified in the purchase order. This includes time necessary for the Buyer's review and Seller's resolution of comments, as applicable.

Invoicing:

Each shipment shall be billed on an individual invoice referencing the specific purchase order number. Single invoices covering more than one purchase order number and/or plant will not be accepted for processing.

Invoices shall be sent directly to:

> Westinghouse Electric Company
> Attention:  Accounts Payable
> P.O. Box 3700
> Pittsburgh, Pa   15230

A copy of the invoice may be submitted in an Adobe Acrobat file format directly to WECVendors@westinghouse.com.  If Seller opts to submit the invoice via e-mail, Seller shall not submit a duplicate hardcopy invoice to the address above.

Each invoice shall list the item numbers, descriptions, quantities, and unit prices exactly as they appear in the applicable purchase order or purchase order change notice.

Unless otherwise noted in the text of the Purchase Order, all invoices shall only be submitted to Westinghouse after delivery or completion of invoiced items or services.

Invoices containing freight charges will include a copy of the invoice from the carrier in order to support payment.  Payment of the freight cannot be made without this supporting documentation.

Invoices not received as required above may be returned with an invoice rejection notice at the discretion of Westinghouse.

Sales Tax:

Seller shall not charge tax as part of this order as Buyer holds tax direct pay permits that will be furnished upon request.

Westinghouse Electric Company LLC holds Pennsylvania Tax direct Pay Permit number 00363.

Communication:

WESTINGHOUSE PROPRIETARY CLASS 2

# Purchase order

*PO number/PO date*　　　　　　　　　*Page*
4500714919   Feb 21 2017   6 of   7

TP ELECTRIC INC
3252 RTE 31
Acme PA   15610-2405

Westinghouse Contacts:
Supply Chain Management: Tim Jamieson (724) 722-6403

Hard copies of documentation, if requested, are to be sent to:

WESTINGHOUSE ELECTRIC COMPANY
1000 Westinghouse Drive
New Stanton, PA   15672
ATTN: Timothy Jamieson (724) 722-6403

**WESTINGHOUSE PROPRIETARY CLASS 2**

| PO number/PO date | Page |
|---|---|
| 4500714919   Feb 21 2017 | 7 of 7 |

The Terms and Conditions documented within CTR-PO-2013-011 shall apply to this Purchase Order unless otherwise specified within the Purchase Order. CTR-PO-2013-011 can be found on the Westinghouse Website: https://supply.westinghousenuclear.com/Main/Welcome.aspx

Please contact the Buyer identified herein if you are unable to access this site and require a printed copy. The Westinghouse procurement document(s) and the referenced Terms and Conditions collectively constitute a binding agreement between Westinghouse Electric Company LLC and Seller.

If this is a Change Notice, then the previous Terms and Conditions agreed to for this Purchase Order including previous Change Notices remain in effect unless otherwise specified in the body of the Change Notice.

**WESTINGHOUSE PROPRIETARY CLASS 2**

Signed by_____

# INVOICE

TP Electric & Power
3252 State Route 31
Acme, PA  15610
724-593-7046

Customer Number:    WES003
Invoice Number:     402339-01
Invoice Date:       03-10-2017
PO Number:          4500713455

Westinghouse
PO Box 3700
Pittsburgh, PA 15230

Job Reference:
Stepper Panels Quantity 2 2017

**Description**                                                                                         **Amount**

Westinghouse
PO# 4500713455
Scope of Work:   Stepper Motor Tool Panel
TP Electric & Power provided labor, material and equipment for the following:
  > Quantity 2: Construc new stepper motor GCWM tool panel and stand with driver board per Westinghouse drawing SK-10003816, Rev 1 Sheets 1-4.
  > Quantity 4: GCWM tool panel control cable.

                                                                                                         28,280.00


                                                        Total Billed          $28,280.00

                                                        Retainage Held

                     DATE DUE: 04-09-2017               Amount Due            $28,280.00

Correspondence Address:
WESTINGHOUSE ELECTRIC CO. LLC
1000 WESTINGHOUSE DRIVE
CRANBERRY TOWNSHIP, PA 16066

Unless noted, Invoice:
WESTINGHOUSE ELECTRIC CO.
PO BOX 3700
PITTSBURGH, PA 15230

## Purchase order

*PO number/PO date*            *Page*
4500713455   Feb 07 2017   1 of   7

*Buyer contact/Telephone*
Timothy Jamieson
Ph          724 722-6403
Fax         724-722-5496

TP ELECTRIC INC
3252 RTE 31
Acme PA   15610-2405

*Our supp#:* 1166443
Ph          724-593-7046
Fax         724-593-6364

Delivery Date:    Mar 15 2017

Deliv. Terms: FCA destination
Payment Terms: Net 45 Days                                  Currency: USD
E-mail: jamiestm@westinghouse.com
We require your acknowledgment for the following items:

| Item | Material Order qty. | Unit | Rv Description Price per unit | Net value |
|---|---|---|---|---|
| 1 | 1.000 | Lot | Stepper Motor Tool Panel 25,880.00 | 25,880.00 |

QTY: 2

Construct new stepper motor GCWM Tool panel and stand with driver
board per Westinghouse drawing SK-10003816, Rev 1 Sheets 1-4

Items included herein are not nuclear Safety-Related; however,
supplier shall fully comply with the specific quality assurance
requirements as shown in this Purchase Order.

WESTINGHOUSE PROPRIETARY CLASS 2

# Purchase order

|  |  |
|---|---|
| TP ELECTRIC INC<br>3252 RTE 31<br>Acme PA  15610-2405 | *PO number/PO date*  *Page*<br>4500713455  Feb 07 2017  2 of  7 |

| Item | Material<br>Order qty. | Unit | Rv Description<br>Price per unit | Net value |
|---|---|---|---|---|

*Please deliver to:*

Waltz Mill
680 Waltz Mill Drive
Madison PA  15663

| 2 | | | GCWM Tool Panel Control cable | |
| | 1.000 | Lot | 2,400.00 | 2,400.00 |

QTY: 4

4 GCWM Tool Panel Control cable per Westinghouse drawing
SK-10003816, Rev 1 Sheets 5

Items included herein are not nuclear Safety-Related; however,
supplier shall fully comply with the specific quality assurance
requirements as shown in this Purchase Order.

*Please deliver to:*

Waltz Mill
680 Waltz Mill Drive
Madison PA  15663

**Total net value excl. tax USD          28,280.00**

Supplemental texts are listed below:

Acknowledgement

The Seller shall acknowledge this purchase order through the method
below.  By acknowledging this purchase order, Seller agrees that the
scope of the work required is understood by Seller and that Seller will
apply additional effort, including premium effort, at its own expense
if necessary to maintain negotiated purchase order delivery schedules.

Seller shall acknowledge this purchase order by signing and returning
this acknowledgement copy of the purchase order to the Buyer.

WESTINGHOUSE PROPRIETARY CLASS 2

# Purchase order

TP ELECTRIC INC
3252 RTE 31
Acme PA  15610-2405

PO number/PO date            Page
4500713455   Feb 07 2017   3 of   7

Acknowledged for (Seller) by: _[signature]_ 3-8-17

or

Seller shall send an email to jamiestm@westinghouse.com to acknowledge receipt of the purchase order and acceptance of all the requirements therein.

REPORTS

The following reporting requirement applies to this purchase order.

The Buyer shall establish, implement and maintain a reporting system to identify open Purchase Orders and statuses with Seller. The reporting tool that will be utilized is in the form of an Excel spreadsheet that will be sent to a predetermined contact with Seller. The Seller shall receive reports on a weekly basis and return updated reports within 3 days of receipt. The instructions for the reporting criteria will be included on the email with the spreadsheet attached. The Seller agrees to update the report with current statuses and delivery dates on open Purchase Orders as required.

DELIVERY

The following delivery requirements apply to this purchase order.

1. All materials delivered to Buyer are required to be exact part numbers that are negotiated on Purchase Order. Supplier is not to substitute any parts without previous acknowledgment from Buyer. Buyer will indicate approval of substitute part through a Change Notice to the Purchase Order.

No refurbished parts will be accepted without acknowledgement from the Buyer or otherwise specified in the Purchase Order.

2. All delivery requirements in this purchase order are material obligations of the Seller. Seller agrees that delays which would cause delivery to extend beyond contractual delivery date(s), and which are the responsibility of Seller, must be made up by Seller at its expense through the use of whatever means are necessary. It is noted that the contractual delivery date is representative of the contractual date of receipt at the ship-to location, and is not to be construed as a ship date. The Seller agrees that the ship date will be scheduled in order to support the delivery date noted herein.

WESTINGHOUSE PROPRIETARY CLASS 2

# Purchase order

*PO number/PO date*
4500713455   Feb 07 2017

*Page*
4 of 7

TP ELECTRIC INC
3252 RTE 31
Acme PA   15610-2405

If Seller anticipates or is encountering difficulty in complying with the delivery schedule specified in this purchase order, Seller shall immediately notify the Buyer, and provide all necessary details to enable the Buyer to assess the severity of the situation. However, that notification shall be for information purposes only and shall not be construed as a waiver by Buyer of any delivery date or other material obligation.

Should the Buyer determine that an extension in the purchase order delivery dates set forth herein is advisable; the extension will be accomplished under a bilateral change notice at no increase in purchase order price.

3. Partial shipments are not authorized as part of this purchase order.

4. Packing lists shall be included with all shipments. The information contained in the packing list shall directly correspond to the material contained in the purchase order for each line item shipped.

5. Although delivery is allowed up to fifteen (15) days before the contract delivery date, the Seller is not authorized to deliver an item within the last five business days of a month if the contract delivery date is scheduled for the following month. This requirement may be waived only through written permission of the Buyer.

6. For shipments under 150 lbs, please use UPS account number EW5627 and utilize UPS ground, unless specified otherwise. The account is set up under the following address:

1000 Westinghouse Dr, Cranberry Township, PA 16066

7. For shipments over 151-10,000 lbs and less than 100" high and 90" wide, please use XPO Logistics Freight, Inc. (formerly known as "Conway") account WEHCH991000 (227563847)

Terms and Conditions and Administrative Specifications:

The following documents and all referenced therein form a part of this purchase order.

1. NEW TERMS : Westinghouse Terms and Conditions for Goods and Services CTR-PO-2013-011 Rev 3
(https://supply.westinghousenuclear.com/TermsConditions.aspx)

WESTINGHOUSE PROPRIETARY CLASS 2

# Purchase order

TP ELECTRIC INC
3252 RTE 31
Acme PA   15610-2405

PO number/PO date: 4500713455   Feb 07 2017

Page 5 of 7

2. Administrative Specification Form BMS-SCM-10 Rev 0.10

Seller is responsible for ensuring that all documents meet all contract requirements and are submitted in time to support the contract delivery dates specified in the purchase order. This includes time necessary for the Buyer's review and Seller's resolution of comments, as applicable.

Invoicing:

Each shipment shall be billed on an individual invoice referencing the specific purchase order number. Single invoices covering more than one purchase order number and/or plant will not be accepted for processing.

Invoices shall be sent directly to:

   Westinghouse Electric Company
   Attention:  Accounts Payable
   P.O. Box 3700
   Pittsburgh, Pa   15230

A copy of the invoice may be submitted in an Adobe Acrobat file format directly to WECVendors@westinghouse.com.  If Seller opts to submit the invoice via e-mail, Seller shall not submit a duplicate hardcopy invoice to the address above.

Each invoice shall list the item numbers, descriptions, quantities, and unit prices exactly as they appear in the applicable purchase order or purchase order change notice.

Unless otherwise noted in the text of the Purchase Order, all invoices shall only be submitted to Westinghouse after delivery or completion of invoiced items or services.

Invoices containing freight charges will include a copy of the invoice from the carrier in order to support payment. Payment of the freight cannot be made without this supporting documentation.

Invoices not received as required above may be returned with an invoice rejection notice at the discretion of Westinghouse.

Sales Tax:

Seller shall not charge tax as part of this order as Buyer holds tax direct pay permits that will be furnished upon request.

# Purchase order

*PO number/PO date*  *Page*
4500713455  Feb 07 2017  6 of  7

TP ELECTRIC INC
3252 RTE 31
Acme PA  15610-2405

Westinghouse Electric Company LLC holds Pennsylvania Tax direct Pay Permit number 00363.

Communication:

Westinghouse Contacts:
Supply Chain Management: Tim Jamieson (724) 722-6403

Hard copies of documentation, if requested, are to be sent to:

WESTINGHOUSE ELECTRIC COMPANY
1000 Westinghouse Drive
New Stanton, PA  15672
ATTN: Timothy Jamieson (724) 722-6403

WESTINGHOUSE PROPRIETARY CLASS 2

*PO number/PO date*     *Page*
4500713455  Feb 07 2017  7 of  7

> The Terms and Conditions documented within CTR-PO-2013-011 shall apply to this Purchase Order unless otherwise specified within the Purchase Order. CTR-PO-2013-011 can be found on the Westinghouse Website: https://supply.westinghousenuclear.com/Main/Welcome.aspx
>
> Please contact the Buyer identified herein if you are unable to access this site and require a printed copy. The Westinghouse procurement document(s) and the referenced Terms and Conditions collectively constitute a binding agreement between Westinghouse Electric Company LLC and Seller.
>
> If this is a Change Notice, then the previous Terms and Conditions agreed to for this Purchase Order including previous Change Notices remain in effect unless otherwise specified in the body of the Change Notice.

**WESTINGHOUSE PROPRIETARY CLASS 2**

Signed by_____