NOTARY PUBLIC SHIVELAL Regd. No. 2686/4 GOVT. OF INDIA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

VALID OUTSIDE INDIA

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| WESTINGHOUSE ELECTRIC | : | |
| COMPANY LLC, *et al.*, | : | Case No. 17-10751 (MEW) |
| | : | |
| Debtors | : | (Jointly Administered) |

**AFFIDAVIT AND DISCLOSURE STATEMENT OF AKASH NATH ON BEHALF OF DUA ASSOCIATES**

Affidavit of Akash Nath, Son of Akhileshwar Nath, aged 50 years, Partner of Dua Associates, located at 202-206, Tolstoy House, 15 Tolstoy Marg, New Delhi - 110001

I, Akash Nath, do hereby state and declare on solemn affirmation as under:-

1. I am a Partner of Dua Associates located at 202-206, Tolstoy House, 15 Tolstoy Marg, New Delhi - 110001 (the "**Firm**").

2. Westinghouse Electric Company LLC and its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: Legal Services

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving




MY COMMISSION EXPIRE ON 28/07/2019

VALID OUTSIDE INDIA

many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7. As of the commencement of these chapter 11 cases, the Debtors owed the Firm $12,992.70 in respect of prepetition services rendered to the Debtors.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on May 25, 2017, at New Delhi.

NOTARY PUBLIC SHIVELAL Regd. No. 2686/4 GOVT. OF INDIA

Akash Nal

**DEPONENT**

MY COMMISSION EXPIRE ON 28/07/2019

**VERIFICATION**

Verified at New Delhi, India on this 25th day of May 2017 that the contents of the above affidavit are true and correct to my knowledge and no part of it is false and nothing has been concealed there from.

Akash Nand

**DEPONENT**







ATTESTED

Notary Public Delhi (India)

25 MAY 2017




MY COMMISSION EXPIRE ON 28/07/2019

Old Court Compound
Parliament St., New Delhi-1

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **WESTINGHOUSE ELECTRIC** | : | |
| **COMPANY LLC,** ***et al.,*** | : | **Case No. 17-10751 (MEW)** |
| | : | |
| **Debtors** | : | **(Jointly Administered)** |

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Westinghouse Electric Company LLC and its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**").

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Robert J. Lemons, Esq. & Stephanie N. Morrison, Esq.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and Address of firm:
   Dua Associates
   202-206, Tolstoy House
   15 Tolstoy Marg
   New Delhi – 110001
   India

2. Date of retention:
November 2008

3. Type of services to be provided:
Legal Services

4. Brief description of services to be provided:
Legal advice on applicable Indian laws for Westinghouse's proposed operations in India.

5. Arrangements for compensation (hourly, contingent, etc.):
Hourly

(a) Average hourly rate (if applicable):
$400

(b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):
$2500

6. Prepetition claims against the Debtors held by the company:
Amount of claim: $12,992.70
Date claim arose: March 31, 2017
Nature of claim: Professional Fee, Expenses & Service Tax

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the company:

Name: **None**
Status: ____________________
Amount of claim: $____________________
Date claim arose: ____________________
Nature of claim: ____________________

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the company is to be employed:

   **None**

9. Name and title of individual completing this form:

   Akash Nath, Partner, Dua Associates

Dated: May 25, 2017