Presentment Date and Time: June 19, 2017 at 10:00 a.m. (Eastern Time)
Objection Deadline: June 16, 2017 at 2:00 p.m. (Eastern Time)
Hearing Date and Time (Only if Objection Filed): June 22, 2017 at 11:00 a.m. (Eastern Time)

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Robert J. Lemons
Garrett A. Fail

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **WESTINGHOUSE ELECTRIC COMPANY** | : | **Case No. 17-10751 (MEW)** |
| **LLC,** *et al.*, | : | |
| | : | |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------ x

### NOTICE OF PRESENTMENT
### OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE
### DEBTORS TO EMPLOY AND RETAIN K&L GATES LLP AS SPECIAL
### COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

**PLEASE TAKE NOTICE** that on **June 19, 2017** at **10:00 a.m. (Eastern Time)**,

the undersigned will present the annexed Application Authorizing the Debtors to Employ and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

1

Retain K&L Gates as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date to the Honorable Michael E. Wiles, in the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, New York, 10004 (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that any responses or objections (the "**Objections**") to the Application must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, and shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and the *Order Pursuant to 11 U.S.C. §105(a) and Fed. R. Bankr. P. 1015(c), 2002(m), and 9007 Implementing Certain Notice and Case Management Procedures* [ECF No. 101] so as to be received no later than **June 16, 2017 at 11 a.m. (Eastern Time)** (the "**Objection Deadline**").

WEIL:\96126314\9\80768.0015

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and

served with respect to Application, the Debtors may, on or after the Objection Deadline, submit

to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Application, which order may be entered with no further notice or opportunity to be heard.

Dated: June 7, 2017
      New York, New York

*/s/ Robert J. Lemons*
Gary T. Holtzer
Robert J. Lemons
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: gary.holtzer@weil.com
Email: robert.lemons@weil.com
Email: garrett.fail@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

WEIL:\96126314\9\80768.0015

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Robert J. Lemons
Garrett A. Fail

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

In re                                                            :        **Chapter 11**
                                                                      :
**WESTINGHOUSE ELECTRIC COMPANY**    :        **Case No. 17-10751 (MEW)**
**LLC,** *et al.*,                                             :
                                                                      :
                                                                      :
                      Debtors.[1]                           :        **(Jointly Administered)**
                                                                      :
-------------------------------------------------------- x

**APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 327(e) AND 328(a)**
**FOR AUTHORITY TO EMPLOY AND RETAIN K&L GATES LLP AS SPECIAL**
**COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

TO THE HONORABLE MICHAEL E. WILES,
UNITED STATES BANKRUPTCY JUDGE:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

Westinghouse Electric Company LLC (**"WEC LLC"**) and certain debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the **"Debtors"**) respectfully represent as follows in support of this application (the **"Application"**):

## Background

1.      On March 29, 2017 (the **"Petition Date"**), each Debtor commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the **"Bankruptcy Code"**).  The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

2.      The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**).

3.      On April 7, 2017, the United States Trustee for Region 2 appointed the Official Committee of Unsecured Creditors pursuant to section 1102 of the Bankruptcy Code.

4.      Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the commencement of these chapter 11 cases is set forth in the Declaration of Lisa J. Donahue Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York, sworn to and filed on the Petition Date [ECF No. 4].

## Jurisdiction

5.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January

WEIL:\96126314\9\80768.0015

31, 2012 (Preska, C.J.).  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested**

6.      By this Application, pursuant to sections 327(e) and 328(a) of the

Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Rule 2014-1 of the Local

Bankruptcy Rules for the Southern District of New York (the **"Local Rules"**), the Debtors

request authority to employ and retain K&L Gates LLP (**"KLG"** or the **"Firm"**) as their special

counsel for those certain matters pursuant to the terms of the engagement letter dated as of June

1, 2017 (the **"June 1, 2017 Engagement Letter"**), including the alternative fee arrangement

entered into on August 18, 2016 by and between WEC LLC and KLG (the **"KLG AFA"**), *nunc*

*pro tunc* to the Petition Date.

7.      A proposed form of order granting the relief requested herein on a final

basis is annexed hereto as **Exhibit A** (the **"Proposed Order"**), and a true and correct copy of the

June 1, 2017 Engagement Letter is annexed thereto as **Exhibit 1**.

8.      In support of this Application, the Debtors submit the declaration of

Richard W. Hosking, a partner of KLG, annexed hereto as **Exhibit B** (the **"Hosking**

**Declaration"**) and the declaration of Lisa J. Donahue, the Debtors' Chief Transition and

Development Officer, annexed hereto as **Exhibit C**  (the "**Donahue Declaration**").

**KLG's Qualifications and Services**

9.      KLG has a longstanding relationship with the Debtors, having represented

them in a variety of matters over a period of many years.  In particular, KLG has represented

WEC LLC and/or its affiliates since 1986, as the company has existed through various corporate

iterations, in numerous capacities and across a broad range of substantive practice areas.

6

10.     As of the Petition Date, KLG had six (6) currently active matters open for WEC LLC.  Those engagements consist of include European Union regulatory and trade advice; internal investigations; insurance coverage matters and advice; general corporate law counseling; and defense of various litigation matters (collectively, the **"KLG Existing Matters"**).   In addition, from time to time, KLG represents WEC LLC and/or its affiliates with other matters, including: mergers and acquisitions; labor and employment claims; advice and representation in government enforcement and regulatory matters and claims; antitrust advice; nuclear waste disposal issues; international product regulation advice; and advice regarding fuel sales.  It is possible that such engagements could arise during the course of these chapter 11 cases.[2]

11.     KLG is a global law firm with approximately 2,000 lawyers on five continents, including a full-service office in Pittsburgh, Pennsylvania, where many of the Debtors' assets are located, and can provide the personnel and resources necessary to work in an efficient and cost-effective manner on behalf of the Debtors' estates.

12.     The Debtors require and will continue to require KLG's services with respect to the KLG Existing Matters, and such other matters for which the Debtors request KLG's services, throughout these chapter 11 cases.  However, KLG will not serve as the Debtors' general bankruptcy counsel and will not advise the Debtors or their estates with respect to their duties under the Bankruptcy Code.

13.     As a result of KLG's knowledge and experience serving the Debtors for many years, KLG is uniquely qualified and able to represent the Debtors in this regard in a cost-

---

[2]  By this Application, the Debtors seek authorization from this Court to employ KLG in connection with both the Existing Matters and any new matters upon the same terms as set forth in this Application, which may arise during these chapter 11 cases.  In compliance with the United States Trustee's Appendix B Guidelines, KLG has prepared a budget and staffing plan that projects anticipated hours and fees for the Existing Matters and will prepare a budget and staffing plan for each additional matter that may arise during these chapter 11 cases.

effective, efficient and timely manner.  If the Debtors are required to retain different counsel for the KLG Existing Matters, the Debtors will have to expend significant resources and expense in ensuring that new counsel become familiar with the Debtors' business affairs and the KLG Existing Matters.

14.    Mr. Hosking, who, as noted, is a partner of KLG, will be leading KLG's engagement as special counsel and overseeing and managing the matters on which KLG is engaged.  Mr. Hosking will be assisted by other partners and associates of the firm, all of whom are members in good standing of the various state and federal courts to which they have been admitted to practice.

## Professional Compensation

15.    The Debtors understand and have agreed that KLG hereafter will apply to the Court for allowances of compensation and reimbursement of expenses in accordance with General Order M-412 (Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals, dated December 21, 2010 (Gonzalez, C.J.)), Administrative Order M-447 (Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, dated January 29, 2013 (Morris, C.J.)), sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the guidelines of the United States Trustee and any further orders of the Court (the **"Orders"**) for all professional services performed and expenses incurred after the Petition Date.

16.    Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Orders, the Debtors propose to compensate KLG for services rendered in accordance with the June 1, 2017 Engagement Letter, including the KLG AFA, as described in the Hosking Declaration, and to reimburse KLG according to its customary reimbursement

8

policies.  The fee rates described in the Hosking Declaration are blended rates by timekeeper

category regardless of the timekeeper's geographic location, and represent an agreed discount

over KLG's ordinary local rates. The Debtors respectfully submit that KLG's rates and policies

stated in the Hosking Declaration are reasonable.

17.    As set forth in the Hosking Declaration, during the 90-day period prior to

the Petition Date, KLG received payments in the amount of $4,664,529.00 for services

performed and expenses incurred in connection with KLG's representation of the Debtors prior

to the Petition Date.

18.    As of the date of this Application, KLG holds a retainer in the amount of

$870,330.00, subject to the approval of the Court as to any use of the retainer to pay KLG's fees

and expenses.  This retainer is comprised of the following amounts:

- $750,000.00, which KLG received on March 27, 2017 in connection with anticipated representation of the Debtors during these chapter 11 cases;

- $48,002.00, which KLG received on March 28, 2017 and which KLG determined was received in connection with invoices that previously had been paid; and

- $72,328.92, which KLG received as an estimate for services rendered between March 1, 2017 and March 28, 2017 and which, upon reconciliation, KLG determined was in excess of the actual amount due for those services.

**Efforts to Avoid Duplication of Services**

19.    In addition to this Application, the Debtors have filed applications to

employ: (i) Weil, Gotshal & Manges, LLP, as attorneys for the Debtors; (ii) PJT Partners LP, as

investment banker; (iii) AP Services, LLC, and designate Lisa Donahue as the Debtors' Chief

Transition and Development Officer; (iv) Kurtzman Carson Consultants LLC, as claims and

9

noticing agent and administrative advisor; and (v) Togut, Segal & Segal LLP as counsel to Debtor Toshiba Nuclear Energy Holdings (UK) Limited. The Debtors may also file applications to employ additional professionals. Rather than resulting in any extra expense to the Debtors' estates, it is anticipated that the efficient coordination of efforts of the Debtors' attorneys and other professionals will greatly add to the progress and effective administration of these chapter 11 cases. The Debtors intend to carefully monitor and coordinate the efforts of all professionals retained by the Debtors in these chapter 11 cases, including any conflicts counsel, and will delineate their respective duties so as to prevent duplication of services whenever possible.

### No Material Adverse Interest

20.    To the best of the Debtor's knowledge, and based upon the Hosking Declaration, KLG does not represent or hold any interest adverse to the Debtors or its estates with respect to the matters on which KLG is to be employed. Further, to the best of the Debtors' knowledge and based on the Hosking Declaration, KLG does not have any connection with any creditor or other parties in interest, their respective attorneys or accountants, or the U.S. Trustee or any of its employees, except as set forth in the Hosking Declaration. The Debtors are advised that KLG will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise. The Debtors are advised that if any new facts or circumstances are discovered, KLG will supplement its disclosure to the Court.

### Basis for Relief Requested

21.    Bankruptcy Code section 327(e) provides:

> The trustee, with the court's approval, may employ, for a specified special purpose, other than to represent the trustee in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to

the debtor or to the estate with respect to the matter on which such attorney is to be employed.

22.     Under Bankruptcy Code section 327(e), four requirements must be met in order for counsel's retention by a debtor-in-possession to be approved: "(1) the representation is in the best interest of the estate, (2) the attorney represented the debtor in the past, (3) the attorney is for a specific purpose approved by the court, other than to represent the debtor in conducting the case, (4) the attorney does not represent or hold an interest adverse to the debtor or the debtor's estate." *Stapleton v. Woodworkers Warehouse, Inc. (In re Woodworkers Warehouse, Inc.)*, 323 B.R. 403, 406 (D. Del. 2005) (citations omitted).  For reasons explained more fully, *supra*, KLG satisfies the first three of these requirements because (1) it is uniquely qualified and able to represent the Debtors in this regard in a cost-effective, efficient and timely manner and the Debtors would have to expend significant resources and expense if required to search for and retain new counsel; (2) KLG has represented the Debtors in the past, and (3) the Debtor proposes to retain KLG only with respect to the KLG Existing Matters, which will not overlap with services to be provided by the Debtors' proposed general bankruptcy counsel, Weil, Gotshal & Manges, LLP.

23.     Additionally, KLG meets the fourth requirement because it does not represent or hold an interest adverse to the Debtors or the Debtors' estates with respect to the KLG Existing Matters. To qualify for retention as special counsel under Bankruptcy Code section 327(e), an attorney does not need to be a "disinterested person" (as required under section 327(a)) but simply must "not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed." 11 U.S.C. § 327(e) (emphasis added). Thus, "where employment is sought only for specific limited purposes,

11

§ 327(e) not only eliminates the disinterestedness requirement for a professional who has formerly represented the debtor, but also narrows the conflict of interest issue to one of factual evaluation of actual or potential conflicts only as related to the particular matters for which representation is sought." *In re Statewide Pools, Inc.*, 79 B.R. 312, 314 (Bankr. S.D. Ohio 1987).

24.    To the best of the Debtors' knowledge, based upon the Hosking Declaration, KLG represents no interest adverse to the Debtors' estates with respect to the KLG Existing Matters.  Moreover, KLG has never represented, does not currently represent, and will not represent any client other than the Debtors with respect to the KLG Existing Matters. Entities and individuals that, to the best of the Debtors' knowledge, may be potential parties in interest in these chapter 11 cases and that KLG has previously represented, currently represents, and may represent in the future in matters unrelated to the Debtors, these chapter 11 cases or the KLG Existing Matters are identified in **Exhibit 2** to the Hosking Declaration.

25.    The Debtors believe that the employment of KLG is necessary and in the best interests of the Debtors and their estates.

### Notice

26.    Notice of this Application will be provided in accordance with the Order Pursuant to 11 U.S.C. §105(a) and Fed. R. Bankr. P. 1015(c), 2002(m), and 9007 Implementing Certain Notice and Case Management Procedures [ECF No. 101].  The Debtors submit that, in view of the facts and circumstances, such notice is sufficient and no other or further notice need be provided.

27.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

12

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated: June 7, 2017
New York, New York

WESTINGHOUSE ELECTRIC COMPANY LLC
(for itself and on behalf of certain of its affiliated
 debtors as Debtors and Debtors in Possession)


_____*/s/ Lisa J. Donahue*_____
NAME: Lisa J. Donahue
TITLE: Chief Transition and Development Officer

13

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

In re                                           :        **Chapter 11**
                                                :
**WESTINGHOUSE ELECTRIC COMPANY**               :        **Case No. 17-10751 (MEW)**
**LLC,** *et al.,*                              :
                                                :
                                                :
            Debtors.[1]                         :        **(Jointly Administered)**
                                                :
------------------------------------------------------------- x

**ORDER PURSUANT TO**
**11 U.S.C. §§ 327(e) and 328(a), FED. R. BANKR. P. 2014(a)**
**AND 2016, AND LOCAL RULE 2014-1 AUTHORIZING**
**THE EMPLOYMENT AND RETENTION OF K&L GATES LLP AS SPECIAL**
**COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

Upon the application (the "**Application**"),[2] dated June 7, 2017, of Westinghouse Electric

Company LLC and certain debtor affiliates, as debtors and debtors in possession in the above-

captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to sections 327(e) and 328(a)

of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules Rule 2014(a) and 2016 of

the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the

Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**") for an order

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

[2] Capitalized terms not otherwise herein defined shall have the same meanings ascribed to such terms in the Application.

authorizing the employment of K&L Gates LLP ("**KLG**") as special counsel to the Debtors, effective *nunc pro tunc* to the Petition Date, as more fully set forth in the Application; and upon the declaration of Richard W. Hosking, a partner of KLG, annexed to the Application as **Exhibit B** (the "**Hosking Declaration**"), and the declaration of Lisa J. Donahue, Chief Transition and Development Officer for the Debtors, annexed to the Application as **Exhibit C** (the "**Donahue Declaration**"); and the Court being satisfied, based on the representations made in the Application and the Hosking Declaration, that KLG represents or holds no interests adverse to the Debtors or the Debtors' estates with respect to the KLG Existing Matters; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)–(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application having been given as provided in the Application, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice of the Application need be provided; and the Court having held a hearing to consider the relief requested in the Application (the "**Hearing**"); and upon the record of the Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Application and granted herein is in the best interests of the Debtors, their respective estates and creditors, and all parties in interest, and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

WEIL:\96126314\9\80768.0015

**IT IS HEREBY ORDERED THAT:**

1.      The Application is granted.

2.      The Debtors are authorized, but not directed, pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, to employ and retain KLG as special counsel, on the terms set forth in the Application and the Hosking Declaration, *nunc pro tunc* to the Petition Date.

3.      KLG shall be compensated in accordance with, and will file, interim and final fee applications for allowance of its compensation and expenses and shall be subject to sections 330 and 331 of the Bankruptcy Code, and the applicable Bankruptcy Rules, the Local Rules, and any further order of the Court.

4.      Nothing contained in the Application or this Order, nor any payment made pursuant to any interim order or this Order, shall be dispositive with respect to any allocation of responsibility between and among Debtors and non-Debtors for such payment, and all rights with respect thereto are expressly reserved by the Official Committee of Unsecured Creditors.

5.      KLG shall use its best efforts to avoid any duplication of services provided by any of the Debtors' other retained professionals in these chapter 11 cases.

6.      Notice of the Application as provided therein shall be deemed good and sufficient notice of the Application.

7.      KLG shall file with the Court a notice of any increase in KLG's hourly rates as set forth in the Hosking Declaration.  Any party in interest shall have ten (10) days to object to such notice.

8.      To the extent the Application is inconsistent with this Order, the terms of this Order shall govern.

9.      Notwithstanding any applicability of Bankruptcy Rules 6004(h), 7062, or

9014, the terms and conditions of this Order shall be immediately effective and enforceable upon

its entry.

9.      This Court shall have exclusive jurisdiction to hear and determine all

matters arising from or related to the implementation, interpretation and/or enforcement of this

Order.

Dated: _____, 2017
New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE

## **<u>Exhibit 1</u>**

**June 1, 2017 Engagement Letter**



June 1, 2017

Richard W. Hosking
rchard.hosking@klgates.com

T +1 412 355 8612

Howard J. Affinito, Esq.
Deputy General Counsel
Westinghouse Electric Company LLC
1000 Westinghouse Drive
Cranberry Township, PA  16066

**Re:  Confirmation of Engagement**

Dear Howard:

Thank you for asking K&L Gates LLP (the "Firm" or "K&L Gates") to continue to represent Westinghouse Electric Company, LLC and certain affiliates (collectively, "WEC").  We welcome this opportunity and look forward to working with you on this engagement.

This letter replaces and supersedes the engagement letter between K&L Gates and WEC dated March 27, 2017 and incorporates, as though fully set forth herein, WEC's Outside Counsel Guidelines, the Alternative Fee Arrangement entered on August 18, 2016, under which K&L Gates provides legal services to WEC (the "WEC AFA") and the Firm's standard Terms of Engagement for Legal Services previously provided to you (the "Terms").  These Terms will apply to all matters on which we may represent you, except as you and we may otherwise expressly agree.

Please review this letter carefully.  If it is not consistent with your understanding of our engagement in any respect or if you have any questions concerning the nature and terms of our engagement, please contact me as soon as possible so that we can promptly address your concerns.

**The Scope of Our Engagement**

The Firm is being engaged to act as counsel solely for WEC and the affiliates identified on the attached schedule and not for any shareholder, partner, member, manager, director, officer, or employee not specifically identified herein.

We understand that we are to continue to represent WEC in connection with those matters for which K&L Gates had been engaged prior to March 29, 2017, when WEC and the affiliates identified on the attached schedule commenced voluntary cases under chapter 11 of title 11 of

K&L GATES LLP
K&L GATES CENTER  210 SIXTH AVENUE  PITTSBURGH  PA 15222-2613
T +1 412 355 6500  F +1 412 355 6501  klgates.com
    300631997 v2

klgates.com

the United States Code, and to address those additional matters for which the Firm expressly agrees or has agreed to provide representation.

K&L Gates will provide only legal services. We have not been retained, and expressly disclaim any obligation, to provide business or investment advice.

## Our Charges

Our statements for professional services will be substantially based upon the amount of time spent by lawyers, paralegals, and other professionals who perform services on your behalf and their respective hourly rates as in effect in the WEC AFA. Our charges for fees, disbursements, and other charges and the basis for our invoices are addressed in more detail in the WEC AFA and the Terms.

## Our Billing and Payment Arrangements

We will generally render statements for professional services and related charges on a monthly basis and expect payment to be made within 30 days of your receipt of our statement, without regard to the consummation or outcome of the matter for which we have been engaged. In the event our statements are not timely paid, we reserve the right to suspend our services until satisfactory payment arrangements are made or to terminate our services if such arrangements are not made and if such termination is otherwise appropriate. You may, of course, terminate our services at any time.

## Our Staffing of Your Engagement and Communications with You

I will be your principal contact with respect to the Firm's representation of WEC.

Our representation of you will be staffed by other partners, associates and other professional staff as may be appropriate under the circumstances. We will endeavor to keep you apprised of significant developments in the course of our engagement, to consult with you about our work on an ongoing basis and to obtain your direction on critical issues.

You should contact me with any questions you may have about our work or any other aspect of our representation of you. You can reach me at the office 412-355-8612 or on my mobile telephone 412-596-6796 at your convenience.

## Conflicts of Interest

We have searched the Firm's conflicts database and have disclosed to you any ethical conflicts of interest, as defined by the applicable rules of professional conduct, that existed at the time. Such conflicts, if any, have been resolved to your and to our satisfaction. With respect to conflicts of interest that may arise in the future during our engagement by you, the Terms include a Conflict of Interest section in which you agree to a limited, prospective waiver. This

2

June 1, 2017

means that, if all the conditions set forth therein are met, and provided that the matter is not substantially related to the matters we handled or are handling for you, the Firm 1) may represent another client in a matter in which its interests are adverse to your interests, and 2) may represent as a client any individual or entity that is or has been adverse to you. Please review this section, as well as all other sections of the Terms, in detail.

## Our Agreement

In providing legal services to you, absent timely advice from you to the contrary, we will act in reliance upon the understanding that this letter and the Terms constitute our mutual understanding with respect to the terms of our retention. If you proceed with the use of our services, please sign and return to me the enclosed copy of this letter in order that we each have a fully-executed copy for our files.

On behalf of K&L Gates, I thank you for the continued opportunity to represent WEC. We look forward to serving you.

Very truly yours,

Richard W. Hosking

cc: Michael T. Sweeney, Esq.

Enclosure:  Terms of Engagement for Legal Services


I/we confirm my/our engagement of K&L Gates LLP as set forth herein and in the enclosed Terms of Engagement.

Westinghouse Electric Company LLC

Howard J. Affinito, Esq.
Deputy General Counsel


Date:  6/1/17

3

June 1, 2017

# K&L GATES LLP

## TERMS OF ENGAGEMENT FOR LEGAL SERVICES

Thank you for selecting K&L Gates LLP ("K&L Gates") to represent you and to provide legal services as described in our engagement letter. These Terms of Engagement for Legal Services (the "Terms"), together with our engagement letter, set forth the basis upon which K&L Gates will provide legal services to you. Absent a contrary agreement between us, we will understand that our engagement letter and these Terms supersede any prior oral understandings between us and together form the contract ("Engagement Contract") for our initial engagement and any subsequent assignments upon which you and we may mutually agree.

We believe it is important to establish clearly the basic terms of our engagement at the outset. Accordingly, if you have any questions concerning these Terms, please contact the lawyer responsible for your engagement so that your questions or concerns may be addressed and resolved promptly.

## INTRODUCTION

K&L Gates comprises multiple affiliated entities: a limited liability partnership named K&L Gates LLP qualified in Delaware ("K&L Gates-US," the "Firm," or "we" or "us" as the context requires) and maintaining offices in certain states throughout the United States and in a number of international multiple affiliated entities.[1]

## OTHER K&L GATES ENTITIES

You agree that, as your agent, we may engage other K&L Gates entities to assist us in carrying out our engagement, where appropriate and with notice to you.

Numerous countries in which our offices are located have enacted Anti-Money Laundering ("AML") laws. If K&L Gates lawyers in any of these offices are engaged to assist you in matters within the scope of our engagement, it will be necessary to comply with the applicable AML laws. In connection therewith, we or lawyers from the appropriate office may be required to obtain additional, specific evidence of client identity from you and/or to report certain transactions to the authorities. If these AML requirements are applicable, you will be informed of the details needed for compliance.

## OUR LAWYER-CLIENT RELATIONSHIP

The Firm has been engaged to represent only the client(s) named in our engagement letter ("you" or the "Client"), even if someone other than you, including an insurer, is responsible for paying, or has agreed to pay, our statements. Accordingly, absent a specific, separate engagement to represent such other persons or entities, (1) if our Client is an individual, the Firm has not agreed to represent, and is not representing, any other person or any affiliated entity; (2) if our Client is a corporation, partnership, joint venture or other entity, the Firm has not agreed to represent, and is not representing, any of your constituents, including directors, officers, employees, managing agents, partners, members, shareholders, affiliates (including parents and subsidiaries) or other persons associated with you; and, (3) if our Client is a trade association or other member organization, the Firm has not agreed to represent, and is not representing, any director, officer, member of or other entity represented by you or any of your other constituents.

In addition, the Firm's engagement to represent you is limited to the matter(s) described in our engagement letter and to any additional matters for which the Firm expressly agrees to provide legal representation.

You acknowledge that the Firm has not provided you with legal advice concerning the terms and conditions of our Engagement Contract.

---

[1] K&L Gates comprises multiple affiliated entities: a limited liability partnership named K&L Gates LLP qualified in Delaware ("K&L Gates-US,", the "Firm,: or "we" or "us" as the context requires) and maintaining offices in certain states throughout the United states and in Beijing ("K&L Gates LLP Beijing Representative Office"), Berlin, Doha, Dubai, Frankfurt, Munich, Seoul ("K&L Gates LLP Seoul Foreign Legal Consultant Office"), Shanghai ("K&L Gates LLP Shanghai Representative Office"), and Singapore; an Australian multi-disciplinary partnership maintaining offices in Brisbane, Melbourne, Perth and Sydney ("K&L Gates-AUS"); a limited liability partnership (also named K&L Gates LLP); incorporated in England and Wales and maintaining offices in London and Paris ("K&L Gates-UK"); a Delaware general partnership ("K&L Gates Belgium") maintaining an office in Brussels; a Hong Kong general partnership ("K&L Gates, Solicitors") maintaining an office in Hong Kong; a professional association established and organized under the laws of Italy named Studio Legale Associato with an office in Milan; a general partnership organized under the laws of Brazil named K&L Gates LLP – Consultores em Direito Entrangeiro/Direito Norte-Americano, with an office in São Paulo; a Taiwan general partnership ("K&L Gates") maintaining an office in Taipei; a joint enterprise formed in accordance with Japanese regulations ("K&L Gates Gaikokuho Joint Enterprise") maintaining an office in Tokyo; and a Polish limited partnership ("K&L Gates Jamka sp.k") maintaining an office in Warsaw.

## OUR CHARGES FOR LEGAL SERVICES

### A.  Legal Fees

Our statements for professional services will be substantially based upon the time spent by professionals, including lawyers, paralegals and other staff members operating under the supervision of lawyers, who perform services on your behalf. The hourly rates for those individuals are based upon their experience and vary by office across the Firm. Time spent on your matters will include meetings with you and others; traveling; considering, preparing and working on documents, pleadings and other papers; written and electronic correspondence; and, making and receiving telephone calls. Whether or not a matter proceeds to completion, our statements will include all work done and all expenses incurred, unless otherwise agreed.

Our hourly rates are periodically reviewed and adjusted. In preparing our statements for professional services, we will use our hourly rates in effect when our services were rendered.

Information regarding standard hourly rates and other charges established by the Firm is proprietary to the Firm. You agree not to disclose such information to third parties without the Firm's prior written consent. In the event that you are served with a demand or legal process that you believe requires you to disclose such information, you agree to notify the Firm immediately of such demand or process, and to reasonably cooperate with the Firm in protecting the Firm's proprietary information from disclosure without the Firm's consent.

Where requested, we may provide you an estimate of the overall costs that may be incurred in connection with a particular engagement. Any such estimate is necessarily based on a number of uncertain factors and future developments and may be influenced by your decisions and by the actions of third parties. Accordingly, any estimate we provide shall not constitute a promise or agreement that we will render the necessary services within a specific time or for a specific amount. The Firm's statements for professional services will be based on the Firm's billing policies, as set forth herein, and the charges reflected in such statements may vary from any estimates previously given.

### B.  Disbursements

You will be billed for disbursements and other charges relating to our professional services. With respect to disbursements incurred on your behalf to vendors and other third parties for incidental expenses (such as filing fees and travel expenses), you will be billed at our invoiced cost. With respect to internally-generated and other charges (such as photocopying and facsimile transmissions), you will be billed in accordance with our Schedule of Standard Charges in effect when the charge is incurred. Our current Schedule is attached to these Terms. Where the nature of our engagement requires the retention of third parties (e.g., expert witnesses, accountants, actuaries or other consultants, mediators or arbitrators), we will obtain your approval for such retention, and we will forward their statements for services and expenses directly to you for payment.

### C.  Other K&L Gates Entities Charges

Where, with notice to you, we have engaged another K&L Gates entity to assist us in our representation of you, we will include their charges in our statement for professional services unless you ask us to arrange for the other K&L Gates entity to invoice you separately.

## OUR BILLING AND PAYMENT ARRANGEMENTS

### A.  Billing

It is our general practice to render statements for professional services and related charges on a monthly basis. We will send a final statement after completion of our work.

You have agreed to send us an advance payment of $750,000.00. We will deposit and hold that advance in a separate trust account. Our statements for professional services and related charges, as described in these Terms, will be presented to you and will be payable upon presentation. When our engagement is concluded or our services are terminated, you authorize us to withdraw funds from that account to pay any outstanding balance due at that time. We shall refund to you any amount remaining after the application of the advance to any outstanding balance. Should the scope of our engagement change significantly, we may request an additional advance before performing additional services.

### B.  Payment

We will expect payment to be made within thirty days after your receipt of our statement, without regard to the consummation of any proposed transaction or the outcome of any matter. Payment should be made by you in the full amount of our statement and you will be responsible also for any withholding tax or other deduction that may be chargeable to you by the relevant taxing authorities or by a governmental entity. In the event our statements are not paid in a timely manner, we reserve the right to defer further work on your account and, where such arrearage is not resolved after notice of delinquency is given to you, to terminate our representation of you. Under such circumstances, you agree to consent to,

and not oppose, such termination and to sign a substitution of counsel and/or such other document as may be reasonably necessary to effect the Firm's termination of our lawyer-client relationship, including the Firm's withdrawal of its prior appearance in any court or other litigated proceeding. The termination of our lawyer-client relationship shall not affect your ongoing responsibility for any fees or other charges incurred as of the date of our notice of termination.

C.    **Third Party Payment Responsibility**

If a third party (including an insurer) undertakes to pay any portion of the Firm's bills, 1) you will remain responsible for payment of any amounts billed by the Firm and not paid by that third party, 2) you hereby consent to the application of those funds to the outstanding balance of your account with the Firm and waive any right you might otherwise have to direct us to pay or apply those funds in any other fashion, and 3) to the extent any such third party makes payment to us on your behalf accompanied by directions as to what portion of outstanding fees and expenses are to be covered by such payment, you hereby consent to us adhering to those directions and waive any right you might otherwise have to direct us to pay or apply those funds in any other fashion. If you are awarded legal fees or costs by a court or other party, you will remain responsible for payment of the Firm's billed fees and other charges, even if the award to you is less than the amounts we have billed you. Where we have agreed to represent multiple clients in a matter, each client will be jointly and severally responsible for payment of the Firm's statements.

D.    **Questions**

If you have any questions about any statement that we submit to you, you should contact the lawyer responsible for your engagement as soon as you receive it so that we may understand and address your concerns promptly.

**TERMINATION**

A.    **Your Right to Terminate**

You may terminate our engagement on any or all matters at any time, with or without cause. Your termination of our services will not affect your responsibility to pay for billed and unbilled legal services rendered or other charges incurred as of the date of termination and; where appropriate, for such expenses as we may incur in effecting an orderly transition to successor lawyers of your choice.

B.    **Our Right to Terminate**

Subject to any applicable ethical rule or legal requirement, the Firm reserves the right to terminate its representation of you, subject to such permission from any court or tribunal as may be required under the circumstances. In such event, we will provide you with reasonable notice of our decision to terminate and afford you a reasonable opportunity to arrange for successor lawyers, and we will assist you and your successor lawyers in effecting a transition of the engagement. Reasons for the Firm's termination may include your breach of our Engagement Contract including, without limitation, failure to pay outstanding statements in a timely manner as set forth above, the risk that continued representation may result in our violation of applicable rules of professional conduct or legal standards or of our obligations to any tribunal or third parties, your failure to give us clear or proper direction as to how we are to proceed or to cooperate in our representation of your interests, or other good cause.

C.    **Termination Upon Conclusion**

Unless it is previously terminated, our representation of you, and our lawyer-client relationship with you, will be deemed to have been terminated upon the conclusion of our services and our delivery of our final statement for the services described in our engagement letter and any additional matters for which the Firm has expressly agreed to provide representation.

D.    **Post-Engagement Matters**

After the conclusion or termination of our representation of you as described in our engagement letter and these Terms, changes in relevant laws, regulations or decisional authorities may affect your rights and obligations. Unless you engage the Firm to provide future services and to advise you with respect to any issues that may arise in the future as a result of such changes, we will have no continuing obligation to advise you with respect to future legal developments.

**OUR COMMUNICATIONS WITH CLIENTS**

The Firm's lawyers strive to keep our clients reasonably informed about the status of our engagements and promptly to comply with reasonable requests for information. To enable us to provide effective representation, you agree to be truthful and to cooperate with us in the course of the engagement and to keep us reasonably informed of material developments.

If there are particular limitations on how you would like us to communicate with you, please advise us in advance about your preferences. Unless you advise us to the contrary, however, we will assume that communication by e-mail and fax is acceptable to you. Absent special arrangements, we do not employ

encryption technologies in our electronic communications.

## CONFIDENTIALITY

**A.**    **Confidentiality and Disclosure**

We owe a duty of confidentiality to all our clients. Accordingly, you acknowledge that we will not be required to disclose to you, or use on your behalf, any documents or information in our possession with respect to which we owe a duty of confidentiality to another client or former client.

**B.**    **Disclosure to Certain Third Parties**

You agree that we may, when required by our insurers, auditors or other advisers, provide details to them of any matter or matters on which we have represented you.

**C.**    **Disclosure to Other K&L Gates Entities**

You agree that we may disclose confidential information relating to you, or any matters on which we are representing you, to other K&L Gates entities.

**D.**    **Data Protection**

Any information, including personal data, that K&L Gates collects in our global legal practice may be controlled, stored and processed in, and transferred among, any of our offices and with such contractors as we engage to assist us in our practice, and may be transferred to and through any country, including countries that may not have privacy (data protection) legislation and regulations comparable, for example, to countries in the European Economic area. The location of our offices and of such contractors may change from time to time, and we may acquire offices and engage contractors in other countries at any time. We understand that, in engaging the Firm, you expressly consent to all such control, storage, processing and transfers.

## CONFLICTS OF INTEREST

The Firm's lawyers, acting in a variety of practice areas and in multiple jurisdictions, provide and will provide legal services to thousands of current clients and future clients. Those clients may be competitors, customers, suppliers or have other business dealings and relationships inter se. As a result, those clients may have matters in which their interests are actually or potentially adverse to one another.

In these circumstances, the Firm's ability 1) to represent you in any matter involving, directly or indirectly, another client, and 2) to represent as a client any individual or entity that is or has been adverse to you will be governed exclusively by applicable rules of professional conduct, unless otherwise agreed to by you and the Firm and, as appropriate, any other Firm client. To allow the Firm to represent both you and other current and future clients in pending or future matters to the fullest extent consistent with applicable ethical restrictions, we request our clients to agree to a limited waiver of certain actual or potential conflicts of interest.

Specifically, by this engagement, (1) you agree that the Firm can represent other clients whose interests are actually or potentially adverse to you and can represent as a client any individual or entity that is or has been adverse to you, provided that: (a) the matter is not substantially related to any current or concluded matter in which the Firm has represented you; (b) in carrying out any such other representation, the Firm shall not violate the duty of confidentiality that we owe to you; and, (c) prior to undertaking the other representation, the Firm has reasonably concluded, in the existing circumstances, including this consent, that the Firm can provide competent and diligent representation to you and each other affected client and that the other representation complies with applicable ethical standards; and, (2) you agree that you will not seek to disqualify us from representing other clients with respect to any matters where such provisos are satisfied.

You further agree that, if you choose to withdraw your consent to the Firm's representation of another client in any such other representation, you will, at our request, engage other counsel, and, after any brief and reasonably necessary transition period (for which we will not bill you), you will permit us to terminate our representation of you unless any rule or statute or tribunal with jurisdiction precludes us from doing so.

We have a large and diverse transactional patent practice. You agree that no conflict of interest is presented when, on behalf of other Firm clients, we render patentability, infringement and validity opinions regarding, and advance patentability arguments over, patents and/or patent applications owned, licensed or controlled by you, but not handled by our law firm.

We also have a large and diverse transactional trademark practice. You agree that no conflict of interest is presented when, on behalf of other Firm clients, we render registrability, infringement and validity opinions regarding, and advance registrability arguments over, registered or unregistered trademarks and/or trademark registration applications owned, licensed or controlled by you, but not handled by our law firm.

Finally, you agree that, for the purposes of determining whether any conflict may exist, only the client(s) identified in our engagement letter, and not

any affiliated entity or person, shall be considered our client.

## OPPOSING LAWYERS

In addition to our representation of business and not-for-profit entities as well as individuals, we also regularly serve as legal counsel to lawyers and law firms. From time to time, we engage other lawyers and law firms to represent us. As a result, opposing lawyers in a matter may be a lawyer or law firm that we represent now or may represent in the future. Likewise, opposing lawyers in a matter may represent us now or in the future. Further, we have professional and personal relationships with many other lawyers, often because of our participation in professional organizations. Collectively, these situations are common in the legal field. We believe that these relationships with other lawyers will not adversely affect our ability to represent you.

## DOCUMENT RETENTION

Your original hard copy documents and property, described further below, will be returned to you upon conclusion of our representation of you on a particular matter (unless they are relevant to another matter on which we continue to represent you) and, upon our receipt of payment for outstanding fees and other charges, subject to applicable Rules of Professional Conduct. At that time, you will also have the opportunity to accept the remainder of your entire client file, including lawyer work product. Some K&L Gates offices maintain files in a digital image format. If you request your file from any of those offices, we will provide it in an electronic format on a CD, DVD or other medium. Should you decide not to accept your remaining file at that time, you authorize us to destroy your files at our discretion. If you do not request the return of your file at the time your matter is concluded, we may retain or destroy the file without further notice to you.

Original documents and property, if not returned to you for any reason, will be designated for permanent retention and will not be destroyed without your prior approval. Such items include, but are not limited to, money orders, travelers checks, stocks and bonds, final executed releases, settlement agreements, contracts and sale or purchase agreements, judgments, deeds, titles, easements, wills and trusts, powers of attorney and all other dispositive estate planning documents.

You agree that our drafts of documents, notes, internal working papers, internal e-mail and electronic databases shall be and remain the property of K&L Gates LLP and shall not be considered part of your client file.

The Firm retains the right to make copies of your file, at our expense, for our own information and retention purposes.

## FIRM LAWYERS' PRIVILEGE

We believe it is in your interest as well as the Firm's interest that, in the event ethical or other legal issues arise during our representation of you, including conflict of interest issues or potential disputes between us, the Firm lawyers working on your behalf are able to receive informed, confidential advice regarding their obligations. Accordingly, if we determine in our discretion that it is necessary or advisable for Firm lawyers to consult with our internal or outside counsel, you agree that they may do so and that you recognize the Firm has a lawyer-client privilege protecting the communications between the Firm lawyers working on your behalf and the Firm's internal or outside counsel.

## NEW YORK FEE DISPUTE PROCESS

If any of our New York licensed lawyers work on this matter and if a material portion of the legal services we provide to you takes place in New York, you may have an option to invoke arbitration should a fee dispute arise between you and us during or at the conclusion of this engagement. Specifically, in any civil matter where the fee dispute involves a sum of up to $50,000, you may have a right to compel resolution by binding arbitration. In addition, whether or not binding arbitration is available, both you and we are encouraged to seek resolution of lawyer-client disputes, including fee disputes, through mediation, and the New York Courts and Bar have established a program for mediation of such disputes by an impartial mediator. In the event that any fee dispute should arise in this engagement which is not promptly and satisfactorily resolved between us, we shall furnish you with further details concerning the procedures and effects of arbitration and mediation, so that you can make an informed decision as to how to proceed in the circumstances.

## CLIENT RESPONSIBILITIES

It is possible that you may have insurance policies relating to the matter that is the subject of our engagement. You should carefully check the insurance policies you have purchased and, if coverage may be available, you should provide notice to all insurers that may provide such coverage as soon as possible. Although we will be pleased to assist you in assessing the potential for coverage under any policies you may have, our engagement will not include advising you with respect to the existence or availability of insurance coverage for matters within the scope of our engagement unless you supply us with copies of your insurance policies

and expressly request our advice on the potential coverage available under such policies.

## SEVERANCE OF TERMS

If all or any part of our Engagement Contract is or becomes illegal, invalid or unenforceable in any respect, then the remainder will remain valid and enforceable.

## THIRD PARTY RIGHTS

No provision of our Engagement Contract is intended to be enforceable by any third party. Accordingly, no third party shall have any right to enforce or rely on any provision of our Engagement Contract.

## ASSIGNMENT

A.    **Permitted Assignment**

We may assign the benefit of our Engagement Contract to any partnership or corporate entity that carries on the business of K&L Gates-US in succession to us and you will accept the performance by such assignee of the Engagement Contract in substitution for our performance. References in these Terms (other than in this paragraph) and in any relevant engagement letter to the Firm or to K&L Gates-US shall include any such assignee.

B.    **Other Assignment**

Subject to the foregoing paragraph, neither you nor we shall have the right to assign or transfer the benefit or burden of our Engagement Contract without the written consent of the other party.

## DEFINITIONS

In these Terms a reference to a **"matter"** is to a transaction, case or other matter as to which at any time you have engaged us to represent you; and, any reference to **"our services"** is to the legal services to be provided by us to you as described in our engagement letter and any other legal services provided by us to you at any time in relation to a matter.

## INCONSISTENCIES

In the event of any inconsistency between our engagement letter and these Terms, the engagement letter shall prevail.

## RESOLVING PROBLEMS AND DISPUTES

If you have any complaints or concerns about our work for you, please raise these in the first instance with the lawyer responsible for your engagement or with the Firm's Chairman or Global Managing Partner. We will investigate your complaint promptly and carefully and do what we reasonably can to resolve the difficulties to your satisfaction.

## APPLICATION OF TERMS

If you have any complaints or concerns about our work for you, please raise these in the first instance with the lawyer responsible for your engagement or with the Firm's Chairman or Global Managing Partner. We will investigate your complaint promptly and carefully and do what we reasonably can to resolve the difficulties to your satisfaction.

# K&L GATES LLP

## SCHEDULE OF STANDARD CHARGES

### 2017

| DESCRIPTION OF CHARGE: | STANDARD CHARGE | UNIT BASIS |
|---|---|---|
| Photocopying/Image Printing | $0.20 | Each copy |
| Color Copying/Printing | $1.00 | Each copy |
| Facsimile | $0.75 | Each outgoing transmitted page, plus cost of telephone line usage |
| CD Burning | $25.00 | Per CD |

Legal Research:  The Firm pays for Lexis and Westlaw under monthly fixed fee contracts.  The actual, monthly fixed fee is allocated to all users of the database each month, and client charges for such usage are directly proportional to the actual research conducted on their behalf.

Long Distance Telephone and Conference Calls:  The charge for long distance and conference calls is based on the actual time length of the call placed at rates that reasonably approximate our costs.

Secretarial Overtime:  As required by client specific circumstances, secretarial overtime will be charged at the Firm's average hourly rate for secretarial overtime.

The following are examples of items that will be charged at their out-of-pocket cost to K&L Gates:

Courier (Federal Express, UPS, etc.)

Business Meals

Off-site Storage Retrieval

Schedule of WEC Affiliates Subject to Representation
(may be modified by agreement between WEC and the Firm)

1.  Westinghouse Electric Company LLC
2.  CE Nuclear Power International, Inc.
3.  Fauske and Associates LLC
4.  Field Services, LLC
5.  Nuclear Technology Solutions LLC
6.  PaR Nuclear Holding Co., Inc.
7.  PaR Nuclear, Inc.
8.  PCI Energy Services LLC
9.  Shaw Global Services, LLC
10. Shaw Nuclear Services, Inc.
11. Stone & Webster Asia Inc.
12. Stone & Webster Construction Inc.
13. Stone & Webster International Inc.
14. Stone & Webster Services LLC
15. WEC Carolina Energy Solutions, Inc.
16. WEC Carolina Energy Solutions, LLC
17. WEC Engineering Services Inc.
18. WEC Equipment & Machining Solutions, LLC
19. WEC Specialty LLC
20. WEC Welding and Machining, LLC
21. WECTEC Contractors Inc.
22. WECTEC Global Project Services Inc.
23. WECTEC LLC
24. WECTEC Staffing Services LLC
25. Westinghouse Energy Systems LLC
26. Westinghouse Industry Products International Company LLC
27. Westinghouse International Technology LLC
28. Westinghouse Technology Licensing Company LLC

**<u>Exhibit B</u>**

**Hosking Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                    :
                                                         :        **Chapter 11**
**WESTINGHOUSE ELECTRIC**                                :
**COMPANY LLC,** *et al.,*                               :        **Case No. 17-10751 (MEW)**
                                                         :
          **Debtors**[1]                                 :        **(Jointly Administered)**
-----------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF
## RICHARD W. HOSKING ON BEHALF OF K&L GATES LLP PURSUANT
## TO 11 U.S.C. §§ 327(e), 328(a), 329, AND 504 AND FED. R. BANKR. P. 2014(a) AND 2016

Richard W. Hosking makes this declaration under 28 U.S.C. § 1746:

1.       I am a partner of the firm of K&L Gates LLP (**"KLG"** or the **"Firm"**), an

international law firm with offices at 210 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

2.       I submit this Declaration in connection with the application submitted on the date

hereof (the **"Application"**), of Westinghouse Electric Company LLC and certain of its

subsidiaries and affiliates, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the **"Debtors"**), for authority to employ and retain KLG as special counsel in

the above-captioned chapter 11 cases, *nunc pro tunc*, to March 29, 2017 (the **"Petition Date"**),

in accordance with an engagement letter dated as of June 1, 2017 (the **"June 1, 2017**

**Engagement Letter"**), including a pre-Petition Date alternative fee arrangement entered into on

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

August 18, 2016 by and between WEC LLC and KLG (the **"KLG AFA"**), in compliance with

sections 327(e), 328(a), 329 and 504 of title 11 of the United States Code (the **"Bankruptcy**

**Code"**), and to provide the disclosure required under Rules 2014(a) and 2016(b) of the Federal

Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**) and Rule 2014-1 of the Local

Bankruptcy Rules for the Southern District of New York (the **"Local Rules"**).

3.      Unless otherwise stated in this Declaration, I have personal knowledge of the

facts set forth herein.  To the extent any information disclosed herein requires amendment or

modification upon KLG's completion of further review, or as additional party in interest

information becomes available to it, a supplemental declaration will be submitted to the Court

reflecting such amended or modified information.

4.      Neither I, KLG, nor any member of, counsel to, or associate of the Firm

represents any entity other than the Debtors in connection with the KLG Existing Matters, as set

forth herein.  In addition, except as set forth herein, to the best of my knowledge, after due

inquiry, neither I, KLG, nor any member of, counsel to, or associate of the Firm represents any

party in interest in these chapter 11 cases in matters related to these chapter 11 cases.

### KLG's Connections with the Debtors

5.      KLG has a longstanding relationship with the Debtors, having represented them in

a variety of matters over a period of many years.  In particular, KLG has represented WEC LLC

and/or its affiliates since 1986, as the company has existed through various corporate iterations,

in numerous capacities and across a broad range of substantive practice areas.

6.      As of the Petition Date, KLG had six (6) currently active matters open for WEC

LLC (collectively, the **"KLG Existing Matters"**).  The KLG Existing Matters consist of the

following:

- *Insurance Coverage Advice (1 matter)*—KLG provides advice to WEC LLC on various insurance law and coverage-related issues, including, but not limited to, D&O insurance;

- *Commercial Litigation and Disputes (2 matters)*—KLG provides advice to WEC LLC in connection with a commercial litigation matter involving the company;

- *Policy and Regulatory Matters (1 matter)*—KLG provides advice to and represents WEC LLC in connection with various antitrust, competition and trade regulation matters, both domestic and international in nature and on topics relating to, among others, nuclear waste disposal, international product regulation and fuel sales.

- *Internal Investigations (2 matters)*—KLG is conducting and/or assisting WEC LLC's internal audit function in conducting various internal investigations.

- *General Corporate Matters*—KLG shall provide general corporate advice as request by the company and Debtors' general bankruptcy counsel.  KLG shall also bill time in this category in connection with its retention and fee applications in these chapter 11 cases.

7.     Many of the KLG Existing Matters are complex and have been ongoing for some time prior to the Petition Date.

8.     In addition, from time to time, KLG represents WEC LLC and/or its affiliates with the follow matters: mergers and acquisitions; labor and employment claims; advice and representation in government enforcement and regulatory matters and claims; antitrust advice; nuclear waste disposal issues; international product regulation advice; and advice regarding fuel sales.  It is possible that such engagements could arise during the course of these chapter 11 cases.  KLG's budget and staffing plan for the months ahead will account for the Existing Matters.

### KLG's Disclosure Procedures

10.     KLG, which employs approximately 2,000 attorneys, has a large and diversified legal practice that encompasses the representation of many financial institutions and commercial

corporations. KLG has, in the past, represented, currently represents, and may in the future

represent, entities that are claimants or interest holders of the Debtors in matters unrelated to the

KLG Existing Matters. Some of those entities are, or may consider themselves to be, creditors or

parties in interest in these chapter 11 cases or otherwise have interests in these cases.

11.    In preparing this Declaration, I used a set of procedures developed by KLG to

ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the

Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**") regarding

the retention of professionals by a debtor under the Bankruptcy Code (the "**Firm Disclosure**

**Procedures**"). Pursuant to the Firm Disclosure Procedures, I performed, or caused to be

performed, the following actions to identify the parties relevant to this Declaration and to

ascertain KLG's connection to such parties:

a) A list was compiled by the Debtors (the "**Conflict Party Checklist**"), which is attached hereto at **Exhibit 1**, containing the names of (i) the Debtors; (ii) the Debtors' directors and officers, both current and former; (iii) the Debtors' shareholders; (iv) the Debtors' non-debtor affiliates, trade names and aliases; (v) the Debtors' purported secured lenders; (vi) the Debtors' consolidated top (30) largest unsecured creditors; (vii) the creditor matrix; (viii) personnel at the Office of the United States Trustee and at the Court; and (ix) certain other creditors and parties in interest, including any attorneys, accountants, or financial consultants in these chapter 11 cases, and any investment bankers who represent or may represent the Debtors, claimants, or other parties in interest in these chapter 11 cases.

b) KLG maintains a database containing the name of each current and former client, the names of the parties who are or were related or adverse to such current or former client, and the names of the KLG personnel who are or were responsible for current or former matters for such client since 2002 (the "**Database**"). KLG maintains the Database so that it includes additional entities that become related to current and former clients.

c) KLG compared the names included in the Conflict Party Checklist to the names in the Database to identify any matches, determine whether

such matches are current or former clients, and identify the KLG personnel responsible for such matters.

d)  Using information in the Database, and except as disclosed herein, I verified that KLG does not currently represent any entity on the Conflict Party Checklist in connection with the Debtors or these chapter 11 cases.

e)  Further, for any matter unrelated to the Debtors or these chapter 11 cases in which KLG may represent an entity in the Conflict Party Checklist, KLG does not hold or represent an interest that is adverse to the Debtors or their estates with respect to the matters on which KLG is to be employed.

**KLG's Connections with Parties in Interest in Matters Unrelated to
The Debtors, These Chapter 11 Cases And/Or The KLG Existing Matters**

12.    Either I, or an attorney working under my supervision, reviewed the connections between KLG and the clients identified on the Conflict Party Checklist, and the connections between those entities and the Debtors. After such review, either I, or an attorney working under my supervision, determined, in each case, that KLG does not hold or represent an interest that is adverse to the Debtors' estates with respect to the KLG Existing Matters, for the reasons discussed below.

13.    KLG previously represented, currently represents, and may represent in the future the entities described in **Exhibit 2** hereto, in matters unrelated to the Debtors, these chapter 11 cases and/or the KLG Existing Matters.  These disclosures, attached hereto as **Exhibit 2**, are the product of implementing the Firm Disclosure Procedures.  An entity is listed as a "Current Client" on **Exhibit 2** if KLG has any open matters for such entity or a known affiliate of such entity and attorney time charges have been recorded on any such matters within the past two years.  An entity is listed as a "Former Client" on **Exhibit 2** if KLG represented such entity or a known affiliate of such entity within the past two years based on recorded attorney time charges on a matter, but all matters for such entity or any known affiliate of such entity have been

5

formally closed.  KLG has not represented, does not represent, and will not represent any entities

list on **Exhibit 2** in matters directly related to the Debtors, these chapter 11 cases or the KLG

Existing Matters.

14.      In addition to the foregoing, through diligent inquiry, I have ascertained no

connection, as such term is used in Bankruptcy Rule 2014(a), between KLG and (i) the U.S.

Trustee or any person employed by the U.S. Trustee, (ii) any attorneys, accountants, or financial

consultants in these chapter 11 cases, or (iii) any investment bankers who represent or may

represent the Debtors, claimants, or other parties in interest in these chapter 11 cases, except as

set forth herein.  KLG has not represented, and will not represent, any of such parties in relation

to the Debtors, these chapter 11 cases or the KLG Existing Matters.  KLG does not have any

relationship with any such attorneys, accountants, financial consultants, or investment bankers

that would be adverse to the Debtors or their estates with respect to the KLG Existing Matters.

15.      Additionally, KLG has represented, and may currently represent, entities that

hold, or may in the future hold, certain of the Debtors' debt in beneficial accounts on behalf of

unidentified parties.  Because distressed debt is actively traded in commercial markets, KLG

may be unaware of the actual holder of such debt at any given moment.  KLG also represents

numerous entities in unrelated matters that may buy and/or sell distressed debt or claims of

chapter 11 debtors.

16.      Despite the efforts described herein to identify and disclose KLG's connections

with the parties in interest in these chapter 11 cases, because the Debtors have numerous

relationships, KLG is unable to state with absolute certainty that every client relationship or

other connection has been disclosed.  In this regard, KLG will continue to apply the Firm

Disclosure Procedures.  If any new material, relevant facts, or relationships are discovered or arise, KLG will promptly file a supplemental disclosure with the Court.

### KLG's Retainer, Rates, and Billing Practices

17.    Over the twelve (12) months immediately preceding the Petition Date, KLG was paid approximately $6,200,000 for services performed and expenses incurred in connection with KLG's representation of the Debtors prior to the Petition Date.  This amount includes the retainer advance referenced in paragraph 17 of this Declaration.

18.    During the 90-day period prior to the Petition Date, KLG received payments in the amount of $4,664,529 for services performed and expenses incurred in connection with KLG's representation of the Debtors prior to the Petition Date.

19.    As of the date of this Application, KLG holds a retainer in the amount of $870,330.00, subject to the approval of the Court as to any use of the retainer to pay KLG's fees and expenses.  This retainer is comprised of the following amounts:

- $750,000.00, which KLG received on March 27, 2017 in connection with anticipated representation of the Debtors during these chapter 11 cases;

- $48,002.00, which KLG received on March 28, 2017 and which KLG determined was received in connection with invoices that previously had been paid; and

- $72,328.92, which KLG received as an estimate for services rendered between March 1, 2017 and March 28, 2017 and which, upon reconciliation, KLG determined was in excess of the actual amount due for those services.

20.    KLG intends to charge the Debtors for services rendered in connection with the KLG Existing Matters in accordance with the June 1, 2017 Engagement Letter and the KLG AFA, which applies blended rates by timekeeper category regardless of the timekeeper's geographic location.  Specifically, pursuant to the KLG AFA, partners and of counsel are billed

at $700/hour, associates are billed at $370/hour, paralegals and clerks are billed at $250/hour and

e-DAT attorneys are billed at $175/hour.    These fee rates are blended rates by timekeeper

category regardless of the timekeeper's geographic location, and represent an agreed discount

over KLG's ordinary local rates.

21.    KLG also intends to seek reimbursement for expenses incurred in connection with

its representation of the Debtors in accordance with KLG's normal reimbursement policies,

subject to any modifications to such policies that KLG may be required to make to comply with

the General Order M-412 (Order Establishing Procedures for Monthly Compensation and

Reimbursement of Expenses of Professionals, dated December 21, 2010 (Gonzalez, C.J.)),

Administrative Order M-447 (Amended Guidelines for Fees and Disbursements for Professionals

in Southern District of New York Bankruptcy Cases, dated January 29, 2013 (Morris, C.J.)),

sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any

further order of the Court.    KLG's disbursement policies pass through all out-of-pocket expenses

at actual cost or an estimated actual cost when the actual cost is difficult to determine.    For

example, with respect to duplication charges, KLG will charge $.10 per page for black and white

copies because the actual cost is difficult to determine.    Similarly, as it relates to computerized

research, KLG believes that it does not make a profit on that service as a whole, although the

cost of any particular search is difficult to ascertain.    Other reimbursable expenses (whether the

service is performed by KLG in-house or through a third-party vendor) include, but are not

limited to, facsimiles, toll calls, overtime, overtime meals, deliveries, court costs, cost of food at

meetings, transcript fees, travel, and clerk fees.

22.    No promises have been received by KLG, or any member, counsel, or associate of

KLG, as to payment or compensation in connection with the KLG Existing Matters other than in

accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules. Furthermore, KLG has no agreement with any other entity to share compensation received by KLG or by such entity.

23.    Subject to these terms and conditions, KLG intends to apply for allowance of compensation for professional services rendered in the KLG Existing Matters, for reimbursement of actual and necessary expenses relating thereto, and for the application of any retainer balance held by KLG for the payment of such fees and expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the guidelines of the United States Trustee.

<u>**ATTORNEY STATEMENT PURSUANT TO FEE GUIDELINES**</u>

24.    The following is provided in response to the request for additional information set forth in Paragraph D.1 of the Fee Guidelines.

**Question**:    Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

**Response**:    Yes. KLG and WEC LLC entered into the KLG AFA on or about August 18, 2016 and that arrangement has applied to the KLG Existing Matters. As set forth above, pursuant to the KLG AFA, partners and of counsel are billed at $700/hour, associates are billed at $370/hour, paralegals and clerks are billed at $250/hour and e-DAT attorneys are billed at $175/hour. These fee rates are blended rates by timekeeper category regardless of the timekeeper's geographic location, and represent an agreed discount over KLG's ordinary local rates.

**Question**:    Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

**Response**:    No.

**Question**:    If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing

9

rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Response**:    KLG represented the Debtors in the 12 months prior to the Petition Date during which KLG charged the Debtors for services in accordance with the KLG AFA.

**Question**:    Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

**Response**:    The Debtors are working with KLG to develop a budget and staffing plan for the Existing KLG Matters and will present such plan to the Court and the Office of the United States Trustee in advance of the hearing on the Application.  Moreover, KLG will prepare budget and staffing plans for any additional matters that may arise during these chapter 11 cases. The Debtors, historically, have been involved in staffing decisions, and staffing remains their prerogative.

**Coordination with Other Professionals for the Debtors**

25.    KLG is aware that the Debtors have submitted, or intend to submit, separate applications to retain, *inter alia*: (i) Weil, as attorneys for the Debtors; (ii) PJT Partners LP, as investment banker; (iii) AP Services, LLC, and designate Lisa Donahue as the Debtors' Chief Transition and Development Officer; (iv) Kurtzman Carson Consultants LLC, as claims and noticing agent and administrative advisor; and (v) Togut, Segal & Segal LLP as counsel to Debtor Toshiba Nuclear Energy Holdings (UK) Limited.  Weil has represented that it intends to carefully monitor and coordinate the efforts of all professionals retained by the Debtors in these chapter 11 cases, including any conflicts counsel, and will delineate their respective duties so as to prevent duplication of services whenever possible.

26.    The foregoing also constitutes the statement of KLG pursuant to Sections 329(a) and 504 of the Bankruptcy Code and Bankruptcy Rule 2016(b).

WEIL:\96126314\9\80768.0015

I declare under penalty of perjury that, to the best of my knowledge and after reasonable

inquiry, the foregoing is true and correct.

Executed this 6th day of June, 2017

*/s/ Richard W. Hosking*
Richard W. Hosking
Partner, K&L Gates LLP

## Exhibit 1

**Conflict Party Checklist**

## CONFLICT PARTY CHECKLIST

### Summary

100 Largest Unsecured Creditors[1]
Administrative Agents
Bankruptcy Judges , Bankruptcy Judge Staff, Clerk of Court,
Beneficiaries of Letters of Credit and Surety Bonds
Consolidated Top 30 Unsecured Creditors
Customers/Vendors
Debtors/ Non-Debtor Affiliates/ Trade Names/Aliases
Debtors' Chapter 11 Professionals/Advisors
DIP Lender/DIP Lender Counsel
Director and Officer Affiliations
Directors and Officers (Current and Former)
EPC Contract Counterparties
Equity Holders
Financial Institutions (LC Banks, Bank Accounts, Sale Leaseback, and Swap Counterparty
Banks)
Governmental/Regulatory Agencies
Insurance and Surety Bond Providers
Joint Venture Counterparties
Landlords
Litigation Counterparties (Pending Lawsuits and Employee Litigation)
Office of the United States Trustee
Official Committee of Unsecured Creditors
Ordinary Course Professionals
Other Parties in Interest /Professionals of Other Parties in Interest / Toshiba's Advisors
Significant Competitors
Taxing Authorities
UCC Lien Search Results
Unions
Utilities

### Debtors

CE Nuclear Power International, Inc.
Fauske and Associates LLC
Field Services, LLC
Nuclear Technology Solutions LLC
PaR Nuclear Holding Co., Inc.
PaR Nuclear, Inc.
PCI Energy Services LLC
Shaw Global Services, LLC
Shaw Nuclear Services, Inc.
Stone & Webster Asia Inc.
Stone & Webster Construction Inc.
Stone & Webster International Inc.

---

[1] [NTD: Includes holders of claims for borrowed money or similar indebtedness (actual, contingent, liquidated, or unliquidated), including claims on account of guaranties and legal judgments)].

## Debtors

Stone & Webster Services LLC
Toshiba Nuclear Energy Holdings (UK) Limited
TSB Nuclear Energy Services, Inc.
WEC Carolina Energy Solutions, Inc.
WEC Carolina Energy Solutions, LLC
WEC Engineering Services Inc.
WEC Equipment & Machining Solutions, LLC
WEC Specialty LLC
WEC Welding and Machining, LLC
WECTEC Contractors Inc.
WECTEC Global Project Services Inc.
WECTEC LLC
WECTEC Staffing Services LLC
Westinghouse Electric Company LLC
Westinghouse Energy Systems LLC
Westinghouse Industry Products International Company LLC
Westinghouse International Technology LLC
Westinghouse Technology Licensing Company LLC

## Non-Debtor Affiliates

Advance Uranium Asset Management Limited
Astare
ENUSA ENWESA AIE
ENWESA Operaciones, S.A.
HTR GmbH
KONTEC Gesellschaft Für Technische Kommunikation mbH
Mangiarotti S.p.A.
Nuclear Engineering Ltd.
Nuclear Fuel Industries, Ltd.
PaR-TZ Nuclear Company, Ltd.
PWR Power Projects Limited
SNPTC-WEC Nuclear Power Technical Services (Beijing) Company, Ltd.
Springfields Fuels Limited
Springfields Segregated Assets Limited
State Nuclear WEC Zirconium Hafnium Co., Ltd.
TECNATOM S.A. Westinghouse Technology Services, S.A., ENUSA
TNEE Electric Sweden Holdings AB
TOHO Engineering Co., Ltd.
Toshiba Corporation
Toshiba Nuclear Energy Holdings (US) Inc.
TSB Investment Europe Limited
TSB Nuclear Energy Investment UK Limited
TSB Nuclear Energy Investment US Inc.
TSB Nuclear Energy USA Group Inc.
Uranium Asset Management Limited
Westinghouse Government Services LLC
Wesdyne International LLC
Fluor|Westinghouse Liquid Waste Services, LLC
KW Nuclear Components Co., LTD.

2

**Non-Debtor Affiliates**

Mid-America Conversion Services, LLC
NuCrane Manufacturing, LLC
Westron
Wuhan Huixin Engineering Technology Co. Ltd.
Westinghouse Electric Czech Republic s.r.o.
Westinghouse Electric do Brasil Servicios e Consultoria para Centrais Nucleares Ltda
Westinghouse Electric Energy Systems UK Limited
Westinghouse Electric Germany GmbH
Westinghouse Electric India Private Limited
Westinghouse Electric Japan Limited
Westinghouse Electric South Africa (Pty) Ltd.
Westinghouse Electric Spain, S.A.U.
Westinghouse Electric UK Holdings Limited
Westinghouse Electric Ukraine AB
Westinghouse Electrique France SAS
Westinghouse Operations Belgium
Westinghouse Service Nucleaire
Westinghouse Technology Services S.A.

**Trade Names/Aliases (Up to 8 Years)**

BC&I Stone & Webster, Inc.
CB&I Contractors, Inc.
CB&I Nuclear Technology Solutions LLC
CB&I Shaw Constructors, Inc.
CB&I Stone & Webster Asia Inc.
CB&I Stone & Webster Construction Inc.
CB&I Stone & Webster Inc.
CB&I Stone & Webster International Inc.
Field Services, Inc.
Nuclear Technology Solutions, L.L.C.
PCI Energy Services Inc.
Shaw Constructors Group, Inc.
Shaw Constructors, Inc.
Shaw Constructors, Inc. of Louisiana
Shaw Power Group
StaffCo
Stone & Webster Construction, Inc. of Louisiana
Stone & Webster, Inc.
SWINC Acquisition Three, Inc.
WEC Equipment and Machining Services, LLC
WEC Machining Equipment, LLC
Westinghouse Electric Company (Delaware) LLC
Westinghouse International Projects Company LLC
WSW Acquisition Co., Inc.

**Administrative Agents**

BNP Paribas
BMG Financial Group

300821456 v1

**Administrative Agents**

Citibank, N.A.

**Bankruptcy Judges (Southern District of New York)**
Honorable Stuart M. Bernstein
Honorable Shelley C. Chapman
Honorable Robert D. Drain
Honorable James L. Garrity
Honorable Robert E. Gerber
Honorable Martin Glenn
Honorable Allan L. Gropper
Honorable Robert E. Grossman
Honorable Sean H. Lane
Honorable Cecelia G. Morris
Honorable Michael E. Wiles

**Bankruptcy Judges' Staff (Southern District of New York)**
Brenda Robie
Emily Kehoe
Chantel Barrett
Diego Flores
David Li
Mike Paek
Greg White
Jamie Eisen
Margaret Schierberl
Gabriela Smith
Eddie Andino
Dorothy Li
Rosemary DiSalvo
Dabin Chung
Siddharth Sisodia
Willie Rodriguez
Robert Nosek
Annie Wells
Tracey Mercado
Amber Covucci
Deanna Anderson
Nicholas Lombardi
Andrew Pollack
Liza Ebanks
Christine Azzaro
Kelly Porcelli
Lynda Calderon
Raff Ferraioli
Sara Tapinekis
Jacqueline DePierola
Lorraine Echevarria
William Organek
Lynda Calderon

**Clerk of the Court (Southern District of New York)**
Vito Genna, Clerk of Court
Eddie Andino, Divisional Manager
Grimilda Correa, Project/Team Leader
Arturo Tavarez, Case Administrator
Claire Togher, Case Manager
Ana Vargas, Generalist Clerk

**Office of the United States Trustee (Southern District of New York)**
William K. Harrington, U.S. Trustee
Linda A. Riffkin, Assistant U.S. Trustee
Michael Driscoll, Trial Attorney
Richard W. Fox, Trial Attorney
Susan Golden, Trial Attorney
Nazar Khodorovsky, Trial Attorney
Brian S. Masumoto, Trial Attorney
Richard C. Morrissey, Trial Attorney
Serene Nakano, Trial Attorney
Andrea B. Schwartz, Trial Attorney
Paul K. Schwartzberg, Trial Attorney
Andy Velez-Rivera, Trial Attorney
Greg M. Zipes, Trial Attorney
Cheuk M. Ng, Auditor (Bankruptcy)
Victor Abriano, Bankruptcy Analyst
Danny A. Choy, Bankruptcy Analyst
Nadkarni Joseph, Bankruptcy Analyst
Anna M. Martinez, Bankruptcy Analyst
Mary V. Moroney, Bankruptcy Analyst
Sylvester Sharp, Bankruptcy Analyst
Catletha Brooks, Legal Assistant (Bankruptcy/OA)
Ercilia A. Mendoza, Legal Assistant (Bankruptcy/OA)
Amanda Cassara, Paralegal (Bankruptcy)
Maria Catapano, Paralegal Specialist
Myrna R. Fields, Paralegal Specialist
Ilusion Rodriguez, Paralegal Specialist

**<u>100 Largest Unsecured Creditors</u>**

Accenture LLP
Acuren Inc USA Region
Aecon Industrial
Airgas Great Lake
American Equipment Co.
Ariba, Inc.
Augusta Concrete Block Co
Baker Concrete Construction Inc.
Barnhart Crane & Rigging Co.
Blanchard Machinery Co.
Bulldog Erectors Inc.
Bwxt Nog Technologies Inc.

**100 Largest Unsecured Creditors**

Ca Murren And Sons Co Inc.
Cable USA Inc.
Calvert Company Incorporated
Cannon Sline Industrial Inc.
Carolina Energy Solutions LLC
Cartus Formally Cendant Mobility
CB&I
CB&I Laurens Inc.
Ceradyne Inc.
Chromalox
Cives Steel Co.
Commercial Siding & Maintenance
Consolidated Power Supply
Corestar International Corp.
CSC Computer Sciences Corp.
Curtiss Wright
David Smith Construction Inc.
Dubose National Energy Service
Eaton Corp.
Ellis & Watts Global Industries
Emerson Process Management
Energy & Process Corp.
Envirovac Holdings LLC
Flowserve
Fluor Enterprises Inc. (Fei)
Garney Companies Inc.
General Cable Industries Inc.
Gerdau Ameristeel US Inc.
Gexpro
Greenberry Fabrication
Gregs Industrial Construction
Herc Rentals
Hsg Constructors LLC
Hydratight Operation Inc.
IHI Corporation
Intergraph Process
ITT Cannon Veam Italia S.R.L.
Jones Lang Lasalle Amercias Inc.
Kontek Industries, Inc.
KSB Aktiengesellschaft
Leidos Engineering LLC
Lisega
Lynx Technology Partners Inc.
Maco Inc.
Martin Marietta Aggregates.
Milton J. Wood Fire Protection
Mirion Technologies
Mistras Group Inc.
Mitsubishi Corporation

**100 Largest Unsecured Creditors**

Morgan Corp.
Newport News Industrial Corp.
Nova Machine Products Corp.
Nuclear Fuel Services Inc.
Nuvision Engineering Inc.
Owen Industries Inc.
P & I Supply Company
PCI Energy Services
Penn Tool
Pennatronics
Premier Technology Inc.
Pricewaterhouse Coopers LLP
Putzmeister America Inc.
RDF Corp.
Red D Arc Inc.
Research Cottrell Cooling Inc.
Rosemount Nuclear Instruments
RSCC Wire & Cable LLC
Sargent & Lundy
Saulsbury Industries Inc.
Siemens Industry Inc.
SMCI
SPX Corp Copes Vulcan Operation
SSM Industries Inc.
Steelfab Inc.
Superheat FGH Services Inc.
Superior Air Handling
Teco Westinghouse
The Shaw Group
Thompson Construction Group Inc.
Turbinepros LLC
UC Synergetic LLC
United Rentals
US Security Associates Inc.
Vallen
Vigor
Wachs Energy Services Company
Williams Plant Services LLC
Williams Specialty Services LL

**Consolidated Top 30 Unsecured Creditors**

Accenture LLP
Aecon Industrial
American Equipment Co.
Augusta Concrete Block Co.
Calvert Company Incorporated
Cannon Sline Industrial Inc.
CB&I
CB&I Laurens Inc.

**Consolidated Top 30 Unsecured Creditors**

Consolidated Power Supply
CSC Computer Sciences Corp
Curtiss Wright
Dubose National Energy Service
Eaton Corp.
Envirovac Holdings LLC
Fluor Enterprises Inc. (FEI)
Garney Companies Inc.
Gerdau Ameristeel US Inc.
GEXPRO
Herc Rentals
IHI Corporation
Jones Lang LaSalle Americas Inc.
Kontek Industries, Inc.
Martin Marietta Aggregates
Mirion Technologies
Newport News Industrial Corp
Nova Machine Products Corp.
Nuclear Fuel Services Inc.
Owen Industries Inc.
Research Cottrell Cooling Inc.
RSCC Wire & Cable LLC
Siemens Industry Inc.
SMCI
SSM Industries Inc.
Steelfab Inc.
Thompson Construction Group Inc.
UC Synergetic LLC
Vallen
Vigor
Wachs Energy Services Company
Williams Specialty Services LL

**Beneficiaries of Letters of Credit and Surety Bonds**

ACE
ACE Fianzas Monterrey
ACE/Westchester
Admin Federale des Contributions AFC
AIG Mexico
AIG's insurance subsidiaries
American Casualty Co. of Reading
American Home Assurance Co.
Ansaldo
Appels
Arizona Department of Revenue
Arkansas Department of Insurance
AXPO AG
Babcock & Wilcox Nuclear Energy Inc.
Banco Santander

300821456 v1

## Beneficiaries of Letters of Credit and Surety Bonds

Bank of Taiwan

Baresback
BNP Paribas
BNP, NY
CGN Lufeng Nuclear Power Co Ltd
China Nuclear Energy Industry Corp.
China Nuclear Power Co Ltd/Sanmen NPC
China Nuclear Power Co Ltd/Shandong NPC
China Nuclear Power Engineering Co Ltd.
CIA. Sevillana de Elect.
CNA Surety
CNEIC
CNPEC
Comision Federal de Electricidad
Customs of Anvers
De Bethune
Deutsche Bank
Deutsche Bank AG
EdF
Eidg. Steuerverwaltung
Electrabel
EnBW Kernkraft GmbH
Energiewerke Nord GmbH
Energoatom
Energy Northwest
EnergySolutions LLC
ENRESA
EON Kernkraft GmbH
Federal Insurance Company
Forsmark Kraftgrupp AB
Fraikin Fernand
Galere SA
Haldor Topsoe
Harbin Turbine Co Ltd
Helmholtz Zentrum
Hendrickx
In-Country Bank
ING Belgique
International Boilermakers Union, KS
ITER
Jadrova
JP Morgan Chase
Karnavfallsfonden
KerNFCMraftwerk Leibstadt AB
Kernkraftwerk Gundremmingen
Kernkraftwerk Lippe-Ems GmbH
KHNP
Korea Power Engineering Co.
Kozloduy NPP plc

**Beneficiaries of Letters of Credit and Surety Bonds**

Kozloduy Nuclear Power Plant EAD
Ministry of Economy, UAE
Mitsui Sumitomo Insurance USA Inc.
NASA
National Union Fire Insurance, et al
Nebraska Public Power District
NEK KRSKO
Nuclear Engineering Seibersdorf GmbH
OKG AB
Omaha Public Power District
Oppenheim Immo
PA Dept. of Environmental Protection
Pipefitters Union - Local 597
Pletinckx, Andre
PNC Bank, NA
RWE
RWE Power AG
RWE Service GmbH
Sanmen Nuclear Power Co
SCE&G
SE Banken
Shandong Nuclear Power Equip Mfg.
Simal Philippe
SMBC China
SNPAS
SNPEC
SNPTC
SNPTC/Sanmen Nuclear Power Co. Ltd
SNPTC/Shandong Nuclear Power Co. Ltd
Starwood Capital
State Nuclear Power Engineering Corp
State Nuclear Power Technology Corporation of China
State of Arizona
State of Arizona, Register of Contractors
State of Arkansas
State of California
State of California Contractor License Board
State of Georgia
State of Iowa
State of Iowa Division of Labor
State of North Carolina
State of Nevada
State of New Jersey
State of New Mexico
State of Oregon
State of Washington
Sumitomo Mitsui Banking Corporation, NY
Taiwan Power Company
Tengizchevroil

## Beneficiaries of Letters of Credit and Surety Bonds

Teollisuuden Voima Oyj (TVO)
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
The Insurance Company of PA
Thiltges Alain
Tim Grubb
Tullverket
TVA
U S Customs
UniCredit
US NRC
Utah Dept. of Environmental Quality
Washington Dept. of Labor & Industries
Western Surety Company

## Customers/Vendors

à l'Agence Nationale Achats Production
A.I.E.
A.N. Asco-Vandellos II, A.I.E.
AB Sandvik Materials Technology
AB Sandvik Materials Technology/SZ
ABB AB
ABB AB - Service
ABB AB Cewe-Control
ABB AB Control Technologies
ABB AB LV Systems
ABB AB LV Systems (Sweden)
ABB AG
ABB AG Division Energietechnik
ABB AS
ABB ASEA Brown Boveri SA
ABB Automation GmbH
ABB Automation Inc Coral Springs
ABB Automation Products GmbH
ABB Automation Technologies AB
ABB Corporate Research
ABB Enterprise Software Inc.
ABB Enterprise Software Inc.
ABB Fastighet AB
ABB France
ABB IF
ABB Immobilien AG
ABB Industries AS
ABB Ltd.
ABB Oy Process Industries
ABB Schweiz AG
ABB Stotz-Kontakt GmbH
ABB Training Center
ABB Unterstützungseinrichtung GmbH
Advanced Applications & Technical

300821456 v1

**Customers/Vendors**

Advanced Manufacturing Technologies
Advantco International LLC
Aerospace Support Inc.
Air Products & Chemicals Inc.
Air Products Plc
Airgas East
Airgas Great Lake
Airgas Inc.
Airgas Intermountain
Airgas Mid America
Airgas N Central
Airgas National Welders
Airgas Natl Welders Specialty Gas
Airgas North Central Waukegan
Airgas South
Airgas USA LLC
Airgas, Inc.
Alabama Power Company
Alaron Corporation
Alpiq Suisse Ltd.
Alpiq Suisse SA
Amaren Missouri
Amaris Energie
Amec Foster Wheeler Nuclear UK Ltd.
Ameren Missouri
American Electric Power
ANAV
Ansaldo Nucleare S.p.A.
Applied Technical Services
Applied Technical Services Inc.
Arc Manufacturing Co Inc.
Ariba, Inc.
Arizona Public Service Co.
Arizona Public Service Company
Armoloy of Illinois Inc.
Armoloy SE Inc.
Asociacion Nuclear –Asco-Vandellos
Asociación Nuclear Ascó-Vandellos Ii, A.I.E.
Associated Spring Co.
AT&F Nuclear
ATI Specialty Alloys Components
ATI Specialty Materials Limited
Atkins
Atlas Industrial Mfg. Co.
Atocon BVBA
Axiomtek Systems
Axpo AG, Baden
AXPO Power AG
B&F Machine Co.

12

**Customers/Vendors**

Backoffice Associates
Barnhart
Barnhart Crane & Rigging
Barnhart Crane & Rigging Co.
Battelle Memorial Institute
Beijing Guoxin International Trade Co.
Ben Franklin Design & Mfg Co Inc.
Bentley World Packaging  Ltd
BIF Acquisition Corp
Bigge Crane & Rigging S LEA/CA
Bigge Crane and Rigging Co
Bigge Power Constructors
Bitta Group Inc
BKAB AB
BKW Energie AG
BKW FMB Energie AG
Boilermaker National Funds
Boilermakers National Health
Boilermakers National Health & Welfare
Brenntag
Brenntag Mid-South Inc.
Brenntag Nordic AB
Brenntag Normandie
Brenntag Northeast Inc.
Brenntag Pacific Inc.
Brenntag UK Ltd.
Bruce Power
Bulgaria Energy Holding EAD
Butler Winding
BWXT NOG Technologies Inc.
Cable USA Inc.
Calvert Cliffs Nuclear Power Plan, Inc.
Cameco Corporation
Cameco Inc.
Cameron Measurement Systems
Cameron Measurement Systems Pa
Canberra Industries
Canberra Industries Inc.
Can-Do National Tape
Carolina Energy Solutions Inc.
Carolina Power & Light Company
CC.NN. Almaraz-Trillo, A.I.E.
CCI AG
CDW Computer Centers, Inc.
CDW Direct
CDW Direct LLC
CDW Limited
CEGELEC
CEGELEC CEM

**Customers/Vendors**

Centrales Nucleares Almaraz-Trillo
Century Specialties Inc.
Century Tool Incorporated
Ceradyne Canada ULC
Ceradyne Inc.
Cesana Corporation
CEZ, a. s .
CGN Lufeng Nuclear Power Co., Ltd.
CH2MHill Plateau Remediation Company
Chalmers & Kubeck Inc.
Chassis Plans LLC
CHEMSTAFF INC
China Baotou Nuclear Fuel Corporation
China Baotou Nuclear Fuel Corporation Ltd.
China National Technical Import & Export Corporation
China Nuclear Energy Industry Corporation
China Nuclear Power Design Company, Ltd.
China Nuclear Power Engineering Company, Ltd.
China Nuclear Power Technology Research Institute Company, Ltd.
Churchill Boro
Cimini And Associates Inc.
Clean Harbors Env. (A/P)
Clean Harbors Environmental Svcs.
Cliffs Nuclear Power Plant, Inc.
CMC-Cygnus Manufacturing Company
CNN Lianoning Nuclear Power Co., Ltd. (CN LNPC)
CNNP Liaoning Nuclear Power Co., Ltd. (CN LNPC) - ran CNN not CNNP
Colonial Chemical Solutions Inc.
Columbiana HI Tech
Combustion Engineering Inc.
Comision Federal de Electricidad
Commerce Dr II LLC
Commonwealth Edison Company
Composite Cooling Solutions
Compunetix Inc.
Consolidated Edison Company, Inc.
Constellation Generation Group LLC
Continuum Dynamics Inc.
Control Components Inc.
CP Indust. Holdings Inc.
CPS US, Inc.
Crane Nuclear
Crane Nuclear Inc.
CSC Consulting Inc.
Cumbria Nuclear Solutions
Curtis Wright
Curtiss Wright Controls
Curtiss Wright EMCORP
Curtiss Wright Flow Control Co.

300821456 v1

**Customers/Vendors**

Curtiss Wright Flow Control Corp.
Curtiss-Wright Controls
Curtiss-Wright Electro-Mechanical Corporation
Curtiss-Wright Flow Ctrl Qualtech
Curtiss-Wright Nuclear Division
Czech Power Corporation
Daikin Applied Americas Inc.
Dalian Huarui Heavy Industry International Co LTD
Dastech International, Inc.
Dav Tech Plating Inc.
Dead Sea Magnesium Ltd.
Department of Atomic Energy
Department of Energy
Detroit Edison Company
DHI.DHW Group Co. LTD
Dockside Logistics LLC
Dominion
Dominion Connecticut
Dominion Energy Kewaunee, Inc.
Dominion Generation
Dominion North Carolina Power
Dominion Nuclear Connecticut, Inc.
Dominion Virginia Power
Donfang Electric (Wuhan) Nuclear Equipment Co., Ltd.
Dongfang Electric Corporation Limited
Doosan Babcock Ltd
Doosan Heavy Industries
Doosan Heavy Industries & Construct
Doosan Heavy Industries & Construction Co., Ltd. (Doosan)
DR Haas GmbH
Dresser Consolidated
DRS Consolidated Controls Inc.
Dubose National Energy Services
Dubose National Energy Services Inc.
Duke Energy
Duke Energy Carolinas, LLC
Duke Energy Corporation
Duke Energy Florida
Duke Energy Progress, Inc.
Duke Power Company
Duval Precision Grinding Inc.
E.ON Generation GmbH
E.ON Kernkraft GmbH
E.ON Kernkraftwerk GmbH
E.ON New Build & Technology GmbH
E.S. Fox
Eagle Technologies Group
Eaton Corporation
Eaton Electric GmbH

**Customers/Vendors**

Eaton Electric Limited
EDF
EDF - Ceidre
EDF - CIDEN
EDF - CNEPE
EDF - DCN (Fuel Division)
EDF - DIN
EDF - DPN
EDF - DPN UNIE
EDF - UTO
EDF Energy
EDF Energy Nuclear Generation Limited
EDF Energy/Sizewell B
EFACEC USA Inc.
EKK, GKW, SWM
Electrabel
Electrabel S.A./NV
Electrabel SA
Electricite de France
Electricite de France (EDF)
Electricity de France
Electrolizing Corp of Ohio
Eletrobras Termonuclear S.A.
Eletrobras Termonuclear S.A. - Electronuclear
Eletronuclear
Emerson Industrial
Emerson Process Management
Emerson Process Management AB
Emerson process management Co., Ltd
Emerson Process Management Distribution
Emerson Process Management GmbH
Emerson Process Management LLP
Emerson Process Management Ltd.
Emerson Process Management NY
Emerson Process Management SAS
Emerson Process Management sp. z .o
Emerson Process Management, Power & Water Solutions, Inc.
Emerson Process Management, S.L.
Emerson Process Mgmt. Korea Ltd.
Emirates Nuclear Energy Corporation
Empresa Nacional de Residuis Rediactivos SA
Empresa Nacional de Residuosradiactivos S.A.
EnBW Energie Baden-Württemberg AG
EnBW Kernkraft GmbH
ENDESA
Endicott Coil Co Inc.
Enercon Services, Inc.
Energiewerke Nord GmbH
Energoatom

**Customers/Vendors**

Energoatom
Energy & Process Corporation
Energy Northwest
Energy Northwest
Energy Operations, Inc.
Energy Solutions
Energy Solutions LLC
Energy Steel & Co.
Energy Steel And Supply Co
EnergySolutions
EnergySolutions EU Limited
EnergySolutions Government Group, Inc.
EnergySolutions Services Inc.
EnergySolutions, LLC
Enersys
Enersys Delaware Inc.
ENGIE
Engineered Mechanical Systems
ENRESA
ENSA
Entergy
Entergy Nuclear Generation Company
Entergy Nuclear Operations
Entergy Nuclear Operations, Inc.
Entergy Operations, Inc.
ENUSA
ENUSA - Juzbado
ENUSA - Madrid
Enusa Industrias Avanzadas, S.A.
Enusa Industrias Avanzadas, S.A.
Environmental Chemical Corporation
Environmentals LLC
Enwesa Servicios, S.A.
EPM - Fisher Controls Intl Inc.
EPM - Instrument & Valve Services C
EPM - Machinery Health Management
EPM - Micro Motion Inc.
EPM - Power And Water Solutions
EPM - Regulator Technologies Inc.
EPM - Rosemount Analytical Inc.
EPM - Rosemount Inc.
EPM - Rosemount Nuclear Instruments
EPRI
Equipos Nucleares SA
Equipos Nucleares, S.A. (EN)
Erg (Air Pollution Control) Limited
ESKOM
Eskom Holdings Limited
Eskom Holdings SOC Limited

**Customers/Vendors**

ESKOM -Koeberg Operating Unit
ETN
Europäische Atomgemeinschaft
Europaische Kommission
European Commission, Joint Research Centre, Institut für Transurane
Excel Services Corporation
Exelon
Exelon Business Services Co.
Exelon Corp.
Exelon Generation Co
Exelon Generation Company, LLC
Exelon Generation Powerlabs
Exelon Nuclear
Exelon Powerlabs
Exelon Powerlabs - Coatesville
Exelon Powerlabs - Plattsburgh
Exelon Powerlabs - Waltz Mill
Exelon Powerlabs LLC
Fairbanks Morse Engine, a division of Coltec Industries, Inc.
Federal Eastern Corporation
Fenton Heat Treating Inc.
Fh Peterson Machine Corp
Fine Tubes Ltd
FirstEnergy
FirstEnergy Nuclear Generation Corp.
FirstEnergy Nuclear Operating Company
FirstEnergy Service Company
Fisher Controls International Inc.
Fisher Controls Intl Inc.
Fletch's Sandblasting
Florida Power & Light Company (FPL)
Flowserve
Flowserve - NC
Flowserve Belgium NV
Flowserve Corp - Bridgeport NJ
Flowserve Corp - Cookeville TN
Flowserve Corp - Lynchburg VA
Flowserve Corp - Raleigh NC
Flowserve Corp - Springville UT
Flowserve Corp - Vernon CA
Flowserve Corp.
Flowserve Flow Control (UK) Ltd.
Flowserve Pump Division
Flowserve Pumps Ltd - GB
Flowserve US - Chicago IL
Flowserve US INC
Flowserve USA Inc. Limitorque
Flowserve, S. de R.L. de C.V.
Fluor Corp.

18

**Customers/Vendors**

Fluor Federal Services, Inc.
Forsmarks Kraftgrupp AB
Fortum Oy, Power Division
Fortum, Loviisa NPP
FPL Energy Point Beach, LLC
FPL Energy Seabrook, LLC
Fragomen Del Rey Bernsen & Loewy
Fragomen Del Rey Bernsen & Loewy LLP
Fragomen LLP
Fragomen, Del Rey, Bernsen, & Loewy
Framatome
Frontier Technology Corp
Fujan Fuqing Nuclear Power Company Limited
Fujian Ningde Nuclear Power Company Ltd
Fujitsu Services Limited
Fujitsu Sweden AB
Garlock
Garlock (Great Britain) Ltd
Garlock Sealing Technologies
GE Canada
GE-Hitachi Nuclear Energy Americas, LLC
GE-Hitachi Nuclear Energy Canada, Inc.
Gemeinschaftskraftwerk Weser GmbH & Co.
GEN Energija
General Electric Company
Georgia Ports Authority
Georgia Power Company
Global Nuclear Fuel - Japan Co. Ltd.
Global Nuclear Fuel- Americas, LLC
Global Nuclear Fuels - Americas
Globe Tool & Metal Stampings
Graftech
Graftech International Holdings, Inc.
Graver Technologies LLC
Gregg Protection Services
GSC Foundries Inc.
Guangdong Yangjiang Nuclear Power Company LTD
Gutor Electronics, LLC
Hainan Niculear Power Company Limited
Hartford Steam Boiler Inspection
Hitachi-GE Nuclear Energy Ltd.
Holtec International
Honematic Machine Corp.
Honeywell
Honeywell Analytics Inc.
Honeywell Inc.
Honeywell Industry Solutions
Honeywell International Inc.
Hoosier Spring Co Inc.

19

**Customers/Vendors**

HSB Global Standards
Hutchinson Manufacturing Inc.
HYO Sung C&P Co., LTD
I&C Energo a.s.
Iberdrola Generacion S.A.U.
Iberdrola, S.A.
Ice Service Group Inc.
IHI Corporation
IHI Inc.
IJET International INC
Independent Packing Services
Indiana Michigan Power
Indiana Michigan Power Company
Indiana Michigan Power Company (I&M)
Industrial Testing Lab Serv.
Industrial Testing Lab Services
Industrias Nucleares do Brasil
Industrias Nucleares Do Brasil S.A. - INB
Industrias Nucleares Do Brasil SA
Industrias Nucleares Do Brasil SA (INB)
Institute For Energy Technology
Institute of Nuclear Power Operations, Inc.
Intergraph
International SOS Travel Assistance
Intertek Iberica Spain SLU
INVAP SE
Irwin Automation Inc.
ISOFLEX USA
ITT Veam LLC
J DIRATS & Co.
Jack R Benjamin & Associates Inc.
Jadrová a vyraďovacia spoločnosť, a.s.
Jedinstvo Pno
Jennison Corp
Johnson Gage Company
Johnson March Systems Inc.
JV Manufacturing Co Inc.
Kansas City Power & Light Company
Kansas Electric Power Cooperative, Inc.
Kansas Gas and Electric Company
Kasgro Rail Car Management
Kasgro Rail Corp
Kema Powertest Inc.
Kema-Powertest LLC
Kenco Logistic Services LLC
Kenco Transportation Services, LLC
Kennametal Deutschland GmbH
Kennametal Inc. - Latrobe
Kennametal Inc. - Stellite

**Customers/Vendors**

Kennametal Inc. - Victoria
Kennametal Inc. - Windsor
Kennametal Italia SpA
Kennametal Stellite LP
KEPCO Engineering and Contruction Co Inc
KEPCO Nuclear Fuel Company, Ltd.
KEPCO Research Institute
Kernkraftwerk Brokdorf GmbH & Co. oHG
Kernkraftwerk Brunsbüttel GmbH & Co. oHG
Kernkraftwerk Gösgen-Däniken AG
Kernkraftwerk Gundremmingen GmbH
Kernkraftwerk Krümmel GmbH & Co. oHG
Kernkraftwerk Leibstadt AG
Kernkraftwerk Leibstadt AG
Kernkraftwerke Lippe Ems GmbH
Kernkraftwerke Lippe-Ems GmbH
Kimchuk Inc.
Kinectrics North America Inc.
Kinectrics US Inc.
Kleinschmidt Trucking Inc.
Korea Atomic Energy Research Institute
Korea Hydro & Nuclear Power Co., Ltd.
Korea Hydro & Nuclear Power Company (KHNP)
Korea Hydro & Nuclear Power Company, Ltd.
Korea Nuclear Fuel Company Ltd.
Korea Nuclear Fuel Company, LTD
Korea Plant Service & Engineering Company, LTD.
Kozloduy NPP PLC
KSB Aktiengesellschaft
Kungsleden Melker AB
L&S Machine Co. LLC
La Empresa Nacional de Residuis Rediactivos SA
Larsen & Toubro
L'ETOILE Properties/IPO
Liaoning Hongyanhe Nuclear Power Company Limited
Lincoln Electric Company
Lloyd's Register Quality Assurance
LMT Div. Curtiss-Wright Flow Control
LT Designs
Luminant Generation Company, LLC
Lynx Technology Partners Inc.
Magnox Limited
Mar-Bal Inc.
McCutcheon Enterprises Inc.
McMaster Carr Supply Co
McMaster-Carr
Meggitt France
Meggitt SA
Meggitt Safety Systems Inc.

21

**Customers/Vendors**

Meggitt Sensing Systems
Metal Improvement Co LLC
Metal Photo Service Inc.
Metalwerks PMD, Inc.
Metrohm Nordic AB
Metrohm Schweiz AG
METROHM UK Ltd.
METROHM USA Inc.
Millennitek Llc
Ministry of External Affairs, Government of India
Mirion Technologies
Mirion Technologies (Conax Nuclear)
Mirion Technologies (GDS) Inc.
Mirion Technologies (Imaging) LLC
Mirion Technologies (IST Canada) Inc.
Mirion Technologies (IST) Corp
Mirion Technologies (MGPI) Inc.
Mirion Technologies (MGPI) SA
Mirion Technologies (Rados) Gmbh
Mississauga Metal & Alloys Inc.
Multiscope Document Solutions Inc.
MVM Hungarian Electricity Private Limited Company (MVM Zrt.)
NAC Internatyional Inc.
National Security Council, The White House
NDA
Nefab Packaging North East LLC
NEK
NEK - Krsko NPP
Nextera Energy Point Beach, LLC
Nextera Energy Point Beach, LLC (PB)
Nextera Energy Resources, LLC
Nextera Energy SeaBrook LLC (SB)
Nextera Energy Seabrook, LLC
NextEra Energy, Inc.
Nextira One LLC d/b/a Black Box
Nordostschweizerische Kraftwerke
Northeast Utilities Service Company
Northern States Power Company
Nova Machine Products Corp
Nova Machine Products Corp.
Nova Machine Products, Inc.
Nuclear Fuel Industries, Limited
Nuclear Fuel Services Inc.
Nuclear Logistics Inc.
Nuclear Management Company, LLC
Nuclear Operating Company, Inc. as agent for Alabama Power Company
Nuclear Power Corporation of India, Ltd.
Nuclear Power Institute of China
Nuclenor, S.A.

22

**Customers/Vendors**

Nucleoeléctrica Argentina S.A.
Nucleoelectrica Argentina Sociedad Anonima (NASA)
NuGen
Nuklearna Elektrana KRŠKO D.O.O.
Nuvision Engineering Inc.
Obayashi Corp.
OHG, Stadtwerke München GmbH
OKG AB
Omaha Public Power District
Ontario Power Generation (OPG)
Ontario Power Generation Inc.
Oracle
Otek Corp
Pacific Gas & Electric
Pacific Gas and Electric Company (PG&E)
Pacific Northwest
Paks Nuclear Power Ltd.
Pall Gmbh
Palo Verde Nuclear
Paradigm Precision
Paradigm Precision Holdings LLC
Parker Hannifin AB
Parker Hannifin Corp - Accumulator
Parker Hannifin Corp - Chomerics
Parker Hannifin Corp - Electromecha
Parker Hannifin Corp - Instrum/Auto
Parker Hannifin Corp – SSD Drives
Parker Hannifin GmbH
Parker Industrial X-Ray
Partena Secretariat Social
Paul Fabrications Ltd.
Paul Scherrer Institut (PSI)
PCC Structurals
PCC Structurals - San Leandro
PCI Energy Services LLC
Peerless Manufacturing Co
Penn State Tool & Die Corp
Penn United Technologies Inc.
Pennatronics
Pennsylvania Power and Light Company
Perma-Fix Environmental Services Inc.
Petersen Inc.
Pioneer Motor Bearing
Posiva Oy
Precision Custom Components
Precision Custom Components LLC
Precision Grit Etching &Engrav.
Premier Technology Inc.
PreussenElektra GmbH

**Customers/Vendors**

PreussenElektra GmbH - Kernkraftwerk Brokdorf
PreussenElektra GmbH - Kernkraftwerk Unterweser
Progress Energy Carolinas, Inc.
Progress Energy Florida
Progress Energy Service Company, LLC
PSEG Nuclear
PSEG Nuclear LLC
Public Service and Gas Company
PWC Product Sales LLC
PWR Owner's Group
Qinshan Nuclear Power Company Limited
QUALTECH NP
R V Industries Inc.
R.E. Ginna Nuclear Power Plant, LLC
RDF Corp.
RED D ARC Inc.
Reuss Industries
Ringhals AB
Ringhals AB (PUBL)
Ringhals AB/Forsmark AB
Rio Tinto Uranium
RL Holliday
RL Holliday Co Inc.
Rolls Royce
Rolls Royce Nuclear Field Services
Rolls Royce Power Engineering Plc
Rolls-Royce Civil Nuclear Canada Lt
Rolls-Royce Nuclear
Rosemount Analytical Inc.
Rosemount Inc.
Rosemount Nuclear Instruments Inc.
RWE Generation SE
RWE Power AG
RWE Power AG & E.ON Kernkraft GmbH
Ryerson
Sammen Nuclear Power Company Ltd.
Samshin Limited
San Diego Gas & Electric Company
Sandvik SMT EMEA AB
Sandvik Special Metals Corp
Sandvik Special Metals Kennewick
Sanmen Nuclear Power Co., Ltd.
Sanmen Nuclear Power Company Ltd
Sanmen Nuclear Power Company Ltd.
Santee Cooper
SAP America Inc.
Savannah River Remediation
SC State Ports Authority
Schurrer Enterprises Inc.

**Customers/Vendors**

Scientech
Scientech Inc.
Scientech LLC
Scientech, a Business Unit of Curtiss
SEIV SAS
Sellafield Ltd
Servelec Controls Limited
SGL Carbon Gmbh
SGL Carbon Ltd.
SGL Carbon SA
Shandong Nuclear Power Company Ltd.
Shandong Nuclear Power Eq.
Shangdong Nuclear Power Company Ltd.
Shanghai Electric E&A Industrial Development Co Ltd
Shanghai No. 1 Machine Tool Works Co., Ltd.
Shanghai Nuclear Engineering
Shanghai Nuclear Engineering Research and Design Institute
Siemens
Siemens AB
Siemens AG
Siemens AG Industry Sector
Siemens Financial Services
Siemens Financial Services AB
Siemens Industrial
Siemens Industry Inc.
Siemens Industry Software GmbH
SIPRO Engineering D.O.O
SKB - Swedish Nuclear Fuel and Waste management Company AB
SKC-Svenskt Kärntekniskt Centrum
SKODA JS a.s.
Slovenske Elektrarne, a.s.
SMCI
SOLCOM GmbH
Solvay Fluorides LLC
South Carolina Electric & Gas Company
South Texas Nuclear Operating Company
South Texas Project
South Texas Project Electric Generating Station
Southern California Edison (SCE)
Southern California Edison Company
Southern Company
Southern Nuclear
Southern Nuclear Company
Southern Nuclear Operating Company, Inc.
Spang Power Electronics
Specialized Welding
Specialty Maintenance & Construction Inc.
Speedy Metals
SPX Corp Copes Vulcan Operation

300821456 v1

**Customers/Vendors**

SPX Flow Control
SRC Worldwide, Inc.
SSA Cooper LLC
Stadtwerke München GmbH
STARS Alliance
State Enterprise RadioActive Waste
State Nuclear Baoti Zirconium Industry Company Ltd.
State Nuclear Power Automation System
State Nuclear Power Automation System Engineering Company
State Nuclear Power Engineering Company Ltd.
State Nuclear Power Engineering Corporation Ltd.
State Nuclear Power Technology Corporation Ltd.
State Nuclear Wec Zirconium
Stein Seal Co.
STP Nuclear Operating Company
Strainsert Co.
STSI - Groupe Geodis
STSI Etablissement Belgique
STUDSVIK Nuclear  AB
STUDSVIK Race
STUDSVIK UK Ltd.
Sulzer Chemtech Ltd
Sulzer Chemtech UK Limited
Sulzer Dowding and Mills
Sulzer Markets and Technology AG
Sulzer Pump Sweden AB
Sulzer Pumps (US) Inc.
Sumitomo Corporation Europe Limited
Superior Tube Co
SVAFO
Svensk Karnbranslehantering AB
SWAGELOK
Swagelok - Válvulas y Conexiones IB
Swagelok Capital Projects Company
Swagelok Connecticut
Swagelok Lyon
Swagelok Minnesota
Swagelok Munchen
Swagelok North Carolina
Swagelok North Carolina / East Tennessee
Swagelok Sweden
System Energy Resources, Inc.
T Clarke North West Limited
Taiwan Power Company
Taiyuan Heavy Industry Co. Ltd.
Tecnatom Do Brasil Engenharia
Tecnatom ES
Tecnatom S.A.
Tecnatom SA

**Customers/Vendors**

Teco Westinghouse Motor Company
Tennessee Valley Authority
Teollisuuden Voima Oyj
Testamerica Laboratories Inc.
Texas Utilities Electric Company
The City of Anaheim (CA)
The City of Riverside (CA)
The Detroit Edison Company
The Hartford Steam Boiler Inspec. & Ins
The Kansai Electric Power Company, Inc.
The Nuclear Decommissioning Authority
The Shaw Group Inc.
The State Enterprise National Nuclear Energy Generating Company
Tooling Specialists Inc.
Toshiba Corporation
Toshiba Corporation Power Systems Company
Toshiba International (Europe) Ltd.
Tractebel
Transco Products Inc
Transco Süd Internationale
Transport Logistics International
Tranter, Inc.
Tri-State Industrial Solutions
Tronox Speciality Alkali Corp.
TSI Incorporated
TSI Instruments Ltd
TSM Tech Co Ltd
TU Electric
Turner Construction
Turner Construction Company
TÜV Saarland Bildung
TUV SUD
TÜV SÜD Akademie GmbH
TÜV SÜD Energietechnik GmbH
TÜV SÜD Industrie Service GmbH
TÜV SÜD Management Service GmbH
TUV SUD PRODUCT SERVICE LIMITED
TUV SUD SCHWEIZ AG
TÜV SUV Product Service GmbH
TXU Electric
TXU Generation Company LP
TXU Power
UG USA Inc.
UK Ministry of Defense
Ultra Electronics Limited
Ultra Electronics Nuclear Sensors &
Underwater Construction Corporation
Union Electric Company
Uniper Anlagenservice GmbH

300821456 v1

**Customers/Vendors**

Uniper Anlagenservice GmbH
Uniper Sweden AB
Unitech Services Group
United Rentals
United Rentals (North America) Inc
United States Department of Energy
United States Enrichment Corporation
Urangesellschaft Mbh
Uranium One Inc.
US Bank Transportation Solutions
US Ecology
US Ecology Idaho, Inc.
US Ecology Inc.
US Embassy, New Delhi
UT-Battelle, LLC
Valcor Engineering Corp.
Vallorbs Jewel Co.
Vattenfall AB
Vattenfall Europe Nuclear Energy GmbH
Vattenfall Nuclear Fuel AB
Veolia Es Industrial Services Inc.
Veridiam
Virginia Electric & Power Company, d/b/a Dominion Virginia Power
Vistra Energy (Luminant)
Waste Control Specialilsts LLC
Watlow Electric Mfg Co.
Wectec Global Project Services Inc.
WECTEC Global Project Services Inc.
Weed Instrument Dba Ultra Electroni
Weir Valve & Controls USA Inc.
Weir Valves & Controls Inc.
Wesco
Westinghouse Electric Company LLC
Westinghouse Electric Japan Limited
Westinghouse Industry Products International Company
Williams Plant Services LLC
Williams Scotsman Inc.
Wisco Calibration Services Inc.
Wisconsin Electric Power Company
Wisconsin Public Service Corporation
WMG Inc.
Wolf Creek Nuclear
Wolf Creek Nuclear Operating Corporation
Xcel Energy
Yang Jiang Nuclear Power Company Limited
Zetec Inc.
Zetec Inc. (FR) – Struers
ZionSolutions

**Debtors' Professionals/Advisors**

AlixPartners, LLP
Kurtzman Carson Consultants LLC
PJT Partners Inc.
Togut, Segal & Segal LLP.
Weil, Gotshal & Manges LLP

**DIP Lenders**

Apollo Investment Corporation
AP WEC Debt Holdings LLC
Midcap Financial Trust
Amundi Absolute Return Apollo Fund PLC
Ivy Apollo Strategic Income Fund
Ivy Apollo Multi Asset Income Fund

**DIP Lenders Counsel**

Paul, Weiss Rifkind & Garrison LLP
Shearman & Sterling LLP

**Directors/Officers(Current and Former)**

Altemus, Kenneth J.
Aquilino, Daniel M. P.E.
Auger, Austin A.
Auld, Gregg D.
Baranwal, Rita
Bertsch, Gene C.
Bevilacqua, Bruce W.
Bishop, James E.
Bognar, L. Wayne
Brachet, Yves
Bradfute, Jeffrey L.
Brennan, James M.
Bridges, Robert
Browning, Walter G.
Burns, John W.
Chandler, Richard E. Jr.
Cherian, Dhiraj C.
Christaldi, Joseph
Chung, Dong-Hyun
Coleman, S. Walt
Copeland, Terry
Corey, Nina A.
Crump, Mark W.
Cummins, William E.
Davis, Larry W. P.E.
DePierro, Don
DeWitt, Michele M.

## Directors/Officers(Current and Former)

Drawbridge, Bruce
Dupuy, N. Andrew Jr.
Durand, Clifford Simon III
Durham, David C
Edwards, Paul
Eubanks, Cliff
Fadel, Daniel P.
Falascino, Joni A.
Faulkner, Michael
Fauske, Hans K.
Fauske, Kris
Fecteau, Mark W.
Ferguson, William P.
Fitzpatrick, Arthur R.
Fussell, Doug
Gabbianelli, Richard A.
Galm, Randy
Gautier, Eduardo A.
Gigliotti, Gregory C.
Gisoni, Gregory A.
Glass, James
Griffith, William
Gustafson, Deborah A.
Gutierrez Elso, Jose Emeterio
Hamilton, Regina N.
Hatazawa, Mamoru
Heinricher, William D.
Henry, Robert E.
Hickey, Michael A.
Hollenbach, Kenneth W.
Hoschett, Sean
Howard, James
Howell, David A.
Hrabar, Craig S.
Hubner, Edward J.
Humphrey, Gerald
Igarashi, Yasuharu
Ikeda, Kenichi
Ira, Steve M.
Jackson, Kathleen A.
Jenkins, E. Kenneth
Kachmar, Mark P.
Kaczmarsky, Myron
Kester, L. T.M.
Killion, Wayne
Kincade, Vincent M.
Kovacic, Kathleen A.
Kuperminc, Ariel B.
Lamb, William G.

300821456 v1

**Directors/Officers(Current and Former)**

Lambert, Lynn
Layne, Daryl Eugene P.E.
Leach, Don
Leombruni, Pete
Lewis, A. Ron
Lewis, Mark B
Liu, Gavin Xingang
Lopez, Sergio
Lyash, Jeff
Manning, Michael P.E.
Marano, Mark W.
Marlo, Stephen
Maten, Mark
Matyi, Sarah
McAllister, Eric A.
McEahern, Patrice
McManus, Fred
Merrifield, Jeff
Mestayer, Jeep
Monaco, Carolyn I.
Moody, David C.
Mullen, Patrick K.
Murphy, Cornelius (Con)
Nauman, Tom
Niwano, Masao
Noda, Tetsuya
Norris, John M.
Noyes, James A.
Obadiah, Richard
O'Connell, Michael
Okamura, Kiyoshi
Okolita, Michael T.
Pezze, Cynthia M
Poirier, William P.
Politz, Brandon
Position, Vacant
Rano, Peter R.
Ray, Clarence L. Jr.
Reyes, Luciano
Richmond, John
Roderick, Daniel L.
S.C. Woods, L.L.C.
Sakamoto, Ichiro
Saleeby, Joseph
Samples, Anne M.
Sasaki, Norio
Scarfutti, Joseph P.
Schene, Roger
Schlueter, Bruce D.

31

**Directors/Officers(Current and Former)**

Sepitko, Wayne N.
Sepp, Henry A.
Sexstone, Sean
Shibano, Takayuki
Shiga, Shigenori
Simmons, John
Smith, John R. Jr.
Stockton, Westley S.
Suefuji, Keiko
Sumner, Daniel J.
Swanson, Richard A
Sweeney, Michael T.
Taff, Michael S.
Tanski, Sharon
Tasick, George
Timmons, Franklin R. CPP
Trice, Kelly
Tsukahara, Koichi
Urquhart, Gary T.
Volentine, Ronnie
Vorderbruggen, Stephen J
Vozzella, Joe
Weisser, Ronald J.
Williams, R. Rex
Wyble, James S
Young, James B.
Youssef, Farouk F.

**Directors and Officers Affiliations (Current/Former)**

99 Cents Only Stores,
Apollo Real Estate Commercial Mortgage Inc.
Atkins Global
Beilinson Advisory Group
Bottom of Form
EFCOG  (Energy Facility Contractors Group (EFCOG)
Entergy Nuclear
Federal Services.
Fluor Corporation
Fluor E&N
GE-Hitachi Nuclear Energy
Innkeepers USA
Jameson Hotels
MF Global Assurance Company
Molina Healthcare
Morgan, Lewis & Bockius
Nexeo Solutions, LLC,
Picadio Sneath Miller & Norton, P.C.
Pittsburgh Center for Energy
Progress Energy Carolinas

300821456 v1

## Directors and Officers Affiliations (Current/Former)

Progress Energy Florida
Progress Energy Inc.
Sonic Foundry, Inc.
Toshiba Corporation
U.S. Steel Corp,
University of California Davis School of Law
Veolia Nuclear Solutions
Wyndham Hotels

## Equity Holders

IHI Corporation
National Atomic Company Kazatoprom
Toshiba Corporation

## Financial Institutions – LC Banks

Bank of China
Banco Santander
BNP Paribas
Citibank, N.A.
Citigroup Global Markets Inc.
Deutsche Bank AG
ING Bank N.V.
ING Belgium S.A./N.V.
JPMorgan Chase Bank, N.A.
Mizuho Bank, Ltd.
PNC Bank, National Association
Skandinaviska Enskilda Banken AB (publ)
SE Banken
Sumitomo Mitsui Banking Corporation
The Bank of Tokyo-Mitsubishi UFJ, Ltd.

## Financial Institutions – Bank Accounts

BMO Harris Bank N.A.
BNP Paribas
Citibank, N.A.
JPMorgan Chase Bank, N.A.
Mizuho
Mizuho Bank, Ltd.
PNC Bank, National Association
SMBC
Sumitomo Mitsui Banking Corporation, NY

## Financial Institutions (Sale-Leaseback)

Mizuho (USA) Leasing & Finance Corporation

## Financial Institutions – Swap Counterparty Banks

Bank of Tokyo-Mitsubishi, UFJ

**<u>Financial Institutions – Swap Counterparty Banks</u>**

Bayerische Hypo- und Vereinsbank AG
BNP Paribas
Citibank, N.A.
JP Morgan Chase Bank, N.A.
Royal Bank of Scotland PLC (the)
Skandinaviska Enskilda Banken AB (publ)
SMBC Capital Markets, Inc.
Sumitomo Mitsui Banking Corp.
UniCredit Bank AG

**<u>Governmental/Regulatory Agencies</u>**

Allegheny County Sanitary Authority
Cranberry Township, Pennsylvania
Department of Defense (DOD)
Department of Health and Human Services (HHS)
Department of Transportation (DOT)
Environmental Protection Agency (EPA)
Federal Communications Commission
Georgia Department of Natural Resources
Internal Revenue Service
Metropolitan Council, St. Paul, MN
Minnesota Pollution and Control Agency
Missouri Department of Natural Resources
New Hampshire Department of Environmental Services
North Shore Sanitary District
Nuclear Regulatory Commission (NRC)
Occupational Safety and Health Administration (OSHA)
Office Nuclear Regulations (UK ONR)
Pennsylvania Department of Environmental Protection
Ramsey County Department of Public Health
Richland County, South Carolina
South Carolina Department of Health and Environmnet Control
State of Utah Labor Commission
Tennessee Department of Environment and Conservation
Town of Newington, NH
U.S. Army Corps of Engineers
United States Attorney's Office for the District of Delaware
United States Attorney's Office for the Southern District of New York
U.S. Coast Guard
United States Department of Energy (DOE)
Utah Department of Environmental Control
Utah Department of Environmental Quality
U.S Fish & Wildlife Service
U.S. Department of Transportation
Utah State - Office of State Engineer
Washington State Department of Health
U.S. Department of Health & Human Services

**Insurance and Surety Bond Providers**

ACE American Insurance Company
ACE European Group Limited
ACE Fianzas Monterrey
ACE/Westchester
Aetna Inc.
AIG
AIG Europe Limited
AIG Mexico
Allianz Global Corporate & Specialty SE
American Casualty Co of Reading
American Home Assurance Co.
American Insurance Company
American Nuclear Insurers (ANI)
Amlin Corporate Insurance
AON Hewitt
ARISE Boiler Inspection and Insurance Company Risk Retention Group
AXIS Insurance Company
Beacon
Beacon Health Options
Berkley Regional Insurance Company
Broadspire Services Inc.
Cigna Corp.
Crawford & Co.
CVS Caremark
EMANI
Empower Retirement
Erie Insurance
Federal Insurance Company (CHUBB)
Freedom Specialty
Gowlings/Marsh Canada Limited
Great American Insurance Company
Integrated Risk Control
Liberty Mutual Insurance Company
Lloyd's Syndicate
Lloyd's Syndicate AES 1225
Lloyd's Syndicate AML 2001
Lloyd's Syndicate BRT 2987
Lloyd's Syndicate LIB 4472
Lloyd's Syndicate NVA 2007
Lloyd's Syndicate XL 1209
Marsh & McLennan
Marsh GmbH
MARSH Ltd.
MARSH S.A.S
MARSH SpA
Marsh USA Inc.
Merrill Lynch
Metropolitan Life Insurance Co.
Minnesota Life Insurance Company

300821456 v1

**Insurance and Surety Bond Providers**

Mitsui
Mitsui Sumitomo Insurance Company of America
Mitsui Sumitomo Insurance USA Inc.
Mitsui Sumitomo Insurance USA, Inc.
Munich Re
National Union Fire Insurance Company (AIG)
Nordiska Kärnförsäkringspoolen
Northcourt Limited
Novae Underwriting Limited
Nuclear Risk Insurers Limited
OneBeacon Insurance Company
Pension Benefit Guaranty Corp.
PGBH
Pittsburgh Business Group
Royal and Sun Alliance Insurance Plc
Sompo Japan Insurance Company of America
Sompo Japan Nipponkoa Insurance Company of Europe Limited
Steadfast Insurance Company
Teachers Insurance and Annuity Association of America
The Insurance Company of the State of Pennsylvania
TISCO
U.S. Specialty Insurance Company (HCC)
WEC Insurance Limited
Western Surety Company
XN Financial Services Inc.
Zurich American Insurance Company

**Joint Venture Counterparties**

Energy Solutions Government Group, Inc.
Fluor Federal Services, Inc.
Hartron
Hutchinson Manufacturing Inc.
Korea Nuclear Fuel Co. Ltd.
Research Institute of Nuclear Power Operations Co. Ltd. (RINPO)

**Landlords**

1000-1100 Wilson Owner, LLC
1775 Pennsylvania Property, L.P.
1775 Pennsylvania Property LP
222 INTERNATIONAL LP
375 Metropolitan LLC
Alabama Power Company
Aricent US, Inc.
BAC Canton Holdings, LLC (MLL)  - ran BAC
Capital Development Co
Carolina Pines II LLC
CA-The Concourse Limited Partnership
CB&I, Inc.

**Landlords**

Colliers International South Carolina, Inc.
Daggett Ventures II LLC
David S. McLaughlin, Esq.
Ericsson Drive Associates LP
Ericsson Drive Associates, L.P.
FGHREALCO
FGHREALCO, LLC
FREEPORT CENTER ASSOCIATES
FT-Churchill Property L.P.
G R DANIELS WAREHOUSE LLC
GEB INC
GPI Plaza Tower, LP
Granite Properties
Gray Plant Mooty
Greenstein DeLorme & Luchs, P.C.
Griffin Capital Corporation
Hudson Americas LLC
Hudson Concourse, LLC
IX WR 3735 Glen Lake Drive, L.P.
JBG/Commercial Management, L.L.C.
Lexi Payovich
LSREF4 REBOUND LLC
MARELD COMPANY INC
Miller-Valentine Group
MILLS ROAD LLC
Pacific Palm Valley Center, L.P.
Pacifica Property Management Company
Peach Orchard Center, LLC
Post Heymann & Koffler LLP
Reger Holdings LLC
Rinaldi, Finkelstein & Franklin, LLC
RSP LP
S C Woods, L.L.C.
S&T Bank
Shaw Facilities, Inc. (SubLL)
Southeastern Real Estate Group LLC
Southern Company Services
Southern Company Services, Inc.
The Buncher Company
THE GC NET LEASE (CRANBERRY)
The GC Net Lease (Cranberry) Investors, LLC
Tradeport Development I, LLC
Trinity Partners, LLC
WECTEC Global Project Services Inc.

**Litigation Counterparties (pending lawsuits)**

Anthony Altmayer
Autanove Litigation

**Litigation Counterparties (pending lawsuits)**

Axpo Power AG
Billy Platt
Bonnie R Jones
Brian Rinker
Callison Tighe & Robinson LLC
Carol Mintz
CBS Corporation
Charles Foster
Chicago Bridge & Iron Company
Chicago Bridge & Iron Company, N.V.
Clara K Moore
Dan Kanitz
Daniel Nichols
Daniel Noel
Daniel Robb
David E. Ross
David Fife
David G. Searcy
Dennis G. Kilpatrick
Dickie, McCamey & Chilcote
Donald Keith Miles
Duke Energy Florida, Inc.
ES Fox c/o Michael Tamblyn
EvapTech
Feldon Barlow
Fisher & Phillips, LLP
Florence Borman
Fluor Enterprises, Inc.
Friotherm Arbitration
Garrett B. Moritz
Glatti Attorneys-at-law
Jackson Williams
James Cliett
James Lackey
James Watson
Jefferson County, Missouri c/o Jefferson County
Jerry Baber
Jimmy Clark c/o Troy A. Lanier, P.C.
John Mathis
John Michael Green
Joseph Ashworth
Jost Elektro AG Brugg
Jost Elektro AG Brugg C/O Glättli Attorneys-at-Law
Kenneth Langdon c/o Katz, Marshall & Banks LLP
Kilpatrick Townsend & Stockton, LLP
Leon Henson
Leopold Grove Engineering Company Ltd c/o BLM Law
Mr Davide Vanin
Mr luca Palumbo c/o Piazza Luigi Vittorio Bertarelli

300821456 v1

**Litigation Counterparties (pending lawsuits)**

Newton Duane Williams c/o The Gillam Law firm
Nicholas Broussard
Ogletree, Deakins, Nash, Smoak & Stewart, PC
Parker Poe Adams & Bernstein LLP
Peter Wang
Philip Gibbons Law, PC
Plan E Elektroplanung GmbH C/O Winzeler Partners
Research Cottrell Cooling, Inc. ("RCC")
Robert "Bob" Stoner
Robert Borman
Robert Ree c/o Kramer Maines & Associates
Russ Debnam
Ryan Coldiron
Sellafield Limited c/o Keoghs LLP
Seyfarth Shaw LLP
Springfields Fuels Limited
Terry English
Terry Lunn c/o The Gillam Law firm
Tho Nguyen c/o David B Spear and Nick Kennedy
Tim Pinkerton
Tucker, Long, PC
Vogtle Dispute Resolution Board
Wachtell, Lipton, Rosen & Katz
Walter Davis
Wayne Silva
Wilie Helms
William & Kelsey Tomlinson c/o Roberts Wooten & Zimmer
Willie E. Lennon C/O Hagen Rosskopf & Earle, LLC
Winzeler Partners

**Employee Litigation**

Banks, Kim F
Barton, Gary A.
Benjamin, Paul
Boulware, Fredell
Davis, Shinic
Debritto, Kevin
Floyd, Herman
Foster, Willis
Futrell, William
Gearheart, Tonya
Godbolt, Terry
Grant, Kimberly
Green, Larry
Grochowski, Mike
Haag, Cindy
Higgs, Frederick
Hinrichs, Thomas

300821456 v1

**Employee Litigation**

Hunter, Charles
Hutchinson, Robert
Ippolito, Christopher
Kauer-Durkee, Sally
Kibler, David W.
King, William
Lang, Travis
Lark, Steve
Lee, Tonya
Lopes, James
McMillan, Allan
Messina, Randy
Mobley, Rodney
Morgan, Linda
Nadasvolgyi, Anna
Pass, Mark
Raley, Quilla
Rost, Lindsay
Schaum, Charles
Sittner, Scott
Sunderhaus, Leslie
Sutton, Douglas
Tain, Michael
Terrell, Jonathan
Thorton, Darryl
Tobe, Crystal
Virgil, Latsha
Voigt, Andrew
Walker, Patricia
Weathers, Guy
Williams, DeRoy
Lostritto, Paul
Markovich, Erik
Proulx, David
Attucks, Joyce
Dresser, Robert
Langdon, Babette

**EPC Contract Counterparties**

Board of Water, Light and Sinking Fund Commissioners
The City of Dalton, Georgia
Georgia Power Company
Municipal Electric Authority of Georgia
Oglethorpe Power Company
South Carolina Electric and Gas Co.
South Carolina Public Service Authority

40

**Official Committee of Unsecured Creditors**

Fluor Enterprises Inc.
SSM Industries, Inc.
Dastech International, Inc.
South Carolina Electric and Gas Company
Georgia Power Company
Jones Lang LaSalle Americas, Inc.
Pension Benefit Guaranty Corporation


**Ordinary Course Professionals**

Abrams & Bayliss LLP
AccenturE LLP
Adams and Adams
Advokatfirma Delphi & Co
Advokatfirman Vinge KB
Aecom
Aivko Mijatovic & Partners, D.O.O.
Arcadis
Avalara Inc.
B D G. & Associates
Babst, Calland, Celments and Zomnir, P.C.
Baker & McKenzie Advokatbyra KB
Baker & McKenzie CIS LTD KYIV
Baker & McKenzie LLP
Barton Z. Cowan
BDO USA LLP
Beck Greener
Beijing PwC (Shenzhen) Ltd Beijing
Bereskin & Parr LLP
Bohest AG
Boyanov & Co Attorneys At Law
Buchannan Ingersoll & Rooney
Carr, Riggs, and Ingram, LLC
Casalonga & Associes
Casto Group Consulting LLC
CCPIT Patent and Trademark Law Office
Cermak A Spol
China Ipwell International Law Firm
Clarivate Analytics
Cohen & Grigsby, P.C.
Copyright Clearance Center Inc.
Cozen O'Connor P.C.
CS Hinnant Consulting, LLC
David Pattillo
Deloitte Tax LLP
Deloitte & Touche LLP
Deloitte Consulting LLP
Deloitte Financial Advisory

## Ordinary Course Professionals

Deloitte Haskins & Sells LLP
Deloitte LLP
Deloitte Svetovanje d.o.o.
Deloitte Total Reward and Benefits
Descartes Systems USA LLC
Dinsmore & Shohl
DLA Piper LLP
Domingues E. Pinho Contadores
Dua Associates
Duane Morris LLP
Eckert, Seamans, Cherin & Mallott LLC
Enercon
Ernst & Young LLP
Ernst & Young Product Sales LLP
Eversheds-Sutherland (US) LLP
Firstlaw PC
Fleuchaus & gallo Partnerschaft MBB
Foley & Lardner LLP
Fuller Landau LLP
Gene Bertsch
Gevers Patents SA
Gorodissky & Partners
Gowling WLG, LLP
Grant Thornton LLP
Herrero & Asociados
HGF Limited
HGS International Services Pvt. Ltd.
Hogan Lovells US LLP
Holland & Knight
Huynh Dai Thang
Ichii International I.P. Firme
I.P. Firm
Ipus Patent & Law Firm
Jackson Lewis
James Sheppard
Jefferey Egertson
Joe Chuchla
Jones Lang Lasalle
Jun He Law Offices
Jun He LLP
K&L Gates
K&L Gates LLP
Kilpatrick Stockton LLP
Kilpatrick Townsend & Stockton LLP
Kim & Chang
Kirkland & Ellis LLP
KPMG Advisory SpA
KPMG Audit
KPMG LLP

**<u>Ordinary Course Professionals</u>**

L S Davar & Co./H.V. Williams & Co.
Ladas & Parry LLP
Latham & Watkins
Lee and Li
Lewis Rice LLC
Linde Consulting Services (LCS)
Littler Mendelson PC
Machado Meyer Advogados
Mallett Consulting Services, LLC
Marcum LLP
Marks & Clerk
Marsh USA Inc.
Marvin F Poer
McGuire Woods LLP
Merchant and Gould PC
MicroPatent LLC
Modiano & Partners
Morgan Lewis & Bockius LLP
Neville Peterson LLP
Norton Rose Fulbright Canada LLP
Norton, Rose, Fulbright and Chadbourne
NT Lakis, LLP
Ogletree, Deakins, Nash, Smoak & Stewart, PC
Ohrlings PricewaterhouseCoopers
Omer F. Brown, II
Papula Nevinpat
Philip E. Cook & Associates
Pietragallo Gordon Alfano Bosick & Raspanti LLP
Pillsbury Winthrop Shaw Pittman LLP
Plisco Consulting LLC
Price Waterhouse & Co
PricewaterhouseCoopers Gmbh
PricewaterhouseCoopers Private Limited
PricewaterhouseCoopers LLP
PricewaterhouseCoopers S.C.
PwC Tax Japan
Reid and Riege, P.C.
Rodl & Partner Management Consulting (Shanghai) Co., Ltd.
Saba & Co T.M.P.
Sandler & Travis Trade Advisory Services, Inc.
SAP - SUCCESSFACTORS INC.
Schneider Downs & Co., Inc.
Shardul Amarchand Mangaldas & Co.
Simaj Patent & Trademark Attorneys
Smith Moore Leatherwood LLP
TMF Group
Transaction Tax Resources Inc.
Two Mims Consulting, LLC
Valea AB

## Ordinary Course Professionals

White & Case LLP
Winston & Strawn LLP
Woodard & Curran
WSP-Parsons Brinkerhoff
Yoon & Yang (IP) LLC
Zivko Muatovic & Partners, D.O.O.

## Professionals of Other Parties in Interest

Berkeley Research Group, LLC (Toshiba Advisors)
Ducera Partners (SCANA Advisors)
Jones Day LLP (Southern Advisors)
Latham & Watkins LLP (LC Banks Advisors)
Lazard (Toshiba Advisors)
Paul, Weiss, Rifkind & Garrison LLP (DIP Lender Advisors)
Proskauer Rose LLP (UCC Advisors)
Reed Smith LLP (SCANA Advisors)
Rothschild & Co. (Southern Advisors)
Shearman & Sterling (Citibank Advisors)
Skadden, Arps, Slate, Meagher & Flom LLP (Toshiba Advisors)

## Significant Competitors

AREVA
China Inc.
GE Hitachi Nuclear Energy
General Electric Company
KEPCO
Mitsubishi Heavy Industries, Ltd
Rosatom

## Taxing Authorities

Acadia Parish School Board Sales & Use Tax Department (Louisiana)
Alabama Department of Revenue
ALCOSAN
Allegheny County Sanitary Authority
Arizona Corporate Commission
Arizona Department of Revenue
Arkansas Corporation Income Tax
Arkansas Department of Finance and Administration
Arkansas Dept. of Revenue
Arkansas Secretary of State
Ascension Parish Sales and Use Tax Authority (Louisiana)
Beauregard Parish Sheriff's Dept. Sales Tax Department (Louisiana)
Benton County Treasurer, WA
Berkheimer Tax Administrator (PA)
Bossier City Parish Sales & Use Tax Division (Louisiana)

300821456 v1

**Taxing Authorities**

Bureau of Motor Vehicles
Burke County Tax Assessor's Office (GA)
Calcasieu Parish Sales and Use Tax Department (Louisiana)
California Franchise Tax Board
California Secretary of State
California State Board of Equalization
Charles Carey Tax Collector (PA)
City of Aurora, Tax Licensing Division
City of Bellevue (Washington)
City of Centennial, Remittance Center
City of Chattanooga Office of City Treasurer
City of Chicago Department of Finance
City of Chillicothe (OH)
City of Columbia (SC)
City of Douglas (Arizona)
City of Goodyear (AZ)
City of Hoover, Alabama
City of Mobile Alabama Tax Collector
City of New Orleans - Sales Tax Division
City of Phoenix Tax Division
City of Portsmouth (NH)
City of Pueblo (Colorado)
City of Shoreview (MN)
City of Tempe Tax & License  (Arizona)
Colorado Arapahoe County (CO)
Colorado Department of Revenue
Colorado Secretary of State
Commissioner of Revenue Services (CN)
Commonwealth of PA Department of Revenue
Commonwealth of Pennsylvania,
Commonwealth of Virginia -State Corporation Commission
Comptroller of Maryland
Connecticut Secretary of State Document Review
Corporation Division N.H. Department of State
Cranberry Township, Pennsylvania
Delaware Dept. of State
Delaware Division of Corporations
Department of Commerce and Consumer Affairs
Department of Revenue Services State of Connecticut
Department of the Treasury – Internal Revenue Service
Derry Township Karen Krinock Tax Collector
District of Columbia Office of Tax and Revenue (Washington DC)
Fairfield County - South Carolina Department of Revenue, Manufacturing Section
Federal Communications Commission
Florida Department of Revenue
Florida Division of Corporations
Georgia Department of Natural Resources (DNR)
Georgia Department of Revenue
Georgia Environmental Protection Division (EPD)

45

**Taxing Authorities**

Georgia Secretary of State Corporations Division
Hamilton County Trustee, TN
Hanover County, VA
Hempfield Township Jim Regola, Tax Collector (PA)
Houston County Probate Office - Alabama
Iberia Parish School Board Sales & Use Tax Department
Iberville Parish Sales Tax Department
Idaho Secretary of State Business Registration Division
Idaho State Tax Commission
Illinois Department of Revenue
Illinois Secretary of State
Indiana Department of Revenue
Indiana Secretary of State
Internal Revenue Service
Iowa Department of Revenue
Iowa Secretary of State
Jefferson County, MO – Department of the County Assessor
Jefferson Parish Sheriff's Office Bureau of Revenue and Taxation (Louisiana)
Kansas Corporate Income Tax
Kansas Department of Revenue
Kansas Secretary of State
Kentucky Department of Revenue
KY Department of Revenue☐Lake County Collector (IL)
Lobby Office Washington, DC
Louisiana Department of Revenue
Louisiana Secretary of State
Maine Depart. of the Secretary of State –Div. of Corporations Reporting & Information Section
Maine Revenue Services
Massachusetts Department of Revenue
Mecklenburg County Tax Collector (NC)
Metropolitan Council
Michigan Corporations, Securities & Commercial Licensing Corporations Division
Michigan Department of Natural Resources (MDNR)
Michigan Department of Revenue
Michigan Department of Treasury
Minnesota Department of Revenue
Minnesota Partnership Tax
Minnesota Pollution and Control Agency (MPCA)
Minnesota Revenue
Minnesota Secretary of State Business Service Division
Mississippi Department of Revenue
Mississippi State Tax Commission
Missouri Department of Natural Resources
Missouri Department of Revenue
Missouri Secretary of State Corporations Unit
Montana Department of Revenue
Montana Secretary of State's Office
Montgomery County, MD – Department of Finance and Division of Treasury
Nebraska Department of Revenue

**Taxing Authorities**

Nebraska Secretary of State
Nevada Department of Taxation
Nevada Legal Press
Nevada Secretary of State Commercial Recordings Division
New Hampshire Department of Environmental Services (NHDES)
New Hampshire Department of Revenue
New Hampshire Secretary of State
New Hampshire State Treasurer
New Mexico Taxation and Revenue Dept.
New York State Department of State
New York State Department of Taxation and Finance
New York State Dept. of Taxation and Finance
NYS Dept. Taxation & Finance
NYC Dept. of Finance
North Carolina Department of Revenue
North Carolina Mecklenburg County
North Carolina Secretary of State
North Shelby Library District (AL)
North Shore Sanitary District (Illinois)
North Short Sanitary District
NYC Department of Finance
Oconee County Treasurer's Office (SC)
Office of Tax & Revenue
Office of the Kentucky Secretary of State
Office of the New Mexico Secretary of State
Ohio Department of Taxation
Oklahoma Secretary of State
Oklahoma Tax Commission
Oregon Department of Revenue
Oregon Secretary of State Corporation Division
P.E.  Certification
PA Department of Revenue
PA Dept. of Community and Economic Develop.
Parish of East Baton Rouge Department of Finance (Louisiana)
Parish of Rapides Sales and Use Tax Department (Louisiana)
Pennsylvania Department of Environmental Protection
Pennsylvania Department of Environmental Protection  - Bureau of Waste Management
Pennsylvania Department of Environmental Protection – Bureau of Oil & Gas Management
Pennsylvania Department of Environmental Protection – Bureau of Radiation Protection
Pennsylvania Department of Environmental Protection – Bureau of Water Quality Protections &
Wastewater Systems Operators
Plaquemines Parish Sales Tax Division (Louisiana)
Pointe Coupee Parish Sales and Use Tax Department (Louisiana)
Ramsey County (MN)
Ramsey County Department of Public Health
Rhode Island Department of Revenue
Rhode Island Department of State -Secretary of State
Richland County Business Tax (SC)
Richland County, South Carolina

**Taxing Authorities**

Santa Clara County Tax Collector
School District Income Tax (Columbus, OH)
Secretary of State of North Dakota
Secretary of the Commonwealth Corporations Division
Sewickley Township (Linda Harvey, Tax Collector) (PA)
Shelby County (Alabama)
South Carolina Department of Health and Environment Control
South Carolina Department of Revenue
South Carolina Tax Commission
South Dakota Secretary of State
Spartanburg  County (South Carolina)
St Landry Parish School Board (Louisiana)
St. Charles Parish School Board Sales and Use Tax Department (Louisiana)
St. James Parish School Board Sales & Use Tax Dept. (Louisiana)
St. John the Baptist Parish Sales and Use Tax Office (Louisiana)
State Board of Equalization (Tennessee)
State Corporation Commission (VA)
State of Alabama
State of Alaska Corporations Business & Professional Licensing
State of Arizona Department of Revenue
State of Connecticut
State of Connecticut Department of Revenue Services
State of Delaware Division of Revenue
State of Florida Department of Revenue
State of Georgia Department of Revenue
State of Hawaii Department of Taxation
State of Maine Department of Administrative & Financial Services
State of Maryland
State of Michigan
State of Michigan Department of Treasury
State of Minnesota - Revenue Ach
State of Mississippi Secretary of State
State of New Hampshire
State of New Hampshire - Treasurer
State of New Jersey
State of New Jersey Department of the Treasury
State of New Jersey Department of the Treasury, Division of Taxation
State of New Jersey Division of Taxation
State of Tennessee
State of Tennessee Department of Revenue
State of Utah
State of Utah Labor Commission
State of Washington
State of Washington Business Licensing Service
Tennessee Department of Environment and Conservation Division of Radiological Health
Tennessee Department of Revenue
Tennessee Secretary of State
Texas Comptroller of Public Accounts
Town of Newington Office of the Tax Collector

## Taxing Authorities

Town of Newington, NH
Town of Windsor, CT
Treasurer City of Memphis (TN)
Treasurer State of Connecticut
Treasurer, State of Maine
U.S. Army Corps of Engineers
U.S. Coast Guard
U.S. Customs and Border Protection
U.S. Department of Energy
U.S. Department of Transportation
U.S. Environmental Protection Agency
U.S. Federal Aviation Administration
U.S. Nuclear Regulatory Commission
US Department of Consumer and Regulatory Affairs
Utah Department of Environmental Control
Utah Department of Environmental Quality
Utah Department of Treasury
Utah Division of Corporations & Commercial Code
Utah State - Office of State Engineer
Utah State Tax Commission
Vermont Department of Taxes
Vermont Secretary of State
Virginia Department of Taxation
Washington DC Treasurer
Washington State Department of Revenue
Watts Bar Nuclear Plant
Weber County (Ogden, Utah)
West Baton Rouge Parish Department of Revenue
West Feliciana Parish School Board Sales Tax Collector
West Virginia Secretary of State
West Virginia State Tax Department
Wisconsin Department of Financial Institutions
Wisconsin Department of Revenue
Wisconsin Department of Revenue Customer Service Bureau
Wyoming Department of Revenue
Wyoming Secretary of State
York County Treasurer (South Carolina)

## UCC Lien Search Results

1st Constitution Bank
Commonwealth of Pennsylvania Department of Revenue
Fifth Third Equipment Finance Company
First Lease, Inc.
First Security Bank
Fleet Bank-NH
GEB, Inc.
Great America Financial Services Corporation
Hagemeyer North America, Inc.
HYG Financial Services, Inc.

49

**UCC Lien Search Results**

IBM Credit LLC
MB Financial Bank, N.A.
MHBK (USA) Leasing Finance LLC
MHCB (USA) Leasing & Finance Corporation
MHCB America Leasing Corporation
Mizuho Corporate Bank Ltd.
Commonwealth of Pennsylvania
Multiscope Document Solutions, Inc.
Navitas Lease Corp.
NMEG Financial Services,
NMHG Financial Services, Inc.
Princeton Credit Corporation
Scot Financial Services L.L.C.
Trilogy Leasing Co., LLC
U.S. Bank
Wells Fargo Bank, N.A.
West and Western State Bank

**Unions**

Association of Westinghouse Salaried Employees (AWSE)
Boilermaker Local 29
Boilermaker Local 60
Boilermaker Local 60 S&D Retire
Boilermaker Local 627 WSBIF
Boilermaker Local 647
Boilermaker Local 647 PAC
Boilermaker Local 647 Training
Boilermaker Local 651 Initiations
Boilermaker Local 651 Union Dues
Boilermaker National Funds
Boilermaker Vacation Trust
Boilermakers & Blacksmiths
Boilermakers & Blacksmiths #169
Boilermakers Apprenticeship Program
Boilermakers Blacksmith National Pension
Boilermakers Local #169 Spec Assess
Boilermakers Local 107
Boilermakers Local 154
Boilermakers Local 237
Boilermakers Local 26
Boilermakers Local 45 Bldg &Training
Boilermakers Local 456
Boilermakers Local 5 Bldg & Training
Boilermakers Local 5 Industry
Boilermakers Local 5 Pac
Boilermakers Local 5 Scholarship
Boilermakers Local 5 Training
Boilermakers Local 549
Boilermakers Local 549 Apprentice

300821456 v1

**Unions**

Boilermakers Local 558 Union Dues
Boilermakers Local 744
Boilermakers Local Lodge 45
Boilermakers Local Lodge No. 28
Boilermakers Local Lodge No. 5
Boilermakers Locals Lodge No.13
Boilermakers Lodge 193
Boilermakers Lodge No. 627
Boilermakers National Annuity Trust
Boilermakers National Health
Boilermakers National Health & Welfare
Boilermakers Retiree Supplemental
Boilermakers Union
Boilermakers Union Local No One
International Brotherhood of Electrical Workers (IBEW)
International Union of Operations Eng. Local 474
Newington Boilermakers (NWB)
Operating Engineers Local 139
Plumbers & Pipefitters 562
Plumbers & Pipefitters Local 150
Plumbers & Pipefitters Local 23
Plumbers & Pipefitters Local 539
Plumbers & Pipefitters Nat'l
Plumbers & Pipefitters UA Local 10
Plumbers & Steamfitters Apprentice Fund
Plumbers & Steamfitters Individual Act
Plumbers & Steamfitters L 10 Welfare
Plumbers & Steamfitters Li#33
Plumbers & Steamfitters Local 21
Plumbers & Steamfitters Local 400
Plumbers and Pipefitters Local 25
Windsor Boilermakers Pension Plan

**Utilities**

Allegheny Power
Allied Waste Services
Arizona Public Service Company
Arm Energy Management, LLC
Armstrong
Aschinger Electric Company
AT&T
Avaya
Baldor Electric Company
Basler Electric
Blackbox
BP Energy CO.
Cascade Natural Gas
Central Telephone
Century Link

**<u>Utilities</u>**

Century Link - Voice - Ogden
Chattanooga Gas
Chestnut Communications
China Telecom Beijing Co.
China Unicom Beijing Co.
China Unicom Hy. Branch
China Unicom Sh. Branch
CIMCO
Citizens of Georgia Power
City of Cayce, SC
City of Chattanooga
City of Chattanooga, TN
City of Columbia
City of Hutchinson
City of Portsmouth
City of Richland
City of Rock Hill (SC)
City of Shoreview
Comcast
Comcast Corporation
Comcast Phone LLC
COMED
Comview
ConEd (Commonwealth Edison)
Connecticut Natural Gas
Consolidated Communications
Constellation Energy Nuclear Group
Constellation New Energy
Cranberry Township
Diamond Mulch Inc.
Diamond Springs
DirecTv
DirecTv Sports Net Pittsburgh LLC
Dominion Virginia Power
DQE Communications LLC
DTEL Telecommunications Inc.
Duke Energy
Dupage County Public Works
Duquesne Light Company
Earthlink Business
Electric Power Board  (Epb)
Electric Power Board of Chattanooga (Epb)
Electrical Wholesalers Inc.
EPB
Eversource
Eversource Energy of NH
Fairpoint
Fairpoint Communications
First Communications

**Utilities**

Firstenergy Solutions Corp.
Frontier Communications
Gaylor Electric Inc.
Georgia Power
Globe Electric Inc.
Granite Communications
Granite Telecommunications LLC
Graybar Electric Co Inc.
Groot Industries, Inc.
Hickman Electric
Highridge Water Authority
Hinckley Springs
Hudson Energy Services, LLC
Hutchinson Utilities Commission
IME Mobile Solutions Gmbh
Inline Communications
Lake County Public Works
Level 3 Communications LLC
Mc Voice, LLC
Municipal Authority of Westmoreland County
Newington Sewer Commission
Nicor Gas
North Shore
North Shore Gas
North Shore Sanitary District
NU Telecom
NU-Telecom
Penelec
Penn Power
Penn Power (Firstenergy of PA)
Peoples Natural Gas
Personal Communications
Questar Gas
Questar Gas Company of UT
REA Energy
REA Energy Cooperative Inc.
Republic Services
Rocky Mountain Power
Rotten Apples
Santek Waste Services LLC
Scana Energy Marketing
SCE&G
Southern Linc
Spok Inc.
Spoke
Sprint
Tennessee American Water
The Metropolitan District
The WPJWA (Wilkinsburg-Penn Joint Water Authority)

300821456 v1

**Utilities**

Time Warner
Time Warner Cable
T-Mobile
Town & Country Transfer, Inc.
Transcanada
Transcanada Power Marketing Ltd
Tri-County Electric Cooperative (SC)
Unimax
Unitil
Verizon
Verizon Business
Verizon Wireless
Village of Burr Ridge
Village of Green Oaks
Waste Management North
Waste Management of Kennewick
Waste Management of Utah
Waste Management of WI-MN
West Penn Power
Wilkinsburg-Penn Joint Water Authority
Xcel Energy
York County Gas
Yukon Waltz
Yukon-Waltz Telephone Company

**Notice of Appearance Parties**
Akerman LLP (Attorneys for Nuclear Logistics LLC and The Calvert Company, Inc.)
Allen & Overy LLP (Attorneys for BNP Paribas, as agent)
Allen & Overy LLP (Attorneys for BNP Paribas, as agent)
Alston & Bird LLP (Counsel Columbia Property Trust, Inc.)
Alston & Bird LLP (Counsel Columbia Property Trust, Inc.)
Alston & Bird LLP (Counsel for the Municipal Electric Authority of Georgia)
Armstrong Teasdale LLP (attorney for Ellis & Watts Global Industries, Inc.)
Babst Calland, Clements and Zomnir, P.C. (attorney for Limbach Company LLC)
Babst Calland, Clements and Zomnir, P.C. (attorney for Master – Lee Energy Services Corporation)
Ballard Spahr LLP (Counsel for Exelon Generation Company, LLC)
Ballon Stoll Bader & Nadler PC (Counsel for RSCC Wire & Cable LLC and Cable USA LLC)
Barack Ferrazzano Kirschbaum & Nagelberg LLP (Attorneys for Motion Industries, Inc.)
Beal, LLC (attorney forBlanchard Machinery Company)
Benesch, Friedlander, Coplan & Aronoff LLP (attorney for Automated Precision, Inc.)
Bialson, Bergen & Schwab (attorney for United Parcel Service, Inc.)
Blank Rome LLP (Attorneys for Air Products and Chemicals, Inc.)
Borges & Associates, LLC (attorney for Premier Trailer Leasing, Inc.)
Borges & Associates, LLC (attorneys for Holcim (US) Inc.

**Notice of Appearance Parties**

Borges & Associates, LLC (Holcim (US) Inc. ("Holcim") and Premier Trailer Leasing, Inc. ("Premier Trailer")

Bradley Arant Boult Cummings LLP (Attorneys for Intergraph Corporation)

Brown & Connery LLP (attorney for SAP America, Inc.)

Bryan Cave LLP (Attorney for The GC Net Lease (Cranberry) Investors, LLC)

Bryan Cave LLP (Counsel for Williams Plant Services and Williams Specialty Services LLC)

Carter Ledyard & Milburn LLP (attorney for Bridgewell Resources, LLC)

Carter Ledyard & Milburn LLP (Attorneys for Central Electric Power Cooperative, Inc.)

Carter Ledyard & Milburn, LLP (Attorneys for Central Electric Power Cooperative, Inc.

Cavitch Familo & Durkin Co., LPA (attorney for the Lincoln Electric Company)

Chiesa Shahinian & Giantomasi PC (Attorneys for American Home Assurance Company; The Insurance Company of the State of Pennsylvania; and National Union Fire Insurance Company of Pittsburg, Pa.)

Commonwealth of Pennsylvania (Office of the Attorney General)

Cook, Heyward, Lee, Hopper & Feehan, P.C. (Counsel for W.O. Grubb Steel Erection Incorporation)

Cozen O'Connor (counsel for Day & Zimmermann Inc.)

Crawford & von Keller, LLC (attorney for Thompson Services)

Crowell & Moring LLP (attorney for Nuclear Fuel Industries, Ltd. ("NFI"))

Cullen and Dykman LLP (attorney for Engineered Mechanical Systems)

Dechert LLP (Counsel to Oglethorpe Power Corporation (An Electric Membership Corporation))

Dentons US LLP (Attorneys for Mizuho Bank, Ltd.)

Donohue Patrick & Scott PLLC (Counsel for Turner Industries Group, LLC)

Duane Morris LLP (Counsel for Aecon Group Inc. and Counsel for Gerdau Ameristeel US Inc.)

Duke, Holzman, Photiadis & Gresens LLP (attorney for 375 Metropolitan LLC)

Edison Company, PECO Energy Company, FirstEnergy Solutions Corp., Metropolitan Edison Company,

Epstein Becker & Green, P.C. (Attorney for Johnson Service Group, Inc.)

Epstein Becker & Green, P.C. (Attorney for Johnson Service Group, Inc.)

Flaster/Greenberg P.C. (Attorneys for SSM Industries, Inc.)

FrankGecker LLP (Counsel for Jones Lang LaSalle Americas, Inc.)

Gellert Scali Busenkell & Brown, LLC (attorney for Westinghouse Electric Company Executive Pension Plan Retiree Group)

Gibbons P.C. (attorney for Cives Corporation)

Gibbons P.C. (Attorneys for Research Cottrell Cooling Inc., Hamon Corporation, Veolia ES Industrial Services, Inc.)

Gleissner Law Firm, LLC (counsel for Carolina Fabricators, Inc.)

Goodwin Procer LLP (attorney for BackOffice Associates, LLC)

Greenstein DeLorme & Luchs, P.C. (attorney for 1000-1100 Wilson Owner, LLC)

Griffin Hamersky LLP (attorney for National Instruments Corporation)

Hahn & Hessen LLP (Counsel to DuBose National Energy Services, Inc.)

Hahn & Hessen LLP (Counsel to Transco Products Inc.)

Haynes and Boone, LLP (attorney for Ericsson Drive Associates, L.P.)

**Notice of Appearance Parties**

Herbert H. Slatery III (Tennessee Attorney General)

Hinckley Allen & Snyder, LLP (Schneider Electric USA Inc., Cannon Sline Industrial, Inc. ("Cannon Sline") c/o K2 Industrial Services, Inc.)

Hinckley, Allen & Snyder LLP (Counsel for Cannon Sline Industrial, Icn. )

Holland & Knight LLP (Counsel to Sid Tool Co., Inc. d/b/a MSC Industrial Supply Co., Inc.)

Horwood Marcus & Berk Chartered (Counsel to Transco Products Inc.)

Jason A. Starks, (Texas Controller of Public Accounts

Jenner & Block LLP (Counsel for Pacific Gas & Electric Company)

Jones Day (Counsel for Georgia Power Company, Oglethorpe Power Corporation, Municipal Electric Authority of Georgia, and the City of Dalton, Georgia)

Jones Walker LLP (Attorney for Entergy Operations, Inc.)

Keating Muething & Klekamp PLL (Attorneys for General Cable Industries, Inc.)

Klestadt Winters Jureller Southard & Stevens, LLP (attorney for 375 Metropolitan LLC)

Kutak Rock LLP (Counsel for Dresser, Inc. and GE Inspection Technologies, LP)

Latham & Watkins LLP (Counsel to the Debtor's Prepetition Agent under the certain Second Amened and Restated Credit Agmt)

Lathrop & Gage LLP (Counsel for Garney Companies, Inc.)

LeClair Ryan . PC (Counsel to CSCS Computer Sciences Corporation)

LeClair Ryan . PC (Counsel to SCS Computer Sciences Corporation)

Lindquist & Vennum LLP (attorneys for Anderson & Dahlen, Inc.)

Loeb & Loeb LLP (counsel for Bigge Crane and Rigging Co.)

Luskin, Stern & Eisler LLP (Counsel for Sumitomo Mitsui Banking Corporation)

Manier & Herod, P.C. (attorney for Westchester Fire Insurance Company)

Manning Fulton & Skinner, P.A. (Counsel to DuBose National Energy Services, Inc.)

Manning Fulton & Skinner, P.A. (Counsel to DuBose National Energy Services, Inc.)

Mayer Brown LLP (*Counsel for Mizuho America Leasing LLC and MHBK (USA) Leasing & Finance LLC*)

Maynard, Cooper & Gale, P.C. (Attorneys for Consolidated Pipe & Supply Company, Inc.)

McElroy, Deutsch, Mulvaney& Carpenter, LLP (attorney for Westchester Fire Insurance Company)

McGlinchey Stafford (Attorneys for Comanche Peak Power Company, LLC as successor in interest to Luminant Generation)

McGuire Woods LLP (Counsel to Virginia Electric and Power Company, d/b/a Dominion Virginia Power, and Dominion Nuclear Connecticut, Inc.)

Meyer, Suozzi, English & Klein. P.C and the Law Firm of Russel R. Johnson III (Commonwealth Missouri Department of Revenue

Moore & Van Allen PLLC (Attorneys for Creditor,Scana Energy Marketing, Inc.)

Moritt Hock & Hamroff LLP (attorney for Airgas USA, LLC and its affiliates)

Murtha Cullina LLP (Attorneys for CYIENT, Inc. and CYIENT Limited)

Nexsen Pruet, LLC (attorney for South Carolina Office of Regulatory Staff)

Nixon Peabody LLP (attorney for HSG Constructors LLC)

O'Melveny & Myers LLP (Attorneys for Centrus Energy Corp.)

Ochs & Goldberg, LLP (attorney for William Scotsman Inc. )

**Notice of Appearance Parties**

Parker Hudson Rainer & Dobbs LLP (Counsel to Oglethorpe Power Corporation (An Electric Membership Corporation)

Paul Weiss Rifkind Wharton & Garrison LLP (Counsel to Apollo Capital Management, LP)

Perkins Coie LLP (attorneys for Creditors Greenberry Industrial, LLC and NAES Corporation)

Pick & Zabicki LLP (Counsel for Vallorbs Jewel Company)

Pillsbury Winthrop Shaw Pittman LLP (attorney for Counsel for Mitsubishi Heavy Industries, Ltd. and Mitsubishi Nuclear Energy Systems, Inc.)

Pillsbury Winthrop Shaw Pittman LLP (Counsel to Fluor Enterprises, Inc. and American Equipment Company, Inc.

Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP (attorney for Novitas Credit Corp.)

Porter Hedges LLP (attorney for American Tank & Vessel, Inc.)

Portfolio Management Group and Colony NorthStar, Inc.

Proskauer Rose LLP (on Behalf of the Statutory Unsecured Claimholders' Committee)

Pryor Cashman LLP ( Attorneys for Fifth Third Equipment Finance Company)

PSEG Services Corporation Law Department (attorney for PSEG Nuclear LLC)

Quintairos, Prieto, Wood & Boyer, P.A. (Counsel to Accenture, LLP)

Reed Smith LLP (Counsel for South Carolina Electric & Gas Company and South Carolina Public Service Authority)

Reisman Law Firm LLC (Attorney for GE Betz, Inc. and GE Mobile Water, Inc.)

Rich Michaelson Magaliff Moser, LLP (attorneys for BFC Industrial Services, LLC)

Robinson & Cole LLP (attorney for AB, AB)

Rubin LLC (attorney for Morgan Corp)

Saul Ewing LLP (attorney for TE Connectivity Ltd. and Vigliotti Landscape & Construction, Inc.)

Scott M. Hare, Esq. (as counsel to J.V. Manufacturing Co., Inc)

Sedgwick LLP (attorney for Mistras Group, Inc.)

Sedgwick LLP (Counsel to EvapTech, Inc.)

Semanoff Ormsby Greenberg & Torchia, LLC (attorney for Johnson March Systems, Inc.)

Shearman & Sterling LLP (attorney for Citibank, N.A.)

Shearman & Sterling LLP (Counsel to the Agents and L/C Issuer for the Debtors' Proposed Debtor-in-Possession Financing Facility)

Sheppard Mullin Richter & Hampton, LLP (Attorneys for Doosan Heavy Industries & Construction Co., Ltd)

Skadden, Arps, Slate, Meagher & Flom LLP (Counsel to Toshiba Corporation)

Smith, Katzenstein & Jenkins LLP (attorneys for Airgas, Inc., Airgas USA, LLC and Its Affiliates)

Snell & Wilmer LLP (attorney for Obayashi Corporation)

Snell & Wilmer LLP (Counsel for Arizona Public Service Company, on behalf of itself and as agent for all other participants in the Arizona Nuclear Power Project)

Sowell Gray Robinson Stepp & Laffitte, LLC (Counsel for Central Electric Power Cooperative, Inc.)

Squire Patton Boggs (US) LLP (Cousnelt ot combined Nuclear Pension Plan Trustees Limited)

Stevens & Lee, P.C. (Counsel for Penn United Technologies, Inc.)

Stites & Harbison PLLC (Counsel for Owen Industries d/b/a Paxton & Vierling Steel Co.)

Streusand, Landon & Ozburn, LLP (Attorneys for National Instruments Corporation)

**Notice of Appearance Parties**

The Missouri Department of Revenue (Steven A. Ginther, Special Assistant Attorney General Missouri Department of Revenue)

Thompson Coburn LLP (Counsel for RSCC Wire & Cable LLC and Cable USA LLC)

Thompson Hine LLP (Attorneys for Envirovac Holdings LLC)

Thompson Hine LLP (Counsel for Williams Specialty Services LLC and Williams Plant Services LLC)

TN Dept. of Revenue c/o TN Attorney General's Office, Bankruptcy Division

Tucker Arensberg, P.C. (Counsel for Thermo Electron North America, LLC ,Thermo Fisher Scientific, Inc.,  Cygnus Manufacturing Company, LLC, Intertech Security, LLC, L&S Machine Co., LLC)

Tucker Arensberg, P.C.(attorney for ALKAB Contract Manufacturing, Inc.)

Wachtell, Lipton, Rosen & Katz (Counsel for Chicago Bridge & Iron Company N.V.)

West Penn Power Company, Pennsylvania Power Company, Public Service Company of New Hampshire, and Connecticut Light and Power Company

Whiteford, Taylor & Preston LLC (Counsel for Curtiss Wright Electro-Mechanical Corporation, Curtiss-Wright Flow Control Corporation,Curtiss-Wright Flow Control Service Corporation, Nova Machine Products, Inc., A.P. Services, LLC, and Curtiss-Wright Flow Control Company Canada)

William Scotsman Inc.

Womble Carlyle Sandridge & Rice, LLP (Thompson Construction Group, Inc.)

300821456 v1

**<u>Exhibit 2</u>**

**Current and Former Clients**

| Name Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is a K&L Gates client | Client Status (former client closed in past 2 years) | Nature of representation |
|---|---|---|---|---|
| ABB AB | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB AB - Service | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB AB Cewe-Control | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB AB Control Technologies | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB AB LV Systems | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB AB LV Systems (Sweden) | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB AG | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB AG Division Energietechnik | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB AS | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB ASEA Brown Boveri SA | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB Automation GmbH | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB Automation Inc Coral Springs | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB Automation Products GmbH | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB Automation Technologies AB | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB Corporate Research | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB Enterprise Software Inc. | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB Fastighet AB | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB France | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB IF | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB Immobilien AG | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB Industries AS | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB Ltd. | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB Oy Process Industries | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB Schweiz AG | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB Stotz-Kontakt GmbH | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB Training Center | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ABB Unterstützungseinrichtung GmbH | Customers/Vendors | ABB SpA,  ABB HV CABLES (SWEDEN) AB,  ABB Ltd., ABB Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Accenture LLP | 100 Largest Unsecured Creditors/Top 30 | ACCENTURE Sp. z o.o., Accenture Australia Pty Ltd, Accenture NZ Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Accenturll LLP | Ordinary Course Professionals | ACCENTURE Sp. z o.o., Accenture Australia Pty Ltd, Accenture NZ Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Air Products & Chemicals Inc. | Customers/Vendors | Air Products and Chemicals, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Air Products Plc | Customers/Vendors | Air Products and Chemicals, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Airgas East | Customers/Vendors | Airgas USA, LLC,  Airgas Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Airgas Great Lake | 100 Largest Unsecured Creditors | Airgas USA, LLC,  Airgas Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Airgas Inc. | Customers/Vendors | Airgas USA, LLC,  Airgas Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Airgas Intermountain | Customers/Vendors | Airgas USA, LLC,  Airgas Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Airgas Mid America | Customers/Vendors | Airgas USA, LLC,  Airgas Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Airgas N Central | Customers/Vendors | Airgas USA, LLC,  Airgas Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Airgas National Welders | Customers/Vendors | Airgas USA, LLC,  Airgas Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Airgas Natl Welders Specialty Gas | Customers/Vendors | Airgas USA, LLC,  Airgas Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Airgas North Central Waukegan | Customers/Vendors | Airgas USA, LLC,  Airgas Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Airgas South | Customers/Vendors | Airgas USA, LLC,  Airgas Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Airgas USA LLC | Customers/Vendors | Airgas USA, LLC,  Airgas Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Airgas, Inc. | Customers/Vendors | Airgas USA, LLC,  Airgas Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Allianz Global Corporate & Specialty SE | Insurance and Surety Bond Provider | Allianz Global Investors U.S. LLC , PIMCO Advisors, LP,  PIMCO Funds, Allianz Capital Partners GmbH, Allianz Global Investors GmbH, Allianz Global Investors of America, L.P.,  Allianz Global Investors Taiwan Ltd., | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Allied Waste Services | Utilities | Republic Services, subsidiary of Allied Waste | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Amec Foster Wheeler Nuclear UK Ltd. | Customers/Vendors | Foster WheelerCorporation,  Foster Wheeler (Qld) Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Amundi Absolute Return Apollo Fund PLC | DIP Lenders | Amundi Smith Breeden LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Ansaldo | Beneficiaries of Letters of Credit and Surety Bonds | Ansaldo STS USA, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Ansaldo Nucleare S.p.A. | Customers/Vendors | Ansaldo STS USA, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |

| Name Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is a K&L Gates client | Client Status (former client closed in past 2 years) | Nature of representation |
|---|---|---|---|---|
| Apollo Investment Corporation | DIP Lenders | Apollo Capital Management LP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Apollo Real Estate Commercial Mortgage Inc. | Directors and Officers Affiliations (Current/Former) | Apollo Capital Management LP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Arcadis | Ordinary Course Professionals | Hyder Consulting Middle East Limited, subsidiary of Arcadis NV | Current Client | Matters unrelated to Westinghouse bankruptcy |
| AT&T | Utilities | AT&T Inc., AT&T Mobility LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ATI Specialty Alloys Components | Customers/Vendors | Allegheny Technologies Incorporated | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ATI Specialty Materials Limited | Customers/Vendors | Allegheny Technologies Incorporated | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Atkins | Customers/Vendors | Faithful and Gould, a WS Atkins Limited affiliate | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Atkins Global | Directors and Officers Affiliations (Current/Former) | Faithful and Gould, a WS Atkins Limited affiliate | Current Client | Matters unrelated to Westinghouse bankruptcy |
| AXPO AG | Beneficiaries of Letters of Credit and Surety Bonds | Axpo Polska Sp. z o.o. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Axpo AG, Baden | Customers/Vendors | Axpo Polska Sp. z o.o. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| AXPO Power AG | Customers/Vendors | Axpo Polska Sp. z o.o. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Axpo Power AG | Litigation Counterparties (pending lawsuits) | Axpo Polska Sp. z o.o. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Babcock & Wilcox Nuclear Energy Inc. | Beneficiaries of Letters of Credit and Surety Bonds | Babcock & Wilcox, BWX Technologies, Inc., Babcock & Wilcox Enterprises, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Baker Concrete Construction Inc. | 100 Largest Unsecured Creditors | Baker Concrete Construction, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Banco Santander | Beneficiaries of Letters of Credit and Surety Bonds | SantanderConsumer USA Inc., Santander Holdings USA, Inc. and Santander Bank, N.A., Santander Securities LLC, Banco Santander (Mexico), S.A. Santander UK Plc - S | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Banco Santander | Financial Institutions – LC Banks | SantanderConsumer USA Inc., Santander Holdings USA, Inc. and Santander Bank, N.A., Santander Securities LLC, Banco Santander (Mexico), S.A. Santander UK Plc - S | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Bank of Tokyo-Mitsubishi, UFJ | Financial Institutions – Swap Counterparty Banks | MUFG Union Bank, N.A., Bank of Tokyo-Mitsubishi UFJ (Mexico), S.A., The Bank of Tokyo-Mitsubishi UFJ, Ltd. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Bayerische Hypo- und Vereinsbank AG | Financial Institutions – Swap Counterparty Banks | Bank-Hannoversche Hypothekenbank AG t/a Berlin Hyp, Hypothekenbank Frankfurt AG (Milan Branch) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Bereskin & Parr LLP | Ordinary Course Professionals | Bereskin & Parr | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Blackbox | Utilities | Black Box Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| BMO Harris Bank N.A. | Financial Institutions – Bank Accounts | BMO Real Estate Partners LLP, BMO Harris Bank NA | Current Client | Matters unrelated to Westinghouse bankruptcy |
| BNP Paribas | Administrative Agents | BNP Paribas, BNP Paribas Securities Corp., BNP PARIBAS CARDIF, Bnp Paribas Real Estate Investment Management Italy SGR p.A., First Hawaiian Bank | Current Client | Matters unrelated to Westinghouse bankruptcy |
| BNP Paribas | Beneficiaries of Letters of Credit and Surety Bonds | BNP Paribas, BNP Paribas Securities Corp., BNP PARIBAS CARDIF, Bnp Paribas Real Estate Investment Management Italy SGR p.A., First Hawaiian Bank | Current Client | Matters unrelated to Westinghouse bankruptcy |
| BNP Paribas | Financial Institutions – LC Banks | BNP Paribas, BNP Paribas Securities Corp., BNP PARIBAS CARDIF, Bnp Paribas Real Estate Investment Management Italy SGR p.A., First Hawaiian Bank | Current Client | Matters unrelated to Westinghouse bankruptcy |
| BNP Paribas | Financial Institutions – Bank Accounts | BNP Paribas, BNP Paribas Securities Corp., BNP PARIBAS CARDIF, Bnp Paribas Real Estate Investment Management Italy SGR p.A., First Hawaiian Bank | Current Client | Matters unrelated to Westinghouse bankruptcy |
| BNP Paribas | Financial Institutions – Swap Counterparty Banks | BNP Paribas, BNP Paribas Securities Corp., BNP PARIBAS CARDIF, Bnp Paribas Real Estate Investment Management Italy SGR p.A., First Hawaiian Bank | Current Client | Matters unrelated to Westinghouse bankruptcy |
| BNP, NY | Beneficiaries of Letters of Credit and Surety Bonds | BNP Paribas, BNP Paribas Securities Corp., BNP PARIBAS CARDIF, Bnp Paribas Real Estate Investment Management Italy SGR p.A., First Hawaiian Bank | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Bohest AG | Ordinary Course Professionals | BOHEST AG | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Bwxt Nog Technologies Inc. | 100 Largest Unsecured Creditors | Babcock & Wilcox, BWX Technologies, Inc., Babcock & Wilcox Enterprises, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| BWXT NOG Technologies Inc. | Customers/Vendors | BWX Technologies, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| California Franchise Tax Board | Taxing Authorities | The California Public Employees' Retirement System (CalPERS), The Regents of the University of California | Current Client | Matters unrelated to Westinghouse bankruptcy |
| California Secretary of State | Taxing Authorities | The California Public Employees' Retirement System (CalPERS), The Regents of the University of California | Current Client | Matters unrelated to Westinghouse bankruptcy |
| California State Board of Equalization | Taxing Authorities | The California Public Employees' Retirement System (CalPERS), The Regents of the University of California | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Calvert Cliffs Nuclear Power Plan, Inc. | Customers/Vendors | Exelon Corporation (parent company ) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Carolina Power & Light Company | Customers/Vendors | Duke Energy Corporation, Duke Energy Carolinas, LLC, Duke Energy Progress, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Casalonga & Associes | Ordinary Course Professionals | Casalonga & Associes | Current Client | Matters unrelated to Westinghouse bankruptcy |
| CB&I | 100 Largest Unsecured Creditors/Top 30 | Chicago Bridge & Iron, Chicago Bridge & Iron Company N.V., CBI Constructors Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| CB&I Laurens Inc. | 100 Largest Unsecured Creditors/Top 30 | Chicago Bridge & Iron, Chicago Bridge & Iron Company N.V., CBI Constructors Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| CB&I, Inc. | Landlords | Chicago Bridge & Iron, Chicago Bridge & Iron Company N.V., CBI Constructors Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| CBS Corporation | Litigation Counterparties (pending lawsuits) | CBS Corporation, CBS International (Netherlands) B.V., CBS Interactive | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Central Telephone | Utilities | Sprint Corporation (parent co) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Century Link | Utilities | CenturyLink Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Century Link - Voice - Ogden | Utilities | CenturyLink Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| CEZ, a. s.. | Customers/Vendors | Eco-Wind Construction S.A., a subsidiary of CEZ SA | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Chicago Bridge & Iron Company | Litigation Counterparties (pending lawsuits) | Chicago Bridge & Iron, Chicago Bridge & Iron Company N.V., CBI Constructors Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Chicago Bridge & Iron Company, N.V. | Litigation Counterparties (pending lawsuits) | Chicago Bridge & Iron, Chicago Bridge & Iron Company N.V., CBI Constructors Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Chromalox | 100 Largest Unsecured Creditors | Chromalox, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| CIMCO | Utilities | HOTWIRE, INC. F/K/A CIMCO, INC. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Citibank, N.A. | Administrative Agents | Citibank, N.A., Citicorp U.S.A., Inc., CitiMortgage, Inc., Citigroup Global Markets, Inc., Citigloabl Group Limited, Citicorp International Limited, Citicorp Trustee Company Limited, Citifin S.r.l. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Citibank, N.A. | Financial Institutions – LC Banks | Citibank, N.A., Citicorp U.S.A., Inc., CitiMortgage, Inc., Citigroup Global Markets, Inc., Citigloabl Group Limited, Citicorp International Limited, Citicorp Trustee Company Limited, Citifin S.r.l. | Current Client | Matters unrelated to Westinghouse bankruptcy |

| Name Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is a K&L Gates client | Client Status (former client closed in past 2 years) | Nature of representation |
|---|---|---|---|---|
| Citibank, N.A. | Financial Institutions – Bank Accounts | Citibank, N.A., Citicorp U.S.A., Inc., CitiMortgage, Inc., Citigroup Global Markets, Inc., Citiglobal Group Limited, Citicorp International Limited, Citicorp Trustee Company Limited, Citifin S.r.l. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Citibank, N.A. | Financial Institutions – Swap Counterparty Banks | Citibank, N.A., Citicorp U.S.A., Inc., CitiMortgage, Inc., Citigroup Global Markets, Inc., Citiglobal Group Limited, Citicorp International Limited, Citicorp Trustee Company Limited, Citifin S.r.l. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Citigroup Global Markets Inc. | Financial Institutions – LC Banks | Citibank, N.A., Citicorp U.S.A., Inc., CitiMortgage, Inc., Citigroup Global Markets, Inc., Citiglobal Group Limited, Citicorp International Limited, Citicorp Trustee Company Limited, Citifin S.r.l. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Commonwealth Edison Company | Customers/Vendors | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ConEd (Commonwealth Edison) | Utilities | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Constellation Energy Nuclear Group | Utilities | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Constellation Generation Group LLC | Customers/Vendors | Exelon Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Constellation New Energy | Utilities | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Crane Nuclear | Customers/Vendors | Crane Co. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Crane Nuclear Inc. | Customers/Vendors | Crane Co. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| CVS Caremark | Insurance and Surety Bond Provider | CVS Health Corporation, CVS 5537 NC, L.L.C., | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Deloitte & Touche LLP | Ordinary Course Professionals | Deloitte Tohmatsu Financial Advisory Co., Ltd., Deloitte Touche Tohmatsu | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Deloitte Consulting LLP | Ordinary Course Professionals | Deloitte Tohmatsu Financial Advisory Co., Ltd., Deloitte Touche Tohmatsu | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Deloitte Financial Advisory | Ordinary Course Professionals | Deloitte Tohmatsu Financial Advisory Co., Ltd., Deloitte Touche Tohmatsu | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Deloitte Haskins & Sells LLP | Ordinary Course Professionals | Deloitte Tohmatsu Financial Advisory Co., Ltd., Deloitte Touche Tohmatsu | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Deloitte LLP | Ordinary Course Professionals | Deloitte Tohmatsu Financial Advisory Co., Ltd., Deloitte Touche Tohmatsu | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Deloitte Svetovanje d.o.o. | Ordinary Course Professionals | Deloitte Tohmatsu Financial Advisory Co., Ltd., Deloitte Touche Tohmatsu | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Deloitte Total Reward and Benefits | Ordinary Course Professionals | Deloitte Tohmatsu Financial Advisory Co., Ltd., Deloitte Touche Tohmatsu | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Detroit Edison Company | Customers/Vendors | Shenango Incorporated, parent company | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Deutsche Bank | Beneficiaries of Letters of Credit and Surety Bonds | Deutsche Bank National Trust Company, DB Private Wealth Mortgage LTD, Deutsche Bank Americas Holding Corp., Deutsche Fiduciary Services (Suisse) SA, RREEF, Hawkes Maritime (Ireland) DAC, Deutsche Trustee Company Limited. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Deutsche Bank AG | Beneficiaries of Letters of Credit and Surety Bonds | Deutsche Bank National Trust Company, DB Private Wealth Mortgage LTD, Deutsche Bank Americas Holding Corp., Deutsche Fiduciary Services (Suisse) SA, RREEF, Hawkes Maritime (Ireland) DAC, Deutsche Trustee Company Limited. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Deutsche Bank AG | Financial Institutions – LC Banks | Deutsche Bank National Trust Company, DB Private Wealth Mortgage LTD, Deutsche Bank Americas Holding Corp., Deutsche Fiduciary Services (Suisse) SA, RREEF, Hawkes Maritime (Ireland) DAC, Deutsche Trustee Company Limited, | Current Client | Matters unrelated to Westinghouse bankruptcy |
| DLA Piper LLP | Ordinary Course Professionals | DLA Piper LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Dominion | Customers/Vendors | Dominion Resources, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Dominion Connecticut | Customers/Vendors | Dominion Resources, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Dominion Energy Kewaunee, Inc. | Customers/Vendors | Dominion Resources, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Dominion Generation | Customers/Vendors | Dominion Resources, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Dominion North Carolina Power | Customers/Vendors | Dominion Resources, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Dominion Nuclear Connecticut, Inc. | Customers/Vendors | Dominion Resources, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Dominion Virginia Power | Customers/Vendors | Dominion Resources, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Dominion Virginia Power | Utilities | Dominion Resources, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Donfang Electric (Wuhan) Nuclear Equipment Co., Ltd. | Customers/Vendors | Doosan Heavy Industries & Construction Co., Ltd. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Doosan Babcock Ltd | Customers/Vendors | Doosan Heavy Industries & Construction Co., Ltd. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Doosan Heavy Industries | Customers/Vendors | Doosan Heavy Industries & Construction Co., Ltd. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Doosan Heavy Industries & Construct | Customers/Vendors | Doosan Heavy Industries & Construction Co., Ltd. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Doosan Heavy Industries & Construction Co., Ltd. (Doosan) | Customers/Vendors | Doosan Heavy Industries & Construction Co., Ltd. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| DQE Communications LLC | Utilities | DQE Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Duke Energy | Utilities | Duke Energy Corporation, Duke Energy Carolinas, LLC, Duke Energy Progress, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Duke Energy | Customers/Vendors | Duke Energy Corporation, Duke Energy Carolinas, LLC, Duke Energy Progress, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Duke Energy Carolinas, LLC | Customers/Vendors | Duke Energy Corporation, Duke Energy Carolinas, LLC, Duke Energy Progress, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Duke Energy Corporation | Customers/Vendors | Duke Energy Corporation, Duke Energy Carolinas, LLC, Duke Energy Progress, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Duke Energy Florida | Customers/Vendors | Duke Energy Corporation, Duke Energy Carolinas, LLC, Duke Energy Progress, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Duke Energy Florida, Inc. | Litigation Counterparties (pending lawsuits) | Duke Energy Corporation, Duke Energy Carolinas, LLC, Duke Energy Progress, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Duke Energy Progress, Inc. | Customers/Vendors | Duke Energy Corporation, Duke Energy Carolinas, LLC, Duke Energy Progress, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Duke Power Company | Customers/Vendors | Duke Energy Corporation, Duke Energy Carolinas, LLC, Duke Energy Progress, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Duquesne Light Company | Utilities | DQE Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| E.ON Generation GmbH | Customers/Vendors | E.ON ENERGIE ODNAWIALNE Sp. z o.o., E. On Climate & Renewables North America, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| E.ON Kernkraft GmbH | Customers/Vendors | E.ON ENERGIE ODNAWIALNE Sp. z o.o., E. On Climate & Renewables North America, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| E.ON Kernkraftwerk GmbH | Customers/Vendors | E.ON ENERGIE ODNAWIALNE Sp. z o.o., E. On Climate & Renewables North America, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| E.ON New Build & Technology GmbH | Customers/Vendors | E.ON ENERGIE ODNAWIALNE Sp. z o.o., E. On Climate & Renewables North America, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |

| Name Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is a K&L Gates client | Client Status (former client closed in past 2 years) | Nature of representation |
|---|---|---|---|---|
| Eaton Corporation | Customers/Vendors | Eaton Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Eaton Electric GmbH | Customers/Vendors | Eaton Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Eaton Electric Limited | Customers/Vendors | Eaton Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| EdF | Beneficiaries of Letters of Credit and Surety Bonds | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| EDF | Customers/Vendors | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| EDF - Ceidre | Customers/Vendors | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| EDF - CIDEN | Customers/Vendors | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| EDF - CNEPE | Customers/Vendors | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| EDF - DCN (Fuel Division) | Customers/Vendors | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| EDF - DIN | Customers/Vendors | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| EDF - DPN | Customers/Vendors | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| EDF - DPN UNIE | Customers/Vendors | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| EDF - UTO | Customers/Vendors | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| EDF Energy | Customers/Vendors | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| EDF Energy Nuclear Generation Limited | Customers/Vendors | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| EDF Energy/Sizewell B | Customers/Vendors | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Electrabel | Beneficiaries of Letters of Credit and Surety Bonds | Electrabel NV/SA | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Electrabel | Customers/Vendors | Electrabel NV/SA | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Electrabel S.A./NV | Customers/Vendors | Electrabel NV/SA | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Electrabel SA | Customers/Vendors | Electrabel NV/SA | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Electricite de France | Customers/Vendors | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Electricite de France (EDF) | Customers/Vendors | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Electricity de France | Customers/Vendors | EDF Renewable Energy Inc., EDF EN Polska Sp. z o.o., EDF Energies Nouvelles, Electricité de France SA, EDF Trading Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Emerson Industrial | Customers/Vendors | Emerson Process Management Power and Water Solutions Sp. z o | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Emerson Process Management | 100 Largest Unsecured Creditors | Emerson Process Management Power and Water Solutions Sp. z o | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Emerson Process Management | Customers/Vendors | Emerson Process Management Power and Water Solutions Sp. z o | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Emerson Process Management AB | Customers/Vendors | Emerson Process Management Power and Water Solutions Sp. z o | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Emerson process management Co., Ltd | Customers/Vendors | Emerson Process Management Power and Water Solutions Sp. z o | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Emerson Process Management Distribution | Customers/Vendors | Emerson Process Management Power and Water Solutions Sp. z o | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Emerson Process Management GmbH | Customers/Vendors | Emerson Process Management Power and Water Solutions Sp. z o | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Emerson Process Management LLP | Customers/Vendors | Emerson Process Management Power and Water Solutions Sp. z o | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Emerson Process Management Ltd. | Customers/Vendors | Emerson Process Management Power and Water Solutions Sp. z o | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Emerson Process Management NY | Customers/Vendors | Emerson Process Management Power and Water Solutions Sp. z o | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Emerson Process Management SAS | Customers/Vendors | Emerson Process Management Power and Water Solutions Sp. z o | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Emerson Process Management sp. z .o | Customers/Vendors | Emerson Process Management Power and Water Solutions Sp. z o | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Emerson Process Management, Power & Water Solutions, Inc. | Customers/Vendors | Emerson Process Management Power and Water Solutions Sp. z o | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Emerson Process Management, S.L. | Customers/Vendors | Emerson Process Management Power and Water Solutions Sp. z o | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Emerson Process Mgmt. Korea Ltd. | Customers/Vendors | Emerson Process Management Power and Water Solutions Sp. z o | Current Client | Matters unrelated to Westinghouse bankruptcy |
| EnBW Energie Baden-Württemberg AG | Customers/Vendors | EnBW Kernkraft GmbH | Current Client | Matters unrelated to Westinghouse bankruptcy |
| EnBW Kernkraft GmbH | Customers/Vendors | EnBW Kernkraft GmbH | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Enersys | Customers/Vendors | Enersys, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Enersys Delaware Inc. | Customers/Vendors | Enersys, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ENGIE | Customers/Vendors | ENGIE Gas & LNG NA LLC, ENGIE Holdings Inc., ENGIE North America Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ENSA | Customers/Vendors | ENSA Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Entergy | Customers/Vendors | Entergy Corporation, Entergy Texas, Inc., Entergy Services, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Entergy Nuclear | Directors and Officers Affiliations (Current/Former) | Entergy Corporation, Entergy Texas, Inc., Entergy Services, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Entergy Nuclear Generation Company | Customers/Vendors | Entergy Corporation, Entergy Texas, Inc., Entergy Services, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Entergy Nuclear Operations | Customers/Vendors | Entergy Corporation, Entergy Texas, Inc., Entergy Services, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Entergy Nuclear Operations, Inc. | Customers/Vendors | Entergy Corporation, Entergy Texas, Inc., Entergy Services, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Entergy Operations, Inc. | Customers/Vendors | Entergy Corporation, Entergy Texas, Inc., Entergy Services, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |

| Name Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is a K&L Gates client | Client Status (former client closed in past 2 years) | Nature of representation |
|---|---|---|---|---|
| EON Kernkraft GmbH | Beneficiaries of Letters of Credit and Surety Bonds | E.ON ENERGIE ODNAWIALNE Sp. z o.o., E. On Climate & Renewables North America, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Ernst & Young LLP | Ordinary Course Professionals | Ernst & Young Australia | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Ernst & Young Product Sales LLP | Ordinary Course Professionals | Ernst & Young Australia | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Exelon | Customers/Vendors | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Exelon Business Services Co. | Customers/Vendors | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Exelon Corp. | Customers/Vendors | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Exelon Generation Co | Customers/Vendors | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Exelon Generation Company, LLC | Customers/Vendors | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Exelon Generation Powerlabs | Customers/Vendors | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Exelon Nuclear | Customers/Vendors | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Exelon Powerlabs | Customers/Vendors | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Exelon Powerlabs - Coatesville | Customers/Vendors | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Exelon Powerlabs - Plattsburgh | Customers/Vendors | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Exelon Powerlabs - Waltz Mill | Customers/Vendors | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Exelon Powerlabs LLC | Customers/Vendors | Commonwealth Edison, Exelon Corporation, Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Federal Eastern Corporation | Customers/Vendors | Federal Eastern Chemists, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Fifth Third Equipment Finance Company | UCC Lien Search Results | Fifth Third Bank, Fifth Third Securities, Inc., ClearArc Capital, Inc., Fifth Third Capital Holdings, LLC, | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve | 100 Largest Unsecured Creditors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve - NC | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve Belgium NV | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve Corp - Bridgeport NJ | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve Corp - Cookeville TN | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve Corp - Lynchburg VA | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve Corp - Raleigh NC | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve Corp - Springville UT | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve Corp - Vernon CA | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve Corp. | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve Flow Control (UK) Ltd. | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve Pump Division | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve Pumps Ltd - GB | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve US - Chicago IL | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve US INC | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve USA Inc. Limitorque | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Flowserve, S. de R.L, de C.V. | Customers/Vendors | Flowserve Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Fluor Corp. | Customers/Vendors | Fluor Enterprises Inc, Fluor International Limited, Fluor Corporation, Fluor S.A | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Fluor Corporation | Directors and Officers Affiliations (Current/Former) | Fluor Enterprises Inc, Fluor International Limited, Fluor Corporation, Fluor S.A | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Fluor E&N | Directors and Officers Affiliations (Current/Former) | Fluor Enterprises Inc, Fluor International Limited, Fluor Corporation, Fluor S.A | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Fluor Enterprises Inc. | Official Committee of Unsecured Creditors | Fluor Enterprises Inc, Fluor International Limited, Fluor Corporation, Fluor S.A | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Fluor Enterprises Inc. (Fei) | 100 Largest Unsecured Creditors/Top 30 | Fluor Enterprises Inc, Fluor International Limited, Fluor Corporation, Fluor S.A | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Fluor Enterprises, Inc. | Litigation Counterparties (pending lawsuits) | Fluor Enterprises Inc, Fluor International Limited, Fluor Corporation, Fluor S.A | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Fluor Federal Services, Inc. | Customers/Vendors | Fluor Enterprises Inc, Fluor International Limited, Fluor Corporation, Fluor S.A | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Fluor Federal Services, Inc. | Joint Venture Counterparties | Fluor Enterprises Inc, Fluor International Limited, Fluor Corporation, Fluor S.A | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Fortum Oy, Power Division | Customers/Vendors | Fortum Oyj | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Fragomen Del Rey Bernsen & Loewy | Customers/Vendors | Fragomen LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Fragomen Del Rey Bernsen & Loewy LLP | Customers/Vendors | Fragomen LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Fragomen LLP | Customers/Vendors | Fragomen LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Fragomen, Del Rey, Bernsen, & Loewy | Customers/Vendors | Fragomen LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Frontier Communications | Utilities | Frontier Communications Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Futrell, William | Employee Litigation | J. William Futrell | Current Client | Matters unrelated to Westinghouse bankruptcy |

| Name Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is a K&L Gates client | Client Status (former client closed in past 2 years) | Nature of representation |
|---|---|---|---|---|
| Garlock | Customers/Vendors | Garlock, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Garlock (Great Britain) Ltd | Customers/Vendors | Garlock, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Garlock Sealing Technologies | Customers/Vendors | Garlock, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| GE Canada | Customers/Vendors | Homer City Generation, L.P., GE Energy Financial Services, Caradigm Holding LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| GE Hitachi Nuclear Energy | Significant Competitors | Homer City Generation, L.P., GE Energy Financial Services, Caradigm Holding LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| GE-Hitachi Nuclear Energy | Directors and Officers Affiliations (Current/Former) | Homer City Generation, L.P., GE Energy Financial Services, Caradigm Holding LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| GE-Hitachi Nuclear Energy Americas, LLC | Customers/Vendors | Homer City Generation, L.P., GE Energy Financial Services, Caradigm Holding LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| GE-Hitachi Nuclear Energy Canada, Inc. | Customers/Vendors | Homer City Generation, L.P., GE Energy Financial Services, Caradigm Holding LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| General Electric Company | Customers/Vendors | Homer City Generation, L.P., GE Energy Financial Services, Caradigm Holding LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| General Electric Company | Significant Competitors | Homer City Generation, L.P., GE Energy Financial Services, Caradigm Holding LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Gevers Patents SA | Ordinary Course Professionals | Gevers & Partners SA | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Gowling WLG, LLP | Ordinary Course Professionals | Gowling WLG (Canada) LLP, GOWLING WLG (France) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Gowlings/Marsh Canada Limited | Insurance and Surety Bond Provider | Gowling WLG (Canada) LLP, GOWLING WLG (France), | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Hendrickx | Beneficiaries of Letters of Credit and Surety Bonds | Hendrickx Belgian Bread Crafter LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| HGF Limited | Ordinary Course Professionals | HGF Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Hitachi-GE Nuclear Energy Ltd. | Customers/Vendors | Homer City Generation, L.P., GE Energy Financial Services, Caradigm Holding LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Honeywell | Customers/Vendors | Honeywell International Inc., UOP LLC, Hand Held Products, Inc. d/b/a Honeywell Scanning & Mobility, Honeywell Limited, Honeywell China Co., Ltd., IL&FS Tamil Nadu Power Company Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Honeywell Analytics Inc. | Customers/Vendors | Honeywell International Inc., UOP LLC, Hand Held Products, Inc. d/b/a Honeywell Scanning & Mobility, Honeywell Limited, Honeywell China Co., Ltd., IL&FS Tamil Nadu Power Company Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Honeywell Inc. | Customers/Vendors | Honeywell International Inc., UOP LLC, Hand Held Products, Inc. d/b/a Honeywell Scanning & Mobility, Honeywell Limited, Honeywell China Co., Ltd., IL&FS Tamil Nadu Power Company Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Honeywell Industry Solutions | Customers/Vendors | Honeywell International Inc., UOP LLC, Hand Held Products, Inc. d/b/a Honeywell Scanning & Mobility, Honeywell Limited, Honeywell China Co., Ltd., IL&FS Tamil Nadu Power Company Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Honeywell International Inc. | Customers/Vendors | Honeywell International Inc., UOP LLC, Hand Held Products, Inc. d/b/a Honeywell Scanning & Mobility, Honeywell Limited, Honeywell China Co., Ltd., IL&FS Tamil Nadu Power Company Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Hutchinson, Robert | Employee Litigation | Robert N. Hutchinson | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Iberdrola Generacion S.A.U. | Customers/Vendors | Avangrid Renewables, LLC, Iberdrola QSTP LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Iberdrola, S.A. | Customers/Vendors | Avangrid Renewables, LLC, Iberdrola QSTP LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| IHI Corporation | 100 Largest Unsecured Creditors/Top 30 | IHI Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| IHI Corporation | Customers/Vendors | IHI Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| IHI Corporation | Equity Holders | IHI Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| IHI Inc. | Customers/Vendors | IHI Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ING Bank N.V. | Financial Institutions – LC Banks | ING Life Insurance and Annuity Company, ING Investment Management, Inc., ING Funds Independent Board Members, ING Bank Slaski SA, ING REDA Holdings Pty Limited, ING Real Estate Investment Management Australia Pty Limited, ING Real Estate B.V., ING Bank (Australia) Limited t/a ING Direct | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ING Belgique | Beneficiaries of Letters of Credit and Surety Bonds | ING Life Insurance and Annuity Company, ING Investment Management, Inc., ING Funds Independent Board Members, ING Bank Slaski SA, ING REDA Holdings Pty Limited, ING Real Estate Investment Management Australia Pty Limited, ING Real Estate B.V., ING Bank (Australia) Limited t/a ING Direct | Current Client | Matters unrelated to Westinghouse bankruptcy |
| ING Belgium S.A./N.V. | Financial Institutions – LC Banks | ING Life Insurance and Annuity Company, ING Investment Management, Inc., ING Funds Independent Board Members, ING Bank Slaski SA, ING REDA Holdings Pty Limited, ING Real Estate Investment Management Australia Pty Limited, ING Real Estate B.V., ING Bank (Australia) Limited t/a ING Direct | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Intertek Iberica Spain SLU | Customers/Vendors | Intertek USA, Inc. dba Intertek AIM | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Ivy Apollo Multi Asset Income Fund | DIP Lenders | Ivy Mutual Funds including Ivy Apollo Multi Asset Income Fund | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Ivy Apollo Strategic Income Fund | DIP Lenders | Ivy Mutual Funds including Ivy Apollo Strategic Income Fund | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Jones Day (Counsel for Georgia Power Company, Oglethorpe Power Corporation, Municipal Electric Authority of Georgia, and the City of Dalton, Georgia) | Notice of Appearance Parties | Jones Day | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Jones Day LLP (Southern Advisors) | Professionals of Other Parties in Interest | Jones Day | Current Client | Matters unrelated to Westinghouse bankruptcy |
| JP Morgan Chase | Beneficiaries of Letters of Credit and Surety Bonds | JPMorgan Chase Bank, N.A., J.P. Morgan Chase & Co., JPMorgan Asset Management, Bear Stearns & Co. Inc., MMODAL, INC. d/b/a M*Modal, JPMorgan Asset Management (Australia) Limited, JPMorgan IIF Int'l Acquisitions Ltd on behalf of JPMorgan Infrastructure Investments Fund | Current Client | Matters unrelated to Westinghouse bankruptcy |
| JP Morgan Chase Bank, N.A. | Financial Institutions – Swap Counterparty Banks | JPMorgan Chase Bank, N.A., J.P. Morgan Chase & Co., JPMorgan Asset Management, Bear Stearns & Co. Inc., MMODAL, INC. d/b/a M*Modal, JPMorgan Asset Management (Australia) Limited, JPMorgan IIF Int'l Acquisitions Ltd on behalf of JPMorgan Infrastructure Investments Fund | Current Client | Matters unrelated to Westinghouse bankruptcy |
| JPMorgan Chase Bank, N.A. | Financial Institutions – LC Banks | JPMorgan Chase Bank, N.A., J.P. Morgan Chase & Co., JPMorgan Asset Management, Bear Stearns & Co. Inc., MMODAL, INC. d/b/a M*Modal, JPMorgan Asset Management (Australia) Limited, JPMorgan IIF Int'l Acquisitions Ltd on behalf of JPMorgan Infrastructure Investments Fund | Current Client | Matters unrelated to Westinghouse bankruptcy |
| JPMorgan Chase Bank, N.A. | Financial Institutions – Bank Accounts | JPMorgan Chase Bank, N.A., J.P. Morgan Chase & Co., JPMorgan Asset Management, Bear Stearns & Co. Inc., MMODAL, INC. d/b/a M*Modal, JPMorgan Asset Management (Australia) Limited, JPMorgan IIF Int'l Acquisitions Ltd on behalf of JPMorgan Infrastructure Investments Fund | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Kansas Corporate Income Tax | Taxing Authorities | Kansas Public Employees Retirement System (KPERS) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Kansas Department of Revenue | Taxing Authorities | Kansas Public Employees Retirement System (KPERS) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Kansas Secretary of State | Taxing Authorities | Kansas Public Employees Retirement System (KPERS) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Kentucky Department of Revenue | Taxing Authorities | Kansas Public Employees Retirement System (KPERS) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| KEPCO | Significant Competitors | Korea Midland Power Co., Ltd. a/k/a KOMIPO, subsidiary of KEPCO | Current Client | Matters unrelated to Westinghouse bankruptcy |
| KEPCO Engineering and Contruction Co Inc | Customers/Vendors | Korea Midland Power Co., Ltd. a/k/a KOMIPO, subsidiary of KEPCO | Current Client | Matters unrelated to Westinghouse bankruptcy |
| KEPCO Nuclear Fuel Company, Ltd. | Customers/Vendors | Korea Midland Power Co., Ltd. a/k/a KOMIPO, subsidiary of KEPCO | Current Client | Matters unrelated to Westinghouse bankruptcy |
| KEPCO Research Institute | Customers/Vendors | Korea Midland Power Co., Ltd. a/k/a KOMIPO, subsidiary of KEPCO | Current Client | Matters unrelated to Westinghouse bankruptcy |
| KPMG Advisory SpA | Ordinary Course Professionals | KPMG Australia Pty Ltd, KPMG LLP (Canada) | Current Client | Matters unrelated to Westinghouse bankruptcy |

| Name Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is a K&L Gates client | Client Status (former client closed in past 2 years) | Nature of representation |
|---|---|---|---|---|
| KPMG Audit | Ordinary Course Professionals | KPMG Australia Pty Ltd, KPMG LLP (Canada) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| KPMG LLP | Ordinary Course Professionals | KPMG Australia Pty Ltd, KPMG LLP (Canada) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| KY Department of Revenue | Taxing Authorities | Kansas Public Employees Retirement System (KPERS) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Lee and Li | Ordinary Course Professionals | Lee and Li, Attorneys at Law | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Leidos Engineering LLC | 100 Largest Unsecured Creditors | Leidos Holdings, Inc., Leidos, Inc., Leidos | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Lincoln Electric Company | Customers/Vendors | Lincoln Electric Holdings, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Lynx Technology Partners Inc. | 100 Largest Unsecured Creditors | Lynx Technology Partners, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Lynx Technology Partners Inc. | Customers/Vendors | Lynx Technology Partners, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Mangiarotti S.p.A. | Non-Debtor Affiliate | Mangiarotti S.p.A. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Marks & Clerk | Ordinary Course Professionals | Marks & Clerk Patent and Trade Mark Attorneys | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Marsh & McLennan | Insurance and Surety Bond Provider | Mercer Trust Company, subsidiary of Marsh | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Marsh GmbH | Insurance and Surety Bond Provider | Mercer Trust Company, subsidiary of Marsh | Current Client | Matters unrelated to Westinghouse bankruptcy |
| MARSH Ltd. | Insurance and Surety Bond Provider | Mercer Trust Company, subsidiary of Marsh | Current Client | Matters unrelated to Westinghouse bankruptcy |
| MARSH S.A.S | Insurance and Surety Bond Provider | Mercer Trust Company, subsidiary of Marsh | Current Client | Matters unrelated to Westinghouse bankruptcy |
| MARSH SpA | Insurance and Surety Bond Provider | Mercer Trust Company, subsidiary of Marsh | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Marsh USA Inc. | Insurance and Surety Bond Provider | Mercer Trust Company, subsidiary of Marsh | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Marsh USA Inc. | Ordinary Course Professionals | Mercer Trust Company, subsidiary of Marsh | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Merrill Lynch | Insurance and Surety Bond Provider | Bank of America, N.A., Merrill Lynch Credit Corp. (MLCC) dba Merrill Lynch Home Loans (MLHL), U.S. Trust, Bank of America Private Wealth Management, Bank of America Trust & Trust Services, Merrill Lynch International | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Metropolitan Life Insurance Co. | Insurance and Surety Bond Provider | Metropolitan Life Insurance Co. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Miller-Valentine Group | Landlords | Miller-Valentine Partners Group Ltd. d/b/a Miller-Valentine Group | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Minnesota Life Insurance Company | Insurance and Surety Bond Provider | Minnesota Life Insurance Company | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Mitsubishi Corporation | 100 Largest Unsecured Creditors | Mitsubishi International Corporation, | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Mitsui | Insurance and Surety Bond Provider | Mitsui & Co. USA, Mitsui & Co. ltd., JA Mitsui Leasing Co. Ltd. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Mizuho | Financial Institutions – Bank Accounts | Mizuho Bank, Ltd. Hong Kong Branch,  Mizuho Alternative Investments, LLC, MIZUHO FINANCIAL GROUP INC. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Mizuho (USA) Leasing & Finance Corporation | Financial Institutions (Sale-Leaseback) | Mizuho Bank, Ltd. Hong Kong Branch,  Mizuho Alternative Investments, LLC, MIZUHO FINANCIAL GROUP INC. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Mizuho Bank, Ltd. | Financial Institutions – LC Banks | Mizuho Bank, Ltd. Hong Kong Branch,  Mizuho Alternative Investments, LLC, MIZUHO FINANCIAL GROUP INC. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Mizuho Bank, Ltd. | Financial Institutions – Bank Accounts | Mizuho Bank, Ltd. Hong Kong Branch,  Mizuho Alternative Investments, LLC, MIZUHO FINANCIAL GROUP INC. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Mizuho Corporate Bank Ltd. | UCC Lien Search Results | Mizuho Bank, Ltd. Hong Kong Branch,  Mizuho Alternative Investments, LLC, MIZUHO FINANCIAL GROUP INC. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Molina Healthcare | Directors and Officers Affiliations (Current/Former) | Molina Healthcare, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Montana Department of Revenue | Taxing Authorities | State of Montana | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Montana Secretary of State's Office | Taxing Authorities | State of Montana | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Morgan Lewis & Bockius LLP | Ordinary Course Professionals | Morgan, Lewis & Bockius LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Morgan, Lewis & Bockius | Directors and Officers Affiliations (Current/Former) | Morgan, Lewis & Bockius LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Navitas Lease Corp. | UCC Lien Search Results | Navitas Group, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| NDA | Customers/Vendors | NDA Group AB | Current Client | Matters unrelated to Westinghouse bankruptcy |
| New Mexico Taxation and Revenue Dept. | Taxing Authorities | Educational Retirement Board of New Mexico, State of New Mexico Public Employees Retirement Association | Current Client | Matters unrelated to Westinghouse bankruptcy |
| New York State Department of State | Taxing Authorities | NEW YORK STATE TEACHERS RETIREMENT SYSTEM (NYSTRS) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| New York State Department of Taxation and Finance | Taxing Authorities | NEW YORK STATE TEACHERS RETIREMENT SYSTEM (NYSTRS) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| New York State Dept. of Taxation and Finance | Taxing Authorities | NEW YORK STATE TEACHERS RETIREMENT SYSTEM (NYSTRS) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Nextra One LLC d/b/a Black Box | Customers/Vendors | Black Box Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| North Carolina Department of Revenue | Taxing Authorities | North Carolina Department of State Treasurer | Current Client | Matters unrelated to Westinghouse bankruptcy |
| North Carolina Mecklenburg County | Taxing Authorities | North Carolina Department of State Treasurer | Current Client | Matters unrelated to Westinghouse bankruptcy |
| North Carolina Secretary of State | Taxing Authorities | North Carolina Department of State Treasurer | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Nuclear Fuel Services Inc. | 100 Largest Unsecured Creditors/Top 30 | NUCLEAR FUEL SERVICES INC. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Nuclear Fuel Services Inc. | Customers/Vendors | NUCLEAR FUEL SERVICES INC. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| NYC Department of Finance | Taxing Authorities | New York City Mayor's Office of Pensions & Investments | Current Client | Matters unrelated to Westinghouse bankruptcy |
| NYC Dept. of Finance | Taxing Authorities | New York City Mayor's Office of Pensions & Investments | Current Client | Matters unrelated to Westinghouse bankruptcy |
| NYS Dept. Taxation & Finance | Taxing Authorities | NEW YORK STATE TEACHERS RETIREMENT SYSTEM (NYSTRS) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Obayashi Corp. | Customers/Vendors | OBAYASHI CORPORATION | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Office of the New Mexico Secretary of State | Taxing Authorities | Educational Retirement Board of New Mexico, State of New Mexico Public Employees Retirement Association | Current Client | Matters unrelated to Westinghouse bankruptcy |

| Name Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is a K&L Gates client | Client Status (former client closed in past 2 years) | Nature of representation |
|---|---|---|---|---|
| Oracle | Customers/Vendors | Oracle Corporation, BigMachines, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Oregon Department of Revenue | Taxing Authorities | State of Oregon Retirement Savings Board, Oregon State Treasury | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Oregon Secretary of State Corporation Division | Taxing Authorities | State of Oregon Retirement Savings Board, Oregon State Treasury | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Papula Nevinpat | Ordinary Course Professionals | Papula Oy t/d/b/a Papula-Nevinpat a/k/a Lappeenrannan Patenttitoimisto | Current Client | Matters unrelated to Westinghouse bankruptcy |
| PaR Nuclear, Inc. | Debtor | PaR Nuclear, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Parker Hannifin AB | Customers/Vendors | Parker Hannifin Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Parker Hannifin Corp - Accumulator | Customers/Vendors | Parker Hannifin Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Parker Hannifin Corp - Chomerics | Customers/Vendors | Parker Hannifin Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Parker Hannifin Corp - Electromecha | Customers/Vendors | Parker Hannifin Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Parker Hannifin Corp - Instrum/Auto | Customers/Vendors | Parker Hannifin Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Parker Hannifin Corp – SSD Drives | Customers/Vendors | Parker Hannifin Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Parker Hannifin GmbH | Customers/Vendors | Parker Hannifin Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Parker Industrial X-Ray | Customers/Vendors | Parker Hannifin Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Peerless Manufacturing Co | Customers/Vendors | PMFG Inc. and Peerless Mfg. Co. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Pennsylvania Power and Light Company | Customers/Vendors | PPL Services Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Peoples Natural Gas | Utilities | Peoples Natural Gas Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| PNC Bank, NA | Beneficiaries of Letters of Credit and Surety Bonds | PNC Bank, N.A., Midland Loan Services,  The PNC Financial Services Group, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| PNC Bank, National Association | Financial Institutions – LC Banks | PNC Bank, N.A., Midland Loan Services,  The PNC Financial Services Group, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| PNC Bank, National Association | Financial Institutions – Bank Accounts | PNC Bank, N.A., Midland Loan Services,  The PNC Financial Services Group, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Pricewaterhouse Coopers LLP | 100 Largest Unsecured Creditors | PricewaterhouseCoopers, PricewaterhouseCoopers Legal LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| PricewaterhouseCoopers Gmbh | Ordinary Course Professionals | PricewaterhouseCoopers, PricewaterhouseCoopers Legal LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| PricewaterhouseCoopers LLP | Ordinary Course Professionals | PricewaterhouseCoopers, PricewaterhouseCoopers Legal LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Progress Energy Carolinas | Directors and Officers Affiliations (Current/Former) | Duke Energy Corporation, Duke Energy Carolinas, LLC, Duke Energy Progress, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Progress Energy Carolinas, Inc. | Customers/Vendors | Duke Energy Corporation (parent co.), Duke Energy Carolinas, LLC, Duke Energy Progress, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Progress Energy Florida | Customers/Vendors | Duke Energy Corporation (parent co.), Duke Energy Carolinas, LLC, Duke Energy Progress, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Progress Energy Florida | Directors and Officers Affiliations (Current/Former) | Duke Energy Corporation, Duke Energy Carolinas, LLC, Duke Energy Progress, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Progress Energy Inc. | Directors and Officers Affiliations (Current/Former) | Duke Energy Corporation, Duke Energy Carolinas, LLC, Duke Energy Progress, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Progress Energy Service Company, LLC | Customers/Vendors | Duke Energy Corporation (parent co.), Duke Energy Carolinas, LLC, Duke Energy Progress, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Proskauer Rose LLP (UCC Advisors) | Professionals of Other Parties in Interest | Proskauer Rose LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| PWC Product Sales LLC | Customers/Vendors | PricewaterhouseCoopers, PricewaterhouseCoopers Legal LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| PwC Tax Japan | Ordinary Course Professionals | PricewaterhouseCoopers, PricewaterhouseCoopers Legal LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| R.E. Ginna Nuclear Power Plant, LLC | Customers/Vendors | Commonwealth Edison, Exelon Corporation (parent co.), Exelon Generation Company, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| REA Energy | Utilities | REA Energy Cooperative, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| REA Energy Cooperative Inc. | Utilities | REA Energy Cooperative, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Republic Services | Utilities | Republic Services | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Rothschild & Co. (Southern Advisors) | Professionals of Other Parties in Interest | Rothschild Asset Management, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Royal Bank of Scotland PLC (the) | Financial Institutions – Swap Counterparty Banks | The Royal Bank of Scotland PLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| S&T Bank | Landlords | S&T Bank | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Saba & Co T.M.P. | Ordinary Course Professionals | Saba & Co. IP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Sandvik SMT EMEA AB | Customers/Vendors | Sandvik Australia Pty Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Sandvik Special Metals Corp | Customers/Vendors | Sandvik Australia Pty Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Sandvik Special Metals Kennewick | Customers/Vendors | Sandvik Australia Pty Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| SAP America Inc. | Customers/Vendors | SAP Italia S.p.A. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Scana Energy Marketing | Utilities | Scana Industries, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| SE Banken | Beneficiaries of Letters of Credit and Surety Bonds | Skandinaviska Enskilda Banken, SEB Private Equity Opportunity III Management S.A. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| SE Banken | Financial Institutions – LC Banks | Skandinaviska Enskilda Banken, SEB Private Equity Opportunity III Management S.A. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Secretary of State of North Dakota | Taxing Authorities | North Dakota State Investment Board | Current Client | Matters unrelated to Westinghouse bankruptcy |
| SGL Carbon Gmbh | Customers/Vendors | SGL Carbon LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| SGL Carbon Ltd. | Customers/Vendors | SGL Carbon LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| SGL Carbon SA | Customers/Vendors | SGL Carbon LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |

| Name Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is a K&L Gates client | Client Status (former client closed in past 2 years) | Nature of representation |
|---|---|---|---|---|
| Shanghai Electric E&A Industrial Development Co Ltd | Customers/Vendors | Shanghai Electric Power Construction Co. Ltd (SEPC) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Shaw Facilities, Inc. (SubLL) | Landlords | The Shaw Group, Inc., Chicago Bridge & Iron (parent co) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Shearman & Sterling (Citibank Advisors) | Professionals of Other Parties in Interest | Shearman & Sterling LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Shearman & Sterling LLP | DIP Lenders Counsel | Shearman & Sterling LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Shearman & Sterling LLP (Counsel to the Agents and L/C Issuer for the Debtors' Proposed Debtor-in-Possession Financing Facility) | Notice of Appearance Parties | Shearman & Sterling LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Siemens | Customers/Vendors | Siemens WLL, Siemens S.p.A., LEDVANCE Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Siemens AB | Customers/Vendors | Siemens WLL, Siemens S.p.A., LEDVANCE Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Siemens AG | Customers/Vendors | Siemens WLL, Siemens S.p.A., LEDVANCE Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Siemens AG Industry Sector | Customers/Vendors | Siemens WLL, Siemens S.p.A., LEDVANCE Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Siemens Financial Services | Customers/Vendors | Siemens WLL, Siemens S.p.A., LEDVANCE Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Siemens Financial Services AB | Customers/Vendors | Siemens WLL, Siemens S.p.A., LEDVANCE Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Siemens Industrial | Customers/Vendors | Siemens WLL, Siemens S.p.A., LEDVANCE Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Siemens Industry Inc. | 100 Largest Unsecured Creditors/Top 30 | Siemens WLL, Siemens S.p.A., LEDVANCE Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Siemens Industry Inc. | Customers/Vendors | Siemens WLL, Siemens S.p.A., LEDVANCE Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Siemens Industry Software GmbH | Customers/Vendors | Siemens WLL, Siemens S.p.A., LEDVANCE Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Skandinaviska Enskilda Banken AB (publ) | Financial Institutions – LC Banks | Skandinaviska Enskilda Banken, SEB Private Equity Opportunity III Management S.A. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Skandinaviska Enskilda Banken AB (publ) | Financial Institutions – Swap Counterparty Banks | Skandinaviska Enskilda Banken, SEB Private Equity Opportunity III Management S.A. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| SMBC | Financial Institutions – Bank Accounts | Sumitomo Mitsui Trust International Ltd, SMBC Leasing and Finance, Inc., Sumitomo Mitsui Finance & Leasing Co., Ltd., SMFL Rental Co., Ltd., Sumitomo Mitsui Finance & Leasing, Sumitomo Mitsui Trust Bank, Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| SMBC Capital Markets, Inc. | Financial Institutions – Swap Counterparty Banks | Sumitomo Mitsui Trust International Ltd, SMBC Leasing and Finance, Inc., Sumitomo Mitsui Finance & Leasing Co., Ltd., SMFL Rental Co., Ltd., Sumitomo Mitsui Finance & Leasing, Sumitomo Mitsui Trust Bank, Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| SMBC China | Beneficiaries of Letters of Credit and Surety Bonds | Sumitomo Mitsui Trust International Ltd, SMBC Leasing and Finance, Inc., Sumitomo Mitsui Finance & Leasing Co., Ltd., SMFL Rental Co., Ltd., Sumitomo Mitsui Finance & Leasing, Sumitomo Mitsui Trust Bank, Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Solvay Fluorides LLC | Customers/Vendors | Solvay USA Inc., Cytec Industries, Inc | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Sprint | Utilities | Sprint Corporation (parent co) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Squire Patton Boggs (US) LLP (Counselt ot combined Nuclear Pension Plan Trustees Limited) | Notice of Appearance Parties | Squire Patton Boggs (US) LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Starwood Capital | Beneficiaries of Letters of Credit and Surety Bonds | Starwood Capital Group Management, L.L.C., Starwood Capital, L.L.C., Starwood Capital Group Global L.P. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| State Board of Equalization (Tennessee) | Taxing Authorities | Tennessee Consolidated Retirement System | Current Client | Matters unrelated to Westinghouse bankruptcy |
| State of Alaska Corporations Business & Professional Licensing | Taxing Authorities | State of Alaska | Current Client | Matters unrelated to Westinghouse bankruptcy |
| State of California | Beneficiaries of Letters of Credit and Surety Bonds | The California Public Employees' Retirement System (CalPERS), The Regents of the University of California | Current Client | Matters unrelated to Westinghouse bankruptcy |
| State of California Contractor License Board | Beneficiaries of Letters of Credit and Surety Bonds | The California Public Employees' Retirement System (CalPERS), The Regents of the University of California, | Current Client | Matters unrelated to Westinghouse bankruptcy |
| State of New Mexico | Beneficiaries of Letters of Credit and Surety Bonds | Educational Retirement Board of New Mexico, State of New Mexico Public Employees Retirement Association | Current Client | Matters unrelated to Westinghouse bankruptcy |
| State of North Carolina | Beneficiaries of Letters of Credit and Surety Bonds | North Carolina Department of State Treasurer | Current Client | Matters unrelated to Westinghouse bankruptcy |
| State of Oregon | Beneficiaries of Letters of Credit and Surety Bonds | State of Oregon Retirement Savings Board, Oregon State Treasury | Current Client | Matters unrelated to Westinghouse bankruptcy |
| State of Tennessee | Taxing Authorities | Tennessee Consolidated Retirement System | Current Client | Matters unrelated to Westinghouse bankruptcy |
| State of Tennessee Department of Revenue | Taxing Authorities | Tennessee Consolidated Retirement System | Current Client | Matters unrelated to Westinghouse bankruptcy |
| State of Washington | Beneficiaries of Letters of Credit and Surety Bonds | State of Washington | Current Client | Matters unrelated to Westinghouse bankruptcy |
| State of Washington | Taxing Authorities | State of Washington | Current Client | Matters unrelated to Westinghouse bankruptcy |
| State of Washington Business Licensing Service | Taxing Authorities | State of Washington | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Sulzer Chemtech Ltd | Customers/Vendors | Sulzer Management AG | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Sulzer Chemtech UK Limited | Customers/Vendors | Sulzer Management AG | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Sulzer Dowding and Mills | Customers/Vendors | Sulzer Management AG | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Sulzer Markets and Technology AG | Customers/Vendors | Sulzer Management AG | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Sulzer Pump Sweden AB | Customers/Vendors | Sulzer Management AG | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Sumitomo Corporation Europe Limited | Customers/Vendors | Sumitomo Australia Pty Ltd | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Sumitomo Mitsui Banking Corp. | Financial Institutions – Swap Counterparty Banks | Sumitomo Mitsui Trust International Ltd, SMBC Leasing and Finance, Inc., Sumitomo Mitsui Finance & Leasing Co., Ltd., SMFL Rental Co., Ltd., Sumitomo Mitsui Finance & Leasing, Sumitomo Mitsui Trust Bank, Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Sumitomo Mitsui Banking Corporation | Financial Institutions – LC Banks | Sumitomo Mitsui Trust International Ltd, SMBC Leasing and Finance, Inc., Sumitomo Mitsui Finance & Leasing Co., Ltd., SMFL Rental Co., Ltd., Sumitomo Mitsui Finance & Leasing, Sumitomo Mitsui Trust Bank, Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Sumitomo Mitsui Banking Corporation, NY | Beneficiaries of Letters of Credit and Surety Bonds | Sumitomo Mitsui Trust International Ltd, SMBC Leasing and Finance, Inc., Sumitomo Mitsui Finance & Leasing Co., Ltd., SMFL Rental Co., Ltd., Sumitomo Mitsui Finance & Leasing, Sumitomo Mitsui Trust Bank, Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Sumitomo Mitsui Banking Corporation, NY | Financial Institutions – Bank Accounts | Sumitomo Mitsui Trust International Ltd, SMBC Leasing and Finance, Inc., Sumitomo Mitsui Finance & Leasing Co., Ltd., SMFL Rental Co., Ltd., Sumitomo Mitsui Finance & Leasing, Sumitomo Mitsui Trust Bank, Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| SWAGELOK | Customers/Vendors | Bombay Fluid System Components Pvt.Ltd. dba Swagelok Bombay | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Swagelok - Válvulas y Conexiones IB | Customers/Vendors | Bombay Fluid System Components Pvt.Ltd. dba Swagelok Bombay | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Swagelok Capital Projects Company | Customers/Vendors | Bombay Fluid System Components Pvt.Ltd. dba Swagelok Bombay | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Swagelok Connecticut | Customers/Vendors | Bombay Fluid System Components Pvt.Ltd. dba Swagelok Bombay | Current Client | Matters unrelated to Westinghouse bankruptcy |

| Name Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is a K&L Gates client | Client Status (former client closed in past 2 years) | Nature of representation |
|---|---|---|---|---|
| Swagelok Lyon | Customers/Vendors | Bombay Fluid System Components Pvt.Ltd. dba Swagelok Bombay | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Swagelok Minnesota | Customers/Vendors | Bombay Fluid System Components Pvt.Ltd. dba Swagelok Bombay | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Swagelok Munchen | Customers/Vendors | Bombay Fluid System Components Pvt.Ltd. dba Swagelok Bombay | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Swagelok North Carolina | Customers/Vendors | Bombay Fluid System Components Pvt.Ltd. dba Swagelok Bombay | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Swagelok North Carolina / East Tennessee | Customers/Vendors | Bombay Fluid System Components Pvt.Ltd. dba Swagelok Bombay | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Swagelok Sweden | Customers/Vendors | Bombay Fluid System Components Pvt.Ltd. dba Swagelok Bombay | Current Client | Matters unrelated to Westinghouse bankruptcy |
| System Energy Resources, Inc. | Customers/Vendors | Entergy Services, Inc (parent co) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Taiwan Power Company | Beneficiaries of Letters of Credit and Surety Bonds | Taiwan Power Company | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Taiwan Power Company | Customers/Vendors | Taiwan Power Company | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Tengizchevrol | Beneficiaries of Letters of Credit and Surety Bonds | Esso Australia Pty Ltd (parent company) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Tennessee Department of Environment and Conservation | Governmental/Regulatory Agencies | Tennessee Consolidated Retirement System | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Tennessee Department of Environment and Conservation Division of Radiological Health | Taxing Authorities | Tennessee Consolidated Retirement System | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Tennessee Department of Revenue | Taxing Authorities | Tennessee Consolidated Retirement System | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Tennessee Secretary of State | Taxing Authorities | Tennessee Consolidated Retirement System | Current Client | Matters unrelated to Westinghouse bankruptcy |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd. | Beneficiaries of Letters of Credit and Surety Bonds | MUFG Union Bank, N.A., Bank of Tokyo-Mitsubishi UFJ (Mexico), S.A., The Bank of Tokyo-Mitsubishi UFJ, Ltd. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd. | Financial Institutions – LC Banks | MUFG Union Bank, N.A., Bank of Tokyo-Mitsubishi UFJ (Mexico), S.A., The Bank of Tokyo-Mitsubishi UFJ, Ltd. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| The Detroit Edison Company | Customers/Vendors | Shenango Incorporated (parent co) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| The Shaw Group | 100 Largest Unsecured Creditors | The Shaw Group, Inc., Chicago Bridge & Iron | Current Client | Matters unrelated to Westinghouse bankruptcy |
| The Shaw Group Inc. | Customers/Vendors | The Shaw Group, Inc., Chicago Bridge & Iron | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Time Warner | Utilities | Time Warner Inc., Turner Broadcasting System, Inc., DC Entertainment, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Time Warner Cable | Utilities | TIME WARNER CABLE | Current Client | Matters unrelated to Westinghouse bankruptcy |
| T-Mobile | Utilities | T-Mobile USA, Inc., | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Toshiba Corporation | Non-Debtor Affiliate | Mangiarotti S.p.A., Toshiba Global Commerce Solutions, Inc., Toshiba America Business Solutions, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Toshiba Corporation | Customers/Vendors | Mangiarotti S.p.A., Toshiba Global Commerce Solutions, Inc., Toshiba America Business Solutions, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Toshiba Corporation | Directors and Officers Affiliations (Current/Former) | Mangiarotti S.p.A., Toshiba Global Commerce Solutions, Inc., Toshiba America Business Solutions, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Toshiba Corporation | Equity Holders | Toshiba Global Commerce Solutions, Inc., Toshiba America Business Solutions, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Toshiba Corporation Power Systems Company | Customers/Vendors | Mangiarotti S.p.A., Toshiba Global Commerce Solutions, Inc., Toshiba America Business Solutions, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Toshiba International (Europe) Ltd. | Customers/Vendors | Mangiarotti S.p.A., Toshiba Global Commerce Solutions, Inc., Toshiba America Business Solutions, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Tractebel | Customers/Vendors | ENGIE Gas & LNG NA LLC, ENGIE Holdings Inc., ENGIE North America Inc. (parent co) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Trinity Partners, LLC | Landlords | TRINITY PARTNERS, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| TÜV Saarland Bildung | Customers/Vendors | TÜV SÜD AG | Current Client | Matters unrelated to Westinghouse bankruptcy |
| TUV SUD | Customers/Vendors | TÜV SÜD AG | Current Client | Matters unrelated to Westinghouse bankruptcy |
| TÜV SÜD Akademie GmbH | Customers/Vendors | TÜV SÜD AG | Current Client | Matters unrelated to Westinghouse bankruptcy |
| TÜV SÜD Energietechnik GmbH | Customers/Vendors | TÜV SÜD AG | Current Client | Matters unrelated to Westinghouse bankruptcy |
| TÜV SÜD Industrie Service GmbH | Customers/Vendors | TÜV SÜD AG | Current Client | Matters unrelated to Westinghouse bankruptcy |
| TÜV SÜD Management Service GmbH | Customers/Vendors | TÜV SÜD AG | Current Client | Matters unrelated to Westinghouse bankruptcy |
| TÜV SUD PRODUCT SERVICE LIMITED | Customers/Vendors | TÜV SÜD AG | Current Client | Matters unrelated to Westinghouse bankruptcy |
| TUV SUD SCHWEIZ AG | Customers/Vendors | TÜV SÜD AG | Current Client | Matters unrelated to Westinghouse bankruptcy |
| TÜV SUV Product Service GmbH | Customers/Vendors | TÜV SÜD AG | Current Client | Matters unrelated to Westinghouse bankruptcy |
| U.S. Bank | UCC Lien Search Results | U.S. Bancorp, U.S. Bank, N.A., US Bank Global Corporate Trust, U.S. Bank Trustees Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| UniCredit | Beneficiaries of Letters of Credit and Surety Bonds | Wealth Management Capital Holding GmbH, Unicredit S.p.A., UniCredit Bank AG d/b/a HypoVereinsbank (HVB Group) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| UniCredit Bank AG | Financial Institutions – Swap Counterparty Banks | Wealth Management Capital Holding GmbH, Unicredit S.p.A., UniCredit Bank AG d/b/a HypoVereinsbank (HVB Group) | Current Client | Matters unrelated to Westinghouse bankruptcy |
| United Rentals | 100 Largest Unsecured Creditors | United Rentals, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| United Rentals | Customers/Vendors | United Rentals, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| United Rentals (North America) Inc | Customers/Vendors | United Rentals, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| University of California Davis School of Law | Directors and Officers Affiliations (Current/Former) | The Regents of the University of California, University of California, San Diego (UCSD), | Current Client | Matters unrelated to Westinghouse bankruptcy |
| US Bank Transportation Solutions | Customers/Vendors | U.S. Bancorp, U.S. Bank, N.A., US Bank Global Corporate Trust, U.S. Bank Trustees Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Veolia Es Industrial Services Inc. | Customers/Vendors | Veolia Water Solutions & Technologies North America, Inc., OEWA Wasser und Abwasser GmbH, Veolia Japan K.K., Veolia Water Technologies sp. z o.o. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Veolia Nuclear Solutions | Directors and Officers Affiliations (Current/Former) | eolia Water Solutions & Technologies North America, Inc., OEWA Wasser und Abwasser GmbH, Veolia Japan K.K., Veolia Water Technologies sp. z o.o. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Verizon | Utilities | Verizon Communications Inc., Verizon Investment Management Co., VERIZON CALIFORNIA, INC., Verizon Deutschland GmbH | Current Client | Matters unrelated to Westinghouse bankruptcy |

| Name Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is a K&L Gates client | Client Status (former client closed in past 2 years) | Nature of representation |
|---|---|---|---|---|
| Verizon Business | Utilities | Verizon Communications Inc.,  Verizon Investment Management Co., VERIZON CALIFORNIA, INC., Verizon Deutschland GmbH | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Verizon Wireless | Utilities | Verizon Communications Inc.,  Verizon Investment Management Co., VERIZON CALIFORNIA, INC., Verizon Deutschland GmbH | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Vigor | 100 Largest Unsecured Creditors/Top 30 | Vigor Industrial, LLC, Vigor Marine LLC, Vigor Machine, LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Virginia Electric & Power Company, d/b/a Dominion Virginia Power | Customers/Vendors | VIRGINIA ELECTRIC AND POWER COMPANY (VEPCO), Dominion Resources Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Vistra Energy (Luminant) | Customers/Vendors | Vistra (UK) Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Washington Dept. of Labor & Industries | Beneficiaries of Letters of Credit and Surety Bonds | State of Washington | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Washington State Department of Health | Governmental/Regulatory Agencies | State of Washington | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Waste Management of Utah | Utilities | Waste Management, Inc., Waste Management China Holdings, Ltd., | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Waste Management of WI-MN | Utilities | Waste Management, Inc., Waste Management China Holdings, Ltd., | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Wells Fargo Bank, N.A. | UCC Lien Search Results | Wells Fargo Bank N.A., Wells Fargo Advisors, LLC, Wells Fargo Securities, LLC, Wells Capital Management, Inc., Wachovia Capital Markets, LLC, Wells Fargo Delaware Trust Company, N.A., Wells Fargo Capital Finance, Wells Fargo Business Credit, Inc., Wells Fargo & Company, Wells Fargo Bank Northwest, N.A., | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Wesco | Customers/Vendors | WESCO Distribution, Inc.,  WESCO International, Inc.,  TVC UK Holdings Limited | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Westinghouse Electric Company LLC | Debtor | Westinghouse Electric Company LLC | Current Client | Matters unrelated to Westinghouse bankruptcy |
| White & Case LLP | Ordinary Course Professionals | White & Case LLP | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Williams Scotsman Inc. | Customers/Vendors | Williams Scotsman, Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Eaton Corp. | 100 Largest Unsecured Creditors/Top 30 | Eaton Corporation | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Hudson Energy Services, LLC | Utilities | HUDSON CLEAN ENERGY PARTNERS, HUDSON CLEAN ENERGY MANAGEMENT LLC, | Current Client | Matters unrelated to Westinghouse bankruptcy |
| Teachers Insurance and Annuity Association of America | Insurance and Surety Bond Provider | Independent Trustees of TIAA-CREF Funds, TIAA/CREF, Teachers Ins. & Annuity Assoc., d/b/a TIAA-CREF, TIAA-CREF Private Equity & High Yield Investment Group, Nuveen Investments Inc. | Current Client | Matters unrelated to Westinghouse bankruptcy |
| U.S. Steel Corp, | Directors and Officers Affiliations (Current/Former) | United States Steel Corporation dba U.S. Steel | Current Client | Matters unrelated to Westinghouse bankruptcy |
| American Electric Power | Customers/Vendors | American Electric Power,  American Electric Power Company, Inc. | Former Client | Matters unrelated to Westinghouse bankruptcy |
| AON Hewitt | Insurance and Surety Bond Provider | Hewitt Series Trust | Former Client | Matters unrelated to Westinghouse bankruptcy |
| AREVA | Significant Competitors | Areva T&D Canada Inc.,  AREVA Solar, Inc., AREVA SOLAR PTY LIMITED. | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Arizona Public Service Co. | Customers/Vendors | Arizona Public Service Company | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Arizona Public Service Company | Customers/Vendors | Arizona Public Service Company | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Bank of China | Financial Institutions – LC Banks | Bank of China | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Battelle Memorial Institute | Customers/Vendors | Battelle Memorial Institute and Pacific Northwest National Laboratory (PNNL) | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Benton County Treasurer, WA | Taxing Authorities | Public Utility Distric No. 1 of Benton County, Washington | Former Client | Matters unrelated to Westinghouse bankruptcy |
| CDW Computer Centers, Inc. | Customers/Vendors | CDW Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| CDW Direct | Customers/Vendors | CDW Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| CDW Direct LLC | Customers/Vendors | CDW Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| CDW Limited | Customers/Vendors | CDW Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| CGN Lufeng Nuclear Power Co Ltd | Beneficiaries of Letters of Credit and Surety Bonds | CGN Solar Energy Development Co., Ltd. | Former Client | Matters unrelated to Westinghouse bankruptcy |
| CGN Lufeng Nuclear Power Co., Ltd. | Customers/Vendors | CGN Solar Energy Development Co., Ltd. | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Comcast | Utilities | COMCAST CORPORATION | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Comcast Corporation | Utilities | COMCAST CORPORATION | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Comcast Phone LLC | Utilities | COMCAST CORPORATION | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Curtis Wright | Customers/Vendors | Curtiss-Wright Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Curtiss Wright | 100 Largest Unsecured Creditors/Top 30 | Curtiss-Wright Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Curtiss Wright Controls | Customers/Vendors | Curtiss-Wright Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Curtiss Wright EMCORP | Customers/Vendors | Curtiss-Wright Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Curtiss Wright Flow Control Co. | Customers/Vendors | Curtiss-Wright Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Curtiss Wright Flow Control Corp. | Customers/Vendors | Curtiss-Wright Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Curtiss-Wright Controls | Customers/Vendors | Curtiss-Wright Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Curtiss-Wright Electro-Mechanical Corporation | Customers/Vendors | Curtiss-Wright Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Curtiss-Wright Flow Ctrl Qualtech | Customers/Vendors | Curtiss-Wright Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Curtiss-Wright Nuclear Division | Customers/Vendors | Curtiss-Wright Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Dresser, Robert | Employee Litigation | Robert W. Dresser | Former Client | Matters unrelated to Westinghouse bankruptcy |
| EnBW Kernkraft GmbH | Beneficiaries of Letters of Credit and Surety Bonds | EnBW Kernkraft GmbH | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Great America Financial Services Corporation | UCC Lien Search Results | Great American Title Insurance Agency, Inc. | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Great American Insurance Company | Insurance and Surety Bond Provider | Great American Title Insurance Agency, Inc. | Former Client | Matters unrelated to Westinghouse bankruptcy |
| King, William | Employee Litigation | William B. King, William H. King | Former Client | Matters unrelated to Westinghouse bankruptcy |

EXHIBIT 2

| Name Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is a K&L Gates client | Client Status (former client closed in past 2 years) | Nature of representation |
|---|---|---|---|---|
| Kirkland & Ellis LLP | Ordinary Course Professionals | Kirkland & Ellis LLP | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Lazard (Toshiba Advisors) | Professionals of Other Parties in Interest | Lazard Capital Markets LLC,  Groupe Lazard aka Lazard Construction | Former Client | Matters unrelated to Westinghouse bankruptcy |
| LMT Div. Curtiss-Wright Flow Control | Customers/Vendors | Curtiss-Wright Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| MB Financial Bank, N.A. | UCC Lien Search Results | MB Financial Bank, N.A., MB BUSINESS CAPITAL | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Mitsubishi Heavy Industries, Ltd | Significant Competitors | Mitsubishi Heavy Industries, Ltd. | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Morgan, Linda | Employee Litigation | Linda Morgan | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Rio Tinto Uranium | Customers/Vendors | Rio Tinto Shipping Asia Pte Limited | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Scientech, a Business Unit of Curtiss | Customers/Vendors | Curtiss-Wright Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Shandong Nuclear Power Company Ltd. | Customers/Vendors |  SEPCO Electric Power Construction Corporation | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Shandong Nuclear Power Eq. | Customers/Vendors | Shandong Power Equipment Co., Ltd. | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Shangdong Nuclear Power Company Ltd. | Customers/Vendors | Shandong Power Equipment Co., Ltd. | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Sheppard Mullin Richter & Hampton, LLP (Attorneys for Doosan Heavy Industries & Construction Co., Ltd) | Notice of Appearance Parties | Sheppard, Mullin, Richter & Hampton, LLP | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Sulzer Pumps (US) Inc. | Customers/Vendors | SULZER PUMPS (US) INC | Former Client | Matters unrelated to Westinghouse bankruptcy |
| TXU Electric | Customers/Vendors | TXU Energy Retail Company LLC | Former Client | Matters unrelated to Westinghouse bankruptcy |
| TXU Generation Company LP | Customers/Vendors | TXU Energy Retail Company LLC | Former Client | Matters unrelated to Westinghouse bankruptcy |
| TXU Power | Customers/Vendors | TXU Energy Retail Company LLC | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Walker, Patricia | Employee Litigation | Patricia C. Walker | Former Client | Matters unrelated to Westinghouse bankruptcy |
| Waste Control Specialists LLC | Customers/Vendors | Waste Control Specialists, LLC | Former Client | Matters unrelated to Westinghouse bankruptcy |

**<u>Exhibit C</u>**

**Donahue Declaration**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                          :
                                               :     Chapter 11
WESTINGHOUSE ELECTRIC                          :
COMPANY LLC, *et al.*,                         :     Case No. 17-10751 (MEW)
                                               :
Debtors.[1]                                    :     (Jointly Administered)
-----------------------------------------------------------x

## DECLARATION OF
## LISA J. DONAHUE IN SUPPORT OF APPLICATION OF DEBTORS FOR AUTHORITY TO EMPLOY AND RETAIN K&L GATES LLP AS SPECIAL COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

Lisa J. Donahue makes this declaration under 28 U.S.C. § 1746:

1.      I am the Chief Transition and Development Officer of Westinghouse Electric Company, LLC ("**Westinghouse**").  In my current role at Westinghouse, I am responsible for supervising outside counsel and monitoring and managing legal fees and expenses.

2.      On March 29, 2017 (the "**Petition Date**"), Westinghouse and certain of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), commenced with this Court a voluntary case under chapter 11 of title 11 of the United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961).  The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

Code (the "**Bankruptcy Code**").  I submit this Declaration in support of the Debtors' application (the "**Application**"), pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the **"Local Rules"**), the Debtors for authority to employ and retain K&L Gates LLP (**"KLG"** or the **"Firm"**) as special counsel to the Debtors for those certain matters discussed more fully in the Application *nunc pro tunc* to the Petition Date.[2]

3.    This Declaration is provided pursuant to Paragraph D.2 of the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**Fee Guidelines**").  Except as otherwise indicated herein, the facts set forth in this Declaration are based upon my personal knowledge, information provided to me by the Debtors' employees or advisors, or my opinion based upon knowledge and experience as Chief Transition and Development Officer of the Debtors.  I am authorized to submit this Declaration on behalf of the Debtors.

4.    The Debtors' relationship with KLG is longstanding and has continued since 1986, as Westinghouse has existed through various corporate iterations, and has manifested itself in numerous capacities and across a broad range of substantive practice areas.  As of the Petition Date, for example, KLG represented Westinghouse in six (6) active matters.  These matters are more fully described in the declaration of Richard W. Hosking, a partner of KLG, submitted herewith, and include insurance coverage matters and advice; internal investigations; EU counseling and regulatory advice; general corporate law counseling; and defense of various litigation matters (the **"KLG Existing Matters"**).

---

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Application.

5.      In addition, from time to time, KLG represents WEC LLC and/or its affiliates with the follow matters: mergers and acquisitions; labor and employment claims; advice and representation in government enforcement and regulatory matters and claims; antitrust advice; nuclear waste disposal issues; international product regulation advice; and advice regarding fuel sales.  It is possible that such engagements could arise during the course of these chapter 11 cases.  KLG's budget and staffing plan for the months ahead will account for the Existing Matters.

6.      Many of the KLG Existing Matters are complex and draw upon and necessitate a global and full-service platform and capabilities, such as are offered by KLG. Moreover, given KLG's familiarity with the Debtors and its operations and engagement on behalf of Westinghouse in connection with the KLG Existing Matters prior to the Petition Date, the Debtors believe that KLG is uniquely qualified and able to represent the Debtors and to do so in a cost-effective, efficient and timely manner.

7.      Indeed, if the Debtors are required to retain different counsel for the KLG Existing Matters, the Debtors will have to expend significant resources and expense in ensuring that new counsel become familiar with the Debtors' business affairs and the KLG Existing Matters.

8.      As Chief Transition and Development Officer, I have carefully reviewed and am familiar with the terms of KLG's engagement on behalf of the Debtors.  KLG has confirmed to me that the Firm does not vary its billing rates or the material terms of an engagement depending on whether such engagement is a bankruptcy or a non-bankruptcy engagement.  KLG has also advised me that it intends to charge the Debtors for services rendered in connection with the KLG Existing Matters in accordance with an alternative fee

3

arrangement entered into on August 18, 2016 by and between WEC LLC and KLG (the **"KLG AFA"**), pursuant to which KLG billed Westinghouse for services rendered in connection with the KLG Existing Matters prior to the Petition Date.  Specifically, pursuant to the KLG AFA, partners and of counsel are billed at $700/hour, associates are billed at $370/hour, paralegals and clerks are billed at $250/hour and e-DAT attorneys are billed at $175/hour.  I understand that these fee rates are blended rates by timekeeper category regardless of the timekeeper's geographic location, and represent an agreed discount over KLG's ordinary local rates.  KLG has further advised me that it will inform the Debtors of any adjustment to the rate structure described above.

9.      I understand that KLG's fees and expenses will be subject to periodic review on a monthly, interim, and final basis during the pendency of these chapter 11 cases by, among other parties, the Office of the United States Trustee, the Debtors, and any official committee appointed in these chapter 11 cases in accordance with the terms of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any orders of the Court governing the procedures for approval of interim compensation of professionals retained in chapter 11 cases.

10.     As Chief Transition and Development Officer of the Debtors, I coordinate, along with the Corporate General Counsel organization, and manage legal fees and expenses incurred by the Debtors' outside counsel.  Either I or a senior lawyer in the legal department working with me personally review the Debtors' outside counsel invoices and authorize all legal fees and expenses prior to the payment of such fees to outside counsel.  The Debtors will regularly monitor the fees and expenses of KLG to ensure that KLG's professionals are assisting the Debtors in the most cost-effective and efficient manner.  In doing so, I assure that all requested fees and expenses are not unreasonable and correspond with necessary or beneficial

services rendered on behalf of the Debtors and their estates.  The aforementioned review and approval process does not differ when the Debtors employ outside counsel for non-bankruptcy cases.  Moreover, KLG has informed me that the Debtors will be provided with the opportunity to review all invoices and request adjustments to such invoices to the extent that the Debtors determine that such adjustments are necessary and appropriate, which requests will be carefully considered by KLG.  The Debtors will employ procedures for reviewing professional invoices similar to those that they have employed prior to the commencement of the chapter 11 cases.

11.    Additionally, on behalf of the Debtors, I will approve the prospective budget and staffing plan.  I will continue to review the invoices that KLG submits.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 6th day of June, 2017

*/s/ Lisa J. Donahue*
Lisa J. Donahue
Chief Transition and Development Officer
Westinghouse Electric Company, LLC