# Invoice

**SHIP TO:**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
7828 RIVER ROAD -VOGTLE UNITS 3&4
WAYNESBORO GA  30830

1147440

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA  70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX  75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 1 of 4

| CUSTOMER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 32803 | 03/12/2017 | 706883761 |

Sales District: 3212 AUGUSTA-SAVANNAH, GA

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| 03/06 | 2131 | FP | 807461930 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.840 | tn | 110.00 | 2,952.40<br>474.80<br>3,427.20<br>70.05 |
| 03/06 | 2131 | FP | 807462383 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.950 | tn | 110.00 | 2,854.50<br>459.06<br>3,313.56<br>67.73 |
| 03/06 | 2131 | FP | 807506573 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.759 | tn | 110.00 | 2,833.49<br>455.68<br>3,289.17<br>67.23 |

FP=Freight Prepaid, ZFC=FOB Carrier Location, tn=US Tons, t=Metric Tons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE REVERSE SIDE FOR DETAILS OF TERMS AND CONDITIONS

IMPORTANT: DETACH AND ENCLOSE THIS COUPON WITH YOUR PAYMENT

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA  70884

**DEDUCTION REASONS**
1. Price     $ _____
2. Freight   $ _____
3. Tax       $ _____
4. Other     $ _____

| INVOICE NUMBER |
|---|
| 706883761 |

**AMOUNT REMITTED $** _____

| CUSTOMER NO. | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 32803 | 03/12/2017 | 64,676.91 |

**REMIT TO:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX  75373-2101

# Invoice

**SHIP TO:**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
7628 RIVER ROAD - VOGTLE UNITS 3&4
WAYNESBORO GA  30830

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA  70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX  75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 2 of 4

| CUSTOMER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 32803 | 03/12/2017 | 706883761 |

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| 03/06 | 2131 | FP | 807523285 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.110 | tn | 110.00 | 2,872.10<br>461.89<br>3,333.99<br>68.15 |
| 03/07 | 2131 | FP | 807497978 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.619 | tn | 110.00 | 2,818.09<br>453.20<br>3,271.29<br>66.87 |
| 03/07 | 2131 | FP | 807499316 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.610 | tn | 110.00 | 2,817.10<br>453.04<br>3,270.14<br>66.84 |
| 03/07 | 2131 | FP | 807508395 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.340 | tn | 110.00 | 2,787.40<br>448.26<br>3,235.66<br>66.14 |
| 03/07 | 2131 | FP | 807525541 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.660 | tn | 110.00 | 2,932.60<br>471.62<br>3,404.22<br>69.58 |
| 03/08 | 2131 | FP | 807449960 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.840 | tn | 110.00 | 2,842.40<br>457.11<br>3,299.51<br>67.44 |
| 03/08 | 2131 | FP | 807462984 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.700 | tn | 110.00 | 2,937.00<br>472.32<br>3,409.32<br>69.69 |
| 03/08 | 2131 | FP | 807515694 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.500 | tn | 110.00 | 2,915.00<br>468.79<br>3,383.79<br>69.17 |

FP=Freight Prepaid, ZFC=FOB Carrier Location, tn=US Tons, t=MetricTons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE BACK OF FIRST PAGE FOR DETAILS OF TERMS AND CONDITIONS

# Invoice

**SHIP TO:**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
7828 RIVER ROAD -VOGTLE UNITS 3&4
WAYNESBORO GA  30830

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA  70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX  75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 3 of 4

| CUSTOMER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 32803 | 03/12/2017 | 706883781 |

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| 03/08 | 2131 | FP | 807528331 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.240 | tn | 110.00 | 2,886.40<br>464.19<br>3,350.59<br>68.49 |
| 03/08 | 2131 | FP | 807570311 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.790 | tn | 110.00 | 2,836.90<br>456.23<br>3,293.13<br>67.31 |
| 03/09 | 2131 | FP | 807225795 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.290 | tn | 110.00 | 2,891.90<br>465.07<br>3,356.97<br>68.62 |
| 03/09 | 2131 | FP | 807569254 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.660 | tn | 110.00 | 2,932.60<br>471.62<br>3,404.22<br>69.58 |
| 03/09 | 2131 | FP | 807569256 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.610 | tn | 110.00 | 2,817.10<br>453.04<br>3,270.14<br>66.84 |
| 03/09 | 2131 | FP | 807569260 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.601 | tn | 110.00 | 2,926.11<br>470.57<br>3,396.68<br>69.43 |
| 03/09 | 2131 | FP | 807569263 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.380 | tn | 110.00 | 2,901.80<br>466.66<br>3,368.46<br>68.85 |
| 03/09 | 2131 | FP | 807576844 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.870 | tn | 110.00 | 2,845.70<br>457.64<br>3,303.34<br>67.52 |

[Handwritten annotation next to 03/09 807225795 row: "← begin 503(b)(9) period"]

FP=Freight Prepaid  ZFC=FOB Carrier Location, tn=US Tons, t=MetricTons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE BACK OF FIRST PAGE FOR DETAILS OF TERMS AND CONDITIONS

# Invoice

**SHIP TO**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
7828 RIVER ROAD -VOGTLE UNITS 3&4
WAYNESBORO GA  30830

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA  70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX  75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 4 of 4

| CUSTOMER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 32803 | 03/12/2017 | 706883761 |

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | Total Weight | 496.369 | tn | | |
| | | | | Total Gross Amount Due by the last business day of the month following shipment | | | | 64,676.91 |

FP=Freight Prepaid, ZFC=FOB Carrier Location, tn=US Tons, t=MetricTons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE BACK OF FIRST PAGE FOR DETAILS OF TERMS AND CONDITIONS

# Invoice

**SHIP TO**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
7828 RIVER ROAD -VOGTLE UNITS 3&4
WAYNESBORO GA 30830

1147440

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA 70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX 75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 1 of 3

| CUSTOMER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 32803 | 03/19/2017 | 706901087 |

Sales District: 3212 AUGUSTA-SAVANNAH, GA

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| 03/13 | 2131 | FP | 807467781 | PORTLAND, TYPE I/II PO#: J132175-J300.01 Freight Delivered Fuel Surcharges | 25.750 | tn | 110.00 | 2,832.50 455.52 3,288.02 67.21 |
| 03/13 | 2131 | FP | 807467782 | PORTLAND, TYPE I/II PO#: J132175-J300.01 Freight Delivered Fuel Surcharges | 26.370 | tn | 110.00 | 2,900.70 466.49 3,367.19 68.83 |
| 03/13 | 2131 | FP | 807477542 | PORTLAND, TYPE I/II PO#: J132175-J300.01 Freight Delivered Fuel Surcharges | 26.321 | tn | 110.00 | 2,895.31 465.62 3,360.93 68.70 |

FP=Freight Prepaid, ZPC=FOB Carrier Location, tn=US Tons, t=Metric Tons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE REVERSE SIDE FOR DETAILS OF TERMS AND CONDITIONS

IMPORTANT: DETACH AND ENCLOSE THIS COUPON WITH YOUR PAYMENT

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA 70884

| INVOICE NUMBER |
|---|
| 706901087 |

**DEDUCTION REASONS**
1. Price      $
2. Freight   $
3. Tax        $
4. Other     $

REMIT TO:
LafargeHolcim(US)
P.O. Box 732101
Dallas TX 75373-2101

**AMOUNT REMITTED $**

| CUSTOMER NO. | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 32803 | 03/19/2017 | 37,181.24 |

# Invoice

**SHIP TO:**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
7828 RIVER ROAD - VOGTLE UNITS 3&4
WAYNESBORO GA  30830

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA  70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX  75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 2 of 3

| CUSTOMER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 32803 | 03/19/2017 | 706901087 |

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| 03/13 | 2131 | FP | 807567244 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.160 | tn | 110.00 | 2,877.60<br>462.77<br>3,340.37<br>68.28 |
| 03/14 | 2131 | FP | 807455587 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.090 | tn | 110.00 | 2,759.90<br>443.84<br>3,203.74<br>65.48 |
| 03/14 | 2131 | FP | 807473357 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.100 | tn | 110.00 | 2,871.00<br>461.71<br>3,332.71<br>68.12 |
| 03/14 | 2131 | FP | 807515510 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 24.870 | tn | 110.00 | 2,735.70<br>439.95<br>3,175.65<br>64.91 |
| 03/14 | 2131 | FP | 807545084 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.030 | tn | 110.00 | 2,863.30<br>460.47<br>3,323.77<br>67.94 |
| 03/15 | 2131 | FP | 807472769 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.380 | tn | 110.00 | 2,901.80<br>466.66<br>3,368.46<br>68.85 |
| 03/15 | 2131 | FP | 807534709 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.480 | tn | 110.00 | 2,912.80<br>468.43<br>3,381.23<br>69.11 |
| 03/15 | 2131 | FP | 807559073 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.800 | tn | 110.00 | 2,838.00<br>456.40<br>3,294.40<br>67.34 |

FP=Freight Prepaid, ZFC=FOB Carrier Location, tn=US Tons, t=MetricTons, M3=Cubic Meters, EA=Each

**Caution:** Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE BACK OF FIRST PAGE FOR DETAILS OF TERMS AND CONDITIONS

# Invoice

**SHIP TO:**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
7828 RIVER ROAD -VOGTLE UNITS 3&4
WAYNESBORO GA  30830

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA  70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX  75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 3 of 3

| CUSTOMER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 32803 | 03/19/2017 | 706901087 |

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | Total Weight | 285.351 | tn | | |
| | | | | Total Gross Amount Due by the last business day of the month following shipment | | | | 37,181.24 |

FP=Freight Prepaid  ZFC=FOB Carrier Location, tn=US Tons, t=MetricTons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE BACK OF FIRST PAGE FOR DETAILS OF TERMS AND CONDITIONS

# Invoice

**SHIP TO:**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
14368 STATE HWY 213-VC SUMMER NUCLEAR PLT
JENKINSVILLE SC 29065

1147439

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA 70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX 75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 1 of 2

| CUSTOMER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 32803 | 03/19/2017 | 706901088 |

Sales District: 3123 CHARLESTON SE SC

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| 03/14 | 2131 | FP | 807538684 | PORTLAND, TYPE I/II<br>PO#: 132177-J300.13-REL01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.190 | tn | 104.00 | 2,723.76<br>369.54<br>3,093.30<br>60.50 |
| 03/14 | 2131 | FP | 807567068 | PORTLAND, TYPE I/II<br>PO#: 132177-J300.13-REL01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.090 | tn | 104.00 | 2,713.36<br>368.13<br>3,081.49<br>60.27 |
| 03/15 | 2131 | FP | 807500378 | PORTLAND, TYPE I/II<br>PO#: 132177-J300.13-REL01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.730 | tn | 104.00 | 2,675.92<br>363.05<br>3,038.97<br>59.44 |

FP=Freight Prepaid  ZFC=FOB Carrier Location, tn=US Tons, t=Metric Tons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE REVERSE SIDE FOR DETAILS OF TERMS AND CONDITIONS

IMPORTANT: DETACH AND ENCLOSE THIS COUPON WITH YOUR PAYMENT

| INVOICE NUMBER |
|---|
| 706901088 |

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA 70884

**DEDUCTION REASONS**
1. Price    $
2. Freight  $
3. Tax      $
4. Other    $

**REMIT TO:** LafargeHolcim(US)
P.O. Box 732101
Dallas TX 75373-2101

**AMOUNT REMITTED $**

| CUSTOMER NO. | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 32803 | 03/19/2017 | 15,647.50 |

# Invoice

**SHIP TO:**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
14368 STATE HWY 213-VC SUMMER NUCLEAR PLT
JENKINSVILLE SC 29065

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA 70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX 75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 2 of 2

| CUSTOMER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 32803 | 03/19/2017 | 708901088 |

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| 03/15 | 2131 | FP | 807502566 | PORTLAND, TYPE I/II<br>PO#: 132177-J300.13-REL01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.160 | tn | 104.00 | 2,720.64<br>369.12<br>3,089.76<br>60.43 |
| 03/16 | 2131 | FP | 807075168 | PORTLAND, TYPE I/II<br>PO#: 132177-J300.13-REL01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.771 | tn | 104.00 | 2,680.18<br>363.63<br>3,043.81<br>59.53 |
|  |  |  |  | Total Weight | 129.941 | tn |  |  |
|  |  |  |  | Total Gross Amount Due by the last business day of the month following shipment |  |  |  | 15,647.50 |

FP=Freight Prepaid  ZFC=FOB Carrier Location, tn=US Tons, t=MetricTons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE BACK OF FIRST PAGE FOR DETAILS OF TERMS AND CONDITIONS

## Return Credit

SHIP TO:
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
7828 RIVER ROAD -VOGTLE UNITS 3&4
WAYNESBORO GA  30830

1147440

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA  70884

Direct Inquiries to:
LafargeHolcim(US)
P.O. Box 732101
Dallas TX  75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 1 of 1

| CUSTOMER NO. | DOCUMENT DATE | DOCUMENT |
|---|---|---|
| 32803 | 03/19/2017 | 740099646 |

Sales District: 3212 AUGUSTA-SAVANNAH, GA

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| 03/15 | 2131 | FP | 850202723 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Reference: 0807559073<br>Freight<br>Delivered<br>Fuel Surcharges | 25.800 | tn | 110.00 | 2,838.00<br><br>456.40<br>3,294.40<br>67.34 |
| 03/15 | 2131 | FP | 850206519 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Reference: 0807534709<br>Freight<br>Delivered<br>Fuel Surcharges | 26.480 | tn | 110.00 | 2,912.80<br><br>468.43<br>3,381.23<br>69.11 |
| | | | | Total For Credit Memo | | | | 6,812.08 |

FP=Freight Prepaid, ZFC=FOB Carrier Location, tn=US Tons, t=Metric Tons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE REVERSE SIDE FOR DETAILS OF TERMS AND CONDITIONS

IMPORTANT: DETACH AND ENCLOSE THIS COUPON WITH YOUR PAYMENT

740099646
DOCUMENT

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA  70884

REMIT TO:
LafargeHolcim(US)
P.O. Box 732101
Dallas TX  75373-2101

AMOUNT REMITTED $

| CUSTOMER NO. | DOCUMENT DATE | CREDIT AMOUNT |
|---|---|---|
| 32803 | 03/19/2017 | 6,812.08 CR |

# Invoice

**SHIP TO:**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
14368 STATE HWY 213-VC SUMMER NUCLEAR PLT
JENKINSVILLE SC 29065

1147439

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA 70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX 75373-2101
Phone: 1-855-339-4800

Invoices are available online at www.CementOnline.us

Page 1 of 2

| CUSTOMER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 32803 | 03/26/2017 | 708921145 |

Sales District: 3123 CHARLESTON SE SC

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| 03/20 | 2131 | FP | 807596045 | PORTLAND, TYPE I/II<br>PO#: 132177-J300.13-REL01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.390 | tn | 104.00 | 2,744.56<br>372.36<br>3,116.92<br>60.96 |
| 03/20 | 2131 | FP | 807604046 | PORTLAND, TYPE I/II<br>PO#: 132177-J300.13-REL01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.780 | tn | 104.00 | 2,681.12<br>363.76<br>3,044.88<br>59.55 |
| 03/21 | 2131 | FP | 807593434 | PORTLAND, TYPE I/II<br>PO#: 132177-J300.13-REL01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.630 | tn | 104.00 | 2,769.52<br>375.75<br>3,145.27<br>61.52 |

FP Freight Prepaid, ZFC=FOB Carrier Location, tn=US Tons, t=Metric Tons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE REVERSE SIDE FOR DETAILS OF TERMS AND CONDITIONS

---

**IMPORTANT: DETACH AND ENCLOSE THIS COUPON WITH YOUR PAYMENT**

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA 70884

**DEDUCTION REASONS**
1. Price      $ _____
2. Freight    $ _____
3. Tax        $ _____
4. Other      $ _____

| INVOICE NUMBER |
|---|
| 708921145 |

**REMIT TO:** LafargeHolcim(US)
P.O. Box 732101
Dallas TX 75373-2101

**AMOUNT REMITTED $** _____

| CUSTOMER NO. | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 32803 | 03/26/2017 | 15,766.60 |

## Invoice

**SHIP TO**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
14368 STATE HWY 213-VC SUMMER NUCLEAR PLT
JENKINSVILLE SC 29065

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA 70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX 75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 2 of 2

| CUSTOMER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 32803 | 03/26/2017 | 706921145 |

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| 03/21 | 2131 | FP | B07593437 | PORTLAND, TYPE I/II<br>PO#: 132177-J300.13-REL01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.330 | tn | 104.00 | 2,738.32<br>371.52<br>3,109.84<br>60.82 |
| 03/21 | 2131 | FP | 807605030 | PORTLAND, TYPE I/II<br>PO#: 132177-J300.13-REL01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.800 | tn | 104.00 | 2,683.20<br>364.04<br>3,047.24<br>59.60 |
|  |  |  |  | Total Weight | 130.930 | tn |  |  |
|  |  |  |  | Total Gross Amount Due by the last business day of the month following shipment |  |  |  | 15,766.60 |

FP=freight Prepaid, ZFC=FOB Carrier Location, tn=US Tons, t=MetricTons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE BACK OF FIRST PAGE FOR DETAILS OF TERMS AND CONDITIONS

# Invoice

**SHIP TO**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
7826 RIVER ROAD - VOGTLE UNITS 3&4
WAYNESBORO GA  30830

1147440

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA  70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX  75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 1 of  4

| CUSTOMER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 32803 | 03/26/2017 | 706921146 |

Sales District: 3212 AUGUSTA-SAVANNAH, GA

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| 03/21 | 2131 | FP | 807474799 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.899 | tn | 110.00 | 2,848.89<br>458.15<br>3,307.04<br>67.60 |
| 03/21 | 2131 | FP | 807525948 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.000 | tn | 110.00 | 2,860.00<br>459.94<br>3,319.94<br>67.86 |
| 03/21 | 2131 | FP | 807552518 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.350 | tn | 110.00 | 2,898.50<br>466.13<br>3,364.63<br>68.77 |

FP=Freight Prepaid, ZFC=FOB Carrier Location, tn=US Tons, t=Metric Tons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE REVERSE SIDE FOR DETAILS OF TERMS AND CONDITIONS

IMPORTANT: DETACH AND ENCLOSE THIS COUPON WITH YOUR PAYMENT

| INVOICE NUMBER |
|---|
| 706921146 |

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA  70884

**DEDUCTION REASONS**
1. Price     $ _____
2. Freight   $ _____
3. Tax       $ _____
4. Other     $ _____

**REMIT TO:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX  75373-2101

**AMOUNT REMITTED $** _____

| CUSTOMER NO. | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 32803 | 03/26/2017 | 67,941.03 |

# Invoice

**SHIP TO:**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
7828 RIVER ROAD -VOGTLE UNITS 3&4
WAYNESBORO GA  30830

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA  70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX  75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 2 of 4

| CUSTOMER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 32803 | 03/26/2017 | 706921146 |

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| 03/21 | 2131 | FP | 807558697 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.910 | tn | 110.00 | 2,850.10<br>458.35<br>3,308.45<br>67.63 |
| 03/21 | 2131 | FP | 807578279 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.470 | tn | 110.00 | 2,911.70<br>468.25<br>3,379.95<br>69.09 |
| 03/21 | 2131 | FP | 807584627 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.060 | tn | 110.00 | 2,866.60<br>461.00<br>3,327.60<br>68.02 |
| 03/22 | 2131 | FP | 805784182 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.940 | tn | 110.00 | 2,853.40<br>458.88<br>3,312.28<br>67.70 |
| 03/22 | 2131 | FP | 807530733 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.810 | tn | 110.00 | 2,839.10<br>456.58<br>3,295.68<br>67.36 |
| 03/22 | 2131 | FP | 807533357 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.660 | tn | 110.00 | 2,822.60<br>453.93<br>3,276.53<br>66.97 |
| 03/22 | 2131 | FP | 807572887 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.260 | tn | 110.00 | 2,888.60<br>464.54<br>3,353.14<br>68.54 |
| 03/22 | 2131 | FP | 807609609 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.970 | tn | 110.00 | 2,856.70<br>459.41<br>3,316.11<br>67.78 |

FP=Freight Prepaid, ZFC=FOB Carrier Location, tn=US Tons, t=MetricTons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE BACK OF FIRST PAGE FOR DETAILS OF TERMS AND CONDITIONS

# Invoice

**SHIP TO:**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
7828 RIVER ROAD -VOGTLE UNITS 3&4
WAYNESBORO GA  30830

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA  70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX  75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 3 of 4

| CUSTOMER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 32803 | 03/26/2017 | 706921146 |

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| 03/22 | 2131 | FP | 807609612 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.980 | tn | 110.00 | 2,857.80<br>459.59<br>3,317.39<br>67.81 |
| 03/22 | 2131 | FP | 807609615 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.710 | tn | 110.00 | 2,938.10<br>472.50<br>3,410.60<br>69.71 |
| 03/22 | 2131 | FP | 807619011 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.090 | tn | 110.00 | 2,759.90<br>443.84<br>3,203.74<br>65.48 |
| 03/23 | 2131 | FP | 807547552 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 25.491 | tn | 110.00 | 2,804.01<br>450.94<br>3,254.95<br>66.53 |
| 03/23 | 2131 | FP | 807551317 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.280 | tn | 110.00 | 2,890.80<br>464.89<br>3,355.69<br>68.59 |
| 03/23 | 2131 | FP | 807556725 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.580 | tn | 110.00 | 2,923.80<br>470.20<br>3,394.00<br>69.37 |
| 03/23 | 2131 | FP | 807575073 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.490 | tn | 110.00 | 2,913.90<br>468.61<br>3,382.51<br>69.14 |
| 03/23 | 2131 | FP | 807615418 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Freight<br>Delivered<br>Fuel Surcharges | 26.490 | tn | 110.00 | 2,913.90<br>468.61<br>3,382.51<br>69.14 |

FP=Freight Prepaid, ZFC=FOB Carrier Location, tn=US Tons, t=MetricTons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE BACK OF FIRST PAGE FOR DETAILS OF TERMS AND CONDITIONS

# Invoice

**SHIP TO:**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
7828 RIVER ROAD -VOGTLE UNITS 3&4
WAYNESBORO GA  30830

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA  70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX  75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 4 of 4

| CUSTOMER NO. | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 32803 | 03/26/2017 | 706921146 |

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| 03/23 | 2131 | FP | 807622205 | PORTLAND, TYPE I/II | 25.980 | tn | 110.00 | 2,857.80 |
|  |  |  |  | PO#: J132175-J300.01 |  |  |  |  |
|  |  |  |  | Freight |  |  |  | 459.59 |
|  |  |  |  | Delivered |  |  |  | 3,317.39 |
|  |  |  |  | Fuel Surcharges |  |  |  | 67.81 |
|  |  |  |  | Total Weight | 521,420 | tn |  |  |
|  |  |  |  | Total Gross Amount Due by the last business day of the month following shipment |  |  |  | 67,941.03 |

FP=Freight Prepaid, ZPC=FOB Carrier Location, tn=US Tons, t=MetricTons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE BACK OF FIRST PAGE FOR DETAILS OF TERMS AND CONDITIONS

## Return Credit

**SHIP TO:**
STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
7828 RIVER ROAD -VOGTLE UNITS 3&4
WAYNESBORO GA 30830

1147440

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA 70884

**Direct Inquiries to:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX 75373-2101
Phone: 1-855-339-4900

Invoices are available online at www.CementOnline.us

Page 1 of 1

| CUSTOMER NO. | DOCUMENT DATE | DOCUMENT |
|---|---|---|
| 32803 | 03/26/2017 | 740099765 |

Sales District: 3212 AUGUSTA-SAVANNAH GA

| Ship Date | Plant | FOB FP | Bill of Lading# | Material Description | Quantity | U/M | Unit Price | Gross Amount |
|---|---|---|---|---|---|---|---|---|
| 03/22 | 2131 | FP | 860076248 | PORTLAND, TYPE I/II<br>PO#: J132175-J300.01<br>Reference: 0807619011<br>Freight<br>Delivered<br>Fuel Surcharges | 25.090 | tn | 110.00 | 2,759.90<br><br>443.84<br>3,203.74<br>65.48 |
| | | | | Total For Credit Memo | | | | 3,269.22 |

FP=Freight Prepaid, ZPC=FOB Carrier Location, tn=US Tons, t=Metric Tons, M3=Cubic Meters, EA=Each

Caution: Freshly mixed cement, concrete or grout may cause skin injury. Avoid prolonged contact with skin where possible and wash exposed areas promptly with water. If any cement mixture gets into eyes, rinse immediately and repeatedly with water and get prompt medical attention. KEEP OUT OF REACH OF CHILDREN

SEE REVERSE SIDE FOR DETAILS OF TERMS AND CONDITIONS

**IMPORTANT: DETACH AND ENCLOSE THIS COUPON WITH YOUR PAYMENT**

740099765
DOCUMENT

STONE & WEBSTER, INC
(DBA) THE SHAW GROUP, INC.
PO BOX 98519, Attn: Accounts Payable
BATON ROUGE LA 70884

**REMIT TO:**
LafargeHolcim(US)
P.O. Box 732101
Dallas TX 75373-2101

**AMOUNT REMITTED $** _____

| CUSTOMER NO. | DOCUMENT DATE | CREDIT AMOUNT |
|---|---|---|
| 32803 | 03/26/2017 | 3,269.22 CR |