# Exhibit B



# INVOICE

| DATE ISSUED | REFER TO THESE NUMBERS WHEN MAKING PAYMENT | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 5/15/17 | | 876311 | 1 |
| | | CUSTOMER ACCOUNT NUMBER 651860 | |

**FROM**
(413) 493-7290
Atlas Copco Compressors LLC
92 Interstate Drive
West Springfield    MA    01089

**REMIT TO**
Atlas Copco Compressors LLC
Dept. CH 19511
Palatine, IL 60055-9511

**SOLD TO**
STONE & WEBSTER, INC.
A SHAW GROUP
128 SOUTH TRYON ST, STE 600
CHARLOTTE NC
28202

**SHIP TO**
VC SUMMER EPC UNIT 2
14368 STATE HIGHWAY
JENKINSVILLE SC
29065

| SALES ORDER NUMBER | CUSTOMER P.O./REFERENCE | P.O. DATE MO. DAY YR. | SALESMEN 1 | % | 2 | % | 3 | % |
|---|---|---|---|---|---|---|---|---|
| 61638 | 132177-MS05.00 | | 33109 | | | | | |

| TERMS OF SALE | TAX EXEMPT NUMBER | FEDERAL TAX ID |
|---|---|---|
| PROGR BILL 45d | | 04-2700546 |

| DISPATCH MODE | DISPOSITION OF FREIGHT CHARGES | SHIPPING POINT |
|---|---|---|
| UPS GROUND | PREPAY & ADD | |

| SHIPPING MARKS | SHIP-TO TELEPHONE # | SALES REFERENCE |
|---|---|---|
| | (832)513-1000 | TEN |

| DATE SHIPPED MO. DAY YR. | NUMBER OF PACKAGES | GROSS WEIGHT LBS.  OZS. | CARRIER NAME | DROP SHIP | BREAK DOWN Y |
|---|---|---|---|---|---|
| | | | | | |

| DESCRIPTION | ARTICLE NUMBER | C/O | QUANTITY SHIPPED | UNIT PRICE | DISCOUNT % | INVOICE AMOUNT |
|---|---|---|---|---|---|---|
| INVOICE FOR RELEASE OF SHIPMENT OF TANKS | | | | | | 15,880.00 |

A SERVICE CHARGE OF THE LESSER OF 10% PER MONTH OR THE HIGHEST RATE PERMITTED BY APPLICABLE LAW WILL BE ADDED TO ALL PAST DUE ITEMS.

CLAIMS MUST BE MADE WITHIN 14 DAYS FROM RECEIPT OF GOODS.

RETURNS SUBJECT TO 15% MINIMUM HANDLING AND RESTOCKING CHARGE. NO RETURNS ACCEPTED WITHOUT PRIOR APPROVAL.

**PAY THIS AMOUNT USD**
**15,880.00**

**ORIGINAL**

**Atlas Copco**

# INVOICE

| DATE ISSUED | REFER TO THESE NUMBERS WHEN MAKING PAYMENT | INVOICE NUMBER | PAGE |
|---|---|---|---|
| 4/06/17 | | 854790 | 1 |
| | | CUSTOMER ACCOUNT NUMBER | |
| | | 651860 | |

**FROM**
(413) 493-7290
Atlas Copco Compressors LLC
92 Interstate Drive
West Springfield        MA   01089

**REMIT TO**
Atlas Copco Compressors LLC
Dept. CH 19511
Palatine, IL 60055-9511

**SOLD TO**
STONE & WEBSTER, INC.
A SHAW GROUP
128 SOUTH TRYON ST, STE 600
CHARLOTTE NC
28202

**SHIP TO**
STONE & WEBSTER, INC.
A SHAW GROUP
128 SOUTH TRYON ST, STE 600
CHARLOTTE NC
28202

| SALES ORDER NUMBER | CUSTOMER P.O./REFERENCE | P.O. DATE MO. DAY YR. | SALESMEN 1 | 2 | 3 |
|---|---|---|---|---|---|
| 58619 | 132178-MS05.00 | | 33109 | | |

| TERMS OF SALE | TAX EXEMPT NUMBER | FEDERAL TAX ID |
|---|---|---|
| PROGR BILL 45d | | 04-2700546 |

| DISPATCH MODE | DISPOSITION OF FREIGHT CHARGES | SHIPPING POINT |
|---|---|---|
| UPS GROUND | PREPAY & ADD | |

| SHIPPING MARKS | SHIP-TO TELEPHONE # | SALES REFERENCE |
|---|---|---|
| | (832)513-1000 | TEN |

| DATE SHIPPED MO. DAY YR. | NUMBER OF PACKAGES | GROSS WEIGHT LBS. OZS. | CARRIER NAME | DROP SHIP | BREAK DOWN Y |
|---|---|---|---|---|---|
| | | | | | |

| DESCRIPTION | ARTICLE NUMBER | C/O | QUANTITY SHIPPED | UNIT PRICE | DISCOUNT % | INVOICE AMOUNT |
|---|---|---|---|---|---|---|
| ** This is a Progress Billing Milestone Invoice. ** | | | | | | |
| Progress Bill:   851 | SHAW - VC SUMMER UNIT # 3 | | | | | |
| Milestone#:   30 | | | | | | |
| 25% COMPLETION OF FABRICATION OF MAJOR EQUIPMENT | | | | | | 224683.36 |

| A SERVICE CHARGE OF THE LESSER OF 10% PER MONTH OR THE HIGHEST RATE PERMITTED BY APPLICABLE LAW WILL BE ADDED TO ALL PAST DUE ITEMS. | CLAIMS MUST BE MADE WITHIN 14 DAYS FROM RECEIPT OF GOODS. | RETURNS SUBJECT TO 15% MINIMUM HANDLING AND RESTOCKING CHARGE. NO RETURNS ACCEPTED WITHOUT PRIOR APPROVAL. | **PAY THIS AMOUNT** USD **224,683.36** |
|---|---|---|---|

ORIGINAL