# United States Bankruptcy Court

## For the Southern District of New York

In re: **Westinghouse Electric Company LLC, et al.**   Case No.: 17-10751

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Bradford Capital Holdings, LP**
Name of Transferee

**Lorick Office Products**
Name of Transferor

Name and Address where notices to transferee should be sent
**Bradford Captial Holdings, LP**
**P.O. Box 4353**
**Clifton, NJ 07012**
**Attn: Brian Brager**
Phone: **(862) 249-1349**
Last Four Digits of Acct #: _____

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above)

Name and Current Address of Transferor

**Lorick Office Products**
**910 Washington Street**
**Columbia, SC 29201**

Claim Number: 1272
POC Amount: $39,803.60
Scheduled: $39,803.60 – WECTEC Contractors Inc.
Scheduled: $441.48 – WECTEC Global Project Services Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Brian Brager_____    Date: 08/13/2017
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

_____
Date:

_____
CLERK OF THE COURT

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court
       Southern District of New York
       Attention: Clerk

AND TO: Westinghouse Electric Company LLC ("Debtor")
        Case No. 17-10751

Proof of Claim # 1272
Schedule Claims of $39,803.60 and $441.48

Lorick Office Products, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

its successors and assigns ("Assignee"), all rights, title and interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. bankruptcy Code), in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated this _____ day of _____ 2017.

Lorick Office Products

By: _____
Name:
Title: President

Bradford Capital Holdings, LP
By: Bradford Capital GP, LLC, its General Partner

By: _____
Name: Brian Brager
Title: Managing Member

Your claim can be filed electronically    Claim #1272  Date Filed: 7/24/2017
ID: 24111146    PIN: Y7b9Hw9a

United States Bankruptcy Court for the Southern District of New York

Indicate Debtor against which you assert a claim by checking the appropriate box below. (**Check only one Debtor per claim form**.)

- ☐ Westinghouse Electric Company LLC (Case No. 17-10751)
- ☐ CE Nuclear Power International, Inc. (Case No. 17-10752)
- ☐ Fauske and Associates LLC (Case No. 17-10753)
- ☐ Field Services, LLC (Case No. 17-10754)
- ☐ Nuclear Technology Solutions LLC (Case No. 17-10755)
- ☐ PaR Nuclear Holding Co., Inc. (Case No. 17-10756)
- ☐ PaR Nuclear, Inc. (Case No. 17-10757)
- ☐ PCI Energy Services LLC (Case No. 17-10758)
- ☐ Shaw Global Services, LLC (Case No. 17-10759)
- ☐ Shaw Nuclear Services, Inc. (Case No. 17-10760)
- ☐ Stone & Webster Asia Inc. (Case No. 17-10761)
- ☐ Stone & Webster Construction Inc. (Case No. 17-10762)
- ☐ Stone & Webster International Inc. (Case No. 17-10763)
- ☐ Stone & Webster Services LLC (Case No. 17-10764)
- ☐ Toshiba Nuclear Energy Holdings (UK) Limited (Case No. 17-10750)
- ☐ TSB Nuclear Energy Services Inc. (Case No. 17-10765)
- ☐ WEC Carolina Energy Solutions, Inc. (Case No. 17-10766)
- ☐ WEC Carolina Energy Solutions, LLC (Case No. 17-10767)
- ☐ WEC Engineering Services Inc. (Case No. 17-10768)
- ☐ WEC Equipment & Machining Solutions, LLC (Case No. 17-10769)
- ☐ WEC Specialty LLC (Case No. 17-10770)
- ☐ WEC Welding and Machining, LLC (Case No. 17-10771)
- ☐ WECTEC Contractors Inc. (Case No. 17-10772)
- ☒ WECTEC Global Project Services Inc. (Case No. 17-10773)
- ☐ WECTEC LLC (Case No. 17-10774)
- ☐ WECTEC Staffing Services LLC (Case No. 17-10775)
- ☐ Westinghouse Energy Systems LLC (Case No. 17-10776)
- ☐ Westinghouse Industry Products International Company LLC (Case No. 17-10777)
- ☐ Westinghouse International Technology LLC (Case No. 17-10778)
- ☐ Westinghouse Technology Licensing Company LLC (Case No. 17-10779)

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

## Official Form 410
## Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Other than a claim under 11 U.S.C. § 503(b)(9), this form should not be used to make a claim for an administrative expense arising after the commencement of the case.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies or any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed.

### Part 1: Identify the Claim

NameID: 12974524

**1. Who is the current creditor?**
Lorick Office Products
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Lorick Office Products
910 Washington Street (29201)
PO Box 2747
Columbia, SC 29202

Contact phone  803-252-5380
Contact email  jbrutschy@lorick.com

Where should payments to the creditor be sent? (if different)

Name _____
Number  Street _____
City  State  ZIP Code
Country _____
Contact phone _____
Contact email _____

RECEIVED
JUL 2 4 2017
KURTZMAN CARSON CONSULTANTS

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on __/__/____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1 
1710751170630101805021931

WECTEC Contractors Inc  
Case Number: 17-10772 (MEW)

## Schedule E/F: Creditors Who Have Unsecured Claims

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| 3.121 LEICA GEOSYSTEMS INC<br>5051 PEACHTREE CORNERS CIRCLE<br>NORCROSS, GA 30092 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $2,302 |
| 3.122 LEXINGTON MEDICAL CENTER<br>DBA OCCUPATIONAL HEALTH<br>811 W MAIN ST<br>LEXINGTON, SC 29071-2210 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $85 |
| 3.123 LIFTING GEAR HIRE CORP<br>9925 S. INDUSTRIAL DR.<br>BRIDGEVIEW, IL 60455 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $78,693 |
| 3.124 LIFTONE LLC<br>1750 MITCHELL RD<br>AURORA, IL 60505-9578 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $7,650 |
| 3.125 LINCOLN ELECTRIC COMPANY<br>22801 ST. CLAIR AVENUE<br>CLEVELAND, OH 44117 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $151,463 |
| 3.126 LORICK OFFICE PRODUCTS<br>910 WASHINGTON STREET (29201)<br>COLUMBIA, SC 29202 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $39,804 |
| 3.127 LOWE SPECIALIZED TRANSPORT LLC<br>29 CHARLIE BROWN LANE<br>PELL CITY, AL 35125 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $5,800 |
| 3.128 MACKSON INC<br>2346 SOUTHWAY DR<br>ROCK HILL, SC 29730 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $24,610 |

17-10751-mew    Doc 1135    Filed 08/13/17    Entered 08/13/17 10:55:03    Main Document
Pg 5 of 5

17-10751-mew    Doc 26-1    Entered 03/26/17 21:39    Main Document
Pg 89 of 374

WECTEC Global Project Services Inc

Case Number: 17-10773 (MEW)

## Schedule E/F: Creditors Who Have Unsecured Claims

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**Trade Payables**

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 3.217 | LINCOLN ELECTRIC COMPANY<br>22801 ST. CLAIR AVENUE<br>CLEVELAND, OH 44117 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ✓ | ☐ | ☐ | Trade Debt | ☐ | $71,543 |
| 3.218 | LISEGA<br>370 E DUMPLIN VALLEY RD<br>KODAK, TN 37764 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ✓ | ☐ | ☐ | Trade Debt | ☐ | $30,746 |
| 3.219 | LISEGA<br>370 E DUMPLIN VALLEY RD<br>KODAK, TN 37764 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ✓ | ☐ | ☐ | Trade Debt | ☐ | $294 |
| 3.220 | LISEGA INC - USA<br>370 E DUMPLIN VALLEY RD<br>KODAK, TN 37764 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ✓ | ☐ | ☐ | Trade Debt | ☐ | $334,262 |
| 3.221 | LORICK OFFICE PRODUCTS<br>910 WASHINGTON STREET (29201)<br>COLUMBIA, SC 29202 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ✓ | ☐ | ☐ | Trade Debt | ☐ | $441 |
| 3.222 | LOWE SPECIALIZED TRANSPORT LLC<br>29 CHARLIE BROWN LANE<br>PELL CITY, AL 35125 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ✓ | ☐ | ☐ | Trade Debt | ☐ | $2,584 |
| 3.223 | MACKSON INC<br>2346 SOUTHWAY DR<br>ROCK HILL, SC 29730 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $169,919 |
| 3.224 | MACKSON INC<br>25479 NETWORK PLACE<br>CHICAGO, IL 60673-1254 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $124,204 |