**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                                         :
                                                                                  :    **Chapter 11**
**WESTINGHOUSE ELECTRIC**                              :
**COMPANY LLC,** *et al.*,                                       :    **Case No. 17-10751 (MEW)**
                                                                                  :
                          Debtors.[1]                                  :    **(Jointly Administered)**
-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Andrew Henchen, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On August 11, 2017, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; via Overnight Mail upon the service list attached hereto as **Exhibit B**; and via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Notice of Presentment of Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328, Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Employ and Retain Deloitte Transactions and Business Analytics LLP as Valuation and Discovery Services Provider *Nunc Pro Tunc* to the Petition Date [Docket No. 1128]**

- **Notice of Presentment of Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328, Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Employ and Retain Deloitte Financial Advisory Services LLP as Financial Advisory Services Provider *Nunc Pro Tunc* to the Petition Date [Docket No. 1129]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

Furthermore, on August 11, 2017, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; via Overnight Mail upon the service lists attached hereto as **Exhibit B** and **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Notice of Presentment of Stipulation and Order Permitting Pension Benefit Guaranty Corporation to File Consolidated Proofs of Claim Under a Single Case Number [Docket No. 1134]**

Dated: August 16, 2017

_____
Andrew Henchen

> A notary public or other officer completing this affidavit verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 16th day of August, 2017, by Andrew Henchen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

TRAVIS R. BUCKINGHAM
Notary Public – California
Los Angeles County
Commission # 2202283
My Comm. Expires Jun 23, 2021

# Exhibit A

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Top 30 | ACCENTURE LLP | Mark Sobota | mark.sobota@accenture.com |
| Top 30 | AECON INDUSTRIAL | Ian Turnbull, Sr. VP | iturnbull@aecon.com |
| Airgas USA, LLC | Airgas, Inc. | KJ van Krieken | kj.vankrieken@airgas.com |
| Counsel for Nuclear Logistics LLC and The Calvert Company, Inc. | Akerman LLP | John E. Mitchell | john.mitchell@akerman.com |
| Counsel for Nuclear Logistics LLC and The Calvert Company, Inc. | Akerman LLP | Katherine C. Fackler | katherine.fackler@akerman.com |
| Counsel for Nuclear Logistics LLC and The Calvert Company, Inc. | Akerman LLP | Susan F. Balaschak | susan.balaschak@akerman.com |
| Counsel for BNP Paribas | Allen & Overy LLP | Scott Zemser, Ken Coleman, & Daniel Guyder | scott.zemser@allenovery.com; ken.coleman@allenovery.com; daniel.guyder@allenovery.com |
| Counsel for the Municipal Electric Authority of Georgia | Alston & Bird LLP | Dennis J Connolly | dennis.connolly@alston.com |
| Counsel for Columbia Property Trust, Inc. | Alston & Bird LLP | William Sugden & Thomas Clinkscales | will.sugden@alston.com; tom.clinkscales@alston.com |
| Top 30 | AMERICAN EQUIPMENT CO | Dean Smith, VP Operations | dean.smith@ameco.com |
| Counsel for Ellis & Watts Global Industries, Inc. | Armstrong Teasdale LLP | David L. Going | dgoing@armstrongteasdale.com |
| Counsel for Master-Lee Energy Services Corporation & Limbach Company LLC | Babst, Calland, Clements and Zomnir, P.C. | Mark Lindsay | mlindsay@babstcalland.com |
| Interested Party | Baker McKenzie | Debra Dandeneau | debra.dandeneau@bakermckenzie.com |
| Counsel for Exelon Generation Company, LLC | Ballard Spahr LLP | Tobey M Daluz Matthew G Summers | daluzt@ballardspahr.com; summersm@ballardspahr.com |
| Counsel for RSCC Wire & Cable LLC and Cable USA LLC | Ballon Stoll Bader & Nadler PC | Vincent Roldan | vroldan@ballonstoll.com |
| Counsel for Motion Industries, Inc. | Barack Ferrazzano Kirschbaum & Nagelberg LLP | William J. Barrett | william.barrett@bfkn.com |
| Counsel for Blanchard Machinery Company | Beal, LLC | Michael M. Beal | mbeal@bealLLC.com |
| Counsel for Automated Precision, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Michael J. Barrie | mbarrie@beneschlaw.com |
| Counsel for United Parcel Service, Inc. | Bialson, Bergen & Schwab | Lawrence Schwab & Kenneth Law | klaw@bbslaw.com |
| Counsel for Air Products and Chemicals, Inc. | Blank Rome LLP | Michael Schaedle and Evan Zucker | schaedle@blankrome.com; ezucker@blankrome.com |
| Counsel for Holcim (US) Inc. & Premier Trailer Leasing, Inc. | Borges & Associates, LLC | Wanda Borges | bankruptcy@borgeslawllc.com |
| Counsel for Intergraph Corporation | Bradley Arant Boult Cummings LLP | Christopher L. Hawkins | chawkins@bradley.com |
| Counsel for Intergraph Corporation | Bradley Arant Boult Cummings LLP | Kevin C. Gray | kgray@bradley.com |
| Counsel for SAP America, Inc. and its affiliates | Brown & Connery, LLP | Julie F. Montgomery | jmontgomery@brownconnery.com |
| Counsel for The GC Net Lease (Cranberry) Investors, LLC | Bryan Cave LLP | Eric Prezant & Justin Morgan | eric.prezant@bryancave.com; justin.morgan@bryancave.com |
| Top 30 | CALVERT COMPANY INCORPORATED | Douglas Calvert, President | sambarr@azz.com |
| Counsel for Comanco Environmental Corporation | Carlton Fields Jorden Burt, PA | John J. Lamoureux | jlamoureux@carltonfields.com; delliott@carltonfields.com |
| Counsel for Central Electric Power Cooperative, Inc. & Bridgewell Resources, LLC | Carter Ledyard & Milburn LLP | Aaron R. Cahn | bankruptcy@clm.com |
| Counsel for The Lincoln Electric Company | Cavitch Familo & Durkin Co LPA | Stuart Laven Jr | slaven@cavitch.com |
| Top 30 | CB&I | Lee Pressley | lpresley@CBI.com |
| Top 30 | CB&I LAURENS INC | Rick Crow, Project Manager | Rick.crow@cbi.com |
| Counsel for American Home Assurance company; The Insurance Company of the State of Pennsylvania; and National Union Fire Insurance Company of Pittsburgh, PA | Chiesa Shahinian & Giantomasi PC | Scott A. Zuber & Michael R. Caruso | szuber@csglaw.com; mcaruso@csglaw.com |
| Commonwealth of Pennsylvania, Department of Revenue | Commonwealth of Pennsylvania, Department of Revenue | Josh Shapiro & Carol Momjian | cmomjian@attorneygeneral.gov |
| Counsel for W.O. Grubb Steel Erection Incorporated | Cook, Heyward, Lee, Hopper & Feehan, P.C. | David Hopper | ddhopper@chlhf.com |
| Counsel for Day & Zimmermann, Inc. | Cozen O'Connor | John T. Carroll, III | jcarroll@cozen.com |
| Counsel for Nuclear Fuel Industries, Ltd. | Crowell & Moring LLP | Mark S. Lichtenstein | mlichtenstein@crowell.com |
| Top 30 | CSC COMPUTER SCIENCES CORP | Rick Beroth | rberoth@csc.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel for Engineered Mechanical Systems | Cullen and Dykman, LLP | Bonnie L Pollack | bpollack@cullenanddykman.com |
| Top 30 | CURTISS WRIGHT | David C. Adams, CEO | dadams@CURTISSWRIGHT.com |
| Counsel to Oglethorpe Power Corporation (An Electric Membership Corporation) | Dechert LLP | Michael J Sage Stephen M Wolpert | michael.sage@dechert.com; stephen.wolpert@dechert.com |
| Counsel for Mizuho Bank, Ltd. | Dentons US LLP | Giorgio Bovenzi | giorgio.bovenzi@dentons.com |
| US Department of Justice | Department of Justice US Attorney General | Commercial Litigation Branch | askdoj@usdoj.gov |
| Counsel for Turner Industries Group, LLC | Donohue Patrick & Scott PLLC | Kirk A Patrick III | kpatrick@dps-law.com |
| Counsel for Gerdau Ameristeel US Inc. | Duane Morris LLP | Jeffrey W. Spear | jwspear@duanemorris.com |
| Counsel for Aecon Group Inc. | Duane Morris LLP | Paul Moore and Keri Wintle | pdmoore@duanemorris.com; klwintle@duanemorris.com |
| Top 30 | DUBOSE NATIONAL ENERGY SERVICE | Richard Rogers, VP and GM | Richard.rogers@dubosenes.com |
| Counsel for Superheat FGH Services Inc. | Dugger & Associates | Matthew A. Key | mkey@duggerlaw.com |
| Counsel for 375 Metropolitan LLC | Duke, Holzman, Photiadis & Gresens LLP | Michael Lombardo | mjlombardo@dhpglaw.com |
| Top 30 | EATON CORP | William T. Reiff | globaltradecredit@eaton.com |
| Top 30 | ENVIROVAC HOLDINGS LLC | Ann Brown | ann@envirovac.us |
| Counsel for Johnson Service Group, Inc. | Epstein Becker & Green, P.C. | Wendy Marcari | wmarcari@ebglaw.com |
| Counsel for SSM Industries, Inc. | Flaster/Greenberg P.C. | Steven D. Usdin | steven.usdin@flastergreenberg.com |
| Top 30 | FLUOR ENTERPRISES INC (FEI) | Pat Selvaggio | Pat.Selvaggio@Fluor.com |
| Counsel for Ellis & Watts Global Industries, Inc. | Fox Rothschild LLP | Richard M. Meth | rmeth@foxrothschild.com; msteen@foxrothschild.com |
| Counsel for Jones Lang LaSalle Americas, Inc. | FrankGecker LLP | Joseph Frank and Reed Heiligman | jfrank@fgllp.com; rheiligman@fgllp.com |
| Top 30 | GARNEY COMPANIES INC | Greg Harris | gharris@garney.com |
| Counsel for Westinghouse Electric Company Executive Pension Plan Retiree Group | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert | rgellert@gsbblaw.com |
| Top 30 | GEXPRO | Dan Collins | Dan.Collins@gexpro.com |
| Counsel for Veolia ES Industrial Services, Inc., Research Cottrell Cooling, Inc., and Hamon Corporation | Gibbons P.C. | Dale E. Barney | dbarney@gibbonslaw.com |
| Counsel for Cives Corporation | Gibbons P.C. | Karen Giannelli & Brett Theisen | kgiannelli@gibbonslaw.com; btheisen@gibbonslaw.com |
| Counsel for Carolina Fabricators, Inc. | Gleissner Law Firm, LLC | Richard Gleissner | rick@gleissnerlaw.com |
| Counsel for BackOffice Associates, LLC | Goodwin Procter LLP | William P. Weintraub | wweintraub@goodwinlaw.com |
| Counsel for 1000-1100 Wilson Owner LLC | Greenstein DeLorme & Luchs, P.C. | Gwynne L. Booth | glb@gdllaw.com |
| Counsel for National Instruments Corporation | Griffin Hamersky LLP | Michael Hamersky | mhamersky@grifflegal.com |
| Counsel for Transco Products Inc & DuBose National Energy Services, Inc. | Hahn & Hessen LLP | Edward L Schnitzer | eschnitzer@hahnhessen.com |
| Counsel for Ericsson Drive Associates, LP | Haynes and Boone, LLP | Trevor R Hoffman | trevor.hoffman@haynesboone.com |
| Top 30 | HERC RENTALS | James Fiscus, VP Sales | james.fiscus@hercrentals.com |
| Counsel for Schneider Electric USA Inc. | Hinckley, Allen & Snyder LLP | Jennifer Doran | jdoran@hinckleyallen.com |
| Counsel for Cannon Sline Industrial, Inc. | Hinckley, Allen & Snyder LLP | Paul O'Donnell, III | podonnell@hinckleyallen.com |
| Counsel for SID Tool Co., INC d/b/a MSC Industrial Supply Co. | Holland & Knight LLP | Lynne Xerras | lynne.xerras@hklaw.com |
| Counsel for Transco Products Inc | Horwood Marcus & Berk Chartered | Jason M Torf | jtorf@hmblaw.com |
| Counsel for Graybar Electric Company, Inc. and Ascendum Machinery, Inc. | Hunter, Maclean, Exley & Dunn, P.C. | Francesca Macchiaverna | fmacchiaverna@huntermaclean.com |
| Counsel for the Comptroller of Public Accounts of the State of Texas | Jason Starks, Assistant Attorney General | Bankruptcy & Collections Division MC 008 | jason.starks@oag.texas.gov |
| Counsel for Pacific Gas & Electric Company | Jenner & Block LLP | Catherine Steege | csteege@jenner.com |
| Counsel for Pacific Gas & Electric Company | Jenner & Block LLP | Richard Levin and Carl Wedoff | rlevin@jenner.com; cwedoff@jenner.com |
| Counsel for Georgia Power Company, Oglethorpe Power Corporation, Municipal Electric Authority of Georgia, and the City of Dalton, Georgia | Jones Day | Anna Kordas | akordas@jonesday.com |
| Counsel for Georgia Power Company, Oglethorpe Power Corporation, Municipal Electric Authority of Georgia, and the City of Dalton, Georgia | Jones Day | Gregory M Gordon Dan B Prieto Amanda S Rush | gmgordon@jonesday.com; dbprieto@jonesday.com; asrush@jonesday.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Top 30 | JONES LANG LASALLE AMERCIAS INC | Matt Gonterman, CIO | matt.gonterman@am.jll.com |
| Counsel for Entergy Operations, Inc. | Jones Walker LLP | R. Patrick Vance | pvance@joneswalker.com |
| Counsel for General Cable Industries, Inc. | Keating Muething & Klekamp PLL | Jason V. Stitt | jstitt@kmklaw.com |
| Counsel for Aecon Industrial, a division of Aecon Construction Group Inc. | Kirkland & Ellis LLP | David R. Seligman | david.seligman@kirkland.com |
| Counsel for Aecon Industrial, a division of Aecon Construction Group Inc. | Kirkland & Ellis LLP | Gregory F. Pesce | gregory.pesce@kirkland.com |
| Counsel for 375 Metropolitan LLC | Klestadt Winters Jureller Southard & Stevens, LLP | John Jureller, Jr. | jjureller@klestadt.com |
| Counsel for Dresser, Inc. and GE Inspection Technologies, LP | Kutak Rock LLP | Adam L Hirsch | adam.hirsch@kutakrock.com |
| Counsel to the Debtor's Prepetition Agent under the certain Second Amened and Restated Credit Agmt | Latham & Watkins LLP | Zulfiqar Bokhari | zulf.bokhari@lw.com |
| Counsel for Garney Companies, Inc. | Lathrop & Gage LLP | Stephen B. Sutton | ssutton@lathropgage.com |
| Counsel for R-Con Nondestructive Test Consultants, Inc. | Law Office of Melissa L. Steinberg, PLLC | Melissa L. Steinberg | melissa@melissasteinberglaw.com |
| Counsel for CSC Computer Sciences Corporation | LeClairRyan, A Professional Corporation | Christopher L. Perkins | christopher.perkins@leclairryan.com |
| Counsel for CSC Computer Sciences Corporation & Donlen Trust, a Delaware Business Trust | LeClairRyan, A Professional Corporation | Janice B. Grubin | janice.grubin@leclairryan.com |
| Counsel for Anderson & Dahlen, Inc. | Lindquist & Vennum LLP | Adam Ballinger | aballinger@lindquist.com |
| Counsel for Bigge Crane and Rigging Co. | Loeb & Loeb LLP | Walter Curchack & Bethany Simmons | wcurchack@loeb.com; bsimmons@loeb.com |
| Cousel for Sumitomo Mitsui Banking Corporation | Luskin, Stern & Eisler LLP | Michael Luskin and Matthew O'Donnell | luskin@lsellp.com; odonnell@lsellp.com |
| Counsel for Oracle America, Inc. | Magnozzi & Kye, LLP | Amish R. Doshi | adoshi@magnozzikye.com |
| Counsel for Westchester Fire Insurance Company | Manier & Herod, P.C. | Michael Collins & Sam Poteet | mcollins@manierherod.com; spoteet@manierherod.com |
| Counsel for DuBose National Energy Services, Inc. | Manning Fulton & Skinner, P.A. | William C. Smith | smith@manningfulton.com |
| Top 30 | MARTIN MARIETTA MATERIALS | dba Martin Marietta Aggregates | roselyn.bar@martinmarietta.com |
| Counsel for Mizuho America Leasing LLC and MHBK (USA) Leasing & Finance LLC | Mayer Brown LLP | Frederick Hyman and Joaquin M. C de Baca | fhyman@mayerbrown.com; jcdebaca@mayerbrown.com |
| Counsel for Consolidated Pipe & Supply Company, Inc. | Maynard, Cooper & Gale, P.C. | J. Leland Murhpree | lmurphree@maynardcooper.com |
| Counsel for Consolidated Pipe & Supply Company, Inc. | Maynard, Cooper & Gale, P.C. | Richard Davis | rdavis@maynardcooper.com |
| Counsel for Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Louis A. Modugno & Michael Morano | lmodugno@mdmc-law.com; mmorano@mdmc-law.com |
| Counsel for Comanche Peak Power Company, LLC as successor-in-interest to Luminant Generation | McGlinchey Stafford | Deborah Reperowitz & Steven Holmes | dreperowitz@mcglinchey.com; sholmes@mcglinchey.com |
| Counsel for Virginia Electric and Power Company, d/b/a Dominion Virginia Power, and Dominion Nuclear Connecticut, Inc. | McGuireWoods LLP | Aaron G. McCollough & Alexandra Shipley | amccollough@mcguirewoods.com; ashipley@mcguirewoods.com |
| Counsel for Virginia Electric and Power Company, d/b/a Dominion Virginia Power, and Dominion Nuclear Connecticut, Inc. | McGuireWoods LLP | Dion W. Hayes | dhayes@mcquirewoods.com |
| Missouri Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit, Steven Ginther | sdnyecf@dor.mo.gov |
| Counsel for Scana Energy Marketing, Inc. | Moore & Van Allen PLLC | David Wheeler & Reid Dyer | davidwheeler@mvalaw.com; reiddyer@mvalaw.com |
| Counsel for Airgas USA, LLC and its affiliates | Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | lberkoff@moritthock.com |
| Counsel for Cyient, Inc. and Cyient Limited | Murtha Cullina LLP | Robert Kaelin | rkaelin@murthalaw.com |
| Top 30 | NEWPORT NEWS INDUSTRIAL CORP | Steve Napiecek, VP & GM | Steve.Napiecek@hii-nns.com |
| Counsel for South Carolina Office of Regulatory Staff | Nexsen Pruet, LLC | Julio Mendoza Jr | rmendoza@nexsenpruet.com |
| Counsel for HSG Constructors LLC | Nixon Peabody LLP | Christopher Fong | cfong@nixonpeabody.com |
| Counsel for HSG Constructors LLC | Nixon Peabody LLP | Richard Pedone | rpedone@nixonpeabody.com |
| Top 30 | NUCLEAR FUEL SERVICES INC | Frank Masseth | fxmasseth@nuclearfuelservices.com |
| Counsel for Williams Scotsman, Inc. | Ochs & Goldberg, LLP | Mitchell D. Goldberg | mitchell@oglaw.net |
| Counsel for Centrus Energy Corp. | O'Melveny & Myers LLP | Jennifer Taylor | jtaylor@omm.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel for Centrus Energy Corp. | O'Melveny & Myers LLP | Stephen Warren & Brian Metcalf | swarren@omm.com; bmetcalf@omm.com |
| Top 30 | OWEN INDUSTRIES INC | Tyler Owen, President | towen@owenind.com |
| Counsel to Oglethorpe Power Corporation (An Electric Membership Corporation) | Parker Hudson Rainer & Dobbs LLP | C Edward Dobbs | edobbs@phrd.com |
| Counsel to Apollo Capital Management, LP | Paul Weiss Rifkind Wharton & Garrison LLP | Claudia R Tobler | ctobler@paulweiss.com |
| Counsel to Apollo Capital Management, LP | Paul Weiss Rifkind Wharton & Garrison LLP | Jeffrey D Saferstein and Kevin O'Neill | jsaferstein@paulweiss.com; koneill@paulweiss.com |
| Counsel for Greenberry Industrial, LLC and NAES Corporation | Perkins Coie LLP | Alan D. Smith | adsmith@perkinscoie.com |
| Counsel for Greenberry Industrial, LLC and NAES Corporation | Perkins Coie LLP | Schuyler G. Carroll | scarroll@perkinscoie.com |
| Counsel for Vallorbs Jewel Company | Pick & Zabicki LLP | Eric C Zabicki | EZabicki@picklaw.net |
| Counsel for Mitsubishi Heavy Industries, Ltd. and Mitsubishi Nuclear Energy Systems, Inc. | Pillsbury Winthrop Shaw Pittman LLP | Barbara Croutch | barbara.croutch@pillsburylaw.com |
| Counsel for Fluor Enterprises, Inc. and American Equipment Company, Inc. | Pillsbury Winthrop Shaw Pittman LLP | Dania Slim | dania.slim@pillsburylaw.com |
| Counsel for Fluor Enterprises, Inc. and American Equipment Company, Inc. | Pillsbury Winthrop Shaw Pittman LLP | Patrick Potter & Michael McNamara | patrick.potter@pillsburylaw.com; michael.mcnamara@pillsburylaw.com |
| Counsel for Mitsubishi Heavy Industries, Ltd. and Mitsubishi Nuclear Energy Systems, Inc. | Pillsbury Winthrop Shaw Pittman LLP | Samuel Cavior | samuel.cavior@pillsburylaw.com |
| Counsel for Novitas Credit Corp | Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP | Counsel for Novitas Credit Corp. | slydell@platzerlaw.com |
| Counsel for American Tank & Vessel, Inc. | Porter Hedges LLP | Eric Wade and Joshua Wolfshohl | ewade@porterhedges.com; jwolfshohl@porterhedges.com |
| Counsel for Ericsson Drive Associates, LP | Portfolio Management Group | Shawana McGee | smcgee@clns.com |
| Proposed Counsel to the Statutory Unsecured Claimholders' Committee | Proskauer Rose LLP | Martin Bienenstock, Timothy Karcher & Vincent Indelicato | mbienenstock@proskauer.com; tkarcher@proskauer.com; vindelicato@proskauer.com |
| Counsel for Fifth Third Equipment Finance Company | Pryor Cashman LLP | Ronald Beacher & Conrad Chiu | rbeacher@pryorcashman.com; cchiu@pryorcashman.com |
| Counsel for PSEG Nuclear LLC | PSEG Services Corporation Law Department | Suzanne Klar | suzanne.klar@pseg.com |
| Counsel for Accenture, LLP | Quintairos, Prieto, Wood & Boyer, P.A. | Damon G. Newman & Joseph Krcmar | damon.newman@qpwblaw.com; jkrcmar@qpwblaw.com |
| Counsel for South Carolina Electric & Gas Company and South Carolina Public Service Authority | Reed Smith LLP | Derek J Baker | dbaker@reedsmith.com |
| Counsel for South Carolina Electric & Gas Company and South Carolina Public Service Authority | Reed Smith LLP | Paul M Singer Tarek F Abdalla | psinger@reedsmith.com; tabdalla@reedsmith.com |
| Counsel for GE Betz, Inc. and GE Mobile Water, Inc. | Reisman Law Firm LLC | Glenn Reisman | glenn.reisman@ge.com |
| Top 30 | RESEARCH COTTRELL COOLING INC | Kevin Gibbons | kevin.gibbons@rc-cooling.com |
| Counsel for Chromalox, Inc. | Rich Michaelson Magaliff Moser LLP | Eric T. Moser | emoser@r3mlaw.com |
| Counsel for BFC Industrial Services, LLC | Rich Michaelson Magaliff Moser LLP | Howard Magaliff | hmagaliff@r3mlaw.com |
| Counsel for Wells Fargo Equipment Finance, Inc., Wells Fargo Vendor Financial Services, LLC, and HYG Financial Services, Inc. | Riemer & Braunstein LLP | Jeffrey D. Ganz | jganz@riemerlaw.com |
| Counsel for ABB, AB | Robinson & Cole LLP | Patrick Birney | pbirney@rc.com |
| Top 30 | RSCC WIRE & CABLE LLC | Mark St. Onge, Director of Strategic | Mark.stonge@r-scc.com |
| Counsel for Morgan Corp. | Rubin LLC | Paul A. Rubin | prubin@rubinlawllc.com |
| Counsel for Willingham & Sons Building Supply and Septic Tanks | S.R. Anderson | | sraatlaw@bellsouth.net |
| Counsel for TE Connectivity LTD and Vigliotti Landscape & Construction, Inc. | Saul Ewing LLP | Dipesh Patel | dpatel@saul.com |
| Counsel for Vigliotti Landscape & Construction, Inc. | Saul Ewing LLP | Joseph Bucci | jbucci@saul.com |
| Counsel for TE Connectivity LTD | Saul Ewing LLP | Sharon Levine | slevine@saul.com |
| Counsel for J.V. Manufacturing Co., Inc. | Scott M. Hare | | scott@scottlawpgh.com |
| Counsel for Morgan Corp. | Scroggins & Willimason P.C. | J. Robert Williamson & Matthew Levin | rwilliamson@swlawfirm.com; mlevin@swlawfirm.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | SECBankruptcy-OGC-ADO@SEC.GOV |
| Securities and Exchange Commission New York Regional Office | Securities and Exchange Commission NY Regional Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel for EvapTech, Inc. | Sedgwick LLP | David Mancini | david.mancini@sedgwicklaw.com |
| Counsel for EvapTech, Inc. & Mistras Group, Inc. | Sedgwick LLP | Lillian G Stenfeldt | lillian.stenfeldt@sedgwicklaw.com |
| Counsel for Mistras Group, Inc. | Sedgwick LLP | Robert D. Towey | robert.towey@sedgwicklaw.com |
| Counsel for Johnson March Systems, Inc. | Semanoff Ormsby Greenberg & Torchia LLC | William J. Maffucci | wmaffucci@sogtlaw.com |
| Counsel to the Agents and L/C Issuer for the Debtors' Proposed Debtor-in-Possession Financing Facility | Shearman & Sterling LLP | Fredric Sosnick, Ned S Schodek, & Stephen Blank | fsosnick@shearman.com; ned.schodek@shearman.com; stephen.blank@shearman.com |
| Counsel for Doosan Heavy Industries & Construction Co., Ltd. | Sheppard Mullin Richter & Hampton, LLP | Craig Wolfe, Robert Friedman, & Jason Alderson | cwolfe@sheppardmullin.com; rfriedman@sheppardmullin.com; jalderson@sheppardmullin.com |
| Top 30 | SIEMENS INDUSTRY INC | Scott Conner, VP & General Manager | scott.conner@siemens.com |
| Counsel for Toshiba Corporation | Skadden Arps Slate Meagher & Flom LLP | Paul D. Leake | paul.leake@skadden.com |
| Counsel to Toshiba Corporation | Skadden Arps Slate Meagher & Flom LLP | Van C Durrer II & Annie Li | van.durrer@skadden.com; annie.li@skadden.com |
| Top 30 | SMCI | Rick Danning, Chief Financial Officer | Rick.Danning@MetalTek.com |
| Counsel for Airgas USA, LLC and its affiliates | Smith, Katzenstein & Jenkins LLP | Kathleen Miller | kmiller@skjlaw.com |
| Counsel to Obayashi Corporation | Snell & Wilmer LLP | Jasmin Yang | jyang@swlaw.com |
| Counsel for Arizona Public Service Company, on behalf of itself and as agent for all other participants in the Arizona Nuclear Power Project | Snell & Wilmer LLP | J Matthew Derstine & Jasmin Yang | mderstine@swlaw.com; jyang@swlaw.com |
| Counsel for Central Electric Power Cooperative, Inc. | Sowell Gray Robinson Stepp & Laffitte, LLC | R. William Metzger, Jr. | bmetzger@sowellgray.com |
| Counsel for Combined Nuclear Pension Plan Trustees Limited | Squire Patton Boggs (US) LLP | Stephen Lerner & Andrew Simon | stephen.lerner@squirepb.com; andrew.simon@squirepb.com |
| Top 30 | SSM INDUSTRIES INC | Matt Gorman, GM | mgorman@ssmi.biz |
| Top 30 | STEELFAB INC | Glen Sherrill, President | GSherrill@steelfab-inc.com |
| Counsel for Penn United Technologies, Inc. | Stevens & Lee, P.C. | Constantine Pourakis | cp@stevenslee.com |
| Counsel for Penn United Technologies, Inc. | Stevens & Lee, P.C. | John Kilgannon | jck@stevenslee.com |
| Counsel for Owen Industries d/b/a Paxton & Vierling Steel Co. | Stites & Harbison PLLC | Elizabeth Lee Thompson, Chrisandrea Turner, Joseph Hardesty, and David Ratterman | clturner@stites.com |
| Counsel for National Instruments Corporation | Streusand, Landon & Ozburn, LLP | Sabrina Streusand | streusand@slollp.com |
| Counsel for Cives Corporation | Taylor English Duma LLP | Stephen Greenberg | sgreenberg@taylorenglish.com |
| Counsel for Sargent & Lundy, LLC | The Law Office of William J. Factor, Ltd. | William J. Factor & Sara E. Lorber | slorber@wfactorlaw.com |
| Counsel for Bud Behling Leasing, Inc. d/b/a BBL Fleet | Thomas E. Reilly | | tereilly@tomreillylaw.com |
| Counsel for RSCC Wire & Cable LLC and Cable USA LLC | Thompson Coburn LLP | Lauren Newman and David Duffy | lnewman@thompsoncoburn.com; dduffy@thompsoncoburn.com |
| Top 30 | THOMPSON CONSTRUCTION GROUP IN | William Gryant, VP | bbryant@thompsonind.com |
| Counsel for Williams Specialty Services, LLC and Williams Plant Services, LLC | Thompson Hine LLP | Curtis Tuggle | curtis.tuggle@thompsonhine.com |
| Counsel for Williams Specialty Services, LLC and Williams Plant Services, LLC | Thompson Hine LLP | Jonathan Hawkins | jonathan.hawkins@thompsonhine.com |
| Counsel for Envirovac Holdings LLC | Thompson Hine LLP | William H. Schrag | william.schrag@thompsonhine.com |
| TN Dept of Revenue | TN Dept of Revenue | TN Attorney General's Office, Bankruptcy Division | agbanknewyork@ag.tn.gov |
| Proposed Counsel to Debtor Toshiba Nuclear Energy Holdings (UK) Limited | Togut, Segal & Segal LLP | Albert Togut | altogut@TeamTogut.com |
| Counsel for L&S Machine Co., LLC; Cygnus Manufacturing Company, LLC; Thermo Electron North America, LLC and Thermo Fisher Scientific, Inc.; and ALKAB Contract Manufacturing, Inc. | Tucker Arensberg PC | Jordan Blask | jblask@tuckerlaw.com |
| Counsel for Intertech Security, LLC | Tucker Arensberg PC | Michael Shiner & Jordan Blask | mshiner@tuckerlaw.com; jblask@tuckerlaw.com |
| Top 30 | VALLEN | Cantey Haile | Cantey.Haile@vallen.com |
| Top 30 | VIGOR | Corey Yraguen, President | Corey.Yraguen@vigor.net |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel for Chicago Bridge & Iron Company N.V. | Wachtell, Lipton, Rosen & Katz | Richard Mason and Emil Kleinhaus | rgmason@wlrk.com; eakleinhaus@wlrk.com |
| Counsel for IHI Corporation | White & Case LLP | Joseph Pack | joseph.pack@whitecase.com |
| Counsel for IHI Corporation | White & Case LLP | Richard Graham | rgraham@whitecase.com |
| Counsel for Atlas Copco Compressors, LLC | White and Williams LLP | James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Counsel for Curtiss-Wright Electro-Mechanical Corporation, Curtiss-Wright Flow Control Corporation, et al. | Whiteford, Taylor & Preston LLP | Brent C. Strickland | bstrickland@wtplaw.com |
| Counsel for Curtiss-Wright Electro-Mechanical Corporation, Curtiss-Wright Flow Control Corporation, et al. | Whiteford, Taylor & Preston LLP | Stephen B. Gerald | sgerald@wtplaw.com |
| Top 30 | WILLIAMS SPECIALTY SERVICES LL | Douglas Page, President | dpage@wisgrp.com |
| Counsel for ENUSA Industrias Avanzadas, S.A. | Windels Marx Lane & Mittendorf, LLP | James M. Sullivan | jsullivan@windelsmarx.com |
| Counsel for Thompson Construction Group, Inc. | Womble Carlye Sandridge & Rice, LLP | Charles Summerall IV | csummerall@wcsr.com |
| Counsel for Thompson Construction Group, Inc. | Womble Carlye Sandridge & Rice, LLP | Matthew Ward | maward@wcsr.com |

# Exhibit B

**Exhibit B**
Served via Overnight Mail

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Top 30 | CALVERT COMPANY INCORPORATED | Douglas Calvert | 3100 West 7th St Ste 500 | | Fort Worth | TX | 76107 |
| United States Trustee | Office of the United States Trustee | Paul Schwartzberg | US Federal Office Building | 201 Varick Street Suite 1006 | New York | NY | 10014 |

# Exhibit C

**Exhibit C**
Core/2002 Service List

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Official Committee of Unsecured Creditors | Dastech International Inc. | Shahram Eshaghoff, Account Executive | 10 Cutter Mill Road | | Great Neck | NY | 11021 |
| Environmental Protection Agency (Regional) | Environmental Protection Agency | | 290 Broadway | | New York | NY | 10007-1866 |
| Federal Communications Commission | Federal Communications Commission | | 445 12th Street SW | | Washington | DC | 20554 |
| Official Committee of Unsecured Creditors | Fluor Enterprises Inc. | James M. Lucas, Senior Vice President | 6700 Las Colinas Boulevard | | Irving | TX | 75039 |
| Official Committee of Unsecured Creditors | Georgia Power Company | Meredith M. Lakey, SVP, General Counsel and Corporate Secretary | 241 Ralph McGill Boulevard | | Atlanta | GA | 30308 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Official Committee of Unsecured Creditors | Jones Lange LaSalle Americas, Inc. | J.C. Pelusi, Managing Director | Tower 260 | 260 Forbes Ave, Ste 1200 | Pittsburgh | PA | 15222 |
| New York Attorney General | Office of the NY Attorney General | Attorney General | 120 Broadway 24th Fl | | New York | NY | 10271 |
| New York Attorney General | Office of the NY Attorney General | Attorney General | The Capitol | | Albany | NY | 12224-0341 |
| United States Attorney's Office SDNY | Office of US Attorney SDNY | Attn Tax & Bankruptcy Unit | 86 Chambers St, Third Floor | | New York | NY | 10007 |
| Official Committee of Unsecured Creditors | Pension Benefit Guaranty Corporation | Cynthia Wong | 1200 K Street, NW | | Washington | DC | 20005 |
| Secretary of the State | Secretary of State | Division of Corporations | 99 Washington Ave Ste 600 | One Commerce Plz | Albany | NY | 12231-0001 |
| Secretary of the State | Secretary of State | | 123 William St | | New York | NY | 10038-3804 |
| Counsel for EvapTech, Inc. | Sedgwick LLP | David Mancini | 2900 K Street NW | Harbourside, Suite 500 | Washington | DC | 20007 |
| Official Committee of Unsecured Creditors | South Carolina Electric and Gas Company | Jimmy E. Addison, CFO | 220 Operation Way | | Cayce | SC | 29033 |
| Official Committee of Unsecured Creditors | SSM Industries Inc. | Peter Gorman, General Counsel | 3401 Grand Ave | | Pittsburgh | PA | 15225 |
| Counsel for Thompson Services | Thompson Services | c/o B. Lindsay Crawford III | Crawford & Von Keller, LLC | PO Box 4216 | Columbia | SC | 29240 |
| Counsel to Federal Communications Commission | US Department of Justice | Attorney General | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |
| Environmental Protection Agency (US) | US Environmental Protection Agency | | 1200 Pennsylvania Ave NW | Ariel Rios Building | Washington | DC | 20004 |

# Exhibit D

**Exhibit D**

Affected Parties Service List

Served via Overnight Mail

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Pension Benefit Guaranty Corp | Damarr Butler & Judith Starr et al | 1200 K St NW | Washington | DC | 20005 |