Deloitte Transactions and Business Analytics LLP
191 Peachtree Street, Suite 2000
Atlanta, GA  30303-1749
Telephone:  404.631.3455
Facsimile:  404.443.9555
Keith Adams

*Valuation and Discovery Services Provider*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*,[1] | |
| | Case No. 17-10751 (MEW) |
| Debtors. | |
| | (Jointly Administered) |

---

**FIRST COMBINED MONTHLY FEE STATEMENT OF DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS VALUATION AND DISCOVERY SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD FROM MARCH 29, 2017 THROUGH JUNE 30, 2017**

| | |
|---|---|
| Name of Applicant: | Deloitte Transactions and Business Analytics LLP |
| Authorized to Provide Services as: | Valuation and Discovery Services Provider |
| Date of Retention: | *Nunc Pro Tunc* to March 29, 2017 |
| Period for which Compensation and Reimbursement is Sought: | March 29, 2017 through June 30, 2017 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $56,571.82 |
| Amount of Expense Reimbursement Sought: | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | **$56,571.82** |
| Less 20% Holdback: | $11,314.36 |
| Total Fees and Expenses Due: | **$45,257.46** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are:  Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961).  The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

**SUMMARY OF MONTHLY FEES AND EXPENSES**

| Time Period | Fees | Expenses | Total Amount |
|---|---:|---:|---:|
| 03/29/17 – 04/30/17 | $6,527.04 | $0.00 | $6,527.04 |
| 05/01/17 – 05/31/17 | $4,958.94 | $0.00 | $4,958.94 |
| 06/01/17 – 06/30/17 | $45,085.87 | $0.00 | $45,085.87 |
| **Totals** | **$56,571.82** | **$0.00** | **$56,571.82** |

**CUMULATIVE TIME SUMMARY**
For the Period of March 29, 2017 through April 30, 2017

| Name | Position | Total Hours | Hourly Rate | Total Fees |
|---|---|---:|---:|---:|
| Savage Jones, Colette | Specialist | 1.90 | $473 | $898.70 |
| Cruz, Vinnrique (Nikki) | Sr. Consultant | 1.90 | $406 | $771.40 |
| Amey, Felix | Associate | 0.30 | $340 | $102.00 |
| **Total Fees** | | **4.10** | | **$1,772.10** |

**Average Billing Rate: $432.22**

**CUMULATIVE FEES BY CATEGORY SUMMARY[2]**
For the Period of March 29, 2017 through April 30, 2017

Discovery Services

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Technical Support | 0.30 | $102.00 |
| Project Management | 3.80 | $1,670.10 |
| User Fees | | $2,550.00 |
| Hosting Fees | | $2,204.94 |
| **Total Fees** | **4.10** | **$6,527.04** |

---

[2] Pursuant to the *Application of Debtors Pursuant to 11 U. S. C. §§ 327(a) and Fed. R. Bankr. P 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Employ and Retain Deloitte Transactions and Business Analytics LLP as Valuation and Discovery Services Provider Nunc Pro Tunc to the Petition Date* (the "DTBA Retention Application"), DTBA provides certain e-discovery services to the Debtors that may be billed according to different metrics than hourly rates, as set forth in Appendix B to the Engagement Letter.

## CUMULATIVE TIME SUMMARY
For the Period of May 1, 2017 through May 31, 2017

| Name | Position | Total | Hourly | Total Fees |
|---|---|---|---|---|
| Knowles, Suzanne | Associate | 0.60 | $340 | $204.00 |
| **Total Fees** | | **0.60** | | **$204.00** |

**Average Billing Rate: $340.00**

## CUMULATIVE FEES BY CATEGORY SUMMARY[3]
For the Period of May 1, 2017 through May 31, 2017

Discovery Services

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Evidence - Logging & Tracking | 0.60 | $204.00 |
| User Fees | | $2,550.00 |
| Hosting Fees | | $2,204.94 |
| **Total Fees** | **0.60** | **$4,958.94** |

---

[3] Pursuant to the DTBA Retention Application, DTBA provides certain e-discovery services to the Debtors that may be billed according to different metrics than hourly rates, as set forth in Appendix B to the Engagement Letter.

3

## CUMULATIVE TIME SUMMARY
For the Period of June 1, 2017 through June 30, 2017

| Name | Position | Total Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|
| Adams, Keith | Partner/Principal | 0.30 | $640 | $192.00 |
| Kettles, Sara | Manager | 24.50 | $521 | $12,764.50 |
| Portocarrero Neyra, Manuel | Consultant | 36.20 | $388 | $14,045.60 |
| Ramakrishnan, Swetha | Consultant | 32.60 | $388 | $12,648.80 |
| Naga Jayadev, Mokkapati | Associate | 1.00 | $340 | $340.00 |
| Tangudu, Praveen | Associate | 1.00 | $340 | $340.00 |
| **Total Fees** | | **95.60** | | **$40,330.90** |

**Average Billing Rate: $421.87**

## CUMULATIVE FEES BY CATEGORY SUMMARY[4]
For the Period of June, 2017 through June 30, 2017

Valuation Services

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Interim Goodwill Impairment Test | 93.60 | $39,650.90 |
| **Total Fees** | **93.60** | **$39,650.90** |

Discovery Services

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| CA - Reports | 1.00 | $340.00 |
| CA - Scripts | 1.00 | $340.00 |
| User Fees | | $2,550.00 |
| Hosting Fees | | $2,204.94 |
| **Total Fees** | **2.00** | **$5,434.94** |

---

[4] Pursuant to the DTBA Retention Application, DTBA provides certain e-discovery services to the Debtors that may be billed according to different metrics than hourly rates, as set forth in Appendix B to the Engagement Letter.

4

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

March 29, 2017 - April 30, 2017

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Project Management* | | | | | |
| 03/30/2017 | | | | | |
| | Savage Jones, Colette | Created searches for the discovery review process | $473.00 | 0.7 | $331.10 |
| 04/03/2017 | | | | | |
| | Cruz, Vinnrique (Nikki) | Performed quality control for the discovery email database | $406.00 | 0.8 | $324.80 |
| 04/04/2017 | | | | | |
| | Cruz, Vinnrique (Nikki) | Reviewed database permissions for the database of discovery emails | $406.00 | 0.5 | $203.00 |
| | Cruz, Vinnrique (Nikki) | Updated database permissions for the database of discovery emails | $406.00 | 0.6 | $243.60 |
| 04/12/2017 | | | | | |
| | Savage Jones, Colette | Updated relativity search requests for discovery email review | $473.00 | 0.5 | $236.50 |
| 04/14/2017 | | | | | |
| | Savage Jones, Colette | Updated email threading search priorities for discovery email review | $473.00 | 0.3 | $141.90 |
| 04/17/2017 | | | | | |
| | Savage Jones, Colette | Reviewed machine assisted translation requirements for discovery dispute emails | $473.00 | 0.4 | $189.20 |
| | Subtotal for Project Management: | | | 3.8 | $1,670.10 |
| *Technical Support* | | | | | |
| 03/29/2017 | | | | | |
| | Amey, Felix | Draft login emails and sent to users for Relativity access | $340.00 | 0.3 | $102.00 |
| | Subtotal for Technical Support: | | | 0.3 | $102.00 |
| **Total** | | | | 4.1 | $1,772.10 |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Savage Jones, Colette | $473.00 | 1.9 | $898.70 |

1

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

March 29, 2017 - April 30, 2017

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Cruz, Vinnrique (Nikki) | $406.00 | 1.9 | $771.40 |
| Amey, Felix | $340.00 | 0.3 | $102.00 |

2

Westinghouse Electric Company LLC
Deloitt Transactions and Business Analytics LLP
April 01, 2017 - April 30, 2017

| Activity | Units | Type | Rate | Total |
|---|---|---|---|---|
| **Hosting Detail** | | | | |
| User Fees | 30 | User | $ 85.00 | $ 2,550.00 |
| Hosting Fees | 146.9949 | GB | $ 15.00 | $ 2,204.94 |
| **Hosting Detail Total** | | | | **$ 4,754.94** |
| | | | | |
| **Invoice Total** | | | | **$ 4,754.94** |

Westinghouse Electric Company LLC
Deloitt Transactions and Business Analytics LLP

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

May 01, 2017 - May 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Evidence - Logging & Tracking* | | | | |
| 05/10/2017 | | | | |
| Knowles, Suzanne | Logged new media entries for data tapes. | $340.00 | 0.6 | $204.00 |
| Subtotal for Evidence - Logging & Tracking: | | | 0.6 | $204.00 |
| **Total** | | | **0.6** | **$204.00** |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Knowles, Suzanne | $340.00 | 0.6 | $204.00 |

1

Westinghouse Electric Company LLC
Deloitte Transactions and Business Analytics LLP
May 01, 2017 - May 31, 2017

| Activity | Units | Type | Rate | Total |
|---|---|---|---|---|
| **Hosting Detail** | | | | |
| User Fees | 30 | User | $ 85.00 | $ 2,550.00 |
| Hosting Fees | 146.9949 | GB | $ 15.00 | $ 2,204.94 |
| **Hosting Detail Total** | | | | **$ 4,754.94** |
| | | | | |
| **Invoice Total** | | | | **$ 4,754.94** |

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

June 01, 2017 - June 30, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *CA - Reports* | | | | |
| 06/01/2017 | | | | |
| Naga Jayadev, Mokkapati | Investigated and removed Active Subscriptions for project based reports | $340.00 | 1.0 | $340.00 |
| Subtotal for CA - Reports: | | | 1.0 | $340.00 |
| *CA - Scripts* | | | | |
| 06/01/2017 | | | | |
| Tangudu, Praveen | Updated relativity email searches based on disabled reports | $340.00 | 1.0 | $340.00 |
| Subtotal for CA - Scripts: | | | 1.0 | $340.00 |
| *Interim Goodwill Impairment Test* | | | | |
| 06/01/2017 | | | | |
| Portocarrero Neyra, Manuel | Review client provided data and update valuation model with new data | $388.00 | 3.1 | $1,202.80 |
| Portocarrero Neyra, Manuel | Review and analyze updates to Westinghouse Step 1 goodwill Model for 3.31.17 assessment | $388.00 | 2.8 | $1,086.40 |
| 06/02/2017 | | | | |
| Portocarrero Neyra, Manuel | Update and review latest Westinghouse goodwill valuation model | $388.00 | 1.2 | $465.60 |
| 06/19/2017 | | | | |
| Ramakrishnan, Swetha | Prepare goodwill testing model by analyzing formulas in the model and recent market data reflected in model. | $388.00 | 3.0 | $1,164.00 |
| Ramakrishnan, Swetha | Continue to prepare goodwill testing model. | $388.00 | 0.8 | $310.40 |
| 06/20/2017 | | | | |
| Portocarrero Neyra, Manuel | Populate financials on goodwill valuation model for Operating Plants Business Reporting Unit | $388.00 | 2.6 | $1,008.80 |
| Portocarrero Neyra, Manuel | Update and analyze goodwill valuation model for Operating Plants Business Reporting Unit | $388.00 | 3.1 | $1,202.80 |
| Ramakrishnan, Swetha | Review underlying market data of guidline public companies and the formula for discount rate calculation. | $388.00 | 1.9 | $737.20 |

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

June 01, 2017 - June 30, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

*Interim Goodwill Impairment Test*

**06/20/2017**

| | | | | |
|---|---|---|---|---|
| Ramakrishnan, Swetha | Continue to review underlying data and formula for multiple approach. | $388.00 | 2.1 | $814.80 |
| Ramakrishnan, Swetha | Review of goodwill testing model to ensure that the excel links, formulas and formatting are correct and consistent across the model. | $388.00 | 0.5 | $194.00 |

**06/21/2017**

| | | | | |
|---|---|---|---|---|
| Portocarrero Neyra, Manuel | Update assumptions for Westinghouse goodwill valuation model | $388.00 | 1.8 | $698.40 |
| Portocarrero Neyra, Manuel | Analyze Westinghouse goodwill valuation model  New Plants and Major Projects Reporting Unit | $388.00 | 2.3 | $892.40 |
| Ramakrishnan, Swetha | Continue review of goodwill testing model to analyze  model links for correct data and errors in model formula. | $388.00 | 3.0 | $1,164.00 |
| Ramakrishnan, Swetha | Update goodwill testing model by incorporating client data. | $388.00 | 2.8 | $1,086.40 |
| Ramakrishnan, Swetha | Continue to update and review client data, market data and assumptions in the goodwill valuation model. | $388.00 | 1.2 | $465.60 |

**06/22/2017**

| | | | | |
|---|---|---|---|---|
| Portocarrero Neyra, Manuel | Format Westinghouse goodwill valuation model for New Plants and Major Projects Reporting Unit | $388.00 | 2.2 | $853.60 |
| Portocarrero Neyra, Manuel | Format Westinghouse goodwill valuation model for Operating Plants Business Reporting Unit | $388.00 | 1.3 | $504.40 |
| Ramakrishnan, Swetha | Incorporate feedback from P. Hannagan and M. Portocarrero (Deloitte) in goodwill testing model. | $388.00 | 3.0 | $1,164.00 |
| Ramakrishnan, Swetha | Continue to incorporate feedback from P. Hannagan and M. Portocarrero (Deloitte) in goodwill testing model. | $388.00 | 2.9 | $1,125.20 |
| Ramakrishnan, Swetha | Continue incorporating feedback from P. Hannagan and M. Portocarrero (Deloitte) in goodwill testing model. | $388.00 | 1.1 | $426.80 |

2

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

June 01, 2017 - June 30, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Interim Goodwill Impairment Test* | | | | |
| 06/26/2017 | | | | |
| Kettles, Sara | Review email correspondences from P. Hannagan, M. Portocarrero Neyra, and S. Ramakrishnan (Deloitte) related to the goodwill impairment test | $521.00 | 0.9 | $468.90 |
| Kettles, Sara | Review client data related to the goodwill impairment test to prepare for valuing the Reporting Units | $521.00 | 2.9 | $1,510.90 |
| Portocarrero Neyra, Manuel | Update and analyze Westinghouse goodwill valuation model | $388.00 | 1.7 | $659.60 |
| 06/27/2017 | | | | |
| Adams, Keith | Meeting to discuss Westinghouse goodwill valuation testing around client expectations and timing of draft deliverables with S. Kettles (Deloitte) | $640.00 | 0.3 | $192.00 |
| Kettles, Sara | Meeting to discuss updates to Westinghouse goodwill valuation model and timing of draft deliverables with M. Portocarrero Neyra (Deloitte) | $521.00 | 0.5 | $260.50 |
| Kettles, Sara | Meeting to discuss Westinghouse goodwill valuation testing around client expectations and timing of draft deliverables with K. Adams (Deloitte) | $521.00 | 0.3 | $156.30 |
| Kettles, Sara | Prepare an independent goodwill impairment test model to check calculations in the goodwill valuation models received from from M. Portocarrero Neyra (Deloitte) and S. Ramakrishnan (Deloitte) | $521.00 | 0.6 | $312.60 |
| Portocarrero Neyra, Manuel | Meeting to discuss updates to Westinghouse goodwill valuation model and timing of draft deliverables with S. Kettles (Deloitte) | $388.00 | 0.5 | $194.00 |
| Portocarrero Neyra, Manuel | Prepare comparisons between Westinghouse goodwill valuation models | $388.00 | 2.7 | $1,047.60 |
| 06/28/2017 | | | | |
| Kettles, Sara | Draft email correspondences to discuss the goodwill impairment test | $521.00 | 0.3 | $156.30 |

3

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

June 01, 2017 - June 30, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Interim Goodwill Impairment Test* | | | | |
| 06/28/2017 | | | | |
| Kettles, Sara | Complete preparation of an independent goodwill impairment test model to check calculations in the goodwill valuation models received from from M. Portocarrero Neyra (Deloitte) and S. Ramakrishnan (Deloitte) | $521.00 | 0.9 | $468.90 |
| Kettles, Sara | Continue to prepare an independent goodwill impairment test model to check calculations in the goodwill valuation models received from from M. Portocarrero Neyra (Deloitte) and S. Ramakrishnan (Deloitte) | $521.00 | 1.0 | $521.00 |
| Kettles, Sara | Continuing to prepare an independent goodwill impairment test model to check calculations in the goodwill valuation models received from from M. Portocarrero Neyra (Deloitte) and S. Ramakrishnan (Deloitte) | $521.00 | 2.8 | $1,458.80 |
| Portocarrero Neyra, Manuel | Prepare comparisons between the current goodwill impairment valuation model prior goodwill impairment tests to check for consistency. | $388.00 | 1.9 | $737.20 |
| Portocarrero Neyra, Manuel | Prepare and compile comparisons between Westinghouse goodwill valuation models | $388.00 | 2.4 | $931.20 |
| Ramakrishnan, Swetha | Review and format of goodwill testing model | $388.00 | 0.8 | $310.40 |
| 06/29/2017 | | | | |
| Kettles, Sara | Review other approaches in the goodwill impairment model and provide comments to M. Portocarrero Neyra and S. Ramakrishnan (Deloitte) regarding same | $521.00 | 2.6 | $1,354.60 |

4

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

June 01, 2017 - June 30, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Interim Goodwill Impairment Test* | | | | |
| 06/29/2017 | | | | |
| Kettles, Sara | Draft email correspondence to M. Portocarrero Neyra and S. Ramakrishnan (Deloitte) with feedback and comments regarding the goodwill impairment model | $521.00 | 0.3 | $156.30 |
| Kettles, Sara | Review tradename valuation in the goodwill impairment model including providing comments and feedback to M. Portocarrero Neyra and S. Ramakrishnan (Deloitte) | $521.00 | 1.6 | $833.60 |
| Kettles, Sara | Draft email correspondence to M. Portocarrero Neyra and S. Ramakrishnan (Deloitte) providing comments on the tradename valuation | $521.00 | 0.3 | $156.30 |
| Kettles, Sara | Review discounted cash flow analysis for the reporting units and provide comments to M. Portocarrero Neyra and S. Ramakrishnan (Deloitte) | $521.00 | 0.9 | $468.90 |
| Kettles, Sara | Continue to review the discount rate analysis of the reporting units and provide comments to M. Portocarrero Neyra (Deloitte) and S. Ramakrishnan (Deloitte) | $521.00 | 2.3 | $1,198.30 |
| Portocarrero Neyra, Manuel | Continue to make revisions and edits on the Westinghouse 3.31.17 goodwill valuation model for Operating Plants Business Reporting Unit | $388.00 | 1.1 | $426.80 |
| Portocarrero Neyra, Manuel | Make edits on the Westinghouse valuation model for Operating Plants Business Reporting Unit | $388.00 | 0.9 | $349.20 |
| Portocarrero Neyra, Manuel | Make revisions and edits on the Westinghouse 3.31.17 goodwill valuation model for Operating Plants Business Reporting Unit | $388.00 | 2.5 | $970.00 |
| Ramakrishnan, Swetha | Continue to compare Client developed projections of revenue and expenses to similar projections for guideline public companies. | $388.00 | 0.7 | $271.60 |

5

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

June 01, 2017 - June 30, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Interim Goodwill Impairment Test* | | | | |
| 06/29/2017 | | | | |
| Ramakrishnan, Swetha | Compare Client developed projections of revenue and expenses to similar projections for guideline public companies. | $388.00 | 3.0 | $1,164.00 |
| 06/30/2017 | | | | |
| Kettles, Sara | Review supporting files for the goodwill test model provided by M. Portocarrero Neyra and S. Ramakrishnan (Deloitte) | $521.00 | 0.6 | $312.60 |
| Kettles, Sara | Continue to review the supporting files for the goodwill test model including providing comments to M. Portocarrero Neyra and S. Ramakrishnan (Deloitte) | $521.00 | 2.3 | $1,198.30 |
| Kettles, Sara | Review updated goodwill test model from M. Portocarrero Neyra and S. Ramakrishnan (Deloitte) based on my feedback provided | $521.00 | 3.1 | $1,615.10 |
| Kettles, Sara | Draft email correspondence to M. Portocarrero Neyra and S. Ramakrishnan (Deloitte) providing updates on the goodwill test model and scheduling meetings for next week | $521.00 | 0.3 | $156.30 |
| Portocarrero Neyra, Manuel | Make revisions and edits on the Westinghouse goodwill valuation model for New Plants and Major Projects Reporting Unit | $388.00 | 2.1 | $814.80 |
| Ramakrishnan, Swetha | Research recent transactions of Client and Client's competitors. | $388.00 | 3.0 | $1,164.00 |
| Ramakrishnan, Swetha | Research recent recent news articles of Client and Client's competitors. | $388.00 | 1.6 | $620.80 |
| Ramakrishnan, Swetha | Continue to research recent transactions, industry and recent news articles of Client and Client's competitors. | $388.00 | 1.2 | $465.60 |
| Subtotal for Interim Goodwill Impairment Test: | | | 93.6 | $39,650.90 |
| **Total** | | | **95.6** | **$40,330.90** |

6

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

June 01, 2017 - June 30, 2017

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Adams, Keith | $640.00 | 0.3 | $192.00 |
| Kettles, Sara | $521.00 | 24.5 | $12,764.50 |
| Portocarrero Neyra, Manuel | $388.00 | 36.2 | $14,045.60 |
| Ramakrishnan, Swetha | $388.00 | 32.6 | $12,648.80 |
| Naga Jayadev, Mokkapati | $340.00 | 1.0 | $340.00 |
| Tangudu, Praveen | $340.00 | 1.0 | $340.00 |

7

Westinghouse Electric Company LLC
Deloitte Transactions and Business Analytics LLP
June 01, 2017 - June 30, 2017

| Activity | Units | Type | Rate | Total |
|---|---|---|---|---|
| **Hosting Detail** | | | | |
| User Fees | 30 | User | $ 85.00 | $ 2,550.00 |
| Hosting Fees | 146.9949 | GB | $ 15.00 | $ 2,204.94 |
| **Hosting Detail Total** | | | | **$ 4,754.94** |
| | | | | |
| **Invoice Total** | | | | **$4,754.94** |

Westinghouse Electric Company LLC