Deloitte Transactions and Business Analytics LLP
191 Peachtree Street, Suite 2000
Atlanta, GA  30303-1749
Telephone:  404.631.3455
Facsimile:  404.443.9555
Keith Adams

*Valuation and Discovery Services Provider*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- |
In re:                                                          |
                                                                | Chapter 11
WESTINGHOUSE ELECTRIC COMPANY                                   |
LLC, *et al.*,[1]                                               | Case No. 17-10751 (MEW)
                    Debtors.                                    |
                                                                | (Jointly Administered)
--------------------------------------------------------------- |

**SECOND MONTHLY FEE STATEMENT OF DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS VALUATION AND DISCOVERY SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2017 THROUGH JULY 31, 2017**

| | |
|---|---|
| Name of Applicant: | Deloitte Transactions and Business Analytics LLP |
| Authorized to Provide Services as: | Valuation and Discovery Services Provider |
| Date of Retention: | *Nunc Pro Tunc* to March 29, 2017 |
| Period for which Compensation and Reimbursement is Sought: | July 1, 2017 through July 31, 2017 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $43,487.84 |
| Amount of Expense Reimbursement Sought: | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | **$43,487.84** |
| Less 20% Holdback: | ($8,697.57) |
| Total Fees and Expenses Due: | **$34,790.27** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are:  Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961).  The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

## CUMULATIVE TIME SUMMARY
For the Period of July 1, 2017 through July 31, 2017

| Name | Position | Total | Hourly | Total Fees |
|---|---|---|---|---|
| Adams, Keith | Partner/Principal | 3.90 | $640 | $2,496.00 |
| Moss, Kevin | Partner/Principal | 1.50 | $640 | $960.00 |
| Hannagan, Peter | Sr. Manager | 1.20 | $561 | $673.20 |
| Kettles, Sara | Manager | 25.10 | $521 | $13,077.10 |
| Barrazotto, Chip | Consultant | 1.00 | $388 | $388.00 |
| Portocarrero Neyra, Manuel | Consultant | 54.70 | $388 | $21,223.60 |
| **Total Fees** | | **87.40** | | **$38,817.90** |

**Average Billing Rate: $444.14**

## CUMULATIVE FEES BY CATEGORY SUMMARY[2]
For the Period of July 1, 2017 through July 31, 2017

Valuation Services

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Interim Goodwill Impairment Test | 87.40 | $38,817.90 |
| **Total Fees** | **87.40** | **$38,817.90** |

Discovery Services

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| User Fees | | $2,465.00 |
| Hosting Fees | | $2,204.94 |
| **Total Fees** | | **$4,669.94** |

---

[2] Pursuant to the *Application of Debtors Pursuant to 11 U. S. C. §§ 327(a) and Fed. R. Bankr. P 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Employ and Retain Deloitte Transactions and Business Analytics LLP as Valuation and Discovery Services Provider Nunc Pro Tunc to the Petition Date* [Docket No. 1128], DTBA provides certain e-discovery services to the Debtors that may be billed according to different metrics than hourly rates, as set forth in Appendix B to the Engagement Letter.

# Westinghouse Electric Company LLC

# Deloitte Transactions and Business Analytics LLP

# Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Interim Goodwill Impairment Test* | | | | | |
| 07/05/2017 | | | | | |
| | Adams, Keith | Meeting to discuss Westinghouse goodwill valuation model with S. Kettles and M. Portocarrero Neyra (Deloitte) | $640.00 | 1.2 | $768.00 |
| | Kettles, Sara | Review updated goodwill valuation model | $521.00 | 2.0 | $1,042.00 |
| | Kettles, Sara | Continue to review updated goodwill valuation model | $521.00 | 1.8 | $937.80 |
| | Kettles, Sara | Meeting to discuss Westinghouse goodwill valuation model with K. Adams and M. Portocarrero Neyra (Deloitte) | $521.00 | 1.2 | $625.20 |
| | Kettles, Sara | Update assumptions in the income and market approaches for the goodwill testing model based on the team meeting with K. Adams and M. Portocarrero Neyra (Deloitte) | $521.00 | 2.5 | $1,302.50 |
| | Portocarrero Neyra, Manuel | Continued to make edits to goodwill valuation model for Westinghouse valuation model | $388.00 | 2.1 | $814.80 |
| | Portocarrero Neyra, Manuel | Make edits and review goodwill valuation model for Westinghouse | $388.00 | 2.4 | $931.20 |
| | Portocarrero Neyra, Manuel | Continue to make edits and review goodwill valuation model for Westinghouse | $388.00 | 0.9 | $349.20 |
| | Portocarrero Neyra, Manuel | Meeting to discuss Westinghouse goodwill valuation model with K. Adams and S. Kettles (Deloitte) | $388.00 | 1.2 | $465.60 |
| 07/06/2017 | | | | | |
| | Adams, Keith | Follow-up meeting to discuss updates made to Westinghouse goodwill valuation model with S. Kettles and M. Portocarrero Neyra (Deloitte) | $640.00 | 0.6 | $384.00 |
| | Kettles, Sara | Update the goodwill testing model after team meeting related to the Westinghouse valuation model | $521.00 | 0.9 | $468.90 |

1

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Interim Goodwill Impairment Test* | | | | | |
| 07/06/2017 | | | | | |
| | Kettles, Sara | Draft email to J. Hiltz (WEC) to set up meeting with her to discuss initial draft valuation exhibits for interim goodwill impairment test | $521.00 | 0.3 | $156.30 |
| | Kettles, Sara | Continue to review updates to the goodwill valuation model prior to team meeting regarding Westinghouse valuation model | $521.00 | 2.9 | $1,510.90 |
| | Kettles, Sara | Follow-up meeting to discuss updates made to Westinghouse goodwill valuation model with K. Adams and M. Portocarrero Neyra (Deloitte) | $521.00 | 0.6 | $312.60 |
| | Portocarrero Neyra, Manuel | Revise goodwill valuation model including reviewing value calculations and multiples in valuation model | $388.00 | 2.1 | $814.80 |
| | Portocarrero Neyra, Manuel | Follow-up meeting to discuss updates made to Westinghouse goodwill valuation model with K. Adams and S. Kettles (Deloitte) | $388.00 | 0.6 | $232.80 |
| | Portocarrero Neyra, Manuel | Format and revise goodwill valuation model for Westinghouse | $388.00 | 2.1 | $814.80 |
| | Portocarrero Neyra, Manuel | Continue to format and revise valuation model for Westinghouse | $388.00 | 1.1 | $426.80 |
| 07/07/2017 | | | | | |
| | Adams, Keith | Meeting with S. Kettles (Deloitte) to discuss updates to the goodwill valuation model | $640.00 | 0.3 | $192.00 |
| | Kettles, Sara | Meeting with K. Adams (Deloitte) to discuss updates to the goodwill valuation model | $521.00 | 0.3 | $156.30 |
| | Kettles, Sara | Update goodwill testing model based on additional conversations with C. Weber (WEC) | $521.00 | 1.6 | $833.60 |
| | Kettles, Sara | Draft email correspondence attaching draft exhibit package of the goodwill impairment testing to the client, C. Weber, J. Hiltz, and D. Evankovich (Westinghouse) for their feedback and review | $521.00 | 0.3 | $156.30 |

2

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Interim Goodwill Impairment Test* | | | | |
| 07/07/2017 | | | | |
| Portocarrero Neyra, Manuel | Analyze goodwill valuation model for Westinghouse | $388.00 | 2.8 | $1,086.40 |
| 07/10/2017 | | | | |
| Adams, Keith | Meeting to discuss requirements for correctly reporting time on the goodwill impairment engagement to be compliant with bankruptcy court time reporting requirements with P. Hannagan, S. Kettles, M. Portocarrero Neyra, S. Ramakrishnan, T. Wright and M. Polachek (Deloitte) | $640.00 | 0.6 | $384.00 |
| Hannagan, Peter | Meeting to discuss requirements for reporting time on the goodwill impairment engagement to be compliant with bankruptcy court time reporting requirements with K. Adams, S. Kettles, M. Portocarrero Neyra, S. Ramakrishnan, T. Wright and M. Polachek (Deloitte) | $561.00 | 0.6 | $336.60 |
| Kettles, Sara | Meeting to discuss requirements for reporting time on the goodwill impairment engagement to be compliant with bankruptcy court time reporting requirements with P. Hannagan, K. Adams, M. Portocarrero Neyra, S. Ramakrishnan, T. Wright and M. Polachek (Deloitte) | $521.00 | 0.6 | $312.60 |
| Portocarrero Neyra, Manuel | Meeting to discuss requirements for reporting time on the goodwill impairment engagement to be compliant with bankruptcy court time reporting requirements with P. Hannagan, S. Kettles, K. Adams, S. Ramakrishnan, T. Wright and M. Polachek (Deloitte) | $388.00 | 0.6 | $232.80 |
| Portocarrero Neyra, Manuel | Review and analyze value conclusions and multiples in goodwill valuation model | $388.00 | 2.6 | $1,008.80 |
| Portocarrero Neyra, Manuel | Continue to review and analyze value calculations and multiples in goodwill valuation model | $388.00 | 1.1 | $426.80 |

3

## Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Interim Goodwill Impairment Test* | | | | | |
| 07/12/2017 | | | | | |
| | Portocarrero Neyra, Manuel | Populate and fill in information relating to goodwill valuation results and methodologies on Westinghouse report. | $388.00 | 2.6 | $1,008.80 |
| | Portocarrero Neyra, Manuel | Conduct online market research related to general U.S. and global economic trends for Westinghouse goodwill impairment report. | $388.00 | 2.6 | $1,008.80 |
| | Portocarrero Neyra, Manuel | Continue online research related to the factors and trends in the nuclear industry for Westinghouse goodwill impairment report. | $388.00 | 0.6 | $232.80 |
| | Portocarrero Neyra, Manuel | Conduct online research related to the factors and trends in the nuclear industry for Westinghouse goodwill impairment report. | $388.00 | 2.9 | $1,125.20 |
| 07/13/2017 | | | | | |
| | Barrazotto, Chip | Prepared Index prices from Bloomberg for the Westinghouse goodwill report | $388.00 | 1.0 | $388.00 |
| | Kettles, Sara | Prepare the framework for the report for the valuation analysis of the goodwill impairment test | $521.00 | 1.6 | $833.60 |
| | Portocarrero Neyra, Manuel | Populate base template for Westinghouse Report | $388.00 | 2.7 | $1,047.60 |
| | Portocarrero Neyra, Manuel | Continued populating base template for Westinghouse report. | $388.00 | 2.7 | $1,047.60 |
| | Portocarrero Neyra, Manuel | Continued populating base template for Westinghouse report. | $388.00 | 1.5 | $582.00 |
| | Portocarrero Neyra, Manuel | Reviewing and editing Westinghouse report for goodwill impairment test. | $388.00 | 2.7 | $1,047.60 |
| 07/14/2017 | | | | | |
| | Portocarrero Neyra, Manuel | Review Westinghouse Report for goodwill impairment test | $388.00 | 2.4 | $931.20 |
| 07/17/2017 | | | | | |
| | Kettles, Sara | Review goodwill impairment report and provide feedback and comments to the M. Portocarrero Neyra (Deloitte) | $521.00 | 2.9 | $1,510.90 |

4

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

### July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Interim Goodwill Impairment Test* | | | | |
| 07/17/2017 | | | | |
| Kettles, Sara | Continue the review of the goodwill impairment report and provide feedback and comments to M. Portocarrero Neyra (Deloitte) | $521.00 | 1.1 | $573.10 |
| Portocarrero Neyra, Manuel | Review Westinghouse draft report for goodwill impairment test | $388.00 | 2.6 | $1,008.80 |
| Portocarrero Neyra, Manuel | Continue to review Westinghouse draft report for goodwill impairment test | $388.00 | 0.7 | $271.60 |
| 07/19/2017 | | | | |
| Adams, Keith | Reviewed the 3/31 goodwill impairment analysis | $640.00 | 1.2 | $768.00 |
| Hannagan, Peter | Review revisions to goodwill impairment analysis | $561.00 | 0.6 | $336.60 |
| Kettles, Sara | Update discount rate analysis for goodwill impairment model for updated data provided by C. Weber, J. Hiltz, and D. Evankovich (WEC) | $521.00 | 1.7 | $885.70 |
| Kettles, Sara | Review updates to the draft exhibits for the goodwill impairment test provided by M. Portocarrero Neyra (Deloitte) | $521.00 | 0.6 | $312.60 |
| Portocarrero Neyra, Manuel | Update Westinghouse goodwill valuation model with new projection data provided by J. Hiltz (Westinghouse)] | $388.00 | 1.7 | $659.60 |
| Portocarrero Neyra, Manuel | Continued updating Westinghouse goodwill valuation model with new information provided by J. Hiltz (Westinghouse) | $388.00 | 2.3 | $892.40 |
| Portocarrero Neyra, Manuel | Continued updating Westinghouse goodwill valuation model with new information provided by J. Hiltz (Westinghouse) | $388.00 | 1.1 | $426.80 |
| 07/20/2017 | | | | |
| Kettles, Sara | Call with J. Hiltz (WEC) to discuss questions based on the updated exhibit package for the goodwill impairment test | $521.00 | 0.3 | $156.30 |

5

## Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Interim Goodwill Impairment Test* | | | | |
| 07/20/2017 | | | | |
| Kettles, Sara | Analyze internal approvals for the exhibits and report for the goodwill impairment test | $521.00 | 1.0 | $521.00 |
| Kettles, Sara | Review updated valuation written report for goodwill impairment test based on current draft exhibits sent to the client, C. Weber, J. Hiltz, and D. Evankovich (Westinghouse) | $521.00 | 0.3 | $156.30 |
| Portocarrero Neyra, Manuel | Revise Westinghouse goodwill valuation excel model | $388.00 | 1.6 | $620.80 |
| Portocarrero Neyra, Manuel | Make revision to Westinghouse narrative report for goodwill impairment test | $388.00 | 2.9 | $1,125.20 |
| Portocarrero Neyra, Manuel | Continued reviewing and formatting draft goodwill valuation exhibits and report package | $388.00 | 1.5 | $582.00 |
| 07/26/2017 | | | | |
| Kettles, Sara | Review internal approvals for the exhibits and report for the goodwill impairment test based on the updated valuation | $521.00 | 0.6 | $312.60 |
| 07/27/2017 | | | | |
| Moss, Kevin | Review work product for goodwill impairment test | $640.00 | 1.5 | $960.00 |
| Subtotal for Interim Goodwill Impairment Test: | | | 87.4 | $38,817.90 |
| **Total** | | | **87.4** | **$38,817.90** |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Adams, Keith | $640.00 | 3.9 | $2,496.00 |
| Moss, Kevin | $640.00 | 1.5 | $960.00 |
| Hannagan, Peter | $561.00 | 1.2 | $673.20 |

6

# Westinghouse Electric Company LLC

# Deloitte Transactions and Business Analytics LLP

# Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

## Recapitulation

| Name | Rate | Hours | Fees |
| --- | ---: | ---: | ---: |
| Kettles, Sara | $521.00 | 25.1 | $13,077.10 |
| Barrazotto, Chip | $388.00 | 1.0 | $388.00 |
| Portocarrero Neyra, Manuel | $388.00 | 54.7 | $21,223.60 |

7

**Westinghouse Electric Company LLC**
**Deloitte Transactions and Business Analytics LLP**
**July 01, 2017 - July 31, 2017**

| Activity | Units | Billing Metric | Rate | Total |
|---|---|---|---|---|
| **Hosting Detail** | | | | |
| User Fees | 29 | User | $ 85.00 | $ 2,465.00 |
| Hosting Fees | 146.9949 | GB | $ 15.00 | $ 2,204.94 |
| **Hosting Detail Total** | | | | **$ 4,669.94** |

| | | | | |
|---|---|---|---|---|
| **Invoice Total** | | | | **$ 4,669.94** |