Deloitte Financial Advisory Services LLP
555 12th Street NW Ste 400
Washington, DC  20004-1207
Telephone:  202.220.2120
Facsimile:  855.405.2590
Steven Stanton

*Financial Advisory Services Provider*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ |

In re:                                                       |
                                                             | Chapter 11
WESTINGHOUSE ELECTRIC COMPANY                                |
LLC, *et al.*,[1]                                            | Case No. 17-10751 (MEW)
                                          Debtors.           |
                                                             | (Jointly Administered)
------------------------------------------------------------ |

## SECOND MONTHLY FEE STATEMENT OF DELOITTE FINANCIAL ADVISORY SERVICES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORY SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2017 THROUGH JULY 31, 2017

| | |
|---|---|
| Name of Applicant: | Deloitte Financial Advisory Services LLP |
| Authorized to Provide Services as: | Financial Advisory Services Provider |
| Date of Retention: | *Nunc Pro Tunc* to March 29, 2017 |
| Period for which Compensation and Reimbursement is Sought: | July 1, 2017 through July 31, 2017 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary (100%): | $74,648.65 |
| Amount of Expense Reimbursement Sought: | $4,216.55 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | **$78,865.20** |
| Less 20% Holdback: | ($14,929.73) |
| Total Fees and Expenses Due: | **$63,935.47** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961).  The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

## CUMULATIVE TIME SUMMARY
For the Period of July 1, 2017 through July 31, 2017

| Name | Position | Total Hours | Hourly Rate | Total Fees |
|------|----------|-------------|-------------|------------|
| Minars, Scott | Partner/Principal | 23.30 | $592 | $13,793.60 |
| Sturiale, Lisa | Partner/Principal | 2.30 | $592 | $1,361.60 |
| Cohen, Mark | Managing Director | 13.60 | $592 | $8,051.20 |
| Cohen, Mark - Travel | Managing Director | 8.00 | $296 | $2,368.00 |
| Donohue, Alycia | Managing Director | 1.00 | $592 | $592.00 |
| Stanton, Steven | Managing Director | 17.70 | $592 | $10,478.40 |
| Larson, Jen | Sr. Manager | 1.90 | $513 | $974.70 |
| Stafford, Ted | Sr. Manager | 14.10 | $513 | $7,233.30 |
| Stafford, Ted - Travel | Sr. Manager | 12.50 | $257 | $3,206.25 |
| Strahle, Robert | Sr. Manager | 6.00 | $513 | $3,078.00 |
| McGonigle, David | Manager | 34.20 | $473 | $16,176.60 |
| Cooper, Carla | Senior Consultant | 16.10 | $350 | $5,635.00 |
| Letts, Joshua | Senior Consultant | 4.10 | $340 | $1,394.00 |
| Hommen, Kelly | Consultant | 0.90 | $340 | $306.00 |
| **Total Fees** | | **155.70** | | **$74,648.65** |

## CUMULATIVE FEES BY CATEGORY SUMMARY
For the Period of July 1, 2017 through July 31, 2017

| Project Categories | Total Hours | Total Fees |
|--------------------|-------------|------------|
| Accounting Consultative Services | 23.10 | $12,044.90 |
| Dispute Consulting | 12.40 | $7,340.80 |
| Litigation | 68.00 | $36,674.90 |
| Non-Working Travel | 20.50 | $5,574.25 |
| Preparation of Fee Applications | 31.70 | $13,013.80 |
| **Total Fees** | **155.70** | **$74,648.65** |

**Average Billing Rate: $479.44**

**CUMULATIVE EXPENSE SUMMARY**
For the Period of July 1, 2017 through July 31, 2017

| Description | Amount |
|---|---:|
| Airfare | $2,540.45 |
| Ground Transportation | $881.67 |
| Hotel | $471.62 |
| Meals | $319.79 |
| Telephone, Conference | $3.02 |
| **Grand Total** | **$4,216.55** |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Accounting Consultative Services*

**07/14/2017**

| | | | | |
|------|-------------|------|-------|------|
| Minars, Scott | Review and assess draft materials for meeting with WEC BOD and Foley regarding ongoing post-closing dispute scheduled for Monday July 17, 2017 | $592.00 | 0.9 | $532.80 |

**07/22/2017**

| | | | | |
|------|-------------|------|-------|------|
| Donohue, Alycia | Meeting with S. Minars (Deloitte) to discuss update to WEC year end accounting matters | $592.00 | 1.0 | $592.00 |
| Minars, Scott | Meeting with A. Donohue (Deloitte) to discuss update to WEC year end accounting matters | $592.00 | 1.0 | $592.00 |

**07/25/2017**

| | | | | |
|------|-------------|------|-------|------|
| McGonigle, David | Reviewed updated cost estimates provided for the Vogtle and VC Summer nuclear construction projects. | $473.00 | 2.0 | $946.00 |
| McGonigle, David | Meeting with S. Minars (Deloitte) to discuss the update to ASC740 memo. | $473.00 | 0.4 | $189.20 |
| McGonigle, David | Meeting with S. Minars (Deloitte) to discuss the tax impact to include in ASC740 memo for the bankruptcy. | $473.00 | 0.5 | $236.50 |
| Minars, Scott | Meeting with G. McGonigle (Deloitte) to discuss the tax impact to include in ASC740 memo for the bankruptcy. | $592.00 | 0.5 | $296.00 |
| Minars, Scott | Meeting with G. McGonigle (Deloitte) to discuss the update to ASC740 memo. | $592.00 | 0.4 | $236.80 |

**07/26/2017**

| | | | | |
|------|-------------|------|-------|------|
| McGonigle, David | Meeting with S. Minars and E. Tzavelis (Deloitte) to discuss the accounting for the post-petition deferred tax asset taxes associated with the VC Summer and Vogtle project liabilities related to tax memo prepared for WEC. | $473.00 | 0.2 | $94.60 |
| McGonigle, David | Meeting with S. Minars and L. Sturiale (Deloitte) to discuss the accounting for the post-petition deffered tax asset taxes associated with the VC Summer and Vogtle project liabilities related to tax memo prepared for WEC. | $473.00 | 0.4 | $189.20 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Accounting Consultative Services*

**07/26/2017**

| | | | | |
|------|-------------|------|-------|------|
| McGonigle, David | Updated ASC 740 memo for project activity | $473.00 | 2.0 | $946.00 |
| Minars, Scott | Meeting with L. Sturiale and D. McGonigle (Deloitte) to discuss the accounting for the post-petition DTA taxes associated with the project liabilities. | $592.00 | 0.4 | $236.80 |
| Minars, Scott | Meeting with E. Tzavelis and D. McGonigle (Deloitte) to discuss the accounting for the post-petition DTA taxes associated with the project liabilities. | $592.00 | 0.2 | $118.40 |
| Sturiale, Lisa | Meeting with S. Minars and D. McGonigle (Deloitte) to discuss the accounting for the post-petition DTA taxes associated with the project liabilities. | $592.00 | 0.4 | $236.80 |

**07/27/2017**

| | | | | |
|------|-------------|------|-------|------|
| McGonigle, David | Updated schedules related to tax memo prepared for WEC based on post-bankruptcy discussions with S. Minars (DT) and WEC. | $473.00 | 3.0 | $1,419.00 |
| McGonigle, David | Meeting with S. Minars and L. Sturiale (Deloitte) to discuss bankruptcy impact of tax balances for the ASC 740 memorandum. | $473.00 | 0.5 | $236.50 |
| McGonigle, David | Reviewed ranges of liability in expert report related to ongoing post-closing dispute for impact on tax memo being prepared for WEC. | $473.00 | 0.6 | $283.80 |
| McGonigle, David | Meeting with K. Brady, W. Heinricher (WEC) and L. Sturiale (Deloitte) to discuss accounting for the ASC 740 memorandum. | $473.00 | 0.5 | $236.50 |
| McGonigle, David | Meeting with S. Minars, L. Sturiale and T. Sasso (Deloitte) to discuss bankruptcy impact of tax balances for the ASC 740 memorandum. | $473.00 | 0.4 | $189.20 |
| McGonigle, David | Reviewed project accounting material to prepare for call with K Brady and W Heinricher (WEC) regarding same | $473.00 | 0.3 | $141.90 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Accounting Consultative Services* | | | | |
| 07/27/2017 | | | | |
| Minars, Scott | Meeting with L. Sturiale, T. Sasso and D. McGonigle (Deloitte) to discuss bankruptcy impact of tax balances for the ASC 740 memorandum. | $592.00 | 0.4 | $236.80 |
| Minars, Scott | Meeting with L. Sturiale and D. McGonigle (Deloitte) to discuss bankruptcy impact of tax balances for the ASC 740 memorandum. | $592.00 | 0.5 | $296.00 |
| Sturiale, Lisa | Meeting with S. Minars, T. Sasso and D. McGonigle (Deloitte) to discuss bankruptcy impact of tax balances for the ASC 740 memorandum. | $592.00 | 0.4 | $236.80 |
| Sturiale, Lisa | Meeting with K. Brady, W. Heinricher (WEC) and D. McGonigle (Deloitte) to discuss accounting for the ASC 740 memorandum. | $592.00 | 0.5 | $296.00 |
| Sturiale, Lisa | Meeting with S. Minars and D. McGonigle (Deloitte) to discuss bankruptcy impact of tax balances for the ASC 740 memorandum. | $592.00 | 0.5 | $296.00 |
| 07/28/2017 | | | | |
| McGonigle, David | Updated ASC 740 Memo based on S. Minar's (Deloitte) notes | $473.00 | 2.9 | $1,371.70 |
| Minars, Scott | Review of ASC740 memorandum draft and the supporting information provided by WEC | $592.00 | 1.8 | $1,065.60 |
| 07/31/2017 | | | | |
| Sturiale, Lisa | Review tax accounting memo for Loss contingency and send document to K. Brady (WEC) | $592.00 | 0.5 | $296.00 |
| Subtotal for Accounting Consultative Services: | | | 23.1 | $12,044.90 |
| *Dispute Consulting* | | | | |
| 07/01/2017 | | | | |
| Stanton, Steven | Reviewed case document related to ongoing legal proceedings in Delaware courts related to post-acquisiton dispute | $592.00 | 1.9 | $1,124.80 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Dispute Consulting** | | | | |
| 07/01/2017 | | | | |
| Stanton, Steven | Continued to review case document related to ongoing legal proceedings in Delaware courts related to post-acquisiton dispute | $592.00 | 2.1 | $1,243.20 |
| 07/02/2017 | | | | |
| Stanton, Steven | Reviewed case document related to ongoing legal proceedings in Delaware courts related to post-acquisiton dispute | $592.00 | 3.0 | $1,776.00 |
| 07/06/2017 | | | | |
| Stanton, Steven | Continued to review case document related to ongoing legal proceedings in Delaware courts related to post-acquisiton dispute | $592.00 | 2.8 | $1,657.60 |
| 07/13/2017 | | | | |
| Cohen, Mark | Review of presentation deck provided by D. Heffer (Foley) in preparation for meeting with WEC Board and Foley regarding post-acquisition dispute. | $592.00 | 0.8 | $473.60 |
| Stanton, Steven | Reviewed presentation materials regarding ongoing post-closig dispute provided by D. Heffer (Foley) ahead of Meeting with WEC Board and Foley. | $592.00 | 1.2 | $710.40 |
| 07/14/2017 | | | | |
| Stanton, Steven | Reviewed Case Document related to ongoing legal proceedings in Delaware courts related to post-acquisiton dispute | $592.00 | 0.5 | $296.00 |
| 07/21/2017 | | | | |
| Stanton, Steven | Reviewed proposed court order related to ongoing post-acquisition dispute in Delaware supreme court | $592.00 | 0.9 | $532.80 |
| Subtotal for Dispute Consulting: | | | 13.2 | $7,814.40 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Litigation* | | | | |
| 07/05/2017 | | | | |
| Cohen, Mark | Call with R. Mercado (Marcum) to discuss review of Delaware Supreme court decision regarding post-acquisition dispute and items for consideration by Independent Auditor ("IA") | $592.00 | 0.2 | $118.40 |
| Cohen, Mark | Call with R. Strahle (Deloitte) to discuss Delaware court decision and items for consideration by Independent Auditor ("IA") in preparation for meeting with Foley | $592.00 | 0.8 | $473.60 |
| Minars, Scott | Preparation for meeting with WEC board and Foley regarding IA process going forward | $592.00 | 2.7 | $1,598.40 |
| 07/06/2017 | | | | |
| Minars, Scott | Continued preparation for meeting with WEC board and Foley regarding IA process going forward | $592.00 | 1.3 | $769.60 |
| Minars, Scott | Meeting with P. Wang, D Heffer (Foley), R. Swanson, T. Baird (WEC) T. Stafford, R. Strahle and S. Stanton (Deloitte) to discuss Delaware supreme court decision related to ongoing post-closing dispute and arbitration going forward | $592.00 | 3.2 | $1,894.40 |
| Stafford, Ted | Analysis of impact of Delaware supreme court decision on arbitration. | $513.00 | 0.8 | $410.40 |
| Stafford, Ted | Meeting with P. Wang, D Heffer (Foley), R. Swanson, T. Baird (WEC), S. Minars, R. Strahle and S. Stanton (Deloitte) to discuss Delaware supreme court decision related to ongoing post-closing dispute and arbitration going forward | $513.00 | 3.2 | $1,641.60 |
| Stanton, Steven | Meeting with P. Wang, D Heffer (Foley), R. Swanson, T. Baird (WEC), S. Minars, T. Stafford and R. Strahle (Deloitte) to discuss Delaware supreme court decision related to ongoing post-closing dispute and arbitration going forward | $592.00 | 3.2 | $1,894.40 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Litigation* | | | | |
| 07/06/2017 | | | | |
| Strahle, Robert | Meeting with P. Wang, D Heffer (Foley), R. Swanson, T. Baird (WEC), S. Minars, T. Stafford and S. Stanton (Deloitte) to discuss Delaware supreme court decision related to ongoing post-closing dispute and arbitration going forward | $513.00 | 3.2 | $1,641.60 |
| 07/10/2017 | | | | |
| Cohen, Mark | Meeting with S. Minars, S. Stanton, J. Larson, T. Stafford, R. Strahle, D. McGonigle, J. Letts and K. Hommen (Deloitte) to discuss prior meeting with client and counsel regarding arbitration strategy for moving forward. | $592.00 | 0.8 | $473.60 |
| Cohen, Mark | Call with T. Baird (WEC) regarding Marcum's work efforts on the post-acquisition dispute. | $592.00 | 0.2 | $118.40 |
| Hommen, Kelly | Meeting with S. Minars, M. Cohen, S. Stanton, J. Larson, T. Stafford, R. Strahle, D. McGonigle and J. Letts (Deloitte) to discuss prior meeting with client and counsel regarding arbitration strategy for moving forward. | $340.00 | 0.8 | $272.00 |
| Larson, Jen | Meeting with S. Minars, M. Cohen, S. Stanton, T. Stafford, R. Strahle, D. McGonigle, J. Letts and K. Hommen (Deloitte) to discuss prior meeting with client and counsel regarding arbitration strategy for moving forward. | $513.00 | 0.8 | $410.40 |
| Letts, Joshua | Meeting with S. Minars, M. Cohen, S. Stanton, J. Larson, T. Stafford, R. Strahle, D. McGonigle and K. Hommen (Deloitte) to discuss prior meeting with client and counsel regarding arbitration strategy for moving forward. | $340.00 | 0.8 | $272.00 |
| McGonigle, David | Meeting with S. Minars, M. Cohen, S. Stanton, J. Larson, T. Stafford, R. Strahle, J. Letts and K. Hommen (Deloitte) to discuss prior meeting with client and counsel regarding arbitration strategy for moving forward. | $473.00 | 0.8 | $378.40 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Litigation* | | | | |
| 07/10/2017 | | | | |
| Minars, Scott | Meeting with M. Cohen, S. Stanton, J. Larson, T. Stafford, R. Strahle, D. McGonigle, J. Letts and K. Hommen (Deloitte) to discuss prior meeting with client and counsel regarding arbitration strategy for moving forward. | $592.00 | 0.8 | $473.60 |
| Stafford, Ted | Meeting with S. Minars, M. Cohen, S. Stanton, J. Larson, R. Strahle, D. McGonigle, J. Letts and K. Hommen (Deloitte) to discuss prior meeting with client and counsel regarding arbitration strategy for moving forward. | $513.00 | 0.8 | $410.40 |
| Stanton, Steven | Meeting with S. Minars, M. Cohen, T. Stafford, J. Larson, R. Strahle, D. McGonigle, J. Letts and K. Hommen (Deloitte) to discuss prior meeting with client and counsel regarding arbitration strategy for moving forward. | $592.00 | 0.8 | $473.60 |
| Strahle, Robert | Meeting with S. Minars, S. Stanton, J. Larson, T. Stafford, M. Cohen, D. McGonigle, J. Letts and K. Hommen (Deloitte) to discuss prior meeting with client and counsel regarding arbitration strategy for moving forward. | $513.00 | 0.8 | $410.40 |
| 07/11/2017 | | | | |
| Cohen, Mark | Meeting with R. Swanson, D. Mura, T. Baird (WEC), P. Wang, D. Foley (Foley),  S. Stanton, S. Minars, R. Strahle, T. Stafford and D. McGonigle (Deloitte) to discuss the IA process going forward. | $592.00 | 0.4 | $236.80 |
| Cohen, Mark | Follow up with R. Mercado (Marcum) based on conversation with T. Baird (WEC) on ongoing work efforts regarding the post-acquisition dispute. | $592.00 | 0.3 | $177.60 |
| McGonigle, David | Meeting with R. Swanson, D. Mura, T. Baird (WEC), P. Wang, D. Foley (Foley), S. Stanton, M. Cohen, S. Minars, R. Strahle and T. Stafford (Deloitte) to discuss the IA process going forward. | $473.00 | 0.4 | $189.20 |

7

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Litigation* | | | | |
| 07/11/2017 | | | | |
| Minars, Scott | Meeting with R. Swanson, D. Mura, T. Baird (WEC), P. Wang, D. Foley (Foley), S. Stanton, M. Cohen, R. Strahle, T. Stafford, D. McGonigle (Deloitte) to discuss the IA process going forward. | $592.00 | 0.4 | $236.80 |
| Stafford, Ted | Meeting with R. Swanson, D. Mura, T. Baird (WEC), P. Wang, D. Foley (Foley), S. Stanton, M. Cohen, S. Minars, R. Strahle and D. McGonigle (Deloitte) to discuss the IA process going forward. | $513.00 | 0.4 | $205.20 |
| Stanton, Steven | Meeting with R. Swanson, D. Mura, T. Baird (WEC), P. Wang, D. Foley (Foley), M. Cohen, S. Minars, R. Strahle and D. McGonigle (Deloitte) to discuss the IA process going forward. | $592.00 | 0.4 | $236.80 |
| Strahle, Robert | Meeting with R. Swanson, D. Mura, T. Baird (WEC), P. Wang, D. Foley (Foley), S. Stanton, M. Cohen, S. Minars, T. Stafford, D. McGonigle (Deloitte) to discuss the IA process going forward. | $513.00 | 0.4 | $205.20 |
| 07/12/2017 | | | | |
| Cohen, Mark | Call with R. Strahle (Deloitte) to prepare for meeting with WEC and counsel regarding review of estimate to complete / construction related items | $592.00 | 0.8 | $473.60 |
| Cohen, Mark | Meeting with S. Minars, S. Stanton, J. Larson, T. Stafford, R. Strahle, D. McGonigle, J. Letts and K. Hommen (Deloitte) to discuss upcoming meeting with client and board regarding potential strategies related to ongoing post-closing dispute and agenda ahead of the meeting. | $592.00 | 0.7 | $414.40 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Litigation*

07/12/2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Larson, Jen | Meeting with S. Minars, M. Cohen, S. Stanton, T. Stafford, R. Strahle, D. McGonigle, J. Letts and K. Hommen (Deloitte) to discuss upcoming meeting with client and board regarding potential strategies related to ongoing post-closing dispute and agenda ahead of the meeting. | $513.00 | 0.7 | $359.10 |
| Letts, Joshua | Meeting with S. Minars, M. Cohen, S. Stanton, J. Larson, T. Stafford, R. Strahle, D. McGonigle and K. Hommen (Deloitte) to discuss upcoming meeting with client and board regarding, potential strategies related to ongoing post-closing dispute and agenda ahead of the meeting. | $340.00 | 0.7 | $238.00 |
| McGonigle, David | Meeting with S. Minars, M. Cohen, S. Stanton, J. Larson, T. Stafford, R. Strahle, J. Letts, and K. Hommen (Deloitte) to discuss upcoming meeting with client and board regarding potential strategies related to ongoing post-closing dispute and agenda ahead of the meeting. | $473.00 | 0.7 | $331.10 |
| Minars, Scott | Meeting with M. Cohen, S. Stanton, J. Larson, T. Stafford, R. Strahle, D. McGonigle, J. Letts and K. Hommen (Deloitte) to discuss upcoming meeting with client and board regarding potential strategies related to ongoing post-closing dispute and agenda ahead of the meeting. | $592.00 | 0.7 | $414.40 |
| Stafford, Ted | Meeting with S. Minars, M. Cohen, S. Stanton, J. Larson, R. Strahle, D. McGonigle, J. Letts and K. Hommen (Deloitte) to discuss upcoming meeting with client and board regarding potential strategies related to ongoing post-closing dispute and agenda ahead of the meeting. | $513.00 | 0.7 | $359.10 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Litigation* | | | | |
| 07/12/2017 | | | | |
| Stanton, Steven | Meeting with S. Minars, M. Cohen, J. Larson, T. Stafford, R. Strahle, D. McGonigle, J. Letts and K. Hommen (Deloitte) to discuss upcoming meeting with client and board regarding potential strategies related to ongoing post-closing dispute and agenda ahead of the meeting. | $592.00 | 0.7 | $414.40 |
| Strahle, Robert | Call with M. Cohen (Deloitte) to prepare for meeting with WEC and counsel regarding review of estimate to complete / construction related items | $513.00 | 0.8 | $410.40 |
| Strahle, Robert | Meeting with S. Minars, S. Stanton, J. Larson, T. Stafford, M. Cohen, D. McGonigle, J. Letts and K. Hommen (Deloitte) to discuss upcoming meeting with client and board regarding potential strategies related to ongoing post-closing dispute and agenda ahead of the meeting. | $513.00 | 0.7 | $359.10 |
| 07/13/2017 | | | | |
| Letts, Joshua | Reviewed documents related to Deloitte's analysis related to the post-closing dispute prior to the bankruptcy and withdrawal of independent auditor for relevance ahead of meeting with client and board. | $340.00 | 1.8 | $612.00 |
| Minars, Scott | Review and assessment of draft presentation materials for meeting with WEC Board of Directors ("BOD") regarding bankruptcy and ongoing post-closing dispute. | $592.00 | 0.5 | $296.00 |
| Stafford, Ted | Analysis on supreme court ruling on disputed items. | $513.00 | 0.5 | $256.50 |
| 07/14/2017 | | | | |
| Cohen, Mark | Conference call with P. Wang and D. Heffer (Foley) and WEC personnel in preparation for meeting in Pittsburgh with Foley and WEC board regarding post-acquisition dispute. | $592.00 | 0.2 | $118.40 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Litigation* | | | | |
| 07/14/2017 | | | | |
| Cohen, Mark | Review of updated slide deck provided by D. Heffer (Foley) to be used for WEC Board meeting in Pittsburgh regarding bankruptcy and ongoing post-closing dispute. | $592.00 | 0.6 | $355.20 |
| 07/17/2017 | | | | |
| Cohen, Mark | Preparation for meeting with client to discuss bankruptcy and ongoing arbitration process. | $592.00 | 1.0 | $592.00 |
| Cohen, Mark | Meeting with S. Minars and T. Stafford (Deloitte) to prepare for meeting with client to discuss bankruptcy and ongoing arbitration process. | $592.00 | 1.2 | $710.40 |
| Cohen, Mark | Meeting with S. Minars, T. Stafford (Deloitte), R. Swanson, D. Mura, T. Baird (WEC), P. Wang and D. Foley (Foley) to prepare for meeting with client to discuss bankruptcy and ongoing arbitration process. | $592.00 | 2.1 | $1,243.20 |
| Cohen, Mark | Meeting with Client and Board to discuss bankruptcy and ongoing arbitration process with S. Minars, T. Stafford (Deloitte), R. Swanson, D. Mura, T. Baird (WEC), P. Wang and D. Foley (Foley) | $592.00 | 1.3 | $769.60 |
| Cohen, Mark | Debrief on meeting to discuss bankruptcy and ongoing arbitration process with S. Minars,T. Stafford (Deloitte), R. Swanson, D. Mura, T. Baird (WEC), P. Wang and D. Foley (Foley) | $592.00 | 1.4 | $828.80 |
| Minars, Scott | Meeting with M. Cohen and T. Stafford (Deloitte) to prepare for meeting with client to discuss bankruptcy and ongoing arbitration process. | $592.00 | 1.2 | $710.40 |
| Minars, Scott | Meeting with M. Cohen, T. Stafford (Deloitte), R. Swanson, D. Mura, T. Baird (WEC), P. Wang and D. Foley (Foley) to prepare for meeting with client to discuss bankruptcy and ongoing arbitration process. | $592.00 | 2.1 | $1,243.20 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Litigation** | | | | |
| 07/17/2017 | | | | |
| Minars, Scott | Meeting with Client and Board to discuss bankruptcy and ongoing arbitration process with M. Cohen, T. Stafford (Deloitte), R. Swanson, D. Mura, T. Baird (WEC), P. Wang and D. Foley (Foley) | $592.00 | 1.3 | $769.60 |
| Minars, Scott | Debrief on meeting to discuss bankruptcy and ongoing arbitration process with M. Cohen, T. Stafford (Deloitte), R. Swanson, D. Mura, T. Baird (WEC), P. Wang and D. Foley (Foley) | $592.00 | 1.4 | $828.80 |
| Stafford, Ted | Meeting with Client and Board to discuss bankruptcy and ongoing arbitration process with S. Minars, M. Cohen (Deloitte), R. Swanson, D. Mura, T. Baird (WEC), P. Wang and D. Foley (Foley) | $513.00 | 1.3 | $666.90 |
| Stafford, Ted | Debrief on meeting to discuss bankruptcy and ongoing arbitration process with S. Minars, M. Cohen (Deloitte), R. Swanson, D. Mura, T. Baird (WEC), P. Wang and D. Foley (Foley) | $513.00 | 1.4 | $718.20 |
| Stafford, Ted | Meeting with S. Minars and M. Cohen (Deloitte) to prepare for meeting with client to discuss bankruptcy and ongoing arbitration process. | $513.00 | 1.2 | $615.60 |
| Stafford, Ted | Meeting with S. Minars, M. Cohen (Deloitte), R. Swanson, D. Mura, T. Baird (WEC), P. Wang and D. Foley (Foley) to prepare for meeting with client to discuss bankruptcy and ongoing arbitration process. | $513.00 | 2.1 | $1,077.30 |
| 07/19/2017 | | | | |
| Cohen, Mark | Meeting with S. Minars, S. Stanton, T. Stafford, D. McGonigle and J. Letts (Deloitte) to discuss prior meeting with client's Board and post-bankruptcy re-engagement progress. | $592.00 | 0.2 | $118.40 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Litigation* | | | | |
| 07/19/2017 | | | | |
| Letts, Joshua | Meeting with S. Minars, M. Cohen, S. Stanton, T. Stafford and D. McGonigle (Deloitte) to discuss prior meeting with client's Board and post-bankruptcy re-engagement progress. | $340.00 | 0.2 | $68.00 |
| McGonigle, David | Meeting with S. Minars, M. Cohen, S. Stanton, T. Stafford and J. Letts (Deloitte) to discuss prior meeting with client's Board and post-bankruptcy re-engagement progress. | $473.00 | 0.2 | $94.60 |
| Minars, Scott | Meeting with M. Cohen, S. Stanton, T. Stafford, D. McGonigle and J. Letts (Deloitte) to discuss prior meeting with client's Board and post-bankruptcy re-engagement progress. | $592.00 | 0.2 | $118.40 |
| Stafford, Ted | Meeting with S. Minars, M. Cohen, S. Stanton, D. McGonigle and J. Letts (Deloitte) to discuss prior meeting with client's Board and post-bankruptcy re-engagement progress. | $513.00 | 0.2 | $102.60 |
| Stanton, Steven | Meeting with S. Minars, M. Cohen, T. Stafford, D. McGonigle and J. Letts (Deloitte) to discuss prior meeting with client's Board and post-bankruptcy re-engagement progress. | $592.00 | 0.2 | $118.40 |
| 07/21/2017 | | | | |
| Cohen, Mark | Review of proposed joint order regarding Delaware Supreme court case related to ongoing dispute. | $592.00 | 0.2 | $118.40 |
| Stafford, Ted | Analysis of impact of proposed court order for arbitration. | $513.00 | 0.3 | $153.90 |
| 07/24/2017 | | | | |
| Larson, Jen | Meeting with S. Minars, T. Stafford, R. Strahle and J. Letts (Deloitte) to discuss meeting with WEC Board and potential arbitration strategies going forward. | $513.00 | 0.4 | $205.20 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Litigation* | | | | |
| 07/24/2017 | | | | |
| Letts, Joshua | Meeting with S. Minars, J. Larson, T. Stafford and R. Strahle (Deloitte) to discuss meeting with WEC Board and potential arbitration strategies going forward. | $340.00 | 0.4 | $136.00 |
| Minars, Scott | Meeting with J. Larson, T. Stafford, R. Strahle and J. Letts (Deloitte) to discuss meeting with WEC Board and potential arbitration strategies going forward. | $592.00 | 0.4 | $236.80 |
| Stafford, Ted | Meeting with S. Minars, J. Larson, R. Strahle and J. Letts (Deloitte) to discuss meeting with WEC Board and potential arbitration strategies going forward. | $513.00 | 0.4 | $205.20 |
| 07/25/2017 | | | | |
| Cohen, Mark | Review of updated final order and judgment of Delaware court regarding post-acquisition dispute provided by Foley. | $592.00 | 0.3 | $177.60 |
| Stafford, Ted | Analysis of proposed court order by Delaware Supreme court and its effect on the arbitration proceeding | $513.00 | 0.5 | $256.50 |
| 07/26/2017 | | | | |
| Cohen, Mark | Meeting with T. Stafford, J. Letts and K. Hommen (Deloitte) to  discuss pending bills and incremental work to be performed. | $592.00 | 0.1 | $59.20 |
| Hommen, Kelly | Meeting with M. Cohen, T. Stafford and J. Letts (Deloitte) to  discuss pending bills and incremental work to be performed. | $340.00 | 0.1 | $34.00 |
| Letts, Joshua | Meeting with M. Cohen, T. Stafford and K. Hommen (Deloitte) to  discuss pending bills and incremental work to be performed. | $340.00 | 0.1 | $34.00 |
| Stafford, Ted | Meeting with M. Cohen, J. Letts and K. Hommen (Deloitte) to  discuss pending bills and incremental work to be performed. | $513.00 | 0.1 | $51.30 |

14

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Litigation* | | | | |
| 07/28/2017 | | | | |
| Minars, Scott | Review and analysis of the draft Proposed Joint Final Order and Judgment and comparison to the Supreme court ruling wording. | $592.00 | 0.4 | $236.80 |
| Minars, Scott | Composed detailed feedback for external counsel per external counsel's request regarding the proposed joint final order and judgement. | $592.00 | 0.5 | $296.00 |
| 07/31/2017 | | | | |
| Letts, Joshua | Meeting with S. Minars, R. Strahle and D. McGonigle (Deloitte) to discuss Wachtell's response regarding the Supreme Court ruling as well as near-term staffing needs. | $340.00 | 0.1 | $34.00 |
| McGonigle, David | Analyzed the supreme court final order and judgment pertaining to the post-acquisition dispute going forward | $473.00 | 2.3 | $1,087.90 |
| McGonigle, David | Reviewed the supreme court final order and judgment regarding the post-acquisition dispute going forward | $473.00 | 0.4 | $189.20 |
| McGonigle, David | Meeting with S. Minars, R. Strahle and J. Letts (Deloitte) to discuss Wachtell's response regarding the Supreme Court ruling as well as near-term staffing needs. | $473.00 | 0.1 | $47.30 |
| Minars, Scott | Meeting with R. Strahle, D. McGonigle and J. Letts (Deloitte) to discuss Wachtell's response regarding the Supreme Court ruling as well as near-term staffing needs. | $592.00 | 0.1 | $59.20 |
| Stafford, Ted | Discussion with D. Heffer (Foley) regarding court order for arbitration | $513.00 | 0.2 | $102.60 |
| Strahle, Robert | Meeting with S. Minars, D. McGonigle and J. Letts (Deloitte) to discuss Wachtell's response regarding the Supreme Court ruling as well as near-term staffing needs. | $513.00 | 0.1 | $51.30 |
| Subtotal for Litigation: | | | 67.2 | $36,201.30 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Non-Working Travel** | | | | |
| 07/05/2017 | | | | |
| Stafford, Ted | Travel from Dallas, TX to NYC, NY for meeting with Foley and WEC | $256.50 | 0.5 | $128.25 |
| 07/06/2017 | | | | |
| Stafford, Ted | Travel from NYC, NY to Dallas, TX for meeting with Foley and WEC | $256.50 | 3.5 | $897.75 |
| 07/16/2017 | | | | |
| Stafford, Ted | Non-working travel from Dallas, TX to Cranberry, PA for Board meeting | $256.50 | 2.0 | $513.00 |
| 07/17/2017 | | | | |
| Cohen, Mark | Non-working travel from New York to Pittsburgh for Westinghouse Electric Company to attend meeting with WEC and counsel | $296.00 | 8.0 | $2,368.00 |
| Stafford, Ted | Non-working travel from Cranberry, PA to Dallas for Board meeting | $256.50 | 6.5 | $1,667.25 |
| Subtotal for Non-Working Travel: | | | 20.5 | $5,574.25 |
| **Preparation of Fee Applications** | | | | |
| 07/12/2017 | | | | |
| Cooper, Carla | Review time reports for May monthly fee statement | $350.00 | 2.0 | $700.00 |
| 07/14/2017 | | | | |
| Cooper, Carla | Review May monthly time reports for fee statement | $350.00 | 2.7 | $945.00 |
| 07/17/2017 | | | | |
| McGonigle, David | Update April time reports for billing preparation | $473.00 | 2.8 | $1,324.40 |
| McGonigle, David | Review April time reports for monthly fee statements | $473.00 | 2.1 | $993.30 |
| 07/18/2017 | | | | |
| McGonigle, David | Review April time reports for monthly fee statement | $473.00 | 2.6 | $1,229.80 |
| McGonigle, David | Update May time reports for billing preparation | $473.00 | 3.0 | $1,419.00 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Preparation of Fee Applications* | | | | |
| 07/21/2017 | | | | |
| Cooper, Carla | Prepare combined monthly fee statement for April, 2017 through June, 2017 | $350.00 | 2.7 | $945.00 |
| 07/24/2017 | | | | |
| Cooper, Carla | Preparation of first combined monthly fee statement for the period April, 2017 through June, 2017 | $350.00 | 2.0 | $700.00 |
| 07/26/2017 | | | | |
| Cooper, Carla | Review monthly time reports for June fee statement | $350.00 | 3.0 | $1,050.00 |
| 07/27/2017 | | | | |
| Cooper, Carla | Review June monthly time reports for fee statement | $350.00 | 2.9 | $1,015.00 |
| Cooper, Carla | Review expense reports for June monthly fee statement | $350.00 | 0.8 | $280.00 |
| 07/31/2017 | | | | |
| McGonigle, David | Continue to update time reports for June monthly fee statement | $473.00 | 2.1 | $993.30 |
| McGonigle, David | Update time reports for June monthly fee statement | $473.00 | 3.0 | $1,419.00 |
| Subtotal for Preparation of Fee Applications: | | | 31.7 | $13,013.80 |
| **Total** | | | **155.7** | **$74,648.65** |

## Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Cohen, Mark | $592.00 | 13.6 | $8,051.20 |
| Donohue, Alycia | $592.00 | 1.0 | $592.00 |
| Minars, Scott | $592.00 | 23.3 | $13,793.60 |
| Stanton, Steven | $592.00 | 17.7 | $10,478.40 |
| Sturiale, Lisa | $592.00 | 2.3 | $1,361.60 |
| Larson, Jen | $513.00 | 1.9 | $974.70 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Fees Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Stafford, Ted | $513.00 | 14.1 | $7,233.30 |
| Strahle, Robert | $513.00 | 6.0 | $3,078.00 |
| McGonigle, David | $473.00 | 34.2 | $16,176.60 |
| Cooper, Carla | $350.00 | 16.1 | $5,635.00 |
| Hommen, Kelly | $340.00 | 0.9 | $306.00 |
| Letts, Joshua | $340.00 | 4.1 | $1,394.00 |
| Cohen, Mark | $296.00 | 8.0 | $2,368.00 |
| Stafford, Ted | $256.50 | 12.5 | $3,206.25 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Expenses Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Category | Date | Description | Amount |
|---|---|---|---|
| *Airfare* | | | |
| Stafford, Ted | 07/04/2017 | SOUTHWEST AIRLINES ( Roundtrip Coach class airfare for travel for Westinghouse Electric Company for  meeting with Foley and WEC from Dallas, Tx to NYC, NY) | $317.96 |
| Minars, Scott | 07/10/2017 | UNITED AIRLINES JACKSONVILLE Roundtrip Coach class airfare from New York to Pittsburgh for travel for Westinghouse Electric Company for Client service meeting | $784.02 |
| Cohen, Mark | 07/11/2017 | UNITED AIRLINES JACKSONVILLE Roundtrip Coach class Coach class airfare for travel from New York to Pittsburgh for Westinghouse Electric Company for travel to Pittsburgh to attend meeting with WEC and counsel | $957.90 |
| Minars, Scott | 07/11/2017 | UNITED AIRLINES JACKSONVILLE Change fee for Roundtrip Coach class airfare from New York to Pittsburgh for travel for Westinghouse Electric Company for client service meeting due to change in timing of the meeting. | $247.82 |
| Stafford, Ted | 07/12/2017 | AMERICAN AIRLINES IN JACKSONVI Roundtrip Coach class airfare for travel from Dallas, Tx to Pittsburgh, PA for Westinghouse Electric Company for meeting with Foley and WEC | $232.75 |
| Subtotal for Airfare: | | | $2,540.45 |
| *Ground Transportation* | | | |
| Stafford, Ted | 07/05/2017 | LYFT   *RIDE WED 10P Taxi for Westinghouse Electric Company from LGA  to hotel for meeting with Foley and WEC | $29.00 |
| Stafford, Ted | 07/05/2017 | LYFT   *RIDE WED 3PM Taxi for Westinghouse Electric Company from  home  to DAL  for meeting with Foley and WEC | $20.18 |
| Stanton, Steven | 07/05/2017 | AMTRAK WASHINGTON Train Business class ticket  from BWI  to NY Penn  for client meeting | $322.00 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Expenses Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Category | Date | Description | Amount |
|---|---|---|---|
| *Ground Transportation* | | | |
| Stanton, Steven | 07/05/2017 | AMTRAK WASHINGTON Train Business class ticket for dispute consulting from NY Penn to BWI for client meeting | $194.00 |
| Minars, Scott | 07/06/2017 | LAZ PARKING 240 NEW YORK Second parking for Westinghouse Electric Company at Manhattan for client meeting | $25.00 |
| Stafford, Ted | 07/06/2017 | JTL MANAGEMENT JTL M LONG ISLA Taxi for Westinghouse Electric Company from meeting to LGA for meeting with Foley and WEC | $38.47 |
| Stafford, Ted | 07/06/2017 | LYFT  *RIDE WED 10P Taxi for Westinghouse Electric Company from LGA to hotel for meeting with Foley and WEC | $2.00 |
| Stanton, Steven | 07/06/2017 | 32754 - BWI RAIL STA BALTIMORE Parking for travel for dispute consulting for client meeting | $9.00 |
| Stafford, Ted | 07/07/2017 | LYFT  *RIDE THU 7PM Taxi for Westinghouse Electric Company from DAL to home for meetingwith Foley and WEC | $17.19 |
| Stafford, Ted | 07/16/2017 | LYFT  *RIDE SUN 6PM Taxi for Westinghouse Electric Company from home to DAL for meeting with Foley and WEC | $18.72 |
| Cohen, Mark | 07/17/2017 | Auto tolls for Westinghouse Electric Company for travel to Newark airport for travel to Pittsburgh to attend WEC board meeting and meeting with counsel and WEC personnel | $8.00 |
| Cohen, Mark | 07/17/2017 | MTA EWRLOTCTP/CT 002 NEWARK Parking for one day for travel for Westinghouse Electric Company for travel to Pittsburgh to attend meeting with counsel and client and WEC boardmeeting | $39.00 |
| Minars, Scott | 07/17/2017 | AVIS RENT A CAR PITTSBURG Auto Rental for Westinghouse Electric Company for client service meeting | $59.69 |
| Stafford, Ted | 07/17/2017 | ZTRIP Taxi for Westinghouse Electric Company from Pittsburgh airport to hotel for Board meeting preparation with Foley and WEC | $26.40 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Expenses Sorted by Category for the Fee Period

*July 01, 2017 - July 31, 2017*

| Category | Date | Description | Amount |
|---|---|---|---|
| **Ground Transportation** | | | |
| Stafford, Ted | 07/18/2017 | GLOBAL  LIMO &TAXI S Arlington Taxi for Westinghouse Electric Company from Dallas Love Field airport to home for Board meeting preparation with Foley and WEC | $73.02 |
| Subtotal for Ground Transportation: | | | $881.67 |
| **Hotel** | | | |
| Stafford, Ted | 07/06/2017 | WESTIN NY GRAND CENT NEW YORK Hotel stay for travel for Westinghouse Electric Company for meeting with Foley and WEC | $346.61 |
| Stafford, Ted | 07/16/2017 | SHERATON PITTSBURGH  CORAOPLIS Hotel stay for travel for Westinghouse Electric Company for meeting with Foley and WEC | $125.01 |
| Subtotal for Hotel: | | | $471.62 |
| **Meals** | | | |
| Stafford, Ted | 07/05/2017 | LAGUARDIAAUBONPAIN72 NEW YORK Dinner during travel for Westinghouse Electric Company for meeting with Foley and WEC ATTENDEES: Ted Stafford | $13.15 |
| Stanton, Steven | 07/06/2017 | HYO DONG GAK 0000000 NEW YORK Dinner during travel for client meeting ATTENDEES: Steven Stanton | $21.95 |
| Stanton, Steven | 07/06/2017 | BWI TRAIN STATION #1 BALTIMORE Breakfast during travel for client meeting ATTENDEES: Steven Stanton | $11.31 |
| Stafford, Ted | 07/07/2017 | LGAAIRPORTRESTAURANT JAMAICA Dinner during travel for Westinghouse Electric Company for meeting with Foley and WEC ATTENDEES: Ted Stafford | $34.58 |

3

# Westinghouse Electric Company

# Deloitte Financial Advisory Services LLP

# Expenses Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Category | Date | Description | Amount |
|---|---|---|---|
| *Meals* | | | |
| Stafford, Ted | 07/16/2017 | CANTINA LAREDO DLF 0 DALLAS Dinner during travel for Westinghouse Electric Company for Board meeting preparation with Foley and WEC ATTENDEES: Ted Stafford | $22.23 |
| Stafford, Ted | 07/16/2017 | SHERATON PITTSBURGH  CORAOPLIS Breakfast for travel for Westinghouse Electric Company for meeting with Foley and WEC ATTENDEES: Ted Stafford | $15.00 |
| Cohen, Mark | 07/17/2017 | MARTINI BAR 0067 PITTSBURG Dinner during travel for Westinghouse Electric Company for travel to Pittsburgh to attend meeting with counsel, WEC personnel and WEC board ATTENDEES: Mark Cohen,Scott Minars,Ted Stafford | $138.56 |
| Minars, Scott | 07/17/2017 | TGI FRIDAYS PITTSBURG Lunch during travel for Westinghouse Electric Company for client service meeting ATTENDEES: Scott Minars,Mark Cohen | $50.00 |
| Stafford, Ted | 07/17/2017 | HUDSON NEWS ST421 00 PITTSBURG Breakfast during travel for Westinghouse Electric Company for Board meeting preparation with Foley and WEC ATTENDEES: Ted Stafford | $4.98 |
| Minars, Scott | 07/18/2017 | STARBUCKS BAG 681516 PITTSBURG Lunch during travel for Westinghouse Electric Company for client service meeting ATTENDEES: Scott Minars,Mark Cohen | $8.03 |
| Subtotal for Meals: | | | $319.79 |
| *Telephone, Conference* | | | |
| Minars, Scott | 07/09/2017 | CONFERENCING 0848700 800-47506 for client meeting | $0.16 |
| Minars, Scott | 07/10/2017 | CONFERENCING 0848700 800-47506 for client meeting | $1.25 |

# Westinghouse Electric Company

## Deloitte Financial Advisory Services LLP

## Expenses Sorted by Category for the Fee Period

July 01, 2017 - July 31, 2017

| Category | Date | Description | Amount |
|---|---|---|---|

### *Telephone, Conference*

| | | | |
|---|---|---|---|
| Sturiale, Lisa | 07/27/2017 | CONFERENCING 0848700 800-47506 for client meeting | $1.61 |
| Subtotal for Telephone, Conference: | | | $3.02 |
| Total | | | $4,216.55 |

## Recapitulation

| Category | Amount |
|---|---|
| Airfare | $2,540.45 |
| Ground Transportation | $881.67 |
| Hotel | $471.62 |
| Meals | $319.79 |
| Telephone, Conference | $3.02 |