UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| WESTINGHOUSE ELECTRIC COMPANY LLC, *et al.*, | : | Case No. 17-10751 (MEW) |
| | : | |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
------------------------------------------------------------ x

### ORDER GRANTING FIRST INTERIM FEE APPLICATION OF K&L GATES LLP, AS SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM MARCH 29, 2017 THROUGH JULY 31, 2017

Upon consideration of Application[2] of K&L Gates, as Special Counsel to the Debtors, for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 29, 2017 through July 31, 2017; and a hearing having been held before this court to consider the Application on _____, 2017; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

[2] Capitalized terms not defined herein shall have the meanings set forth in the Application.

having been shown therefor, it is hereby;

ORDERED, ADJUDGED AND DECREED THAT:

1. The Application is hereby approved on an interim basis in the amount and to the extent provided in Schedule A attached hereto.

2. The requirements set forth in the Local Guidelines are satisfied by the contents of the Application.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

Dated: New York, New York
_____, 2017

Michael E. Wiles
UNITED STATES BANKRUPTCY JUDGE
Southern District of New York

**FIRST INTERIM FEE PERIOD**                                                                                  Schedule A
March 29, 2017 - July 31, 2017

Case No.: Case No. 17-10751 (MEW)
Case Name: Westinghouse Electric Company LLC, et al.,

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| K&L Gates LLP | Docket No. ___ | $1,911,964.44 | $1,911,964.44 | $1,911,964.44[1] | $0 | $1,911,964.44 | $63,193.13 | $63,193.13 |

DATE ON WHICH ORDER WAS SIGNED: _____                    INITIALS: __

---

[1] KLG has already received and is holding $1,346,945.17. Accordingly, the remaining fee and reimbursement of expenses due and owing to KLG for the compensation period are $628,212.40.