## **EXHIBIT I**

## EXHIBIT I

### K&L Gates LLP Rate Disclosures

The blended hourly rate for KLG Partners, Of Counsel, Associates, Paralegals, and Clerks in the KLG offices in which timekeepers collectively billed at least 10% of the hours to the Debtors during the Compensation period (the Washington, D.C. and Pittsburgh, PA offices), excluding all timekeepers practicing primarily in a bankruptcy group or section, during the preceding fiscal year, was, in the aggregate, approximately $473.22 per hour (the "Non-Bankruptcy Blended Hourly Rate"). The Blended hourly rate for all KLG timekeepers who billed to the Debtors during the Compensation Period was approximately $510.16 per hour (the "Debtor Blended Hourly Rate"). KLG calculated the Non-Bankruptcy Blended Hourly Rate and Debtor Blended Hourly Rate by dividing the dollar value of hours billed by the number of hours billed.

Prior to the Petition Date, Westinghouse and KLG negotiated an alternative fee arrangement ("AFA") that would apply to all of the firm's professionals in every practice area and in each KLG office around the world. The AFA gave Westinghouse access to 1800+ KLG lawyers worldwide in every specialty area at a fixed price. Under the AFA, partners have a fixed rate of $700 per hour, associates have a fixed rate of $370 per hour, and paraprofessional and clerks have a fixed rate of $250 per hour. The average rates charged under the existing AFA during the Compensation Period exceed the average rates charged by KLG professionals in the Pittsburgh and Washington D.C. offices on non-bankruptcy matters in the preceding twelve (12) months, by approximately $7/hour (excluding paralegals and clerks), as reflected in the summary below. That is a function of several variables including (i) the matters assigned to KLG by the Debtors during the Compensation Period, (ii) the areas of legal specialty needed for those engagements, and (iii) the geographic locations of our lawyers on those matters. With respect to certain timekeepers, however, the rate charged under the AFA was less than such timekeepers' ordinary market rate.

If the services provided by KLG during the Compensation Period had necessitated the attention of more of the firm's lawyers located in higher rate markets, then the Debtors would have enjoyed a substantial discount from the standard hourly rates in such markets. Despite the difference in blended rates, KLG's fees are eminently reasonable given the work it is performing for the Debtors.

| Category of Timekeeper | Debtor Blended Hourly Rate | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partners/Of Counsel | $700.00 | $629 |
| Associates | $370.00 | $338 |
| Paralegals/Clerks | $250.00 | $216 |
| Blended Rate for Partners, Of counsel, Associates, Paralegals, and Clerks | $510.16 | $473.22 |
| Blended rate of Partners, Of Counsel, and Associates | $515.99 | $508.38 |

301025484 v2