# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

| | | |
|---|---|---|
| Westinghouse Electric Company, LLC | Invoice Date : | June 22, 2017 |
| 1000 Westinghouse Drive | Invoice Number : | 3389817 |
| Cranberry Township, PA  16066 | Services Through : | May 31, 2017 |
| Attn:    Kevin W. Brode, Equire/Deputy General Counsel | | |

**0236915.00013    E.U. Competition Counseling**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 71,825.00 |
| Disbursements and Other Charges | $ | 736.46 |
| **CURRENT INVOICE DUE** | **$** | **72,561.46** |

Due and Payable upon Receipt

Mail:  K&L Gates LLP, K&L Gates Center – RCAC, 210 Sixth Ave, Pittsburgh, PA 15222

Wire Transfer Instructions:  Receiving Bank:  The Bank of New York Mellon, 500 Ross Street, Pittsburgh, PA 15262
BIC Code: IRVTUS3N
ABA: 043000261
Beneficiary: K&L Gates LLP  AIS Account
Acct No.: 127-2657

When initiating a wire transfer/ACH, please reference client/matter number on wire information and please send
notification to RCAC_East@klgates.com with details including dollar amount, date and client/matter/invoice number(s).

K&L GATES

**FEES**

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| 03/29/17 | S.S. Megregian | 0.20 | C300 | Consider incoming from M. Kirst with partial responses | 140.00 |
| 03/29/17 | Z. Romata | 1.20 | C300 | Reviewing responses from M. Kirst to second RFI | 444.00 |
| 03/30/17 | Z. Romata | 2.70 | C300 | Working on security of supply note | 999.00 |
| 03/30/17 | Z. Romata | 0.70 | C300 | Revising responses to RFI2 | 259.00 |
| 03/30/17 | Z. Romata | 0.20 | C300 | Adding comments to RIF2 | 74.00 |
| 03/31/17 | S.S. Megregian | 0.30 | C100 | Consider incoming from M. Kirst with further responses to Commission questions | 210.00 |
| 04/01/17 | S.S. Megregian | 0.30 | C100 | Consider incoming from RED counsel regarding fuel assembly submission and proposed remedy; respond to M. Powell regarding same; email to K. Brode and M. Kirst regarding same | 210.00 |
| 04/02/17 | S.S. Megregian | 0.70 | C100 | Call with Z. Romata to review consolidated draft response to Commission questions; discuss same and provide comments | 490.00 |
| 04/02/17 | Z. Romata | 0.30 | C300 | Reviewing further responses and comments to RFI2 | 111.00 |
| 04/02/17 | Z. Romata | 0.30 | C300 | Revising RFI2 | 111.00 |
| 04/02/17 | Z. Romata | 0.70 | C300 | Discussing responses and comments to RFI2 with S. Megregian | 259.00 |
| 04/02/17 | Z. Romata | 0.50 | C300 | Finalizing comments and sending same to M. Kirst and K. Brode | 185.00 |
| 04/04/17 | S.S. Megregian | 0.10 | C300 | Consider incoming from M. Kirst regarding further responses | 70.00 |
| 04/04/17 | S.S. Megregian | 0.10 | C300 | Email to M. Kirst regarding questions on Areva capacity and utilization | 70.00 |
| 04/04/17 | S.S. Megregian | 0.80 | C300 | Review memo from White & Case on behalf of RED counsel with Z. Romata and discuss comments | 560.00 |
| 04/04/17 | S.S. Megregian | 0.10 | C300 | Consider Z. Romata email regarding draft comments to RED counsel response | 70.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| 04/04/17 | S.S. Megregian | 0.10 | C300 | Consider further incoming from M. Kirst regarding responses | 70.00 |
| 04/04/17 | Z. Romata | 0.50 | C300 | Review of security of supply document | 185.00 |
| 04/04/17 | Z. Romata | 1.60 | C300 | Reviewing further responses and revising submissions accordingly | 592.00 |
| 04/04/17 | Z. Romata | 0.20 | C300 | Email exchange with client regarding call to discuss responses and revising submissions accordingly | 74.00 |
| 04/04/17 | Z. Romata | 1.80 | C300 | Review of further comments on responses and revising submissions | 666.00 |
| 04/04/17 | Z. Romata | 0.40 | C300 | Considering materials for response to question 32 | 148.00 |
| 04/05/17 | S.S. Megregian | 0.40 | C100 | Discuss with Z. Romata comments from M. Kirst regarding responses and documents | 280.00 |
| 04/05/17 | S.S. Megregian | 0.10 | C100 | Consider incoming from RED counsel and respond regarding same | 70.00 |
| 04/05/17 | S.S. Megregian | 0.40 | C100 | Call with Z. Romata and M. Kirst on responses | 280.00 |
| 04/05/17 | S.S. Megregian | 0.10 | C100 | Update with Z. Romata regarding contacts to White & Case; consider email regarding same | 70.00 |
| 04/05/17 | Z. Romata | 0.40 | C300 | Discussing comments from M. Kirst with S. Megregian | 148.00 |
| 04/05/17 | Z. Romata | 3.50 | C300 | Working on note on security of supply | 1,295.00 |
| 04/05/17 | Z. Romata | 0.30 | C300 | Considering incoming from M. Kirst regarding further responses and EFG Agreement | 111.00 |
| 04/05/17 | Z. Romata | 1.00 | C300 | Call with client regarding RFI2 | 370.00 |
| 04/05/17 | Z. Romata | 1.00 | C300 | Revising responses based on call | 370.00 |
| 04/05/17 | Z. Romata | 0.80 | C300 | Preparing draft response to question 32 of RFI1 | 296.00 |
| 04/06/17 | S.S. Megregian | 0.30 | C100 | Review revised comments to submission with Z. Romata; comments and amendments regarding | 210.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | same | |
| 04/06/17 | S.S. Megregian | 0.20 | C100 | Discuss with Z. Romata response to M. Kirst on capacity utilization and production locations of Areva | 140.00 |
| 04/06/17 | S.S. Megregian | 0.10 | C100 | Further follow-up from M. Kirst regarding same | 70.00 |
| 04/06/17 | S.S. Megregian | 0.20 | C100 | Emails with RED counsel regarding filing | 140.00 |
| 04/06/17 | S.S. Megregian | 0.10 | C100 | Consider email from M. Kirst regarding capacity utilization | 70.00 |
| 04/06/17 | Z. Romata | 0.60 | C300 | Reviewing revised responses regarding submission | 222.00 |
| 04/06/17 | Z. Romata | 0.10 | C300 | Discussing revised responses regarding submission with S. Megregian | 37.00 |
| 04/06/17 | Z. Romata | 0.10 | C300 | Email to M. Kirst regarding revised responses regarding submission | 37.00 |
| 04/06/17 | Z. Romata | 1.70 | C300 | Working on note on security of supply | 629.00 |
| 04/06/17 | Z. Romata | 0.20 | C300 | Considering incoming from M. Kirst regarding Areva and responding on same | 74.00 |
| 04/07/17 | S.S. Megregian | 0.10 | C300 | Consider incoming from RED and email to M. Kirst regarding same | 70.00 |
| 04/07/17 | S.S. Megregian | 0.10 | C300 | Consider incoming comments from M. Kirst on responses | 70.00 |
| 04/07/17 | S.S. Megregian | 0.10 | C300 | Consider emails from M. Kirst and K. Brode on RED document | 70.00 |
| 04/07/17 | S.S. Megregian | 0.80 | C300 | Discuss with Z. Romata comments from M. Kirst and K. Brode on Commission responses and RED submission | 560.00 |
| 04/07/17 | S.S. Megregian | 0.10 | C300 | Consider Z. Romata email to K. Brode regarding comments | 70.00 |
| 04/07/17 | S.S. Megregian | 0.10 | C300 | Consider Z. Romata email to counsel regarding comments | 70.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| 04/07/17 | Z. Romata | 1.30 | C300 | Working on note on security of supply | 481.00 |
| 04/07/17 | Z. Romata | 0.50 | C300 | Reviewing and editing comments sent by client on ███ submission | 185.00 |
| 04/07/17 | Z. Romata | 0.80 | C300 | Discussing  comments sent by client on ███ submission with S. Megregian | 296.00 |
| 04/07/17 | Z. Romata | 0.20 | C300 | Email exchange with client regarding comments sent by client on ███ submission | 74.00 |
| 04/07/17 | Z. Romata | 0.10 | C300 | Email to White & Case regarding comments sent by client on ███ submission | 37.00 |
| 04/08/17 | Z. Romata | 1.80 | C300 | Working on note on security of supply | 666.00 |
| 04/09/17 | S.S. Megregian | 0.60 | C300 | Review draft submission on security of supply and comments regarding same | 420.00 |
| 04/09/17 | Z. Romata | 0.60 | C300 | Review of draft note non security of supply with S. Megregian | 222.00 |
| 04/10/17 | Z. Romata | 2.30 | C300 | Revising note on security of supply to implement S. Megregian comments | 851.00 |
| 04/11/17 | S.S. Megregian | 0.10 | C100 | Discuss with Z. Romata update on responses to Commission questions and status of draft submission | 70.00 |
| 04/11/17 | S.S. Megregian | 0.10 | C100 | Consider emails from Z. Romata to K. Brode regarding approvals for submission | 70.00 |
| 04/11/17 | S.S. Megregian | 0.10 | C100 | Consider emails from M. Kirst regarding update; discuss with Z. Romata regarding proposed response | 70.00 |
| 04/11/17 | Z. Romata | 2.70 | C300 | Revising note on security of supply | 999.00 |
| 04/11/17 | Z. Romata | 0.10 | C300 | Considering incoming from S. Lemaire | 37.00 |
| 04/11/17 | Z. Romata | 0.10 | C300 | Email to K. Brode regarding submitting responses | 37.00 |
| 04/11/17 | Z. Romata | 0.10 | C300 | Considering incoming from M. Kirst | 37.00 |

**K&L GATES**

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| 04/12/17 | S.S. Megregian | 0.10 | C100 | Consider incoming from D. De Novellis regarding revised response to question 32 | 70.00 |
| 04/12/17 | S.S. Megregian | 0.10 | C100 | Consider further incoming from K. Brode on responses and EFG agreement | 70.00 |
| 04/12/17 | S.S. Megregian | 0.30 | C100 | Discuss responses with Z. Romata and agree next steps | 210.00 |
| 04/12/17 | S.S. Megregian | 0.30 | C100 | Discuss confidentiality claims on responses with Z. Romata and review email | 210.00 |
| 04/12/17 | S.S. Megregian | 0.30 | C100 | Review with Z. Romata draft submission on security of supply and comment regarding same | 210.00 |
| 04/12/17 | Z. Romata | 0.10 | C300 | Considering incoming from client regarding response to question 32 | 37.00 |
| 04/12/17 | Z. Romata | 0.20 | C300 | Revising confidentiality claims | 74.00 |
| 04/12/17 | Z. Romata | 0.30 | C300 | Discussing response to question 32 from client with S. Megregian | 111.00 |
| 04/12/17 | Z. Romata | 0.10 | C300 | Email to client regarding note on security of supply | 37.00 |
| 04/12/17 | Z. Romata | 0.20 | C300 | Finalizing note on security of supply | 74.00 |
| 04/12/17 | Z. Romata | 0.60 | C300 | Discussing note on security of supply with S. Megregian | 222.00 |
| 04/13/17 | S.S. Megregian | 0.30 | C100 | Discuss with Z. Romata follow-up regarding responses to Commission questions and security of supply submission | 210.00 |
| 04/13/17 | S.S. Megregian | 0.10 | C100 | Consider Z. Romata and M. Kirst emails regarding status of submissions to Commission and security of supply | 70.00 |
| 04/13/17 | S.S. Megregian | 0.10 | C100 | Consider further comments from K. Brode and M. Kirst regarding responses on security of supply | 70.00 |
| 04/14/17 | S.S. Megregian | 0.10 | C100 | Consider Z. Romata email to Commission with responses to questions; | 70.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | discuss remaining outstanding questions | |
| 04/14/17 | S.S. Megregian | 0.10 | C100 | Discuss with Z. Romata and respond | 70.00 |
| 04/14/17 | S.S. Megregian | 0.10 | C100 | Consider further comment from M. Kirst | 70.00 |
| 04/14/17 | S.S. Megregian | 0.10 | C100 | Consider further incoming from M. Kirst and respond to Z. Romata regarding same | 70.00 |
| 04/14/17 | S.S. Megregian | 0.30 | C100 | Discuss remaining outstanding questions; discuss K. Brode and M. Kirst comments on security of supply submission and review revised draft; update with Z. Romata regarding remaining outstanding responses to Commission | 210.00 |
| 04/14/17 | Z. Romata | 0.20 | C300 | Considering and implementing comments from client regarding submission on security of supply | 74.00 |
| 04/14/17 | Z. Romata | 0.30 | C300 | Discussing comments from client regarding submission on security of supply with S. Megregian | 111.00 |
| 04/14/17 | Z. Romata | 0.40 | C300 | Finalizing response and submitting them to Commission | 148.00 |
| 04/14/17 | Z. Romata | 0.20 | C300 | Email to client regarding outstanding questions and revised submission | 74.00 |
| 04/17/17 | S.S. Megregian | 0.20 | C100 | Consider incoming from K. Brode on Areva capacity utilization; comment back regarding same | 140.00 |
| 04/17/17 | Z. Romata | 0.20 | C300 | Considering incoming from K. Brode regarding Areva plants capacity and response regarding same from S. Megregian | 74.00 |
| 04/18/17 | S.S. Megregian | 0.20 | C100 | Consider incoming from Commission regarding formal notification by EDF of transaction and questionnaires | 140.00 |
| 04/18/17 | S.S. Megregian | 0.10 | C100 | Discuss with Z. Romata | 70.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | email to K. Brode and M. Kirst on next steps | |
| 04/18/17 | S.S. Megregian | 0.20 | C100 | Discuss with Z. Romata areas covered by questionnaires | 140.00 |
| 04/18/17 | S.S. Megregian | 0.10 | C100 | Consider further comments from S. Lemaire | 70.00 |
| 04/18/17 | S.S. Megregian | 0.10 | C100 | Review responses from client regarding responses to questionnaire | 70.00 |
| 04/18/17 | S.S. Megregian | 0.10 | C100 | Review responses from K. Brode regarding update on next steps | 70.00 |
| 04/18/17 | S.S. Megregian | 0.10 | C100 | Consider incoming from S. Lameier regarding security of supply and respond regarding same | 70.00 |
| 04/18/17 | Z. Romata | 0.10 | C300 | Considering incoming from Commission regarding questionnaire; email to Commission regarding same, considering various emails from client, email with FA questionnaire | 37.00 |
| 04/18/17 | Z. Romata | 0.30 | C300 | Discuss response from Commission regarding questionnaire with S. Megregian and response to client | 111.00 |
| 04/19/17 | B. C. McLaughlin | 0.20 | P400 | Discussed questionnaires with Z. Romata | 59.00 |
| 04/19/17 | B. C. McLaughlin | 0.10 | P400 | Drafted responses to questionnaires | 29.50 |
| 04/19/17 | B. C. McLaughlin | 0.10 | P400 | Discussed with Z. Romata responses to the questionnaires | 29.50 |
| 04/19/17 | B. C. McLaughlin | 0.40 | P400 | Drafted notes on proposed answers for questionnaires | 118.00 |
| 04/19/17 | B. C. McLaughlin | 0.90 | P400 | Used information provided in previous questionnaires and board minutes to determine whether we could answer each question | 265.50 |
| 04/19/17 | B. C. McLaughlin | 0.40 | P400 | Reviewed questionnaire on nuclear services | 118.00 |
| 04/19/17 | S.S. Megregian | 0.10 | C100 | Consider update regarding Commission timeline for review | 70.00 |
| 04/19/17 | S.S. Megregian | 0.40 | C100 | Consider Z. Romata email | 280.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | regarding additional questionnaires; consider Z. Romata and Commission emails regarding extension to deadline; consider M. Kirst emails and Z. Romata responses regarding logistics for completing responses; consider incoming from S. Lemaire regarding security of supply paper and respond regarding same; consider further emails from K. Brode and M. Kirst regarding response | |
| 04/19/17 | S.S. Megregian | 0.40 | C100 | Call with RED ACC counsel regarding update on completion of questionnaires | 280.00 |
| 04/19/17 | S.S. Megregian | 0.20 | C100 | Further discuss with Z. Romata questionnaires and organizing responses to remaining questionnaires | 140.00 |
| 04/19/17 | S.S. Megregian | 0.10 | C100 | Consider Z. Romata email to team regarding FA questionnaire | 70.00 |
| 04/19/17 | S.S. Megregian | 1.00 | C100 | Review with Z. Romata, S. Lemaire comments on security of supply; review FA questionnaire with Z. Romata and determine where WEEK input is required; update with Z. Romata regarding contacts with Commission and additional questionnaires; discuss with Z. Romata plans for completing questionnaire | 700.00 |
| 04/19/17 | Z. Romata | 0.20 | C300 | Email exchange with client | 74.00 |
| 04/19/17 | Z. Romata | 0.60 | C300 | Reviewing questionnaire on FAs with S. Megregian | 222.00 |
| 04/19/17 | Z. Romata | 0.20 | C300 | Email to client regarding questionnaire on FAs | 74.00 |
| 04/19/17 | Z. Romata | 0.30 | C300 | Contacting Commission regarding questionnaires | 111.00 |
| 04/19/17 | Z. Romata | 0.60 | C300 | Reviewing comments from S. Lemaire on submission | 222.00 |

K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | on security of supply with S. Megregian | |
| 04/19/17 | Z. Romata | 0.40 | C300 | Revising submission on security of supply | 148.00 |
| 04/19/17 | Z. Romata | 0.10 | C300 | Email to S. Lemaire regarding submission on security of supply | 37.00 |
| 04/19/17 | Z. Romata | 4.00 | C300 | Working on FA questionnaire | 1,480.00 |
| 04/19/17 | Z. Romata | 0.60 | C300 | Reviewing other three questionnaires received from Commission | 222.00 |
| 04/19/17 | Z. Romata | 0.30 | C300 | Call with Commission regarding extension | 111.00 |
| 04/20/17 | S.S. Megregian | 0.10 | C100 | Update with Z. Romata regarding approval for submission | 70.00 |
| 04/20/17 | S.S. Megregian | 0.10 | C100 | Review  Z. Romata emails regarding revised submission on security of supply and discuss with Z. Romata | 70.00 |
| 04/20/17 | S.S. Megregian | 0.10 | C100 | Consider incoming from S. Lemaire regarding approval for submission | 70.00 |
| 04/20/17 | Z. Romata | 0.10 | C300 | Updating contact details for e-questionnaires | 37.00 |
| 04/20/17 | Z. Romata | 0.10 | C300 | Considering email from S. Megregian to S. Lemaire regarding submission on security of supply | 37.00 |
| 04/20/17 | Z. Romata | 0.10 | C300 | Organizing call regarding submission on security of supply | 37.00 |
| 04/20/17 | Z. Romata | 0.40 | C300 | Call with S. Lemaire regarding submission on security of supply | 148.00 |
| 04/20/17 | Z. Romata | 0.10 | C300 | Discuss submission on security of supply with S. Megregian | 37.00 |
| 04/20/17 | Z. Romata | 0.10 | C300 | Revising submission on security of supply | 37.00 |
| 04/20/17 | Z. Romata | 0.10 | C300 | Discussing revising submission on security of supply with S. Megregian | 37.00 |
| 04/20/17 | Z. Romata | 0.40 | C300 | Email to S. Lemaire regarding revised submission | 148.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| 04/20/17 | Z. Romata | 0.40 | C300 | Finalizing submission | 148.00 |
| 04/20/17 | Z. Romata | 0.10 | C300 | Email to Commission regarding finalization of submission | 37.00 |
| 04/21/17 | S.S. Megregian | 0.10 | C100 | Follow-up email from M. Kirst regarding same and respond | 70.00 |
| 04/21/17 | S.S. Megregian | 0.10 | C100 | Consider incoming from Commission regarding confidentiality on submission | 70.00 |
| 04/21/17 | S.S. Megregian | 0.10 | C100 | Discuss confidentiality on submission with Z. Romata | 70.00 |
| 04/21/17 | S.S. Megregian | 0.10 | C100 | Consider Z. Romata email to K. Brode and M. Kirst regarding confidentiality on submission | 70.00 |
| 04/21/17 | S.S. Megregian | 0.10 | C100 | Consider K. Brode comments regarding confidentiality | 70.00 |
| 04/21/17 | S.S. Megregian | 0.10 | C100 | Consider M. Kirst input regarding confidentiality of submission | 70.00 |
| 04/21/17 | S.S. Megregian | 0.10 | C100 | Email to M. Kirst and K. Brode regarding possible strategy to meet with senior officials | 70.00 |
| 04/21/17 | Z. Romata | 0.20 | C300 | Identifying confidential information in submission on security of supply | 74.00 |
| 04/21/17 | Z. Romata | 0.10 | C300 | Considering incoming from Commission regarding confidentiality | 37.00 |
| 04/21/17 | Z. Romata | 0.10 | C300 | Email to client regarding identifying confidential information in submission | 37.00 |
| 04/22/17 | S.S. Megregian | 0.10 | C100 | Discuss with Z. Romata plan for contacts to Commission regarding potential meeting | 70.00 |
| 04/22/17 | S.S. Megregian | 0.10 | C100 | Consider incoming from M. Kirst regarding possible Commission meeting | 70.00 |
| 04/22/17 | Z. Romata | 0.10 | C300 | Considering incoming from M. Kirst and S. Megregian regarding confidentiality claims and potential meeting with Commission | 37.00 |
| 04/23/17 | S.S. Megregian | 0.10 | C100 | Consider emails from Z. | 70.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | Romata and M. Kirst regarding potential meeting with Commission | |
| 04/24/17 | S.S. Megregian | 0.10 | C300 | Consider email from M. Kirst regarding further responses to Commission questionnaires | 70.00 |
| 04/24/17 | S.S. Megregian | 0.40 | C300 | Call with Z. Romata regarding draft responses on services questionnaire; comments to Z. Romata regarding same; discuss with Z. Romata regarding comments from K. Brode; review same and provide amendments to Z. Romata | 280.00 |
| 04/24/17 | S.S. Megregian | 0.20 | C300 | Consider correspondence regarding confidentiality on security of supply an email from K. Brode approving submission | 140.00 |
| 04/24/17 | S.S. Megregian | 0.20 | C300 | Consider incoming from N. Torbjorn regarding comments on fuel assembly response and discuss with Z. Romata | 140.00 |
| 04/24/17 | Z. Romata | 0.90 | C300 | Review of response on nuclear services questionnaire | 333.00 |
| 04/24/17 | Z. Romata | 0.40 | C300 | Discussing response on nuclear services questionnaire with S. Megregian | 148.00 |
| 04/24/17 | Z. Romata | 0.40 | C300 | Email to client with comments responses on nuclear services questionnaire | 148.00 |
| 04/24/17 | Z. Romata | 0.20 | C300 | Considering comments from K. Brode on nuclear services questionnaire | 74.00 |
| 04/24/17 | Z. Romata | 0.10 | C300 | Discussing answers from T. Noren regarding fuel assemblies with S. Megregian | 37.00 |
| 04/24/17 | Z. Romata | 0.40 | C300 | Considering answers from T. Noren regarding fuel assemblies | 148.00 |
| 04/25/17 | S.S. Megregian | 0.10 | C300 | Consider M. Kirst emails regarding timing of potential | 70.00 |

K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | Commission meeting | |
| 04/25/17 | S.S. Megregian | 0.20 | C300 | Discuss timing of potential Commission meeting with Z. Romata | 140.00 |
| 04/25/17 | S.S. Megregian | 0.30 | C300 | Consider Z. Romata email regarding revised response; consider M. Kirst response regarding same; consider Z. Romata email to Commission regarding security of supply and confidentiality; consider Commission response regarding same | 210.00 |
| 04/25/17 | Z. Romata | 2.20 | C300 | Revising FA questionnaire | 814.00 |
| 04/25/17 | Z. Romata | 0.30 | C300 | Contacting Commission to organize meeting | 111.00 |
| 04/26/17 | S.S. Megregian | 0.10 | C300 | Call with Z. Romata on organizing Commission meeting | 70.00 |
| 04/26/17 | S.S. Megregian | 0.10 | C300 | Consider M. Kirst email regarding Commission meeting | 70.00 |
| 04/26/17 | S.S. Megregian | 0.10 | C300 | Consider emails and attachments from M. Kirst on responses | 70.00 |
| 04/26/17 | Z. Romata | 0.20 | C300 | Call with Commission regarding meeting with officials and WEC representatives | 74.00 |
| 04/26/17 | Z. Romata | 0.10 | C300 | Considering incoming from M. Kirst regarding timing for meeting, response regarding same | 37.00 |
| 04/27/17 | F. Carloni | 0.40 | C300 | Telephone conference with Z. Romata regarding preparation of meeting with DG COMP of 4 May regarding background about Carles Esteva Mosso | 280.00 |
| 04/27/17 | F. Carloni | 0.30 | C300 | Telephone conference with Z. Romata and S. Megregian regarding scope of briefing points of meeting May 4th | 210.00 |
| 04/27/17 | F. Carloni | 0.30 | C300 | Draft follow-up regarding scope of briefing points and meeting of May 4th | 210.00 |
| 04/27/17 | S.S. Megregian | 0.10 | C300 | Consider email from M. | 70.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | Kirst regarding Fuel assembly responses; consider emails from M. Kirst, Z. Romata and Commission regarding potential Commission meeting | |
| 04/27/17 | S.S. Megregian | 0.20 | C300 | Discuss with Z. Romata Nuclear Island responses; discuss with Z. Romata status of all 4 questionnaire responses | 140.00 |
| 04/27/17 | S.S. Megregian | 0.20 | C300 | Consider numerous emails from M. Kirst, Z. Romata and Commission regarding logistics of Commission meeting | 140.00 |
| 04/27/17 | S.S. Megregian | 0.30 | C300 | Discuss with F. Carloni potential assistance with Commission meeting | 210.00 |
| 04/27/17 | S.S. Megregian | 0.10 | C300 | Consider incoming from K. Brode on nuclear Island submission; consider incoming from S. Lemaire regarding comments on nuclear services response and status of fuel assembly response; discuss with Z. Romata  update on responses and preparation for meeting | 70.00 |
| 04/27/17 | Z. Romata | 0.30 | C300 | Organizing meeting with Commission | 111.00 |
| 04/27/17 | Z. Romata | 1.30 | C300 | Reviewing responses to nuclear islands and nuclear services questionnaires | 481.00 |
| 04/27/17 | Z. Romata | 0.20 | C300 | Email exchanges with M. Kirst | 74.00 |
| 04/27/17 | Z. Romata | 0.30 | C300 | Instructing T. Siakka to upload nuclear island questionnaire online | 111.00 |
| 04/27/17 | Z. Romata | 0.40 | C300 | Discussing questionnaire with F. Carloni case team and case | 148.00 |
| 04/27/17 | Z. Romata | 0.20 | C300 | Update to S. Megreian regarding questionnaires | 74.00 |
| 04/27/17 | T. Siakka | 0.50 | B110 | Liaising and email exchange with Z. Romata regarding Westinghouse | 185.00 |

## K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | questionnaire | |
| 04/27/17 | T. Siakka | 1.50 | B110 | Review questionnaire and input in Commission's portal | 555.00 |
| 04/27/17 | T. Siakka | 0.40 | B110 | Email to Z. Romata and discussion regarding progress portal modalities and responses to confidentiality claims | 148.00 |
| 04/28/17 | F. Carloni | 0.70 | C300 | Prepare for and attend telephone conference with S. Megregian and Z. Romata regarding speaking notes for meeting with DG COMP of 4 May 2017 | 490.00 |
| 04/28/17 | F. Carloni | 0.40 | C300 | Review Z. Romata correspondence with speaking points | 280.00 |
| 04/28/17 | F. Carloni | 0.10 | C300 | Attention to correspondence regarding speaking points | 70.00 |
| 04/28/17 | S.S. Megregian | 0.20 | C300 | Consider M. Kirst and Z. Romata emails regarding meeting with Commission; consider incoming from M. Kirst regarding responses on fuel assemblies and nuclear services | 140.00 |
| 04/28/17 | S.S. Megregian | 0.40 | C300 | Call with Z. Romata and F. Carloni regarding talking points for Commission meeting; review talking points with Z. Romata and comments regarding same | 280.00 |
| 04/28/17 | S.S. Megregian | 0.20 | C300 | Discuss with Z. Romata submission of documents and review of nuclear services and fuel assemblies | 140.00 |
| 04/28/17 | S.S. Megregian | 0.10 | C300 | Consider M. Kirst response regarding pre-meeting and talking points | 70.00 |
| 04/28/17 | S.S. Megregian | 0.10 | C300 | Consider incoming email regarding response to I & C questionnaire | 70.00 |
| 04/28/17 | S.S. Megregian | 0.10 | C300 | Consider incoming from K. Brode on bullet points and incoming from  S. Lemaire on responses | 70.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| 04/28/17 | Z. Romata | 0.20 | C300 | Review of comments from S. Lemaire regarding talking points | 74.00 |
| 04/28/17 | Z. Romata | 2.00 | C300 | Finalizing nuclear services questionnaire | 740.00 |
| 04/28/17 | Z. Romata | 0.60 | C300 | Review of online submissions prepared by T. Siakka | 222.00 |
| 04/28/17 | Z. Romata | 0.40 | C300 | Review of fuel assemblies and I&C questionnaires | 148.00 |
| 04/28/17 | Z. Romata | 1.30 | C300 | Uploading fuel assemblies questionnaire online | 481.00 |
| 04/28/17 | Z. Romata | 0.40 | C300 | Discussing with S. Megregian and F. Carloni talking points for meeting | 148.00 |
| 04/28/17 | Z. Romata | 0.20 | C300 | Email to client regarding talking points for meeting | 74.00 |
| 04/28/17 | T. Siakka | 1.00 | B110 | Review first questionnaire and liaise with Z. Romata regarding comments | 370.00 |
| 04/28/17 | T. Siakka | 1.00 | B110 | Revise accordingly review and submit to the EC portal | 370.00 |
| 04/28/17 | T. Siakka | 0.10 | B110 | Email to Z. Romata regarding submitted questionnaire and confirmation | 37.00 |
| 04/28/17 | T. Siakka | 0.10 | B110 | Discussion with Z. Romata regarding second questionnaire | 37.00 |
| 04/28/17 | T. Siakka | 0.30 | B110 | Input responses | 111.00 |
| 04/28/17 | T. Siakka | 0.10 | B110 | Email regarding modalities regarding Q25 to Z. Romata | 37.00 |
| 04/28/17 | T. Siakka | 0.10 | B110 | Consider incoming from client and modify responses | 37.00 |
| 04/28/17 | T. Siakka | 0.30 | B110 | Review first questionnaire and liaise with Z. Romata regarding comments; review and submit questionnaire; email to Z. Romata regarding submitted responses and confirmation | 111.00 |
| 04/28/17 | T. Siakka | 0.10 | B110 | Email to Z. Romata regarding submitted responses and confirmation | 37.00 |
| 05/01/17 | S.S. Megregian | 0.10 | C300 | Consider emails from Z. Romata and M. Kirst | 70.00 |

**K&L GATES**

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | regarding submission | |
| 05/01/17 | S.S. Megregian | 0.10 | C300 | Consider email from D. De Novellis regarding response regarding submission | 70.00 |
| 05/01/17 | S.S. Megregian | 0.10 | C300 | Discuss with Z. Romata submission of I&C response to Commission | 70.00 |
| 05/01/17 | Z. Romata | 1.00 | C300 | Uploading I&C questionnaire online | 370.00 |
| 05/01/17 | Z. Romata | 0.10 | C300 | Email to client with questions on I&C questionnaire | 37.00 |
| 05/01/17 | Z. Romata | 0.10 | C300 | Considering incoming from M. Kirst regarding I&C questionnaire | 37.00 |
| 05/01/17 | Z. Romata | 0.10 | C300 | Revise submission of I&C questionnaire | 37.00 |
| 05/02/17 | F. Carloni | 0.20 | C300 | Attention to correspondence and follow-up with Z. Romata regarding meeting of 4 May | 140.00 |
| 05/02/17 | S.S. Megregian | 0.10 | C300 | Consider various incoming from M. Kirst, Z. Romata and Commission regarding meeting with Commission regarding concerns | 70.00 |
| 05/02/17 | S.S. Megregian | 0.10 | C300 | Discuss meeting and organizing call with Commission regarding concerns with Z. Romata | 70.00 |
| 05/02/17 | S.S. Megregian | 0.10 | C300 | Consider further emails from Commission regarding attendance at meeting | 70.00 |
| 05/02/17 | Z. Romata | 0.10 | c300 | Email to M. Kirst with responses submitted to Commission, considering incoming from M. Kirst regarding meeting | 37.00 |
| 05/02/17 | Z. Romata | 0.10 | c300 | Email to Commission to confirm attendees and place | 37.00 |
| 05/02/17 | Z. Romata | 0.10 | c300 | Discussing attendees and place with S. Megregian | 37.00 |
| 05/02/17 | Z. Romata | 0.10 | c300 | Email to M. Kirst regarding meeting, further email exchange with client regarding call | 37.00 |
| 05/03/17 | F. Carloni | 1.80 | C300 | Review presentation to European Commission of | 1,260.00 |

## K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | 19 January 2017; and updated list of talking points regarding meeting of 4 May with European Commission | |
| 05/03/17 | F. Carloni | 1.00 | C300 | Prepare for and attend telephone conference with M. Kirst, Kevin Brode, S. Megregian, Z. Romata regarding preparation of meeting of 4 May 2017 | 700.00 |
| 05/03/17 | S.S. Megregian | 0.20 | C300 | Call with counsel to discuss updates and intelligence | 140.00 |
| 05/03/17 | S.S. Megregian | 0.10 | C300 | Consider incoming from M. Kirst regarding materials for preparation of Commission meeting | 70.00 |
| 05/03/17 | S.S. Megregian | 0.10 | C300 | Discuss preparation of commission meeting with Z. Romata and provide comments | 70.00 |
| 05/03/17 | S.S. Megregian | 0.40 | C300 | Prepare for call for Commission meeting with K. Brode, M. Kirst and KL Gates team | 280.00 |
| 05/03/17 | S.S. Megregian | 0.10 | C300 | Email to M. Powell regarding proposed call | 70.00 |
| 05/03/17 | S.S. Megregian | 0.20 | C300 | Consider update from F. Carloni regarding deadline for EDF to offer remedies | 140.00 |
| 05/03/17 | S.S. Megregian | 0.10 | C300 | Discuss with Z. Romata and instructions regarding update of client | 70.00 |
| 05/03/17 | S.S. Megregian | 0.20 | C300 | Consider incoming MLex update regarding intelligence on status of Commission review | 140.00 |
| 05/03/17 | Z. Romata | 0.30 | c300 | Considering talking points from M. Kirst regarding preparing for additional information on remedies and counter arguments to EU arguments | 111.00 |
| 05/03/17 | Z. Romata | 0.90 | c300 | Preparing additional info on remedies and counter arguments to EU arguments | 333.00 |
| 05/03/17 | Z. Romata | 0.10 | c300 | Discussing remedies and counter arguments to EU with S. Megregian | 37.00 |

## K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| 05/03/17 | Z. Romata | 0.10 | c300 | Email to M. Kirst regarding remedies and counter arguments to EU | 37.00 |
| 05/03/17 | Z. Romata | 0.60 | c300 | Call to discuss meeting with Commission | 222.00 |
| 05/03/17 | Z. Romata | 0.20 | c300 | Call with M. Powell to discuss meeting with Commission | 74.00 |
| 05/03/17 | Z. Romata | 0.20 | c300 | Update email to client regarding meeting with Commission | 74.00 |
| 05/03/17 | Z. Romata | 2.50 | c300 | Travel to Brussels for meeting with Commission | 925.00 |
| 05/04/17 | F. Carloni | 1.00 | C300 | Attend preparatory meeting and with L. Van Hulle, S. Lemaire, M. Kirst, Z. Romata | 700.00 |
| 05/04/17 | F. Carloni | 2.00 | C300 | Meeting with L. Van Hulle, S. Lemaire, M. Kirst, C. Esteva Mosso, H. Anttilainen, B. Popescu, C. Tixier, D. Gerard | 1,400.00 |
| 05/04/17 | F. Carloni | 0.80 | C300 | Debrief meeting with S. Megregian and Z. Romata regarding preparation of submission to DG COMP regarding remedy issues | 560.00 |
| 05/04/17 | F. Carloni | 0.60 | C300 | Office conferences with Z. Romata and K. Hristova regarding scope of research regarding preparation of note | 420.00 |
| 05/04/17 | F. Carloni | 5.00 | C300 | Draft note regarding remedy issues | 3,500.00 |
| 05/04/17 | K. Hristova | 0.60 | C300 | Office conference with F. Carloni and Z. Romata regarding scope of research regarding European Commission precedents regarding Westinghouse paper on remedies | 129.00 |
| 05/04/17 | K. Hristova | 2.90 | C300 | Research, draft findings regarding European Commission precedents regarding Westinghouse paper on remedies | 623.50 |
| 05/04/17 | M. Kocon | 1.80 | C200 | Review and analysis of EU precedents on meager | 666.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | remedy decisions imposing obligation on merging parties to continue existing contracts | |
| 05/04/17 | M. Kocon | 0.40 | C200 | Draft and internal communication of note summarizing supporting case law on precedents on meager remedy decisions imposing obligation on merging parties to continue existing contracts | 148.00 |
| 05/04/17 | S.S. Megregian | 0.40 | C300 | Preparatory call with WEC team, Z. Romata and F. Carloni for Commission meeting | 280.00 |
| 05/04/17 | S.S. Megregian | 0.80 | C300 | Discuss with Z. Romata and F. Carloni regarding results of Commission meeting and next steps | 560.00 |
| 05/04/17 | S.S. Megregian | 0.10 | C300 | Consider Z. Romata email regarding clarification of Vesteros capacity | 70.00 |
| 05/04/17 | S.S. Megregian | 0.10 | C300 | Consider emails from commission regarding follow-up questions and Z. Romata email regarding same | 70.00 |
| 05/04/17 | Z. Romata | 2.00 | c300 | Pre-meeting with F. Carloni, S. Lemaire, M. Kirst and L. Van Hulle, | 740.00 |
| 05/04/17 | Z. Romata | 1.50 | c300 | Meeting with Commission | 555.00 |
| 05/04/17 | Z. Romata | 1.00 | c300 | Debriefing and setting next steps with client thereafter | 370.00 |
| 05/04/17 | Z. Romata | 0.80 | c300 | Instructing M. Kocon and K Hristova regarding research on precedents | 296.00 |
| 05/04/17 | Z. Romata | 0.80 | c300 | Call with S. Megregian regarding meeting with Commission and next steps | 296.00 |
| 05/04/17 | Z. Romata | 0.80 | c300 | Travel from meeting | 296.00 |
| 05/04/17 | Z. Romata | 0.30 | c300 | Considering incoming from Commission, email to client regarding same, considering incoming from F. Carloni | 111.00 |
| 05/05/17 | F. Carloni | 0.90 | C300 | Review Z. Romata's comments regarding Westinghouse submission | 630.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | to European Commission; review Areva/Urenco/ETC JV and firewall | |
| 05/05/17 | F. Carloni | 0.40 | C300 | Telephone conference with Z. Romata regarding same | 280.00 |
| 05/05/17 | F. Carloni | 0.50 | C300 | Draft comments regarding submission | 350.00 |
| 05/05/17 | S.S. Megregian | 0.10 | C300 | Consider incoming from RED counsel regarding submission on remedies | 70.00 |
| 05/05/17 | Z. Romata | 0.80 | C300 | Review of submission on remedies from F. Carloni | 296.00 |
| 05/05/17 | Z. Romata | 1.80 | C300 | Revising submission on remedies and providing comments to F. Carloni | 666.00 |
| 05/05/17 | Z. Romata | 0.50 | C300 | Finalizing draft of submission on remedies | 185.00 |
| 05/07/17 | S.S. Megregian | 0.30 | C300 | Discuss with Z. Romata preparing response to further questions on capacity | 210.00 |
| 05/07/17 | S.S. Megregian | 0.10 | C300 | Review with Z. Romata draft submission on remedies | 70.00 |
| 05/07/17 | Z. Romata | 0.20 | c300 | Discussing draft submission on remedies with S. Megregian | 74.00 |
| 05/07/17 | Z. Romata | 2.00 | c300 | Revising draft submission on remedies to incorporate S. Megregian comments | 740.00 |
| 05/07/17 | Z. Romata | 1.50 | c300 | Review of case law referred to regarding draft submission on remedies | 555.00 |
| 05/08/17 | F. Carloni | 0.30 | C300 | Telephone conference with Z. Romata regarding S. Megregian's comments to draft submission and tender precedents in Commission decisions | 210.00 |
| 05/08/17 | B. C. McLaughlin | 0.40 | L320 | Proof read document for Z. Romata; updated soft copy and emailed to Z. Romata | 118.00 |
| 05/08/17 | S.S. Megregian | 0.40 | C300 | Review with Z. Romata draft submission and comment | 280.00 |
| 05/08/17 | S.S. Megregian | 0.30 | C300 | Consider revised submission and provide final comments | 210.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| 05/08/17 | S.S. Megregian | 0.10 | C300 | Consider incoming update from M. Kirst regarding status of responses to Commission | 70.00 |
| 05/08/17 | S.S. Megregian | 0.10 | C300 | Update to RED counsel regarding status of responses to Commission | 70.00 |
| 05/08/17 | Z. Romata | 2.00 | c300 | Working on remedies submission | 740.00 |
| 05/08/17 | Z. Romata | 0.40 | c300 | Discussing work on remedies submission with S. Megregian | 148.00 |
| 05/08/17 | Z. Romata | 1.00 | c300 | Further research on case law regarding remedies | 370.00 |
| 05/08/17 | Z. Romata | 0.10 | c300 | Email to M. Kirst regarding timing of responses to Commission's latest questions | 37.00 |
| 05/09/17 | M. Kocon | 3.00 | C200 | Assessment of EU Commission merger control precedents dealing with remedy decisions requiring merging parties to source supplies from third parties by way of a public auction | 1,110.00 |
| 05/09/17 | M. Kocon | 0.50 | C200 | Draft and internal communication of email summarizing findings and conclusions | 185.00 |
| 05/09/17 | S.S. Megregian | 0.10 | C300 | Discuss with Z. Romata amendments to remedies submission based on K. Brode comments | 70.00 |
| 05/09/17 | S.S. Megregian | 0.10 | C300 | Consider incoming from M. Kirst regarding responses to questions from Commission and review of remedies submission | 70.00 |
| 05/09/17 | S.S. Megregian | 0.20 | C300 | Discuss M. Kirst email with Z. Romata and review responses | 140.00 |
| 05/09/17 | S.S. Megregian | 0.10 | C300 | Consider Z. Romata email regarding revised supply and capacity tables for CMA | 70.00 |
| 05/09/17 | Z. Romata | 0.80 | c300 | Considering comments from K. Brode, revising submission on remedies accordingly | 296.00 |

## K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| 05/09/17 | Z. Romata | 0.10 | c300 | Discussing comments from K. Brode and revising submission on remedies with S. Megregian | 37.00 |
| 05/09/17 | Z. Romata | 0.20 | c300 | Email to client regarding revising submission on remedies | 74.00 |
| 05/09/17 | Z. Romata | 0.20 | c300 | Discussing with M. Kocon research on precedents requesting the merging party to source products/services post-merger from third party suppliers through auctions/public tenders | 74.00 |
| 05/09/17 | Z. Romata | 0.20 | c300 | Review of responses to latest RFI | 74.00 |
| 05/09/17 | Z. Romata | 0.30 | c300 | Comments to M. Kirst on same and further email exchange regarding actual capacity | 111.00 |
| 05/10/17 | S.S. Megregian | 0.10 | C300 | Consider M. Kirst and Z. Romata emails regarding submission of capacity and utilization data; consider further incoming from Commission regarding capacity clarification | 70.00 |
| 05/10/17 | S.S. Megregian | 0.10 | C300 | Discuss submission of capacity and utilization data and capacity clarification with Z. Romata | 70.00 |
| 05/10/17 | S.S. Megregian | 0.10 | C300 | Consider email from M. Kirst regarding comments to remedies paper | 70.00 |
| 05/10/17 | S.S. Megregian | 0.10 | C300 | Discuss amendments regarding comments to remedies paper with Z. Romata | 70.00 |
| 05/10/17 | S.S. Megregian | 0.20 | C300 | Consider Z. Romata emails to M. Kirst regarding responses to Commission questions and remedies paper | 140.00 |
| 05/10/17 | Z. Romata | 2.20 | c300 | Finalizing response to latest RFI and submitting same to Commission | 814.00 |
| 05/10/17 | Z. Romata | 0.30 | c300 | Considering comments from M. Kirst on submission | 111.00 |

**K&L GATES**

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | on potential remedies | |
| 05/10/17 | Z. Romata | 0.40 | c300 | Revising submission on potential remedies accordingly | 148.00 |
| 05/10/17 | Z. Romata | 0.10 | c300 | Discussing submission on potential remedies with S. Megregian | 37.00 |
| 05/10/17 | Z. Romata | 0.30 | c300 | Call from Commission regarding responses to questions | 111.00 |
| 05/10/17 | Z. Romata | 0.10 | c300 | Email to M. Kirst with follow-up questions from Commission | 37.00 |
| 05/11/17 | S.S. Megregian | 0.10 | C300 | Consider incoming from M. Kirst regarding review of responses to Commission on clarifying capacity questions | 70.00 |
| 05/11/17 | S.S. Megregian | 0.10 | C300 | Consider incoming regarding IP protection language | 70.00 |
| 05/11/17 | S.S. Megregian | 0.40 | C300 | Discuss with M. Kirst and Z. Romata communications with EDF | 280.00 |
| 05/11/17 | S.S. Megregian | 0.10 | C300 | Consider emails from S. Lemaire and M. Kirst re comments on remedies paper | 70.00 |
| 05/11/17 | S.S. Megregian | 0.20 | C300 | Discuss responses to emails from S. Lemaire and M. Kirst regarding comments on remedies paper with Z. Romata | 140.00 |
| 05/11/17 | S.S. Megregian | 0.30 | C300 | Consider draft response to S. Lemaire comments and comments to Z. Romata regarding same | 210.00 |
| 05/11/17 | S.S. Megregian | 0.10 | C300 | Consider further emails from Z. Romata and M. Kirst regarding remedies submission; consider incoming from S. Lemaire regarding EDF agreement; respond regarding same | 70.00 |
| 05/11/17 | Z. Romata | 0.30 | c300 | Review of response to Commission's questions | 111.00 |
| 05/11/17 | Z. Romata | 0.40 | c300 | Call with M. Kirst regarding calls from EDF | 148.00 |
| 05/11/17 | Z. Romata | 0.20 | c300 | Filing response with | 74.00 |

## K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | Commission | |
| 05/11/17 | Z. Romata | 0.20 | c300 | Responding to comments on draft submission on remedies | 74.00 |
| 05/11/17 | Z. Romata | 0.30 | c300 | Considering incoming from S. Lemaire regarding EDF request and response from S. Megregian | 111.00 |
| 05/12/17 | S.S. Megregian | 0.10 | C300 | Consider response from S. Lemaire regarding communications from EDF regarding IP agreement | 70.00 |
| 05/12/17 | S.S. Megregian | 0.40 | C300 | Discussion with European Commission regarding contact from EDF | 280.00 |
| 05/12/17 | S.S. Megregian | 0.40 | C300 | Consider draft email update regarding communications from EDF regarding IP agreement and comment to Z. Romata | 280.00 |
| 05/12/17 | S.S. Megregian | 0.20 | C300 | Email to team regarding possible arrangement with EDF | 140.00 |
| 05/12/17 | S.S. Megregian | 0.20 | C300 | Consider incoming from M. Kirst regarding negotiations with EDF and respond regarding same; instructions to Z. Romata regarding follow-up on remedies paper | 140.00 |
| 05/12/17 | S.S. Megregian | 0.10 | C300 | Consider incoming from S. Lemaire regarding contact with EDF and process; consider final document Z. Romata email to Commission regarding submission regarding remedies; consider incoming request from ▮RED▮ counsel regarding remedies paper; consider M. Kirst response; respond to ▮RED▮ counsel regarding same | 70.00 |
| 05/12/17 | Z. Romata | 0.20 | c300 | Considering incoming from S. Lemaire regarding contact with EDF and process | 74.00 |
| 05/12/17 | Z. Romata | 0.10 | c300 | Reviewing EDF letter | 37.00 |
| 05/12/17 | Z. Romata | 0.40 | c300 | Considering incoming from | 148.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | S. Lemaire, organizing call with Commission, call with Commission, reporting back to client about call with Commission and EDF request, finalizing submission on remedies, email to Commission regarding same, considering request from Counsel, email to M. Kirst regarding same, preparing redacted version for counsel, email to M. Powell | |
| 05/12/17 | Z. Romata | 0.20 | c300 | Reporting back to client about call with Commission and EDF request | 74.00 |
| 05/12/17 | Z. Romata | 0.50 | c300 | Finalizing submission on remedies and email to Commission | 185.00 |
| 05/12/17 | Z. Romata | 0.10 | c300 | Considering request from RED counsel regarding remedy paper | 37.00 |
| 05/12/17 | Z. Romata | 0.10 | c300 | Email to M. Kirst regarding same, preparing redacted version for RED counsel, email to M. Powell | 37.00 |
| 05/15/17 | S.S. Megregian | 0.10 | C300 | Instructions to Z. Romata regarding confirming with Commission regarding remedies submission; consider incoming from Commission regarding acknowledgement of submission | 70.00 |
| 05/15/17 | S.S. Megregian | 0.10 | C300 | Consider incoming from S. Lemaire regarding communication from EDF and propose response regarding same | 70.00 |
| 05/15/17 | Z. Romata | 0.10 | c300 | Email to Commission regarding submission, considering incoming from S. Lemaire regarding signing EDF letter and responding regarding same | 37.00 |
| 05/18/17 | S.S. Megregian | 0.10 | C300 | Consider incoming from M. Kirst regarding EDF/Areva joint venture; discuss same | 70.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | with Z. Romata | |
| 05/18/17 | S.S. Megregian | 0.10 | C300 | Instructions to Z. Romata regarding updating Commission; consider confirmation from Commission | 70.00 |
| 05/18/17 | Z. Romata | 0.10 | c300 | Considering incoming from M. Kirst regarding Areva EDF JV | 37.00 |
| 05/18/17 | Z. Romata | 0.10 | c300 | Discussing incoming from M. Kirst regarding Areva EDF JV with S. Megregian and informing Commission | 37.00 |
| 05/19/17 | F. Carloni | 0.20 | C300 | Consider press reports regarding merger control proceedings EDF/Areva regarding expected unconditional clearance in Phase I and liaise with team regarding same | 140.00 |
| 05/19/17 | S.S. Megregian | 0.10 | C300 | Consider incoming voicemail from RED counsel regarding status update | 70.00 |
| 05/19/17 | S.S. Megregian | 0.30 | C300 | Call with RED counsel to discuss status update | 210.00 |
| 05/19/17 | S.S. Megregian | 0.10 | C300 | Consider reports regarding likely approval of transaction | 70.00 |
| 05/19/17 | Z. Romata | 0.20 | c300 | Call with M. Powell regarding latest update on remedies and progress of Commission investigation | 74.00 |
| 05/20/17 | S.S. Megregian | 0.10 | C300 | Emails with RED counsel regarding status update | 70.00 |
| 05/20/17 | S.S. Megregian | 0.10 | C300 | Email M. Kirst and K. Brode regarding press reports on transaction clearance | 70.00 |
| 05/20/17 | S.S. Megregian | 0.40 | C300 | Call with RED counsel regarding press reports and possible next steps | 280.00 |
| 05/20/17 | S.S. Megregian | 0.10 | C300 | Draft email to K. Brode and M. Kirst regarding communications with RED counsel | 70.00 |
| 05/20/17 | Z. Romata | 0.30 | c300 | Call with M. Powell and S. Megregian regarding latest press report on EDF/Areva | 111.00 |
| 05/21/17 | S.S. Megregian | 0.20 | C300 | Consider incoming from M. | 140.00 |

**K&L GATES**

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | Kirst on possible options | |
| 05/21/17 | S.S. Megregian | 0.30 | C300 | Draft email to M. Kirst regarding options for responding to reported unconditional approval | 210.00 |
| 05/22/17 | S.S. Megregian | 0.10 | C300 | Consider M. Kirst email regarding contacting case team for update | 70.00 |
| 05/22/17 | S.S. Megregian | 0.10 | C300 | Emails with K. Brode and M. Kirst regarding press reports | 70.00 |
| 05/22/17 | S.S. Megregian | 0.10 | C300 | Discuss email to Case Team regarding update and press reports with Z. Romata | 70.00 |
| 05/22/17 | S.S. Megregian | 0.10 | C300 | Consider emails with case team | 70.00 |
| 05/22/17 | S.S. Megregian | 0.10 | C300 | Call with Commission case team to try and determine status | 70.00 |
| 05/22/17 | S.S. Megregian | 0.10 | C300 | Email M. Kirst and K. Brode regarding call with Case team | 70.00 |
| 05/22/17 | S.S. Megregian | 0.10 | C300 | Call with RED counsel to compare notes | 70.00 |
| 05/22/17 | Z. Romata | 0.10 | c300 | Considering incoming from M. Kirst and K. Brode, email to Commission, | 37.00 |
| 05/22/17 | Z. Romata | 0.50 | c300 | Call with Commission and S. Megregian regarding incoming from M. Kirst and K. Brode | 185.00 |
| 05/23/17 | S.S. Megregian | 0.10 | C300 | Consider email from M. Kirst regarding contacts with RED counsel | 70.00 |
| 05/23/17 | S.S. Megregian | 0.10 | C300 | Email back regarding comments from M. Kirst regarding contacts with counsel | 70.00 |
| 05/29/17 | S.S. Megregian | 0.20 | C300 | Consider incoming regarding proposed amendments to supply agreement; consider Commission release regarding approval; end correspondence between Z. Romata and M. Kirst; consider email from K. Brode on potential contract | 140.00 |

**K&L GATES**

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | amendment | |
| 05/29/17 | Z. Romata | 0.20 | c300 | Considering incoming from M. Kirst approval of EDF/Areva deal, review of market intelligence on same, email to M. Kirst regarding same | 74.00 |
| 05/30/17 | S.S. Megregian | 0.10 | C300 | Discuss with Z. Romata inquiry from A. Vallee Jego | 70.00 |
| 05/30/17 | Z. Romata | 0.10 | c300 | Considering incoming from K. Brode and follow up from A. Vallee Jego, responding to same | 37.00 |
| | TOTAL FEES | 154.80 | hrs | $ | 71,825.00 |

### TIMEKEEPER SUMMARY

| | | | | | |
|------|------|------|------|------|------|
| F. Carloni | 16.90 | hrs at | $ | 700.00  / hr | 11,830.00 |
| K. Hristova | 3.50 | hrs at | $ | 215.00  / hr | 752.50 |
| M. Kocon | 5.70 | hrs at | $ | 370.00  / hr | 2,109.00 |
| B. C. McLaughlin | 2.50 | hrs at | $ | 295.00  / hr | 737.50 |
| S.S. Megregian | 29.40 | hrs at | $ | 700.00  / hr | 20,580.00 |
| Z. Romata | 91.30 | hrs at | $ | 370.00  / hr | 33,781.00 |
| T. Siakka | 5.50 | hrs at | $ | 370.00  / hr | 2,035.00 |
| | TOTAL FEES | 154.80 | hrs | $ | 71,825.00 |

**K&L GATES**

Invoice # 3389817
0236915.00013
Page 30 of 31

### TASK CODE SUMMARY

| | | | | |
|------|---------------------|--------|-----|-----------|
| B110 | Case Administration | 5.50 | hrs | 2,035.00 |
| C100 | Fact Gathering | 10.40 | hrs | 7,280.00 |
| C200 | Researching Law | 5.70 | hrs | 2,109.00 |
| C300 | Analysis and Advice | 1.00 | hrs | 700.00 |
| c300 | Analysis and Advice | 5.20 | hrs | 1,924.00 |
| C300 | Analysis and Advice | 1.00 | hrs | 700.00 |
| c300 | Analysis and Advice | 3.50 | hrs | 1,295.00 |
| C300 | Analysis and Advice | 0.50 | hrs | 350.00 |
| c300 | Analysis and Advice | 1.50 | hrs | 555.00 |
| C300 | Analysis and Advice | 0.40 | hrs | 280.00 |
| c300 | Analysis and Advice | 1.00 | hrs | 370.00 |
| C300 | Analysis and Advice | 0.90 | hrs | 630.00 |
| c300 | Analysis and Advice | 0.50 | hrs | 185.00 |
| C300 | Analysis and Advice | 0.50 | hrs | 350.00 |
| c300 | Analysis and Advice | 0.70 | hrs | 259.00 |
| C300 | Analysis and Advice | 0.20 | hrs | 74.00 |
| c300 | Analysis and Advice | 0.40 | hrs | 148.00 |
| C300 | Analysis and Advice | 0.30 | hrs | 111.00 |
| c300 | Analysis and Advice | 0.10 | hrs | 37.00 |
| C300 | Analysis and Advice | 1.30 | hrs | 877.00 |
| c300 | Analysis and Advice | 0.50 | hrs | 185.00 |
| C300 | Analysis and Advice | 0.20 | hrs | 74.00 |
| C300 | Analysis and Advice | 0.90 | hrs | 333.00 |
| C300 | Analysis and Advice | 0.20 | hrs | 140.00 |
| c300 | Analysis and Advice | 0.10 | hrs | 37.00 |
| C300 | Analysis and Advice | 35.40 | hrs | 18,378.00 |
| c300 | Analysis and Advice | 0.20 | hrs | 74.00 |
| C300 | Analysis and Advice | 0.40 | hrs | 280.00 |
| c300 | Analysis and Advice | 2.00 | hrs | 740.00 |
| C300 | Analysis and Advice | 12.70 | hrs | 4,936.00 |
| c300 | Analysis and Advice | 0.10 | hrs | 37.00 |
| C300 | Analysis and Advice | 0.60 | hrs | 420.00 |
| c300 | Analysis and Advice | 0.30 | hrs | 111.00 |
| C300 | Analysis and Advice | 1.80 | hrs | 1,260.00 |
| c300 | Analysis and Advice | 2.00 | hrs | 740.00 |
| C300 | Analysis and Advice | 1.70 | hrs | 1,091.00 |
| c300 | Analysis and Advice | 0.30 | hrs | 111.00 |
| C300 | Analysis and Advice | 1.00 | hrs | 700.00 |
| c300 | Analysis and Advice | 4.60 | hrs | 1,702.00 |
| C300 | Analysis and Advice | 7.90 | hrs | 2,902.50 |
| c300 | Analysis and Advice | 2.20 | hrs | 814.00 |
| C300 | Analysis and Advice | 0.10 | hrs | 70.00 |
| c300 | Analysis and Advice | 0.30 | hrs | 111.00 |
| C300 | Analysis and Advice | 0.10 | hrs | 70.00 |

**K&L GATES**

| | | | | |
|---|---|---|---|---|
| c300 | Analysis and Advice | 0.20 | hrs | 74.00 |
| C300 | Analysis and Advice | 0.10 | hrs | 70.00 |
| c300 | Analysis and Advice | 0.10 | hrs | 37.00 |
| C300 | Analysis and Advice | 0.10 | hrs | 70.00 |
| c300 | Analysis and Advice | 0.10 | hrs | 37.00 |
| C300 | Analysis and Advice | 0.10 | hrs | 70.00 |
| c300 | Analysis and Advice | 0.50 | hrs | 185.00 |
| C300 | Analysis and Advice | 0.40 | hrs | 280.00 |
| c300 | Analysis and Advice | 0.10 | hrs | 37.00 |
| C300 | Analysis and Advice | 0.40 | hrs | 280.00 |
| c300 | Analysis and Advice | 0.20 | hrs | 74.00 |
| C300 | Analysis and Advice | 0.20 | hrs | 140.00 |
| c300 | Analysis and Advice | 0.10 | hrs | 37.00 |
| C300 | Analysis and Advice | 29.50 | hrs | 12,037.00 |
| c300 | Analysis and Advice | 1.10 | hrs | 407.00 |
| C300 | Analysis and Advice | 1.40 | hrs | 980.00 |
| c300 | Analysis and Advice | 0.80 | hrs | 296.00 |
| C300 | Analysis and Advice | 0.70 | hrs | 391.00 |
| L320 | Document Production | 0.40 | hrs | 118.00 |
| P400 | Initial Document Prep/Filing | 2.10 | hrs | 619.50 |
| | TOTAL FEES | 154.80 | hrs | $    71,825.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Taxi / Uber Fare | 219.04 |
| Travel Expenses: Air Fare | 206.16 |
| Travel Expenses: Hotel | 283.63 |
| Travel Expenses: Meals | 27.63 |
| DISBURSEMENTS & OTHER CHARGES | $      736.46 |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Westinghouse Electric Company, LLC | Invoice Date | : | July 24, 2017 |
| 1000 Westinghouse Drive | Invoice Number | : | 3402114 |
| Cranberry Township, PA  16066 | Services Through | : | June 30, 2017 |
| Attn:    Kevin W. Brode, Equire/Deputy General Counsel | | | |

**0236915.00013    E.U. Competition Counseling**

## <u>INVOICE SUMMARY</u>

| | | |
|---|---|---|
| Fees | $ | 387.00 |
| **CURRENT INVOICE DUE** | **$** | **387.00** |

Due and Payable upon Receipt

Mail:   K&L Gates LLP, K&L Gates Center – RCAC, 210 Sixth Ave, Pittsburgh, PA 15222

Wire Transfer Instructions:   Receiving Bank:  The Bank of New York Mellon, 500 Ross Street, Pittsburgh, PA 15262
BIC Code: IRVTUS3N
ABA: 043000261
Beneficiary: K&L Gates LLP  AIS Account
Acct No.: 127-2657

When initiating a wire transfer/ACH, please reference client/matter number on wire information and please send
notification to RCAC_East@klgates.com with details including dollar amount, date and client/matter/invoice number(s).

# K&L GATES

## **FEES**

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| 06/05/17 | S.S. Megregian | 0.10 | C300 | Emails with M Powell for TVO re update on next steps | 70.00 |
| 06/06/17 | S.S. Megregian | 0.10 | C300 | Consider incoming from M Kirst re next steps | 70.00 |
| 06/07/17 | S.S. Megregian | 0.20 | C300 | Call with M Powell, counsel for TVO re information on decision | 140.00 |
| 06/07/17 | S.S. Megregian | 0.10 | C300 | Email update to M Kirst re status | 70.00 |
| 06/07/17 | Z. Romata | 0.10 | c300 | Research on EDF/Areva deal (whether decision has been published), discussing same S Megregian | 37.00 |
| | | | | TOTAL FEES          0.60   hrs          $ | 387.00 |

## **TIMEKEEPER SUMMARY**

| | | | | |
|---|---|---|---|---|
| S.S. Megregian | 0.50 | hrs at  $ | 700.00  / hr | 350.00 |
| Z. Romata | 0.10 | hrs at  $ | 370.00  / hr | 37.00 |
| | TOTAL FEES | 0.60 | hrs          $ | 387.00 |

## **TASK CODE SUMMARY**

| | | | | |
|---|---|---|---|---|
| C300 | Analysis and Advice | 0.20 | hrs | 140.00 |
| c300 | Analysis and Advice | 0.10 | hrs | 37.00 |
| C300 | Analysis and Advice | 0.30 | hrs | 210.00 |
| | TOTAL FEES | 0.60 | hrs          $ | 387.00 |

**K&L GATES**

K&L GATES LLP
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Westinghouse Electric Company, LLC | Invoice Date | : | August 15, 2017 |
| 1000 Westinghouse Drive | Invoice Number | : | 3419028 |
| Cranberry Township, PA  16066 | Services Through | : | July 31, 2017 |
| Attn:   Kevin W. Brode, Equire/Deputy General | | | |
| Counsel | | | |

---

**0236915.00013     E.U. Competition Counseling**

## INVOICE SUMMARY

Disbursements and Other Charges                                    $          21.40

**CURRENT INVOICE DUE**                                           $          **21.40**

---

Due and Payable upon Receipt

Mail:   K&L Gates LLP, K&L Gates Center – RCAC, 210 Sixth Ave, Pittsburgh, PA 15222

Wire Transfer Instructions:   Receiving Bank:  The Bank of New York Mellon, 500 Ross Street, Pittsburgh, PA 15262
BIC Code: IRVTUS3N
ABA: 043000261
Beneficiary: K&L Gates LLP  AIS Account
Acct No.: 127-2657

When initiating a wire transfer/ACH, please reference client/matter number on wire information and please send
notification to RCAC_East@klgates.com with details including dollar amount, date and client/matter/invoice number(s).

# K&L GATES

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Telephone / Conference Calls / Fx Line Trans | 21.40 |
| DISBURSEMENTS & OTHER CHARGES | $ 21.40 |