**K&L GATES**

K&L GATES LLP
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

Westinghouse Electric Co. LLC          Invoice Date      :   June 23, 2017
1000 Westinghouse Drive                 Invoice Number    :   3389819
Cranberry Township, PA 16066            Services Through  :   May 31, 2017

**0236915.00034    Non-adverse compliance and insurance advice**

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $ 1,680.00 |
| Disbursements and Other Charges | $ 67.56 |
| **CURRENT INVOICE DUE** | **$ 1,747.56** |

Trust Balance on this Matter: $888,965.92

Due and Payable upon Receipt

Mail:  K&L Gates LLP, K&L Gates Center – RCAC, 210 Sixth Ave, Pittsburgh, PA 15222
Wire Transfer Instructions:   Receiving Bank:  The Bank of New York Mellon, 500 Ross Street, Pittsburgh, PA 15262
                              BIC Code: IRVTUS3N
                              ABA: 043000261
                              Beneficiary: K&L Gates LLP  AIS Account
                              Acct No.: 127-2657

When initiating a wire transfer/ACH, please reference client/matter number on wire information and please send
notification to RCAC_East@klgates.com with details including dollar amount, date and client/matter/invoice number(s).

**K&L GATES**

Invoice # 3389819
0236915.00034
Page 2 of 2

## FEES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 05/30/17 | P. W. Sweeney | 0.30 | B110 | Review of documents regarding CPUC arbitration and potential disclosure of proprietary information | 210.00 |
| 05/30/17 | P. W. Sweeney | 0.30 | B110 | Conversation with client regarding steps to protect disclosure of said information | 210.00 |
| 05/31/17 | R. W. Hosking | 1.50 | L120 | Conferences and emails with K. Brode and P. Sweeney | 1,050.00 |
| 05/31/17 | P. W. Sweeney | 0.30 | L190 | Draft edits to proposed declaration to be submitted with motion to seal in CPUC proceeding | 210.00 |
|  |  | TOTAL FEES |  | 2.40   hrs | $   1,680.00 |

## TIMEKEEPER SUMMARY

| | | | | |
|---|---|---|---|---|
| R. W. Hosking | 1.50 hrs at | $ | 700.00 / hr | 1,050.00 |
| P. W. Sweeney | 0.90 hrs at | $ | 700.00 / hr | 630.00 |
| | TOTAL FEES | 2.40 hrs | | $   1,680.00 |

## TASK CODE SUMMARY

| | | | |
|---|---|---|---|
| B110 | Case Administration | 0.60 hrs | 420.00 |
| L120 | Analysis/Strategy | 1.50 hrs | 1,050.00 |
| L190 | Other Case Assessment, Development and | 0.30 hrs | 210.00 |
| | TOTAL FEES | 2.40 hrs | $   1,680.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Pacer Research | 7.10 |
| Westlaw Research | 60.46 |
| DISBURSEMENTS & OTHER CHARGES | $   67.56 |

**K&L GATES**

K&L GATES LLP
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613

T +1 412 355 6500   F +1 412 355 6501   klgates.com

Tax ID No. 25 0921018

| | |
|---|---|
| Westinghouse Electric Co. LLC | Invoice Date     :  July 24, 2017 |
| 1000 Westinghouse Drive | Invoice Number   :  3410075 |
| Cranberry Township, PA 16066 | Services Through :  June 30, 2017 |

**0236915.00034    Non-adverse compliance and insurance advice**

## INVOICE SUMMARY

Fees                                              $      1,820.00

**CURRENT INVOICE DUE**                           **$     1,820.00**

Trust Balance on this Matter:  $888,965.92

---

Due and Payable upon Receipt

Mail:   K&L Gates LLP, K&L Gates Center – RCAC, 210 Sixth Ave, Pittsburgh, PA 15222

Wire Transfer Instructions:   Receiving Bank:  The Bank of New York Mellon, 500 Ross Street, Pittsburgh, PA 15262
BIC Code: IRVTUS3N
ABA: 043000261
Beneficiary: K&L Gates LLP  AIS Account
Acct No.: 127-2657

When initiating a wire transfer/ACH, please reference client/matter number on wire information and please send notification to RCAC_East@klgates.com with details including dollar amount, date and client/matter/invoice number(s).

**K&L GATES**

Invoice # 3410075
0236915.00034
Page 2 of 2

### FEES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 06/06/17 | R. W. Hosking | 0.40 | P210 | Conferences and emails with client | 280.00 |
| 06/06/17 | R. W. Hosking | 0.40 | P210 | T. Reiter regarding insurance issue | 280.00 |
| 06/06/17 | R. W. Hosking | 1.80 | P210 | Address bankruptcy issues | 1,260.00 |
| 06/30/17 | R. W. Hosking | 0.00 | L120 | Redacted issues; emails, etc. | 0.00 |
| | | TOTAL FEES | | 2.60 hrs | $ 1,820.00 |

### TIMEKEEPER SUMMARY

| R. W. Hosking | 2.60 hrs at | $ 700.00 / hr | 1,820.00 |
|---|---|---|---|
| | TOTAL FEES | 2.60 hrs | $ 1,820.00 |

### TASK CODE SUMMARY

| P210 | Corporate Review | 2.60 hrs | 1,820.00 |
|---|---|---|---|
| | TOTAL FEES | 2.60 hrs | $ 1,820.00 |

**K&L GATES**

K&L GATES LLP
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

| | |
|---|---|
| Westinghouse Electric Co. LLC | Invoice Date        :  August 15, 2017 |
| 1000 Westinghouse Drive | Invoice Number  :  3419032 |
| Cranberry Township, PA 16066 | Services Through :  July 31, 2017 |

**0236915.00034**     Non-adverse compliance and insurance advice

### INVOICE SUMMARY

| | |
|---|---|
| Fees | $   6,440.00 |
| Disbursements and Other Charges | $        16.00 |
| **CURRENT INVOICE DUE** | **$   6,456.00** |

Trust Balance on this Matter:  $870,330.92

Due and Payable upon Receipt

Mail:  K&L Gates LLP, K&L Gates Center – RCAC, 210 Sixth Ave, Pittsburgh, PA 15222

Wire Transfer Instructions:   Receiving Bank:  The Bank of New York Mellon, 500 Ross Street, Pittsburgh, PA 15262
BIC Code: IRVTUS3N
ABA: 043000261
Beneficiary: K&L Gates LLP  AIS Account
Acct No.: 127-2657

When initiating a wire transfer/ACH, please reference client/matter number on wire information and please send notification to RCAC_East@klgates.com with details including dollar amount, date and client/matter/invoice number(s).

**K&L GATES**  Invoice # 3419032
0236915.00034
Page 2 of 2

## FEES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 07/12/17 | R. W. Hosking | 0.90 | B110 | Internal follow up regarding client inquiry with notes regarding same | 630.00 |
| 07/13/17 | R. W. Hosking | 0.10 | B110 | Audit letter review | 70.00 |
| 07/13/17 | R. W. Hosking | 0.60 | B110 | Review of files and matters | 420.00 |
| 07/13/17 | R. W. Hosking | 0.70 | B110 | Internal emails regarding response | 490.00 |
| 07/17/17 | R. W. Hosking | 2.00 | B110 | Review of matters and files for audit response | 1,400.00 |
| 07/18/17 | R. W. Hosking | 1.00 | B110 | Review of matters for audit response and conference with client regarding same | 700.00 |
| 07/19/17 | R. W. Hosking | 0.70 | B110 | Review audit responses | 490.00 |
| 07/24/17 | R. W. Hosking | 0.50 | B110 | Emails regarding audit response | 350.00 |
| 07/24/17 | R. W. Hosking | 1.50 | B110 | Review and address material issues/matters | 1,050.00 |
| 07/28/17 | R. W. Hosking | 1.20 | B110 | Follow up on insurance and DOJ third-party subpoena issues | 840.00 |
| | | **TOTAL FEES** | | 9.20 hrs | $ 6,440.00 |

## TIMEKEEPER SUMMARY

| | | | | |
|---|---|---|---|---|
| R. W. Hosking | 9.20 hrs at | $ 700.00 / hr | | 6,440.00 |
| | TOTAL FEES | 9.20 hrs | $ | 6,440.00 |

## TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| B110 | Case Administration | 9.20 hrs | | 6,440.00 |
| | TOTAL FEES | 9.20 hrs | $ | 6,440.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Long Distance Courier | 16.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 16.00 |