Deloitte Transactions and Business Analytics LLP
191 Peachtree Street, Suite 2000
Atlanta, GA  30303-1749
Telephone:  404.631.3455
Facsimile:  404.443.9555
Keith Adams

*Valuation and Discovery Services Provider*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- |

In re: |

| Chapter 11

WESTINGHOUSE ELECTRIC COMPANY |
LLC, *et al.*,[1] | Case No. 17-10751 (MEW)
                      Debtors. |
| (Jointly Administered)

------------------------------------------------------------- |

**THIRD MONTHLY FEE STATEMENT OF DELOITTE TRANSACTIONS AND
BUSINESS ANALYTICS LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS VALUATION AND
DISCOVERY SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD
<u>FROM AUGUST 1, 2017 THROUGH AUGUST 31, 2017</u>**

| | |
|---|---|
| Name of Applicant: | Deloitte Transactions and Business Analytics LLP |
| Authorized to Provide Services as: | Valuation and Discovery Services Provider |
| Date of Retention: | *Nunc Pro Tunc* to March 29, 2017 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2017 through August 31, 2017 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $15,486.74 |
| Amount of Expense Reimbursement Sought: | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | **$15,486.74** |
| Less 20% Holdback: | ($3,097.35) |
| Total Fees and Expenses Due: | **$12,389.39** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are:  Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961).  The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

## CUMULATIVE TIME SUMMARY
For the Period of August 1, 2017 through August 31, 2017

| Name | Position | Total | Hourly | Total Fees |
|------|----------|-------|--------|-----------|
| Adams, Keith | Partner/Principal | 1.60 | $640 | $1,024.00 |
| Hannagan, Peter | Sr. Manager | 1.60 | $561 | $897.60 |
| Cooper, Carla | Sr. Consultant | 22.20 | $350 | $7,770.00 |
| Portocarrero Neyra, Manuel | Consultant | 2.90 | $388 | $1,125.20 |
| **Total Fees** | | **28.30** | | **$10,816.80** |

**Average Billing Rate: $382.22**

## CUMULATIVE FEES BY CATEGORY SUMMARY[2]
For the Period of August 1, 2017 through August 31, 2017

Valuation Services

| Project Categories | Total Hours | Total Fees |
|--------------------|-------------|-----------|
| Interim Goodwill Impairment Test | 6.10 | $3,046.80 |
| Preparation of Fee Applications | 22.20 | $7,770.00 |
| **Total Fees** | **28.30** | **$10,816.80** |

Discovery Services

| Project Categories | Total Hours | Total Fees |
|--------------------|-------------|-----------|
| User Fees | | $2,465.00 |
| Hosting Fees | | $2,204.94 |
| **Total Fees** | | **$4,669.94** |

---

[2] Pursuant to the *Application of Debtors Pursuant to 11 U. S. C. §§ 327(a) and 328 and Fed. R. Bankr. P 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Employ and Retain Deloitte Transactions and Business Analytics LLP as Valuation and Discovery Services Provider Nunc Pro Tunc to the Petition Date* (the "DTBA Retention Application"), DTBA provides certain e-discovery services to the Debtors that may be billed according to different metrics than hourly rates, as set forth in Appendix B to the Engagement Letter (as such term is defined in the DTBA Retention Application).

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

August 01, 2017 - August 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Interim Goodwill Impairment Test* | | | | |
| 08/11/2017 | | | | |
| Adams, Keith | Participate in conference call with P. Hannagan (Deloitte), C. Weber and D. Evancovich (Westinghouse) to discuss PwC's requests related to sensitivity analysis for the March 31, 2017 goodwill impairment test. | $640.00 | 0.5 | $320.00 |
| Adams, Keith | Participate in conference call to discuss sensitivity analyses related to certain impacts to Westinghouses' goodwill impairment analyses with P. Hannagan (Deloitte) and C. Weber (Westinghouse) | $640.00 | 0.5 | $320.00 |
| Hannagan, Peter | Participate in conference call to discuss sensitivity analyses related to certain impacts to Westinghouses' goodwill impairment analyses with K. Adams (Deloitte) and C. Weber (Westinghouse) | $561.00 | 0.5 | $280.50 |
| Hannagan, Peter | Participate in conference call with K. Adams (Deloitte), C. Weber and D. Evancovich (Westinghouse) to discuss PwC's requests related to sensitivity analysis for the March 31, 2017 goodwill impairment test. | $561.00 | 0.5 | $280.50 |
| 08/15/2017 | | | | |
| Adams, Keith | Participate in conference call to discuss certain impacts to Westhinghouses' goodwill impairment analyses with P. Hannagan (Deloitte), C. Weber, D. Evancovich (Westinghouse) and PwC Audit team | $640.00 | 0.6 | $384.00 |
| Hannagan, Peter | Participate in conference call to discuss certain impacts to Westhinghouses' goodwill impairment analyses with K. Adams (Deloitte), C. Weber, D. Evancovich (Westinghouse) and PwC Audit team | $561.00 | 0.6 | $336.60 |

1

# Westinghouse Electric Company LLC

# Deloitte Transactions and Business Analytics LLP

# Fees Sorted by Category for the Fee Period

August 01, 2017 - August 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **_Interim Goodwill Impairment Test_** | | | | |
| 08/18/2017 | | | | |
| Portocarrero Neyra, Manuel | Revise narrative report relating to Westinghouse goodwill evaluation model test | $388.00 | 2.9 | $1,125.20 |
| Subtotal for Interim Goodwill Impairment Test: | | | 6.1 | $3,046.80 |
| **_Preparation of Fee Applications_** | | | | |
| 08/10/2017 | | | | |
| Cooper, Carla | Prepare combined monthly fee statement for April through May | $350.00 | 1.5 | $525.00 |
| 08/11/2017 | | | | |
| Cooper, Carla | Prepare April monthly fee reports for fee statement | $350.00 | 1.8 | $630.00 |
| Cooper, Carla | Prepare June monthly fee reports for fee statement | $350.00 | 1.7 | $595.00 |
| Cooper, Carla | Prepare May monthly fee reports for fee statement | $350.00 | 1.5 | $525.00 |
| 08/17/2017 | | | | |
| Cooper, Carla | Review time reports for July monthly fee statement | $350.00 | 2.8 | $980.00 |
| Cooper, Carla | Review valuation time reports for June monthly fee statement | $350.00 | 1.6 | $560.00 |
| 08/18/2017 | | | | |
| Cooper, Carla | Prepare combined monthly fee statement for the period March 29, 2017 through June 30, 2017 | $350.00 | 2.3 | $805.00 |
| Cooper, Carla | Continued to prepare monthly fee statement for the period March 29, 2017 through June 30, 2017 | $350.00 | 1.7 | $595.00 |
| 08/21/2017 | | | | |
| Cooper, Carla | Prepare expense reports for July fee statement | $350.00 | 2.1 | $735.00 |
| 08/28/2017 | | | | |
| Cooper, Carla | Prepare July monthly fee statement | $350.00 | 1.8 | $630.00 |

2

# Westinghouse Electric Company LLC

# Deloitte Transactions and Business Analytics LLP

# Fees Sorted by Category for the Fee Period

### August 01, 2017 - August 31, 2017

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Preparation of Fee Applications* | | | | |
| 08/29/2017 | | | | |
| Cooper, Carla | Preparation of first interim fee application for the period March 29, 2017 through July 31, 2017 | $350.00 | 2.4 | $840.00 |
| Cooper, Carla | Continue preparation of first interim fee application | $350.00 | 1.0 | $350.00 |
| Subtotal for Preparation of Fee Applications: | | | 22.2 | $7,770.00 |
| **Total** | | | **28.3** | **$10,816.80** |

# Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Adams, Keith | $640.00 | 1.6 | $1,024.00 |
| Hannagan, Peter | $561.00 | 1.6 | $897.60 |
| Portocarrero Neyra, Manuel | $388.00 | 2.9 | $1,125.20 |
| Cooper, Carla | $350.00 | 22.2 | $7,770.00 |

3

**Westinghouse Electric Company LLC**
**Deloitte Transactions and Business Analytics LLP**
**August 01, 2017 - August 31, 2017**

| Activity | Units | Metrics | Rate | | Total | |
|---|---|---|---|---|---|---|
| **Hosting Detail** | | | | | | |
| User Fees | 29 | User(s) | $ | 85.00 | $ | 2,465.00 |
| Hosting Fees | 146.9949 | GB | $ | 15.00 | $ | 2,204.94 |
| **Hosting Detail Total** | | | | | $ | **4,669.94** |
| | | | | | | |
| **Invoice Total** | | | | | $ | **4,669.94** |