**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                              :        Chapter 11
                                                    :
**WESTINGHOUSE ELECTRIC COMPANY**                   :        Case No. 17-10751 (MEW)
**LLC,** *et al.*,                                  :
                                                    :
                                                    :
           Debtors.[1]                              :        (Jointly Administered)
                                                    :
------------------------------------------------------------ x

**SUPPLEMENTAL DECLARATION OF STEVEN F. STANTON IN CONNECTION WITH THE APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 327(a) AND 328, FED. R. BANKR. P. 2014(a) AND 2016, AND LOCAL RULES 2014-1 AND 2016-1 FOR AUTHORITY TO EMPLOY AND RETAIN DELOITTE FINANCIAL ADVISORY SERVICES LLP FOR FINANCIAL ADVISORY SERVICES** *NUNC PRO TUNC* **TO THE PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, Steven F. Stanton, under penalty of perjury, declare as follows:

1. I am a managing director of the firm of Deloitte Financial Advisory Services LLP ("**Deloitte FAS**"), which has an office at 555 12th Street NW, Suite 400, Washington, D.C. 20004. I am duly authorized to make and submit this supplemental declaration (the "**Supplemental Declaration**") on behalf of Deloitte FAS as financial service provider to Westinghouse Electric Company LLC and certain above-captioned debtors and debtors in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

possession (collectively, the "**Debtors**") in connection with the *Application of Debtors Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Employ and Retain Deloitte Financial Advisory Services LLP for Financial Advisory Services Nunc Pro Tunc to the Petition Date* [Docket No. 1129] (the "**Application**"),[2] so granted by order of the Court, dated September 5, 2017 [Docket No. 1299] (the "**Retention Order**").

2. The statements set forth in this Supplemental Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or personnel of Deloitte FAS or its affiliates.

3. I previously submitted a declaration (the "**Original Declaration**") in support of the Application. Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Original Declaration. This Supplemental Declaration is subject to the statements and qualifications set forth in the Original Declaration, which are incorporated herein by reference. As discussed in paragraph 11 of the Original Declaration, I stated that as additional material information was discovered, the Original Declaration would be supplemented.

4. Further, the Retention Order provides that prior to increasing any rates set forth in the Engagement Letter or the Application, Deloitte FAS shall file a supplemental declaration with the Court and provide notice to the Debtors and the U.S. Trustee to explain the basis for the requested rate increases and indicate whether the Debtors have received notice of and approved the proposed rate increase (*see* Retention Order ¶ 7). Accordingly, by this Supplemental

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Declaration, I am providing the following supplemental information in connection with rate increases for certain of Deloitte FAS's professionals performing services for the Debtors in the Chapter 11 Cases.

5.  In accordance with the Retention Order and the Application, Deloitte FAS has notified the Debtors and, by filing this Supplemental Declaration, the U.S. Trustee, that effective as of September 1, 2017, new rates would apply to the following professionals in light of their respective promotions:

| Professional | Former Title | Current Title | Former Hourly Rate | Current Hourly Rate |
|---|---|---|---|---|
| Joshua Letts | Consultant | Senior Consultant | $340 | $406 |
| Jennifer Larson | Senior Manager | Partner | $513 | $592 |

6.  It is my understanding that the Debtors have approved the aforementioned rate increases, which will be noted on the fee statement for the first time period in which such revised rates become effective, *i.e.*, the month of September.

Dated: October 17, 2017          By:   */s/ Steven F. Stanton*_____
                                       Steven F. Stanton, Managing Director
                                       Deloitte Financial Advisory Services LLP