# United States Bankruptcy Court

## For the Southern District of New York

In re: **Westinghouse Electric Company LLC, et al.**    Case No.: 17-10751

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Bradford Capital Holdings, LP**
Name of Transferee

Name and Address where notices to transferee
should be sent
**Bradford Captial Holdings, LP**
**P.O. Box 4353**
**Clifton, NJ 07012**
**Attn: Brian Brager**
Phone: **(862) 249-1349**
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above)

**Backoffice Associates**
Name of Transferor

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Acct. #: _____

Name and Current Address of Transferor

**Backoffice Associates**
**75 Perseverance Way**
**Hyannis, MA 02601**

Claim Number: 1825
POC Amount: $23,460.87
Scheduled: $200,105.87 – Westinghouse Electric Company LLC

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Brian Brager_____    Date: 11/28/2017
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:          United States Bankruptcy Court

             Southern District of New York

             Attention: Clerk

AND TO:      Westinghouse Electric Company LLC ("Debtor")

             Case No. 17-10751

Proof of Claim # 1825
Schedule #: n/a

Backoffice Associates, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and
sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

its successors and assigns ("Assignee"), all rights, title and interest, claims and causes of action in and to, or arising under
or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. bankruptcy Code), in and to the
claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtor in
the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and
the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be
imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy
rules or applicable law.  Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the
Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing
the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications,
in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized
representative dated this _21st_ day of _November_ 2017.


Backoffice Associates                              Bradford Capital Holdings, LP
                                                   By: Bradford Capital GP, LLC, its General Partner

By: _Kris A. Hales_                                By: _____
Name: _KRIS A. HALES_                              Name: Brian Brager
Title: _CORPORATE CONTROLLER_                      Title: Managing Member