UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Westinghouse Electric Company LLC, et al                    Case No. 17-10751

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE.  Transferee hereby gives evidence and notice
pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the
claim referenced in this evidence and notice.

| **Bradford Capital Holdings, LP**<br>Name of Transferee | **Industrial Process Solutions**<br>Name of Transferor |
|---|---|
| Name and address where transferee payments should be sent:<br><br>c/o Bradford Capital Management, LLC<br>PO Box 4353<br>Clifton, NJ 07012<br>Attn: Brian Brager<br>bbrager@bradfordcapitalmgmt.com | Court Claim: 3.768 (Scheduled Claim)<br>Amount of Claim Transferred:  $47,457 |

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**

By: /s/ Brian Brager                                    Date: 12/12/2017
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.
§§ 152 & 3571

EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court

           Southern District of New York

           Attention: Clerk

AND TO:    Westinghouse Electric Company LLC ("Debtor")

           Case No. 17-10751

Proof of Claim # n/a
Schedule #:    3.768

INDUSTRIAL PROCESS SOLUTIONS, A Fluid Flow Company, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

its successors and assigns ("Assignee"), all rights, title and interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. bankruptcy Code), in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated this ____11th____ day of _December_ 2017.


INDUSTRIAL PROCESS SOLUTIONS,          Bradford Capital Holdings, LP
A Fluid Flow Company                   By: Bradford Capital GP, LLC, its General Partner


By:                                    By:
Name:                                  Name: Brian Brager
Title: CFO                             Title: Managing Member

**Westinghouse Electric Company LLC**                                              **Case Number: 17-10751 (MEW)**

## Schedule E/F: Creditors Who Have Unsecured Claims

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|

### Trade Payables

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **3.761** INBUS ENGINEERING<br>4771 ARROYO VISTA STE C<br>LIVERMORE, CA 94551-4847 | VARIOUS<br><br>ACCOUNT NO.:<br>NOT<br>AVAILABLE | ☑ | ☐ | ☐ | Trade Debt | ☐ | $54,600 |
| **3.762** INDIANA REGIONAL MEDICAL CENTE<br>835 HOSPITAL RD PO BOX 788<br>INDIANA, PA 15701-0788 | VARIOUS<br><br>ACCOUNT NO.:<br>NOT<br>AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $119 |
| **3.763** INDUSTRIAL CONTAINER SVCS CO L<br>1810 S MILESTONE DR<br>SALT LAKE CITY, UT 84104-6555 | VARIOUS<br><br>ACCOUNT NO.:<br>NOT<br>AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $19,656 |
| **3.764** INDUSTRIAL CONTROLS DISTRIBUTO<br>PO BOX 5211<br>BINGHAMTON, NY 13902-5211 | VARIOUS<br><br>ACCOUNT NO.:<br>NOT<br>AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $839 |
| **3.765** INDUSTRIAL EQUIPMENT FABRICATO<br>2 EARLY ST<br>ELLWOOD CITY, PA 16117-2254 | VARIOUS<br><br>ACCOUNT NO.:<br>NOT<br>AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $63,721 |
| **3.766** INDUSTRIAL GASKET & SHIM CO<br>200 COUNTRY CLUB RD<br>MEADOW LANDS, PA 15347 | VARIOUS<br><br>ACCOUNT NO.:<br>NOT<br>AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $1,043 |
| **3.767** INDUSTRIAL MACHINE INC<br>1870 RTE 588<br>ZELIENOPLE, PA 16063-3916 | VARIOUS<br><br>ACCOUNT NO.:<br>NOT<br>AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $980 |
| **3.768** INDUSTRIAL PROCESS SOLUTIONS<br>1 IVYBROOK BLVD STE 130<br>IVYLAND, PA 18974 | VARIOUS<br><br>ACCOUNT NO.:<br>NOT<br>AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $47,457 |