UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Westinghouse Electric Company LLC, et al       Case No. 17-10751

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Bradford Capital Holdings, LP** <br> Name of Transferee | Pace Analytical Services, LLC <br> Name of Transferor |
|---|---|
| Name and address where transferee payments should be sent: <br><br> c/o Bradford Capital Management, LLC <br> PO Box 4353 <br> Clifton, NJ 07012 <br> Attn: Brian Brager <br> bbrager@bradfordcapitalmgmt.com | Court Claim: 3.1138 (Scheduled Claim) <br> Amount of Claim Transferred:  $65,255 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**

By: /s/ Brian Brager                                    Date: 12/15/2017
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court
Southern District of New York
Attention: Clerk

AND TO: Westinghouse Electric Company LLC ("Debtor")
Case No. 17-10751

Proof of Claim # n/a
Schedule #: 3.1138

Pace Analytical Services, LLC, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:
Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

its successors and assigns ("Assignee"), all rights, title and interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. bankruptcy Code), in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated this 14th day of December 2017.

Pace Analytical Services, LLC

By: _Michael R. Prasch_
Name: Michael R. Prasch
Title: EVP/CFO

Bradford Capital Holdings, LP
By: Bradford Capital GP, LLC, its General Partner

By: _____
Name: Brian Brager
Title: Managing Member

**Westinghouse Electric Company LLC**  Case Number: 17-10751 (MEW)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| 3.1137 PA DEPT OF REVENUE<br>DEPT 280431<br>HARRISBURG, PA 17128-0001 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ✓ | | | Trade Debt | ☐ | $7,050 |
| 3.1138 PACE ANALYTICAL SERVICES INC<br>PO BOX 684056<br>CHICAGO, IL 60695-4056 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $65,255 |
| 3.1139 PACIFIC OFFICE AUTOMATION INC<br>14747 NW GREENBRIER PKWY<br>BEAVERTON, OR 97006-5601 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $238 |
| 3.1140 PACIFIC OFFICE AUTOMATION INC<br>14747 NW GREENBRIER PKWY<br>BEAVERTON, OR 97006-5601 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $1,567 |
| 3.1141 PACIFIC PACKAGING PRODUCTS<br>24 INDUSTRIAL WAY<br>WILMINGTON, MA 01887-3434 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $735 |
| 3.1142 PACKAGE RESEARCH LAB<br>21 PINE ST STE 105<br>ROCKAWAY, NJ 07866-3130 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $590 |
| 3.1143 PAGE STREET LEASING LLC<br>PO BOX 129<br>CANDIA, NH 03034-0129 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $230 |
| 3.1144 PALMAC CO INC<br>10 KIDDER RD UNIT 4<br>CHELMSFORD, MA 01824-3375 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade Debt | ☐ | $6,835 |