# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500    F +1 412 355 6501    klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Westinghouse Electric Co. LLC | Invoice Date | : | October 23, 2017 |
| 1000 Westinghouse Drive | Invoice Number | : | 3442573 |
| Cranberry Township, PA 16066 | Services Through | : | September 30, 2017 |

**0236915.00049    Renegotiation of License Agreements**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 15,387.00 |
| **CURRENT INVOICE DUE** | **$** | **15,387.00** |

Due and Payable upon Receipt

Mail:  K&L Gates LLP, K&L Gates Center – RCAC, 210 Sixth Ave, Pittsburgh, PA 15222

Wire Transfer Instructions:  Receiving Bank:  The Bank of New York Mellon, 500 Ross Street, Pittsburgh, PA 15262
BIC Code: IRVTUS3N
ABA: 043000261
Beneficiary: K&L Gates LLP  AIS Account
Acct No.: 127-2657

When initiating a wire transfer/ACH, please reference client/matter number on wire information and please send
notification to RCAC_East@klgates.com with details including dollar amount, date and client/matter/invoice number(s).

# K&L GATES

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/11/17 | M. A. Rush | 0.80 | Call with client regarding license agreement and employee concerns issue | 560.00 |
| 09/07/17 | J. A. Wright III | 2.20 | Research regarding trademark law  license issues in chapter 11 | 1,540.00 |
| 09/11/17 | J. A. Bicks | 1.30 | Call with Ryan, Dale and Wright regarding WEC litigation issues | 910.00 |
| 09/11/17 | C.A. Dale III | 0.70 | Call to discuss background of trademark licensing issues | 490.00 |
| 09/11/17 | T. C. Ryan | 0.70 | Call with team to organize representation in trademark licensing matters | 490.00 |
| 09/11/17 | J. A. Wright III | 0.60 | Call with KLG team regarding potential matter | 420.00 |
| 09/12/17 | J. A. Bicks | 0.80 | Call with Dale and Wright regarding WEC issues and related bankruptcy | 560.00 |
| 09/12/17 | T. C. Ryan | 1.20 | Organize representation for license matters | 840.00 |
| 09/13/17 | J. A. Bicks | 1.60 | Prepare for and attend meeting with WGM and client reps regarding CBS issues | 1,120.00 |
| 09/13/17 | J. A. Wright III | 1.00 | Conf. with J. Bicks, T. Ryan, Weil, client regarding license matters | 700.00 |
| 09/14/17 | J. A. Bicks | 0.50 | Conferences with team regarding strategic and business issues related to trademark dispute | 350.00 |
| 09/18/17 | T. C. Ryan | 0.30 | Prep call for license matters | 210.00 |
| 09/18/17 | J. A. Wright III | 0.50 | Call with T. Ryan and J. Bicks regarding license matter | 350.00 |
| 09/18/17 | J. A. Wright III | 0.20 | Conferences regarding license matter with R. Fallon | 140.00 |
| 09/18/17 | J. A. Wright III | 0.10 | Conference with C. Dale regarding license matters | 70.00 |
| 09/19/17 | J. A. Georges | 1.40 | Respond to T. Ryan request regarding collection, imaging of Asset Purchase Agreements and Exhibits for Toshiba, CBS | 350.00 |
| 09/19/17 | T. C. Ryan | 2.10 | Coordinate fact gathering for license matters | 1,470.00 |
| 09/21/17 | J. A. Georges | 0.50 | Communications with T. Ryan, J. Wright regarding CBS, Toshiba closing records | 125.00 |
| 09/21/17 | J. A. Wright III | 0.20 | Call with T. Ryan regarding license matters | 140.00 |

# K&L GATES

Invoice # 3442573
0236915.00049
Page 3 of 3

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/21/17 | J. A. Wright III | 0.10 | Emails with T. Ryan and client regarding license matters | 70.00 |
| 09/22/17 | J. A. Bicks | 0.40 | Correspondence re next steps | 280.00 |
| 09/22/17 | J. A. Wright III | 0.60 | Review documents regarding CBS agreements | 420.00 |
| 09/25/17 | T. C. Ryan | 0.70 | Prepare for and conference with client regarding pension issues | 490.00 |
| 09/25/17 | J. A. Wright III | 0.50 | Call with client, T. Ryan regarding pension issues related to license renegotiation | 350.00 |
| 09/25/17 | J. A. Wright III | 1.00 | Review pleadings regarding environmental dispute in PA | 700.00 |
| 09/25/17 | J. A. Wright III | 0.10 | Call with T. Ryan | 70.00 |
| 09/26/17 | J. A. Georges | 0.20 | IManage workspace creation at the request of T. Ryan | 50.00 |
| 09/26/17 | J. A. Georges | 0.20 | Upload pleadings to workspace | 50.00 |
| 09/26/17 | S. B. Hefferman | 0.30 | Meet with J. Wright to discuss research into contract law issue regarding agreements | 111.00 |
| 09/26/17 | S. B. Hefferman | 0.70 | Research contract law issue regarding agreements | 259.00 |
| 09/27/17 | S. B. Hefferman | 1.60 | Research contract law issue regarding agreements | 592.00 |
| 09/29/17 | S. B. Hefferman | 2.50 | Researching of contract law issue regarding agreements | 925.00 |
| 09/29/17 | S. B. Hefferman | 0.50 | Meet with B. Labedz for additional research sources | 185.00 |
| | TOTAL FEES | 26.10  hrs | | $   15,387.00 |

## TIMEKEEPER SUMMARY

| Name | Hours | | Rate | | Amount |
|------|-------|---|------|---|--------|
| J. A. Bicks | 4.60 | hrs at | $  700.00 | / hr | 3,220.00 |
| C.A. Dale III | 0.70 | hrs at | $  700.00 | / hr | 490.00 |
| J. A. Georges | 2.30 | hrs at | $  250.00 | / hr | 575.00 |
| S. B. Hefferman | 5.60 | hrs at | $  370.00 | / hr | 2,072.00 |
| M. A. Rush | 0.80 | hrs at | $  700.00 | / hr | 560.00 |
| T. C. Ryan | 5.00 | hrs at | $  700.00 | / hr | 3,500.00 |
| J. A. Wright III | 7.10 | hrs at | $  700.00 | / hr | 4,970.00 |
| TOTAL FEES | | 26.10  hrs | | | $   15,387.00 |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Westinghouse Electric Co. LLC | Invoice Date | : | November 13, 2017 |
| 1000 Westinghouse Drive | Invoice Number | : | 3450613 |
| Cranberry Township, PA 16066 | Services Through | : | October 31, 2017 |

**0236915.00049      Renegotiation of License Agreements**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 21,859.00 |
| Disbursements and Other Charges | $ | 1,266.95 |
| **CURRENT INVOICE DUE** | $ | **23,125.95** |

Due and Payable upon Receipt

Mail:   K&L Gates LLP, K&L Gates Center – RCAC, 210 Sixth Ave, Pittsburgh, PA 15222

Wire Transfer Instructions:   Receiving Bank:  The Bank of New York Mellon, 500 Ross Street, Pittsburgh, PA 15262
BIC Code: IRVTUS3N
ABA: 043000261
Beneficiary: K&L Gates LLP  AIS Account
Acct No.: 127-2657

When initiating a wire transfer/ACH, please reference client/matter number on wire information and please send
notification to RCAC_East@klgates.com with details including dollar amount, date and client/matter/invoice number(s).

# K&L GATES

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/11/17 | E.A. Prager | 0.70 | Conference call with KLG team re strategy in respect of bankruptcy/licensing engagement | 490.00 |
| 09/11/17 | E.A. Prager | 0.50 | Review management report re transaction timing | 350.00 |
| 10/01/17 | S. B. Hefferman | 1.50 | Read secondary materials regarding NY contract law issue for CBS contracts | 555.00 |
| 10/02/17 | S. B. Hefferman | 4.90 | Read case law regarding NY contract law issue for CBS contracts | 1,813.00 |
| 10/03/17 | J. A. Georges | 0.70 | Prepare CBS closing book documents for J. Wright review | 175.00 |
| 10/03/17 | J. A. Georges | 0.10 | Communications with Clicks, J. Wright regarding same | 25.00 |
| 10/03/17 | S. B. Hefferman | 0.20 | Research regarding intellectual property in bankruptcy proceedings. | 74.00 |
| 10/03/17 | J. A. Wright III | 0.70 | Call with client, Sutherland regarding license agreement exposure | 490.00 |
| 10/03/17 | J. A. Wright III | 0.10 | Call with T. Ryan regarding benefits issue | 70.00 |
| 10/06/17 | S. B. Hefferman | 1.00 | Email to J. Wright summarizing research on NY contract law issue for CBS contracts. | 370.00 |
| 10/06/17 | J. A. Wright III | 0.10 | Email S. Hefferman regarding research issue for license negotiation | 70.00 |
| 10/06/17 | J. A. Wright III | 0.20 | Review contract with counterparty | 140.00 |
| 10/11/17 | J. A. Wright III | 1.30 | Review CBS agreements and analysis regarding same | 910.00 |
| 10/11/17 | J. A. Wright III | 0.80 | Research regarding client options for CBS agreements | 560.00 |
| 10/12/17 | J. A. Wright III | 3.80 | Review license and analyze legal arguments on renegotiation | 2,660.00 |
| 10/13/17 | J. A. Wright III | 0.70 | Review and analyze sale agreement. | 490.00 |
| 10/16/17 | J. A. Wright III | 0.30 | Conference. with C. Dale regarding agreement analysis | 210.00 |
| 10/16/17 | J. A. Wright III | 0.80 | Analyze agreement regarding legal options | 560.00 |
| 10/16/17 | J. A. Wright III | 1.00 | Email J. Bicks and T. Ryan regarding same | 700.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/18/17 | J. A. Wright III | 0.30 | Email with T. Ryan and J. Bicks regarding CBS agreement analysis | 210.00 |
| 10/18/17 | J. A. Wright III | 0.10 | Call to Weil regarding CBS agreements. | 70.00 |
| 10/23/17 | J. A. Bicks | 0.50 | Correspondence and call with J. Wright regarding potential assignment of trademark license and related issues | 350.00 |
| 10/23/17 | D. J. Byer | 0.20 | Conference with J. Wright regarding trademark legal issue | 140.00 |
| 10/23/17 | D. J. Byer | 0.50 | Review law on trademark legal issue | 350.00 |
| 10/23/17 | J. A. Wright III | 0.60 | Conference with C. Dale regarding legal options for CBS agreements | 420.00 |
| 10/23/17 | J. A. Wright III | 0.20 | Review agreement regarding same | 140.00 |
| 10/23/17 | J. A. Wright III | 0.10 | Email Weil regarding potential transaction options | 70.00 |
| 10/23/17 | J. A. Wright III | 0.20 | Email D. Byer regarding trademark law issue | 140.00 |
| 10/23/17 | J. A. Wright III | 0.50 | Conference. with D. Byer regarding trademark issues | 350.00 |
| 10/23/17 | J. A. Wright III | 0.50 | Review case regarding same | 350.00 |
| 10/24/17 | J. A. Wright III | 0.30 | Call with debtors' counsel regarding CBS agreements analysis | 210.00 |
| 10/24/17 | J. A. Wright III | 0.20 | Conference with C. Dale regarding client memo | 140.00 |
| 10/24/17 | J. A. Wright III | 1.20 | Review cases on trademark law issue | 840.00 |
| 10/24/17 | J. A. Wright III | 2.60 | Review CBS agreements regarding continuing obligations | 1,820.00 |
| 10/24/17 | J. A. Wright III | 0.40 | Draft memorandum regarding same | 280.00 |
| 10/25/17 | T. A. Roozen | 0.60 | Conference call with J. Wright regarding contract assignment in bankruptcy and research needed | 222.00 |
| 10/25/17 | T. A. Roozen | 0.20 | Complete preliminary research regarding contract assignment issues | 74.00 |
| 10/25/17 | J. A. Wright III | 0.60 | Call with T. Roozen regarding memorandum research | 420.00 |
| 10/26/17 | T. A. Roozen | 3.30 | Analyze case law regarding trademark license assignment | 1,221.00 |
| 10/27/17 | T. A. Roozen | 1.10 | Research regarding assumption and assignment under section | 407.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | 365(c) | |
| 10/28/17 | T. A. Roozen | 3.30 | Analyze case law regarding assumption and assignment | 1,221.00 |
| 10/28/17 | T. A. Roozen | 1.60 | Draft summary regarding case law addressing research and assumption and assignment | 592.00 |
| 10/29/17 | T. A. Roozen | 1.20 | Analyze case law regarding executory contracts assignment and characterization | 444.00 |
| 10/29/17 | T. A. Roozen | 0.60 | Revise summary to include additional case law regarding executory contracts | 222.00 |
| 10/30/17 | T. A. Roozen | 1.20 | Analyze and revise memo regarding 365(c) and application to trademark contracts | 444.00 |
| | | TOTAL FEES | 41.50  hrs | $  21,859.00 |

## TIMEKEEPER SUMMARY

| Name | Hours | | Rate | | Amount |
|------|-------|---|------|---|--------|
| J. A. Bicks | 0.50 | hrs at | $ | 700.00  / hr | 350.00 |
| D. J. Byer | 0.70 | hrs at | $ | 700.00  / hr | 490.00 |
| J. A. Georges | 0.80 | hrs at | $ | 250.00  / hr | 200.00 |
| S. B. Hefferman | 7.60 | hrs at | $ | 370.00  / hr | 2,812.00 |
| E.A. Prager | 1.20 | hrs at | $ | 700.00  / hr | 840.00 |
| T. A. Roozen | 13.10 | hrs at | $ | 370.00  / hr | 4,847.00 |
| J. A. Wright III | 17.60 | hrs at | $ | 700.00  / hr | 12,320.00 |
| TOTAL FEES | 41.50 | hrs | | | $  21,859.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Copying Expense (Outside Off.) | 1,009.22 |
| Lexis Research | 95.17 |
| Pacer Research | 0.10 |
| Westlaw Research | 162.46 |
| DISBURSEMENTS & OTHER CHARGES | $  1,266.95 |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Westinghouse Electric Co. LLC | Invoice Date | : | December 14, 2017 |
| 1000 Westinghouse Drive | Invoice Number | : | 3464388 |
| Cranberry Township, PA 16066 | Services Through | : | November 30, 2017 |

**0236915.00049    Renegotiation of License Agreements**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 21,560.00 |
| Disbursements and Other Charges | $ | 52.00 |
| **CURRENT INVOICE DUE** | $ | **21,612.00** |

Due and Payable upon Receipt

Mail:   K&L Gates LLP, K&L Gates Center – RCAC, 210 Sixth Ave, Pittsburgh, PA 15222

Wire Transfer Instructions:   Receiving Bank:  The Bank of New York Mellon, 500 Ross Street, Pittsburgh, PA 15262
BIC Code: IRVTUS3N
ABA: 043000261
Beneficiary: K&L Gates LLP  AIS Account
Acct No.: 127-2657

When initiating a wire transfer/ACH, please reference client/matter number on wire information and please send
notification to RCAC_East@klgates.com with details including dollar amount, date and client/matter/invoice number(s).

# K&L GATES

Invoice # 3464388
0236915.00049
Page 2 of 4

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/03/17 | J. A. Wright III | 0.30 | Call with T. Ryan regarding status of review of CBS agreements | 210.00 |
| 11/03/17 | J. A. Wright III | 0.30 | Review licenses | 210.00 |
| 11/03/17 | J. A. Wright III | 0.20 | Email E. Prager regarding license analysis | 140.00 |
| 11/06/17 | J. A. Wright III | 0.20 | Emails with client regarding retiree related issue | 140.00 |
| 11/06/17 | J. A. Wright III | 0.50 | Call with client, Weil regarding Weil inquiry | 350.00 |
| 11/10/17 | T. C. Ryan | 0.50 | Address request from debtors' counsel | 350.00 |
| 11/10/17 | J. A. Wright III | 7.00 | Draft memoranda regarding CBS agreements | 4,900.00 |
| 11/10/17 | J. A. Wright III | 0.20 | Calls with T. Ryan regarding memorandum | 140.00 |
| 11/10/17 | J. A. Wright III | 0.20 | Email summary to WGM | 140.00 |
| 11/10/17 | J. A. Wright III | 0.20 | Emails with WGM regarding project status | 140.00 |
| 11/11/17 | T. C. Ryan | 0.50 | Address follow-up questions from the client | 350.00 |
| 11/11/17 | J. A. Wright III | 5.80 | Draft and revise memorandum regarding options on CBS agreements. | 4,060.00 |
| 11/13/17 | E.A. Prager | 1.20 | Review and annotate trademark license agreements | 840.00 |
| 11/13/17 | J. A. Wright III | 0.20 | Preparation for call regarding CBS retiree arrangements | 140.00 |
| 11/13/17 | J. A. Wright III | 0.60 | Call with client regarding retiree arrangements | 420.00 |
| 11/15/17 | J. A. Bicks | 0.90 | Review/revise draft memo to client regarding CBS issues | 630.00 |
| 11/15/17 | J. A. Bicks | 0.40 | Correspondence with J. Wright regarding same | 280.00 |
| 11/15/17 | J. A. Wright III | 3.50 | Revise and finalize initial draft memorandum regarding CBS agreement options. | 2,450.00 |
| 11/16/17 | J. A. Wright III | 0.30 | Review J. Bicks comments to memorandum and revise same. | 210.00 |
| 11/17/17 | J. A. Bicks | 0.60 | Final review/revisions to memo regarding WEC/CBS issues | 420.00 |
| 11/17/17 | J. A. Bicks | 0.60 | Call with Ryan and Wright regarding memo revisions | 420.00 |
| 11/17/17 | J. A. Bicks | 0.30 | Call with Ryan, Wright and client regarding memorandum | 210.00 |
| 11/17/17 | J. A. Wright III | 0.30 | Call with T. Ryan, J. Bicks regarding CBS agreements | 210.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/17/17 | J. A. Wright III | 0.50 | Call with client, T. Ryan, J. Bicks regarding CBS agreements | 350.00 |
| 11/17/17 | J. A. Wright III | 0.30 | Review agreement regarding environmental issue | 210.00 |
| 11/20/17 | J. A. Bicks | 0.40 | Follow up call with Wright regarding CBS/WEC issues | 280.00 |
| 11/27/17 | J. A. Bicks | 0.60 | Correspondence regarding OPEB, environmental indemnity and license negotiation issues | 420.00 |
| 11/27/17 | T. C. Ryan | 0.80 | Conference calls on response to third parties regarding OPEB reimbursement schedule | 560.00 |
| 11/27/17 | J. A. Wright III | 0.20 | Email T. Ryan, J. Bicks regarding CBS agreements | 140.00 |
| 11/27/17 | J. A. Wright III | 0.20 | Call with T. Ryan regarding CBS agreements | 140.00 |
| 11/27/17 | J. A. Wright III | 0.30 | Call with client and T. Ryan regarding OPEB issue | 210.00 |
| 11/27/17 | J. A. Wright III | 0.10 | Call with client regarding environmental issue. | 70.00 |
| 11/27/17 | J. A. Wright III | 0.50 | Review CBS agreements and email client regarding same | 350.00 |
| 11/28/17 | T. C. Ryan | 0.80 | Conference with client on environmental liability issues | 560.00 |
| 11/29/17 | J. A. Wright III | 0.30 | Emails with client regarding OPEB obligations. | 210.00 |
| 11/30/17 | J. A. Bicks | 0.30 | Review correspondence regarding open OPEB and environmental issues | 210.00 |
| 11/30/17 | T. C. Ryan | 0.70 | Review documentation provided by client | 490.00 |
|  |  | TOTAL FEES | 30.80   hrs | $    21,560.00 |

## TIMEKEEPER SUMMARY

| Name | Hours | | Rate | | Amount |
|------|-------|---|------|---|--------|
| J. A. Bicks | 4.10 | hrs at $ | 700.00 | / hr | 2,870.00 |
| E.A. Prager | 1.20 | hrs at $ | 700.00 | / hr | 840.00 |
| T. C. Ryan | 3.30 | hrs at $ | 700.00 | / hr | 2,310.00 |
| J. A. Wright III | 22.20 | hrs at $ | 700.00 | / hr | 15,540.00 |
|  | TOTAL FEES | 30.80  hrs | $ |  | 21,560.00 |

K&L GATES

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Westlaw Research | 52.00 |
| DISBURSEMENTS & OTHER CHARGES | $ 52.00 |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500    F +1 412 355 6501    klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Westinghouse Electric Co. LLC | Invoice Date | : | November 13, 2017 |
| 1000 Westinghouse Drive | Invoice Number | : | 3452983 |
| Cranberry Township, PA 16066 | Services Through | : | October 31, 2017 |

**0236915.00050    Project M**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 65,857.00 |
| **CURRENT INVOICE DUE** | **$** | **65,857.00** |

Due and Payable upon Receipt

Mail:   K&L Gates LLP, K&L Gates Center – RCAC, 210 Sixth Ave, Pittsburgh, PA 15222

Wire Transfer Instructions:   Receiving Bank:  The Bank of New York Mellon, 500 Ross Street, Pittsburgh, PA 15262
BIC Code: IRVTUS3N
ABA: 043000261
Beneficiary: K&L Gates LLP  AIS Account
Acct No.: 127-2657

When initiating a wire transfer/ACH, please reference client/matter number on wire information and please send
notification to RCAC_East@klgates.com with details including dollar amount, date and client/matter/invoice number(s).

K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/01/17 | A. Campana | 0.50 | Conferences regarding Italian subsidiary of the WEC group | 185.00 |
| 10/02/17 | M. Beltrami | 2.40 | Research on most recent case law related to shareholders loan and financing | 888.00 |
| 10/02/17 | A. Campana | 2.60 | Conference with client and consultant regarding presentation for the WEC board regarding the potential transaction for Italian subsidiary and review draft presentation | 962.00 |
| 10/02/17 | S. Germani | 2.00 | Review and revise draft memo on subsidiary director duties | 740.00 |
| 10/02/17 | S. Germani | 0.50 | Internal meeting with A. Campana for coordination and discussions and exchange of correspondence with Weil for feedback and mark-up | 185.00 |
| 10/02/17 | S. Germani | 1.00 | Legal researches under Italian corporate law to address queries contained in the memo | 370.00 |
| 10/02/17 | S. Germani | 0.50 | Reviewing "considerations paper" from Alix Italy | 185.00 |
| 10/02/17 | S. Germani | 0.50 | Mark-up and amendments to the draft of the SPA | 185.00 |
| 10/02/17 | P. Marini | 2.00 | Conference calls with client and consultants regarding subsidiary strategy and issues related to statutory auditors | 1,400.00 |
| 10/02/17 | V. Salvadori di Wies | 4.40 | Review and draft tax section of board presentation | 3,080.00 |
| 10/03/17 | A. Campana | 2.60 | Conference calls with consultant regarding liability issues related to Italian subsidiary and review/amend Alix's presentation of the scenarios regarding Italian subsidiary for the WEC board | 962.00 |
| 10/03/17 | S. Germani | 2.00 | Correspond with debtors' counsel and consultant regarding Italian subsidiary , comment to SPA and loan | 740.00 |
| 10/03/17 | P. Marini | 7.00 | Conference calls with debtors' counsel and consultant regarding revisions to SPA and comments related to the loan | 4,900.00 |
| 10/03/17 | V. Salvadori di Wies | 2.80 | Reviewing documents and consider tax implications of loan | 1,960.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | | | for Italian subsidiary | |
| 10/04/17 | P. Marini | 0.70 | Attend Italian subsidiary's SHM via conference call | 490.00 |
| 10/04/17 | P. Marini | 0.50 | Conference call with consultant regarding subsidiary and LFA carve-out requirements | 350.00 |
| 10/04/17 | P. Marini | 0.70 | Conference calls with client regarding update | 490.00 |
| 10/04/17 | P. Marini | 1.60 | Exchange of correspondence with debtors' counsel and consultant regarding update re outcome of SHM for Italian subsidiary | 1,120.00 |
| 10/06/17 | P. Marini | 1.00 | Conference call with client regarding status update | 700.00 |
| 10/09/17 | S. Germani | 0.50 | Attend conference call with client regarding clarifications on loan and related mechanics for Italian subsidiary | 185.00 |
| 10/09/17 | P. Marini | 0.40 | Review new TS draft | 280.00 |
| 10/09/17 | P. Marini | 0.50 | Exchange of emails with debtors' counsel regarding TS and SPA | 350.00 |
| 10/09/17 | P. Marini | 0.30 | Conference call with client regarding status update | 210.00 |
| 10/09/17 | V. Salvadori di Wies | 3.50 | Review mark up of the term sheet and SPA | 2,450.00 |
| 10/10/17 | S. Germani | 1.00 | Attend conference call regarding tax related issues related to Italian subsidiary | 370.00 |
| 10/10/17 | S. Germani | 1.60 | Review and mark-up amendment to the draft of the SPA further to the conference call | 592.00 |
| 10/10/17 | P. Marini | 1.00 | Conference call with debtors' counsel regarding tax related issues regarding Italian subsidiary | 700.00 |
| 10/10/17 | P. Marini | 1.00 | Reviewing drafts of MGRT SPA and Term Sheet | 700.00 |
| 10/10/17 | V. Salvadori di Wies | 2.50 | Reviewing mark up of the term sheet and SPA. Reviewing additional documents concerning loan | 1,750.00 |
| 10/11/17 | S. Germani | 2.00 | Further revisions and mark-up to the SPA in light of the comments received from debtors' counsel | 740.00 |
| 10/11/17 | P. Marini | 0.50 | Review drafts of MGRT SPA | 350.00 |

# K&L GATES

Invoice # 3452983
0236915.00050
Page 4 of 6

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | and waiver letters | |
| 10/11/17 | V. Salvadori di Wies | 2.90 | Draft loan waiver letters | 2,030.00 |
| 10/12/17 | S. Germani | 0.50 | Internal meeting related to the funding needs of MGRT, next steps, alternative scenarios and potential directors' liability | 185.00 |
| 10/12/17 | P. Marini | 1.00 | Internal meeting related to the funding needs of MGRT, next steps, alternative scenarios and potential directors' liability | 700.00 |
| 10/12/17 | V. Salvadori di Wies | 3.80 | Review updated term sheet and note to the revised director's duties memo regarding Italian subsidiary. | 2,660.00 |
| 10/13/17 | S. Germani | 0.70 | Preparing new  draft of the PoA and voting instructions in view of the SHM to be held on Oct. 19 | 259.00 |
| 10/13/17 | P. Marini | 0.30 | Exchange of correspondence with Weil re: letter to Toshiba | 210.00 |
| 10/13/17 | P. Marini | 0.70 | Conference call with S. Grosso | 490.00 |
| 10/13/17 | V. Salvadori di Wies | 3.10 | Review the US bankruptcy court order regarding distributions in respect of claims and interests of Toshiba Corp. | 2,170.00 |
| 10/16/17 | P. Marini | 0.50 | Exchange of correspondence with debtors' counsel and client regarding Toshiba letter | 350.00 |
| 10/16/17 | P. Marini | 0.50 | E-mail to Toshiba's Italian lawyer | 350.00 |
| 10/16/17 | V. Salvadori di Wies | 2.50 | Exchanging emails with Italian subsidiary general counsel. | 1,750.00 |
| 10/18/17 | V. Salvadori di Wies | 2.10 | Considering the tax implications of the TNEH UK new loan to Italian subsidiary and draft note on the matter | 1,470.00 |
| 10/19/17 | P. Marini | 1.00 | Attend Italian subsidiary's SHM via conference call | 700.00 |
| 10/19/17 | V. Salvadori di Wies | 2.60 | Review new ruling of the Italian tax authorities on waivers by shareholders and consider implications for the potential waiver | 1,820.00 |
| 10/20/17 | P. Marini | 0.50 | Review and comments to MGRT Term Sheet and SPA | 350.00 |
| 10/20/17 | V. Salvadori di Wies | 1.80 | Review new ruling of the Italian tax authorities on waivers by shareholders and consider implications for the potential waiver | 1,260.00 |

# K&L GATES

Invoice # 3452983
0236915.00050
Page 5 of 6

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/23/17 | P. Marini | 1.00 | Reviewing DIP amendment motion and drafting proffer in light of MGRT Bankruptcy Court Hearing | 700.00 |
| 10/23/17 | V. Salvadori di Wies | 2.90 | Review and amend the final draft of the note for WECHOL board considering amended term sheet and SPA | 2,030.00 |
| 10/24/17 | P. Marini | 0.70 | Reviewing and commenting MGRT Directors memo | 490.00 |
| 10/24/17 | P. Marini | 2.00 | Internal meeting regarding DIP amendment motion and proffer | 1,400.00 |
| 10/24/17 | V. Salvadori di Wies | 0.90 | Reviewing and amending the proffer | 630.00 |
| 10/25/17 | P. Marini | 3.50 | Continue drafting DIP Amendment Proffer and review MGRT Term Sheet and SPA | 2,450.00 |
| 10/26/17 | A. Campana | 1.20 | Prepare and take part in the call with the Court of New York regarding DIP amendment with P. Marini | 444.00 |
| 10/26/17 | P. Marini | 1.00 | Attend MGRT Bankruptcy Court Hearing via conference call | 700.00 |
| 10/26/17 | P. Marini | 2.00 | Update MGRT SPA | 1,400.00 |
| 10/27/17 | P. Marini | 3.50 | Review various docs (including TS, Credit Agreement) for MGRT shareholders meeting | 2,450.00 |
| 10/27/17 | V. Salvadori di Wies | 1.10 | Review waiver letters | 770.00 |
| 10/30/17 | P. Marini | 3.00 | Reviewed various documents in preparation for the Board and Shareholders meeting of MGRT | 2,100.00 |
| 10/31/17 | P. Marini | 1.20 | Reviewed credit agreement | 840.00 |
| 10/31/17 | P. Marini | 0.50 | Conference call with S. Grosso re comments on credit agreement | 350.00 |
| 10/31/17 | P. Marini | 0.90 | Drafted comments on Credit agreement and promissory note | 630.00 |
| 10/31/17 | P. Marini | 0.40 | Liaised with V. Salvadore re tax | 280.00 |
| 10/31/17 | P. Marini | 0.60 | Sent email to A. Bickersteth re next steps and MGRT corporate actions | 420.00 |
| 10/31/17 | V. Salvadori di Wies | 3.50 | Reviewing TNEH/MGRT loan documentation considering tax issues | 2,450.00 |

|  |  | TOTAL FEES | 104.50   hrs | $   65,857.00 |

# K&L GATES

Invoice # 3452983
0236915.00050
Page 6 of 6

## TIMEKEEPER SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| M. Beltrami | 2.40 | hrs at | $ | 370.00 | / hr | 888.00 |
| A. Campana | 6.90 | hrs at | $ | 370.00 | / hr | 2,553.00 |
| S. Germani | 12.80 | hrs at | $ | 370.00 | / hr | 4,736.00 |
| P. Marini | 42.00 | hrs at | $ | 700.00 | / hr | 29,400.00 |
| V. Salvadori di Wiesenhoff | 40.40 | hrs at | $ | 700.00 | / hr | 28,280.00 |
| TOTAL FEES | | 104.50 | hrs | | $ | 65,857.00 |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Westinghouse Electric Co. LLC | Invoice Date | : | December 14, 2017 |
| 1000 Westinghouse Drive | Invoice Number | : | 3464389 |
| Cranberry Township, PA 16066 | Services Through | : | November 30, 2017 |

**0236915.00050    Project M**

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 44,786.00 |
| **CURRENT INVOICE DUE** | $ | **44,786.00** |

Due and Payable upon Receipt

Mail:   K&L Gates LLP, K&L Gates Center – RCAC, 210 Sixth Ave, Pittsburgh, PA 15222

Wire Transfer Instructions:   Receiving Bank:  The Bank of New York Mellon, 500 Ross Street, Pittsburgh, PA 15262
BIC Code: IRVTUS3N
ABA: 043000261
Beneficiary: K&L Gates LLP  AIS Account
Acct No.: 127-2657

When initiating a wire transfer/ACH, please reference client/matter number on wire information and please send
notification to RCAC_East@klgates.com with details including dollar amount, date and client/matter/invoice number(s).

# K&L GATES

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/25/17 | A. Campana | 0.90 | Review and amend attachment to DIP Amendment Proffer drafted by P. Marini regarding Mangiarotti | 333.00 |
| 10/25/17 | A. Campana | 1.90 | Meet and email internally with P. Marini in order to discuss the contents before and after drafting | 703.00 |
| 11/02/17 | R. W. Hosking | 3.50 | Address issues related to Project M matter | 2,450.00 |
| 11/02/17 | P. Marini | 0.60 | Review new draft credit agreement | 420.00 |
| 11/02/17 | V. Salvadori di Wies | 2.50 | Considering beneficial ownership issues in respect of the TNEH UK loan to Mangiarotti | 1,750.00 |
| 11/03/17 | V. Salvadori di Wies | 4.50 | Considering beneficial ownership issues in respect of the TNEH UK loan to Mangiarotti | 3,150.00 |
| 11/06/17 | P. Marini | 0.50 | Conference call with Toshiba's Italian counsel regarding update | 350.00 |
| 11/06/17 | P. Marini | 0.50 | Conference call with M. Signorini regarding new board structure | 350.00 |
| 11/06/17 | V. Salvadori di Wies | 3.60 | Drafting memo on the tax regime applicable to the TNEH UK - MGRT loan | 2,520.00 |
| 11/07/17 | P. Marini | 0.40 | Conference call with S. Grosso regarding update on loan | 280.00 |
| 11/07/17 | P. Marini | 2.00 | Meeting with Toshiba's Italian counsel | 1,400.00 |
| 11/07/17 | P. Marini | 0.60 | Exchange of email with B. Madia (Alix) re memo on bankruptcy issue | 420.00 |
| 11/07/17 | V. Salvadori di Wies | 3.50 | Drafting memo on the tax regime applicable to the TNEH UK - MGRT loan | 2,450.00 |
| 11/08/17 | R. W. Hosking | 4.50 | Address issues related to Project M matter | 3,150.00 |
| 11/08/17 | P. Marini | 0.50 | Conference call with S. Grosso re update and next corporate steps to closing | 350.00 |
| 11/08/17 | V. Salvadori di Wies | 3.80 | Drafting memo on the tax regime applicable to the TNEH UK - MGRT loan | 2,660.00 |
| 11/09/17 | P. Marini | 0.50 | Conference call with M. | 350.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | Signorini re update and exchange of emails with client regarding MGRT board structure | |
| 11/09/17 | V. Salvadori di Wies | 3.20 | Drafting memo on the tax regime applicable to the TNEH UK - MGRT loan and review loan agreement | 2,240.00 |
| 11/10/17 | P. Marini | 0.40 | Conference call with Toshiba's Italian counsel re closing | 280.00 |
| 11/10/17 | P. Marini | 0.50 | Conference call with S. Grosso regarding closing | 350.00 |
| 11/10/17 | P. Marini | 0.60 | Exchange of emails with Weil regarding closing mechanics | 420.00 |
| 11/10/17 | V. Salvadori di Wies | 0.80 | Exchanging emails with Weil in respect of the TNEH UK / Mangiarotti loan tax issues | 560.00 |
| 11/13/17 | P. Marini | 1.50 | Closing preparation: liaising with S. Grosso and the notary | 1,050.00 |
| 11/13/17 | P. Marini | 0.50 | Exchange of emails with Weil London re closing preparation | 350.00 |
| 11/13/17 | V. Salvadori di Wies | 1.20 | Reviewing the TNEH UK - MGRT loan (gross-up and tax indemnification) | 840.00 |
| 11/14/17 | P. Marini | 0.70 | Conference call with P. Mandruzzato and other candidates as directors of MGRT | 490.00 |
| 11/14/17 | P. Marini | 0.30 | Conference call with notary public regarding closing | 210.00 |
| 11/14/17 | P. Marini | 0.50 | Conference call with P. Giustiniani regarding closing | 350.00 |
| 11/14/17 | P. Marini | 0.50 | Exchange of correspondence with Weil (London) regarding closing | 350.00 |
| 11/15/17 | P. Marini | 1.30 | Closing preparation: reviewed draft SPA | 910.00 |
| 11/15/17 | P. Marini | 0.30 | Conference calls with Toshiba's Italian counsel | 210.00 |
| 11/15/17 | P. Marini | 0.30 | Conference calls with S. Grosso | 210.00 |
| 11/15/17 | P. Marini | 0.40 | Conference call with client regarding directors' duties | 280.00 |
| 11/15/17 | P. Marini | 0.50 | Reviewed memo regarding directors' duties | 350.00 |
| 11/15/17 | P. Marini | 1.00 | Liaised with notary public re closing and tax code | 700.00 |
| 11/15/17 | P. Marini | 0.50 | Exchange of correspondence with Weil London regarding closing: conf. call with A. Kerney | 350.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | re closing | |
| 11/15/17 | V. Salvadori di Wies | 0.40 | Review TNEH UK / MGRT loan agreement | 280.00 |
| 11/15/17 | V. Salvadori di Wies | 0.30 | Attend call with Mangiarotti to discuss beneficial ownership and gross-up | 210.00 |
| 11/15/17 | V. Salvadori di Wies | 0.20 | Exchanging emails with Weil re fiscal ID code for WEC Acquisitions | 140.00 |
| 11/16/17 | P. Marini | 0.40 | Liaised with notary public regarding closing | 280.00 |
| 11/16/17 | P. Marini | 0.30 | Conference call with S. Grosso regarding closing | 210.00 |
| 11/16/17 | P. Marini | 0.50 | Sent emails to Toshiba's Italian counsel regarding closing | 350.00 |
| 11/16/17 | P. Marini | 0.30 | Exchange of correspondence with Weil London regarding closing | 210.00 |
| 11/17/17 | P. Marini | 2.60 | Prepare for closing | 1,820.00 |
| 11/20/17 | P. Marini | 0.40 | Email with Weil London regarding Mangiarotti's board | 280.00 |
| 11/20/17 | P. Marini | 0.50 | Conference call with Toshiba's Italian counsel regarding closing | 350.00 |
| 11/20/17 | P. Marini | 0.10 | Liaising with S. Grosso regarding closing | 70.00 |
| 11/20/17 | P. Marini | 0.50 | Conference call with incumbent independent director of MGRT | 350.00 |
| 11/22/17 | P. Marini | 2.30 | Prepare for closing | 1,610.00 |
| 11/23/17 | P. Marini | 4.50 | Prepare for closing | 3,150.00 |
| 11/24/17 | P. Marini | 0.30 | Update after shareholders meeting | 210.00 |
| 11/24/17 | P. Marini | 0.20 | Conference call with client regarding board powers and composition | 140.00 |
| 11/24/17 | V. Salvadori di Wies | 1.20 | Reviewing draft documents list and steps paper outlining the proposed transaction for Mangiarotti | 840.00 |
| 11/27/17 | P. Marini | 0.40 | Conference call with S. Grosso re update | 280.00 |
| 11/27/17 | P. Marini | 0.20 | Review next step chart | 140.00 |
| 11/27/17 | P. Marini | 0.40 | Sent email to A. Kemeny regarding next steps | 280.00 |
| | TOTAL FEES | 65.30  hrs | | $    44,786.00 |

K&L GATES

Invoice # 3464389
0236915.00050
Page 5 of 5

## TIMEKEEPER SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| A. Campana | 2.80 | hrs at | $ | 370.00 / hr | 1,036.00 |
| R. W. Hosking | 8.00 | hrs at | $ | 700.00 / hr | 5,600.00 |
| P. Marini | 29.30 | hrs at | $ | 700.00 / hr | 20,510.00 |
| V. Salvadori di Wiesenhoff | 25.20 | hrs at | $ | 700.00 / hr | 17,640.00 |
| TOTAL FEES | | | 65.30 hrs | $ | 44,786.00 |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500    F +1 412 355 6501    klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Westinghouse Electric Co. LLC | Invoice Date | : | December 14, 2017 |
| 1000 Westinghouse Drive | Invoice Number | : | 3464390 |
| Cranberry Township, PA 16066 | Services Through | : | November 30, 2017 |

**0236915.00051    DOL Claim**

## INVOICE SUMMARY

| | | |
|---|---|---:|
| Fees | $ | 62,763.00 |
| Disbursements and Other Charges | $ | 158.17 |
| **CURRENT INVOICE DUE** | $ | **62,921.17** |

Due and Payable upon Receipt

Mail:  K&L Gates LLP, K&L Gates Center – RCAC, 210 Sixth Ave, Pittsburgh, PA 15222

Wire Transfer Instructions:  Receiving Bank:  The Bank of New York Mellon, 500 Ross Street, Pittsburgh, PA 15262
BIC Code: IRVTUS3N
ABA: 043000261
Beneficiary: K&L Gates LLP  AIS Account
Acct No.: 127-2657

When initiating a wire transfer/ACH, please reference client/matter number on wire information and please send
notification to RCAC_East@klgates.com with details including dollar amount, date and client/matter/invoice number(s).

# K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/02/17 | M. A. Pavlick | 0.40 | Review and evaluate complaint and demand letter | 280.00 |
| 11/08/17 | M. A. Pavlick | 0.30 | Review materials relative to SOX claim | 210.00 |
| 11/09/17 | A. J. Parker | 0.30 | Review correspondence regarding DOL claim | 111.00 |
| 11/09/17 | M. A. Pavlick | 1.60 | Review claim and research legal issues | 1,120.00 |
| 11/10/17 | A. J. Parker | 5.10 | Review documents for preparation of factual narrative for witness interviews | 1,887.00 |
| 11/10/17 | A. J. Parker | 0.70 | Prepare for and attend conference with internal team regarding employment issues | 259.00 |
| 11/10/17 | M. A. Pavlick | 1.20 | Review complaint documents and evaluate same | 840.00 |
| 11/10/17 | T. C. Ryan | 3.80 | Organize documents in preparation for team meeting regarding DOL claim | 2,660.00 |
| 11/11/17 | A. J. Parker | 3.80 | Draft and revise factual narrative for witness interviews | 1,406.00 |
| 11/12/17 | A. J. Parker | 3.00 | Draft and revise factual narrative regarding employment law issues | 1,110.00 |
| 11/12/17 | A. J. Parker | 0.30 | Perform research regarding employment law claims | 111.00 |
| 11/13/17 | A. J. Parker | 4.10 | Draft narrative summary for witness interviews | 1,517.00 |
| 11/13/17 | A. J. Parker | 1.00 | Draft interview outline | 370.00 |
| 11/13/17 | A. J. Parker | 0.30 | Prepare for and attend internal meeting regarding employment law issues | 111.00 |
| 11/14/17 | A. J. Parker | 2.60 | Draft and revise narrative summary regarding employment claims | 962.00 |
| 11/14/17 | A. J. Parker | 2.10 | Draft and revise witness interview outline | 777.00 |
| 11/14/17 | N. A. Stockey | 1.00 | Review and revise narrative from A. Parker | 370.00 |
| 11/14/17 | N. A. Stockey | 1.20 | Review interview outline | 444.00 |
| 11/15/17 | A. J. Parker | 2.30 | Research regarding liability issues alleged in the complaint | 851.00 |
| 11/15/17 | M. A. Pavlick | 0.70 | Review outlines and factual summary | 490.00 |
| 11/16/17 | A. J. Parker | 7.60 | Perform research regarding claims alleged in the complaint | 2,812.00 |
| 11/16/17 | T. C. Ryan | 0.70 | Prepare for meeting with client | 490.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/17/17 | A. J. Parker | 3.60 | Prepare for and attend interview with client | 1,332.00 |
| 11/17/17 | A. J. Parker | 5.60 | Draft summary of research regarding claims alleged in the complaint | 2,072.00 |
| 11/17/17 | T. C. Ryan | 1.00 | Conference with client to gather background information on claim | 700.00 |
| 11/17/17 | T. C. Ryan | 2.20 | Review draft narrative response and supporting documentation | 1,540.00 |
| 11/20/17 | A. J. Parker | 6.80 | Draft and revise position statement | 2,516.00 |
| 11/20/17 | M. A. Pavlick | 0.80 | Review various materials regarding SOX charge and discuss same with A. Parker | 560.00 |
| 11/21/17 | A. J. Parker | 6.10 | Draft and revise position statement | 2,257.00 |
| 11/21/17 | T. C. Ryan | 1.00 | Respond to client requests regarding status of investigation into claim | 700.00 |
| 11/22/17 | A. J. Parker | 1.50 | Review cases cited in position statement | 555.00 |
| 11/22/17 | M. A. Pavlick | 0.60 | Review summary of interviews and facts | 420.00 |
| 11/27/17 | A. J. Parker | 0.70 | Prepare for and attend meeting regarding strategy for position statement to the Department of Labor | 259.00 |
| 11/27/17 | A. J. Parker | 8.50 | Draft and revise position statement regarding claims alleged in the complaint | 3,145.00 |
| 11/27/17 | A. J. Parker | 0.50 | Perform research for position statement regarding claims alleged in the complaint | 185.00 |
| 11/27/17 | M. A. Pavlick | 1.50 | Review documents related to employee claim | 1,050.00 |
| 11/27/17 | M. A. Pavlick | 0.50 | Meet with T. Ryan and A. Parker | 350.00 |
| 11/27/17 | M. A. Pavlick | 0.40 | Review research regarding claims alleged in the complaint | 280.00 |
| 11/27/17 | T. C. Ryan | 3.90 | Review documents, narrative in preparation for interview | 2,730.00 |
| 11/27/17 | T. C. Ryan | 0.50 | Conference with team on position statement | 350.00 |
| 11/27/17 | N.  A. Stockey | 1.20 | Analyze complaint and documents collected in response to complaint | 444.00 |
| 11/28/17 | A. J. Parker | 2.30 | Prepare for and attend witness interview regarding claims filed | 851.00 |

# K&L GATES

Invoice # 3464390
0236915.00051
Page 4 of 5

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | with the Department of Labor | |
| 11/28/17 | M. A. Pavlick | 1.10 | Review documents collected in response to complaint | 770.00 |
| 11/28/17 | M. A. Pavlick | 0.20 | Discuss position statement with A. Parker | 140.00 |
| 11/28/17 | M. A. Pavlick | 0.50 | Review research regarding claims alleged in the complaint | 350.00 |
| 11/28/17 | T. C. Ryan | 1.20 | Prepare for meeting with client | 840.00 |
| 11/28/17 | T. C. Ryan | 1.30 | Conference with client | 910.00 |
| 11/29/17 | A. J. Parker | 3.60 | Draft and revise position statement to the Department of Labor | 1,332.00 |
| 11/29/17 | A. J. Parker | 0.70 | Correspond internally regarding draft of position statement to the Department of Labor | 259.00 |
| 11/29/17 | M. A. Pavlick | 6.40 | Revise position statement | 4,480.00 |
| 11/29/17 | T. C. Ryan | 5.50 | Review documents and draft/revise position statement | 3,850.00 |
| 11/29/17 | N. A. Stockey | 1.60 | Review and provide comments to DOL response statement | 592.00 |
| 11/30/17 | A. J. Parker | 5.50 | Review and revise position statement to the Department of Labor | 2,035.00 |
| 11/30/17 | M. A. Pavlick | 1.30 | Review and revise drafts of position statement | 910.00 |
| 11/30/17 | M. A. Pavlick | 0.20 | Discuss same with A. Parker | 140.00 |
| 11/30/17 | T. C. Ryan | 4.40 | Review and revise draft position statement | 3,080.00 |
| 11/30/17 | N. A. Stockey | 0.30 | Meet with T. Ryan regarding response to complaint | 111.00 |
| 11/30/17 | N. A. Stockey | 3.80 | Review and revise response to compliant | 1,406.00 |
| 11/30/17 | N. A. Stockey | 0.20 | Meet and confer with A. Parker regarding revisions and research for response to Hamilton's complaint | 74.00 |
| | | TOTAL FEES | 131.10   hrs | $    62,763.00 |

## TIMEKEEPER SUMMARY

| | | | | |
|------|------|------|------|------|
| A. J. Parker | 78.60 | hrs at | $    370.00  / hr | 29,082.00 |
| M. A. Pavlick | 17.70 | hrs at | $    700.00  / hr | 12,390.00 |
| T. C. Ryan | 25.50 | hrs at | $    700.00  / hr | 17,850.00 |
| N. A. Stockey | 9.30 | hrs at | $    370.00  / hr | 3,441.00 |
| | TOTAL FEES | 131.10   hrs | | $    62,763.00 |

K&L GATES

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Westlaw Research | 158.17 |
| DISBURSEMENTS & OTHER CHARGES | $ 158.17 |

# K&L GATES

**K&L GATES LLP**

K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

Westinghouse Electric Co. LLC
1000 Westinghouse Drive
Cranberry Township, PA 16066

| | | |
|---|---|---|
| Invoice Date | : | September 8, 2017 |
| Invoice Number | : | 3425927 |
| Services Through | : | August 31, 2017 |
| Our File Number | : | 0236915 |

## INVOICE SUMMARY BY MATTER

**SUBPOENA RESPONSE -- e-DAT Fees (70030)**

| | | |
|---|---|---|
| Fees | $ | 1,707.00 |
| Disbursements and Other Charges | $ | 50.17 |
| **Total Amount Due This Matter** | $ | **1,757.17** |

| | | |
|---|---|---|
| **CURRENT INVOICE DUE - All Matters** | $ | **1,757.17** |

Mail:   K&L Gates LLP, K&L Gates Center – RCAC, 210 Sixth Ave, Pittsburgh, PA 15222

Wire Transfer Instructions:  Receiving Bank:  The Bank of New York Mellon, 500 Ross Street, Pittsburgh, PA 15262
BIC Code: IRVTUS3N
ABA: 043000261
Beneficiary: K&L Gates LLP  AIS Account
Acct No.: 127-2657

When initiating a wire transfer/ACH, please reference client/matter number on wire information and please send
notification to RCAC_East@klgates.com with details including dollar amount, date and client/matter/invoice number(s).

# K&L GATES

Invoice # 3425927
0236915
Page 2 of 3

### SUBPOENA RESPONSE -- e-DAT Fees (70030)                    $1,757.17

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/01/17 | L. A. Diersen | 0.30 | Update review template as requested by A. Cashman | 75.00 |
| 08/15/17 | J. A. Chiccarino | 0.40 | Coordinate with litigation support regarding document review for production | 148.00 |
| 08/16/17 | J. A. Chiccarino | 0.50 | Coordinate with litigation support regarding document review for production | 185.00 |
| 08/17/17 | J. A. Chiccarino | 0.50 | Coordinate with litigation support regarding document processing and review for production | 185.00 |
| 08/22/17 | J. A. Chiccarino | 0.30 | Coordinate with litigation support regarding document review and production | 111.00 |
| 08/22/17 | C. T. Field | 0.70 | Provide support and training to M. Komo regarding column views and mass coding | 175.00 |
| 08/23/17 | J. A. Chiccarino | 0.50 | Coordinate with litigation support regarding document production | 185.00 |
| 08/25/17 | J. A. Chiccarino | 0.30 | Coordinate with litigation support regarding document production | 111.00 |
| 08/25/17 | T. M. Gracey | 0.20 | Analyze, organize and edit ESI in preparation for staging into Ringtail | 50.00 |
| 08/25/17 | T. M. Gracey | 0.10 | Perform complex modifications to database files to convert Concordance-formatted material into Ringtail format in preparation for metadata overlay, organize and stage metadata overlay into Ringtail in preparation for review, perform text extraction and indexing procedures on new data in preparation for search and review at the request of A. | 25.00 |

# K&L GATES

Invoice # 3425927
0236915
Page 3 of 3

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | Cashman | |
| 08/25/17 | T. M. Gracey | 0.20 | Stage ESI in WEC SEC Subpoena Ringtail database | 50.00 |
| 08/28/17 | J. A. Chiccarino | 0.40 | Coordinate with litigation support regarding document production | 148.00 |
| 08/29/17 | J. A. Chiccarino | 0.70 | Coordinate with litigation support regarding document production | 259.00 |
| | | TOTAL FEES | 5.10   hrs | $    1,707.00 |

## TIMEKEEPER SUMMARY

| | | | | |
|---|---|---|---|---|
| J. A. Chiccarino | 3.60   hrs at | $    370.00   / hr | | 1,332.00 |
| L. A. Diersen | 0.30   hrs at | $    250.00   / hr | | 75.00 |
| C. T. Field | 0.70   hrs at | $    250.00   / hr | | 175.00 |
| T. M. Gracey | 0.50   hrs at | $    250.00   / hr | | 125.00 |
| | TOTAL FEES | 5.10   hrs | $    1,707.00 | |

## DISBURSEMENTS & OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/31/17 | ESI Conversion: Convert 0.10 GB to TIFF images @ $500/GB: $50.17 | 50.17 |
| | DISBURSEMENTS & OTHER CHARGES | $    50.17 |

-------------------------------------------------------------------------------------------------------------

## MATTER SUMMARY

| | | |
|---|---|---|
| Fees | $ | 1,707.00 |
| Disbursements and Other Charges | $ | 50.17 |
| **MATTER TOTAL** | **$** | **1,757.17** |

# K&L GATES

**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WA 98104-1158
T  206.623.7580   F 206.623.7022   klgates.com
Tax ID No. 25 0921018

Westinghouse Electric Co. LLC
1000 Westinghouse Drive
Cranberry Township, PA 16066

| | | |
|---|---|---|
| Invoice Date | : | October 6, 2017 |
| Invoice Number | : | 3437258 |
| Services Through | : | September 30, 2017 |
| Our File Number | : | 0236915 |

---

## INVOICE SUMMARY BY MATTER

**Subpoena Response - eDAT Fees (70030)**

| | | |
|---|---|---|
| Fees | $ | 150.00 |
| Disbursements and Other Charges | $ | 557.73 |
| **Total Amount Due This Matter** | **$** | **707.73** |

**CURRENT INVOICE DUE - All Matters**          **$      707.73**

This invoice reflects fees and costs not previously billed. Past due balances, if any, will be shown on a separate statement of account at the beginning of the next month. Payment is due in U.S. dollars upon receipt. Funds may be wired to our account number 153557906580 US Bank, Private Financial Services, 1420 5th Ave. Suite 2100, Seattle, WA 98101, ABA Routing Number 125000105, SWIFT Code: USBKUS44IMT. Check payments should be sent to K&L Gates LLP, RCAC, 925 Fourth Ave., Suite 2900, Seattle, WA 98104-1158.

# K&L GATES

Invoice # 3437258
0236915
Page 2 of 2

| **Subpoena Response - eDAT Fees (70030)** | **$707.73** |
|---|---|

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/08/17 | L. A. Diersen | 0.60 | WEC DUKE \ WEC Bluefin: Run advanced searches and isolate sets into assignments for associate review as requested by A. Cashman | 150.00 |
| | | TOTAL FEES | 0.60   hrs              $ | 150.00 |

## TIMEKEEPER SUMMARY

| | | | |
|---|---|---|---|
| L. A. Diersen | 0.60   hrs at   $      250.00   / hr | | 150.00 |
| | TOTAL FEES | 0.60   hrs              $ | 150.00 |

## DISBURSEMENTS & OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30/17 | Ringtail Fees: September 2017 Data Storage Fees: 37.18 GB @ $15.00/GB: $557.73 | 557.73 |
| | DISBURSEMENTS & OTHER CHARGES              $ | 557.73 |

--------------------------------------------------------------------------------------------------------------------------

## MATTER SUMMARY

| | | |
|---|---|---|
| Fees | $ | 150.00 |
| Disbursements and Other Charges | $ | 557.73 |
| **MATTER TOTAL** | **$** | **707.73** |

# K&L GATES

**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WA 98104-1158
T  206.623.7580   F 206.623.7022   klgates.com
Tax ID No. 25 0921018

Westinghouse Electric Co. LLC
1000 Westinghouse Drive
Cranberry Township, PA 16066

| | | |
|---|---|---|
| Invoice Date | : | November 13, 2017 |
| Invoice Number | : | 3452990 |
| Services Through | : | October 31, 2017 |
| Our File Number | : | 0236915 |

---

## INVOICE SUMMARY BY MATTER

**Subpoena Response - eDAT Fees (70030)**

| | | |
|---|---|---|
| Fees | $ | 5,250.00 |
| Disbursements and Other Charges | $ | 1,562.53 |
| **Total Amount Due This Matter** | $ | **6,812.53** |

**CURRENT INVOICE DUE - All Matters**      $      **6,812.53**

This invoice reflects fees and costs not previously billed. Past due balances, if any, will be shown on a separate statement of account at the beginning of the next month. Payment is due in U.S. dollars upon receipt. Funds may be wired to our account number 153557906580 US Bank, Private Financial Services, 1420 5th Ave. Suite 2100, Seattle, WA 98101, ABA Routing Number 125000105, SWIFT Code: USBKUS44IMT. Check payments should be sent to K&L Gates LLP, RCAC, 925 Fourth Ave., Suite 2900, Seattle, WA 98104-1158.

# K&L GATES

Invoice # 3452990
0236915
Page 2 of 4

**Subpoena Response - eDAT Fees (70030)**                                    **$6,812.53**

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/10/17 | L. A. Diersen | 0.70 | Run advanced searches and isolate results into binder as requested by A. Cashman in anticipation of third party review | 175.00 |
| 10/11/17 | L. A. Diersen | 0.20 | Update workflow permissions as requested by Eco-counsel | 50.00 |
| 10/17/17 | K. R. Slavik | 0.90 | Analyze documents confirming compliance with WEC SEC 007 document production specifications | 225.00 |
| 10/17/17 | K. R. Slavik | 0.30 | Analyze and review production media | 75.00 |
| 10/17/17 | R. P. Treglia | 3.40 | Electronically produce ESI to the SEC from Ringtail per the request of A. Cashman | 850.00 |
| 10/17/17 | R. P. Treglia | 4.20 | Electronically produce ESI from Ringtail to meet the SEC requirements per the request of A. Cashman | 1,050.00 |
| 10/19/17 | K. R. Slavik | 0.40 | Coordinate information to establish user permissions in Ringtail database for new users in preparation for review | 100.00 |
| 10/20/17 | L. A. Diersen | 0.40 | Run advanced searches and isolate foreign language production set as requested by A. Cashman | 100.00 |
| 10/23/17 | L. A. Diersen | 0.90 | WEC SEC: Export documents to pdf in anticipation of meeting as requested by co-counsel | 225.00 |
| 10/23/17 | L. A. Diersen | 1.80 | WEC SEC Subpoena: run advanced searches and compile witness kit binders | 450.00 |
| 10/24/17 | L. A. Diersen | 1.90 | WEC SEC Subpoena: strategize with W. Prichard, R. Yammine, E. Glover, and J. Veintimilla in regards to navigating ringtail and performing searched for "witness kits" | 475.00 |

# K&L GATES

Invoice # 3452990
0236915
Page 3 of 4

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 10/24/17 | L. A. Diersen | 0.70 | WEC SEC Subpoena: run advanced searches and isolate and prepare documents for production "WEC SEC 008" as requested by A. Cashman | 175.00 |
| 10/25/17 | L. A. Diersen | 0.40 | WEC SEC Subpoena: run advanced searches and isolate witness kit binder for Benjamin documents for Pillsbury as requested by A. Cashman | 100.00 |
| 10/27/17 | L. A. Diersen | 2.50 | WEC SEC: Electronically produce "WEC SEC 008" out of litigation support database per the request of A. Cashman for production to opposition | 625.00 |
| 10/27/17 | K. R. Slavik | 0.70 | Analyze documents confirming compliance with WEC SEC 008 document production specifications | 175.00 |
| 10/27/17 | K. R. Slavik | 0.20 | Analyze and review production media | 50.00 |
| 10/30/17 | L. A. Diersen | 0.60 | WEC SEC Subpoena: Export draft privilege log as requested by J. Chiccarino and A. Cashman | 150.00 |
| 10/31/17 | C. T. Field | 0.80 | Search for non-produced documents which have been marked for privilege redaction, create a Ringtail binder of search results and family members, then make binder available for review | 200.00 |
| | TOTAL FEES | 21.00  hrs | | $    5,250.00 |

## TIMEKEEPER SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| L. A. Diersen | 10.10 | hrs at | $    250.00 | / hr | 2,525.00 |
| C. T. Field | 0.80 | hrs at | $    250.00 | / hr | 200.00 |
| K. R. Slavik | 2.50 | hrs at | $    250.00 | / hr | 625.00 |
| R. P. Treglia | 7.60 | hrs at | $    250.00 | / hr | 1,900.00 |
| TOTAL FEES | 21.00 | hrs | | $ | 5,250.00 |

# K&L GATES

Invoice # 3452990
0236915
Page 4 of 4

## DISBURSEMENTS & OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/31/17 | ESI Conversion: Convert 1.14009 GB to TIFF images @ $500/GB: $570.04 | 570.04 |
| 10/31/17 | Ringtail Fees: October 2017 Data Storage Fees: 39.50 GB @ $15.00/GB: $592.49 | 592.49 |
| 10/31/17 | Ringtail Fees: October 2017 8 Web Licenses @ $50/month: $400.00 | 400.00 |
| | DISBURSEMENTS & OTHER CHARGES | $    1,562.53 |

----------------------------------------------------------------------------------------------------------------------------

## MATTER SUMMARY

| | | |
|---|---|---|
| Fees | $ | 5,250.00 |
| Disbursements and Other Charges | $ | 1,562.53 |
| **MATTER TOTAL** | $ | **6,812.53** |

# K&L GATES

**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WA 98104-1158
T  206.623.7580   F  206.623.7022   klgates.com
Tax ID No. 25 0921018

Westinghouse Electric Co. LLC
1000 Westinghouse Drive
Cranberry Township, PA 16066

| | | |
|---|---|---|
| Invoice Date | : | December 14, 2017 |
| Invoice Number | : | 3460818 |
| Services Through | : | November 30, 2017 |
| Our File Number | : | 0236915 |

## INVOICE SUMMARY BY MATTER

**Subpoena Response - eDAT Fees (70030)**

| | | |
|---|---|---|
| Fees | $ | 18,419.00 |
| Disbursements and Other Charges | $ | 1,164.40 |
| **Total Amount Due This Matter** | **$** | **19,583.40** |

| | | |
|---|---|---|
| **CURRENT INVOICE DUE - All Matters** | **$** | **19,583.40** |

This invoice reflects fees and costs not previously billed. Past due balances, if any, will be shown on a separate statement of account at the beginning of the
next month. Payment is due in U.S. dollars upon receipt. Funds may be wired to our account number 153557906580 US Bank, Private Financial Services, 1420
5th Ave. Suite 2100, Seattle, WA 98101, ABA Routing Number 125000105, SWIFT Code: USBKUS44IMT. Check payments should be sent to K&L Gates LLP,
RCAC, 925 Fourth Ave., Suite 2900, Seattle, WA 98104-1158.

# K&L GATES

**Subpoena Response - eDAT Fees (70030)**                         **$19,583.40**

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/01/17 | J. A. Chiccarino | 2.80 | Coordinate and oversee review of privilege log for production responsive to SEC subpoena | 1,036.00 |
| 11/01/17 | C. T. Field | 0.30 | Remove documents without Responsive search term family hits from privilege review binder | 75.00 |
| 11/01/17 | C. T. Field | 0.30 | Meet with J. Chiccarino, R. Treglia and A. Cashman regarding privilege review and coordinating foreign language review for privileged documents | 75.00 |
| 11/01/17 | C. T. Field | 0.40 | Create binder of foreign language documents with privilege coding and make available for review | 100.00 |
| 11/01/17 | N. J. Kenney | 4.40 | Complete privilege log for production responsive to SEC subpoena | 770.00 |
| 11/01/17 | G. R. Ray | 7.50 | Complete privilege log for production responsive to SEC subpoena | 1,312.50 |
| 11/02/17 | J. A. Chiccarino | 2.70 | Coordinate and oversee review of privilege log for production responsive to SEC subpoena | 999.00 |
| 11/02/17 | C. T. Field | 0.70 | Run searches and create witness binder | 175.00 |
| 11/02/17 | C. T. Field | 0.30 | Remove documents which do not hit on the Responsive search terms from the privilege review binder | 75.00 |
| 11/02/17 | N. J. Kenney | 3.50 | Complete privilege log for production responsive to SEC subpoena | 612.50 |
| 11/02/17 | G. R. Ray | 5.10 | Complete privilege log for production responsive to SEC subpoena | 892.50 |
| 11/03/17 | J. A. Chiccarino | 2.80 | Coordinate and oversee review of privilege log for production responsive to SEC subpoena | 1,036.00 |

# K&L GATES

Invoice # 3460818
0236915
Page 3 of 5

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/03/17 | C. T. Field | 1.10 | Update witness binders for counsel review without fully privileged documents | 275.00 |
| 11/03/17 | T. M. Gracey | 0.20 | Assist A. McCullough with accessing data for review and coding | 50.00 |
| 11/04/17 | J. A. Chiccarino | 0.90 | Coordinate and oversee review of privilege log for production responsive to SEC subpoena | 333.00 |
| 11/06/17 | J. A. Chiccarino | 2.70 | Coordinate and oversee review of privilege log for production responsive to SEC subpoena | 999.00 |
| 11/06/17 | C. T. Field | 0.40 | Create external user account for DC counsel and provide access credentials and basic training materials | 100.00 |
| 11/06/17 | C. T. Field | 0.70 | Provide search assistance to W. Prichard and create binder of witness documents from the most recent production | 175.00 |
| 11/06/17 | T. M. Gracey | 1.60 | Strategize with R. Treglia with regards to SEC production and Ringtail load template settings and features | 400.00 |
| 11/06/17 | K. R. Slavik | 0.80 | Analyze documents confirming compliance with WEC SEC 009 document production specifications | 200.00 |
| 11/07/17 | J. A. Chiccarino | 3.10 | Coordinate and oversee review of privilege log for production responsive to SEC subpoena | 1,147.00 |
| 11/07/17 | K. R. Slavik | 0.50 | Analyze additional documents confirming compliance with WEC SEC 009 document production specifications | 125.00 |
| 11/07/17 | K. R. Slavik | 0.20 | Analyze and review production media | 50.00 |
| 11/08/17 | J. A. Chiccarino | 2.10 | Coordinate and oversee review of privilege log for production responsive to SEC subpoena | 777.00 |
| 11/08/17 | C. T. Field | 0.20 | Add T. Kornobis to Ringtail database | 50.00 |
| 11/09/17 | J. A. Chiccarino | 2.60 | Coordinate and oversee review of privilege log for production responsive to SEC subpoena | 962.00 |
| 11/09/17 | C. T. Field | 0.50 | Revise coding template for e-DAT reviewers to include issues related to foreign language review | 125.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 11/09/17 | N. J. Kenney | 6.10 | Complete privilege log for production responsive to SEC subpoena | 1,067.50 |
| 11/09/17 | G. R. Ray | 3.90 | Complete privilege log for production responsive to SEC subpoena | 682.50 |
| 11/09/17 | F. J. Scott | 7.00 | Complete privilege log for production responsive to SEC subpoena | 1,225.00 |
| 11/10/17 | J. A. Chiccarino | 2.20 | Coordinate and oversee review of privilege log for production responsive to SEC subpoena | 814.00 |
| 11/10/17 | N. J. Kenney | 2.30 | Complete privilege log for production responsive to SEC subpoena | 402.50 |
| 11/10/17 | G. R. Ray | 4.10 | Complete privilege log for production responsive to SEC subpoena | 717.50 |
| 11/10/17 | F. J. Scott | 2.00 | Complete privilege log for production responsive to SEC subpoena | 350.00 |
| 11/13/17 | J. A. Chiccarino | 0.30 | Coordinate and oversee review of privilege log for production responsive to SEC subpoena | 111.00 |
| 11/13/17 | N. J. Kenney | 0.20 | Complete privilege log for production responsive to SEC subpoena | 35.00 |
| 11/14/17 | N. J. Kenney | 0.50 | Complete privilege log for production responsive to SEC subpoena | 87.50 |
| | | TOTAL FEES | 77.00   hrs | $   18,419.00 |

## TIMEKEEPER SUMMARY

| | | | | |
|------|------|------|------|------|
| J. A. Chiccarino | 22.20 | hrs at | $   370.00  / hr | 8,214.00 |
| C. T. Field | 4.90 | hrs at | $   250.00  / hr | 1,225.00 |
| T. M. Gracey | 1.80 | hrs at | $   250.00  / hr | 450.00 |
| N. J. Kenney | 17.00 | hrs at | $   175.00  / hr | 2,975.00 |
| G. R. Ray | 20.60 | hrs at | $   175.00  / hr | 3,605.00 |
| F. J. Scott | 9.00 | hrs at | $   175.00  / hr | 1,575.00 |
| K. R. Slavik | 1.50 | hrs at | $   250.00  / hr | 375.00 |
| | TOTAL FEES | | 77.00   hrs | $   18,419.00 |

# K&L GATES

## DISBURSEMENTS & OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 11/30/17 | ESI Conversion: Convert 0.06009 GB to TIFF images @ $500/GB: $30.04 | 30.04 |
| 11/30/17 | Ringtail Fees: November 2017 Data Storage Fees: 45.62 GB @ $15.00/GB: $684.36 | 684.36 |
| 11/30/17 | Ringtail Fees: November 2017 10 Web Licenses @ $50/month: $450.00 | 450.00 |
| | DISBURSEMENTS & OTHER CHARGES | $    1,164.40 |

----------------------------------------------------------------------------------------------------------------------

## MATTER SUMMARY

| | | |
|---|---|---:|
| Fees | $ | 18,419.00 |
| Disbursements and Other Charges | $ | 1,164.40 |
| **MATTER TOTAL** | **$** | **19,583.40** |