UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Westinghouse Electric Company LLC, et al          Case No. 17-10751

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE.  Transferee hereby gives evidence and notice
pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the
claim referenced in this evidence and notice.

| **Bradford Capital Holdings, LP**<br>Name of Transferee | **Bubba Tool LTD, LLC**<br>Name of Transferor |
|---|---|
| Name and address where transferee payments should be sent:<br><br>c/o Bradford Capital Management, LLC<br>PO Box 4353<br>Clifton, NJ 07012<br>Attn: Brian Brager<br>bbrager@bradfordcapitalmgmt.com<br><br>With copy to:<br>Farrell Fritz, P.C.<br>622 Third Avenue, 37th Fl.<br>New York, NY 10017<br>Attn: Patrick Maschio | Proof of Claim Number: 742<br>Proof of Claim Amount: $224,792.10 (the remaining general unsecured claim amount)<br><br>Proof of Claim Number: 1862 (which amends Claim #742)<br>Proof of Claim Amount: $223,950.45 (the remaining general unsecured portion only)<br><br>Scheduled Claim Number: 3.37<br>Scheduled Claim Amount: $371,437.00 (the general unsecured portion only)<br><br>Proof of Claim Number: 1923<br>Proof of Claim Amount: $2,700.00<br>Scheduled Claim Number: 3.27<br>Scheduled Claim Amount: $1,800.00 |

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.


**Bradford Capital Holdings, LP**
**By: Bradford Capital GP, LLC, its General Partner**


By: /s/ Brian Brager                              Date: 02/15/2018
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.
§§ 152 & 3571

### EVIDENCE OF TRANSFER OF CLAIM

TO:         United States Bankruptcy Court
            Southern District of New York
            Attention: Clerk

AND TO:     Westinghouse Electric Company LLC ("Debtor")
            Case No. 17-10751

Proof of Claim Number: 742
Proof of Claim Amount: $224,792.10 (the remaining general unsecured portion only)
Proof of Claim 1862, which amends Claim #742 in the amount of $223,950.45 (the remaining general unsecured portion only)
Scheduled Claim # 3.37 / WECTEC Contractors Inc.
Scheduled Claim Amount: $371,437.00 (the general unsecured portion only)

Bubba Tool LTD, LLC its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

its successors and assigns ("Assignee"), all rights, title and interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. bankruptcy Code), in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") in against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated this ___5___ day of _February_ 20_18_

Bubba Tool LTD, LLC

By: _____
Name: _John J. Burnt_
Title: _CEO_

Bradford Capital Holdings, LP
By Bradford Capital GP, LLC, its General Partner

By: _____
Name: _Brian Brager_
Title: _Managing Member_

# EVIDENCE OF TRANSFER OF CLAIM

**TO:**    United States Bankruptcy Court
Southern District of New York
Attention: Clerk

**AND TO:**    Westinghouse Electric Company LLC ("Debtor")
Case No. 17-10751

Proof of Claim Number: 1923
Proof of Claim Amount: $2700.00
Scheduled Claim # 3.27 / Stone & Webster Construction Inc.
Scheduled Claim Amount: $1800.00

Bubba Tool LTD, LLC its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Bradford Capital Holdings, LP
Attention: Brian L. Brager
PO Box 4353
Clifton, NJ 07012

its successors and assigns ("Assignee"), all rights, title and interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. bankruptcy Code), in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated this _____5th_____ day of _February 2018_

**Bubba Tool LTD, LLC**

By: _____
Name: John J. Burns
Title: CEO

**Bradford Capital Holdings, LP**
**By Bradford Capital GP, LLC, its General Partner**

By: _____
Name: Brian Brager
Title: Managing Member