UNITED STATES BANKRUPTCY COURT SOUTHERN
DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| WESTINGHOUSE ELECTRIC | : |
| COMPANY LLC, *et al.*, | : Case No. 17-10751 (MEW) |
| | : |
| Debtors.[1] | : (Jointly Administered) |

------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF KRIS BACHMANN,
### ON BEHALF OF NARDELLO & CO. LLC

STATE OF NEW YORK  )
                   ) s.s.:
COUNTY OF NEW YORK )

**Kris Bachmann**, being duly sworn, upon his oath, deposes and says as follows:

1.  I am the **Chief Financial Officer of Nardello & Co. LLC**, located at **565 Fifth Avenue, New York, New York 10017** (the "**Firm**").

2.  Westinghouse Electric Company LLC and its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") have requested that the Firm provide investigative services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

3. The Services include, but are not limited to, the following: **investigative services regarding potential business partners and agents to enable the Debtors to craft their legal strategy and ensure compliance with relevant laws and regulations, including,** *inter alia,* **the Foreign Corrupt Practices Act.**

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

6. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

7. As of the commencement of these chapter 11 cases, the Debtors owed the Firm $ 0 in respect of prepetition services rendered to the Debtors.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on **February 1, 2018 at 5:00 pm**.

_____
Affiant Name

SWORN TO AND SUBSCRIBED before
me this 1st day of February, 2018

_____
Notary Public

MICHAEL J. RAMOS
Notary Public, State of New York
No. 02RA6040969
Qualified in Westchester County
Commission Expires 5/1/2018

UNITED STATES BANKRUPTCY COURT SOUTHERN
DISTRICT OF NEW YORK

--------------------------------------------------------x
In re                                              :
                                                   :  Chapter 11
WESTINGHOUSE ELECTRIC                              :
                                                   :
COMPANY LLC, *et al.*,                             :  Case No. 17-10751 (MEW)
                                                   :
         Debtors.[1]                               :  (Jointly Administered)
--------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Westinghouse Electric Company LLC and its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**").

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, NY 10153
    Attn: Robert J. Lemons, Esq. & Stephanie N. Morrison, Esq.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and Address of firm:
      **Nardello & Co. LLC**

2.    Date of retention: **November 28, 2017.**

3.    Type of services to be provided:
      **Investigative Services.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

4. Brief description of services to be provided:

   **Investigative services regarding potential business partners and agents to enable the Debtors to craft their legal strategy and ensure compliance with relevant laws and regulations, including, *inter alia*, the Foreign Corrupt Practices Act.**

5. Arrangements for compensation (hourly, contingent, etc.):
   **We typically set capped professional fee budgets and work on an hourly basis up to that budget cap.**
   (a) Average hourly rate (if applicable): **$500 per hour.**

   (b) Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):
   **Not applicable – Nardello & Co. was not employed prepetition.**

6. Prepetition claims against the Debtors held by the company:

   Amount of claim: $ **Not applicable; our firm has no prepetition claims.**

   Date claim arose: _____

   Nature of claim: _____

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the company:

   Name: **Not applicable; our firm has no prepetition claims.**

   Status: _____

   Amount of claim: $_____

   Date claim arose: _____

   Nature of claim: _____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the company is to be employed:

   **We know of no adverse interests as to the Debtors or their estates for the matters on which our firm is to be employed.**

   _____

   _____

   _____

9. Name and title of individual completing this form:

   **Kris Bachmann, Chief Financial Officer.**

**Dated: February 1, 2018**

3