| | |
|---|---|
| DAVIS & GILBERT LLP<br>H. Seiji Newman<br>Massimo Giugliano<br>1740 Broadway<br>New York, New York 10019<br>Telephone: (212) 468-4800<br>Facsimile: (212) 468-4888 | Hearing Date: May 30, 2018 at 11:00 AM (EDT)<br>Response Due: May 23, 2018 at 4:00 PM (EDT) |

*Attorneys for Landstar Global*
*Logistics, Inc., Landstar Inway, Inc.*
*and Landstar Express America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
:
**In re** :
: **Chapter 11**
:
**WESTINGHOUSE ELECTRIC** : Case No. 17-10751
**COMPANY LLC,** *et al.*, :
:
Debtors. : **(Jointly Administered)**
------------------------------------------------------------------------X

**NOTICE OF HEARING OF OBJECTION OF LANDSTAR GLOBAL LOGISTICS, INC.,**
**LANDSTAR INWAY, INC. AND LANDSTAR EXPRESS AMERICA, INC. TO NOTICES**
**OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

**PLEASE TAKE NOTICE** that a hearing on the *Objection of Landstar Global Logistics, Inc., Landstar Inway, Inc. and Landstar Express America, Inc. to Notices of Partial Transfer of Claim Other Than for Security* (the "Objection"), filed by Landstar Global Logistics, Inc., Landstar Inway, Inc. and Landstar Express America, Inc. (collectively, "Landstar"), seeking entry of an Order, pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, directing Whitebox Multi-Strategy Partners LP and Whitebox Asymmetric Partners LP (collectively, "Whitebox") to withdraw transfer of claim notices (the "Transfer Notices") purporting to evidence the transfer of certain proofs of claim from Landstar to Whitebox, will be held before the Honorable Michael E. Wiles, United States Bankruptcy Judge, in Room 617 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004

(the "Bankruptcy Court") on **May 30, 2018 at 11:00 AM (EDT)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses ("Responses") to the Objection must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, and shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with the General Order M-399 (available at ww.nysb.uscourts.gov) and (b) by all other parties in interest on CD-ROM, in text searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practice of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and the Order Pursuant to 11 U.S.C.§ 105(a) and Fed. R. Bankr. P. 1015(c), 2002(m), and 9007 Implementing Certain Notice and Case Management Procedures [ECF No. 101] so as to be received no later than **May 23, 2018 at 4:00 PM (EDT) (the "Response Deadline")**.

**PLEASE TAKE FURTHER NOTICE** that if no Responses are timely filed and served with respect to the Objection, on or after the Response Deadline, Landstar may submit to the Bankruptcy Court an order directing Whitebox to withdraw the Transfer Notices, which order may be entered with no further notice or opportunity to be heard.

Dated: New York, New York
April 2, 2018

    DAVIS & GILBERT LLP

    H. Seiji Newman
    H. Seiji Newman
    Massimo Giugliano
    1740 Broadway
    New York, New York 10019
    Telephone: (212) 468-4800
    Facsimile: (212) 468-4888

*Attorneys for Landstar Global
Logistics, Inc., Landstar Inway, Inc.
and Landstar Express America, Inc.*