# Exhibit F

## Narrative Description of Services Provided

## NARRATIVE SUMMARY OF SERVICES RENDERED

All of the professional services that K&L Gates LLP ("KLG") rendered as Special Counsel to the Debtors during the Compensation Period are segregated by matter pursuant to Local and U.S. Trustee Guidelines. As described in the Application,[1] KLG was engaged as Special Counsel to continue representing the Debtors in a number of ongoing Special Matters. In the context of describing the Special Matters, the Narratives occasionally describe events that occurred prior to the Petition Date and/or during a prior post-petition compensation period. The fees sought in this Application, however, correspond exclusively to post-petition work performed during the Compensation Period. A description of services performed appears below, by each matter.

    **A.  E.U. Competition Counseling**

1.  During the Compensation Period, KLG advised Westinghouse Electric Company, LLC ("WEC" or the "Company") regarding a published decision by the European Commission on Competition (the "Commission") regarding the merger of the EDF Group (a French nuclear electric power generation company) and Areva (a French multinational nuclear power and renewable energy group), pursuant to which the former acquired the latter's nuclear reactor business.

---

[1] Capitalized terms not defined in this Exhibit shall have the meanings ascribed to them in the Application.

2.  A breakdown of the time expended and associated charges for **E.U. Competition Counseling** is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Baylis, Neil | 700.00 | 0.40 | 280.00 |
| Romata, Zanda | 370.00 | 1.20 | 444.00 |
| Total | | 1.60 | $724.00 |

### B. Subpoena Response

3.  During the Compensation Period, KLG continued to assist the Company in connection with an investigation initiated by the staff of the Division of Enforcement of the U.S. Securities and Exchange Commission ("SEC"), styled as *In re Toshiba Corp.* (FL-3987) (referred to herein as the "SEC Investigation"). As described in the First and Second Interim Applications, KLG was engaged by the Company to work on this Special Matter after the SEC issued an administrative subpoena to WEC's ultimate parent company, Toshiba Corporation ("Toshiba"), and its related U.S. entities, including WEC. KLG was retained to provide litigation support because of KLG's institutional knowledge of WEC and its operations and also because of the extensive experience that KLG's e-Discovery Analysis and Technology ("e-DAT") practice group has with WEC's document management systems and related policies and procedures.

4.  As previously explained in the Second Interim Application, KLG was able to work with the SEC to secure an agreement to defer testimony by the Debtors' witnesses until at least April of 2018, in recognition of the competing demands on such witnesses from the ongoing complex bankruptcy process.

5.  In the interim, KLG continued to review documents and prepare for testimony

3

should the SEC reach out to KLG to schedule dates for testimony. KLG also conducted additional legal research based on additional understanding of the government's potential theories of liability and developments in the law.

6. Further, KLG reviewed a significant amount of documents subpoenaed by the SEC from third parties related to the Company to ensure that the confidentiality afforded by the attorney-client privilege and/or attorney work product doctrine was maintained.

7. A breakdown of the time expended and associated charges for **Subpoena Response** is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Bell, Christopher, H. | 370.00 | 9.70 | 3,589.00 |
| Bronder, Sarah A. | 370.00 | 22.40 | 8,288.00 |
| Burdette, Allison L. | 370.00 | 2.20 | 814.00 |
| Cashman, Amanda R. | 370.00 | 11.90 | 4,403.00 |
| Chiccarino, J. A. | 370.00 | 2.30 | 851.00 |
| Czypinski, S. M. | 370.00 | 44.80 | 16,576.00 |
| Diersen, Leslie A. | 250.00 | 7.00 | 1,750.00 |
| Field, C. T. | 250.00 | 2.80 | 700.00 |
| Flanigan, K. M. | 370.00 | 53.40 | 19,758.00 |
| Flinn, M. E. | 370.00 | 12.70 | 4,699.00 |
| Gafner, Katherine M. | 370.00 | 7.40 | 2,738.00 |
| Georges, J. A. | 250.00 | 15.80 | 3,950.00 |
| Glover, E. J. | 370.00 | 1.60 | 592.00 |
| Gracey, T. M. | 250.00 | 0.90 | 225.00 |
| Jay, Jeffrey A. | 370.00 | 124.50 | 46,065.00 |
| Kephart, J. A. | 370.00 | 34.70 | 12,839.00 |
| Kornobis, T. L. | 370.00 | 96.30 | 35,631.00 |
| Lambrakopoulos, S. E. | 700.00 | 278.00 | 194,600.00 |
| Martinez, Vincent L. | 700.00 | 223.70 | 156,590.00 |
| McCullough, A. E. | 370.00 | 48.40 | 17,908.00 |
| Nichols, D. M. Jr. | 370.00 | 127.80 | 47,286.00 |
| Phillips, E. D. | 370.00 | 19.40 | 7,178.00 |
| Prichard, W. A. | 370.00 | 1.30 | 481.00 |
| Rush, M. A. | 700.00 | 27.20 | 19,040.00 |

| | Rate | Hours | Amount |
|---|---|---|---|
| Ryan, Thomas C. | 700.00 | 174.90 | 122,430.00 |
| Slavik, K. R. | 250.00 | 3.60 | 900.00 |
| Stockey, Nicole | 370.00 | 3.00 | 1,110.00 |
| Tausend, R. M. | 700.00 | 0.20 | 140.00 |
| Treglia, R. P. | 250.00 | 0.80 | 200.00 |
| Veintimilla, D. J. | 370.00 | 29.80 | 11,026.00 |
| Total | | 1,388.50 | 742,357.00 |

### C. Moore Employment Claim

8.   K&L incurred time in this matter responding to an employment-related claim against the Debtors.

9.   A breakdown of the time expended and associated charges for **Moore Employment Claim** is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Coleman, J.W. | 700.00 | 1.30 | 910.00 |
| Sawyer, M.E. | 370.00 | 0.40 | 148.00 |
| Total | | 1.70 | $1,058.00 |

### D. Non-Adverse Compliance and Insurance Advice

10.   K&L incurred time in this matter responding to certain discrete general corporate matters. In addition, KLG spent time in this category advising the Company on an immigration-related matter.

11.   A breakdown of the time expended and associated charges for **Non-Adverse Compliance and Insurance Advice** is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Hosking, R. W. | 700.00 | 33.30 | $23,310.00 |

5

### E. Internal Investigation

12. As described in the First and Second Interim Applications, the Company retained KLG to assist it in conducting an independent investigation related to the facts surrounding the Company's financial accounting of ETCs for US AP1000 projects, following the S&W Acquisition. During this Compensation Period, KLG received various follow-up requests from the Company and its primary bankruptcy counsel, Weil, Gotshal & Manges LLP ("WGM"), regarding the investigation in general and as well as specific documents and other evidence as it may relate to the Company's strategy in addressing various claims filed in the bankruptcy.

13. A breakdown of the time expended and associated charges for **Internal Investigation** is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Cashman, Amanda R. | 370.00 | 3.20 | 1,184.00 |
| Ryan, Thomas C. | 700.00 | 14.40 | 10,080.00 |
| Slavik, K. R. | 250.00 | 0.60 | 150.00 |
| Treglia, R. P. | 250.00 | 8.60 | 2,150.00 |
| Total | | 26.80 | $13,564.00 |

### F. Non-Adverse Corporate Matters

14. During the Compensation Period, KLG incurred time (i) drafting, revising, and filing the *Second Interim Fee Application of K&L Gates LLP, as Special Counsel to the Debtors, for Allowance and Payment of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2017 Through November 30, 2017*, which it filed on February 13, 2018, (ii) preparing and filing Monthly Statements for November and December of 2017 and January and February of 2018 in

6

accordance with the Interim Compensation Order, including undertaking extensive review of invoices for confidential and sensitive information, (iii) developing a budget and staffing plan, and (iv) drafting and filing a supplemental disclosure to KLG's Retention Application.  KLG professionals incurred additional time under this Special Matter reviewing and summarizing significant developments in the bankruptcy case for the non-bankruptcy attorneys handling the other Special Matters.  Finally, KLG attorneys conversed with the United States Trustee regarding its comments on the Second Interim Fee Application.

15. A breakdown of the time expended and associated charges for **Non-Adverse Corporate Matters** is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Fallon, Rebecca M. | 250.00 | 114.20 | 28,550.00 |
| Hosking, R. W. | 700.00 | 5.40 | 3,780.00 |
| Lanpher, Lawrence C. | 700.00 | 0.50 | 350.00 |
| Mawhinney, David A. | 370.00 | 36.10 | 13,357.00 |
| Meyer, D. | 250.00 | 0.90 | 225.00 |
| Nylen, Sven T. | 700.00 | 2.40 | 1,680.00 |
| Paine, Adam | 370.00 | 35.50 | 13,135.00 |
| Reiter, T. M. | 700.00 | 19.20 | 13,440.00 |
| Ryan, Thomas C. | 700.00 | 19.90 | 13,930.00 |
| Stockey, Nicole | 370.00 | 0.60 | 222.00 |
| Wright III, J. A. | 700.00 | 25.80 | 18,060.00 |
| Total | | 260.50 | $106,729.00 |

### G.  DOJ Third Party Subpoena

16. In June 2017, WEC received a third-party subpoena issued by the United States Court of Federal Claims in the matter *Alabama Power Company and Georgia Power Company v. United States*, Nos. 14-167; 14-168, dated May 23, 2017 (the "Subpoena") seeking documentation related to services the Company provided at two electric generating plants owned

7

by the plaintiffs. During the Compensation Period, KLG has continued to assist the Company in preparing a discrete document production in response to the Subpoena.

17. A breakdown of the time expended and associated charges for **DOJ Third Party Subpoena** is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Cashman, Amanda R. | 370.00 | 0.30 | 111.00 |
| Total | | 0.30 | $111.00 |

### H. UCC Litigation

18. During the Compensation Period, KLG assisted WGM in responding to discovery requests propounded by the Creditors' Committee pursuant to Fed. R. Bank. P. 2004 (the "2004 Requests"). KLG provided e-discovery support through its e-DAT Group to WGM in gathering and reviewing documents in response to the Creditors' Committee's discovery requests.

19. During this Compensation Period, KLG received, produced and reviewed a significant amount of data that was previously collected and produced in the civil litigation with Southern Nuclear Company involving the AP1000 units 3 and 4 of Plant Vogtle in or near Waynesboro, Georgia. KLG was able to leverage the expertise of its e-DAT practice group to re-index and organize the data, allowing it to be produced in response to the 2004 Requests. This unique effort saved significant time and expense and facilitated the Company's expedited fulfillment of the discovery requests.

20. A breakdown of the time expended and associated charges for **UCC Litigation** is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Arai, L. H. | 175.00 | 66.00 | 11,550.00 |

8

| | | | |
|---|---:|---:|---:|
| Bortmes, J. B. | 175.00 | 59.00 | 10,325.00 |
| Burdette, Allison L. | 370.00 | 18.70 | 6,919.00 |
| Cashman, Amanda R. | 370.00 | 75.20 | 27,824.00 |
| Chiccarino, J. A. | 370.00 | 91.00 | 33,670.00 |
| Connor, J. M. | 250.00 | 0.80 | 200.00 |
| Crabtree, N. | 175.00 | 116.50 | 20,387.50 |
| Diersen, Leslie A. | 250.00 | 98.00 | 24,500.00 |
| ESI Processors | | | 35,277.55 |
| Field, C. T. | 250.00 | 4.00 | 1,000.00 |
| Gafner, Katherine M. | 370.00 | 31.50 | 11,655.00 |
| Georges, J. A. | 250.00 | 24.30 | 6,075.00 |
| Gracey, T. M. | 250.00 | 0.40 | 100.00 |
| Hill, C. | 175.00 | 33.90 | 5,932.50 |
| Jay, Jeffrey A. | 370.00 | 11.40 | 4,218.00 |
| Kang, D. M. | 175.00 | 4.60 | 805.00 |
| Kenney, N. J. | 175.00 | 80.10 | 14,017.50 |
| Musambachime, M. | 250.00 | 3.80 | 950.00 |
| Ray, G. R. | 175.00 | 122.90 | 21,507.50 |
| Ryan, Thomas C. | 700.00 | 8.40 | 5,880.00 |
| Scott, F. J. | 175.00 | 101.40 | 17,745.00 |
| Shindo, T. M. | 175.00 | 16.00 | 2,800.00 |
| Slavik, K. R. | 250.00 | 75.30 | 18,825.00 |
| Swain, E. W. | 175.00 | 64.00 | 11,200.00 |
| Tessaro, T. D. | 175.00 | 48.00 | 8,400.00 |
| Treglia, R. P. | 250.00 | 38.20 | 9,550.00 |
| Wyatt, M. A. | 175.00 | 70.20 | 12,285.00 |
| Total | | 1,263.60 | $323,598.55 |

### I. AIG Bankruptcy Motion

21.    During the Compensation Period, KLG, representing the Debtors as conflicts counsel, assisted the Debtors in responding to disclosure statement and plan confirmation objections by American Home Assurance Company and certain of its affiliates (collectively, "AIG").  In addition, KLG professionals spent time on this matter drafting a stipulation to resolve the confirmation issues raised by AIG.

9

22.    A breakdown of the time expended and associated charges for **AIG Bankruptcy Motion** is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Dale, Charles A. | 700.00 | 2.00 | 1,400.00 |
| Nylen, Sven T. | 700.00 | 11.00 | 7,700.00 |
| Peterson, B. T. | 370.00 | 4.90 | 1,813.00 |
| Total | | 17.90 | $10,913.00 |

### J. South Carolina State Law Advice

23.    As previously discussed in the Second Interim Application, KLG advised the Company regarding matters related to two nuclear power plant construction projects in South Carolina and Georgia, respectively.

24.    During this Compensation Period, KLG (with the assistance of its e-DAT group) assisted the Company in responding to various requests related to ongoing federal and state government investigations in South Carolina.

25.    KLG continued to monitor the legislative and regulatory proceedings on behalf of WEC, including attending certain hearings where appropriate, and provided the Debtors with advice regarding those proceedings.

26.    KLG also continued to monitor for the Company the various ongoing civil proceedings arising out of or related to the V.C. Summer Project (as defined in the Second Interim Application).

301816315 v4                                    01/02/2018

27. A breakdown of the time expended and associated charges for **South Carolina State Law Advice** is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Bittle, Emily C. | 370.00 | 109.60 | 40,552.00 |
| Bortmes, J. B. | 175.00 | 11.40 | 1,995.00 |
| Burdette, Allison L. | 370.00 | 11.90 | 4,403.00 |
| Burris, E. K. | 250.00 | 3.60 | 900.00 |
| Cashman, Amanda R. | 370.00 | 2.40 | 888.00 |
| Chiccarino, J. A. | 370.00 | 137.50 | 50,875.00 |
| Coleman, J. Walker | 700.00 | 47.10 | 32,970.00 |
| Crabtree, N. | 175.00 | 31.00 | 5,425.00 |
| Diersen, Leslie A. | 250.00 | 65.30 | 16,325.00 |
| Dragotta, P. S. | 175.00 | 18.80 | 3,290.00 |
| ESI Processors | | | 173,527.29 |
| Field, C. T. | 250.00 | 29.60 | 7,400.00 |
| Gafner, Katherine M. | 370.00 | 1.70 | 629.00 |
| Georges, J. A. | 250.00 | 179.70 | 44,925.00 |
| Gilmartin, P. J. | 175.00 | 24.50 | 4,287.50 |
| Hill, C. | 175.00 | 10.40 | 1,820.00 |
| Hubbell, M. R. | 700.00 | 134.50 | 94,150.00 |
| Jay, Jeffrey A. | 370.00 | 27.10 | 10,027.00 |
| Kelch, D. I. | 370.00 | 254.80 | 94,276.00 |
| Kenney, N. J. | 175.00 | 2.50 | 437.50 |
| Komo, Michael R. | 370.00 | 10.10 | 3,737.00 |
| Martinez, Vincent L. | 700.00 | 125.90 | 88,130.00 |
| Parker, A. J. | 370.00 | 27.70 | 10,249.00 |
| Phillips, E. D. | 370.00 | 306.90 | 113,553.00 |
| Prichard, W. A. | 370.00 | 0.40 | 148.00 |
| Ray, G. R. | 175.00 | 20.70 | 3,622.50 |
| Ryan, Thomas C. | 700.00 | 77.30 | 54,110.00 |
| Sawyer, M. E. | 370.00 | 177.60 | 65,712.00 |

11

| | | | |
|---|---:|---:|---:|
| Scott, F. J. | 175.00 | 16.70 | 2,922.50 |
| Shindo, T. M. | 175.00 | 23.90 | 4,182.50 |
| Slavik, K. R. | 250.00 | 9.30 | 2,325.00 |
| Stockey, Nicole | 370.00 | 212.20 | 78,514.00 |
| Sullivan, T. C. | 370.00 | 24.60 | 9,102.00 |
| Taylor, K. B. | 250.00 | 120.00 | 30,000.00 |
| Tessaro, T. D. | 175.00 | 10.60 | 1,855.00 |
| Veintimilla, D. J. | 370.00 | 120.10 | 44,437.00 |
| Ward, B. J. | 250.00 | 5.00 | 1,250.00 |
| Wyatt, M. A. | 175.00 | 14.40 | 2,520.00 |
| Total | | 2,406.80 | $1,105,471.79 |

### K. Renegotiation of License Agreements

28.     During the Compensation Period, KLG advised the Company as conflicts counsel regarding certain claims and agreements between the Debtors and CBS Corporation ("CBS").[2]

29.     The Debtors (principally WEC) have several agreements with CBS, including an asset purchase agreement dating back to 1999 under which the parties have various continuing obligations and indemnities, two trademark license agreements under which the Debtors license rights to the "Westinghouse" name and related marks, and a record retention agreement under which CBS holds certain documents for the Debtors.

30.     During the compensation period, KLG continued to work with the Debtors and CBS regarding issues related to these agreements. Most notably, KLG advised the Debtors in negotiations with CBS regarding the potential amendment and assumption of various of these agreements.

---

[2] This matter was one of several for which KLG sought to expand its retention in these Chapter 11 Cases pursuant to the *Supplemental Application by Debtors Related to the Scope of Retention of K&L Gates LLP* [Docket No. 1418]. The Court approved the supplemental retention by order entered on October 10, 2017 [Docket No. 1499].

31.     KLG has also represented the Debtors in resolving issues with CBS that arose during the Debtors' chapter 11 plan process. KLG advised the Debtors in negotiating and seeking Court approval for a stipulation under Bankruptcy Rule 3018 resolving CBS's voting rights under the Debtors' chapter 11 plan. KLG also represented the Debtors in resolving certain informal comments of CBS to the plan and confirmation order, which issues were resolved consensually in advance of the confirmation hearing.

32.     A breakdown of the time expended and associated charges for **Renegotiation of License Agreements** is as follows:

| Timekeeper | Rate | Hours | Amount |
| --- | --- | --- | --- |
| Bicks, J. A. | 700.00 | 4.30 | 3,010.00 |
| Dale, Charles A. | 700.00 | 0.30 | 210.00 |
| Georges, J. A. | 250.00 | 1.70 | 425.00 |
| Honeywell, R. T. | 700.00 | 1.90 | 1,330.00 |
| Lamparello, D. M. | 700.00 | 0.40 | 280.00 |
| Mawhinney, David A. | 370.00 | 0.40 | 148.00 |
| Nylen, Sven T. | 700.00 | 0.20 | 140.00 |
| Prager, E. A. | 700.00 | 0.30 | 210.00 |
| Ryan, Thomas C. | 700.00 | 9.80 | 6,860.00 |
| Wright III, J. A. | 700.00 | 146.70 | 102,690.00 |
| Total | | 166.00 | $115,303.00 |

### L.  Project M

33.     During the Compensation Period, KLG professionals advised the Company and WGM on issues of European corporate, insolvency, and tax law regarding Mangiarotti Spa, an Italian non-debtor affiliate (the "<u>Affiliate</u>"). KLG was able to leverage its global platform in addressing these issues, utilizing attorneys within its Italian office with expertise in corporate and insolvency law.

13

34. Specifically, KLG attorneys in the Milan office assisted WGM in negotiating and drafting the necessary amendments to the Debtors *Modified Second Amended Joint Plan of Reorganization* and related corporate agreements to allow WEC and the Affiliate to address issues related to Italian corporate and tax law.

35. In addition, attorneys in KLG's Milan office negotiated and advised upon a transaction between WEC and Toshiba pursuant to which Toshiba conveyed its equity interests in the Affiliate to WEC. In connection with this transaction, during the Compensation Period, KLG professionals advised on a post-closing regulatory matter concerning the applicability of Italian corporate law.

36. In addition, KLG's attorneys in Milan provided advice to WEC in connection with certain transitional arrangements. In relation to the above, KLG professionals structured the debt for equity swap transaction to address all relevant corporate law steps required under Italian law.

37. A breakdown of the time expended and associated charges for **Project M** is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Marini, P. | 700.00 | 54.20 | 37,940.00 |
| Peruffo, F. | 370.00 | 38.10 | 14,097.00 |
| Salvadori di Wiesenhoff, V. | 700.00 | 96.60 | 67,620.00 |
| Total | | 188.90 | $119,657.00 |

### M. DOL Claim

38. This Special Matter arose in November 2017, after an employee filed a complaint with the Department of Labor ("DOL") asserting retaliation claims under the Sarbanes-Oxley

14

Act of 2002, 18 U.S.C. § 1514A and the Energy Reorganization Act, 42 U.S.C. § 5851. KLG professionals reviewed the claim, interviewed witnesses, and researched the legal issues in connection therewith. KLG attorneys spent time on this matter reviewing relevant documents and drafting a factual narrative for use by counsel in witness interviews. KLG assisted the Debtors in drafting a formal response to the complaint on December 4, 2017.

39.    The employee subsequently filed a companion complaint with the Nuclear Regulatory Commission ("NRC") and opted to initiate early dispute resolution process, as prescribed under a program administered through the NRC.

40.    KLG spent significant time reviewing documents, conducting legal research and drafting the mediation statement. Further, KLG spent significant time developing settlement and litigation strategies with the Company and its other advisors.

41.    The matter was successfully resolved through mediation on March 22, 2018, thereby resolving both the NRC and the DOL Claim, and avoiding further expense on the matter.

42.    A breakdown of the time expended and associated charges for **DOL Claim** is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Bittle, Emily C. | 370.00 | 56.30 | 20,831.00 |
| Burdette, Allison L. | 370.00 | 8.10 | 2,997.00 |
| Chiccarino, J. A. | 370.00 | 10.40 | 3,848.00 |
| Diersen, Leslie A. | 250.00 | 4.70 | 1,175.00 |
| Field, C. T. | 250.00 | 11.60 | 2,900.00 |
| Georges, J. A. | 250.00 | 8.00 | 2,000.00 |
| Hosking, R. W. | 700.00 | 2.30 | 1,610.00 |
| Jay, Jeffrey A. | 370.00 | 123.90 | 45,843.00 |
| Kaufman, C. M. | 370.00 | 25.30 | 9,361.00 |
| Kephart, J. A. | 370.00 | 56.70 | 20,979.00 |
| Komo, Michael R. | 370.00 | 2.10 | 777.00 |
| Parker, A. J. | 370.00 | 136.70 | 50,579.00 |

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Pavlick, M. A. | 700.00 | 3.60 | 2,520.00 |
| Phillips, E. D. | 370.00 | 42.00 | 15,540.00 |
| Ryan, Thomas C. | 700.00 | 120.40 | 84,280.00 |
| Slavik, K. R. | 250.00 | 0.60 | 150.00 |
| Stockey, Nicole | 370.00 | 123.80 | 45,806.00 |
| Veintimilla, D. J. | 370.00 | 47.50 | 17,575.00 |
| Total | | 784.00 | $328,771.00 |

### N. BI Insurance Advice

43. During the Compensation Period, KLG professionals provided WEC with advice on an insurance recovery strategy regarding potential business interruption insurance coverage arising out of a shutdown at the South Carolina facility and economic losses relating thereto. This work involved review of insurance policies, factual background materials relating to the loss, and insurance-related course of dealings, as well as consultations with WEC and its insurance broker, research regarding applicable law, and drafting and reviewing insurance correspondence.

44. A breakdown of the time expended and associated charges for **BI Insurance Advice** is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Hosking, R. W. | 700.00 | 2.00 | 1,400.00 |
| Kephart, J. A. | 370.00 | 7.50 | 2,775.00 |
| Reiter, T. M. | 700.00 | 12.30 | 8,610.00 |
| Total | | 21.80 | $12,785.00 |

### O. Mechanics Lien Advice

45. This Special Matter arose in February 2018 and required KLG to review and provide advice on a mechanics lien that was filed against certain of the Debtors' assets.

16

46. A breakdown of the time expended and associated charges for **Mechanics Lien Advice** is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Bowman, C. G. | 700.00 | 4.60 | $3,220.00 |

### P. DOE Funding

47. This Special Matter arose in February 2018 after WEC requested KLG's assistance in responding to a Department of Energy funding opportunity announcement ("FOA"). KLG professionals provided advice on how WEC might respond to the FOA, which required analysis of foreign ownership restrictions in the FOA in light of the Debtors' Canadian and Japanese ownership. Work performed on this Special Matter during the Compensation Period included research of the applicable regulations regarding eligibility requirements and formulating a formal respond to the FOA.

48. A breakdown of the time expended and associated charges for **DOE Funding** is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Bakies, E. L. | 370.00 | 4.80 | 1,776.00 |
| Hill, S. F. | 700.00 | 1.50 | 1,050.00 |
| Peckinpaugh, T. L. | 700.00 | 0.80 | 560.00 |
| Total | | 7.10 | $3,386.00 |

### Q. Compliance Policy Review

49. During the Compensation Period, WEC requested KLG's assistance in preparing certain internal compliance policies and procedures and training materials relating to confidential

17

or privileged communications. KLG professionals reviewed WEC's existing policies and relevant operations, and worked with WEC's compliance personnel to prepare policies, procedures and training materials.

50. A breakdown of the time expended and associated charges for Compliance Policy Review is as follows:

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lambrakopoulos, S. E. | 700.00 | 17.50 | 12,250.00 |
| Martinez, Vincent L. | 700.00 | 0.90 | 630.00 |
| Ryan, Thomas C. | 700.00 | 0.80 | 560.00 |
| Total | | 19.20 | $13,440.00 |