# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Westinghouse Electric Co. LLC | Invoice Date | : | February 5, 2018 |
| 1000 Westinghouse Drive | Invoice Number | : | 3480055 |
| Cranberry Township, PA 16066 | Services Through | : | December 31, 2017 |

---

**0236915.00034    Non-adverse compliance and insurance advice**

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 23,310.00 |
| **CURRENT INVOICE DUE** | **$** | **23,310.00** |

Trust Balance on this Matter:  $870,330.92

---

Due and Payable upon Receipt

Mail To:   K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

Overnight/Courier:   PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

Wire/ACH/EDI Instructions:   Receiving Bank:  PNC Bank N.A.          Beneficiary: K&L Gates LLP          Routing/ABA: 043000096
                                                    500 First Ave 92              Acct No.: 1077692783              Swift Code: PNCCUS33
                                                    Pittsburgh, PA 15219
Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

**PLEASE  NOTE  NEW  REMITTANCE  ADDRESS**

# K&L GATES

**FEES**

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 12/05/17 | R. W. Hosking | 3.00 | B110 | Internal conferences and analysis regarding global immigration issues | 2,100.00 |
| 12/07/17 | R. W. Hosking | 3.00 | B110 | Internal conferences regarding global immigration issues | 2,100.00 |
| 12/07/17 | R. W. Hosking | 2.00 | B110 | Review immigration matters for client and prepare notes | 1,400.00 |
| 12/11/17 | R. W. Hosking | 1.50 | B110 | Conferences with client regarding employees | 1,050.00 |
| 12/11/17 | R. W. Hosking | 2.50 | B110 | Internal conferences regarding WEC employee issues | 1,750.00 |
| 12/12/17 | R. W. Hosking | 0.50 | B110 | Conferences with client regarding bankruptcy management issues | 350.00 |
| 12/12/17 | R. W. Hosking | 0.50 | B110 | Conferences with client regarding employee issues | 350.00 |
| 12/12/17 | R. W. Hosking | 2.00 | B110 | Internal conferences and notes regarding bankruptcy management issues | 1,400.00 |
| 12/13/17 | R. W. Hosking | 3.50 | B110 | Conferences and emails with client regarding new contract issues | 2,450.00 |
| 12/15/17 | R. W. Hosking | 2.00 | B110 | Review and comment on interim fee application | 1,400.00 |
| 12/15/17 | R. W. Hosking | 1.30 | B110 | Follow up analysis and notes regarding new contract issues | 910.00 |
| 12/18/17 | R. W. Hosking | 1.20 | B110 | Conferences and emails with consultant regarding immigration issues | 840.00 |
| 12/18/17 | R. W. Hosking | 1.60 | B110 | Internal conferences regarding immigration issues | 1,120.00 |
| 12/20/17 | R. W. Hosking | 3.50 | B110 | Review SC litigation matters and prepare notes regarding same | 2,450.00 |
| 12/21/17 | R. W. Hosking | 0.70 | B110 | Emails with Carl Voltz in Chicago office | 490.00 |
| 12/21/17 | R. W. Hosking | 1.30 | B110 | Review litigation papers and analyze strategy regarding witness issues in SC litigation and provide internal advice regarding same | 910.00 |
| 12/26/17 | R. W. Hosking | 0.80 | B110 | Emails with Carl Voltz in | 560.00 |

# K&L GATES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| | | | | Chicago office | |
| 12/26/17 | R. W. Hosking | 2.40 | B110 | Review litigation papers and analyze strategy regarding witness issues in SC litigation and provide internal advice regarding same | 1,680.00 |
| | | TOTAL FEES | | 33.30   hrs | $    23,310.00 |

### TIMEKEEPER SUMMARY

| | | | | |
|--|--|--|--|--|
| R. W. Hosking | | 33.30   hrs at | $    700.00  / hr | 23,310.00 |
| | | TOTAL FEES | 33.30   hrs | $    23,310.00 |

### TASK CODE SUMMARY

| | | | |
|--|--|--|--|
| B110 | Case Administration | 33.30   hrs | 23,310.00 |
| | TOTAL FEES | 33.30   hrs | $    23,310.00 |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Westinghouse Electric Co. LLC | Invoice Date | : | April 30, 2018 |
| 1000 Westinghouse Drive | Invoice Number | : | 3508171 |
| Cranberry Township, PA 16066 | Services Through | : | March 31, 2018 |

**0236915.00035    Moore Employment Claim**

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $    1,058.00 |
| **CURRENT INVOICE DUE** | **$    1,058.00** |

Due and Payable upon Receipt

Mail To:   K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

Overnight/Courier:   PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

Wire/ACH/EDI Instructions:   Receiving Bank:  PNC Bank N.A.                    Beneficiary: K&L Gates LLP              Routing/ABA: 043000096
                                            500 First Ave 92                   Acct No.: 1077692783                    Swift Code: PNCCUS33
                                            Pittsburgh, PA 15219
Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

**PLEASE NOTE NEW REMITTANCE ADDRESS**

# K&L GATES

## FEES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| 03/12/18 | M. E. Sawyer | 0.40 | L160 | Call with opposing counsel to discuss potential settlement of employment claim | 148.00 |
| 03/29/18 | J. W. Coleman | 1.30 | L190 | Attention to bankruptcy status | 910.00 |
| | | TOTAL FEES | | 1.70   hrs | $   1,058.00 |

## TIMEKEEPER SUMMARY

| | | | | |
|---|---|---|---|---|
| J. W. Coleman | 1.30 hrs at | $ | 700.00  / hr | 910.00 |
| M. E. Sawyer | 0.40 hrs at | $ | 370.00  / hr | 148.00 |
| TOTAL FEES | 1.70  hrs | | $ | 1,058.00 |

## TASK CODE SUMMARY

| L160 | Settlement/Non-Binding ADR | 0.40  hrs | 148.00 |
|------|----------------------------|-----------|--------|
| L190 | Other Case Assessment, Development and | 1.30  hrs | 910.00 |
| | TOTAL FEES | 1.70  hrs | $   1,058.00 |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

| | | |
|---|---|---|
| Westinghouse Electric Co. LLC | Invoice Date | : February 5, 2018 |
| 1000 Westinghouse Drive | Invoice Number | : 3479477 |
| Cranberry Township, PA 16066 | Services Through | : December 31, 2017 |

**0236915.00036    Internal Investigation**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 9,304.00 |
| Disbursements and Other Charges | $ | 2,525.65 |
| **CURRENT INVOICE DUE** | **$** | **11,829.65** |

Due and Payable upon Receipt

Mail To:   K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

Overnight/Courier:   PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

Wire/ACH/EDI Instructions:   Receiving Bank:  PNC Bank N.A.          Beneficiary: K&L Gates LLP          Routing/ABA: 043000096
                                            500 First Ave 92                Acct No.: 1077692783               Swift Code: PNCCUS33
                                            Pittsburgh, PA 15219
Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

PLEASE NOTE NEW REMITTANCE ADDRESS

# K&L GATES

## **FEES**

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| 12/01/17 | T. C. Ryan | 3.70 | L120 | Review and revise draft of memorandum for debtor's counsel regarding claim strategy | 2,590.00 |
| 12/05/17 | T. C. Ryan | 0.90 | L120 | Review and revise draft letter regarding review of auditor work papers | 630.00 |
| 12/07/17 | T. C. Ryan | 0.60 | L120 | Conference with client regarding auditor work paper review | 420.00 |
| 12/08/17 | A. R. Cashman | 3.20 | L320 | Prepare for and review documents of external auditor for bankruptcy process | 1,184.00 |
| 12/10/17 | T. C. Ryan | 0.40 | L120 | Review proposed revisions to bidder review letter | 280.00 |
| 12/11/17 | T. C. Ryan | 1.10 | L120 | Conference with client regarding due diligence requests from bankruptcy process | 770.00 |
| 12/20/17 | T. C. Ryan | 2.70 | L120 | Review information regarding claim strategies at the request of debtor's counsel | 1,890.00 |
| 12/21/17 | T. C. Ryan | 2.20 | L120 | Review and analyze claim strategy at the request of debtor's counsel | 1,540.00 |
| | TOTAL FEES | | | 14.80   hrs | $   9,304.00 |

## **TIMEKEEPER SUMMARY**

| | | | | | |
|---|---|---|---|---|---|
| A. R. Cashman | 3.20 | hrs at | $   370.00 | / hr | 1,184.00 |
| T. C. Ryan | 11.60 | hrs at | $   700.00 | / hr | 8,120.00 |
| | TOTAL FEES | 14.80 | hrs | $ | 9,304.00 |

# K&L GATES

Invoice # 3479477
0236915.00036
Page 3 of 3

### TASK CODE SUMMARY

| | | | | |
|---|---|---|---|---|
| L120 | Analysis/Strategy | 11.60 | hrs | 8,120.00 |
| L320 | Document Production | 3.20 | hrs | 1,184.00 |
| | TOTAL FEES | 14.80 | hrs | $ 9,304.00 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Translation Fees | 2,503.80 |
| Westlaw Research | 21.85 |
| DISBURSEMENTS & OTHER CHARGES | $ 2,525.65 |

# K&L GATES

**K&L GATES LLP**

925 FOURTH AVENUE
SUITE 2900
SEATTLE, WA 98104-1158
T  206.623.7580   F 206.623.7022   klgates.com
Tax ID No. 25 0921018

Westinghouse Electric Co. LLC
1000 Westinghouse Drive
Cranberry Township, PA 16066

| | | |
|---|---|---|
| Invoice Date | : | January 11, 2018 |
| Invoice Number | : | 3471044 |
| Services Through | : | December 31, 2017 |
| Our File Number | : | 0236915 |

---

## INVOICE SUMMARY BY MATTER

**Internal Investigation - e-DAT (70036)**

| | | |
|---|---|---|
| Fees | $        725.00 | |
| **Total Amount Due This Matter** | | $      725.00 |

| | |
|---|---|
| **CURRENT INVOICE DUE - All Matters** | $      725.00 |

This invoice reflects fees and costs not previously billed. Past due balances, if any, will be shown on a separate statement of account at the beginning of the next month. Payment is due in U.S. dollars upon receipt. Funds may be wired to our account number 153557906580 US Bank, Private Financial Services, 1420 5th Ave. Suite 2100, Seattle, WA 98101, ABA Routing Number 125000105, SWIFT Code: USBKUS44IMT. Check payments should be sent to K&L Gates LLP, RCAC, 925 Fourth Ave., Suite 2900, Seattle, WA 98104-1158.

# K&L GATES

Invoice # 3471044
0236915
Page 2 of 2

**Internal Investigation - e-DAT (70036)**                                    **$725.00**

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/07/17 | R. P. Treglia | 2.10 | Create metadata load files for the production to the SEc per the request of A. Cashman | 525.00 |
| 12/07/17 | R. P. Treglia | 0.80 | Provide machine language translation for additional documents per the request of J. Georges | 200.00 |
| | | TOTAL FEES | 2.90   hrs        $ | 725.00 |

## TIMEKEEPER SUMMARY

| | | | | |
|---|---|---|---|---|
| R. P. Treglia | 2.90  hrs at  $ | 250.00  / hr | | 725.00 |
| | TOTAL FEES | 2.90   hrs | $ | 725.00 |

----------------------------------------------------------------------------------------------------

## MATTER SUMMARY

| | | |
|---|---|---|
| Fees | $ | 725.00 |
| **MATTER TOTAL** | **$** | **725.00** |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Westinghouse Electric Co. LLC | Invoice Date | : | February 28, 2018 |
| 1000 Westinghouse Drive | Invoice Number | : | 3485634 |
| Cranberry Township, PA 16066 | Services Through | : | January 31, 2018 |

**0236915.00036    Internal Investigation**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 1,960.00 |
| **CURRENT INVOICE DUE** | **$** | **1,960.00** |

Due and Payable upon Receipt

Mail To:   K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

Overnight/Courier:   PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

Wire/ACH/EDI Instructions:   Receiving Bank:  PNC Bank N.A.              Beneficiary: K&L Gates LLP              Routing/ABA: 043000096
                                            500 First Ave 92                    Acct No.: 1077692783                    Swift Code: PNCCUS33
                                            Pittsburgh, PA 15219
Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

PLEASE  NOTE  NEW  REMITTANCE  ADDRESS

# K&L GATES

Invoice # 3485634
0236915.00036
Page 2 of 2

## FEES

| DATE | NAME | HRS | TASK | DESCRIPTION | AMOUNT |
|------|------|-----|------|-------------|--------|
| 01/01/18 | T. C. Ryan | 2.80 | L120 | Coordinate response with audit committee chairman to inquiry from co-counsel | 1,960.00 |
| | | TOTAL FEES | | 2.80  hrs | $    1,960.00 |

## TIMEKEEPER SUMMARY

| | | | | |
|--|--|--|--|--|
| T. C. Ryan | 2.80  hrs at  $    700.00  / hr | | | 1,960.00 |
| | TOTAL FEES | 2.80  hrs | $ | 1,960.00 |

## TASK CODE SUMMARY

| | | | | |
|--|--|--|--|--|
| L120 | Analysis/Strategy | 2.80  hrs | | 1,960.00 |
| | TOTAL FEES | 2.80  hrs | $ | 1,960.00 |

# K&L GATES

**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WA 98104-1158
T 206.623.7580   F 206.623.7022   klgates.com
Tax ID No. 25 0921018

Westinghouse Electric Co. LLC
1000 Westinghouse Drive
Cranberry Township, PA 16066

| | | |
|---|---|---|
| Invoice Date | : | March 29, 2018 |
| Invoice Number | : | 3491306 |
| Services Through | : | February 28, 2018 |
| Our File Number | : | 0236915 |

---

## INVOICE SUMMARY BY MATTER

**Internal Investigation - e-DAT (70036)**

| | | |
|---|---|---|
| Fees | $ 825.00 | |
| **Total Amount Due This Matter** | | $ 825.00 |

| | |
|---|---|
| **CURRENT INVOICE DUE - All Matters** | $ 825.00 |

---

Due and Payable upon Receipt

Mail To:  K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

Overnight/Courier:  PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

Wire/ACH/EDI Instructions:  Receiving Bank:  PNC Bank N.A,          Beneficiary: K&L Gates LLP          Routing/ABA: 043000096
                                              500 First Ave 92              Acct No.: 1077692783              Swift Code: PNCCUS33
                                              Pittsburgh, PA 15219
Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

**PLEASE NOTE NEW REMITTANCE ADDRESS**

# K&L GATES

Invoice # 3491306
0236915
Page 2 of 2

**Internal Investigation - e-DAT (70036)**                                    **$825.00**

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/02/18 | R. P. Treglia | 1.40 | Extract ESI from ringtail in preparation for a witness deposition per the request of J. Georges | 350.00 |
| 02/05/18 | R. P. Treglia | 1.30 | Provide J. Georges with information for documents provided for witness prep | 325.00 |
| 02/08/18 | K. R. Slavik | 0.60 | Perform complex searches in Ringtail database to locate requested document and determine specific content values at the request of E. Phillips | 150.00 |
| | | TOTAL FEES | 3.30   hrs | $   825.00 |

## TIMEKEEPER SUMMARY

| | | | | |
|---|---|---|---|---|
| K. R. Slavik | 0.60 | hrs at $ | 250.00  / hr | 150.00 |
| R. P. Treglia | 2.70 | hrs at $ | 250.00  / hr | 675.00 |
| | TOTAL FEES | 3.30  hrs | $ | 825.00 |

-------------------------------------------------------------------------------------------------------------------

## MATTER SUMMARY

| | |
|---|---|
| Fees | $   825.00 |
| **MATTER TOTAL** | **$   825.00** |

# K&L GATES

**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WA 98104-1158
T  206.623.7580   F 206.623.7022   klgates.com
Tax ID No. 25 0921018

Westinghouse Electric Co. LLC
1000 Westinghouse Drive
Cranberry Township, PA 16066

| | | |
|---|---|---|
| Invoice Date | : | April 30, 2018 |
| Invoice Number | : | 3504425 |
| Services Through | : | March 31, 2018 |
| Our File Number | : | 0236915 |

---

## INVOICE SUMMARY BY MATTER

**Internal Investigation - e-DAT (70036)**

| | | | |
|---|---|---|---|
| Fees | $ | 750.00 | |
| Disbursements and Other Charges | $ | 27.29 | |
| **Total Amount Due This Matter** | | | $    777.29 |

| | |
|---|---|
| **CURRENT INVOICE DUE - All Matters** | $    **777.29** |

Due and Payable upon Receipt

Mail To:  K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

Overnight/Courier:  PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

Wire/ACH/EDI Instructions:  Receiving Bank:  PNC Bank N.A,        Beneficiary: K&L Gates LLP        Routing/ABA: 043000096
                                        500 First Ave 92        Acct No.: 1077692783        Swift Code: PNCCUS33
                                        Pittsburgh, PA 15219
Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

PLEASE NOTE NEW REMITTANCE ADDRESS

# K&L GATES

**Internal Investigation - e-DAT (70036)**                                    **$777.29**

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/05/18 | R. P. Treglia | 0.80 | Submit documents for tiff conversion per the request of J. Veintimilla | 200.00 |
| 03/05/18 | R. P. Treglia | 1.60 | Organize and provide for J. Veintimilla produced documents from a binder to be extracted as pdf files for review | 400.00 |
| 03/15/18 | R. P. Treglia | 0.60 | Process documents in a foreign language for translation utilizing the machine language tool | 150.00 |
|  |  | TOTAL FEES | 3.00  hrs | $  750.00 |

### TIMEKEEPER SUMMARY

| R. P. Treglia | 3.00  hrs at  $    250.00  / hr | 750.00 |
|---|---|---|
|  | TOTAL FEES        3.00  hrs | $  750.00 |

### DISBURSEMENTS & OTHER CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/31/18 | ESI Conversion: Convert 0.05458 GB to TIFF images @ $500/GB: $27.29 | 27.29 |
|  | DISBURSEMENTS & OTHER CHARGES                 $ | 27.29 |

-----------------------------------------------------------------------------------------------------

### MATTER SUMMARY

| Fees | $ | 750.00 |
|------|---|--------|
| Disbursements and Other Charges | $ | 27.29 |
| **MATTER TOTAL** | $ | **777.29** |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500    F +1 412 355 6501    klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Westinghouse Electric Co. LLC | Invoice Date | : | February 5, 2018 |
| 1000 Westinghouse Drive | Invoice Number | : | 3479478 |
| Cranberry Township, PA 16066 | Services Through | : | December 31, 2017 |

**0236915.00043    Non-adverse corporate matters**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 32,653.00 |
| Disbursements and Other Charges | $ | 86.15 |
| **CURRENT INVOICE DUE** | **$** | **32,739.15** |

Due and Payable upon Receipt

Mail To:  K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

Overnight/Courier:  PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

Wire/ACH/EDI Instructions:  Receiving Bank:  PNC Bank N.A.,          Beneficiary: K&L Gates LLP          Routing/ABA: 043000096
                                          500 First Ave 92              Acct No.: 1077692783          Swift Code: PNCCUS33
                                          Pittsburgh, PA 15219
Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

PLEASE  NOTE  NEW  REMITTANCE  ADDRESS

# K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/01/17 | R.M. Fallon | 3.60 | Work on professional fee spreadsheet for second interim fee application | 900.00 |
| 12/01/17 | A. R. D. Paine | 0.70 | Review and summarize new docket entries representing significant developments in bankruptcy case over the past week and circulate summary to interested attorneys | 259.00 |
| 12/04/17 | N.  A. Stockey | 0.60 | Review SEC narrative and materials for testimony preparation | 222.00 |
| 12/05/17 | R.M. Fallon | 0.30 | Correspond with T. Ryan and J. Wright regarding fee application disbursements related to AFA | 75.00 |
| 12/05/17 | R.M. Fallon | 0.40 | Discuss with D. Mawhinney monthly fee statement payments and update professional fee spreadsheet re same for second interim fee application purposes | 100.00 |
| 12/05/17 | R.M. Fallon | 4.70 | Work on spreadsheet of fees and disbursements for second interim fee application including exhibits thereto | 1,175.00 |
| 12/05/17 | J. A. Wright III | 0.10 | Email T. Ryan regarding WEC invoices | 70.00 |
| 12/06/17 | R.M. Fallon | 2.60 | Work on second interim fee application spreadsheet and exhibits | 650.00 |
| 12/06/17 | S. T. Nylen | 1.40 | Review invoices and draft narrative for interim fee application | 980.00 |
| 12/08/17 | R.M. Fallon | 2.60 | Attend to preparation of second interim fee application exhibits | 650.00 |
| 12/09/17 | J. A. Wright III | 2.00 | Review and revise November invoices. | 1,400.00 |
| 12/11/17 | R.M. Fallon | 0.20 | Meet with D. Mawhinney and A. Paine regarding second interim fee application | 50.00 |
| 12/11/17 | R.M. Fallon | 2.00 | Attention to November fee statement | 500.00 |
| 12/11/17 | D. A. Mawhinney | 0.40 | Confer with A. Paine, B. Fallon regarding Second Interim Fee App | 148.00 |
| 12/11/17 | A. R. D. Paine | 0.50 | Meet with D. Mawhinney to discuss blended rate exhibit for Second Interim Fee Application | 185.00 |

# K&L GATES

Invoice # 3479478
0236915.00043
Page 3 of 6

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/11/17 | J. A. Wright III | 0.70 | Draft narrative for second interim fee application. | 490.00 |
| 12/12/17 | R.M. Fallon | 1.50 | Attention to second interim fee application exhibits | 375.00 |
| 12/13/17 | D. A. Mawhinney | 0.10 | Draft email to T. Ryan regarding fee application narratives | 37.00 |
| 12/13/17 | D. A. Mawhinney | 0.80 | Draft narratives for second interim fee application | 296.00 |
| 12/14/17 | D. A. Mawhinney | 0.80 | Participate in call with T. Ryan to discuss fee narratives | 296.00 |
| 12/14/17 | D. A. Mawhinney | 0.10 | Draft fee narratives | 37.00 |
| 12/14/17 | J. A. Wright III | 0.80 | Call with T. Ryan and D. Mawhinney regarding interim fee application revisions. | 560.00 |
| 12/15/17 | D. A. Mawhinney | 3.40 | Draft and revise narratives for second interim fee application | 1,258.00 |
| 12/18/17 | R.M. Fallon | 0.20 | Update professional fee statement regarding receipt of payment | 50.00 |
| 12/18/17 | D. A. Mawhinney | 2.90 | Draft Exhibit F narratives for incorporation in second interim fee application | 1,073.00 |
| 12/18/17 | S. T. Nylen | 1.00 | Draft interim fee application narratives | 700.00 |
| 12/19/17 | R.M. Fallon | 3.20 | Update professional fee spreadsheet re November professional fees and monthly fee statement | 800.00 |
| 12/19/17 | R.M. Fallon | 0.20 | Follow up with B. Szafranski re November fee statement | 50.00 |
| 12/19/17 | T. C. Ryan | 0.70 | Address conflict issue | 490.00 |
| 12/20/17 | R.M. Fallon | 4.00 | Work on interim fee statement and exhibits | 1,000.00 |
| 12/20/17 | R.M. Fallon | 2.00 | Work on November fee statement and exhibits | 500.00 |
| 12/20/17 | D. A. Mawhinney | 0.20 | Revise fee narrative | 74.00 |
| 12/20/17 | J. A. Wright III | 0.60 | Revise narratives for fee application. | 420.00 |
| 12/21/17 | R.M. Fallon | 6.80 | Work on 2nd interim fee statement and exhibits | 1,700.00 |
| 12/21/17 | R.M. Fallon | 1.00 | Work on revisions to November fee statement | 250.00 |
| 12/21/17 | A. R. D. Paine | 1.70 | Coordinate with billing department for gathering information needed regarding blended hourly rates billed by attorneys for inclusion in interim fee application, and review docket entries related to same | 629.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/22/17 | R.M. Fallon | 1.80 | Prepare November fee statement and cover letter | 450.00 |
| 12/22/17 | R.M. Fallon | 5.20 | Work on revisions to second interim fee statement and related exhibits | 1,300.00 |
| 12/22/17 | D. A. Mawhinney | 0.10 | Review A. Paine email regarding blended hourly rates | 37.00 |
| 12/22/17 | D. A. Mawhinney | 0.70 | Review and revise November Fee Statement | 259.00 |
| 12/22/17 | A. R. D. Paine | 0.90 | Review and summarize new docket entries representing significant developments in bankruptcy case over the past week and circulate summary to interested attorneys | 333.00 |
| 12/26/17 | R.M. Fallon | 6.50 | Work on second interim fee application time charts for narratives and exhibits | 1,625.00 |
| 12/26/17 | A. R. D. Paine | 0.30 | Collecting data regarding blended billing rates for inclusion in interim fee application | 111.00 |
| 12/27/17 | R.M. Fallon | 4.00 | Work on 2nd interim fee summaries and time charts | 1,000.00 |
| 12/27/17 | R.M. Fallon | 1.40 | Finalize November fee statement and cover letter and exhibits | 350.00 |
| 12/27/17 | D. A. Mawhinney | 0.70 | Revise and file November Fee Statement | 259.00 |
| 12/27/17 | D. A. Mawhinney | 0.60 | Further revisions to narratives for second interim fee application | 222.00 |
| 12/27/17 | J. A. Wright III | 1.00 | Revise narratives for second interim fee application | 700.00 |
| 12/27/17 | J. A. Wright III | 0.20 | Email T. Ryan regarding fee application | 140.00 |
| 12/27/17 | J. A. Wright III | 0.20 | Call with D. Mawhinney regarding fee application | 140.00 |
| 12/28/17 | R.M. Fallon | 0.20 | Correspond with D. Anundson regarding fee payments | 50.00 |
| 12/28/17 | R.M. Fallon | 3.40 | Review fee spreadsheet and populate timekeeper charts in interim fee application narratives | 850.00 |
| 12/28/17 | R.M. Fallon | 1.40 | Review invoice and payment report and reconcile fee and disbursement payments for interim fee application | 350.00 |
| 12/28/17 | R.M. Fallon | 2.00 | Update interim fee application exhibits | 500.00 |

# K&L GATES

Invoice # 3479478
0236915.00043
Page 5 of 6

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/28/17 | D. A. Mawhinney | 0.10 | Revise exhibit F fee narratives | 37.00 |
| 12/28/17 | D. A. Mawhinney | 3.90 | Revise Second Interim Fee Application | 1,443.00 |
| 12/28/17 | D. A. Mawhinney | 3.00 | Review of time entries in preparation of Second Interim Fee Application | 1,110.00 |
| 12/28/17 | D. A. Mawhinney | 0.30 | Review exhibits to Second Interim Fee Application | 111.00 |
| 12/28/17 | A. R. D. Paine | 1.80 | Review and revise exhibits for Second Interim Fee Application | 666.00 |
| 12/29/17 | R.M. Fallon | 4.50 | Finish draft of Second Interim Fee Application regarding time and expense summaries and exhibits | 1,125.00 |
| 12/29/17 | D. A. Mawhinney | 0.80 | Revise Exhibit I blended rate comparison for second interim fee app | 296.00 |
| 12/29/17 | D. A. Mawhinney | 0.50 | Discuss history of fee payments during Compensation Period with B. Fallon | 185.00 |
| 12/29/17 | D. A. Mawhinney | 0.80 | Review and revise budget and staffing plan exhibits | 296.00 |
| 12/29/17 | A. R. D. Paine | 0.70 | Review and summarize new docket entries representing significant developments in bankruptcy case over the past week and circulate summary to interested attorneys | 259.00 |
| | | TOTAL FEES | 101.80   hrs | $    32,653.00 |

## TIMEKEEPER SUMMARY

| | | | | |
|------|------|------|------|------|
| R.M. Fallon | 65.70 | hrs at | $    250.00  / hr | 16,425.00 |
| D. A. Mawhinney | 20.20 | hrs at | $    370.00  / hr | 7,474.00 |
| S. T. Nylen | 2.40 | hrs at | $    700.00  / hr | 1,680.00 |
| A. R. D. Paine | 6.60 | hrs at | $    370.00  / hr | 2,442.00 |
| T. C. Ryan | 0.70 | hrs at | $    700.00  / hr | 490.00 |
| N.  A. Stockey | 0.60 | hrs at | $    370.00  / hr | 222.00 |
| J. A. Wright III | 5.60 | hrs at | $    700.00  / hr | 3,920.00 |
| | TOTAL FEES | 101.80 | hrs | $    32,653.00 |

# K&L GATES

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| Local Courier | 4.77 |
| Long Distance Courier | 79.85 |
| Telephone / Conference Calls / Fx Line Trans | 1.53 |
| DISBURSEMENTS & OTHER CHARGES | $      86.15 |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Westinghouse Electric Co. LLC | Invoice Date | : | February 28, 2018 |
| 1000 Westinghouse Drive | Invoice Number | : | 3485635 |
| Cranberry Township, PA 16066 | Services Through | : | January 31, 2018 |

---

**0236915.00043    Non-adverse corporate matters**

## <u>INVOICE SUMMARY</u>

| | |
|---|---|
| Fees | $   30,622.00 |
| **CURRENT INVOICE DUE** | **$   30,622.00** |

---

Due and Payable upon Receipt

<u>Mail To</u>:   K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

<u>Overnight/Courier</u>:   PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

<u>Wire/ACH/EDI Instructions</u>:  Receiving Bank:  PNC Bank N.A.,              Beneficiary: K&L Gates LLP                    Routing/ABA: 043000096
                                          500 First Ave 92                        Acct No.: 1077692783                         Swift Code: PNCCUS33
                                          Pittsburgh, PA 15219
Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

PLEASE NOTE NEW REMITTANCE ADDRESS

## K&L GATES

Invoice # 3485635
0236915.00043
Page 2 of 6

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/01/18 | R. W. Hosking | 0.20 | Conference/email with client regarding contract matter | 140.00 |
| 01/01/18 | R. W. Hosking | 1.50 | Review all matters for contract/cure purposes | 1,050.00 |
| 01/02/18 | R.M. Fallon | 7.30 | Work on fee statement and interim compensation revisions | 1,825.00 |
| 01/02/18 | R. W. Hosking | 1.50 | Review all matters and prepare notes for contract/cure | 1,050.00 |
| 01/02/18 | D. A. Mawhinney | 0.10 | Discuss fee statement with J. Wright | 37.00 |
| 01/02/18 | D. A. Mawhinney | 2.20 | Further revisions to fee application and narratives | 814.00 |
| 01/02/18 | D. A. Mawhinney | 0.20 | Discuss outstanding items on fee application with J. Wright | 74.00 |
| 01/02/18 | D. A. Mawhinney | 0.30 | Further revisions to exhibits to fee application | 111.00 |
| 01/02/18 | D. A. Mawhinney | 0.20 | Discuss fee narratives with T. Ryan | 74.00 |
| 01/02/18 | T. C. Ryan | 0.70 | Review and revise draft Second Interim Fee Application | 490.00 |
| 01/02/18 | J. A. Wright III | 0.30 | Call with T. Ryan regarding second interim fee application and invoices | 210.00 |
| 01/02/18 | J. A. Wright III | 2.20 | Review and revise invoices regarding confidentiality and privilege issues | 1,540.00 |
| 01/02/18 | J. A. Wright III | 0.20 | Conf. with D. Mawhinney regarding invoice revisions | 140.00 |
| 01/02/18 | J. A. Wright III | 0.50 | Confs. with D. Mawhinney regarding invoice revisions and ECF issues | 350.00 |
| 01/02/18 | J. A. Wright III | 0.40 | Call with T. Ryan and D. Mawhinney regarding fee statement | 280.00 |
| 01/02/18 | J. A. Wright III | 0.50 | Review claims objection and emails with T. Ryan regarding same | 350.00 |
| 01/03/18 | R.M. Fallon | 0.50 | Review and compare time records for D. Mawhinney and T. Ryan | 125.00 |
| 01/03/18 | R.M. Fallon | 0.30 | Review revised fee statement with D. Mawhinney | 75.00 |
| 01/03/18 | D. A. Mawhinney | 0.60 | Review and revise time entries | 222.00 |
| 01/03/18 | D. A. Mawhinney | 0.60 | Revise exhibits to fee application in response to discussion with UST | 222.00 |
| 01/03/18 | D. A. Mawhinney | 0.90 | Draft email to T. Ryan regarding | 333.00 |

# K&L GATES

Invoice # 3485635
0236915.00043
Page 3 of 6

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | revisions to time entries | |
| 01/03/18 | T. C. Ryan | 1.10 | Review and revise monthly fee statement | 770.00 |
| 01/03/18 | J. A. Wright III | 0.20 | Confs. with D. Mawhinney regarding fee statement | 140.00 |
| 01/03/18 | J. A. Wright III | 0.20 | Review second interim fee application | 140.00 |
| 01/05/18 | A. R. D. Paine | 1.40 | Review and summarize new docket entries representing significant developments in bankruptcy case over the past week and circulate summary to interested attorneys | 518.00 |
| 01/08/18 | R. W. Hosking | 0.30 | Emails/conference with C. Volz | 210.00 |
| 01/08/18 | A. R. D. Paine | 0.10 | Provide copy of expert report discussed in docket summary to T. Ryan | 37.00 |
| 01/09/18 | L. C. Lanpher | 0.30 | Emails with T. Ryan regarding due diligence inquiry | 210.00 |
| 01/10/18 | L. C. Lanpher | 0.20 | Attention to obtaining and sending to T. Ryan the prior investigative report | 140.00 |
| 01/10/18 | A. R. D. Paine | 1.30 | Review docket entries and collect copies of all filings and motions related to specific claim | 481.00 |
| 01/11/18 | R.M. Fallon | 0.20 | Provide D. Mawhinney with fee statement comparisons | 50.00 |
| 01/11/18 | J. A. Wright III | 0.20 | Confs. with D. Mawhinney regarding December invoice review | 140.00 |
| 01/11/18 | J. A. Wright III | 0.30 | Email T. Ryan regarding invoice review issues | 210.00 |
| 01/12/18 | D. A. Mawhinney | 1.60 | Draft Budget and Staffing plan for December - March 2018 | 592.00 |
| 01/12/18 | A. R. D. Paine | 1.60 | Review and summarize new docket entries representing significant developments in bankruptcy case over the past week and circulate summary to interested attorneys | 592.00 |
| 01/16/18 | A. R. D. Paine | 0.70 | Locate and circulate fee statements filed by special counsel retained by committee of debtors' board of directors | 259.00 |
| 01/17/18 | R. W. Hosking | 1.40 | Address contract/cure issues | 980.00 |
| 01/19/18 | R. W. Hosking | 0.50 | Conference and information from client regarding contract project and preparation of notes regarding same | 350.00 |

# K&L GATES

Invoice # 3485635
0236915.00043
Page 4 of 6

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/19/18 | A. R. D. Paine | 2.10 | Review and summarize new docket entries representing significant developments in bankruptcy case over the past week and circulate summary to interested attorneys and discuss same with D. Mawhinney | 777.00 |
| 01/23/18 | R.M. Fallon | 0.20 | Meet and discuss with J. Wright preparing a supplemental disclosure schedule to our employment application | 50.00 |
| 01/23/18 | R.M. Fallon | 0.70 | Review and follow up on reports regarding new client relationships with involved parties for disclosure related to employment application | 175.00 |
| 01/23/18 | T. M. Reiter | 0.80 | Review emails and conference with T. Ryan | 560.00 |
| 01/23/18 | T. C. Ryan | 1.20 | Review and revise fee statement and interim fee application | 840.00 |
| 01/23/18 | T. C. Ryan | 1.10 | Conferences with T. Reiter regarding insurance issues | 770.00 |
| 01/23/18 | J. A. Wright III | 0.50 | Call with T. Ryan regarding second interim fee application | 350.00 |
| 01/24/18 | R.M. Fallon | 1.30 | Follow up and review reports and emails re supplemental disclosure to employment application and affidavit | 325.00 |
| 01/24/18 | T. M. Reiter | 1.80 | Review claim materials and conference with T. Ryan regarding same | 1,260.00 |
| 01/24/18 | T. C. Ryan | 1.00 | Review and revise fee statement and interim quarterly budget | 700.00 |
| 01/24/18 | J. A. Wright III | 0.10 | Conf. with R. Fallon regarding supplemental disclosures | 70.00 |
| 01/24/18 | J. A. Wright III | 0.30 | Emails with A. Asher regarding supplemental disclosures | 210.00 |
| 01/24/18 | J. A. Wright III | 0.20 | Revise supplemental disclosure declaration | 140.00 |
| 01/25/18 | R.M. Fallon | 0.40 | Update disclosure schedule | 100.00 |
| 01/25/18 | T. C. Ryan | 0.70 | Review and revise budget and second interim fee application | 490.00 |
| 01/26/18 | A. R. D. Paine | 2.40 | Review and summarize new docket entries representing significant developments in bankruptcy case over the past week and circulate summary to | 888.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | interested attorneys | |
| 01/26/18 | T. M. Reiter | 1.80 | Review insurer correspondence and correspond with client | 1,260.00 |
| 01/26/18 | T. C. Ryan | 1.10 | Address disclosure statement with debtor's counsel | 770.00 |
| 01/29/18 | R.M. Fallon | 0.20 | Correspond with S. Ng and discuss supplemental disclosures for employment application with J. Wright | 50.00 |
| 01/29/18 | R.M. Fallon | 0.10 | Call with T. Doyle regarding December disbursements related to December fee statement | 25.00 |
| 01/29/18 | A. R. D. Paine | 0.30 | Organize and circulate filings and court orders relating to debtor's proposed sale of construction equipment and supplies at construction project sites | 111.00 |
| 01/29/18 | T. C. Ryan | 0.70 | Review correspondence from insurer regarding employment matter | 490.00 |
| 01/29/18 | J. A. Wright III | 1.50 | Review and revise December invoices | 1,050.00 |
| 01/29/18 | J. A. Wright III | 0.30 | Call with T. Ryan regarding invoice revisions | 210.00 |
| 01/29/18 | J. A. Wright III | 0.10 | Review and revise budget | 70.00 |
| 01/29/18 | J. A. Wright III | 0.10 | Email R. Hosking regarding budget revisions | 70.00 |
| 01/30/18 | T. M. Reiter | 0.60 | Conference with T. Ryan regarding employment claim and review insurance materials | 420.00 |
| 01/30/18 | T. C. Ryan | 0.50 | Review December fee statement | 350.00 |
| 01/30/18 | J. A. Wright III | 1.70 | Review and revise December invoices | 1,190.00 |
| 01/31/18 | R.M. Fallon | 0.20 | Discuss December fee statement with J. Wright | 50.00 |
| 01/31/18 | J. A. Wright III | 1.30 | Review and revise December invoices for confidentiality and privilege | 910.00 |
| 01/31/18 | J. A. Wright III | 0.30 | Emails with KLG internal billing team regarding same | 210.00 |
| 01/31/18 | J. A. Wright III | 0.20 | Email R. Hosking regarding budget and December invoices | 140.00 |
| 01/31/18 | J. A. Wright III | 0.30 | Confs. with D. Mawhinney and B. Fallon regarding December invoices and second interim fee application | 210.00 |

# K&L GATES

Invoice # 3485635
0236915.00043
Page 6 of 6

TOTAL FEES          58.90   hrs          $      30,622.00

## **TIMEKEEPER SUMMARY**

| | | | | |
|---|---|---|---|---|
| R.M. Fallon | 11.40 hrs at | $ | 250.00 / hr | 2,850.00 |
| R. W. Hosking | 5.40 hrs at | $ | 700.00 / hr | 3,780.00 |
| L. C. Lanpher | 0.50 hrs at | $ | 700.00 / hr | 350.00 |
| D. A. Mawhinney | 6.70 hrs at | $ | 370.00 / hr | 2,479.00 |
| A. R. D. Paine | 9.90 hrs at | $ | 370.00 / hr | 3,663.00 |
| T. M. Reiter | 5.00 hrs at | $ | 700.00 / hr | 3,500.00 |
| T. C. Ryan | 8.10 hrs at | $ | 700.00 / hr | 5,670.00 |
| J. A. Wright III | 11.90 hrs at | $ | 700.00 / hr | 8,330.00 |
| | TOTAL FEES | 58.90 hrs | $ | 30,622.00 |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500    F +1 412 355 6501    klgates.com
Tax ID No. 25 0921018

Westinghouse Electric Co. LLC
1000 Westinghouse Drive
Cranberry Township, PA 16066

Invoice Date : March 29, 2018
Invoice Number : 3496562
Services Through : February 28, 2018

**0236915.00043    Non-adverse corporate matters**

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Fees | $ | 19,916.00 |
| Disbursements and Other Charges | $ | 104.26 |
| **CURRENT INVOICE DUE** | **$** | **20,020.26** |

Due and Payable upon Receipt

Mail To:   K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

Overnight/Courier:   PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

Wire/ACH/EDI Instructions:  Receiving Bank:  PNC Bank N.A.          Beneficiary: K&L Gates LLP          Routing/ABA: 043000096
                                        500 First Ave 92            Acct No.: 1077692783            Swift Code: PNCCUS33
                                        Pittsburgh, PA 15219
Please reference client/matter number in electronic payment details and email the remittance advice to AccountsReceivableSEA@klgates.com with invoice number(s) and amounts.

PLEASE NOTE NEW REMITTANCE ADDRESS

# K&L GATES

## **FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/02/18 | A. R. D. Paine | 1.80 | Review and summarize new docket entries representing significant developments in bankruptcy case over the past week and circulate summary to interested attorneys | 666.00 |
| 02/05/18 | J. A. Wright III | 0.10 | Emails with T. Ryan regarding second interim fee application | 70.00 |
| 02/05/18 | J. A. Wright III | 0.10 | Emails with D. Mawhinney regarding second interim fee application | 70.00 |
| 02/05/18 | J. A. Wright III | 0.20 | Revisions to second interim fee application | 140.00 |
| 02/06/18 | T. C. Ryan | 0.50 | Address comments from debtor's counsel to interim fee application | 350.00 |
| 02/06/18 | J. A. Wright III | 0.50 | Call with R. Hosking regarding December invoice revisions | 350.00 |
| 02/06/18 | J. A. Wright III | 0.20 | Emails with R. Hosking regarding invoice revisions | 140.00 |
| 02/06/18 | J. A. Wright III | 0.30 | Emails with billing team regarding invoice revisions | 210.00 |
| 02/06/18 | J. A. Wright III | 0.20 | Revisions to December invoices | 140.00 |
| 02/06/18 | J. A. Wright III | 0.30 | Revisions to budget projection | 210.00 |
| 02/06/18 | J. A. Wright III | 0.10 | Call with T. Reiter regarding budget | 70.00 |
| 02/06/18 | J. A. Wright III | 0.10 | Emails with D. Mawhinney regarding budget | 70.00 |
| 02/07/18 | R.M. Fallon | 2.30 | Review and follow up on attorney reports regarding supplemental disclosures re K&L employment application | 575.00 |
| 02/07/18 | R.M. Fallon | 0.20 | Discuss and review with J. Wright attorney reports regarding supplemental disclosures re K&L employment application | 50.00 |
| 02/07/18 | R.M. Fallon | 0.20 | Review draft of Second Interim Fee Application | 50.00 |
| 02/07/18 | R.M. Fallon | 0.20 | Discuss December monthly fee statement with D. Mawhinney | 50.00 |
| 02/07/18 | R.M. Fallon | 0.40 | Correspond with attorneys regarding supplemental disclosure re employment application | 100.00 |
| 02/07/18 | R.M. Fallon | 1.80 | Attention to Second Interim Fee Application and exhibits | 450.00 |

# K&L GATES

Invoice # 3496562
0236915.00043
Page 3 of 5

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/07/18 | D. A. Mawhinney | 0.90 | Revise second interim fee application | 333.00 |
| 02/07/18 | D. A. Mawhinney | 0.80 | Revise budget and staffing plan | 296.00 |
| 02/07/18 | J. A. Wright III | 0.40 | Revise second interim fee application | 280.00 |
| 02/07/18 | J. A. Wright III | 0.30 | Conf. with D. Mawhinney regarding revisions to fee application | 210.00 |
| 02/07/18 | J. A. Wright III | 0.30 | Calls with D. Mawhinney re budget and fee application | 210.00 |
| 02/07/18 | J. A. Wright III | 0.10 | Revise draft budget projection | 70.00 |
| 02/07/18 | J. A. Wright III | 0.10 | Email T. Ryan regarding same | 70.00 |
| 02/08/18 | R.M. Fallon | 2.40 | Attention to Second Interim Fee Application and exhibits | 600.00 |
| 02/08/18 | R.M. Fallon | 0.40 | Follow up emails regarding supplemental employment disclosures | 100.00 |
| 02/08/18 | R.M. Fallon | 1.10 | Attend to second interim fee application exhibits and e-mail D. Mawhinney re same | 275.00 |
| 02/08/18 | J. A. Wright III | 0.30 | Call with T. Ryan regarding budget and second interim fee application | 210.00 |
| 02/08/18 | J. A. Wright III | 0.10 | Revise budget and email same to T. Ryan | 70.00 |
| 02/09/18 | R.M. Fallon | 1.20 | Update professional fee spreadsheet | 300.00 |
| 02/09/18 | R.M. Fallon | 1.10 | Request and review detail regarding December disbursement for December fee statement | 275.00 |
| 02/09/18 | R.M. Fallon | 2.00 | Prepare December monthly fee statement and cover letter | 500.00 |
| 02/09/18 | R.M. Fallon | 0.70 | Revisions to December monthly fee statement | 175.00 |
| 02/09/18 | A. R. D. Paine | 2.00 | Review and summarize new docket entries representing significant developments in bankruptcy case over the past week and circulate summary to interested attorneys | 740.00 |
| 02/09/18 | T. C. Ryan | 0.40 | Review and revise budget | 280.00 |
| 02/12/18 | R.M. Fallon | 1.80 | Follow up on remaining supplemental disclosures and update exhibit | 450.00 |
| 02/12/18 | R.M. Fallon | 1.00 | Review case docket re applications to employ counsel and discuss with J. Wright | 250.00 |
| 02/12/18 | T. C. Ryan | 0.50 | Review January proformas to | 350.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | conform with trustee guidelines | |
| 02/13/18 | R.M. Fallon | 4.30 | Work with D. Mawhinney regarding compilation of Second Interim Fee Application exhibits | 1,075.00 |
| 02/13/18 | R.M. Fallon | 0.20 | Call SDNY clerk's office regarding e-filing issue with Second Interim Fee Application exhibit | 50.00 |
| 02/13/18 | D. A. Mawhinney | 1.30 | Review, revise, and file Second Interim Fee Application | 481.00 |
| 02/13/18 | D. A. Mawhinney | 1.80 | Coordinate filing and service of second interim fee application | 666.00 |
| 02/13/18 | D. A. Mawhinney | 0.70 | Participate in conferences with UST, lead bankruptcy counsel regarding hearing on second interim fee application | 259.00 |
| 02/13/18 | D. A. Mawhinney | 0.40 | Draft and file affidavit of service | 148.00 |
| 02/13/18 | D. Meyers | 0.90 | Prepare binder of second interim fee application and exhibits and hand deliver hard copy of the same to US Trustee for 4:30 deadline | 225.00 |
| 02/13/18 | J. A. Wright III | 0.20 | Call with D. Mawhinney regarding fee application | 140.00 |
| 02/13/18 | J. A. Wright III | 0.20 | Conf. with T. Ryan regarding January invoice revisions and fee application | 140.00 |
| 02/14/18 | R.M. Fallon | 0.90 | Revisions to December monthly fee statement | 225.00 |
| 02/14/18 | R.M. Fallon | 0.40 | Compile exhibits for December monthly fee statement | 100.00 |
| 02/14/18 | R.M. Fallon | 0.70 | Further research regarding professionals | 175.00 |
| 02/14/18 | R.M. Fallon | 0.70 | Summarize for J. Wright findings regarding professional fees | 175.00 |
| 02/15/18 | R.M. Fallon | 0.30 | Update professional fee spreadsheet | 75.00 |
| 02/15/18 | D. A. Mawhinney | 1.10 | Review and revise December monthly fee statement | 407.00 |
| 02/15/18 | T. M. Reiter | 0.80 | Review T. Ryan email and attachments | 560.00 |
| 02/15/18 | T. C. Ryan | 0.70 | Follow up with client on fee statement, interim fee application | 490.00 |
| 02/15/18 | T. C. Ryan | 0.50 | Follow up on client request for documentation from prior assignment | 350.00 |
| 02/16/18 | A. R. D. Paine | 2.60 | Review and summarize new | 962.00 |

# K&L GATES

Invoice # 3496562
0236915.00043
Page 5 of 5

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | docket entries representing significant developments in bankruptcy case over the past week and circulate summary to interested attorneys | |
| 02/19/18 | T. M. Reiter | 1.30 | Prepare for and conference with T. Ryan regarding insurance issues on employment claim | 910.00 |
| 02/20/18 | R.M. Fallon | 0.20 | Review updated disclosures re K&L employment | 50.00 |
| 02/20/18 | T. M. Reiter | 1.30 | Review mechanics regarding insurance claim and email to T. Ryan regarding same | 910.00 |
| 02/23/18 | A. R. D. Paine | 2.90 | Review and summarize new docket entries representing significant developments in bankruptcy case over the past week and circulate summary to interested attorneys | 1,073.00 |
| 02/26/18 | D. A. Mawhinney | 0.50 | General invoice 80/100 breakdown for client | 185.00 |
| 02/26/18 | J. A. Wright III | 0.30 | Review January invoices for confidentiality and privilege | 210.00 |
| 02/26/18 | J. A. Wright III | 0.10 | Emails with R. Hosking regarding January invoices | 70.00 |
| | | TOTAL FEES | 52.70   hrs | $   19,916.00 |

## TIMEKEEPER SUMMARY

| | | | | |
|------|------|------|------|------|
| R.M. Fallon | 24.50  hrs at | $ | 250.00  / hr | 6,125.00 |
| D. A. Mawhinney | 7.50  hrs at | $ | 370.00  / hr | 2,775.00 |
| D. Meyers | 0.90  hrs at | $ | 250.00  / hr | 225.00 |
| A. R. D. Paine | 9.30  hrs at | $ | 370.00  / hr | 3,441.00 |
| T. M. Reiter | 3.40  hrs at | $ | 700.00  / hr | 2,380.00 |
| T. C. Ryan | 2.60  hrs at | $ | 700.00  / hr | 1,820.00 |
| J. A. Wright III | 4.50  hrs at | $ | 700.00  / hr | 3,150.00 |
| | TOTAL FEES | 52.70  hrs | | $   19,916.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Long Distance Courier | 98.76 |
| Travel Expenses | 5.50 |
| DISBURSEMENTS & OTHER CHARGES | $   104.26 |

# K&L GATES

**K&L GATES LLP**
K&L GATES CENTER
210 SIXTH AVENUE
PITTSBURGH, PA 15222-2613
T +1 412 355 6500    F +1 412 355 6501    klgates.com
Tax ID No. 25 0921018

Westinghouse Electric Co. LLC
1000 Westinghouse Drive
Cranberry Township, PA 16066

Invoice Date         :    April 30, 2018
Invoice Number    :    3508172
Services Through  :    March 31, 2018

---

**0236915.00043    Non-adverse corporate matters**

<u>**INVOICE SUMMARY**</u>

| | |
|---|---|
| Fees | $    23,538.00 |
| Disbursements and Other Charges | $         98.26 |
| **CURRENT INVOICE DUE** | **$    23,636.26** |

Due and Payable upon Receipt

<u>Mail To:</u>   K&L Gates LLP, P.O. Box 844255, Boston, MA 02284-4255

<u>Overnight/Courier:</u>   PNC Bank C/O K&L Gates LLP, Lockbox #844255, 20 Commerce Way - Ste 800, Woburn, MA 01801-1057

<u>Wire/ACH/EDI Instructions:</u>   Receiving Bank:  PNC Bank N.A.            Beneficiary: K&L Gates LLP            Routing/ABA: 043000096
                                                   500 First Ave 92               Acct No.: 1077692783                   Swift Code: PNCCUS33
                                                   Pittsburgh, PA 15219
Please reference client/matter number in electronic payment details and email the remittance advice to <u>AccountsReceivableSEA@klgates.com</u> with invoice number(s) and amounts.

<span style="color:red">**PLEASE  NOTE  NEW  REMITTANCE  ADDRESS**</span>

# K&L GATES

Invoice # 3508172
0236915.00043
Page 2 of 5

## **FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/01/18 | D. A. Mawhinney | 0.50 | Draft email to client regarding Order approving second interim fee application | 185.00 |
| 03/02/18 | A. R. D. Paine | 2.30 | Review and summarize new docket entries representing significant developments in bankruptcy case over the past week and circulate summary to interested attorneys | 851.00 |
| 03/05/18 | D. A. Mawhinney | 0.30 | Draft email to client regarding December invoices | 111.00 |
| 03/07/18 | R.M. Fallon | 0.40 | Receive and review invoices regarding January monthly fee statements | 100.00 |
| 03/07/18 | R.M. Fallon | 0.20 | Discuss with D. Mawhinney invoices for January monthly fee statements | 50.00 |
| 03/07/18 | R.M. Fallon | 3.60 | Work on Professional Fee spreadsheet regarding January 2015 fees and disbursements for monthly fee statement | 900.00 |
| 03/08/18 | R.M. Fallon | 3.20 | Prepare January 2018 monthly fee statement | 800.00 |
| 03/08/18 | R.M. Fallon | 0.80 | Prepare WEC internal January 2018 monthly fee statement | 200.00 |
| 03/08/18 | R.M. Fallon | 0.40 | Revise January 2018 monthly fee statement | 100.00 |
| 03/08/18 | R.M. Fallon | 0.30 | Prepare January 2018 monthly fee statement cover letter | 75.00 |
| 03/08/18 | R.M. Fallon | 0.40 | Compile exhibits for January 2018 monthly fee statement | 100.00 |
| 03/09/18 | R.M. Fallon | 0.10 | Calendar confirmation deadlines | 25.00 |
| 03/09/18 | R.M. Fallon | 0.10 | Review supplemental disclosure schedule | 25.00 |
| 03/09/18 | D. A. Mawhinney | 0.90 | Draft, file January Monthly Fee Statement | 333.00 |
| 03/09/18 | A. R. D. Paine | 1.00 | Review and summarize new docket entries representing significant developments in bankruptcy case over the past week and circulate summary to interested attorneys | 370.00 |
| 03/11/18 | J. A. Wright III | 0.30 | Revise supplemental K&L Gates declaration | 210.00 |
| 03/12/18 | J. A. Wright III | 0.10 | Email R. Hosking regarding supplemental declaration | 70.00 |
| 03/12/18 | J. A. Wright III | 0.20 | Call with T. Ryan | 140.00 |

# K&L GATES

Invoice # 3508172
0236915.00043
Page 3 of 5

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/13/18 | T. C. Ryan | 1.10 | Review and revise fee statement for conformity with trustee guidelines | 770.00 |
| 03/14/18 | T. M. Reiter | 0.70 | Review T. Ryan email and background materials | 490.00 |
| 03/15/18 | T. M. Reiter | 1.20 | Prepare for and telephone conference with client regarding insurance coverage for employment claim | 840.00 |
| 03/15/18 | T. M. Reiter | 1.00 | Emails regarding covereage | 700.00 |
| 03/15/18 | T. M. Reiter | 1.50 | Review policy and correspondence and claim documents | 1,050.00 |
| 03/15/18 | T. M. Reiter | 0.90 | Draft response to AIG | 630.00 |
| 03/15/18 | T. C. Ryan | 1.30 | Review and revise fee statement | 910.00 |
| 03/15/18 | J. A. Wright III | 1.00 | Review and revise February time entries | 700.00 |
| 03/16/18 | R.M. Fallon | 0.40 | Extract copies of "as filed" invoices for T. Ryan | 100.00 |
| 03/16/18 | A. R. D. Paine | 2.90 | Review and summarize new docket entries representing significant developments in bankruptcy case over the past week and circulate summary to interested attorneys | 1,073.00 |
| 03/16/18 | T. M. Reiter | 0.50 | Emails regarding letter | 350.00 |
| 03/16/18 | T. M. Reiter | 0.30 | Telephone conference with client | 210.00 |
| 03/19/18 | T. M. Reiter | 0.30 | Email to client regarding AIG | 210.00 |
| 03/19/18 | T. M. Reiter | 0.10 | Telephone conference with T. Ryan regarding AIG | 70.00 |
| 03/19/18 | J. A. Wright III | 1.00 | Review and revise February time entries for privilege and confidentiality | 700.00 |
| 03/20/18 | J. A. Wright III | 0.40 | Review and comment on February time entries | 280.00 |
| 03/21/18 | T. M. Reiter | 0.70 | Review AIG email and client emails | 490.00 |
| 03/21/18 | T. M. Reiter | 1.10 | Draft response to AIG | 770.00 |
| 03/22/18 | R.M. Fallon | 0.20 | Receive payment information on professional fees | 50.00 |
| 03/22/18 | R.M. Fallon | 1.40 | Update professional fee statement re payments and monthly summaries | 350.00 |
| 03/22/18 | T. M. Reiter | 1.00 | Telephone conference with client  regarding AIG | 700.00 |
| 03/22/18 | T. M. Reiter | 0.80 | Review emails and reply to same regarding AIG | 560.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/23/18 | R.M. Fallon | 0.20 | Reformat Excel spreadsheet for Supplemental Disclosure Statement | 50.00 |
| 03/23/18 | R.M. Fallon | 0.40 | Efile Supplemental Disclosure Statement re K&L Employment Application | 100.00 |
| 03/23/18 | A. R. D. Paine | 1.70 | Review and summarize new docket entries representing significant developments in bankruptcy case over the past week and circulate summary to interested attorneys | 629.00 |
| 03/23/18 | J. A. Wright III | 0.50 | Revise supplemental declaration | 350.00 |
| 03/23/18 | J. A. Wright III | 0.20 | Emails with R. Fallon regarding same | 140.00 |
| 03/23/18 | J. A. Wright III | 0.10 | Emails with KCC regarding same | 70.00 |
| 03/26/18 | R.M. Fallon | 0.30 | Download plan and confirmation related pleadings | 75.00 |
| 03/26/18 | R.M. Fallon | 0.10 | Prepare hearing binder index for confirmation hearing | 25.00 |
| 03/26/18 | R.M. Fallon | 0.10 | Coordinate re D. Myer regarding preparation of confirmation hearing binder | 25.00 |
| 03/26/18 | T. M. Reiter | 0.50 | Review emails regarding settlement and reply to same | 350.00 |
| 03/26/18 | T. M. Reiter | 0.20 | Conference with T. Ryan | 140.00 |
| 03/27/18 | T. C. Ryan | 1.30 | Prepare for and participate in conference with client on buildout and enhancement of compliance program | 910.00 |
| 03/28/18 | T. C. Ryan | 3.50 | Review and revise February fee statement in conformance with trustee guidelines | 2,450.00 |
| 03/29/18 | T. C. Ryan | 1.30 | Review and revise February pro formas to conform with trustee guidelines | 910.00 |
| 03/30/18 | A. R. D. Paine | 1.80 | Review and summarize new docket entries representing significant developments in bankruptcy case over the past week and circulate summary to interested attorneys | 666.00 |

TOTAL FEES        47.10   hrs        $        23,538.00

# K&L GATES

Invoice # 3508172
0236915.00043
Page 5 of 5

## TIMEKEEPER SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| R.M. Fallon | 12.60 | hrs at | $ | 250.00  / hr | 3,150.00 |
| D. A. Mawhinney | 1.70 | hrs at | $ | 370.00  / hr | 629.00 |
| A. R. D. Paine | 9.70 | hrs at | $ | 370.00  / hr | 3,589.00 |
| T. M. Reiter | 10.80 | hrs at | $ | 700.00  / hr | 7,560.00 |
| T. C. Ryan | 8.50 | hrs at | $ | 700.00  / hr | 5,950.00 |
| J. A. Wright III | 3.80 | hrs at | $ | 700.00  / hr | 2,660.00 |
| | TOTAL FEES | | 47.10  hrs | $ | 23,538.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Long Distance Courier | | 98.26 |
| | DISBURSEMENTS & OTHER CHARGES | $    98.26 |