Deloitte Transactions and Business Analytics LLP
191 Peachtree Street, Suite 2000
Atlanta, GA 30303-1749
Telephone: 404.631.3455
Facsimile: 404.443.9555
Keith Adams

*Valuation and Discovery Services Provider*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- |
In re:                                                        |
                                                              | Chapter 11
WESTINGHOUSE ELECTRIC COMPANY                                 |
LLC, *et al.*,[1]                                             | Case No. 17-10751 (MEW)
                       Debtors.                               |
                                                              | (Jointly Administered)
------------------------------------------------------------- |

**THIRTEENTH MONTHLY FEE STATEMENT OF DELOITTE TRANSACTIONS AND BUSINESS ANALYTICS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS VALUATION AND DISCOVERY SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2018 THROUGH JUNE 30, 2018**

| | |
|---|---|
| Name of Applicant: | Deloitte Transactions and Business Analytics LLP |
| Authorized to Provide Services as: | Valuation and Discovery Services Provider |
| Date of Retention: | *Nunc Pro Tunc* to March 29, 2017 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2018 through June 30, 2018 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $57,441.84 |
| Amount of Expense Reimbursement Sought: | $0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | **$57,441.84** |
| Less 20% Holdback: | ($11,488.37) |
| Total Fees and Expenses Due: | **$45,953.47** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster, Inc. d/b/a WECTEC Global Project Services Inc. (8572); Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

## CUMULATIVE TIME SUMMARY
Trailing Fees For the Period of January 1, 2018 through June 30, 2018

| Name | Position | Total | Hourly | Total Fees |
|---|---|---|---|---|
| Adams, Keith | Partner/Principal | 6.80 | $640 | $4,352.00 |
| Moss, Kevin | Partner/Principal | 3.00 | $640 | $1,920.00 |
| Hannagan, Peter | Senior Manager | 22.70 | $561 | $12,734.70 |
| Barrazotto, Chip | Consultant | 80.90 | $388 | $31,389.20 |
| Kandukuri, Pavani | Consultant | 0.30 | $388 | $116.40 |
| Ramakrishnan, Swetha | Consultant | 3.00 | $388 | $1,164.00 |
| Sawyer, Thomas | Consultant | 1.20 | $388 | $465.60 |
| Abrom, Carisa | Sr. Consultant | 1.80 | $350 | $630.00 |
| **Total Fees** | | **119.70** | | **$52,771.90** |

**Average Billing Rate: $440.87**

## CUMULATIVE FEES BY CATEGORY SUMMARY[2]
Trailing Fees For the Period of January 1, 2018 through June 30, 2018

Valuation Services

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Trade Name Impairment Test | 117.90 | $52,141.90 |
| Preparation of Fee Applications | 1.80 | $630.00 |
| **Total Fees** | **119.70** | **$52,771.90** |

Discovery Services

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| User Fees | | $2,465.00 |
| Hosting Fees | | $2,204.94 |
| **Total Fees** | | **$4,669.94** |

---

[2] Pursuant to the *Application of Debtors Pursuant to 11 U. S. C. §§ 327(a) and 328 and Fed. R. Bankr. P 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Employ and Retain Deloitte Transactions and Business Analytics LLP as Valuation and Discovery Services Provider Nunc Pro Tunc to the Petition Date* (the "DTBA Retention Application"), DTBA provides certain e-discovery services to the Debtors that may be billed according to different metrics than hourly rates, as set forth in Appendix B to the Engagement Letter (as such term is defined in the DTBA Retention Application).

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - May 31, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Trade Name Impairment Test* | | | | |
| 01/16/2018 | | | | |
| Hannagan, Peter | Discuss trade name impairment test requirements with C. Weber (Westinghouse). | $561.00 | 1.0 | $561.00 |
| 01/17/2018 | | | | |
| Hannagan, Peter | Review prior Westinghouse trade name impairment test analyses to develop information request. | $561.00 | 1.8 | $1,009.80 |
| 02/02/2018 | | | | |
| Adams, Keith | Discuss trade name impairment test with C. Weber (Westinghouse). | $640.00 | 0.5 | $320.00 |
| 02/12/2018 | | | | |
| Adams, Keith | Call with J. Young, C. Weber, J. Hiltz (Westinghouse) and P. Hannagan and T. Sawyer (Deloitte) on Westinghouse business plan. | $640.00 | 1.2 | $768.00 |
| Hannagan, Peter | Call with J. Young, C. Weber, J. Hiltz (Westinghouse) and K. Adams and T. Sawyer (Deloitte) on Westinghouse business plan. | $561.00 | 1.2 | $673.20 |
| Sawyer, Thomas | Call with J. Young, C. Weber, J. Hiltz (Westinghouse) and P. Hannagan and K. Adams (Deloitte) on Westinghouse business plan. | $388.00 | 1.2 | $465.60 |
| 02/20/2018 | | | | |
| Barrazotto, Chip | Meeting with P. Hannagan (Deloitte) to discuss trade name impairment valuation project. | $388.00 | 0.4 | $155.20 |
| Barrazotto, Chip | Research the weighted average cost of capital analysis for Westinghouse Electric Company LLC. | $388.00 | 3.3 | $1,280.40 |
| Barrazotto, Chip | Review of Westinghouse projections, including WEC Business Plan and the WEC 2018 Trade Name Impairment Test Statement of Work between Westinghouse and Deloitte. | $388.00 | 2.8 | $1,086.40 |

1

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - May 31, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Trade Name Impairment Test* | | | | |
| 02/20/2018 | | | | |
| Barrazotto, Chip | Review the Westinghouse Goodwill Impairment testing report as of December 31, 2016 to compare and support certain valuation inputs selected. | $388.00 | 1.7 | $659.60 |
| Hannagan, Peter | Meeting with C. Barrazotto (Deloitte) to discuss trade name impairment valuation project. | $561.00 | 0.4 | $224.40 |
| 02/21/2018 | | | | |
| Barrazotto, Chip | Create a historical balance sheet for Westinghouse. | $388.00 | 2.1 | $814.80 |
| Barrazotto, Chip | Create an exhibit to estimate the fair value of the Westinghouse Trade Name using the relief from royalty valuation method and financial information provided by Westinghouse. | $388.00 | 3.5 | $1,358.00 |
| Barrazotto, Chip | Create an exhibit to estimate the Internal Rate of Return using the financial information and projections provided by Westinghouse. | $388.00 | 3.4 | $1,319.20 |
| 02/22/2018 | | | | |
| Barrazotto, Chip | Create an exhibit in the Trade Name valuation model to estimate the weighted average return on assets. | $388.00 | 2.7 | $1,047.60 |
| Barrazotto, Chip | Review and edit the trade name valuation model, including current exhibits. | $388.00 | 3.2 | $1,241.60 |
| Barrazotto, Chip | Update trade name valuation model. | $388.00 | 2.6 | $1,008.80 |
| 02/23/2018 | | | | |
| Barrazotto, Chip | Edit Westinghouse trade name valuation model. | $388.00 | 2.2 | $853.60 |
| Barrazotto, Chip | Update industry, company, economic and valuation analysis summary sections of the Westinghouse trade name impairment testing report. | $388.00 | 3.6 | $1,396.80 |
| Barrazotto, Chip | Prepare draft of report for Westinghouse trade name impairment testing valuation. | $388.00 | 3.2 | $1,241.60 |

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - May 31, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Trade Name Impairment Test* | | | | |
| 02/23/2018 | | | | |
| Barrazotto, Chip | Discuss trade name impairment test model with P. Hannagan (Deloitte). | $388.00 | 0.5 | $194.00 |
| Hannagan, Peter | Discuss trade name impairment test model with C. Barrazotto (Deloitte). | $561.00 | 0.5 | $280.50 |
| 02/26/2018 | | | | |
| Barrazotto, Chip | Revise Westinghouse trade name valuation exhibit. | $388.00 | 3.1 | $1,202.80 |
| Barrazotto, Chip | Update trade name valuation sections of the Westinghouse trade name impairment report. | $388.00 | 3.4 | $1,319.20 |
| 02/27/2018 | | | | |
| Barrazotto, Chip | Revise Westinghouse trade name valuation exhibit. | $388.00 | 1.1 | $426.80 |
| 02/28/2018 | | | | |
| Barrazotto, Chip | Update the trade name impairment analysis for the new tax rate. | $388.00 | 0.3 | $116.40 |
| 03/01/2018 | | | | |
| Barrazotto, Chip | Analyze exhibits in Westinghouse trade name model were linked correctly, including updating final assumptions of draft model. | $388.00 | 1.4 | $543.20 |
| Barrazotto, Chip | Update Westinghouse trade name impairment model. | $388.00 | 2.7 | $1,047.60 |
| Hannagan, Peter | Review valuation model for Westinghouse trade name impairment test. | $561.00 | 2.4 | $1,346.40 |
| 03/02/2018 | | | | |
| Hannagan, Peter | Read emails from J. Hiltz (Westinghouse) regarding trade name impairment test information. | $561.00 | 1.0 | $561.00 |
| Hannagan, Peter | Provide comments to C. Barrazotto (Deloitte) via email on first draft of impairment test model. | $561.00 | 2.9 | $1,626.90 |

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - May 31, 2018

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|

*Trade Name Impairment Test*

| | | | | | |
|---|---|---|---|---|---|
| 03/05/2018 | | | | | |
| | Barrazotto, Chip | Meeting with P. Hannagan (Deloitte), C. Weber (Westinghouse), and J. Hiltz (Westinghouse) to discuss trade name impairment valuation project. | $388.00 | 0.4 | $155.20 |
| | Barrazotto, Chip | Update Westinghouse trade name impairment model based on meeting with P. Hannagan, C. Weber, and J. Hiltz. | $388.00 | 2.4 | $931.20 |
| | Barrazotto, Chip | Update Westinghouse trade name impairment model. | $388.00 | 3.3 | $1,280.40 |
| | Hannagan, Peter | Review draft interim trade name impairment test analysis. | $561.00 | 1.6 | $897.60 |
| | Hannagan, Peter | Meeting with C. Barrazotto (Deloitte), C. Weber (Westinghouse), and J. Hiltz (Westinghouse) to discuss trade name impairment valuation project. | $561.00 | 0.4 | $224.40 |
| 03/06/2018 | | | | | |
| | Adams, Keith | Review draft trade name imapirment test. | $640.00 | 2.0 | $1,280.00 |
| | Barrazotto, Chip | Finalize first draft of the trade name impairment model. | $388.00 | 2.2 | $853.60 |
| | Hannagan, Peter | Review revised draft interim trade name impairment test analysis. | $561.00 | 1.9 | $1,065.90 |
| 03/07/2018 | | | | | |
| | Adams, Keith | Review revised draft trade name imapirment test. | $640.00 | 1.9 | $1,216.00 |
| 03/08/2018 | | | | | |
| | Ramakrishnan, Swetha | Perform math check for trade name valuation model for Westinghouse. | $388.00 | 3.0 | $1,164.00 |
| 03/12/2018 | | | | | |
| | Barrazotto, Chip | Perform additional Nuclear/Electric Industry research to finalize respective sections of the trade name impairment report. | $388.00 | 3.3 | $1,280.40 |
| | Barrazotto, Chip | Update trade name impairment report. | $388.00 | 3.2 | $1,241.60 |

4

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - May 31, 2018

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|

*Trade Name Impairment Test*

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 03/13/2018 | | | | | |
| | Barrazotto, Chip | Set up archive for Westinghouse trade name impairment documents. | $388.00 | 1.7 | $659.60 |
| | Barrazotto, Chip | Review Westinghouse trade name impairment model. | $388.00 | 2.7 | $1,047.60 |
| | Hannagan, Peter | Review additional information provided by J. Hiltz (Westinghouse) for trade name impairment test. | $561.00 | 1.1 | $617.10 |
| 03/14/2018 | | | | | |
| | Barrazotto, Chip | Gather materials to respond to initial review comments in regards to the Westinghouse Trade Name impairment model. | $388.00 | 2.3 | $892.40 |
| 03/16/2018 | | | | | |
| | Barrazotto, Chip | Meeting with P. Hannagan (Deloitte) and J. Hiltz (Westinghouse) to discuss certain exhibits and balance sheet items for the Westinghouse trade name impairment model. | $388.00 | 0.5 | $194.00 |
| | Hannagan, Peter | Meeting with C. Barrazotto (Deloitte) and J. Hiltz (Westinghouse) to discuss certain exhibits and balance sheet items for the Westinghouse trade name impairment model. | $561.00 | 0.5 | $280.50 |
| 03/26/2018 | | | | | |
| | Barrazotto, Chip | Update Westinghouse trade name impairment model. | $388.00 | 2.3 | $892.40 |
| | Hannagan, Peter | Review trade name impairment test report. | $561.00 | 3.4 | $1,907.40 |
| 03/27/2018 | | | | | |
| | Barrazotto, Chip | Update Westinghouse trade name impairment report. | $388.00 | 1.7 | $659.60 |
| 03/28/2018 | | | | | |
| | Adams, Keith | Review Westinghouse trade name impairment test narrative report. | $640.00 | 1.2 | $768.00 |
| 03/29/2018 | | | | | |
| | Hannagan, Peter | Address review comments on trade name impairment test report. | $561.00 | 0.5 | $280.50 |

## Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - May 31, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Trade Name Impairment Test* | | | | |
| 04/02/2018 | | | | |
|   Barrazotto, Chip | Finalize Westinghouse trade name impairment report. | $388.00 | 1.8 | $698.40 |
| 04/03/2018 | | | | |
|   Barrazotto, Chip | Archive final workpapers for Westinghouse trade name impairment analysis. | $388.00 | 1.7 | $659.60 |
| 04/04/2018 | | | | |
|   Kandukuri, Pavani | Review deliverables for Westinghouse trade name impairment test. | $388.00 | 0.3 | $116.40 |
| 04/05/2018 | | | | |
|   Moss, Kevin | Review deliverables for Westinghouse trade name impairment test. | $640.00 | 1.5 | $960.00 |
| 04/09/2018 | | | | |
|   Barrazotto, Chip | Respond to PwC's questions regarding the trade name impairment model, including preparation of supporting documentation. | $388.00 | 2.2 | $853.60 |
|   Hannagan, Peter | Review trade name impairment model and supporting documentation. | $561.00 | 2.1 | $1,178.10 |
| 04/12/2018 | | | | |
|   Barrazotto, Chip | Revise trade name impairment test report. | $388.00 | 0.5 | $194.00 |
| 04/16/2018 | | | | |
|   Moss, Kevin | Review revised deliverables for Westinghouse trade name impairment test. | $640.00 | 1.5 | $960.00 |
| 05/17/2018 | | | | |
|   Barrazotto, Chip | Finalize trade name impairment report/exhibits. | $388.00 | 1.0 | $388.00 |
| 05/21/2018 | | | | |
|   Barrazotto, Chip | Consolidated the finalized trade name impairment report and exhibits and sent to Westinghouse. | $388.00 | 0.5 | $194.00 |
| Subtotal for Trade Name Impairment Test: | | | 117.9 | $52,141.90 |

# Westinghouse Electric Company LLC

## Deloitte Transactions and Business Analytics LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - May 31, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Z- Preparation of Fee Applications* | | | | |
| 05/14/2018 | | | | |
| Abrom, Carisa | Prepare third interim fee application. | $350.00 | 1.8 | $630.00 |
| Subtotal for Z- Preparation of Fee Applications: | | | 1.8 | $630.00 |
| **Total** | | | 119.7 | $52,771.90 |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Adams, Keith | $640.00 | 6.8 | $4,352.00 |
| Moss, Kevin | $640.00 | 3.0 | $1,920.00 |
| Hannagan, Peter | $561.00 | 22.7 | $12,734.70 |
| Barrazotto, Chip | $388.00 | 80.9 | $31,389.20 |
| Kandukuri, Pavani | $388.00 | 0.3 | $116.40 |
| Ramakrishnan, Swetha | $388.00 | 3.0 | $1,164.00 |
| Sawyer, Thomas | $388.00 | 1.2 | $465.60 |
| Abrom, Carisa | $350.00 | 1.8 | $630.00 |