**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| **WESTINGHOUSE ELECTRIC** : | |
| **COMPANY LLC,** *et al.*, : | **Case No. 17-10751 (MEW)** |
| : | |
| **Debtors.**[1] : | **(Jointly Administered)** |

---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Andrew Henchen, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On July 13, 2018, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; via Facsimile upon the service list attached hereto as **Exhibit B**; and via Overnight Mail upon the service list attached hereto as **Exhibit C**:

*(Continued on Next Page)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

- **Notice of Agenda of Matter Scheduled to be Heard on July 17, 2018 at 10:00 a.m.**
  [Docket No. 3579]

Dated: July 18, 2018

_____
Andrew Henchen

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 18th day of July, 2018, by Andrew Henchen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STANLEY Y. MARTINEZ
Notary Public – California
Los Angeles County
Commission # 2210503
My Comm. Expires Aug 18, 2021

# Exhibit A

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Top 30 | ACCENTURE LLP | Mark Sobota | mark.sobota@accenture.com |
| Top 30 | AECON INDUSTRIAL | Ian Turnbull, Sr. VP | iturnbull@aecon.com |
| Airgas USA, LLC | Airgas, Inc. | KJ van Krieken | kj.vankrieken@airgas.com |
| Counsel for Nuclear Logistics LLC and The Calvert Company, Inc. | Akerman LLP | John E. Mitchell | john.mitchell@akerman.com |
| Counsel for Nuclear Logistics LLC and The Calvert Company, Inc. | Akerman LLP | Katherine C. Fackler | katherine.fackler@akerman.com |
| Counsel for Nuclear Logistics LLC, The Calvert Company, Inc., and AZZ, Inc. | Akerman LLP | Susan F. Balaschak and Scott M. Kessler | susan.balaschak@akerman.com; scott.kessler@akerman.com |
| Counsel for BNP Paribas | Allen & Overy LLP | Ken Coleman, & Daniel Guyder | ken.coleman@allenovery.com; daniel.guyder@allenovery.com |
| Counsel for the Municipal Electric Authority of Georgia | Alston & Bird LLP | Dennis J Connolly | dennis.connolly@alston.com |
| Counsel for Columbia Property Trust, Inc. | Alston & Bird LLP | William Sugden & Thomas Clinkscales | will.sugden@alston.com; tom.clinkscales@alston.com |
| Top 30 | AMERICAN EQUIPMENT CO | Dean Smith, VP Operations | dean.smith@ameco.com |
| Counsel for Ellis & Watts Global Industries, Inc. | Armstrong Teasdale LLP | David L. Going | dgoing@armstrongteasdale.com |
| Counsel for Master-Lee Energy Services Corporation & Limbach Company LLC | Babst, Calland, Clements and Zomnir, P.C. | Mark Lindsay | mlindsay@babstcalland.com |
| Interested Party | Baker McKenzie | Debra Dandeneau | debra.dandeneau@bakermckenzie.com |
| Counself for URENCO Enrichment Company, Ltd. | Ballard Spahr LLP | Matthew Summers & Laurel Roglen | summersm@ballardspahr.com; roglenl@ballardspahr.com |
| Counsel for Exelon Generation Company, LLC | Ballard Spahr LLP | Tobey M Daluz Matthew G Summers | daluzt@ballardspahr.com; summersm@ballardspahr.com |
| Counsel for RSCC Wire & Cable LLC and Cable USA LLC | Ballon Stoll Bader & Nadler PC | Vincent Roldan | vroldan@ballonstoll.com |
| Counsel for Motion Industries, Inc. | Barack Ferrazzano Kirschbaum & Nagelberg LLP | William J. Barrett | william.barrett@bfkn.com |
| Counsel for Blanchard Machinery Company | Beal, LLC | Michael M. Beal | mbeal@bealLLC.com |
| Counsel for Mistras Group, Inc. | Becker LLC | J. Elex Kress | akress@becker.legal |
| Counsel for Mistras Group, Inc. | Becker LLC | Robert D. Towey | rtowey@becker.legal |
| Counsel for Automated Precision, Inc. | Benesch, Friedlander, Coplan & Aronoff LLP | Michael J. Barrie | mbarrie@beneschlaw.com |
| Counsel for United Parcel Service, Inc. | Bialson, Bergen & Schwab | Lawrence Schwab & Kenneth Law | klaw@bbslaw.com |
| Counsel for Air Products and Chemicals, Inc. | Blank Rome LLP | Michael Schaedle and Evan Zucker | schaedle@blankrome.com; ezucker@blankrome.com |
| Counsel for Holcim (US) Inc. & Premier Trailer Leasing, Inc. and HD Supply Construction Supply, Ltd. d/b/a HD Supply Construction & Industrial-White Cap | Borges & Associates, LLC | Wanda Borges | bankruptcy@borgeslawllc.com |
| Counsel for Intergraph Corporation | Bradley Arant Boult Cummings LLP | Christopher L. Hawkins | chawkins@bradley.com |
| Counsel for Intergraph Corporation | Bradley Arant Boult Cummings LLP | Kevin C. Gray | kgray@bradley.com |
| Counsel for SAP America, Inc. and its affiliates | Brown & Connery, LLP | Julie F. Montgomery | jmontgomery@brownconnery.com |
| Counsel for The GC Net Lease (Cranberry) Investors, LLC | Bryan Cave LLP | Eric Prezant & Justin Morgan | eric.prezant@bryancave.com; justin.morgan@bryancave.com |
| Interested Party | Cahill Gordon & Reindel LLP | Richard Stieglitz Jr | rstieglitz@cahill.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel for Central Electric Power Cooperative, Inc. & Bridgewell Resources, LLC | Carter Ledyard & Milburn LLP | Aaron R. Cahn | bankruptcy@clm.com |
| Counsel for The Lincoln Electric Company | Cavitch Familo & Durkin Co LPA | Stuart Laven Jr | slaven@cavitch.com |
| Top 30 | CB&I | Lee Pressley | lpresley@CBI.com |
| Top 30 | CB&I LAURENS INC | David Portus | david.portus@cbi.com |
| Counsel for American Home Assurance company; The Insurance Company of the State of Pennsylvania; and National Union Fire Insurance Company of Pittsburgh, PA | Chiesa Shahinian & Giantomasi PC | Scott A. Zuber & Michael R. Caruso | szuber@csglaw.com; mcaruso@csglaw.com |
| Counsel for Wachs Technical Sercies, Ltd. | Chuhak & Tecson, PC | Attn Michael Moskowtiz and Melissa Guseynov | mmoskowitz@chuhak.com; mguseynov@chuhak.com; awoods@chuhak.com |
| Counsel for Transco Products Inc & DuBose National Energy Services, Inc. | CKR Law LLP | Edward L Schnitzer | eschnitzer@ckrlaw.com |
| Commonwealth of Pennsylvania, Department of Revenue | Commonwealth of Pennsylvania, Department of Revenue | Josh Shapiro & Carol Momjian | cmomjian@attorneygeneral.gov |
| Counsel for W.O. Grubb Steel Erection Incorporated | Cook, Heyward, Lee, Hopper & Feehan, P.C. | David Hopper | ddhopper@chlhf.com |
| Counsel for Day & Zimmermann, Inc. | Cozen O'Connor | John T. Carroll, III | jcarroll@cozen.com |
| Counsel for Nuclear Fuel Industries, Ltd. | Crowell & Moring LLP | Mark S. Lichtenstein | mlichtenstein@crowell.com |
| Top 30 | CSC COMPUTER SCIENCES CORP | Rick Beroth | rberoth@csc.com |
| Counsel for Engineered Mechanical Systems | Cullen and Dykman, LLP | Bonnie L Pollack | bpollack@cullenanddykman.com |
| Top 30 | CURTISS WRIGHT | David C. Adams, CEO | dadams@CURTISSWRIGHT.com |
| Counsel to Oglethorpe Power Corporation (An Electric Membership Corporation) | Dechert LLP | Michael J Sage Stephen M Wolpert | michael.sage@dechert.com; stephen.wolpert@dechert.com |
| Counsel for Mizuho Bank, Ltd. | Dentons US LLP | Giorgio Bovenzi | giorgio.bovenzi@dentons.com |
| US Department of Justice | Department of Justice US Attorney General | Commercial Litigation Branch | askdoj@usdoj.gov |
| Counsel for Turner Industries Group, LLC | Donohue Patrick & Scott PLLC | Kirk A Patrick III | kpatrick@dps-law.com |
| Counsel for Whitebox Advisors, LLC, Whitebox Multi-Strategy Partners, LP and Whitebox Asymmetric Partners, LP | Drinker Biddle & Reath LLP | James H. Millar, Clay J. Pierce, and Stacy A. Lutkus | james.millar@dbr.com; clay.pierce@dbr.com; stacy.lutkus@dbr.com |
| Counsel for Gerdau Ameristeel US Inc. | Duane Morris LLP | Jeffrey W. Spear | jwspear@duanemorris.com |
| Top 30 | DUBOSE NATIONAL ENERGY SERVICE | Richard Rogers, VP and GM | Richard.rogers@dubosenes.com |
| Counsel for Superheat FGH Services Inc. | Dugger & Associates | Matthew A. Key | mkey@duggerlaw.com |
| Counsel for 375 Metropolitan LLC | Duke, Holzman, Photiadis & Gresens LLP | Michael Lombardo | mjlombardo@dhpglaw.com |
| Top 30 | EATON CORP | William T. Reiff | globaltradecredit@eaton.com |
| Top 30 | ENVIROVAC HOLDINGS LLC | Ann Brown | ann@envirovac.us |
| Counsel for Johnson Service Group, Inc. | Epstein Becker & Green, P.C. | Wendy Marcari | wmarcari@ebglaw.com |
| Counsel for SSM Industries, Inc. | Flaster/Greenberg P.C. | Steven D. Usdin | steven.usdin@flastergreenberg.com |

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Top 30 | FLUOR ENTERPRISES INC (FEI) | Pat Selvaggio | Pat.Selvaggio@Fluor.com |
| Counsel for Jones Lang LaSalle Americas, Inc. | FrankGecker LLP | Joseph Frank | jfrank@fgllp.com |
| Top 30 | GARNEY COMPANIES INC | Greg Harris | gharris@garney.com |
| Counsel for Westinghouse Electric Company Executive Pension Plan Retiree Group | Gellert Scali Busenkell & Brown, LLC | Ronald S. Gellert | rgellert@gsbblaw.com |
| Top 30 | GEXPRO | Dan Collins | Dan.Collins@gexpro.com |
| Counsel for Veolia ES Industrial Services, Inc., Research Cottrell Cooling, Inc., and Hamon Corporation | Gibbons P.C. | Dale E. Barney | dbarney@gibbonslaw.com |
| Counsel for Cives Corporation | Gibbons P.C. | Karen Giannelli & Brett Theisen | kgiannelli@gibbonslaw.com; btheisen@gibbonslaw.com |
| Counsel for Carolina Fabricators, Inc. | Gleissner Law Firm, LLC | Richard Gleissner | rick@gleissnerlaw.com |
| Counsel for BackOffice Associates, LLC | Goodwin Procter LLP | William P. Weintraub | wweintraub@goodwinlaw.com |
| Counsel for Comanche Peak Power Company, LLC | Greenberg Traurig LLP | Iskender Catto & Ryan Wagner | cattoi@gtlaw.com; wagnerr@gtlaw.com |
| Counsel for 1000-1100 Wilson Owner LLC | Greenstein DeLorme & Luchs, P.C. | Gwynne L. Booth | glb@gdllaw.com |
| Counsel for National Instruments Corporation | Griffin Hamersky LLP | Michael Hamersky | mhamersky@grifflegal.com |
| Counsel for Ericsson Drive Associates, LP | Haynes and Boone, LLP | Trevor R Hoffman | trevor.hoffman@haynesboone.com |
| Top 30 | HERC RENTALS | James Fiscus, VP Sales | james.fiscus@hercrentals.com |
| Counsel for Schneider Electric USA Inc. | Hinckley, Allen & Snyder LLP | Jennifer Doran | jdoran@hinckleyallen.com |
| Counsel for Cannon Sline Industrial, Inc. | Hinckley, Allen & Snyder LLP | Paul O'Donnell, III | podonnell@hinckleyallen.com |
| Counsel for SID Tool Co., INC d/b/a MSC Industrial Supply Co. | Holland & Knight LLP | Lynne Xerras | lynne.xerras@hklaw.com |
| Counsel for Transco Products Inc | Horwood Marcus & Berk Chartered | Jason M Torf | jtorf@hmblaw.com |
| Counsel for Graybar Electric Company, Inc. and Ascendum Machinery, Inc. | Hunter, Maclean, Exley & Dunn, P.C. | Francesca Macchiaverna | fmacchiaverna@huntermaclean.com |
| Counsel for Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Joseph Corrigan | bankruptcy2@ironmountain.com |
| Counsel for the Comptroller of Public Accounts of the State of Texas | Jason Starks, Assistant Attorney General | Bankruptcy & Collections Division MC 008 | jason.starks@oag.texas.gov |
| Counsel for Pacific Gas & Electric Company | Jenner & Block LLP | Catherine Steege | csteege@jenner.com |
| Counsel for Pacific Gas & Electric Company | Jenner & Block LLP | Richard Levin and Carl Wedoff | rlevin@jenner.com; cwedoff@jenner.com |
| Counsel for Georgia Power Company, Oglethorpe Power Corporation, Municipal Electric Authority of Georgia, and the City of Dalton, Georgia | Jones Day | Anna Kordas | akordas@jonesday.com |
| Counsel for Georgia Power Company, Oglethorpe Power Corporation, Municipal Electric Authority of Georgia, and the City of Dalton, Georgia | Jones Day | Gregory M Gordon Dan B Prieto Amanda S Rush | gmgordon@jonesday.com; dbprieto@jonesday.com; asrush@jonesday.com |
| Counsel for Newport News Industrial Corporation | Jones Day | Michael Cohen | mcohen@jonesday.com |

In re Westinghouse Electric Company LLC
Case No. 17-10751 (MEW)                                                  Page 3 of 9

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel for Entergy Operations, Inc. | Jones Walker LLP | R. Patrick Vance | pvance@joneswalker.com |
| Counsel for General Cable Industries, Inc. | Keating Muething & Klekamp PLL | Jason V. Stitt | jstitt@kmklaw.com |
| Counsel for Aecon Industrial, a division of Aecon Construction Group Inc. | Kirkland & Ellis LLP | David R. Seligman | david.seligman@kirkland.com |
| Counsel for Aecon Industrial, a division of Aecon Construction Group Inc. | Kirkland & Ellis LLP | Gregory F. Pesce | gregory.pesce@kirkland.com |
| Counsel for Elton Massey, Kirt Hurlburt, Patricia Adams, John Jennings, Johnnie Hill, and Katrina Baker | Klehr Harrison Harvey Branzburg LLP | Charles Ercole & Lee Moylan | cercole@klehr.com; lmoylan@klehr.com |
| Counsel for Elton Massey, Kirt Hurlburt, Patricia Adams, John Jennings, Johnnie Hill, and Katrina Baker | Klehr Harrison Harvey Branzburg LLP | Raymond Lemisch | rlemisch@klehr.com |
| Counsel for 375 Metropolitan LLC | Klestadt Winters Jureller Southard & Stevens, LLP | John Jureller, Jr. | jjureller@klestadt.com |
| Counsel for Dresser, Inc. and GE Inspection Technologies, LP | Kutak Rock LLP | Adam L Hirsch | adam.hirsch@kutakrock.com |
| Counsel to the Debtor's Prepetition Agent under the certain Second Amened and Restated Credit Agmt | Latham & Watkins LLP | Zulfiqar Bokhari | zulf.bokhari@lw.com |
| Counsel for Garney Companies, Inc. | Lathrop & Gage LLP | Stephen B. Sutton | ssutton@lathropgage.com |
| Counsel for R-Con Nondestructive Test Consultants, Inc. | Law Office of Melissa L. Steinberg, PLLC | Melissa L. Steinberg | melissa@melissasteinberglaw.com |
| Counsel for CSC Computer Sciences Corporation | LeClairRyan, A Professional Corporation | Christopher L. Perkins | christopher.perkins@leclairryan.com |
| Counsel for CSC Computer Sciences Corporation & Donlen Trust, a Delaware Business Trust | LeClairRyan, A Professional Corporation | Janice B. Grubin | janice.grubin@leclairryan.com |
| Counsel for Anderson & Dahlen, Inc. | Lindquist & Vennum LLP | Adam Ballinger | aballinger@lindquist.com |
| Counsel for Tarrant County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel for Bigge Crane and Rigging Co. | Loeb & Loeb LLP | Walter Curchack & Bethany Simmons | wcurchack@loeb.com; bsimmons@loeb.com |
| Cousel for Sumitomo Mitsui Banking Corporation | Luskin, Stern & Eisler LLP | Michael Luskin and Matthew O'Donnell | luskin@lsellp.com; odonnell@lsellp.com |
| Counsel for Morrison Supply Company, LLC, d/b/a Murray Supply Company | Lynch Van Sickle, PLLC | R. Matthew Van Sickle | rmv@lynchvansickle.com |
| Counsel for Oracle America, Inc. | Magnozzi & Kye, LLP | Amish R. Doshi | adoshi@magnozzikye.com |
| Counsel for Westchester Fire Insurance Company | Manier & Herod, P.C. | Michael Collins & Sam Poteet | mcollins@manierherod.com; spoteet@manierherod.com |
| Counsel for DuBose National Energy Services, Inc. | Manning Fulton & Skinner, P.A. | William C. Smith | smith@manningfulton.com |
| Top 30 | MARTIN MARIETTA MATERIALS | dba Martin Marietta Aggregates | roselyn.bar@martinmarietta.com |
| Counsel for BNP Paribas | Mayer Brown LLP | Brian Trust | btrust@mayerbrown.com |
| Counsel for Mizuho America Leasing LLC and MHBK (USA) Leasing & Finance LLC | Mayer Brown LLP | Frederick Hyman and Joaquin M. C de Baca | fhyman@mayerbrown.com; jcdebaca@mayerbrown.com |

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel for BNP Paribas as Administrative Agent | Mayer Brown LLP | Scott Zemser | szemser@mayerbrown.com |
| Counsel for Consolidated Pipe & Supply Company, Inc. | Maynard, Cooper & Gale, P.C. | J. Leland Murhpree | lmurphree@maynardcooper.com |
| Counsel for Consolidated Pipe & Supply Company, Inc. | Maynard, Cooper & Gale, P.C. | Richard Davis | rdavis@maynardcooper.com |
| Counsel for Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Louis A. Modugno & Michael Morano | lmodugno@mdmc-law.com; mmorano@mdmc-law.com |
| Counsel for Virginia Electric and Power Company, d/b/a Dominion Virginia Power, and Dominion Nuclear Connecticut, Inc. | McGuireWoods LLP | Aaron G. McCollough & Alexandra Shipley | amccollough@mcguirewoods.com; ashipley@mcguirewoods.com |
| Counsel for Virginia Electric and Power Company, d/b/a Dominion Virginia Power, and Dominion Nuclear Connecticut, Inc. | McGuireWoods LLP | Dion W. Hayes | dhayes@mcguirewoods.com |
| Counsel for Southeastern Engineered Wood Products, Delta Termite & Pest Control, Inc., Rowell Electric Co., Inc., Maner Builders Supply Co., Stratton Transport & Contracting, Inc., and David Smith Construction Co., Inc. | Merrill & Stone, LLC | Jesse Stone | bkymail@merrillstonehamilton.com |
| Missouri Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit, Steven Ginther | sdnyecf@dor.mo.gov |
| Counsel for Synopsys, Inc. | Montgomery, McCracken, Walker & Rhoads, LLP | Mark A Fink | mfink@mmwr.com |
| Counsel for Scana Energy Marketing, Inc. & Vallen Distribution, Inc. | Moore & Van Allen PLLC | David Wheeler & Reid Dyer | davidwheeler@mvalaw.com; reiddyer@mvalaw.com |
| Counsel for UC Synergetic LLC | Moore & Van Allen PLLC | Luis M. Lluberas & Gabriel L. Mathless | luislluberas@mvalaw.com; gabemathless@mvalaw.com |
| Counsel for Airgas USA, LLC and its affiliates | Moritt Hock & Hamroff LLP | Leslie Ann Berkoff | lberkoff@moritthock.com |
| Counsel for Bayport Construction Corp | Muchmore & Associates PLLC | Maximilian Travis | mtravis@muchmorelaw.com |
| Counsel for Cyient, Inc. and Cyient Limited | Murtha Cullina LLP | Robert Kaelin | rkaelin@murthalaw.com |
| Top 30 | NEWPORT NEWS INDUSTRIAL CORP | Steve Napiecek, VP & GM | Steve.Napiecek@hii-nns.com |
| Counsel for South Carolina Office of Regulatory Staff | Nexsen Pruet, LLC | Julio Mendoza Jr | rmendoza@nexsenpruet.com |
| Counsel for HSG Constructors LLC | Nixon Peabody LLP | Christopher Fong | cfong@nixonpeabody.com |
| Counsel for HSG Constructors LLC | Nixon Peabody LLP | Richard Pedone | rpedone@nixonpeabody.com |
| Top 30 | NUCLEAR FUEL SERVICES INC | Frank Masseth | fxmasseth@nuclearfuelservices.com |
| Counsel for Williams Scotsman, Inc. | Ochs & Goldberg, LLP | Mitchell D. Goldberg | mitchell@oglaw.net |
| Counsel for Centrus Energy Corp. | O'Melveny & Myers LLP | Jennifer Taylor | jtaylor@omm.com |
| Counsel for Centrus Energy Corp. | O'Melveny & Myers LLP | Stephen Warren & Brian Metcalf | swarren@omm.com; bmetcalf@omm.com |
| Counsel to the Print Machine, Inc. (a/k/a TPM, Inc.) | Otterbourg P.C. | Attn Melanie L. Cyganowski and Jennifer S. Feeney | mcyganowski@otterbourg.com; jfeeney@otterbourg.com |

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel for Kent Gladden, Andrew Fleetwood, and Rodney Cavalieri | Outten & Golden LLP | Rene S. Roupinian and Jack Raisner | rsr@outtengolden.com; jar@outtengolden.com |
| Top 30 | OWEN INDUSTRIES INC | Tyler Owen, President | towen@owenind.com |
| Counsel to Oglethorpe Power Corporation (An Electric Membership Corporation) | Parker Hudson Rainer & Dobbs LLP | C Edward Dobbs | edobbs@phrd.com |
| Counsel to Apollo Capital Management, LP | Paul Weiss Rifkind Wharton & Garrison LLP | Claudia R Tobler | ctobler@paulweiss.com |
| Counsel to Apollo Capital Management, LP | Paul Weiss Rifkind Wharton & Garrison LLP | Jeffrey D Saferstein | jsaferstein@paulweiss.com |
| Counsel for Nucleus Acquisition LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Alan W. Kornberg, Kyle Kimpler, and Mark Nixdorf | akornberg@paulweiss.com; kkimpler@paulweiss.com; mnixdorf@paulweiss.com |
| Counsel for Greenberry Industrial, LLC and NAES Corporation | Perkins Coie LLP | Alan D. Smith | adsmith@perkinscoie.com |
| Counsel for Greenberry Industrial, LLC and NAES Corporation | Perkins Coie LLP | Schuyler G. Carroll | scarroll@perkinscoie.com |
| Counsel for Vallorbs Jewel Company | Pick & Zabicki LLP | Eric C Zabicki | EZabicki@picklaw.net |
| Counsel for Mitsubishi Heavy Industries, Ltd. and Mitsubishi Nuclear Energy Systems, Inc. | Pillsbury Winthrop Shaw Pittman LLP | Barbara Croutch | barbara.croutch@pillsburylaw.com |
| Counsel for Fluor Enterprises, Inc. and American Equipment Company, Inc. | Pillsbury Winthrop Shaw Pittman LLP | Dania Slim | dania.slim@pillsburylaw.com |
| Counsel for Fluor Enterprises, Inc. and American Equipment Company, Inc. | Pillsbury Winthrop Shaw Pittman LLP | Patrick Potter & Michael McNamara | patrick.potter@pillsburylaw.com; michael.mcnamara@pillsburylaw.com |
| Counsel for Mitsubishi Heavy Industries, Ltd. and Mitsubishi Nuclear Energy Systems, Inc. | Pillsbury Winthrop Shaw Pittman LLP | Samuel Cavior | samuel.cavior@pillsburylaw.com |
| Counsel for Novitas Credit Corp | Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP | Counsel for Novitas Credit Corp. | slydell@platzerlaw.com |
| Counsel for American Tank & Vessel, Inc. | Porter Hedges LLP | Eric Wade and Joshua Wolfshohl | ewade@porterhedges.com; jwolfshohl@porterhedges.com |
| Counsel for Ericsson Drive Associates, LP | Portfolio Management Group | Doug Miller | DMiller@clns.com |
| Counsel to the Statutory Unsecured Claimholders' Committee | Proskauer Rose LLP | Martin Bienenstock, Timothy Karcher & Vincent Indelicato | mbienenstock@proskauer.com; tkarcher@proskauer.com; vindelicato@proskauer.com |
| Counsel for Fifth Third Equipment Finance Company | Pryor Cashman LLP | Ronald Beacher & Conrad Chiu | rbeacher@pryorcashman.com; cchiu@pryorcashman.com |
| Counsel for PSEG Nuclear LLC | PSEG Services Corporation Law Department | Suzanne Klar | suzanne.klar@pseg.com |
| Counsel for Accenture, LLP | Quintairos, Prieto, Wood & Boyer, P.A. | Damon G. Newman & Joseph Krcmar | damon.newman@qpwblaw.com; jkrcmar@qpwblaw.com |
| Counsel for South Carolina Electric & Gas Company and South Carolina Public Service Authority | Reed Smith LLP | Derek J Baker | dbaker@reedsmith.com |
| Counsel for South Carolina Electric & Gas Company and South Carolina Public Service Authority | Reed Smith LLP | Paul M Singer Tarek F Abdalla | psinger@reedsmith.com; tabdalla@reedsmith.com |
| Counsel for GE Betz, Inc. and GE Mobile Water, Inc. | Reisman Law Firm LLC | Glenn Reisman | glenn.reisman@ge.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Top 30 | RESEARCH COTTRELL COOLING INC | Kevin Gibbons | kevin.gibbons@rc-cooling.com |
| Counsel for BFC Industrial Services, LLC | Rich Michaelson Magaliff Moser LLP | Howard Magaliff | hmagaliff@r3mlaw.com |
| Counsel for Chromalox, Inc. | Rich Michaelson Magaliff Moser LLP | Jeff Rich and Robert Michaelson | jrich@r3mlaw.com; rmichaelson@r3mlaw.com |
| Counsel for Wells Fargo Equipment Finance, Inc., Wells Fargo Vendor Financial Services, LLC, and HYG Financial Services, Inc. | Riemer & Braunstein LLP | Jeffrey D. Ganz | jganz@riemerlaw.com |
| Counsel for ABB, AB | Robinson & Cole LLP | Patrick Birney | pbirney@rc.com |
| Counsel for Citigroup Financial Products, Inc. | Ropes & Gray LLP | Keith Wofford, Adam Harris, Marc Roitman, and Andrew Glantz | keith.wofford@ropesgray.com; adam.harris@ropesgray.com; marc.roitman@ropesgray.com; andrew.glantz@ropesgray.com |
| Counsel for Citigroup Financial Products, Inc. | Ropes & Gray LLP | Peter Welsh | peter.welsh@ropesgray.com |
| Top 30 | RSCC WIRE & CABLE LLC | Mark St. Onge, Director of Strategic Accounts | Mark.stonge@r-scc.com |
| Counsel for Morgan Corp. | Rubin LLC | Paul A. Rubin | prubin@rubinlawllc.com |
| Counsel for Willingham & Sons Building Supply and Septic Tanks | S.R. Anderson | | sraatlaw@bellsouth.net |
| Counsel for TE Connectivity LTD and Vigliotti Landscape & Construction, Inc. | Saul Ewing LLP | Dipesh Patel | dpatel@saul.com |
| Counsel for TE Connectivity LTD | Saul Ewing LLP | Sharon Levine | slevine@saul.com |
| Counsel for J.V. Manufacturing Co., Inc. | Scott M. Hare | | scott@scottlawpgh.com |
| Counsel for Morgan Corp. | Scroggins & Willimason P.C. | J. Robert Williamson & Matthew Levin | rwilliamson@swlawfirm.com; mlevin@swlawfirm.com |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | SECBankruptcy-OGC-ADO@SEC.GOV |
| Securities and Exchange Commission New York Regional Office | Securities and Exchange Commission NY Regional Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel for Johnson March Systems, Inc. | Semanoff Ormsby Greenberg & Torchia LLC | William J. Maffucci | wmaffucci@sogtlaw.com |
| Counsel to the Agents and L/C Issuer for the Debtors' Proposed Debtor-in-Possession Financing Facility | Shearman & Sterling LLP | Fredric Sosnick, Ned S Schodek, & Stephen Blank | fsosnick@shearman.com; ned.schodek@shearman.com; stephen.blank@shearman.com |
| Counsel for Sanmen Nuclear Power Company Ltd; Shandong Nuclear Power Company Ltd.; State Nuclear Power Automation System Engineering Company; and State Nuclear Power Technology Corporation Ltd. | Shearman & Sterling LLP | Joel Moss | joel.moss@shearman.com |
| Counsel for Doosan Heavy Industries & Construction Co., Ltd. | Sheppard Mullin Richter & Hampton, LLP | Craig Wolfe, Robert Friedman, & Jason Alderson | cwolfe@sheppardmullin.com; rfriedman@sheppardmullin.com; jalderson@sheppardmullin.com |
| Top 30 | SIEMENS INDUSTRY INC | Scott Conner, VP & General Manager | scott.conner@siemens.com |
| Counsel for Toshiba Corporation | Skadden Arps Slate Meagher & Flom LLP | Paul D. Leake | paul.leake@skadden.com |
| Counsel to Toshiba Corporation | Skadden Arps Slate Meagher & Flom LLP | Van C Durrer II & Annie Li | van.durrer@skadden.com; annie.li@skadden.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Top 30 | SMCI | Rick Danning, Chief Financial Officer | Rick.Danning@MetalTek.com |
| Counsel for Bulldog Erectors, Inc. | Smith, Buss & Jacobs, LLP | Edward A. Smith | easmith@sbjlaw.com |
| Counsel for Airgas USA, LLC and its affiliates | Smith, Katzenstein & Jenkins LLP | Kathleen Miller | kmiller@skjlaw.com |
| Counsel to Obayashi Corporation | Snell & Wilmer LLP | Cary Jones | cjones@swlaw.com |
| Counsel for Arizona Public Service Company, on behalf of itself and as agent for all other participants in the Arizona Nuclear Power Project | Snell & Wilmer LLP | J Matthew Derstine | mderstine@swlaw.com |
| Counsel for Central Electric Power Cooperative, Inc. | Sowell Gray Robinson Stepp & Laffitte, LLC | R. William Metzger, Jr. | bmetzger@sowellgray.com |
| Counsel for Combined Nuclear Pension Plan Trustees Limited | Squire Patton Boggs (US) LLP | Stephen Lerner | stephen.lerner@squirepb.com |
| Top 30 | SSM INDUSTRIES INC | Matt Gorman, GM | mgorman@ssmi.biz |
| Top 30 | STEELFAB INC | Glen Sherrill, President | GSherrill@steelfab-inc.com |
| Counsel for Gelco Corporation d/b/a GE Fleet Services | Stevens & Lee, P.C. | Charlie Bloom | cjb@stevenslee.com |
| Counsel for Penn United Technologies, Inc. | Stevens & Lee, P.C. | Constantine Pourakis | cp@stevenslee.com |
| Counsel for Penn United Technologies, Inc. | Stevens & Lee, P.C. | John Kilgannon | jck@stevenslee.com |
| Counsel for Owen Industries d/b/a Paxton & Vierling Steel Co. | Stites & Harbison PLLC | Elizabeth Lee Thompson, Chrisandrea Turner, Joseph Hardesty, and David Ratterman | clturner@stites.com |
| Counsel for National Instruments Corporation | Streusand, Landon & Ozburn, LLP | Sabrina Streusand | streusand@slollp.com |
| Counsel to Whitebox Advisors LLC, Whitebox Multi-Strategy Partners, LP and Whitebox Asymmetric Partners, LP | Stroock & Stroock & Lavan LLP | Daniel A. Fliman, Emily L. Kuznick, and Isaac S. Sasson | dfliman@stroock.com; ekuznick@stroock.com; isasson@stroock.com |
| Counsel for Cives Corporation | Taylor English Duma LLP | John K. Rezac | jrezac@taylorenglish.com |
| Counsel for Sargent & Lundy, LLC | The Law Office of William J. Factor, Ltd. | William J. Factor & Sara E. Lorber | slorber@wfactorlaw.com |
| Counsel for Bud Behling Leasing, Inc. d/b/a BBL Fleet | Thomas E. Reilly | | tereilly@tomreillylaw.com |
| Counsel for RSCC Wire & Cable LLC and Cable USA LLC | Thompson Coburn LLP | Lauren Newman and David Duffy | lnewman@thompsoncoburn.com; dduffy@thompsoncoburn.com |
| Top 30 | THOMPSON CONSTRUCTION GROUP IN | William Gryant, VP | bbryant@thompsonind.com |
| Counsel for Williams Specialty Services, LLC and Williams Plant Services, LLC | Thompson Hine LLP | Curtis Tuggle | curtis.tuggle@thompsonhine.com |
| Counsel for Williams Specialty Services, LLC and Williams Plant Services, LLC | Thompson Hine LLP | Jonathan Hawkins | jonathan.hawkins@thompsonhine.com |
| Counsel for Envirovac Holdings LLC | Thompson Hine LLP | William H. Schrag | william.schrag@thompsonhine.com |
| TN Dept of Revenue | TN Dept of Revenue | TN Attorney General's Office, Bankruptcy Division | agbanknewyork@ag.tn.gov |
| Proposed Counsel to Debtor Toshiba Nuclear Energy Holdings (UK) Limited | Togut, Segal & Segal LLP | Albert Togut | altogut@TeamTogut.com |
| Counsel for EvapTech, Inc. | Troutman Sanders LLP | David Mancini | david.mancini@troutmansanders.com |
| Counsel for EvapTech, Inc. | Troutman Sanders LLP | Hugh McDonald & David Pisciotta | hugh.mcdonald@troutmansanders.com; david.pisciotta@troutmansanders.com |

**Exhibit A**
Core/2002 Service List
Served via Electronic Mail

| DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| Counsel for L&S Machine Co., LLC; Cygnus Manufacturing Company, LLC; Thermo Electron North America, LLC and Thermo Fisher Scientific, Inc.; ALKAB Contract Manufacturing, Inc.; and Boilermaker-Blacksmith National Pension Trust | Tucker Arensberg PC | Jordan Blask | jblask@tuckerlaw.com |
| Counsel for Intertech Security, LLC | Tucker Arensberg PC | Michael Shiner & Jordan Blask | mshiner@tuckerlaw.com; jblask@tuckerlaw.com |
| Counself for Boilermaker-Blacksmith National Pension Trust | Tucker Arensberg PC | Neil Gregorio | ngregorio@tuckerlaw.com |
| Top 30 | VALLEN | Cantey Haile | Cantey.Haile@vallen.com |
| Top 30 | VIGOR | Corey Yraguen, President | Corey.Yraguen@vigor.net |
| Counsel for Chicago Bridge & Iron Company N.V. | Wachtell, Lipton, Rosen & Katz | Richard Mason and Emil Kleinhaus | rgmason@wlrk.com; eakleinhaus@wlrk.com |
| Counsel for Thompson Construction Group, Inc. | Walker Gressette Freeman Linton, LLC | Charles P. Summerall, IV | summerall@wgfllaw.com |
| Counsel for IHI Corporation | White & Case LLP | Joseph Pack | joseph.pack@whitecase.com |
| Counsel for IHI Corporation | White & Case LLP | Richard Graham | rgraham@whitecase.com |
| Counsel for Atlas Copco Compressors, LLC | White and Williams LLP | James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Counsel for Curtiss-Wright Electro-Mechanical Corporation, Curtiss-Wright Flow Control Corporation, et al. | Whiteford, Taylor & Preston LLP | Brent C. Strickland | bstrickland@wtplaw.com |
| Counsel for Curtiss-Wright Electro-Mechanical Corporation, Curtiss-Wright Flow Control Corporation, et al. | Whiteford, Taylor & Preston LLP | Stephen B. Gerald | sgerald@wtplaw.com |
| Top 30 | WILLIAMS SPECIALTY SERVICES LL | Douglas Page, President | dpage@wisgrp.com |
| Counsel for Brookfield WEC Holdings LLC | Willkie Farr & Gallagher LLP | Matthew Feldman, John Longmire, and Weston Eguchi | mfeldman@willkie.com; jlongmire@willkie.com; weguchi@willkie.com |
| Counsel for ENUSA Industrias Avanzadas, S.A. | Windels Marx Lane & Mittendorf, LLP | James M. Sullivan | jsullivan@windelsmarx.com |

# Exhibit B

**Exhibit B**

Core/2002 Service List
Served via Facsimile

| DESCRIPTION | COMPANY | CONTACT | FAX |
|---|---|---|---|
| Top 30 | CALVERT COMPANY INCORPORATED | Douglas Calvert, President | 817-336-5354 |
| Environmental Protection Agency (Regional) | Environmental Protection Agency | | 212-637-3526 |
| Federal Communications Commission | Federal Communications Commission | | 866-418-0232 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| New York Attorney General | Office of the NY Attorney General | Attorney General | 212-416-6075 |
| New York Attorney General | Office of the NY Attorney General | Attorney General | 518-915-7731 |
| United States Attorney's Office SDNY | Office of US Attorney SDNY | Attn Tax & Bankruptcy Unit | 212-637-2684 |
| Secretary of the State | Secretary of State | Division of Corporations | 518-474-1418 |
| Secretary of the State | Secretary of State | | 212-417-2383 |
| Counsel to Federal Communications Commission | US Department of Justice | Attorney General | 202-616-9152 |
| Environmental Protection Agency (US) | US Environmental Protection Agency | Mail Code 2310A, Office of General Counsel | 215-814-5103 |

# Exhibit C

**Exhibit C**
Core/2002 Service List
Served via Overnight Mail

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Counsel for The Apostolos Group Inc. d/b/a or a/k/a Thomarios | Borah Goldstein Altschuler Nahins | Jeffrey Chancas | 377 Broadway | | New York | NY | 10013 |
| Top 30 | CALVERT COMPANY INCORPORATED | Douglas Calvert | 3100 West 7th Street Suite 500 | | Fort Worth | TX | 76107 |
| Counsel for Thompson Services | Crawford & Von Keller, LLC | B. Lindsay Crawford III | PO Box 4216 | | Columbia | SC | 29240 |
| Official Committee of Unsecured Creditors | Dastech International Inc | Shahram Eshaghoff Account Executive | 10 Cutter Mill Road | | Great Neck | NY | 11021 |
| Environmental Protection Agency (Regional) | Environmental Protection Agency | | 290 Broadway | | New York | NY | 10007-1866 |
| Official Committee of Unsecured Creditors | Fluor Enterprises Inc | James M Lucas Senior Vice President | 6700 Las Colinas Boulevard | | Irving | TX | 75039 |
| Official Committee of Unsecured Creditors | Jones Lange LaSalle Americas Inc | JC Pelusi Managing Director | Tower 260 | 260 Forbes Ave Ste 1200 | Pittsburgh | PA | 15222 |
| US Trustee | Office of the United States Trustee | Paul Schwartzberg | US Federal Office Building | 201 Varick Street Suite 1006 | New York | NY | 10014 |
| Official Committee of Unsecured Creditors | Pension Benefit Guaranty Corp | Cynthia Wong | 1200 K Street NW | | Washington | DC | 20005 |
| Official Committee of Unsecured Creditors | SSM Industries Inc | Peter Gorman General Counsel | 3401 Grand Ave | | Pittsburgh | PA | 15225 |
| Environmental Protection Agency (US) | US Environmental Protection Agency | Mail Code 2310A Office of Gen Couns | 1200 Pennsylvania Ave NW | | Washington | DC | 20460 |