| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP** | **TOGUT, SEGAL & SEGAL LLP** |
| 767 Fifth Avenue | One Penn Plaza, Suite 3335 |
| New York, New York 10153 | New York, New York 10119 |
| Telephone: (212) 310-8000 | Telephone: (212) 594-5000 |
| Facsimile: (212) 310-8007 | Facsimile: (212) 967-4258 |
| Gary T. Holtzer | Albert Togut |
| Robert J. Lemons | Kyle J. Ortiz |
| Garrett A. Fail | Patrick Marecki |
| David N. Griffiths | Charles M. Persons |
| | |
| *Attorneys for Debtors* | *Attorneys for the Debtor Toshiba* |
| *and Debtors in Possession* | *Nuclear Energy Holdings (UK) Limited* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:
In re                                                                  :         **Chapter 11**
:
**WESTINGHOUSE ELECTRIC**                         :         **Case No. 17-10751 (MEW)**
**COMPANY LLC,** *et al.*,                                :
:         **(Jointly Administered)**
Debtors.[1]                                                     :
---------------------------------------------------------x

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTORS' MODIFIED
SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

      **PLEASE TAKE NOTICE** that an order [ECF No. 2988] (the "**Confirmation Order**") confirming the *Modified Second Amended Joint Chapter 11 Plan of Reorganization* (as may be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (2348), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), Stone & Webster, Inc. (d/b/a WECTEC Global Project Services Inc.) (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

1

WEIL:\96489509\3\80768.0017

modified, amended, or supplemented, the "**Plan**")[2] was entered by the Honorable Michael E. Wiles, United States Bankruptcy Judge, and docketed by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Court**") on March 28, 2018.  On July 27, 2018, the Court entered an order [ECF No. 3644] authorizing the modification of the Plan and providing for related relief.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and the related documents, are available on the Court's website at http://www.nysb.uscourts.gov. To access this Court's website, you will need a PACER password and login, which can be obtained at http://www.pacer.psc.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and the related documents, may also be examined by interested parties during normal business hours at the office of the Clerk of the Court.  Copies of the Confirmation Order, the Plan, and the related documents may also be obtained by request to the Debtors' notice and claims agent, Kurtzman Carson Consultants LLC, at (877) 634-7177 (domestic) or (424) 236-7223 (international), or by email at WestinghouseInfo@kccllc.com, and are available for download at http://www.kccllc.net/westinghouse.

**PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on August 1, 2018.**

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by the Plan, the Confirmation Order, any other applicable order of the Court, or agreed to by the holder of an Allowed Administrative Expense Claim and the Debtors, all requests for payment of Administrative Expense Claims must be filed and served on the Debtors **no later than August 31, 2018** (the "**Administrative Expense Claims Bar Date**").  Holders of Administrative Expense Claims that are required to file and serve a request for payment of such Administrative Expense Claims that do not file and serve such a request by the Administrative Expense Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Expense Claims against the Debtors, or their property and such Administrative Expense Claims shall be deemed discharged as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that on July 24, 2018, the Debtors filed the *Revised Schedule of Assumed Contracts and Schedule of Assigned Contracts* [ECF No. 3624] (the "**Schedule of Assumed Contracts**").  In accordance with Section 9.2 of the Plan and paragraph 24 of the Confirmation Order, on the Effective Date, except as otherwise provided in the Plan or the Confirmation Order, each Executory Contract and Unexpired Lease not previously rejected, assumed, or assumed and assigned by the Debtors during the Chapter 11 Cases was deemed automatically rejected, unless such Executory Contract or Unexpired Lease: (a) was listed on the Schedule of Executory Contracts, (b) as of the Effective Date was subject to a pending motion to assume or assume and assign such Unexpired Lease or Executory Contract, (c) is a contract, instrument, release, or other agreement or document entered into in connection with the Plan, including, for the avoidance of doubt, the Plan Funding Agreement, or (d) is the

---

[2] Any capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

subject of a pending timely objection regarding the assumption, or assumption and assignment, of such Executory Contract or Unexpired Lease.

**The Debtors recommend that you carefully review the Schedule of Assumed Contracts, which may be accessed at www.kccllc.net/westinghouse/contracts, to determine if any Executory Contract or Unexpired Lease you may have with the Debtors was not listed on the Schedule of Assumed Contracts, and therefore, may have been rejected in accordance with the Plan and Confirmation Order.**

**PLEASE TAKE FURTHER NOTICE that, unless otherwise provided by an order of the Court, any Proofs of Claim based upon the rejection of the Debtors' Executory Contracts or Unexpired Leases pursuant to the Plan must be filed with the Court and served on the Plan Oversight Board no later than thirty (30) days after the later of the Effective Date or the effective date of rejection of such Executory Contract or Unexpired Lease.**

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Plan Oversight Board, any holder of a Claim against, or Interest in, the Debtors and such holder's respective successors and assigns, whether or not the Claim or Interest of such holder is Impaired under the Plan and whether or not such holder or Entity voted to accept the Plan.

[*Remainder of Page Left Intentionally Blank*]

Dated: August 1, 2018
      New York, New York

/s/ *Garrett A. Fail*

Gary T. Holtzer
Robert J. Lemons
Garrett A. Fail
David N. Griffiths
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*

-and-

Albert Togut
Kyle J. Ortiz
Patrick Marecki
Charles M. Persons
TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258

*Attorneys for Debtor Toshiba*
*Nuclear Energy Holdings (UK) Limited*