UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                            :
                                                 :      Chapter 11
WESTINGHOUSE ELECTRIC                            :
COMPANY LLC, et al.,                             :      Case No. 17-10751 (MEW)
                                                 :
        Debtors.                                 :      (Jointly Administered)
------------------------------------------------------------x

**ORDER REGARDING OBJECTIONS BY VARIOUS LANDSTAR ENTITIES TO
NOTICES OF PARTIAL TRANSFERS OF CLAIM FILED BY
VARIOUS WHITEBOX ENTITIES**

On March 15, 2018, Landstar Global Logistics, Inc., Landstar Inway, Inc., and Landstar Express America, Inc. filed an objection (the "Objection") (ECF No. 2857) to the notices of transfers of claims previously filed by Whitebox Multi-Strategy Partners, LP, and Whitebox Asymmetric Partners, LP (ECF Nos. 2427 through 2433).

On July 18, 2018, the Court held a hearing on the Objection and has issued a written decision sustaining Landstar's objection (ECF No. 3706). For the reasons stated in the written decision, it is hereby ORDERED THAT:

1. The transfer notices, ECF Nos. 2427 through 2433, should be canceled and withdrawn; and

2. The Claims and Noticing Agent should recognize the Landstar entities that filed proofs of claim Nos. 848, 853, and 1543 as the proper owners of those claims.

Dated: New York, New York
       August 1, 2018

                                                        s/Michael E. Wiles_____
                                                        HONORABLE MICHAEL E. WILES
                                                        UNITED STATES BANKRUPTCY JUDGE