UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
In re:                                        :        Chapter 11
                                              :
WESTINGHOUSE ELECTRIC COMPANY                 :        Case No. 17-10751 (MEW)
LLC, et al.,                                  :
                                              :
        Debtors.¹                             :        (Jointly Administered)
                                              :
------------------------------------------------------- x
```

### NOTICE OF FILING THE DECLARATIONS OF DISINTERSTEDNESS BY DTT MEMBER FIRM AS SUBCONTRACTOR

**PLEASE TAKE NOTICE THAT** consistent with the requirements set forth in this Court's *Order Pursuant to 11 U.S.C. §§ 327(a) and 328, Fed. R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Employ and Retain Deloitte Consulting LLP for Consulting Services Nunc Pro Tunc to November 28, 2017* [Docket No. 2972] (the "Retention Order"), to the extent any non-U.S. member firm of Deloitte Touche Tohmatsu Limited (each a "DTT Member Firm") provides services as a subcontractor to Deloitte Financial Advisory Services LLP ("Deloitte FAS") in connection with Deloitte FAS's engagement with the Debtors, such DTT

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster, Inc. d/b/a WECTEC Global Project Services Inc. (8572), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

Member Firm shall file and serve on the parties set forth in the *Order Pursuant to 11 U.S.C. §
105(a) and 328, Fed. R. Bankr. P. 1015(c), 2002(m), and 9007 Implementing Certain Notice and
Case Management Procedures* [Docket No. 101] a declaration of disinterestedness (each a
"Declaration").

> **PLEASE TAKE FURTHER NOTICE THAT** in accordance with the Retention Order,
attached hereto as **Exhibit A** is the Declaration by the DTT Member Firm in Belgium.

Dated: Washington, D.C.
       November 14, 2018

                                   _____
                                   Steven Stanton
                                   Managing Director
                                   Deloitte Financial Advisory Services LLP

WEIL:\96565304\2\80768.0017

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re:                                                          :          **Chapter 11**
                                                                :
**WESTINGHOUSE ELECTRIC COMPANY**               :          **Case No. 17-10751 (MEW)**
**LLC, et al.,**                                                :
                                                                :
                                                                :
            Debtors.[1]                                     :          **(Jointly Administered)**
                                                                :

------------------------------------------------------------ x

## DECLARATION OF DELOITTE BELASTINGCONSULENTEN IN CONNECTION WITH THE DEBTORS' RETENTION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP AND DELOITTE CONSULTING LLP

---

[2] The Debtors, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

1

1.      We, Tom Declercq and Pascal Van Hove members of the management committee of Deloitte

Belastingconsulenten/Conseils Fiscaux (hereinafter "Deloitte Belastingconsulenten") civil company under the form

of a cooperative limited liability company (Burgerlijke vennootschap onder de vorm van een coöperatieve

vennootschap met beperkte aansprakelijkheid/Société civile sous forme d'une société coopérative à responsabilité

limité) with registered office at Gateway building, Luchthaven Brussel Nationaal 1 J, 1930 Zaventem, Belgium,

registered at the Crossroad Bank of Enterprises under nr. 0418.466.314 (Registry of Legal Entities Brussels), are duly

authorized to make and submit this declaration (the "Declaration") on behalf of Deloitte Belastingconsulenten, who

delivered certain services in relation to Export Compliance Work (the "**Services**") as subcontractor to Deloitte

Financial Advisory Services LLP ("**Deloitte FAS**"), which has an office at 555 12th Street NW, Suite 400,

Washington, D.C. 20004, USA in accordance with specific instructions received from the latter in connection with

the latter's services to Westinghouse Electric Company LLC which has an office at 1000 Westinghouse Drive,

Cranberry Township, Pennsylvania 16066, USA and certain debtors and debtors in possession specified in Footnote

2 (collectively, the "**Debtors**"[2]).

2.      Deloitte FAS requested Deloitte Belastingconsulenten to provide a declaration of disinterestedness

with respect to the outcome of the Westinghouse Electric Company LLC bankruptcy case. Deloitte

Belastingconsulenten understands that disinterestedness means that Deloitte Belastingconsulenten does not have a

conflict of interest as per The Code of Ethics for Professional Accountants issued by the International Ethics Standards

Board for Accountants.

---

[2] The Debtors, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), CE Nuclear Power International, Inc. (8833), Fauske and Associates LLC (8538), Field Services, LLC (2550), Nuclear Technology Solutions LLC (1921), PaR Nuclear Holding Co., Inc. (7944), PaR Nuclear, Inc. (6586), PCI Energy Services LLC (9100), Shaw Global Services, LLC (0436), Shaw Nuclear Services, Inc. (6250), Stone & Webster Asia Inc. (1348), Stone & Webster Construction Inc. (1673), Stone & Webster International Inc. (1586), Stone & Webster Services LLC (5448), Toshiba Nuclear Energy Holdings (UK) Limited (N/A), TSB Nuclear Energy Services Inc. (2348), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WEC Engineering Services Inc. (6759), WEC Equipment & Machining Solutions, LLC (3135), WEC Specialty LLC (N/A), WEC Welding and Machining, LLC (8771), WECTEC Contractors Inc. (4168), WECTEC Global Project Services Inc. (8572), WECTEC (6222), WECTEC Staffing Services LLC (4135), Westinghouse Energy Systems LLC (0328), Westinghouse Industry Products International Company LLC (3909), Westinghouse International Technology LLC (N/A), and Westinghouse Technology Licensing Company LLC (5961). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

2

This includes that Deloitte Belastingconsulenten nor any partner that provided the Services for which Deloitte Belastingconsulenten was retained, ("The Engagement Partner") (a) holds any interest adverse to the Debtors, and (b) has no relationship to the Debtors, their significant creditors, certain other significant parties-in-interest, or to attorneys that are known to be assisting the Debtor in the bankruptcy case (all such parties being the parties named Schedule 1, whose specific names were provided to Deloitte Belastingconsulenten by Deloitte FAS) adverse to the Debtors, except as stated herein or in any attachment hereto.

For the present Declaration disinterestedness (hereinafter "Disinterestedness" or being "Disinterested") will be defined as understood by Deloitte Belastingconsulenten as provided above.

3.    The statements set forth in this Declaration (i) are based upon our personal knowledge, information and belief and client matter records kept in the ordinary course of business that were reviewed by us or other personnel of Deloitte Belastingconsulenten and (ii) result from the following review performed:

    a.    Deloitte Belastingconsulenten undertook a reasonable search to determine whether it is or has been employed by, or has any relationship with, certain of the Debtors' significant creditors and **"Potential Parties-in-Interest"** as provided to it by Deloitte FAS, see Schedule 1.

    b.    Deloitte Belastingconsulenten reasonably researched its databases of client relationships and connections and performed reasonable due diligence to determine whether it had any relationship with the Debtors or the significant "Potential Parties-in-Interest". This included database researches across the following:

        i.    Deloitte Belastingconsulenten's Client and Engagement Database for current opportunities and engagements

        ii.    Deloitte Belastingconsulenten's Business Relationships Database for third party relationships and

        iii.    Deloitte Belastingconsulenten's Conflict Check Database for conflict of interest checks

    c.    For the identified results, Deloitte Belastingconsulenten performed further reasonable detailed review on its relationship to identify whether it has an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders of Westinghouse Electric Company LLC, as described above.

In performing such research, the following criteria were applied:

3

d.   The research was related to Deloitte Belastingconsulenten affiliates located in Belgium;

e.   For the identified results, where necessary, the relevant engagement partners were interviewed to check whether the services may have been connected with the bankruptcy;

f.   The research included the last 2 years' records;

g.   In performing the research, Deloitte Belastingconsulenten considered third party relationships with the exception of vendor relationships; and

h.   With respect to natural persons, the research was performed on Engagement Partners operating for Deloitte Belastingconsulenten and/or its affiliates.

### Disinterestedness

4.   Subject to the foregoing, except as set forth herein and in the attachments hereto, to the best of our personal information, knowledge, and belief based on reasonable inquiry as specified above under 3, Deloitte Belastingconsulenten was/is Disinterested with respect to the Services rendered.

5.   From time to time, Deloitte Belastingconsulenten and/or its affiliates have provided or may currently provide services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties potentially adverse to the Debtors in matters unrelated to the Services or the bankruptcy of Westinghouse Electric Company LLC or any other Debtors.

6.   Deloitte Belastingconsulenten and its affiliates have relationships with thousands of clients, some of which may be creditors of the Debtors or other parties-in-interest.  Accordingly, Deloitte Belastingconsulenten and/or its affiliates have had, currently have and/or may have in the future banking or other relationships with such parties, or provided, may currently provide, and/or may provide in the future professional services to certain of these parties in matters unrelated to the Services or the bankruptcy of Westinghouse Electric Company LLC.  Additionally, certain significant Potential Parties-in-Interest have or may have provided goods or services, may currently provide goods or services, and/or may in the future provide goods or services to Deloitte Belastingconsulenten and/or its affiliates in matters unrelated to the Services or the bankruptcy of Westinghouse Electric Company LLC.

7.   Despite the efforts described above to identify and disclose Deloitte Belastingconsulenten's connections with the significant Potential Parties-in-Interest, because Deloitte Belastingconsulenten is a nationwide firm with many employees, Deloitte Belastingconsulenten is unable to state with certainty that every client relationship or other connection has been considered. In this regard, if Deloitte Belastingconsulenten discovers additional material

4

information that it determines requires disclosure, it will file a supplemental disclosure promptly with the Court.

8.    To the best of our knowledge, based on the internal search discussed above, Deloitte Belastingconsulenten has discovered the following kind of relationships with certain Debtors or Potential Parties-in-Interest:

(i)    Deloitte Belastingconsulenten and/or its affiliates provide services to certain of the Potential Parties-in-Interest and/or their affiliates listed on Schedule 1. Where necessary, the involved Partners confirmed that such services are unrelated to the bankruptcy of Westinghouse Electric Company LLC.

(ii)    Deloitte Belastingconsulenten and/or its affiliates have financial relationships with certain of the Potential Parties-in-Interest and/or their affiliates listed on Schedule 1.

(iii)    An affiliate of Deloitte Belastingconsulenten has provided and continues to provide audit services to certain of the Potential Parties-in-Interest listed on Schedule 1 in its capacity as independent auditor.

5

9.   The present Declaration is rendered under Belgian law and the Declaration and all terms used therein are to be construed and interpreted solely in accordance with Belgian law.

We declare that the foregoing is true and correct.

Date: 13 November 2018

Deloitte Belastingconsulenten burgerlijke vennootschap ovve CVBA

_____          _____
Tom Declercq                          Pascal Van Hove
Member of the Management Committee    Member of the Management Committee

6

**Schedule 1**

**Potential Parties in Interest**

Potential parties-in-interest or their affiliates for whom Deloitte Belastingconsulenten or its affiliates has provided or is currently providing services in matters unrelated to the bankruptcy of Westinghouse Electric Company LLC or its affiliates, except as set forth above, or with whom such parties have other relationships, including banking relationships.

| |
|---|
| 1st Constitution Bank |
| ABB AB |
| Accenture LLP |
| ACE |
| ACE/Westchester |
| Aecon Industrial |
| Aetna Inc. |
| AIG |
| Air Products & Chemicals Inc. |
| Airgas Inc. |
| Alabama Power Company |
| Alabama, State of |
| Alaska, State of - Corporations Business & Professional Licensing |
| ALCOSAN |
| AlixPartners, LLP |
| Allegheny Power |
| Allianz Global Corporate & Specialty SE |
| Allied Waste Services |
| Amec Foster Wheeler Nuclear UK Ltd. |
| Ameren Missouri |
| American Casualty Co. of Reading |
| American Electric Power |
| American Equipment Co. |
| American Home Assurance Co. |
| American Nuclear Insurers (ANI) |
| Amlin Corporate Insurance |
| Amundi Absolute Return Apollo Fund PLC |
| Ansaldo |
| AON Hewitt |
| Apollo Investment Corporation |

1

| |
|---|
| AREVA |
| Ariba, Inc. |
| Aricent US, Inc. |
| Arizona Public Service Company |
| Arkansas, State of |
| Armstrong |
| AT&T |
| ATI Specialty Alloys Components |
| Atkins |
| Avaya |
| AXIS Insurance Company |
| Babcock & Wilcox Nuclear Energy Inc. |
| Backoffice Associates |
| Baker Concrete Construction Inc. |
| Banco Santander |
| Bank of China |
| Bank of Taiwan |
| Bank of Tokyo-Mitsubishi UFJ, Ltd. |
| Basler Electric |
| Battelle Memorial Institute |
| Bayerische Hypo- und Vereinsbank AG |
| BC&I Stone & Webster, Inc. |
| Beacon Health Options |
| Ben Franklin Design & Mfg Co Inc. |
| Berkeley Research Group, LLC (Toshiba Advisors) |
| Bishop, James E. |
| Blackbox |
| Blanchard Machinery Co. |
| BNP Paribas |
| Board of Water, Light and Sinking Fund Commissioners |
| BP Energy CO. |

2

| |
|---|
| Brenntag |
| Bruce Power |
| Burns, John W. |
| BWXT Nog Technologies Inc. |
| Cable USA Inc. |
| Cameco Corporation |
| Cameron Measurement Systems |
| Canberra Industries Inc. |
| Cartus Formally Cendant Mobility |
| Cascade Natural Gas |
| CA-The Concourse Limited Partnership |
| CB&I Contractors, Inc. |
| CDW Computer Centers, Inc. |
| Century Link - Voice - Ogden |
| Ceradyne Inc. |
| CEZ, a. s . |
| CH2MHill Plateau Remediation Company |
| Chandler, Richard E. Jr. |
| Chattanooga Gas |
| Chicago Bridge & Iron Company, N.V. |
| China Telecom Beijing Co. |
| China Unicom Beijing Co. |
| Chromalox |
| Cigna Corp. |
| Citibank, N.A. |
| Citizens of Georgia Power |
| City of Aurora, Tax Licensing Division |
| City of Chicago Department of Finance |
| City of Mobile Alabama Tax Collector |
| City of New Orleans - Sales Tax Division |
| Clark, Jimmy c/o Troy A. Lanier, P.C. |
| Clean Harbors Environmental Svcs. |
| CNA Surety |

3

| |
|---|
| Coleman, S. Walt |
| Colorado Department of Revenue |
| Comcast Corporation |
| ComEd |
| Connecticut Secretary of State Document Review |
| Consolidated Communications |
| Constellation Energy Nuclear Group |
| Corey, Nina A. |
| Crane Nuclear Inc. |
| Crawford & Co. |
| CSC Computer Sciences Corp. |
| CSC Consulting Inc. |
| Curtiss Wright |
| CVS Caremark |
| Daikin Applied Americas Inc. |
| Davis, Larry W. P.E. |
| Delaware Dept. of State |
| Department of Energy |
| Deutsche Bank AG |
| DirecTv |
| DirecTv Sports Net Pittsburgh LLC |
| Dominion |
| Doosan Babcock Ltd |
| DRS Consolidated Controls Inc. |
| Ducera Partners (SCANA Advisors) |
| Duke Energy |
| Duquesne Light Company |
| E.ON Generation GmbH |
| Eagle Technologies Group |
| Earthlink Business |
| Eaton Corporation |
| EDF - Ceidre |

4

| |
|---|
| Emerson Industrial |
| Emirates Nuclear Energy Corporation |
| EnBW Energie Baden-W?rttemberg AG |
| Energy & Process Corporation |
| Energy Northwest |
| Energy Solutions Government Group, Inc. |
| Energy Steel & Co. |
| Energy Steel And Supply Co |
| Enersys Delaware Inc. |
| ENGIE |
| Entergy |
| EPM - Fisher Controls Intl Inc. |
| EPRI (Electric Power Research Institute) |
| Erie Insurance |
| ESKOM |
| EvapTech |
| Eversource |
| Exelon Business Services Co. |
| Fairbanks Morse Engine, a division of Coltec Industries, Inc. |
| Fairpoint Communications |
| Federal Communications Commission |
| Federal Insurance Company (CHUBB) |
| Fifth Third Equipment Finance Company |
| First Communications |
| FirstEnergy |
| Fisher & Phillips, LLP |
| Fleet Bank-NH |
| Florida Department of Revenue |
| Florida Power & Light Company (FPL) |
| Florida, State of - Department of Revenue |
| Flowserve |

5

| |
|---|
| Fluor Corp. |
| FPL Energy Point Beach, LLC |
| Fragomen, Del Rey, Bernsen, & Loewy |
| Framatome |
| Freedom Specialty |
| Frontier Communications |
| Frontier Technology Corp |
| Fujitsu Services Limited |
| GE Canada |
| GE Hitachi Nuclear Energy |
| General Cable Industries Inc. |
| General Electric Company |
| Georgia Power Company |
| Georgia, State of - Department of Revenue |
| Gerdau Ameristeel US Inc. |
| Global Nuclear Fuel - Japan Co. Ltd. |
| Gowlings/Marsh Canada Limited |
| Graftech International Holdings, Inc. |
| Granite Properties |
| Graver Technologies LLC |
| Gray Plant Mooty |
| Graybar Electric Co Inc. |
| Great America Financial Services Corporation |
| Gregg Protection Services |
| Griffith, William |
| Gutor Electronics, LLC |
| Hagemeyer North America, Inc. |
| Hawaii State of, - Department of Taxation |
| Hendrickx |
| Hitachi-GE Nuclear Energy Ltd. |
| Honeywell Inc. |
| Howard, James |
| Hudson Americas LLC |

6

| |
|---|
| IBM Credit LLC |
| Idaho Secretary of State Business Registration Division |
| IHI Corporation |
| Illinois Secretary of State |
| Indiana Michigan Power Company |
| Indiana Secretary of State |
| ING Bank N.V. |
| Intergraph |
| International SOS Travel Assistance |
| Intertek Iberica Spain SLU |
| Iowa Department of Revenue |
| ITT Cannon Veam Italia S.R.L. |
| Ivy Apollo Multi Asset Income Fund |
| IX WR 3735 Glen Lake Drive, L.P. |
| Jackson, Kathleen A. |
| JBG/Commercial Management, L.L.C. |
| Jones Lang LaSalle Americas, Inc. |
| JPMorgan Chase Bank, N.A. |
| Kansas City Power & Light Company |
| Kansas Gas and Electric Company |
| Kansas Secretary of State |
| Kema-Powertest LLC |
| Kennametal Deutschland GmbH |
| Kentucky Secretary of State, Office of |
| KEPCO |
| Kernkraftwerk Brokdorf GmbH & Co. oHG |
| Kilpatrick Townsend & Stockton, LLP |
| KSB Aktiengesellschaft |
| Kurtzman Carson Consultants LLC |
| Lambert, Lynn |
| Larsen & Toubro |
| Lazard |
| Leidos Engineering LLC |
| Level 3 Communications LLC |

7

| |
|---|
| Lewis, A. Ron |
| Lewis, Mark B |
| Liberty Mutual Insurance Company |
| Lincoln Electric Company |
| Lloyd's Syndicate |
| LMT Div. Curtiss-Wright Flow Control |
| Louisiana Secretary of State |
| Louisiana, State of - Department of Revenue |
| Lynx Technology Partners Inc. |
| Maine Depart. of the Secretary of State –Div. of Corporations Reporting & Information Section |
| Marsh GmbH |
| Martin Marietta Aggregates. |
| Maryland, State of |
| Maryland, State of - Comptroller |
| Massachusetts Department of Revenue |
| MB Financial Bank, N.A. |
| Mecklenburg County Tax Collector (NC) |
| Meggitt France |
| Memphis (TN), City of, Treasurer |
| Merrill Lynch |
| Metal Improvement Co LLC |
| Metropolitan Council |
| Metropolitan Life Insurance Co. |
| Michigan Department of Natural Resources (MDNR) |
| Michigan Department of Treasury |
| Michigan, State of |
| Midcap Financial Trust |
| Ministry of Economy, UAE |
| Minnesota Life Insurance Company |
| Minnesota, State of - Dept of Revenue |
| Mirion Technologies |
| Missouri Department of Natural Resources |
| Mistras Group Inc. |

| |
|---|
| Mitsubishi Corporation |
| Mitsui |
| Mizuho (USA) Leasing & Finance Corporation |
| Montana Secretary of State's Office |
| Munich Re |
| NASA |
| National Union Fire Insurance Company (AIG) |
| National Union Fire Insurance, et al |
| Navitas Lease Corp. |
| Nebraska Public Power District |
| Nebraska Secretary of State |
| Nevada Secretary of State Commercial Recordings Division |
| New Hampshire Secretary of State |
| New Mexico Secretary of State, Office of |
| New York State Department of State |
| Newport News Industrial Corp. |
| Nextira One LLC d/b/a Black Box |
| Nichols, Daniel |
| Nicor Gas |
| Norris, John M. |
| North Carolina Department of Revenue |
| North Carolina Mecklenburg County |
| North Carolina, State of |
| Northeast Utilities Service Company |
| Northern States Power Company |
| Nova Machine Products Corp |
| Nuclear Fuel Services Inc. |
| Nuclear Management Company, LLC |
| Nuclear Power Institute of China |
| Nuclear Regulatory Commission (NRC) |
| NuGen |
| NYC Department of Finance |

9

| |
|---|
| Obayashi Corp. |
| Oglethorpe Power Company |
| Ohio Department of Taxation |
| OKG AB |
| Oklahoma Secretary of State |
| Omaha Public Power District |
| OneBeacon Insurance Company |
| Ontario Power Generation (OPG) |
| Oracle |
| Oregon, State of |
| Pacific Gas and Electric Company (PG&E) |
| Pall Gmbh |
| Parker Hannifin AB |
| Parker Poe Adams & Bernstein LLP |
| Paul, Weiss Rifkind & Garrison LLP |
| PCC Structurals |
| PCI Energy Services LLC |
| Peerless Manufacturing Co |
| Penn Power (Firstenergy of PA) |
| Pennsylvania Power and Light Company |
| Pension Benefit Guaranty Corporation |
| Peoples Natural Gas |
| Personal Communications |
| PJT Partners Inc. |
| Plumbers & Pipefitters 562 |
| PNC Bank, National Association |
| PreussenElektra GmbH - Kernkraftwerk Brokdorf |
| Pricewaterhouse Coopers LLP |
| Princeton Credit Corporation |
| Progress Energy Carolinas, Inc. |

10

| |
|---|
| PSEG Nuclear LLC |
| Public Service and Gas Company |
| Putzmeister America Inc. |
| PWR Owner's Group |
| Questar Gas |
| Ramsey County (MN) |
| Republic Services |
| Rinaldi, Finkelstein & Franklin, LLC |
| Rio Tinto Uranium |
| Rocky Mountain Power |
| Rolls Royce |
| Rosemount Analytical Inc. |
| Royal and Sun Alliance Insurance Plc |
| Royal Bank of Scotland PLC (the) |
| RSCC Wire & Cable LLC |
| RWE |
| Ryerson |
| San Diego Gas & Electric Company |
| Sandvik SMT EMEA AB |
| Santa Clara County Tax Collector |
| SAP America Inc. |
| Sargent & Lundy |
| SC State Ports Authority |
| Scana Energy Marketing |
| Scientech, a Business Unit of Curtiss |
| SGL Carbon Gmbh |
| Shaw Constructors Group, Inc. |
| Shearman & Sterling LLP |
| Siemens AB |

11

| |
|---|
| Simmons, John |
| Skadden, Arps, Slate, Meagher & Flom LLP (Toshiba Advisors) |
| Skandinaviska Enskilda Banken AB (publ) |
| SKODA JS a.s. |
| Smith, John R. Jr. |
| Solvay Fluorides LLC |
| Sompo Japan Insurance Company of America |
| South Carolina Department of Health and Environmnet Control |
| South Dakota Secretary of State |
| South Texas Nuclear Operating Company |
| Southern California Edison Company |
| Southern Company Services, Inc. |
| Southern Nuclear Company |
| Spok Inc. |
| Sprint |
| SPX Corp Copes Vulcan Operation |
| St. Charles Parish School Board Sales and Use Tax Department (Louisiana) |
| STARS Alliance |
| Starwood Capital |
| Steadfast Insurance Company |
| Sulzer Chemtech Ltd |
| Sumitomo Corporation Europe Limited |
| SWAGELOK |
| Swanson, Richard A |
| Sweeney, Michael T. |
| System Energy Resources, Inc. |
| T?V Saarland Bildung |
| Taff, Michael S. |
| Teachers Insurance and Annuity Association of America |
| Tengizchevroil |
| Tennessee Valley Authority |

12

| |
|---|
| Texas Comptroller of Public Accounts |
| Texas Utilities Electric Company |
| Time Warner |
| T-Mobile |
| Toshiba Corporation |
| Toshiba Corporation Power Systems Company |
| Transcanada |
| Transport Logistics International |
| Tronox Speciality Alkali Corp. |
| Turner Construction Company |
| TXU Electric |
| U S Customs |
| U.S Fish & Wildlife Service |
| U.S. Army Corps of Engineers |
| U.S. Coast Guard |
| U.S. Customs and Border Protection |
| U.S. Department of Energy |
| U.S. Department of Health & Human Services |
| U.S. Department of Transportation |
| U.S. Environmental Protection Agency |
| U.S. Federal Aviation Administration |
| U.S. Nuclear Regulatory Commission |
| U.S. Specialty Insurance Company (HCC) |
| Ultra Electronics Limited |
| UniCredit |
| United Rentals |
| United States - Department of the Treasury – IRS |
| United States Attorney's Office for the District of Delaware |
| United States Attorney's Office for the Southern District of New York |
| United States Department of Energy (DOE) |
| Unitil |
| Uranium One Inc. |
| US - Department of Defense (DOD) |
| US - Department of Health and Human Services (HHS) |
| US - Department of Transportation (DOT) |

13

| |
|---|
| US - Environmental Protection Agency (EPA) |
| US - Internal Revenue Service |
| US - Occupational Safety and Health Administration (OSHA) |
| US Bank Transportation Solutions |
| US Ecology Idaho, Inc. |
| US Security Associates Inc. |
| Utah, State of |
| Vattenfall AB |
| Verizon |
| Vermont Secretary of State |
| Vigor |
| Virginia Electric & Power Company, d/b/a Dominion Virginia Power |
| Virginia State Corporation Commission |
| Vistra Energy (Luminant) |
| Wachs Energy Services Company |
| Wachtell, Lipton, Rosen & Katz |
| Walter Davis |
| Washington, State of |
| Waste Management North |
| Watlow Electric Mfg Co. |
| Weed Instrument Dba Ultra Electroni |
| Weil, Gotshal & Manges LLP |
| Wells Fargo Bank, N.A. |
| Western Surety Company |
| Westinghouse Electric Company (Delaware) LLC |
| Williams Scotsman Inc. |
| Williams, R. Rex |
| Wisconsin Electric Power Company |
| Wisconsin Public Service Corporation |
| Wolf Creek Nuclear |
| Wyoming Secretary of State |

14

| |
|---|
| Xcel Energy |
| Zetec Inc. (FR) – Struers |
| ZionSolutions |
| Zurich American Insurance Company |

15