**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Deborah B. Baum (admitted *pro hac vice*)
Patrick J. Potter (admitted *pro hac vice*)
Cynthia Cook Robertson (admitted *pro hac vice*)
Dania Slim (admitted *pro hac vice*)
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: 202.663.8000

Andrew M. Troop
31 West 52nd Street
New York, NY 10019
Telephone: 212.858.1000

*Counsel to Fluor Enterprises, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| WESTINGHOUSE ELECTRIC | : |
| COMPANY LLC, *et al.*, | : Case No. 17-10751 (MEW) |
| | : |
| Debtors.[1] | : (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF FLUOR ENTERPRISES, INC.'S REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a), applicable in the above-captioned chapter 11 cases pursuant to Rules 7041 and 9014 of the Federal Rules of Bankruptcy Procedure, Fluor Enterprises, Inc. hereby withdraws *Fluor Enterprises, Inc.'s*

---

[1] On September 25, 2018, many of the Debtors' Chapter 11 Cases were closed pursuant to the Court's *Order (I) Consolidating the Administration of Certain Remaining Matters at the Lead Case; (II) Entering a Final Decree Closing Certain Affiliate Cases; and (III) Granting Related Relief* [Docket No. 3956]. The Debtors in the remaining chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Westinghouse Electric Company LLC (0933), Stone & Webster Services LLC (5448), WEC Carolina Energy Solutions, Inc. (8735), WEC Carolina Energy Solutions, LLC (2002), WECTEC Global Project Services Inc. (8572), WECTEC LLC (6222), and WECTEC Staffing Services LLC (4135). The Debtors' principal offices are located at 1000 Westinghouse Drive, Cranberry Township, Pennsylvania 16066.

*Request for Allowance and Payment of Administrative Expense Claim* [Docket No. 3864], with prejudice.

| | |
|---|---|
| Dated: November 21, 2019 | Respectfully submitted, |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | */s/ Patrick J. Potter* |
| | Deborah B. Baum (admitted *pro hac vice*) |
| | Patrick J. Potter (admitted *pro hac vice*) |
| | Cynthia Cook Robertson (admitted *pro hac vice*) |
| | Dania Slim (admitted *pro hac vice*) |
| | 1200 Seventeenth Street, NW |
| | Washington, DC 20036 |
| | Telephone: 202.663.8000 |
| | |
| | Andrew M. Troop |
| | 31 West 52nd Street |
| | New York, NY 10019 |
| | Telephone: 212.858.1000 |
| | |
| | *Counsel for Fluor Enterprises, Inc.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2019, an electronic copy of the foregoing notice was filed electronically through the Court's CM/ECF system, which caused all parties or counsel requesting notice in the above-captioned case to be served by electronic means on the date of filing. I further certify that the foregoing notice was served on the parties identified on the Master Service List dated November 19, 2019 maintained in respect of these chapter 11 cases via electronic mail or, for those parties with no e-mail address listed, via first-class mail.

                                                            */s/ Patrick J. Potter*
                                                            Patrick J. Potter